IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01340-KMT

MICHELLE R. NELSON,

Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendant.

## **MOTION TO APPEAR AT SCHEDULING CONFERENCE VIA TELEPHONE**

Defendant Liberty Life Assurance Company of Boston ("Liberty Life") files this Motion to Appear at Scheduling Conference Via Telephone and shows the Court as follows:

The Scheduling Conference is set in this matter for July 9, 2019, at 9:30 am (Mountain Time) in Colorado Springs before US Magistrate Judge Kathleen M. Tafoya. Liberty Life moves the Court to allow its counsel to appear at the Scheduling Conference via telephone.

**AS GROUNDS THEREFORE**, Counsel for Defendant works and resides in Texas and would have to travel a great distance to attend a conference which will likely last for less than 15 minutes. Plaintiff's counsel has no objection to Defendant's counsel appearing via telephone for the Scheduling Conference.

WHEREFORE, Liberty Life requests that its Counsel be allowed to appear at the July 9, 2019, Scheduling Conference via telephone.

DATED this 2nd day of July 2019.

Respectfully submitted,

*/s/ Iwana Rademaekers*
Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## CERTIFICATE OF CONFERENCE

I certify that on July 2, 2019, I conferred with Plaintiff's attorney of record, Michael S. Krieger, regarding the relief requested in this Motion. Plaintiff's counsel has indicated that Plaintiff is unopposed to the relief requested in this motion.

/s/ Iwana Rademaekers
Iwana Rademaekers, Esq.

## CERTIFICATE OF SERVICE

I certify that on July 2, 2019, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Michael S. Krieger, Esq.
Email: Mike@Krieger.law

/s/ *Iwana Rademaekers*
Iwana Rademaekers