IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01340-KMT

MICHELLE R. NELSON,

Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO APPEAR AT SCHEDULING CONFERENCE VIA TELEPHONE**

On this day, the Court considered the Unopposed Motion to Appear at Scheduling Conference Via Telephone filed by Defendant Liberty Life Assurance Company of Boston. Having considered the Motion, and the applicable law, the Court is of the opinion that Defendant's Motion should be **GRANTED**. It is, therefore,

**ORDERED** that Defendant's Unopposed Motion to Appear at Scheduling Conference Via Telephone is hereby **GRANTED**. It is, therefore, also

**ORDERED** that Counsel for Defendant shall appear via telephone for the Scheduling Conference set for July 9, 2019, at 9:30 am (Mountain Time).

**SIGNED** this ______ day of ____________________, 2019.

______________________________

UNITED STATES MAGISTRATE JUDGE