IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No: 19-cv-01340-DDD-KMT | Date: July 9, 2019 |
| Courtroom Deputy: Kristina Senamontry | FTR: Courtroom 101 |

| *Parties:* | *Counsel:* |
|---|---|
| MICHELLE R. NELSON, | Michael Krieger |
| Plaintiff, | |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | Iwana Rademaekers |
| Defendant. | |

**COURTROOM MINUTES**

**SCHEDULING CONFERENCE**

**9:52 a.m. Court in session.**

Court calls case. Appearances of counsel.

Court waited for Ms. Rademaekers to call into the court for the hearing until 9:50 a.m. she therefore did not call in. The court gives the benefit of the doubt to Ms. Rademaekers regarding any time difference and therefore waives her appearance for today's hearing. The Court goes forward with the scheduling conference based upon this case being an Erisa action and there seems to be no dispute as to the schedule.

Mr. Krieger mentions to the Court that the dates are extended so that parties can explore the option of settlement.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

**ERISA ACTION CASE**

Deadline for submission of the Administrative Record: August 6, 2019
Deadline for filing any Motion Requesting Discovery: September 3, 2019
Deadline for filing a Motion to Supplement Administrative Record: November 1, 2019

Deadline for filing Plaintiff's Opening Brief: December 12, 2019
Deadline for filing Defendant's Response Brief: January 13, 2020
Deadline for filing Plaintiff's Reply Brief: February 12, 2020

**Scheduling Order entered.**

**10:01 a.m. Court in recess.**

Hearing concluded.
Total in-court time: 00:09

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.