IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01340-KMT

MICHELLE R. NELSON,

Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendant.

**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD**

Defendant, Liberty Life Assurance Company of Boston ("Defendant") files Defendant's Submission of Administrative Record pursuant to the Order entered by the Court on August 24, 2018 (Document 15).

1. Group Disability Income Policy (Liberty/Nelson 0001-0044);
2. Summary Plan Documents (Liberty/Nelson 0045-0094).
3. Denial of Appeal Correspondence (Liberty/Nelson 0120-0133); and
4. The Administrative Record (Liberty/Nelson 0095-119 and 0134-1165); and

DATED this 6th day of August 2019.

Respectfully submitted,

*/s/ Iwana Rademaekers*

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

**CERTIFICATE OF SERVICE**

I certify that on August 6, 2019, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Michael S. Krieger, Esq.
Email: Mike@Krieger.law

/s/ *Iwana Rademaekers*
Iwana Rademaekers