**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 7608815 Claim Last Updated 08/31/2018 Printed On 5/23/2019

Claimant Information

Name MICHELLE R NELSON
SSN
Birth Date
Address
Salary Amount $ 5461.00
Mode M
Date of Hire 05/01/1989
Last Work Date 01/27/2016
Federal Tax Employee Option
State Tax No
Phone
Phys Demands Sedentary
JobDesc CONSUMER LN UNDERWTR (SAFE) 3

Claim Status Denied
Status Reason Not TD Own Occ
Received Date 09/18/2017
Disability Date 01/28/2016
Close Date 01/28/2016
Reopen Date
Sick Days Left
Max Ben Date 09/12/2035
RTW FT / PT
Ben Begin Date 07/28/2016
Apprv Thru Date
Gross Ben $
Diagnosis 1 Code/Desc R52 Pain, unspecified
Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 05 - 289424 WELLS FARGO & COMPANY
Subsidiary EM01 WF CONSLNDG GRP
Location OAA60000 WFHM CMKT/FN/AD
Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2010
Class 2B OPTIONAL PLAN FOR FULL-TIME AND PART-TIME SALARY TEAM MEMBERS. FLEX
Waiting Period: New/Mode-Current/Mode 1 Month 1 Month Days in WRKWK Pre-X 3-1
Elimination Period: Days/Type 182 Injury
COLA: Mode/Duration
Successive Period: Period/Mode 6 Month
SS Integration:Type/Value FSS
Partial Disability Type/Pct PTDB
Survivor Ben Months/Wait Period 6 180
Non-Verifiable Symptoms Limit
Own Occupation Definition Limit 24
M/N Limit 24
Benefit %
Max Benefit $
Min Benefit $
Employer Contr %
Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 2B | 06/01/1989 |
| PD | 01 | STD | 02 | 06/01/1989 |

Additional Information:

EXHIBIT

4, part 1

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 3582432 Claim Last Updated 07/28/2016 Printed On 5/23/2019

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | MICHELLE R NELSON | SSN | | Birth Date | |
| Address | | Salary Amount $ | 2521.41 | Mode | B |
| | | Date of Hire | 05/01/1989 | | |
| | | Last Work Date | 01/27/2016 | | |
| | | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Sedentary | | |

JobDesc CONSUMER LN UNDERWTR (SAFE) 3

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Own Occ | Received Date | 02/03/2016 |
| Disability Date | 01/28/2016 | Close Date | 05/30/2016 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 07/27/2016 | RTW FT / PT | |
| Ben Begin Date | 02/04/2016 | Apprv Thru Date | 05/29/2016 | Gross Ben $ | |

Diagnosis 1 Code/Desc R52 Pain, unspecified

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 05 - 289424 WELLS FARGO & COMPANY

Subsidiary EM01 WF CONSLNDG GRP

Location OAA60000 WFHM CMKT/FN/AD

Symb PD Numeral 01 Product STD Funding ASO Bank N Calcs Y Cntr Eff 12/15/2009

Class 02 FULL-TIME AND PART-TIME SALARY TEAM MEMBERS, INCLUDING EX-PATRIOTS (L

Waiting Period: New/Mode-Current/Mode 1 Month 1 Month Days in WRKWK 5 Pre-X NC

Elimination Period: Days/Type 7 Injury COLA: Mode/Duration

Successive Period: Period/Mode 30 SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 2B | 06/01/1989 |
| PD | 01 | STD | 02 | 06/01/1989 |

Additional Information:

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 7608815 **Accommodation Number**

**Note type:**

Primary Sort Order

Note Type

Note Number

● Note Date/Time

Accm. No.

Sec

●

**05/21/2019 8:00 AM - CLAIM Note 68**
Claim/Event/Leave: 7608815
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [05/21/2019 - ODGAARD, EDITH]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**08/31/2018 1:57 PM - CLAIM Note 67**
Claim/Event/Leave: 7608815
NoteSubject : Appeal
Other Subject : OUT/UPHOLD
Text: [08/31/2018 - CARIGNAN, HEATHER]THE DECISION TO DENY BENEFITS IS MAINTAINED. THE INFORMATION RECEIVED AND REVIEWED ON APPEAL DOES NOT OFFER FINDINGS TO ALTER THE PRIOR DECISION TO DENY BENEFITS. DETAILED UPHOLD LETTER SENT TO ATTY MICHAEL KRIEGER.

**08/23/2018 5:05 PM - CLAIM Note 66**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [08/23/2018 - JORGENSEN, ERIKA]INVOICE DATED _08/15/2018__ FROM MES SOLUTIONS. INV # _619270__ , IN THE AMT OF $1995.00 FOR _PEER REVIEW / DR EMAD, BEHZAD / PHYSICAL MEDICINE & REHABILITATION__ . INVOICE PAID IN FULL. TID 382193020

**08/22/2018 12:55 PM - CLAIM Note 65**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject : INVOICE PMR
Text: [08/22/2018 - CARIGNAN, HEATHER]REC'D REVISED INVOICE ON 8/20/18 (ARC OUT OF OFFICE UNTIL TODAY) FOR PMR PEER REVIEW. MES PEER REVIEW SERVICES. INVOICE VALID $1995.00. NOTIFIED J BEST FOR PAYMENT.

**08/20/2018 9:55 AM - CLAIM Note 64**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [08/20/2018 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 08/16/2018 AND DATED 08/15/2018 FROM MES SOLUTIONS. INV # 619269, IN THE AMOUNT OF $1995.00 FOR PEER REVIEW PERFORMED BY SETH STOLLER WITH A SPECIALTY IN NEUROLOGY. INVOICE PAID IN FULL

**08/19/2018 2:28 PM - CLAIM Note 63**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject : INVOICE
Text: [08/19/2018 - CARIGNAN, HEATHER]RECD INVOICE FROM MES FOR PMR REVIEW WITH ADDITIONAL CHARGE OF $75 INCLUDED. EMAIL TO MES REQUESTING CLARIFICATION OF ADDITIONAL CHARGE. ADVISED AP LEPPARD WAS PAID $50 FOR HER RESPONSE TO PEER DIRECTLY BY LLACB AS MESWAS PREVIOUSLY NOTIFIED. REQUESTED NEW INVOICE IF APPROPRIATE.

**08/19/2018 2:13 PM - CLAIM Note 62**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject : INVOICE 619269
Text: [08/19/2018 - CARIGNAN, HEATHER]RECD INVOICE FROM MES PEER REVIEW SERVICES, 619269 FOR $1995, NEUROLOGY REVIEW. INVOICE VALID. NOTIFIED J BEST FOR PMT

**08/15/2018 3:27 PM - CLAIM Note 61**

**08/15/2018 3:27 PM - CLAIM Note 61**
Claim/Event/Leave: 7608815
NoteSubject : Appeal
Other Subject : STATUS
Text: [08/15/2018 - CARIGNAN, HEATHER]NEURO PEER SPOKE WITH DR K. ARC WILL PROVIDE TIME FOR RESPONSE TO LETTER SENT TO DR K BY PEER MD. WRITTEN RESPONSE REC'D FROM DR LEPPARD.INCLUDED IN PMR/PAIN REPORT.

**08/15/2018 2:19 PM - CLAIM Note 60**
Claim/Event/Leave: 7608815
NoteSubject : Peer Review
Other Subject : PMR/PAIN
Text: [08/15/2018 - CARIGNAN, HEATHER]FROM 1/28/16 THROUGH 7/27/16 AND FROM 7/28/16 FORWARD, THE CLMT IS RESTRICTED TO SITTING UP TO 30 MINS AT A TIME AND UP TO A TOTAL OF SIX HOURS IN AN 8 HR DAY; STANDING UP TO 30 MINS/TIME AND UP TO A TOTAL OF ONE HOURIN AN 8 HR DAY; WALKING UP TO 30 MINS/TIME UP TO TOTAL OF 1 HR/8 HR DAY. RESTRICTED TO CARRYING, LIFTING, PUSHING, PULLING NO GREATER THAN 10 LBS OCCAS, 5 LBS FREQUENTLY. OCCASIONAL REACHING OVERHEAD, ABOVE THE SHOULDERS AND BELOW THE WAIST LEVEL, ANDFREQUENT REACHING AT WAIST/DESK LEVEL. NO RESTRICTIONS FOR HANDLING, FINGERING, GRASPING PINCHING, GRIPING AND USE OF HAND CONTROLS. OCCAS TWISTING, CROUCHING, BENDING/STOOPING, KNEELING, SQUATTING, STAIR CLIMBING AND USE OF FOOT CONTROL. RESTRICTEDFROM CRAWLING, WORKING AT UNPROTECTED HEIGHTS, DRIVING COMMERCIAL VEHICLE, CLIMBING LADDERS, AND OPERATING HEAVY EQUIPMENT OR SAFETY SENSITIVE MACHINERY.[08/15/2018 - CARIGNAN, HEATHER]DR LEPPARD RESPONDED TO QUESTIONS SENT TO HER BY THE PEER REVIEWMD AS FOLLOWS: DR LEPPARD STATED THE CLMT HAD NO NEUROLOGIC DEFICITS DURING HER RECENT EVALUATION....THE CLMT HAS LONG PLATEAUED WITH THERAPY. SHE COMPLETED THERAPY YEARS AGO WITH NO RESPONSE....PROGNOSIS IS POOR DUE TO CHRONIC PAIN....NO FURTHER TREATMENT IS RECOMMENDED FROM DR LEPPARD'S OFFICE.

**08/15/2018 2:03 PM - CLAIM Note 59**
Claim/Event/Leave: 7608815
NoteSubject : Peer Review
Other Subject : NEUROLOGY/PAIN
Text: [08/15/2018 - CARIGNAN, HEATHER]DX SUPPORTED ARE MIGRAINE W/OUT AURA, CHRONIC DAILY HEADACHE, CERVICAL RADICULOPATHY, AND INCOMPLETE LESION OF CERVICAL SPINAL CORD X1. FROM 1/28/16-7/27/16 AND FROM 7/28/16 FORWARD, MEDICAL DOCUMENTATION SUPPORTS FUNCTIONAL IMPAIRMENT INCLUDING RESTRICTIONS ON LIFTING. LIFT UP TO 25 LBS OCCAS, 20 LBS FREQ, PUSH/PULL 30 LBS FREQ, 50 LBS OCCAS, BEND TWIST AND REACH ABOVE SHOULDER OCCAS, REACH BELOW SHOULDER, GRASP, TYPE, HANDLE, FINGER, AND FEEL FREQUENTLY. NO R/LSON SITTING, STANDING OR WALKING.[08/15/2018 - CARIGNAN, HEATHER]AP CONTACT WITH DR KOMATINENI: DR STATED NOT COMPLETING DISABILITY PAPERWORK AS DR DID NT BELIEVE THE CLMT IS UNABLE TO WORK IN ANY CAPACITY. SHE HAS NO FOCAL DEFICITS ON EXAM. DR BELIEVES SHE CAN WALK W/OUT DIFFICULTY, AND CAN HANDLE LIGHT DUTY WITHOUT DIFFICULTY. PEER MD STATES 'WE DISCUSSED MY RECOMMENDATIONS ON RESTRICTIONS AND LIMITATIONS AND YOU ARE IN AGREEMENT.'

**08/10/2018 9:17 AM - PHONE Note 17**
Claim/Event/Leave: 7608815
NoteSubject : Called AP
Other Subject : K. TUSLER/DR LEPPARD
Text: [08/10/2018 - CARIGNAN, HEATHER]CALLED KRIS TUSLER IN BILLING OFFICE AT DR LEPPARD. REACHED VM. LEFT MSG STATING CALLING ABOUT THE INVOICE SENT TO MES PEER REVIEW SERVICES RE MICHELLE NELSON, FOR RESPONSE TO DR EMAD'S QUESTIONS. ADVISED MES IS CONDUCTING THE PEER REVIEW AT OUR REQUEST RE MS NELSON'S DISABILITY CLAIM. ADVISED I PAID THE INVOICE TODAY AND CALLING TO ASK IF DR LEPPARD COULD PLEASE RESPOND TO THE QUESTIONS ASKED W/IN THE TIMEFRAME ASKED. REASON IS THAT CLAIM IS UNDER APPEAL REVIEW AND WE ARE REQUIRED TO RESPOND W/IN A CERTAIN TIMEFRAME TO MS NELSON'S ATTORNEY. PROVIDED MY CONTACT # AND REQ'D CALL BACK. THANKED, END OF MSG.[08/10/2018 - CARIGNAN, HEATHER]RECEIVED MSG FROM KRIS AT 12:23 PM TODAY STATED SHE SPOKE W/DR LEPPARD ANDSHE WILL WORK ON THE RESPONSE TO THE FAX, CAN'T PROMISE TODAY BUT IT WILL BE DONE ON MONDAY, SHOULD IT BE FAXED TO YOUR ATTENTION? PLS CALL 719 575 1845. I RETURNED KRIS' CALL AT 1PM EASTERN. ADVISED HER THAT RESPONSE FROM DR LEPPARD SHOULD GO BACK TO MES, IT IS AN INDEP PROCESS AND THEY ARE REVIEWING FOR US. THANKED HER FOR DR LEPPARD'S REVIEW. SHE ACKNOW THANKED ME AND CALL ENDED.

**08/10/2018 8:04 AM - CLAIM Note 58**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject : VENDOR PMT
Text: [08/10/2018 - CARIGNAN, HEATHER]PAID INVOICE DATED 8/6/18 FROM KATHARINE J LEPPARD MD $50 FOR RESPONSE TO PEER REVIEW QUESTIONS (PEER REVIEW UNDERWAY AT THIS TIME). TAX ID 26-1531503. KATHARINE J LEPPARD MD, MEDICAL REHABILITATION SPECIALISTS 3470 CENTENNIAL BLVD, STE 110, COLORADO SPRINGS CO 80907.

**08/08/2018 1:53 PM - PHONE Note 16**
Claim/Event/Leave: 7608815
NoteSubject : Called AP
Other Subject : KRIS TUSLER
Text: [08/08/2018 - CARIGNAN, HEATHER]CALLED KRIS TUSLER IN BILLING DEPT FOR DR LEPPARD TEL 719 575 1845. REACHED VM. LEFT MY NAME, STATED A PEER PHYSICIAN HAS BEEN TRYING TO REACH DR LEPPARD FOR DISCUSSION AND WE WERE ADVISED THAT A PREPAYMENT IS REQUIRED. I ADVISED IN ATTEMPTING TO MAKE THE PAYMENT WE WERE ADVISED THE TIN DOESN'T MATCH THE NAME PROVIDED. STATED IT MAY BE EASIER TO DISCUSS AND ASKED FOR RETURN CALL. PROVIDED CONTACT INFO. THANKED MSG CONCLUDED.[08/08/2018 - CARIGNAN, HEATHER]SPOKE WITH KRIS, ASKED FOR CONFIRMATION OF NAME ASSOC'D W/TIN. SHE ADVISED KATHARINE J LEPPARD MD. I THANKED HER AND CALL ENDED. SHE CONFIRMED THE TIN # THAT WE HAVE ON FILE ON THE W-9 IS CORRECT.[08/08/2018 - CARIGNAN, HEATHER]SUBMITTED VENDOR ADD REQUEST W/UPDATED/CORRECTED NAME.

**08/08/2018 1:51 PM - CLAIM Note 57**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject : TIN -NO MATCH
Text: [08/08/2018 - CARIGNAN, HEATHER]REC'D REJECTION FOR ADDITION OF VENDOR FROM TAX DEPT -VENDOT TAX ID AND /OR VENDOR NAME DOES NOT MATCH WITH INFO FILED WITH THE IRS. PLEASE REVIEW INVOICE FOR ACCURACY. ASSURE NAME AND TIN ARE CORRECT, USE FULL NOT ABBREVIATED NAMES.. MAKE SURE YOU KNOW WHO OWNS THE TIN.

**08/06/2018 9:00 PM - CLAIM Note 56**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject : INVOICE AP
Text: [08/06/2018 - CARIGNAN, HEATHER]REC'D INVOICE FROM MES OF PRE-PMT REQD BY DR LEPPARD FOR RESPONSE TO PEER REVIEW. SUBMITTED REQ TO ADD VENDOR VIA SCORE

**07/12/2018 10:07 AM - CLAIM Note 55**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject : COPY JOB
Text: [07/12/2018 - PILAR, SARAH]COPY OF DOC LIST EXCEPT OUTBOUND CORRESPONDENCE ON THUMB DRIVE SENT TO MES VIA UPS 2ND DAY 1Z24896X0292656116.

**07/11/2018 2:28 AM - CLAIM Note 54**
Claim/Event/Leave: 7608815
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 7/10/2018 - REFERRED TO MES SOLUTIONS FOR PANEL REVIEW.

**07/10/2018 10:47 AM - CLAIM Note 53**
Claim/Event/Leave: 7608815
NoteSubject : Appeal
Other Subject : STATUS
Text: [07/10/2018 - CARIGNAN, HEATHER]INITIAL REVIEW COMPLETE. APPEAL IS FOR LTD CLAIM ALTHOUGH ATTY APPEAL LETTER REFERENCES STD CLAIM/CLAIM # (STD CLAIM PREVIOUSLY LITIGATED FOLLOWING APPEAL UPHOLD). FILE WILL BE REFERRED FOR PANEL REVIEW WITH NEUROLOGY&PMR/PAIN TO DETERMINE SUPPORTED R/LS AND DURATION
[07/10/2018 - CARIGNAN, HEATHER]EXTENSION LETTER SENT VIA FAX TO ATTY

**06/27/2018 11:56 AM - CLAIM Note 52**
Claim/Event/Leave: 7608815
NoteSubject : Appeal
Other Subject : STATUS
Text: [06/27/2018 - CARIGNAN, HEATHER]APPEAL RECEIVED AND IN PROCESS. S1 CODING VERIFIED. FURTHER ACTION PENDING COMPLETE REVIEW OF THE FILE.

**06/21/2018 9:20 AM - CLAIM Note 51**
Claim/Event/Leave: 7608815
NoteSubject : Appeal
Other Subject : ARC ASSIGNMENT
Text: [06/21/2018 - MARCHESE, GENNA]PRESCREEN COMPLETE. DENIAL LETTER DATED 12/18/17. REC'D COMPLETE APPEAL FROM ATTORNEY AS OF 6/14/18. DAY 180 IS 6/15/18. AUTH AND JOB DESC ON FILE. CLAIM FILED PRIOR TO 4/1/18. SENT ATTORNEY ACK APPEAL LETTER ON 6/21/18 AND ASSIGNED TO APPEALS CONSULTANT HEATHER CARIGNAN

**06/19/2018 7:09 AM - CLAIM Note 50**
Claim/Event/Leave: 7608815
NoteSubject : Appeal
Other Subject : REFERRAL RECEIVED
Text: [06/19/2018 - WINTERER, NANCY]ASSIGNED TO GENNA MARCHESE

**06/19/2018 2:27 AM - CLAIM Note 49**
Claim/Event/Leave: 7608815
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 6/15/2018 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**06/15/2018 9:29 PM - CLAIM Note 48**
Claim/Event/Leave: 7608815
NoteSubject : Ref to Other
Other Subject : ARU
Text: [06/15/2018 - VECORKO, VIKTORIYA]FILE REFERRED TO ARU.

**06/15/2018 2:50 PM - CLAIM Note 47**
Claim/Event/Leave: 7608815
NoteSubject : Appeal
Other Subject : MGR REVIEW
Text: [06/15/2018 - JOHNSON, AUDREY]AGREE WITH REFERRAL TO APPEALS

Text: [06/15/2018 - JOHNSON, AUDREY]AGREE WITH REFERRAL TO APPEALS.

**06/15/2018 1:45 PM - CLAIM Note 46**
Claim/Event/Leave: 7608815
NoteSubject : Ref to Other
Other Subject : M1-REF TO ARU
Text: [06/15/2018 - VECORKO, VIKTORIYA]RECOMMEND REFERRAL TO ARU AS 180D DEADLINE IS TODAY AND ATTY SUBMITTED LTR OF APPEAL ALONG W/UPDATED MED REC.

**06/15/2018 1:44 PM - CLAIM Note 45**
Claim/Event/Leave: 7608815
NoteSubject : Appeal
Other Subject : REQ FOR APPEAL
Text: [06/15/2018 - VECORKO, VIKTORIYA]REC'D 78PGS AND LETTER OF APPEAL FROM ATTY MICHAEL KRIEGER.

**06/14/2018 4:24 PM - PHONE Note 15**
Claim/Event/Leave: 7608815
NoteSubject : Other Called
Other Subject : VICK
Text: [06/14/2018 - VECORKO, VIKTORIYA]REC'D PHONE CALL FROM VICKI FROM ATTY'S OFFICE IN RE: APPEAL, PROVIDED FAX NUMBER AND DEADLINE 6/15. SHE WILL SEND INFO AT ONCE, PC ENDED W/NFQ.

**06/12/2018 1:33 PM - PHONE Note 14**
Claim/Event/Leave: 7608815
NoteSubject : Other Called
Other Subject : VICK
Text: [06/12/2018 - MILNE, SCOTT]VICKI FROM LAW OFFICE CALLED IN REGARDS TO CLM--CONNECTED TO VM OF DCM--C/E

**05/18/2018 3:20 PM - CLAIM Note 44**
Claim/Event/Leave: 7608815
NoteSubject : Appeal
Other Subject : FAX TO ATTY
Text: [05/18/2018 - DANIELL, JANE]NO RESPONSE FROM ATTY REGARDING HIS 5/15/18 LETTER REFERENCING STD CLAIM 3585432. THUS RESPONDED TO ATTY KRIEGER'S LETTER VIA FAX ADVISING STD CLAIM HAS BEEN REVIEWED AND AN APPEAL DECISION RENDERED. HOWEVER TM'S LTD CLAIM WAS DENIED 12/17/17 - HAS UNTIL 6/15/18 TO APPEAL.

**05/16/2018 12:45 PM - CLAIM Note 43**
Claim/Event/Leave: 7608815
NoteSubject : Appeal
Other Subject : CALLED ATTY KRIEGER
Text: [05/16/2018 - DANIELL, JANE]CALLED ATTY'S OFFICE AND LEFT A VMM ON HIS ANSWERING MACHINE. ADVISED I WAS RESPONDING TO HIS MAY 15 LETTERS. EXPLAINED STD CLAIM 3582432 WAS DENIED - APPEALED IN JUNE 2016 UPHELD IN JULY 2016 AMD LITIGATION WAS COMPLETED IN AUGUST 2017. ADVISED TM'S LTD CLAIM WAS DENIED IN DECEMBER. WOULD LIKE TO DISCUSS. REQUESTED ATTY PLEASE CALL BACK

**03/05/2018 2:06 PM - CLAIM Note 42**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject : COPY REQUEST
Text: [03/05/2018 - DIRCK, JAIME]PER ARC REQUEST COPIED COMPLETE CLAIM FILE-7608815, 3582432-AND POLICY ONTO A THUMB DRIVE AND MAILED THUMB DRIVE W/ COVER LETTER TO MICHAEL KRIEGER TODAY VIA UPS 2ND DAY AIR SIGNATURE REQUIRED. TRACKING #1Z 248 96X 35 90810435

**03/05/2018 8:50 AM - CLAIM Note 41**
Claim/Event/Leave: 7608815
NoteSubject : Appeal
Other Subject : COPY OF CLM TO ATTY
Text: [03/05/2018 - DANIELL, JANE]SENDING COMPLETE COPY OF CLAIM TO ATTY ALONG W/LTD POLICY

**02/16/2018 11:53 AM - CLAIM Note 40**
Claim/Event/Leave: 7608815
NoteSubject : Appeal
Other Subject : ATTY CALLED
Text: [02/16/2018 - DANIELL, JANE]REC'D A VMM FROM ATTY AT 3:51 YESTERDAY AFTERNOON - HE STATED TO CALL AT 303-781-5559**********RETURNED CALL AND ADVISED THE 2/7/18 LETTER STATED IT WAS REGARDING MICHELLE'S STD CLAIM 3582432 HOWEVER WE ALREADY SENT ALLTHE INFORMATION TO HIS OFFICE SOME TIME AGO. ADVISED THE 2/7/18 LETTER STATES HE IS IN RECEIPT OF THE 12/18/17 LETTER FROM LIBERTY. EXPLAINED THE LETTER IS REGARDING HER LTD CLAIM 7608815. ANY FURTHER QUESTIONS CALL ME OR VICTORIYA THE DCM.

**02/14/2018 12:37 PM - CLAIM Note 39**
Claim/Event/Leave: 7608815
NoteSubject : Appeal
Other Subject : ATTY
Text: [02/14/2018 - DANIELL, JANE]REC'D LETTER FROM ATTY DATED 2/7/18 - STATES IT IS PERTAINING TO THE STD CLAIM 3582432 - HOWEVER ATTY STATES THEY ARE IN RECEIPT OF LIBERTY'S LETTER OF 12/18/17 - WHICH IS THE LTD DENIAL LETTER.***************THUS CALLEDM. KRIEGER ATTY - LEFT A VMM REGARDING THE 2/7/18 FAX.

**12/20/2017 5:52 PM - CLAIM Note 38**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [12/20/2017 - THEOFRASTOU, ELIZABETH]INVOICE REC'D 12/13/17 FROM MLS GROUP, INVOICE #350947, IN THE AMT OF $105.00 FOR PEER REVIEW ADDENDUM - PMR, AP FARJALLAH KHOURY. INVOICE PAID IN FULL

**12/18/2017 11:45 AM - PHONE Note 13**
Claim/Event/Leave: 7608815
NoteSubject : EE Called
Other Subject :
Text: [12/18/2017 - WASHINGTON, JERRY]TM CALLED FOR CLAIM STATUS. ADVSD OF LTD DETERMINATION AND RIGHT TO APPEAL. EXPLAINED OA AND PEER REVIEW WAS CONDUCTED. TM AND SPOUSE ASKED ARE THEY ALLOWED TO LITIGATE. ADVSD TM THAT THIS IS DECISION HER AND HER ATTORNEY MUST COME TO ON THEIR OWN. I ADVSD IF SHE DOES LITIGATE, THAT LM WILL ONLY BE DISCUSS FILE W/ ATTORNEY OFFICE DIRECTLY.

**12/18/2017 11:22 AM - CLAIM Note 37**
Claim/Event/Leave: 7608815
NoteSubject : Denied
Other Subject :
Text: [12/18/2017 - VECORKO, VIKTORIYA]LETTER MAILED.

**12/18/2017 11:20 AM - PHONE Note 12**
Claim/Event/Leave: 7608815
NoteSubject : Called EE
Other Subject : F/U
Text: [12/18/2017 - VECORKO, VIKTORIYA]N/A TO REACH TM LVM IN RE: CLM STATUS UPDATES. REQ A CALL BACK.

**12/18/2017 8:31 AM - CLAIM Note 36**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [12/18/2017 - CAREY, LAUREN]AGREE WITH DENIAL FOR NTD BASED ON THE OVERALL MEDICAL ASSESSMENT.

**12/15/2017 9:27 PM - CLAIM Note 35**
Claim/Event/Leave: 7608815
NoteSubject : Ref to Other
Other Subject : M1-DENY
Text: [12/15/2017 - VECORKO, VIKTORIYA]RECOMMEND DENYING LTD BENEFITS AT THIS TIME, PER CP REVIEW OF MEDICAL RECORDS SUBMITTED, R&L IDENTIFIED COMPARED TO OA, DOES NOT SUPPORT TM'S INABILITY TO PERFORM SED OCC. DCM TO MAIL LETTER AND CALL TM TO DISCUSS.

**12/15/2017 9:26 PM - CLAIM Note 34**
Claim/Event/Leave: 7608815
NoteSubject : Peer Review
Other Subject :
Text: [12/15/2017 - VECORKO, VIKTORIYA]REC'D PEER REVIEW ADDENDUM CLARIFYING THAT R&L ESTABLISHED ARE FROM DOD THROUGH PRESENT.

**12/08/2017 2:30 AM - CLAIM Note 33**
Claim/Event/Leave: 7608815
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 12/7/2017 - REFERRED TO MLS GROUP OF COMPANIES FOR PEER REVIEW.

**12/07/2017 12:35 PM - CLAIM Note 32**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject : RE-REFERRAL APPROVAL
Text: [12/07/2017 - CAREY, LAUREN]AGREE WITH REFERRAL FOR AN ADDENDUM.

**12/06/2017 3:50 PM - CLAIM Note 31**
Claim/Event/Leave: 7608815
NoteSubject : Ref to Other
Other Subject : CLINICAL RE-REFERRAL
Text: [12/06/2017 - VECORKO, VIKTORIYA]RECOMMEND RE-REFERRAL TO CLINICAL RESOURCE FOR REVIEW. DCM FINDS IT REASONABLE TO REFER CP REVIEW ADDENDUM BASED ON UNCLEAR R&L FROM LTD BBD VS. PRESENT.

**11/28/2017 11:07 AM - CLAIM Note 30**
Claim/Event/Leave: 7608815
NoteSubject : Ref to Other
Other Subject : M1-DENY
Text: [11/28/2017 - VECORKO, VIKTORIYA]RECOMMEND DENYING LTD BENEFITS AT THIS TIME, PER CP REVIEW OF MEDICAL RECORDS SUBMITTED, R&L IDENTIFIED COMPARED TO OA, DOES NOT SUPPORT TM'S INABILITY TO PERFORM SED OCC. DCM TO MAIL LETTER AND CALL TM TO DISCUSS.

**11/27/2017 2:42 PM - CLAIM Note 29**

**11/27/2017 2:[illegible]2 [illegible]M - CLAIM Note 29**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject : VENDOR PMT
Text: [11/27/2017 - LANDRY, KATHLEEN]INV RCVD 11/22/17 INV REFERENCE 5671201/1090807 DATED 11/22/17 FOR JOB ANALYSIS FROM LIBERTY MUTUAL MANAGED CARE LLC IN THE AMT OF $200.38. INV PAID 11/27/17

**11/22/2017 8:30 PM - CLAIM Note 28**
Claim/Event/Leave: 7608815
NoteSubject : Voc Rehab
Other Subject : REPORT COMPLETE
Text: [11/22/2017 - HOWARD, JANE]FILE REVIEWED AND RESEARCH CONDUCTED. REPORT COMPLETED AND POSTED DIRECTLY TO SYSTEMONE, ALONG WITH INVOICE. NO FURTHER VCM ACTIVITY.

**11/22/2017 7:10 PM - CLAIM Note 27**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject :
Text: [11/22/2017 - VECORKO, VIKTORIYA]REC'D DUPLICATE INFO - DR. FRALEY.

**11/18/2017 2:31 AM - CLAIM Note 26**
Claim/Event/Leave: 7608815
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 11/17/2017-REFERRAL RECEIVED BY VCM AND ASSIGNED TO HOWARD, JANE. CLAIM/AS EVENT IS PENDING REVIEW.

**11/17/2017 2:29 AM - CLAIM Note 25**
Claim/Event/Leave: 7608815
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 11/16/2017 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**11/16/2017 3:02 PM - CLAIM Note 24**
Claim/Event/Leave: 7608815
NoteSubject : Voc Rehab
Other Subject :
Text: [11/16/2017 - VECORKO, VIKTORIYA]REFERRAL SENT TO VOC FOR OA

**11/16/2017 3:02 PM - CLAIM Note 23**
Claim/Event/Leave: 7608815
NoteSubject : Peer Review
Other Subject :
Text: [11/16/2017 - VECORKO, VIKTORIYA]REC'D PEER REVIEW.

**11/15/2017 12:51 PM - CLAIM Note 22**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject : VND PMT
Text: [11/15/2017 - KANE, AMANDA]RECD INV FROM MLS ON 11/14/17, INV # 349560 DATED 11/14/17, IN THE AMT OF $1680.00 FOR PMR PEER REVIEW BY FARJALLAH KHOURY. INV PD.

**11/13/2017 8:22 AM - CLAIM Note 21**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject : VND PMT
Text: [11/13/2017 - KANE, AMANDA]RECD INV FROM IOD ON 11/9/17, ORDER # 54086402 DATED 11/9/17 IN THE AMT OF $18.53 FOR 4 PGS OF RECORDS FROM MED REHAB SPECIALISTS. INV PD.

**11/07/2017 2:27 AM - CLAIM Note 20**
Claim/Event/Leave: 7608815
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 11/3/2017 - REFERRED TO MLS GROUP OF COMPANIES FOR PEER REVIEW.

**11/03/2017 8:30 PM - CLAIM Note 19**
Claim/Event/Leave: 7608815
NoteSubject : Med Records Rcvd
Other Subject :
Text: [11/03/2017 - VECORKO, VIKTORIYA]REC'D RECORDS FROM DR. LEPPARD. DCM REFERRED FILE FOR PM&R CP REVIEW W/MLS

**11/03/2017 12:09 PM - CLAIM Note 18**
Claim/Event/Leave: 7608815
NoteSubject : LTR to AP
Other Subject : LEPPARD
Text: [11/03/2017 - VECORKO, VIKTORIYA]FAXED 3RD REQ FOR MED REC - RUSH W/AUTH ATTACHED

**11/03/2017 12:05 PM - PHONE Note 11**
Claim/Event/Leave: 7608815
NoteSubject : Called AP
Other Subject : LEPPARD
Text: [11/03/2017 - VECORKO, VIKTORIYA]DCM SPOKE TO TESSA WHO ADVISED THAT REQ WAS DENIED, WAS PROVIDED W/PHONE NUMBER FOR IOD - 800-236-3355; DCM SPOKE TO AMY WHO ADVISED THAT REQ WAS REJECTED AND RESPONSE WAS SENT ON 10/6; DCM CONF THAT NO RESPONSE FROMIOD REC'D. DCM WILL FAX ANOTHER REQ AND REQ TO BE PROCESSED RUSH.

**11/02/2017 1:20 PM - CLAIM Note 17**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject : VND PMT
Text: [11/02/2017 - KANE, AMANDA]RECD INV FROM COPYCATS CORPORATION ON 11/1/17, INV # 5118405 DATED 11/1/17, IN THE AMT OF $72.56 FOR 73 PGS OF RECORDS FROM EXPRESSCARE. INV PD.

**11/01/2017 10:00 AM - CLAIM Note 16**
Claim/Event/Leave: 7608815
NoteSubject : Med Records Rcvd
Other Subject : FRALEY
Text: [11/01/2017 - VECORKO, VIKTORIYA]REC'D OV NOTES FROM DR. FRALEY AND OTHER PROVIDERS THAT TM CONSULTED WITH FROM 6/21/2016-9/28/2017.

**10/26/2017 6:06 PM - PHONE Note 10**
Claim/Event/Leave: 7608815
NoteSubject : Called AP
Other Subject : MULTI
Text: [10/26/2017 - VECORKO, VIKTORIYA]DCM SPOKE TO TESA AT DR. FRALEY'S OFFICE IN RE: REQ FOR MED REC, SHE REQ THAT DCM RE-SENDS IT AND PUTS ATTN: TESA. DCM AGREED. REQ REFAXED. FURTHER, DCM F/U W/DR. FRALEY'S OFFICE TO CONF RECEIPT OF MED REC REQ AND SPOKE TO COPYCATS - LADY THAT HANDLES REQ - SHE WAS NOT AT HOME TO FAX DCM INVOICE, BUT WILL SEND IT TO DCM TODAY OR TOMORROW. PROVIDED PHONE NUMBER & FAX.

**10/26/2017 5:55 PM - CLAIM Note 15**
Claim/Event/Leave: 7608815
NoteSubject : Med Records Rcvd
Other Subject : KOMATENINI
Text: [10/26/2017 - VECORKO, VIKTORIYA]REC'D OV NOTES FROM 8/15-10/11.[10/26/2017 - VECORKO, VIKTORIYA]***LATE ENTRY***

**10/20/2017 2:54 PM - PHONE Note 9**
Claim/Event/Leave: 7608815
NoteSubject : Called EE
Other Subject :
Text: [10/20/2017 - VECORKO, VIKTORIYA]DCM LVM IN RE: INVOICE REC'D, PAYMENT ISSUED. AWAITING RECORDS.

**10/20/2017 8:20 AM - CLAIM Note 14**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [10/20/2017 - NEAULT, TAMIE]INVOICE RECEIVED ON 10/19/2017 FROM VENDOR VERISMA, INVOICE #6168-11080, IN THE AMOUNT OF $46.48, FOR SERVICE TYPE MEDICAL RECORDS FROM COLORADO SPRINGS NEUROLOGICAL. INVOICE PAID IN FULL.

**10/19/2017 4:02 PM - CLAIM Note 13**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject :
Text: [10/19/2017 - VECORKO, VIKTORIYA]REC'D INVOICE FOR COPY RECORDS FROM COLORADO SPRINGS NEUROLOGICAL - FORWARDED FOR PAYMENT.

**10/17/2017 11:48 AM - PHONE Note 8**
Claim/Event/Leave: 7608815
NoteSubject : EE Called
Other Subject :
Text: [10/17/2017 - HART, DARRELL]TM CALLED TO SEE IF HCP FORM WAS RECEIVED , DCM CHECKED LEAVE AND WITH LEAVE SPECIALIST CHARLES HERRIN, CHARLES ADVISED ONLY 1 PAGE WAS RECEIVED OF TWO, DCM ADVISED TM THAT WE RECEIVED HCP FORM BUT ONLY PAGE 1 OF 2 WAS RECEIVED, DCM ASKED CAN THEY REFAX , TM AGREED, TM THANKED DCM AND HAD NFQ, CALL CONCLUDED.

**10/16/2017 12:33 PM - PHONE Note 7**
Claim/Event/Leave: 7608815
NoteSubject : EE Called
Other Subject :
Text: [10/16/2017 - MILLER, ELANA]TM CALLED AND ASKED IF WE RECV'D INVOICE FROM HER AP ON 10/1/17. INFORMED TM WE HAVE NOT. ASKED TM TO ASK AP TO REFAX INVOICE. TM SAID OK.

**10/13/2017 4:36 PM - PHONE Note 6**

Claim/Event/Leave: 7608815
NoteSubject : Called EE
Other Subject :
Text: [10/13/2017 - VECORKO, VIKTORIYA]ADVISED TM ON OUTSTANDING MEDICAL INFO - EMAILED TM REQ FOR AUTH FROM DR. LEPPARD'S OFFICE, FAXED MED REC REQ TO DR. K W/AUTH PROVIDED AS WELL AS NO RESPONSE FROM DR. FRALEY. TM NOTED THAT SHE WILL REACH OUT TO AP.

**10/10/2017 4:49 PM - CLAIM Note 12**
Claim/Event/Leave: 7608815
NoteSubject : Notice/Proof Review
Other Subject : DAY 15
Text: [10/10/2017 - VECORKO, VIKTORIYA]DCM FAXED 2ND REQ FOR MED REC TO DR. K, LEPPARD AND FRALEY. DCM SPOKE TO TM AND ADVISED WE REC'D FORMS, OUSNTAIDNG AQ FORM. TM IS WORKING ON IT. ALSO FAXED 2ND REQ FOR RECORDS. TM WAS IN AGREEMENT. SHE WILL F/U WITH AP AS WELL. CONF THAT ADD'L INCOME REC'D IS FOR HER DAUGHTER - DEPENDENT.

**10/06/2017 2:47 PM - CLAIM Note 11**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject : LTD FORMS
Text: [10/06/2017 - MILLER, ELANA]RECV'D LTD FORMS

**10/05/2017 10:52 AM - PHONE Note 5**
Claim/Event/Leave: 7608815
NoteSubject : EE Called
Other Subject :
Text: [10/05/2017 - WASHINGTON, JERRY]TM CALLED TO REPORT NEW ADDRESS. DCM UPDATED. TM ALSO WANTED ME TO EMAIL AQ FORM TO SEND OVER. I AGREED. TM ALSO WANTED COPY OF R/LS FORM TO HAVE AP OFFICE COMPLETE. I AGREED.

**10/05/2017 10:51 AM - CLAIM Note 10**
Claim/Event/Leave: 7608815
NoteSubject : LTR to EE
Other Subject :
Text: [10/05/2017 - WASHINGTON, JERRY]EMAILED TM COPY OF AQ FORM AND R/LS FORM TO BE FWD TO AP OFFICE TO COMPLETE

**10/04/2017 7:57 PM - CLAIM Note 9**
Claim/Event/Leave: 7608815
NoteSubject : Med Records Rcvd
Other Subject : PEAK PERFORMANCE CHI
Text: [10/04/2017 - GALLMAN, VERONIQUE]RECD COPIES OF PROGRESS NOTES FROM 1//22/16 THROUGH 7/6/17[10/04/2017 - GALLMAN, VERONIQUE]RECD PROGRESS NOTES 6/2/16 THROUGH 4/6/17

**10/02/2017 2:46 PM - CLAIM Note 8**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject : FORMS
Text: [10/02/2017 - VECORKO, VIKTORIYA]REC'D COMPLETED LTD FORMS - TM INDICATED ADD'L PROVIDERS SUCH AS HAMMERS, HARMON, PA-C - BOTH WORK UNDER AP KOMATENINE.[10/10/2017 - VECORKO, VIKTORIYA]MISSING AQ - TM IS WORKING ON COMPLETING IT.

**09/27/2017 11:24 AM - PHONE Note 4**
Claim/Event/Leave: 7608815
NoteSubject : Called EE
Other Subject : SSD
Text: [09/27/2017 - VECORKO, VIKTORIYA]DCM CONF W/TM, RECEIVED NOA FOR HER SSDI; THANKED TM FOR PROVIDING INFO. TM CONF SHE REC'D HCP FORM, ENCOURAGED TO HAVE IT COMPLETED BY HER AND HER CP. ALSO REC'D RESPONSE FROM DR. K - TM MUST COMPLETE AND SIGN THEIRAUTH. TM AGREED TO HAVE DCM EMAIL HER THAT INFO.

**09/22/2017 9:41 PM - CLAIM Note 7**
Claim/Event/Leave: 7608815
NoteSubject : Med Records Rcvd
Other Subject : FALCON PT
Text: [09/22/2017 - VECORKO, VIKTORIYA]REC'D PT NOTES 5/4/2016-2/12/2017

**09/22/2017 2:48 PM - CLAIM Note 6**
Claim/Event/Leave: 7608815
NoteSubject : LTR to EE
Other Subject :
Text: [09/22/2017 - VECORKO, VIKTORIYA]MAILED ADD'L N&P INCLUDING ALL PROVIDERS W/DEADLINE 11/1

**09/22/2017 2:43 PM - CLAIM Note 5**
Claim/Event/Leave: 7608815
NoteSubject : Action Plan
Other Subject : PENDED LTD
Text: [09/22/2017 - VECORKO, VIKTORIY...]-7 CONSUMER LN UNDERWTR (S - EE) 2 - LDW 01/27/2016, DOD 01/28/2016, DX

Text: [09/22/2017 - VECORKO, VIKTORIYA]47 CONSUMER LN UNDERWTR (SAFE) 3 - LDW 01/27/2016; DOD 01/28/2016; DX: BACK PAIN, NECK PAIN, GENERALIZED PAIN, HA W/CHRONIC MIGRAINES. TRANSITION LTR MAILED DUE BY 11/1.

**09/22/2017 2:42 PM - CLAIM Note 4**
Claim/Event/Leave: 7608815
NoteSubject : Other
Other Subject :
Text: [09/22/2017 - VECORKO, VIKTORIYA]REC'D ELIG INFO - TM ELIG @ 65% EFF 1/1/2010.

**09/21/2017 9:20 PM - PHONE Note 3**
Claim/Event/Leave: 7608815
NoteSubject : Initial EE Interview
Other Subject : COMPLETED
Text: [09/21/2017 - VECORKO, VIKTORIYA](LATE ENTRY) 47 CONSUMER LN UNDERWTR (SAFE) 3 - LDW 01/27/2016; DOD 01/28/2016; DX: BACK PAIN, NECK PAIN, GENERALIZED PAIN, HA W/CHRONIC MIGRAINES. TXT W/ DR. FRALEY, DR. KOMATINENI, DR. LEPPARD AND FALCON PT - TM ALSO DOES MASSAGE. TM CURRNELTY IS IN LITIGATION W/WF OVER HER STD BENEFIT. REQ A STAND ALONE CLM FOR LTD. TM IS LOOKING FORWARD TO THE FUTURE ON RTW BUT HAS NO CURRENT GOAL ON WHICH SHE IS WORKING ON W/HER PROVIDED. TM WAS APPROVED FOR SSDI IN 2016. TM WILL PROVIDE NOA TO DCM. HAS A SUPPORTIVE HUSBAND WHO HELPS W/CHORES AND DRIVING. NO OTHER COMORBIDS. DCM WILL REQUEST MEDICAL RECORDS FROM ALL TREATING PHYSICIANS IN ORDER TO REVIEW FOR A DETERMINATION. DCM ADVISED WILL BE IN CONTACT WITH EMPLOYER TO OBTAIN INFORMATION ABOUT YOUR LAST DAY WORKED, SALARY AND JOB DUTIES, DISCUSS OPTIONS AND OPPORTUNITIES WITH EMPLOYER THAT WILL ASSIST TM IN RETURN TO WORK PLANNING, INCLUDING THEIR ABILITY TO ACCOMMODATE ANY NECESSARY MODIFICATIONS. DCM EXPLAINED CONTRACT PROVISIONS SUCH AS DEF OF DISABILITY UNDER LTD PLAN, SSDB OFFSET TO LTD BENEFIT, FREQ. OF THE PAY. TM VERBALIZED UNDERSTANDING AND WAS IN AGREEMENT WITH ALL OF THE ABOVE; QUESTIONS WERE ENCOURAGED AND ANSWERED TO STATED SATISFACTION.DCM PHONE NUMBER & EXT PROVIDED TO C/B WITH QUESTIONS/UPDATES. WISHED TM WELL, PC ENDED.

**09/20/2017 3:18 PM - PHONE Note 2**
Claim/Event/Leave: 7608815
NoteSubject : EE Called
Other Subject :
Text: [09/20/2017 - MILLER, ELANA]TM CALLED AND ASKED FOR CALL BACK FROM ADCM. CM SENT MESSAGE TO ADCM.

**09/20/2017 1:16 PM - CLAIM Note 3**
Claim/Event/Leave: 7608815
NoteSubject : LTR to AP
Other Subject :
Text: [09/20/2017 - VECORKO, VIKTORIYA]FAXED MED REC REQ TO DR. FRALEY AND DR. KOMATINENI, MD - 6/1-PRESENT;

**09/19/2017 4:58 PM - CLAIM Note 2**
Claim/Event/Leave: 7608815
NoteSubject : LTR to ER
Other Subject : ELIG
Text: [09/19/2017 - VECORKO, VIKTORIYA]REQ ELIG INFO FROM WF;

**09/19/2017 4:56 PM - CLAIM Note 1**
Claim/Event/Leave: 7608815
NoteSubject : LTR to EE
Other Subject : TRANSITION
Text: [09/19/2017 - VECORKO, VIKTORIYA]MAILED TRANSITION LTR DUE BY 11/2; REQ MED REC FROM DR. LEPPARD AND FALCON PT 5/1/2016 TO PRESENT.[09/19/2017 - VECORKO, VIKTORIYA]DCM ADVISED THAT SHE DOES NOT NEED TO APPEAL OR SEND A LETTER IN

**09/19/2017 4:54 PM - PHONE Note 1**
Claim/Event/Leave: 7608815
NoteSubject : Initial EE Interview
Other Subject : ATTEMPTED
Text: [09/19/2017 - VECORKO, VIKTORIYA]DCM F/U W/TM AND SET UP BEST TIME TO PROCEED W/II ON LTD ON 9/20 @ 11 AM.

**Note Report**

| Report | Clear | Print | Help |
|---|---|---|---|

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 3582432 **Accommodation Number**

**Note type:**

Primary Sort Order
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
●

**02/01/2019 8:51 AM - CLAIM Note 57**
Claim/Event/Leave: 3582432
NoteSubject : Legal
Other Subject : CLAIM FILE
Text: [02/01/2019 - ODGAARD, EDITH]RCVD EMAIL 1/31 FROM LISE FELLER OF FISHER & PHILLIPS LLP (ATTORNEY FOR WELLS FARGO) REQUESTING COPY OF FILE. COPY OF COMPLETE STD FILE SENT VIA SECURE EMAIL TO LISE AT LFELLER@FISHERPHILLIPS.COM TODAY

**05/18/2018 3:20 PM - CLAIM Note 56**
Claim/Event/Leave: 3582432
NoteSubject : Appeal
Other Subject : FAX TO ATTY
Text: [05/18/2018 - DANIELL, JANE]NO RESPONSE FROM ATTY REGARDING HIS 5/15/18 LETTER REFERENCING STD CLAIM 3585432. THUS RESPONDED TO ATTY KRIEGER'S LETTER VIA FAX ADVISING STD CLAIM HAS BEEN REVIEWED AND AN APPEAL DECISION RENDERED. HOWEVER TM'S LTD CLAIM WAS DENIED 12/17/17 - HAS UNTIL 6/15/18 TO APPEAL.

**03/05/2018 8:50 AM - CLAIM Note 55**
Claim/Event/Leave: 3582432
NoteSubject : Appeal
Other Subject : COPY OF CLAIM
Text: [03/05/2018 - DANIELL, JANE]SENDING COMPLETE COPY OF CLAIM TO ATTY ALONG W/LTD POLICY

**02/16/2018 11:54 AM - CLAIM Note 54**
Claim/Event/Leave: 3582432
NoteSubject : Appeal
Other Subject : ATTY CALLED
Text: [02/16/2018 - DANIELL, JANE]REC'D A VMM FROM ATTY AT 3:51 YESTERDAY AFTERNOON - HE STATED TO CALL AT 303-781-5559**********RETURNED CALL AND ADVISED THE 2/7/18 LETTER STATED IT WAS REGARDING MICHELLE'S STD CLAIM 3582432 HOWEVER WE ALREADY SENT ALLTHE INFORMATION TO HIS OFFICE SOME TIME AGO. ADVISED THE 2/7/18 LETTER STATES HE IS IN RECEIPT OF THE 12/18/17 LETTER FROM LIBERTY. EXPLAINED THE LETTER IS REGARDING HER LTD CLAIM 7608815. ANY FURTHER QUESTIONS CALL ME OR VICTORIYA THE DCM.

**02/14/2018 12:38 PM - CLAIM Note 53**
Claim/Event/Leave: 3582432
NoteSubject : Appeal
Other Subject : ATTY
Text: [02/14/2018 - DANIELL, JANE]REC'D LETTER FROM ATTY DATED 2/7/18 - STATES IT IS PERTAINING TO THE STD CLAIM 3582432 - HOWEVER ATTY STATES THEY ARE IN RECEIPT OF LIBERTY'S LETTER OF 12/18/17 - WHICH IS THE LTD DENIAL LETTER.***************THUS CALLEDM. KRIEGER ATTY - LEFT A VMM REGARDING THE 2/7/18 FAX.

**09/18/2017 11:03 AM - PHONE Note 31**
Claim/Event/Leave: 3582432
NoteSubject : EE Called
Other Subject :
Text: [09/18/2017 - RICHARDSON, DANIEL]TM CALLED AND ASKED IF SHE COULD FILE A LTD CLAIM? DCM ASKED IS SHE HAS A STD CLAIM AND TM SAID THAT YES SHE WENT OOW IN FEB. 2016. DCM ASKED IF SHE RTW AND TM SAID NO AND DCM ASKED FOR WHAT MEDICAL DX AND TM SAID THESAME CONDITION. DCM EXP THAT SHE WILL NEED TO APPEAL HER STD CLAIM AND IN THE APPEAL LETTER REQUEST AN LTD CLAIM AND WE CAN SEE IF IT CAN BE SETUP. DCM EXP FOR APPEAL WE NEED LETTER FROM HER AND MEDICAL FOR APPEAL. TM THANKED AND DCM PROVIDED FAX AND HER CLAIM NUMBER

**09/14/2017 6:15 PM - PHONE Note 30**
Claim/Event/Leave: 3582432
NoteSubject : EE Called
Other Subject :

Other Subject :
Text: [09/14/2017 - WILLIAMS, NICOLE]TM CALLED TO REQUEST LTD. DCM INFORMED WE WILL UPDATE LTD M1 FOR PROCESSING. CALL WAS ENDED.

**09/14/2017 5:56 PM - PHONE Note 29**
Claim/Event/Leave: 3582432
NoteSubject : EE Called
Other Subject :
Text: [09/14/2017 - MATTES, NICOLE]TM CALLED IN ABOUT APPLYING FOR LTD. TRANSFERRED TM TO NEXT AVAILABLE DCM FOR FURTHER ASSITANCE[09/14/2017 - MATTES, NICOLE]WHILE TRANSFERRING-CALL WAS DISCONNECTED

**08/31/2017 8:59 AM - CLAIM Note 52**
Claim/Event/Leave: 3582432
NoteSubject : Legal
Other Subject : LAWSUIT CLOSED
Text: [08/31/2017 - ODGAARD, EDITH]LITIGATION COMPLETE

**06/29/2017 2:57 PM - CLAIM Note 51**
Claim/Event/Leave: 3582432
NoteSubject : Other
Other Subject : COPY REQUEST
Text: [06/29/2017 - NENCETTI, DAVID]SENT COPY REQUEST TO WELLS FARGO FOR LEAVES: 5440280, 5642934, 5704642 AND CLAIMS: 3505720, 3582432.

**06/15/2017 3:43 PM - CLAIM Note 50**
Claim/Event/Leave: 3582432
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [06/15/2017 - ODGAARD, EDITH]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**08/09/2016 8:29 AM - CLAIM Note 49**
Claim/Event/Leave: 3582432
NoteSubject : Other
Other Subject : COPY REQUEST
Text: [08/09/2016 - DIRCK, JAIME]PER ARC REQUEST COPIED COMPLETE CLAIM FILE ONTO A THUMB DRIVE AND MAILED THUMB DRIVE W/ COVER LETTER TO NOEL & KRIEGER TODAY VIA UPS 2ND DAY AIR. TRACKING #1Z 248 96X 02 9369 1004

**08/08/2016 1:47 PM - CLAIM Note 48**
Claim/Event/Leave: 3582432
NoteSubject : Appeal
Other Subject : TM CALLED
Text: [08/08/2016 - DANIELL, JANE]TM CALLED AT 3:58 PM ON 8/5/16 AND LEFT A VMM TO PLEASE CALL - SHE HAS QUESTIONS. PHONE RET'D CALL TO TM AND ADVISED THAT I WAS RETURNING HER CALL. IN THE VMM I STATED THAT WE REC'D INFO THAT SHE IS ATTYREPRESENTATED THEREFORE EVERYTHING NEEDS TO GO THROUGH HER ATTY. ANY QUESTIONS SHE HAS SHE CAN CONTACT HER ATTY AND THE ATTY WILL GET IN TOUCH W/LIBERTY.

**08/08/2016 8:33 AM - CLAIM Note 47**
Claim/Event/Leave: 3582432
NoteSubject : Appeal
Other Subject : RESP TO ATTY
Text: [08/08/2016 - DANIELL, JANE]SENT RESPONSE TO ATTY WITH COPY OF CLM FILE

**08/03/2016 11:31 AM - CLAIM Note 46**
Claim/Event/Leave: 3582432
NoteSubject : Appeal
Other Subject : TM CALLED
Text: [08/03/2016 - DANIELL, JANE]REC'D A TRANSFER CALL AT 1 PM YESTERDAY AFTERNOON . TM'S VMM STATED SHE DIDN'T HAVE HER CLAIM NUMBER BUT SHE SPOKE WITH DARRELL - WANTS TO CHECK O THE STATUS OF HER APPEAL. PLEASE CALL HER.

**08/02/2016 7:06 PM - PHONE Note 28**
Claim/Event/Leave: 3582432
NoteSubject : EE Called
Other Subject :
Text: [08/02/2016 - WASHINGTON, JERRY]TM CALLED ASKING FOR APPEAL CONSULTANT CONTACT INFO. TM ALSO WANTED PRVS DCM CONTACT INFO. ASKED TM WHY AS THAT WAS NOT HER APPEAL CONSULTANT. TM DID MENTION DCM DID GO OVER APPEAL DECISION. PROVIDED TM THE APPEAL CONSULTANT CONTACT INFO AS WELL.

**08/02/2016 4:42 PM - PHONE Note 27**
Claim/Event/Leave: 3582432
NoteSubject : EE Called
Other Subject :
Text: [08/02/2016 - FERRELL, RHODA]TM CALLED ABOUT APPEALS AND DCM GAVE PHONE AND EXT. C/E

**08/02/2016 1:59 PM - PHONE Note 26**
Claim/Event/Leave: 3582432

NoteSubject : EE Called
Other Subject :
Text: [08/02/2016 - RICHARDSON, DANIEL]TM CALLED AND SAID HAS MORE INFO TO SEND IN. DCM EXP THAT APPEAL DECISION WAS MADE AND UPHELD THE PREVIOUS DECISION. TM AKED IF SHOULD SEND IN HER ADDITIONAL INFO AND DCM EXP NOT WOULD NOT CHANGE THE DECISION AND ONLYNEXT STEP WOULD BE TO LITIGATE. TM THANKED

**07/28/2016 12:04 PM - CLAIM Note 45**
Claim/Event/Leave: 3582432
NoteSubject : Appeal
Other Subject : OUT
Text: [07/28/2016 - DANIELL, JANE]MAINTAIN DENIAL BEYOND 5/29/16. THE REVIEW OF THE FILE AND THE INFORMATION RECEIVED ON APPEAL DOES NOT ALTER THE PREVIOUS CLAIM DETERMINATION. NOTIFIED TM AND ER

**07/05/2016 9:03 AM - CLAIM Note 44**
Claim/Event/Leave: 3582432
NoteSubject : Appeal
Other Subject : IN
Text: [07/05/2016 - PILAR, SARAH]ASSIGNED TO JANE DANIELL

**07/02/2016 2:32 AM - CLAIM Note 43**
Claim/Event/Leave: 3582432
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 7/1/2016 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**07/01/2016 8:36 AM - CLAIM Note 42**
Claim/Event/Leave: 3582432
NoteSubject : LTR to EE
Other Subject : ARU
Text: [07/01/2016 - HART, DARRELL]MAILED ARU LETTER TO TM

**07/01/2016 8:17 AM - CLAIM Note 41**
Claim/Event/Leave: 3582432
NoteSubject : Other
Other Subject : MNGR REVIEW
Text: [07/01/2016 - FILICICCHIA, NATHAN]AGREE WITH ARU REFERRAL AT THIS TIME BASED ON CONCLUSIONS OF PMR REVIEW AND RECENT MDS REVIEW OF ADDL INFO.

**06/30/2016 10:33 AM - CLAIM Note 40**
Claim/Event/Leave: 3582432
NoteSubject : Ref to Other
Other Subject : ARU
Text: [06/30/2016 - HART, DARRELL]LDW 1/27/16 DOD 1/28/16 47 YOF CONSUMER LN UNDERWTR (SAFE) 3 THE TM HAS A LONG HISTORY OF MIGRAINE HEADACHES AND CHRONIC NECK PAIN ATTRIBUTED TO MOTOR VEHICLE ACCIDENT IN 2007. THE TM RECEIVES BOTOX INJECTION FROM NEURO KOMANTINENI FOR MIGRAINE PROPHYLAXIS WITH MOST RECENTINJECTION ON 5/27/16. PRIOR TO THIS, LAST TREATMENT WAS IN 12/2015. THE TM REPORTS FREQUENT HEADACHES AND NOTES SOME IMPROVEMENT WITH BOTOX. SHE INDICATES ONGOING NECK PAIN WITH RADIATION THAT WORSENS WITH PHYSICAL ACTIVITY. SHE HAS FAILED MULTIPLE MEDICATION TRIALS FOR MIGRAINE PROPHYLAXIS. BOTOX WAS ADMINISTERED INTO THE FACE AND NECK MUSCLES. THE TM CONTINUES TO FOLLOW WITH PMR LEPPARD WITH MOST RECENT OV ON 6/16/16. PRIOR OV WAS IN 4/2016 AND WAS PREVIOUSLY REVIEWED BY CP SPECIALIZING IN PMR. THE TMCONTINUES TO REPORT NECK AND UPPER BACK PAIN. SHE DOES NOT FEEL SHE IS CAPABLE OF RETURNING TO WORK EVEN PART TIME. SHE REPORTS PAIN RADIATES WITH MOVEMENT OF THE LEFT FOREARM. SHE REPORTS PT INCREASED HER PAIN AND BOTOX DID HELP WITH MIGRAINES. EXAM IS UNCHANGED PER DR. LEPPARD. PERSISTENT MYOFASCIAL PAIN WITH LEFT SHOULDER IMPINGEMENT IS NOTED. THE TM PREVIOUSLY HAD AN MRI OF THE LEFT SHOULDER THAT SHOWED MINIMAL TENDINITIS. THERE ISNO EVIDENCE OF NERVE ROOT COMPRESSION ON CERVICAL MRI. SHE HAS PLATEAUED WITH PT AND TRIGGER POINT INJECTIONS. SHE DECLINES CERVICAL FACET INJECTIONS DUE TO BAD EXPERIENCE WITH PRIOR INJECTION (DEVELOPED SYRINX). STEROID INJECTION WAS ADMINISTERED TOTHE LEFT SHOULDER AT THE 6/16/16 OV. DR. LEPPARD OPINES THE TM HAS NO SIGNS OF MALINGERING AND NO EVIDENCE OF PAIN BEHAVIORS AND SHE DOES NOT FEEL THE TM IS CAPABLE OF WORKING AT THIS POINT. OOW NOTE WAS PROVIDED FOR AN ADDITIONAL 3 MONTH. ADDITIONAL RECORDS DO NOT ALTER THE R&LS OUTLINED ON PRIOR PMR CP REVIEW. THE PHYSICAL EXAM IS UNCHANGED AND DO NOT ALTER THE PRIOR DETERMINATION. DCM RECOMMEND REFERRAL TO ARU AT THIS TIME

**06/27/2016 2:20 PM - MDS Note**
Claim/Leave: 3582432
Episode #: 4
Nurse Name: HUGHES, KAREN
Service #: 16253195
Service Date: 06/27/2016
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, DARRELL, HART
Note Type: INFORMATION OBTAINED DESC
Text: REVIEWED FILE IN ITS ENTIRETY. IN SUMMARY, THE TM HAS A LONG HISTORY OF MIGRAINE HEADACHES AND CHRONIC NECK PAIN ATTRIBUTED TO MOTOR VEHICLE ACCIDENT IN 2007. THE TM RECEIVES BOTOX INJECTION FROM NEURO KOMANTINENI FOR MIGRAINE PROPHYLAXIS WITH MOST RECENTINJECTION ON 5/27/16. PRIOR TO THIS, LAST TREATMENT WAS IN 12/2015. THE TM REPORTS FREQUENT HEADACHES AND NOTES SOME IMPROVEMENT WITH BOTOX. SHE INDICATES ONGOING NECK PAIN WITH RADIATION THAT WORSENS WITH PHYSICAL ACTIVITY. SHE HAS FAILED

SHE INDICATES ONGOING NECK PAIN WITH RADIATION THAT WORSENS WITH PHYSICAL ACTIVITY. SHE HAS FAILED MULTIPLE MEDICATION TRIALS FOR MIGRAINE PROPHYLAXIS. BOTOX WAS ADMINISTERED INTO THE FACE AND NECK MUSCLES. THE TM CONTINUES TO FOLLOW WITH PMR LEPPARD WITH MOST RECENT OV ON 6/16/16. PRIOR OV WAS IN 4/2016 AND WAS PREVIOUSLY REVIEWED BY CP SPECIALIZING IN PMR. THE TMCONTINUES TO REPORT NECK AND UPPER BACK PAIN. SHE DOES NOT FEEL SHE IS CAPABLE OF RETURNING TO WORK EVEN PART TIME. SHE REPORTS PAIN RADIATES WITH MOVEMENT OF THE LEFT FOREARM. SHE REPORTS PT INCREASED HER PAIN AND BOTOX DID HELP WITH MIGRAINES. EXAM IS UNCHANGED PER DR. LEPPARD. PERSISTENT MYOFASCIAL PAIN WITH LEFT SHOULDER IMPINGEMENT IS NOTED. THE TM PREVIOUSLY HAD AN MRI OF THE LEFT SHOULDER THAT SHOWED MINIMAL TENDINITIS. THERE IS NO EVIDENCE OF NERVE ROOT COMPRESSION ON CERVICAL MRI. SHE HAS PLATEAUED WITH PT AND TRIGGER POINT INJECTIONS. SHE DECLINES CERVICAL FACET INJECTIONS DUE TO BAD EXPERIENCE WITH PRIOR INJECTION (DEVELOPED SYRINX). STEROID INJECTION WAS ADMINISTERED TO THE LEFT SHOULDER AT THE 6/16/16 OV. DR. LEPPARD OPINES THE TM HAS NO SIGNS OF MALINGERING AND NO EVIDENCE OF PAIN BEHAVIORS AND SHE DOES NOT FEEL THE TM IS CAPABLE OF WORKING AT THIS POINT. OOW NOTE WAS PROVIDED FOR AN ADDITIONAL 3 MONTH. ADDITIONAL RECORDS DO NOT ALTER THE R&LS OUTLINED ON PRIOR PMR CP REVIEW. THE PHYSICAL EXAM IS UNCHANGED AND DO NOT ALTER THE PRIOR DETERMINATION. DCM UPDATED. FILE REMOVED FROM ASSIGNMENT.

**06/27/2016 12:51 PM - PHONE Note 25**
Claim/Event/Leave: 3582432
NoteSubject : EE Called
Other Subject :
Text: [06/27/2016 - SOUTHERN, ZACHARY]TM CALLED FOR STATUS, ADV REFD FOR REVIEW ON 6/24 & TIMEFRAME

**06/24/2016 10:52 AM - CLAIM Note 39**
Claim/Event/Leave: 3582432
NoteSubject : Ref to Managed Care
Other Subject : LA-APPEAL
Text: [06/24/2016 - HART, DARRELL]DO MEDICAL RECORDS SUPPORT R+L'S BEYOND 5/29/16? TM ADVISED WILL NOT BE RTW UNTIL SEPTEMBER 2016

**06/24/2016 10:51 AM - PHONE Note 24**
Claim/Event/Leave: 3582432
NoteSubject : Called EE
Other Subject :
Text: [06/24/2016 - HART, DARRELL]DCM CONTACTED TM ADVISE INTENT TO APPEAL LETTER WAS RECEIVED AND TO SEE IF ANYTHING ADDITIONAL WILL BE SUBMITTED , TM ADVISED NO, DCM ADVISED TM WILL SEND TO OUR APPEALS DEPARTMENT FOR A REVIEW, TM VOICED UNDERSTANDING, CALL CONCLUDED.

**06/24/2016 10:47 AM - CLAIM Note 38**
Claim/Event/Leave: 3582432
NoteSubject : Appeal
Other Subject : INTENT TO APPEAL
Text: [06/24/2016 - HART, DARRELL]RECEIVED INTENT TO APPEAL LETTER

**06/21/2016 11:22 AM - PHONE Note 23**
Claim/Event/Leave: 3582432
NoteSubject : Called EE
Other Subject :
Text: [06/21/2016 - HART, DARRELL]DCM R.C TO TM , TM WANTED TO KNOW IF MEDICAL WAS RECEIVED , DCM ADVISED IT WAS RECEIVED , DCM WENT OVER THE 12 PAGES THAT WAS RECEIVED, DCM ADVISED THE ONLY THING WE NEED IS AN INTENT TO APPEAL LETTER AND ONCE RECEIVED IFNO ADDITIONAL DOCUMENTS IS BEING SUBMITTED WE WILL FWD FOR REVIEW, TM VOICED UNDERSTANDING, DCM ASKED TM HAVE THEY RTW OR HAVE AN ERTW TIMELINE? TM ADVISED SEPTEMBER 2016, TM HAD QUESTIONS REGARDING HEALTH INSURANCE, DCM ADVISED THEY WILL BE BILLEDFOR HEALTH INSURANCE BUT DO NOT KNOW WHEN THEY WILL BE BILLED , DCM ASKED TM TO FU WITH WF FOR SPECIFICS, TM VOICED UNDERSTANDING , CALL CONCLUDED .

**06/21/2016 11:14 AM - PHONE Note 22**
Claim/Event/Leave: 3582432
NoteSubject : EE Called
Other Subject : VM
Text: [06/21/2016 - HART, DARRELL]REQUESTED R/C

**06/20/2016 10:43 AM - PHONE Note 21**
Claim/Event/Leave: 3582432
NoteSubject : Called EE
Other Subject :
Text: [06/20/2016 - HART, DARRELL]DCM R/C TO TM , TM WAS NOT AVAILABLE, DCM LVMM WITH CONTACT INFO INCLUDING EXT.

**06/20/2016 10:39 AM - PHONE Note 20**
Claim/Event/Leave: 3582432
NoteSubject : EE Called
Other Subject : VM
Text: [06/20/2016 - HART, DARRELL]SINCE CLAIM IS CLOSED, AND IN PROCESS OF SUBMITTING ADDITIONAL INFO FOR APPEAL, HOW ARE THEIR MEDICAL BENEFITS BEING PAID SINCE THEY ARE NOT RECEIVING A PAYCHECK

**06/17/2016 3:28 PM - PHONE Note 19**
Claim/Event/Leave: 3582432

NoteSubject : EE Called
Other Subject :
Text: [06/17/2016 - BYRNE, BRITTANY]TM CALLED TO SEE HOW BENEFITS ARE DEDUCTED SINCE TM NOT RECEIVING A PAY CHECK RIGHT NOW. DCM ADVISED TM WOULD NEED TO F/U WITH WF SINCE PAY COMES FROM WF. TM ADVISED WF REFERRED TM TO LM AND SPOKE WITH SOMEONE 3 WEEKS AGO WHO PROVIDED AN ANSWER. DCM ADVISED DID NOT SEE CLAIM NOTE AND TM REQ TX TO ADCM. DCM TX TO ADCM

**06/17/2016 1:39 PM - PHONE Note 18**
Claim/Event/Leave: 3582432
NoteSubject : EE Called
Other Subject :
Text: [06/17/2016 - ROYAL, SAMANTHA]TM CALLED TO INQUIRE IF SHE CAN USE PTO WHIL SHE IS TRYING TO APPEAL - DCM ADVISED SINCE LM DOES NOT MANAGE PTO, WOULD NEED TO CONTACT LOB OR HR - TM THANKED - NFQ

**06/14/2016 11:36 AM - PHONE Note 17**
Claim/Event/Leave: 3582432
NoteSubject : EE Called
Other Subject :
Text: [06/14/2016 - BARTON, ANDREA]TM CALLED, ADVISED SHE HAS AN AP APT ON THURSDAY WITH DR. LEOPARD.

**06/09/2016 1:19 PM - LEAVE Note 1**
Claim/Event/Leave: 3582432
NoteSubject : FMLA
Other Subject :
Text: [06/09/2016 - WILLIAMS, NICOLE] TM CALLED WANTING TO KNOW 15 DAY DEADLINE FOR HCP. DCM CONFIRMED 6/22/16. TM UNDERSTOOD AND CALL WAS ENDED.

**06/09/2016 12:45 PM - PHONE Note 16**
Claim/Event/Leave: 3582432
NoteSubject : EE Called
Other Subject :
Text: [06/09/2016 - STEELE, CHARMAINE]TM CALLED WANTED TO KNOW EXACTLY WHY CLAIM WAS DENIED. DCM ADVISED TM THAT --- IMPAIRMENTS INCLUDE PAIN AND DECREASED RANGE OF MOTION OF THE NECK AND SHOULDER, WHICH TRANSLATES TO LIMITED LIFTING ABILITY AND REACHINGABILITY. MEDICALLY SUPPORTED RESTRICTIONS AND LIMITATIONS INCLUDE: SITTING FOR UP TO 1 HOUR AT A TIME WITH A 5 MINUTE STRETCH BREAK; SITTING FOR UP TO 1 HR AT A TIME FOR UP TO 8 HOURS IN THE COURSE OF AN 8 HOUR WORK DAY WITH ABILITY TO CHANGE POSITION AS NEEDED; LESS THAN OCCASIONAL PUSHING AND PULLING WITH THE LEFT UPPER EXTREMITY; OCCASIONAL LIFTING/CARRYING UP TO 10LBS; LESS THAN OCCASIONAL OVERHEAD REACHING; OCCASIONAL FLEXION/EXTENSION OF THE NECK; LESS THAN OCCASIONAL ROTATION OF THENECK; USE OF HEADSET WHEN USING PHONE; NO KNEELING, SQUATTING. RESTRICTIONS AND LIMITATIONS ARE NOT SUPPORTED FOR GRASPING OBJECTS OR KEYBOARDING. AN ERGONOMIC EVALUATION OF YOUR WORK STATION IS RECOMMENDED TO ENSURE PROPER POSITIONING OF YOUR HEAD AND ARMS. THESE RESTRICTIONS AND LIMITATIONS ARE SUPPORTED FOR THE NEXT 3-6 MONTHS AND SHOULD BE REASSESSED WITH UPDATED RECORDS. THE CURRENT EVIDENCE IS INSUFFICIENT TO SUPPORT INABILITY TO SUSTAIN FULL-TIME ACTIVITY WITHIN THE RECOMMENDED RESTRICTIONS AND LIMITATIONS.-- TM ASKED ABOUT APPEAL PROCESS DCM WENT OVER APPEAL PROCESS TM UNDERSTOOD HAD NO FURTHER QUESTIONS ENDED CALL.

**06/09/2016 12:28 PM - PHONE Note 15**
Claim/Event/Leave: 3582432
NoteSubject : EE Called
Other Subject :
Text: [06/09/2016 - HUNTLEY, SHERRY]6/8/16 TM CALLED FOR STATUS - DCM INFORMED TM THE CLM WAS DENIED - TM ASKED WHY DCM EXPLAINED THE MED INFO DID NOT SUPPORT ONGOING R/L'S - TM STATED ADCM DID NOT CALL HER - DCM ADVISED ADCM LT A VM ON 6/7 TM STATED SHE WOULD CK AND SEE. DCM WILL LET ADCM KNOW TO CALL YOU BACK - DCM EXPLAINED TO TM APPEAL PROCESS. TM THANKED DCM.

**06/07/2016 7:42 PM - PHONE Note 14**
Claim/Event/Leave: 3582432
NoteSubject : Called EE
Other Subject :
Text: [06/07/2016 - HART, DARRELL]DCM CONTACTED TM TO ADVISE OF DENIAL, TM WAS NOT AVAILABLE AS CALL WENT STRAIGHT TO VM, DCM LVMM WITH CALL BACK INFO INCLUDING EXT

**06/07/2016 7:40 PM - CLAIM Note 37**
Claim/Event/Leave: 3582432
NoteSubject : LTR to EE
Other Subject : DENIAL
Text: [06/07/2016 - HART, DARRELL]MAILED DENIAL LETTER TO TM

**06/07/2016 7:38 PM - CLAIM Note 36**
Claim/Event/Leave: 3582432
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE LEAVE WAS CLOSED FOR REQUESTED LEAVE COMPLETE BECAUSE THE DISABILITY CLAIM WAS CLOSED FOR NOT TOTALLY DISABLED FOR OWN OCCUPATION.

**06/07/2016 5:27 PM - CLAIM Note 35**
Claim/Event/Leave: 3582432

Claim/Event/Leave: 3582432
NoteSubject : Other
Other Subject : MNGR REVIEW
Text: [06/07/2016 - FILICICCHIA, NATHAN]AGREE WITH CLOSURE OF STD CLAIM EFFECTIVE 5/30 FOLLOWING PMR REVIEW AND ADDENDUM. SUPPORTED RLS OUTLINED DO NOT PRECLUDE TM FROM PERFORMING DUTIES OF OWN JOB

**06/07/2016 2:37 PM - CLAIM Note 34**
Claim/Event/Leave: 3582432
NoteSubject : Other
Other Subject : MNGR REVIEW
Text: [06/07/2016 - FILICICCHIA, NATHAN]PRIOR TO RENDERING ONGOING DECISION, RECOMMEND CLARIFICATION OF SITTING RESTRICTION WITH PMR REVIEWER

**06/07/2016 8:57 AM - CLAIM Note 33**
Claim/Event/Leave: 3582432
NoteSubject : Ref to Other
Other Subject : MANAGER
Text: [06/07/2016 - HART, DARRELL]PER PM&R REVIEW IMPAIRMENTS INCLUDE PAIN AND DECREASED RANGE OF MOTION OF THE NECK AND SHOULDER, WHICH TRANSLATES TO LIMITED LIFTING ABILITY AND REACHING ABILITY. MEDICALLY SUPPORTED RESTRICTIONS AND LIMITATIONS INCLUDE:SITTING FOR UP TO 1 HOUR AT A TIME WITH A 5 MINUTE STRETCH BREAK; LESS THAN OCCASIONAL PUSHING AND PULLING WITH THE LEFT UPPER EXTREMITY; OCCASIONAL LIFTING/CARRYING UP TO 10LBS; LESS THAN OCCASIONAL OVERHEAD REACHING; OCCASIONAL FLEXION/EXTENSIONOF THE NECK; LESS THAN OCCASIONAL ROTATION OF THE NECK; USE OF HEADSET WHEN USING PHONE; NO KNEELING, SQUATTING. RESTRICTIONS AND LIMITATIONS ARE NOT SUPPORTED FOR GRASPING OBJECTS OR KEYBOARDING. AN ERGONOMIC EVALUATION OF YOUR WORK STATION IS RECOMMENDED TO ENSURE PROPER POSITIONING OF YOUR HEAD AND ARMS. BASED ON TMS JOB DUTIES R+L'S ARE NOT SUPPORTED, DCM FINDS IT REASONABLE TO DENY CLAIM AT THIS TIME .

**06/02/2016 10:44 AM - CLAIM Note 32**
Claim/Event/Leave: 3582432
NoteSubject : Other
Other Subject : ESC REVIEW
Text: [06/02/2016 - FILICICCHIA, NATHAN]TM IS 48 YEAR OLD FEMALE ; CONSUMER LN UNDERWTR (SAFE) 3 WITH SED PHYSICAL DEMANDS. LDW: 1/27/16; DOD:1/28/16; STD MAX DATE: 7/27/16 ***** PRIMARY DIAGNOSIS: NECK AND ARM PAIN; ** TM IS TREATING WITH: KATHERINELEPPARD -- (MEDICAL ON FILE: YES ); FALCON PT -- (MEDICAL ON FILE: YES ); ***** AGREE WITH HOLDING CLAIM AT THIS TIME, CLAIM CURRENTLY UNDER REVIEW BY PM&R , ONCE DCM RECIEVES REVIEW IF SUPPORTIVE DCM WILL ESCLATE TO LTD

**06/01/2016 7:49 PM - CLAIM Note 31**
Claim/Event/Leave: 3582432
NoteSubject : Escalation
Other Subject : SEVERE
Text: [06/01/2016 - HART, DARRELL]TM IS 48 YEAR OLD FEMALE ; CONSUMER LN UNDERWTR (SAFE) 3 WITH SED PHYSICAL DEMANDS. LDW: 1/27/16; DOD:1/28/16; STD MAX DATE: 7/27/16 ***** PRIMARY DIAGNOSIS: NECK AND ARM PAIN; ** TM IS TREATING WITH: KATHERINE LEPPARD -- (MEDICAL ON FILE: YES ); FALCON PT -- (MEDICAL ON FILE: YES ); -- (MEDICAL ON FILE: 1/0/00). MDS REVIEW COMPLETED ON 4/5/16 CONCLUDES: UPDATED RECORDS NOTE OV ON 3/31/16 WITH DR. LEPPARD, AT WHICH TIME TM RECEIVED 3/6 TRIGGER POINT INJECTIONS AND CONTINUES TO DO PT. TM REPORTED MINIMAL IMPROVEMENT IN SYMPTOMS. AP NOTED EXAM UNCHANGED FROM PREVIOUSLY. AP REFILLED PAIN MEDICATION, NOTED TM WILL CONTINUE WITH INJECTIONS, NOTED THAT TM IS A CANDIDATE FOR FACET INJECTIONS BUT TM IS HESITANT TO PROCEED WITH THESE. PT RECORDS NOTE THAT TM CONTINUES TO HAVE SEVERELY LIMITED NECK ROM, DIFFICULTY WITH SITTING/STANDING/WALKING, AND INCREASED NECK AND LEFT ARM PAIN. BASED ON UPDATED RECORDS R&L S AS PREVIOUSLY NOTED ARE SUPPORTED THROUGH 5/12/16, OR 6 WEEKS AS PER AP RECOMMENDATIONS FOR TREATMENTS. IF TM UNABLE TO RTW UNRESTRICTED THROUGH 5/12/16 RECOMMEND DCM OBTAIN UPDATED RECORDS FROM AP LEPPARD, PT OFFICE, AND ANY UPDATED DIAGNOSTIC TEST RESULTS AND REFER CLAIM TO PM&R CCS. WILL DISCUSS WITH DCM. ***** DCM RECOMMEND HOLDING CLAIM AT THIS TIME, CLAIM CURRENTLY UNDER REVIEW BY PM&R , ONCE DCM RECIEVES REVIEW IF SUPPORTIVE DCM WILL ESCLATE

**06/01/2016 3:06 PM - PHONE Note 13**
Claim/Event/Leave: 3582432
NoteSubject : EE Called
Other Subject :
Text: [06/01/2016 - REED, TIESHA]TM CALLED FOR STATUS UPDATE - ADVISED MEDICAL IN REVIEW AND ADCM WILL F/U ONCE COMPLETED. TM THANKED AND HAD NFQ

**05/27/2016 2:29 AM - CLAIM Note 30**
Claim/Event/Leave: 3582432
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 5/26/2016 - REFERRED TO CONSULTING PHYSICIAN FOR CLAIM CONSULT - REPORT NEEDED.

**05/26/2016 10:28 AM - CLAIM Note 29**
Claim/Event/Leave: 3582432
NoteSubject : Other
Other Subject : PMR CCS
Text: [05/26/2016 - WOODLIEF, ERIN]FILE REVIEWED IN PM&R CCS W/ DR. KASUGANTI. BASED ON RECORDS ON FILE, FULL FILE REVIEW WITH AP CONTACT NEEDED AT THIS TIME.

**05/23/2016 9:18 AM - CLAIM Note 28**
Claim/Event/Leave: 3582432
NoteSubject : Other
Other Subject : CCS
Text: [05/23/2016 - HART, DARRELL]PMR CCS 5/26/16 WITH DR. KASUGANTI 10AM

**05/23/2016 9:17 AM - CLAIM Note 27**
Claim/Event/Leave: 3582432
NoteSubject : Extended Benefits
Other Subject : THRU 5/29/16
Text: [05/23/2016 - HART, DARRELL]REASONABLE TO EXT BENEFITS THRU 5/29/16 TO ALLOW PM&R CCS ON 5/26/16

**05/23/2016 9:17 AM - CLAIM Note 26**
Claim/Event/Leave: 3582432
NoteSubject : FMLA
Other Subject : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**05/23/2016 9:10 AM - CLAIM Note 25**
Claim/Event/Leave: 3582432
NoteSubject : Other
Other Subject : INVOICE
Text: [05/23/2016 - HART, DARRELL]VENDOR PAYMENT FOR CLAIM # 3582432 HAS BEEN ADDED AND WILL BE PROCESSED IN THE NEXT BATCH CYCLE. ***********$18.53 (IOD)

**05/20/2016 10:40 AM - PHONE Note 12**
Claim/Event/Leave: 3582432
NoteSubject : EE Called
Other Subject :
Text: [05/20/2016 - MILLER, JERRICA]TM CALLED TO CHECK ON STATUS OF CLAIM. DCM ADVISED MEDICAL RECEIVED ON 5/20 AND ADCM WILL REVIEW AND MAKE DETERMINATION. TM THANKED AND C/E.

**05/12/2016 10:31 AM - PHONE Note 11**
Claim/Event/Leave: 3582432
NoteSubject : Called EE
Other Subject :
Text: [05/12/2016 - HART, DARRELL]DCM CONTACTED TM TO CONFIRM RTW PLANS, TM ADVISED THEY WAS NOT RELEASED TO RTW, TM ADVISED THEY HAD TRIGGER POINT INJECTIONS, STILL HAVING PAIN ISSUES, LOV WITH DR. LEPPARD WAS A FEW WEEKS AGO, AND STILL ATTENDING FALCON PT, , DCM ADVISED TM THAT UPDATED MEDICAL RECORDS WILL BE REQUESTED FOR REVIEW, TM VOICED UNDERSTANDING, CALL CONCLUDED

**05/12/2016 10:27 AM - CLAIM Note 24**
Claim/Event/Leave: 3582432
NoteSubject : LTR to EE
Other Subject : N&P
Text: [05/12/2016 - HART, DARRELL]6/12/16 DEADLINE

**05/12/2016 10:26 AM - CLAIM Note 23**
Claim/Event/Leave: 3582432
NoteSubject : LTR to AP
Other Subject : FALCON PT
Text: [05/12/2016 - HART, DARRELL]REQUESTED OV NOTES FROM 4/1/16 THRU PRESENT

**05/12/2016 10:23 AM - CLAIM Note 22**
Claim/Event/Leave: 3582432
NoteSubject : LTR to AP
Other Subject : LEPPARD
Text: [05/12/2016 - HART, DARRELL]REQUESTED OV NOTES FROM 4/18/16 THRU PRESENT

**04/07/2016 10:30 AM - PHONE Note 10**
Claim/Event/Leave: 3582432
NoteSubject : Called EE
Other Subject :
Text: [04/07/2016 - HART, DARRELL]DCM CONTACTED TM TO ADVISE OF EXT , TM WAS NOT AVAILABLE , DCM LVMM WITH CONTACT INFO INCLUDING EXT.

**04/07/2016 10:29 AM - CLAIM Note 21**
Claim/Event/Leave: 3582432
NoteSubject : Extended Benefits
Other Subject : THRU 5/15/16
Text: [04/07/2016 - HART, DARRELL]PER MDS REVIEW PT RECORDS NOTE THAT TM CONTINUES TO HAVE SEVERELY LIMITED NECK ROM, DIFFICULTY WITH SITTING/STANDING/WALKING, AND INCREASED NECK AND LEFT ARM PAIN. BASED ON UPDATED RECORDS R&L S AS PREVIOUSLY NOTED ARE SUPPORTED THROUGH 5/12/16, OR 6 WEEKS AS PER AP RECOMMENDATIONS FOR TREATMENTS.

**04/07/2016 10:28 AM - CLAIM Note 20**

Claim/Event/Leave: 3582432
NoteSubject : FMLA
Other Subject : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**04/05/2016 10:48 AM - MDS Note**
Claim/Leave: 3582432
Episode #: 3
Nurse Name: CRUISE, CRYSTAL
Service #: 16211404
Service Date: 04/05/2016
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, DARRELL, HART
Note Type: ACTION PLAN DESCRIPTION
Text: REMOVE FROM NCM ASSIGNMENT.

**04/05/2016 10:47 AM - MDS Note**
Claim/Leave: 3582432
Episode #: 3
Nurse Name: CRUISE, CRYSTAL
Service #: 16211404
Service Date: 04/05/2016
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, DARRELL, HART
Note Type: INFORMATION OBTAINED DESC
Text: PLEASE SEE PRIOR MDS NOTE ON 3/11/16 FOR FULL FILE DETAILS. UPDATED RECORDS NOTE OV ON 3/31/16 WITH DR. LEPPARD, AT WHICH TIME TM RECEIVED 3/6 TRIGGER POINT INJECTIONS AND CONTINUES TO DO PT. TM REPORTED MINIMAL IMPROVEMENT IN SYMPTOMS. AP NOTED EXAM UNCHANGED FROM PREVIOUSLY. AP REFILLED PAIN MEDICATION, NOTED TM WILL CONTINUE WITH INJECTIONS, NOTED THAT TM IS A CANDIDATE FOR FACET INJECTIONS BUT TM IS HESITANT TO PROCEED WITH THESE. PT RECORDS NOTE THAT TM CONTINUES TO HAVE SEVERELY LIMITED NECK ROM, DIFFICULTY WITH SITTING/STANDING/WALKING, AND INCREASED NECK AND LEFT ARM PAIN. BASED ON UPDATED RECORDS R&L S AS PREVIOUSLY NOTED ARE SUPPORTED THROUGH 5/12/16, OR 6 WEEKS AS PER AP RECOMMENDATIONS FOR TREATMENTS. IF TM UNABLE TO RTW UNRESTRICTED THROUGH 5/12/16 RECOMMEND DCM OBTAIN UPDATED RECORDS FROM AP LEPPARD, PT OFFICE, AND ANY UPDATED DIAGNOSTIC TEST RESULTS AND REFER CLAIM TO PM&R CCS. WILL DISCUSS WITH DCM.

**04/04/2016 10:20 AM - CLAIM Note 19**
Claim/Event/Leave: 3582432
NoteSubject : LTR to AP
Other Subject : FALCON PHYSICAL
Text: [04/04/2016 - HART, DARRELL]REQUESTED MEDICAL RECORDS FROM 3/11/16 THRU PRESENT

**04/04/2016 10:15 AM - CLAIM Note 18**
Claim/Event/Leave: 3582432
NoteSubject : Ref to Managed Care
Other Subject : LA
Text: [04/04/2016 - HART, DARRELL]DO MEDICAL RECORDS SUPPORT R&L'S BEYOND 4/3/16? MAY CONTACT AP IF NECESSARY

**04/04/2016 10:14 AM - PHONE Note 9**
Claim/Event/Leave: 3582432
NoteSubject : Called EE
Other Subject :
Text: [04/04/2016 - HART, DARRELL]DCM CONTACTED TM TO SEE HOW OV WENT WITH AP AND TO CONFIRM RTW PLANS, TM ADVISED OV WENT OK, DCM ASKED TM WAS RTW PLANS DISCUSSED, TM ADVISED NO, DCM ADVISED TM DCM WILL OBTAIN UPDATED MEDICAL RECORDS FROM AP AND FALCON THERAPY FOR REVIEW, TM VOICED UNDERSTANDING, CALL CONCLUDED.

**03/17/2016 7:10 PM - CLAIM Note 17**
Claim/Event/Leave: 3582432
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**03/17/2016 7:10 PM - CLAIM Note 16**
Claim/Event/Leave: 3582432
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 03/08/2016 AND THE LEAVE END DATE IS 04/03/2016.

**03/16/2016 10:20 PM - CLAIM Note 15**
Claim/Event/Leave: 3582432
NoteSubject : FMLA
Other Subject : LEAVE END

Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR MAXIMUM ENTITLEMENT

**03/16/2016 10:13 AM - PHONE Note 8**
Claim/Event/Leave: 3582432
NoteSubject : Called EE
Other Subject :
Text: [03/16/2016 - HART, DARRELL]DCM CONTACTED TM TO ADVISE OF EXT OF BENEFITS, TM VOICED UNDERSTANDING, CALL CONCLUDED.

**03/16/2016 10:09 AM - CLAIM Note 14**
Claim/Event/Leave: 3582432
NoteSubject : Extended Benefits
Other Subject : THRU 4/3/16
Text: [03/16/2016 - HART, DARRELL]PER MDS REVIEW R&L'S OF NO LIFTING/CARRYING/PUSHING/PULLING GREATER THAN 10 LBS., NO REACHING ABOVE SHOULDER LEVEL, NO KNEELING OR SQUATTING, ALTERNATE SITTING/STANDING/WALKING, NOTED THAT TM IS CAPABLE OF FT WORK, AND THAT TM WILL BE RE-EVALUATED ON 4/1/16. R&L'S AS OUTLINED PER AP LEPPARD ARE SUPPORTED THROUGH 4/1/16.

**03/16/2016 10:08 AM - CLAIM Note 13**
Claim/Event/Leave: 3582432
NoteSubject : FMLA
Other Subject : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**03/14/2016 2:16 PM - PHONE Note 7**
Claim/Event/Leave: 3582432
NoteSubject : EE Called
Other Subject :
Text: [03/14/2016 - HEARST, KAYONA]TM CALLED TO CONFIRM MEDICAL REC'D, ADVISED YES, AND DCM HAS 3 DAYS TO VIEW

**03/11/2016 3:14 PM - CLAIM Note 12**
Claim/Event/Leave: 3582432
NoteSubject : Other
Other Subject : MDS ADDENDUM
Text: [03/11/2016 - AYERS, CRYSTAL]RECEIVED UPDATED RECORDS AND RESPONSE TO LETTER SENT TO AP LEPPARD. AP LEPPARD NOTED TM WILL BE RECEIVING TRIGGER POINT INJECTIONS FOR NECK PAIN AND SOFT TISSUE WORK . AP NOTED IF INJECTIONS ARE HELPFUL THEY WILL CONTINUEFOR APPROXIMATELY 6 WEEKS. AP ALSO NOTED ON R&L'S LETTER SENT PER MDS R&L'S OF NO LIFTING/CARRYING/PUSHING/PULLING GREATER THAN 10 LBS., NO REACHING ABOVE SHOULDER LEVEL, NO KNEELING OR SQUATTING, ALTERNATE SITTING/STANDING/WALKING, NOTED THAT TM ISCAPABLE OF FT WORK, AND THAT TM WILL BE RE-EVALUATED ON 4/1/16. R&L'S AS OUTLINED PER AP LEPPARD ARE SUPPORTED THROUGH 4/1/16. IF TM UNABLE TO RTW UNRESTRICTED AFTER 4/1/16 RECOMMEND DCM OBTAIN UPDATED RECORDS FROM ALL TREATING PROVIDERS AND ANY ADDITIONAL DIAGNOSTIC TEST RESULTS TO HELP DETERMINE ONGOING R&L'S. DCM AGREEABLE TO ACTION PLAN.

**03/11/2016 2:10 PM - MDS Note**
Claim/Leave: 3582432
Episode #: 2
Nurse Name: CRUISE, CRYSTAL
Service #: 16199739
Service Date: 03/11/2016
Activity: SUMMARY, FINAL CASE SUMMARY
Contact Information: CLAIMS, DARRELL, HART
Note Type: ACTION PLAN DESCRIPTION
Text: REMOVE FROM NCM ASSIGNMENT.

**03/11/2016 2:10 PM - MDS Note**
Claim/Leave: 3582432
Episode #: 2
Nurse Name: CRUISE, CRYSTAL
Service #: 16199739
Service Date: 03/11/2016
Activity: SUMMARY, FINAL CASE SUMMARY
Contact Information: CLAIMS, DARRELL, HART
Note Type: INFORMATION OBTAINED DESC
Text: NO RESPONSE FROM LETTER SENT TO AP LEPPARD. IN THE ABSENCE OF ANY DISCUSSION WITH AP AND UPDATED RECORDS NCM CLINICALLY UNABLE TO SUPPORT ANY R&L S AFTER 3/6/16. DISCUSSED WITH DCM. NO FURTHER NCM ACTIVITY NEEDED.

**03/10/2016 7:33 PM - CLAIM Note 11**
Claim/Event/Leave: 3582432
NoteSubject : LTR to AP
Other Subject : FALCON PT
Text: [03/10/2016 - HART, DARRELL]REQUESTED PT RECORDS FROM 2/1/16 THRU PRESENT

**03/10/2016 7:30 PM - PHONE Note 6**
Claim/Event/Leave: 3582432
NoteSubject : Called EE
Other Subject :
Text: [03/10/2016 - HART, DARRELL]DCM CONTACTED TM TO OBTAIN PT INFO, TM ADVISED FALCON PHYSICAL THERAPY PH: 719-488-0120 FAX: 719-488-1427 , DCM THANKED TM AND ADVISED THAT DCM WOULD REQUEST PT INFO WHICH IS NEEDED FOR COMPLETION OF REVIEW, TM VOICED UNDERSTANDING, CALL CONCLUDED

**03/10/2016 3:02 PM - MDS Note**
Claim/Leave: 3582432
Episode #: 2
Nurse Name: CRUISE, CRYSTAL
Service #: 16199101
Service Date: 03/10/2016
Activity: PHONE CONTACT, CLAIMS
Contact Information: CLAIMS, DARRELL, HART
Note Type: INFORMATION OBTAINED DESC
Text: DISCUSSED CLAIM WITH DCM. RECOMMENDED DCM OBTAIN PT RECORDS AS MDS PREVIOUSLY REQUESTED. DCM AGREEABLE TO ACTION PLAN. WILL F/U BY 3/14/16.

**03/09/2016 10:41 AM - PHONE Note 5**
Claim/Event/Leave: 3582432
NoteSubject : EE Called
Other Subject :
Text: [03/09/2016 - BYRNE, BRITTANY]TM WANTED TO KNOW IF MEDICAL RECV'D. ADVISED MED REQ SENT 3/4 AND NO MEDICAL HAS BEEN RECV'D. TM ADVISED WILL REACH OUT TO APO AND HAVE THEM SEND RECORDS. TM HAS MFQ

**03/04/2016 2:51 PM - MDS Note**
Claim/Leave: 3582432
Episode #: 2
Nurse Name: CRUISE, CRYSTAL
Service #: 16196264
Service Date: 03/04/2016
Activity: LETTERS, PREPARE LETTERS
Contact Information: PROVIDER, KATHERINE, LEPPARD
Note Type: INFORMATION OBTAINED DESC
Text: R&L'S LETTER SENT TO AP LEPPARD PER OFFICE REQUEST. PLEASE SEE DOC LIST FOR LETTER DETAILS. WILL F/U BY 3/11/16.

**03/04/2016 2:47 PM - MDS Note**
Claim/Leave: 3582432
Episode #: 2
Nurse Name: CRUISE, CRYSTAL
Service #: 16196260
Service Date: 03/04/2016
Activity: PHONE CONTACT, PHYSICIAN
Contact Information: PROVIDER, KATHERINE, LEPPARD
Note Type: INFORMATION OBTAINED DESC
Text: SPOKE WITH ANNE FROM DR. LEPPARD S OFFICE. ANNE REQUESTED R&L S LETTER/FORM BE SENT TO AP LEPPARD FOR REVIEW AND RETURN. NCM INFORMED ANNE LETTER WILL BE SENT. ANNE THANKED AND CALL ENDED.

**03/03/2016 12:14 PM - MDS Note**
Claim/Leave: 3582432
Episode #: 2
Nurse Name: CRUISE, CRYSTAL
Service #: 16195441
Service Date: 03/03/2016
Activity: PHONE CONTACT, PHYSICIAN
Contact Information: PROVIDER, KATHERINE, LEPPARD
Note Type: INFORMATION OBTAINED DESC
Text: NCM CALLED AP LEPPARD TO CLARIFY ANY R&L S. LEFT MESSAGE FOR CALL BACK. WILL F/U ON 3/7/16.

**03/03/2016 12:12 PM - MDS Note**
Claim/Leave: 3582432
Episode #: 2
Nurse Name: CRUISE, CRYSTAL
Service #: 16195437
Service Date: 03/03/2016
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, DARRELL, HART
Note Type: ACTION PLAN DESCRIPTION
Text: UPGRADE TO CM

**03/03/2016 12:12 PM - MDS Note**
Claim/Leave: 3582432
Episode #: 2
Nurse Name: CRUISE, CRYSTAL

Nurse Name: CRUISE, CRYSTAL
Service #: 16195437
Service Date: 03/03/2016
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, DARRELL, HART
Note Type: INFORMATION OBTAINED DESC
Text: PLEASE SEE PRIOR MDS REVIEW ON 2/11/16 FOR FULL FILE DETAILS. AT OV ON 2/24/16 WITH DR. LEPPARD (PM&R) TM REPORTED THAT SHE HAS BEEN ATTENDING PT, BUT IT HAS MADE HER SYMPTOMS WORSE. TM REPORTED CONTINUED PAIN IN THE LEFT UPPER SHOULDERS/NECK AREA, THAT CAN RADIATE TO LEFT ARM. TM REPORTED THAT HER PAIN IS MANAGEABLE WHEN SHE IS LYING FLAT. ON EXAM AP NOTED NO NECK ROTATION AND REDUCED LEFT SHOULDER ROM AND NOTED THAT EXAM FINDINGS WERE OTHERWISE UNCHANGED FROM PRIOR VISIT. AP AGAIN NOTED MINIMAL SUPRASPINATUS TENDONITIS TO LEFT SHOULDER, BUT MRI WAS OTHERWISE NORMAL. AP REFILLED PAIN MEDICATION AND NERVE PAIN MEDICATION (DOSE WAS INCREASED), ENCOURAGED TM TO WORK ON INCREASING HER NECK AND LEFT SHOULDER ROM, RECOMMENDED TRIGGER POINT INJECTIONS, NOTED THAT CORTISONE INJECTIONS WILL NOT BE HELPFUL, AND NOTED THAT TM WILL CONTACT AP IF SHE WISHES TO DO TRIGGER POINT INJECTIONS PRIOR TO PT. BASED ON UPDATED RECORDS R&L S ARE UNCLEAR, AS PT RECORDS ARE NOT AVAILABLE AND THERE IS NO SIGNIFICANT CHANGE IN TREATMENT PLAN. RECOMMEND DCM OBTAIN PT RECORDS AS NOTED IN PREVIOUS MDS REVIEW. RECOMMEND NCM CONTACT AP LEPPARD TO CLARIFY R&L S AND RTW PLAN. AP CONTACT OK PER MDS REFERRAL NOTE. WILL UPGRADE TO CM

**03/02/2016 1:58 PM - PHONE Note 4**
Claim/Event/Leave: 3582432
NoteSubject : EE Called
Other Subject :
Text: [03/02/2016 - KENT, JACQUELYN]TM CALLED AND WANTED TO LET DCM KNOW THAT AP HAD PRESCRIBED HER IBUPROFEN

**03/02/2016 10:11 AM - CLAIM Note 10**
Claim/Event/Leave: 3582432
NoteSubject : Ref to Managed Care
Other Subject : LA
Text: [03/02/2016 - HART, DARRELL]DO MEDICAL RECORDS SUPPORT R&L'S BEYOND 3/6/16? MAY CONTACT AP IF NECESSARY

**02/16/2016 10:04 AM - PHONE Note 3**
Claim/Event/Leave: 3582432
NoteSubject : Called EE
Other Subject :
Text: [02/16/2016 - HART, DARRELL]DCM CONTACTED TM TO ADVISE OF APPROVAL, TM VOICED UNDERSTANDING, CALL CONCLUDED.

**02/16/2016 9:30 AM - CLAIM Note 9**
Claim/Event/Leave: 3582432
NoteSubject : Approved
Other Subject : THRU 3/6/16
Text: [02/16/2016 - HART, DARRELL]LDW 1/27/16 DOD 1/28/16 CONSUMER LN UNDERWTR (SAFE) 3 TM ADVISED THEY HAVE BEEN HAVING SHOULDER PAIN (LEFT ARM) RADIATING DOWN ARM , BEEN EXTREMEMLY PAINFUL , PCP GAVE CORTIZONE SHOT AND IT DID NOT WORK, TM ADVISED THEY WENT TO THE ER AND THEY REFERRED CARE TO PCP, SAW DR. LEPPARD: 2/3/16, TREATMENT PLAN: NERVE MEDICATION, PERCOCET, IBUPROFEN, STEROIDS, AND MUSCLE RELAXERS, NOV: UNKNOWN, TM WILL BE STARTING PT TODAY 2/5/16 , DURATION: 4 WEEKS, 3 TIMES A WEEK, BASEDON AVAILABLE RECORDS R&L S OF NO LIFTING/CARRYING/PUSHING/PULLING GREATER THAN 10 LBS., NO OVERHEAD LIFTING/REACHING, AND NO EXCESSIVE TWISTING/TURNING OF HEAD/NECK ARE SUPPORTED 4 WEEKS FROM LOV WITH AP LEPPARD, OR 3/1/16, AS EVIDENCED BY EXAM FINDINGS AND TM S PREVIOUS CERVICAL HISTORY AND TO ALLOW TIME FOR PT TO BE EFFECTIVE. IF TM UNABLE TO RTW AFTER 3/1/16 RECOMMEND DCM OBTAIN UPDATED RECORDS FROM ALL TREATING AP S AND PT OFFICE TO HELP DETERMINE ONGOING R&L S AND RTW PLAN.

**02/16/2016 9:29 AM - CLAIM Note 8**
Claim/Event/Leave: 3582432
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**02/16/2016 9:29 AM - CLAIM Note 7**
Claim/Event/Leave: 3582432
NoteSubject : FMLA
Other Subject : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**02/11/2016 11:12 AM - MDS Note**
Claim/Leave: 3582432
Episode #: 1
Nurse Name: CRUISE, CRYSTAL
Service #: 16184602
Service Date: 02/11/2016
Activity: NURSE REVIEW, FILE REVIEW

Contact Information: CLAIMS, DARRELL, HART
Note Type: ACTION PLAN DESCRIPTION
Text: REMOVE FROM NCM ASSIGNMENT.

**02/11/2016 11:12 AM - MDS Note**
Claim/Leave: 3582432
Episode #: 1
Nurse Name: CRUISE, CRYSTAL
Service #: 16184602
Service Date: 02/11/2016
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, DARRELL, HART
Note Type: INFORMATION OBTAINED DESC
Text: TM BEING TREATED FOR REPORTED NECK AND LEFT ARM PAIN. AT OV ON 1/19/16 WITH DR. LEPPARD (PM&R) TM REPORTED CONTINUED NECK PAIN AND HEADACHES AND THAT SHE HAS BEEN GOING TO CHIROPRACTIC TREATMENT AND MASSAGE. ON EXAM AP NOTED HYPERTONICITY OF THE NECK ANDUPPER SHOULDERS. AP NOTED TM HAS HAD CHRONIC NECK PAIN AND HEADACHES SINCE MVA IN 2007. AP NOTED THAT TM HAS A SPINAL CORD SYRINX (FLUID FILLED CAVITY FROM A PREVIOUS PUNCTURE WOUND TO THE SPINAL CORD DURING AN ATTEMPTED FACET INJECTION IN 2008) THAT WASSTABLE AND TM HAS RESIDUAL LEFT-SIDED NUMBNESS. AP NOTED TM WILL CONTINUE WITH CURRENT MEDICATIONS AND F/U IN 6 MONTHS. AT OV ON 2/2/16 WITH DR. LEPPARD (PM&R) TM REPORTED NECK PAIN THAT RADIATES TO THE LEFT ARM. TM REPORTED THAT SHE SAW HER PCP AND WAS GIVEN A CORTISONE INJECTION (RECORDS NOT AVAILABLE) WHICH DID NOT HELP, AS NEITHER DID FLEXERIL (MUSCLE RELAXER.) TM REPORTED THAT SHE WENT TO THE ER AND HAD AN MRI OF HER NECK (NOT AVAILABLE.) ON EXAM AP NOTED THAT TM WAS HOLDING HER LEFT ARM TIGHTLY TO HER BODY, NECK ROM WAS VERY LIMITED, LEFT SHOULDER ROM WAS LIMITED, AND HOFFMAN S SIGN WAS MILDLY POSITIVE (CAN INDICATE POSSIBLE CERVICAL SPINAL CORD PATHOLOGY.) AP NOTED MRI ON 1/29/16 SHOWED DEGENERATIVE DISC DISEASE WITH MILD DISC BULGING AT C4-C7 ANDTHAT AP RECOMMENDED TM START WITH PT AND TRIAL OF NEURONTIN (NERVE PAIN MEDICATION.) NOTE FROM DR. LEPPARD DATED 2/2/16 ENDORSED TM OOW FROM 1/28/16 AND RTW DATE IS DIFFICULT TO READ DUE TO COPY/HANDWRITING. PER S1 TM STARTED PT ON 2/5/16. BASED ON AVAILABLE RECORDS R&L S OF NO LIFTING/CARRYING/PUSHING/PULLING GREATER THAN 10 LBS., NO OVERHEAD LIFTING/REACHING, AND NO EXCESSIVE TWISTING/TURNING OF HEAD/NECK ARE SUPPORTED 4 WEEKS FROM LOV WITH AP LEPPARD, OR 3/1/16, AS EVIDENCED BY EXAM FINDINGS AND TM S PREVIOUS CERVICAL HISTORY AND TO ALLOW TIME FOR PT TO BE EFFECTIVE. IF TM UNABLE TO RTW AFTER 3/1/16 RECOMMEND DCM OBTAIN UPDATED RECORDS FROM ALL TREATING AP S AND PT OFFICE TO HELP DETERMINE ONGOING R&L S AND RTW PLAN. NO FURTHER NCM ACTIVITY NEEDED

**02/10/2016 12:42 PM - CLAIM Note 6**
Claim/Event/Leave: 3582432
NoteSubject : Ref to Managed Care
Other Subject : LA
Text: [02/10/2016 - HUNTLEY, SHERRY]2/10/16 - REFERRED FOR LA - TM HAS DX OF LT ARM PAIN THAT RADIATES - DOES MED INFO REASONABLY SUPPORT DISABILITY AND IF SO HOW LONG IS A REASONABLE TIME

**02/10/2016 12:42 PM - CLAIM Note 5**
Claim/Event/Leave: 3582432
NoteSubject : Med Records Rcvd
Other Subject : LEPPARD
Text: [02/10/2016 - HUNTLEY, SHERRY]2/10/16 REC'VD OV NOTES - 2/2, 1/19 OV

**02/05/2016 10:12 AM - PHONE Note 2**
Claim/Event/Leave: 3582432
NoteSubject : Initial EE Interview
Other Subject : COMPLETED
Text: [02/05/2016 - HART, DARRELL]LDW 1/27/16 DOD 1/28/16 CONSUMER LN UNDERWTR (SAFE) 3 TM ADVISED THEY HAVE BEEN HAVING SHOULDER PAIN (LEFT ARM) RADIATING DOWN ARM , BEEN EXTREMEMLY PAINFUL , PCP GAVE CORTIZONE SHOT AND IT DID NOT WORK, TM ADVISED THEY WENT TO THE ER AND THEY REFERRED CARE TO PCP, SAW DR. LEPPARD: 2/3/16, TREATMENT PLAN: NERVE MEDICATION, PERCOCET, IBUPROFEN, STEROIDS, AND MUSCLE RELAXERS, NOV: UNKNOWN, TM WILL BE STARTING PT TODAY 2/5/16 , DURATION: 4 WEEKS, 3 TIMES A WEEK, ERTW: WILL BE OOW FOR AT LEAST 4 WEEKS, OTHER CORMORBIDS: MIGRANE, NO OTHER OCCUPATION, DCM INFORMED TM OF THE PROCESS, QUESTIONS WERE ENCORUAGED AND ANSWERED TO SATISFACTION, CALL CONCLUDED.

**02/04/2016 12:58 PM - CLAIM Note 4**
Claim/Event/Leave: 3582432
NoteSubject : LTR to EE
Other Subject : N&P
Text: [02/04/2016 - HART, DARRELL]3/2/16 DEADLINE

**02/04/2016 12:55 PM - CLAIM Note 3**
Claim/Event/Leave: 3582432
NoteSubject : LTR to AP
Other Subject : LEPPARD
Text: [02/04/2016 - HART, DARRELL]REQUESTED OV NOTES FROM 1/1/16 THRU PRESENT

**02/04/2016 12:52 PM - PHONE Note 1**
Claim/Event/Leave: 3582432
NoteSubject : Called AP
Other Subject : LEPPARD
Text: [02/04/2016 - HART, DARRELL]DCM UNABLE TO OBTAIN INFO OVER THE PHONE, DCM WAS ABLE TO OBTAIN FAX

Text: [02/04/2016 - HART, DARRELL]DCM UNABLE TO OBTAIN INFO OVER THE PHONE, DCM WAS ABLE TO OBTAIN FAX
NUMBER (719) 575-1850

**02/03/2016 3:24 PM - CLAIM Note 2**
Claim/Event/Leave: 3582432
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 01/28/2016 AND THE LEAVE END DATE IS 02/12/2016.

**02/03/2016 3:24 PM - CLAIM Note 1**
Claim/Event/Leave: 3582432
NoteSubject : Telephonic Intake
Other Subject : REPORTED CLAIM NOTE
Text: ERTW UNK. RACHEL SZWEDA

**n0001112**

---

**From:** Carignan, Heather
**Sent:** Friday, August 31, 2018 2:33:36 PM
**To:** 'joann.edwards@wellsfargo.com'
**Subject:** (Secure) LTD appeal decision
**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png; image006.png

Good afternoon Ms. Edwards,
We have completed the appeal decision regarding Ms. Michelle Nelson's LTD claim, and have maintained the decision to deny benefits effective January 28. 2016.
Ms. Nelson does not meet the definition of disability under the Policy.

We have sent notification of our decision to Ms. Nelson's attorney today.

Please let me know if you have questions.

Sincerely,
Heather Carignan
Appeal Consultant

Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.


**Heather Carignan, CEBS**
Appeal Consultant
Lincoln Financial Group
P.O. Box 7213
London KY 40742

T: 888.437.7611 Ext 16292
F: 603.334.5853
Fellow of the ISCEBS
**LincolnFinancial.com**
**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

Peer Review Services

**MES Peer Review Services**
**100 Morse Street**
**Norwood, MA 02062**
www.mesgroup.com

# INVOICE

**8/15/2018**

Attention:
LIBERTY MUTUAL/DOVER/DISABILITY/PEERS
100 LIBERTY WAY P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

Referred by: Carignan, Heather
Referral Date: 7/10/2018

Claimant: Michelle R. Nelson
Client Claim #: 7608815
Invoice #: 619270
Pages Reviewed: 846

| Service | Specialty | Billable Time | Fee |
|---|---|---|---|
| Peer Review | Physical Medicine & Rehabilitation | 570 | $1995.00 |
| | | **Total Billable Amount:** | **$1995.00** |

**Reviewer(s):** Emad, Behzad

**Remit Payment To:**
MES Peer Review Services
100 Morse Street
Norwood, MA 02062

**Tax ID:** 38-2193020

Peer Review Services

**MES Peer Review Services**
**100 Morse Street**
**Norwood, MA 02062**
www.mesgroup.com

# INVOICE

**8/15/2018**

Attention:
LIBERTY MUTUAL/DOVER/DISABILITY/PEERS
100 LIBERTY WAY P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

Referred by: Carignan, Heather
Referral Date: 7/10/2018

Claimant: Michelle R. Nelson
Client Claim #: 7608815
Invoice #: 619270
Pages Reviewed: 846

| Service | Specialty | Billable Time | Fee |
|---|---|---|---|
| Peer Review | Physical Medicine & Rehabilitation | 570 | $1995.00 |
| | | **Total Billable Amount:** | **$1995.00** |

**Reviewer(s):** Emad, Behzad

**Remit Payment To:**
MES Peer Review Services
100 Morse Street
Norwood, MA 02062

**Tax ID:** 38-2193020

# Peer Review Report

| | | | |
|---|---|---|---|
| **Referral Date:** | 7/10/2018 | **Review Type:** | Disability |
| **Claimant's Name:** | Michelle R. Nelson | **Group/Policy/ Claim Number:** | 7608815 |
| **MES Case Number:** | 619269 | **Service:** | Initial |
| **Client:** | Liberty Mutual | **Referred By:** | Heather Carignan |

**DATA REVIEWED AND CONTACT INFORMATION:**

- Liberty Panel Review referral dated 07/10/2018
- Appeal letter to D. Hart from claimant - undated
- Letter from claimant - undated
- Attorney letter to J. Daniell from M. Krieger dated 05/15/2018
- Medical Rehabilitation Specialists Office Visit notes from K. Leppard, MD dated 01/19/2016 through 06/04/2018
- Colorado Springs Neuro Assoc. Consultation Notes from A. Komatineni, MD dated 11/23/2016 through 12/27/2017
- Attorney letter to D. Hart from M. Krieger dated 08/02/2016
- Acknowledgement of Representation signed by claimant dated 08/02/2016
- Liberty letters to M. Krieger dated 08/08/2016 and 03/05/2018
- Liberty Appeal Referrals dated 07/01/2016 and 06/15/2018
- Attorney letter to V. Vecorko dated 02/07/2018
- Wells Fargo Medical Leave Guide for Managers dated 03/21/2016
- Wells Fargo Description of Employee's Job Duties: Consumer Loan Underwriter 3
- Liberty letter to Falcon Physical Therapy dated 04/04/2016
- Falcon Physical Therapy Daily Notes/Billing Sheets from M. Phillips, PT dated 03/17/2016 through 04/28/2016
- Liberty letters to K. Leppard, MD dated 03/10/2016 through 11/03/2017
- Clinical Case Review report from S. Kasuganti, MD dated 06/05/2016
- Addendum report from S. Kasuganti, MD dated 06/07/2016
- Medical Rehabilitation Specialists prescription from K. Leppard, MD - date illegible
- Liberty letter to claimant dated 02/05/2016
- Liberty Authorization to Obtain and Release Information dated 02/15/2016
- Medical Rehabilitation Specialists Authorization to Release Healthcare Information dated 02/24/2016
- Liberty letter to K. Leppard dated 03/04/2016 with signature from K. Leppard, MD dated 03/11/2016
- Falcon Physical Therapy Physical Therapy Initial Examination from T. Nichols, PT dated 02/05/2016
- Falcon Physical Therapy Plan of Care from T. Nichols, PT dated 02/05/2016
- Falcon Physical Therapy Daily Notes/Billing Sheets from T. Nichols, PT dated 02/05/2016 through 03/10/2016
- Medical Rehabilitation Specialists prescription from K. Leppard, MD dated 02/02/2016
- Falcon Physical Therapy Medical Intake form completed by claimant - undated
- Liberty letters to Falcon Physical Therapy dated 05/12/2016 and 09/19/2017
- Falcon Physical Therapy Daily Notes/Billing Sheets from D. Yantis, PT dated 05/04/2016

through 06/02/2016

- Falcon Physical Therapy Physical Therapy Recertification Note Addendum from L. Starks, PT dated 04/26/2016
- IOD invoices dated 05/20/2016 and 11/21/2017
- Medical Rehabilitation Specialists Clinical Summary reports from K. Leppard, MD dated 06/16/2016 and 08/17/2016
- Office visit notes from A. Komatineni, MD dated 05/27/2016 through 07/27/2017
- Attorney appeal from M. Krieger dated 06/14/2018
- Work Restrictions Questionnaire from K. Leppard, MD dated 06/04/2018
- Medical Source Statement from M. Fraley, DO dated 06/11/2018
- BTE Technologies Functional Abilities Evaluation from K. Couch, OTR dated 05/30/2018
- Standing/Sitting Tolerance report - no therapist noted - dated 05/30/2018
- Industrial Rehabilitation Evaluation Services, LLC Testing Summary Report - no therapist noted - dated 05/30/2018
- The Peak Physical Medicine office visit notes from T. Sandell, MD dated 11/29/2017 and 02/27/2018
- The Peak Physical Medicine summary letter to K. Leppard, MD from T. Sandell, MD dated 11/09/2017
- Centura Health Physical Therapy Discharge Note from D. Gillis, PT dated 01/12/2018
- Centura Health Physical Therapy Evaluation from D. Gillis, PT dated 12/05/2017
- Turner Chiropractic Inc. Daily Notes from J. Turner, DC dated 06/02/2016 through 02/26/2018
- Turner Chiropractic Inc. Daily Notes from T. Curd, DC dated 06/24/2016 through 12/14/2017
- SCPM - Turner Chiropractic Inc. Daily Note from J. Turner, DC dated 04/19/2018 and 05/02/2018
- SCPM - Turner Chiropractic Inc. Initial Exam report from J. Turner, DC dated 03/16/2018
- Handwritten letter from claimant dated 11/01/2017
- Front and back copies of claimant's driver's license
- Liberty Activities Questionnaire dated 11/01/2017
- Authorization to Use and Disclose Protected Health Information signed by claimant dated 09/26/2017
- Liberty Authorization to Obtain and Release Information (Excluding Psychotherapy Notes) dated 09/28/2017
- Liberty Authorization to Obtain and Release Psychotherapy Notes dated 09/28/2017
- SSA letter to claimant - no signature provided - dated 09/20/2017
- Liberty Claimant Information Form dated 09/26/2017
- Liberty Claimant Supplementary Statement dated 09/28/2017
- Liberty Reimbursement Agreement dated 09/26/2017
- Liberty Social Security/Reimbursement Agreement dated 09/26/2017
- Liberty TEE Form - undated
- Employee History Information report - no signature provided - dated 10/08/2007-07/02/2017
- Excel spreadsheet - no signature provided - dated 05/01/1991-01/01/2010
- MLS Group of Companies invoices dated 11/14/2017 and 12/13/2017
- Verisma letters - no signatures provided - dated 09/25/2017 and 10/17/2017
- Verisma invoice dated 10/16/2017
- IOD PrePay Notices dated 11/09/2017 and 11/20/2017
- Liberty Vocational Rehabilitation invoice dated 11/22/2017
- Curriculum Vitae from F. Khoury

- Resume/CV from S. Kasuganti, MD
- Liberty letters to A. Komatineni, MD dated 09/20/2017 and 10/10/2017
- Authorization to Use and Disclose Protected Health Information - left blank
- MLS Group of Companies, LLC Independent Peer Review report from F. Khoury, MD dated 11/14/2017
- MLS Group of Companies, LLC Addendum report from F. Khoury, MD dated 12/13/2017
- Falcon Physical Therapy Discharge Note from T. Nichols, PT dated 02/12/2017
- Falcon Physical Therapy and Fitness PLLC charges statement dated 02/05/2016-06/02/2016
- Turner Chiropractic Inc. Daily Notes from B. Jelinek, DC dated 08/03/2016 through 07/06/2017
- Turner Chiropractic Inc. Exam reports from B. Jelinek, DC dated 08/01/2016 and 09/21/2016
- Turner Chiropractic Inc. Initial Exam report from T. Curd, DC dated 05/25/2017
- Headaches Residual Functional Capacity Questionnaire from Dr. A. Komatineni dated 09/08/2016
- Consultation Notes from L. Hughes, PA-C dated 09/08/2016
- CSNA Neurosurgery & Neurology Progress Notes from R. Hammers, MD dated 07/25/2016
- Progress Notes from A. Komatineni, MD dated 05/16/2016 through 10/02/2017
- Colorado Springs Neuro Assoc. radiology report: MRI Cervical Spine - from E. Weidman, MD dated 06/16/2016
- CSNA Neurosurgery & Neurology Progress Notes from A. Komatineni, MD dated 10/02/2017 and 10/11/2017
- Authorization to Release Medical Records signed by claimant dated 10/13/2017
- Office visit note from L. Hughes, PA-C dated 09/08/2016
- Progress Notes from R. Hammers, MD dated 07/25/2016
- Colorado Springs Neuro Assoc. radiology report: CT Sinus - from M. Pitman, MD dated 03/08/2017
- CSNA Neurosurgery & Neurology patient history form completed by claimant dated 05/04/2017
- Copycats Corporation invoices - undated
- Liberty letters to M. Fraley, MD dated 09/20/2017 and 10/10/2017
- Express Care Plus Patient Record cover pages dated 09/26/2017 and 10/12/2017
- Express Care Plus Encounters List dated 06/20/2016-06/21/2017
- Expresscare Plus office visit notes from M. Fraley, DO dated 06/20/2016 through 06/21/2017
- Expresscare Plus office visit notes from C. Isom, FNP-C dated 10/28/2016 and 02/06/2017
- Expresscare Plus office visit notes from K. Collymore, FNP dated 08/24/2016 through 12/28/2016
- The William Storms Allergy Clinic office visit note from K. Eskew, FNP-BC dated 07/26/2017
- ExpressCare Plus Radiology radiology report: X-ray Cervical Spine - from R. Schimmel, MD dated 12/28/2016
- Patient history report - no provider or date noted
- Kaiser Permanente Prescription Refill Authorization Request dated 10/10/2017
- Kaiser Permanente Mail Order Pharmacy Medication Request dated 08/07/2017
- Insurance Information form signed by claimant dated 07/20/2017
- Patient Registration form signed by claimant dated 07/20/2017
- Walgreens Prior Authorization Needed requests dated 05/17/2017 through 06/20/2017
- Walgreens Drug Change Request dated 06/20/2017
- ScriptGuide prescription information dated 06/02/2017

- Liberty Peer Review referral dated 11/03/2017
- VOC Suite Vocational Case Management Occupational Analysis referral from V. Vecorko dated 11/16/2017
- Liberty Occupational Analysis/Vocational Review report from J. Howard, CRC dated 08/07/2017

On 7/27/18 at 3:17 PM, I placed a call to Dr. Komatineni. I reached Danielle and left a message for call back. On 7/30/18 at 12:35 PM, I placed a call to Dr. Komatineni. I reached Chrissy and left a message for call back. On 7/30/18 at 2:00 PM, I received a call back from Dr. Komatineni. She is not completing disability paperwork as she does not believe that the claimant is unable to work in any capacity. She has no focal deficits on exam; she believes that she can walk without difficulty, and can handle light duty without difficulty. We discussed my recommendations on restrictions and limitations, and she is in agreement. She will follow up with her and consider discontinuation if Botox is not helping, as she still has chronic daily headaches

Conversation on 7/30/18 at 4:55 PM with Independent Physical Medicine and Rehabilitation and Pain Medicine Peer Reviewer, Dr. Behzad Emad. His opinion for the claimant's diagnosis: Incomplete lesion at C2 level of cervical spinal cord; cervicalgia; cervical radiculopathy; cervical degenerative disc disease; segmental and somatic dysfunction of cervical region; segmental and somatic dysfunction of lumbar region; pain in left shoulder; and contracture of muscle, multiple sites are causing impairment to the claimant. The medical evidence supports restrictions and limitations from 01/28/2016 through 07/27/2016, and from 07/28/2016 forward. I discussed my assessment: Migraine without aura, chronic daily headache, cervical radiculopathy, and incomplete lesion of cervical spinal cord C1 are documented. Medical documentation supports functional impairment including restrictions on lifting. She may lift up to 25 pounds occasionally, and 20 pounds frequently. She may push pull 30 pounds frequently, and 50 pounds occasionally. She may bend/twist and reach above shoulder occasionally. She may reach below shoulder, grasp, type, handle, finger, and feel frequently. She can work in a full-time capacity. There are no restrictions on sitting, standing, or walking.

**SUMMARY OF RECORDS:**

I reviewed a note by Dr. Katharine Leppard on 1/19/16. The claimant continues to have neck pain and headaches, she attends chiropractic for treatments of massage. She has headaches 1 to 2 times per week. Her neck pain is severe without medications and is bilateral. There are no radiating symptoms. No neurologic exam is documented aside from being able walk on her toes. Diagnosis is chronic neck pain and headaches dating back to motor vehicle accident 2007. She has had extensive treatment. She is on chronic pain management. Medications are indicated not only to control pain, but to maintain functional status. She is on ibuprofen and Percocet which are renewed. A narcotic agreement is on file. Spinal cord syrinx was due to a puncture wound due to a spinal cord injury after an attempted facet injection in 2008. Follow-up MRI shows syrinx is stable. She does have residual left-sided numbness.

I reviewed a note by Dr. Katharine Leppard on 2/3/16. The claimant had a flare of severe neck pain radiating into her left upper extremity which began last Monday. There was no trauma. She had tried Flexeril, and went to the ER (emergency room). She had an MRI.

I reviewed a note by Dr. Katharine Leppard on 2/24/16. The claimant has been attending PT (physical therapy) which aggravated her symptoms. She has persistent pain in her left trapezius. She is not working. Myofascial involvement in the left trapezius is notable, and exam is unchanged. She has a spinal cord syrinx as a result of spinal injection. She has been on ibuprofen and Percocet. Gabapentin is started, and she has minimal supraspinatus tendonitis.

I reviewed a note by Dr. Katharine Leppard on 3/10/16. The claimant returned requesting trigger point injections, risk including pneumothorax were reviewed. Myofascial trigger points are identified on exam. She has had extensive treatment for left neck and upper extremity pain. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis, and her 2016 MRI shows evidence of nerve root compression which is unchanged. She is noted to have ibuprofen and Percocet as treatments. Trigger point injections are performed in the left CP, rhomboid, upper trapezius, and levator scapulae muscles. Work restrictions form completed. She will follow-up next week.

I reviewed an AP note by Dr. Katharine Leppard on 3/11/16. Activity restrictions for sitting should be cumulative for over 5-1/2 hours per day, standing for over 5-1/2 hours per day, walking for over 5 and 0.5 hours per day, moving objects there is no push-pull limit but can carry up to 10 pounds, she may avoid reaching above shoulder, she should not kneel or squat, and she is capable of performing a 8 hour day of work.

I reviewed a note by Dr. Katharine Leppard on 3/31/16. The claimant presented for further trigger points, she has minimal improvement. A procedure note for trigger points is documented.

I reviewed a note by Dr. Katharine Leppard on 4/7/16. The claimant presented for trigger point injections in notes slow improvement. A procedure note for trigger points is documented.

I reviewed a note by Dr. Katharine Leppard on 4/21/16. The claimant presented to the office for trigger point injections, and had a slight improvement, she does not feel ready to return to work. A procedure note for trigger points is documented.

I reviewed a note by Dr. Aparna Komatineni on 5/16/16. The claimant presented for a medically necessary Botox appointment. She has been having headaches for the past 10 years. They are located all over her head and pounding. She has associated attention and concentration issues. She does not have any numbness or tingling from her neck pain. She has tried and failed the following medication: Propranolol, Relpax, Topamax, gabapentin, Ambien, diclofenac, tizanidine, citalopram, and Wellbutrin. Her neurologic exam is nonfocal. A procedure note for Botox injection is documented.

I reviewed a note by Dr. Katharine Leppard on 6/4/16. Frequency of treatment is June 25, 2007 until present, diagnosis includes neck pain, degenerative disc disease, myofascial pain, shoulder tendinitis, migraine headache, and incomplete C2 spinal cord injury. Diagnosis is poor given chronic pain. Neck pain and headaches are presenting symptoms. Pain is worse with activity, headaches occur 5 to 6 times per week. Impairments will last at least 12 months, and she is not considered to be a malingering. Emotional factors do contribute to severity of symptoms. Depression anxiety contribute. Impairments are reasonably consistent with symptoms and functional limitations. Pain will frequently and interfere with attention and concentration. She can sit for 60 minutes an interval, stand for 60 minutes an interval, the total amount of time she can sit is around 4 hours, and stand and walk is round 4 hours in an 8 hour day. She can walk and 60 minutes intervals with 5 minutes breaks. She will occasionally need scheduled breaks every hour. She can lift up to 10 pounds frequently, and 20 to 50 pounds never. She can occasionally twist, stoop, crouch, squat, and climb stairs. She does not have any significant limitations with reach, handle, or finger. Her impairments are likely to produce good days and bad days which may occur over 4 times per month.

I reviewed a note by Dr. Shilpa Kasuganti on 6/5/16. A case review is documented. Medical evidence supports a primary impairing diagnosis of myofascial pain syndrome of the neck and left

shoulder. She has contributing diagnosis of chronic neck pain due to degenerative disc disease of the cervical spine and migraine headaches. She also has comorbid diagnosis of syrinx of cervical spine. Impairments include pain and decreased range of motion of the neck and shoulder which translates to limited lifting ability and reaching ability. Medically supported restrictions and limitations include sitting up to 1 hour at a time with a 5 minutes stretch break, less than occasional pushing and pulling with the left upper extremity, occasional lifting carry up to 10 pounds comma less than occasional overhead reaching, occasional flexion-extension of neck, less than occasional rotation of the neck, use of had set when using phone, no kneeling or squatting. There are no restrictions for grasping objects or keyboarding. Ergonomic evaluation of work station is recommended. Current evidence is insufficient to support claimant's inability to sustain full-time capacity. Restrictions should be implemented for the next 3 to 6 months and then reassessed. There are no side effects documented to impair work. Current treatment plan is appropriate.

I reviewed a note by Dr. Katharine Leppard on 6/16/16. The claimant returned with persistent neck and periscapular pain. She is does not feel capable of returning to work due to left scapular pain that radiates the form. She has tried strengthening of physical therapy which only increased her pain. She has had Botox for migraine headaches which have helped to a degree. She has significant myofascial involvement on examination. She has plateaued with physical therapy and trigger point injections. She does not wish to pursue epidurals or facet injection given her injury in the past. A shoulder cortisone injection is performed. She has continued to work over the years despite significant medical issues and there are no signs of malingering. She is not felt to be able to continue working at this time and is excused from work for the next 3 months.

I reviewed an MRI of the cervical spine on 6/16/16. A syrinx is noted at the left paramidline spinal cord at C1 level. Degenerative disc, uncinate and facet disease is contributing towards mild neural foraminal narrowing bilaterally at C4-5, at C5-6 and C6-7 there is neural foraminal narrowing.

I reviewed a note by Dr. Kimberly Collymore, FNP on 6/20/16. The claimant's depression has been flaring up and she feels that medications are not helpful, she admits that she has not been staying active but she does work. She has been gaining weight. No neurologic exam is fully documented. Diagnosis is major depressive disorder recurrent and mild, insomnia, abnormal waking, and cervicalgia. Wellbutrin will be increased to 300 milligrams per day, and if needed citalopram will be started. She will be more active with yoga and weight lifting. Bontril is refilled. Zanaflex is refilled.

I reviewed a note by Dr. Ronald Hammers on 7/25/16. The claimant has been seen by Neurology and Pain Management for chronic history of headache. This began after motor vehicle accident 12 years ago. In conjunction she has a history of neck pain. She had a cervical injection in 2008, which resulted in a needle in the intrathecal space causing syrinx. She complains of left-sided neck pain since January 2016. This is associated with fogginess from pain medications. Her pain radiates into her left subscapular region as well as her arm, forearm, and hand. She does not have any obvious dysfunctions of the upper lower extremities suggestion of myelopathy. MRI of the cervical spine from 2016 was reviewed. MRI of the cervical spine from 2011 is unchanged from February 8, 2010, there are mild degenerative changes well as no interval change in 2 x 2 x 8 millimeter left upper cervical spinal cord syrinx versus cavitation. MRI of the thoracic spine in 2012 shows vertebral body hemangiomas at T6 and L1 as well as minor degenerative changes. MRI of the brain showed atrophy, which is slightly advanced as well as white matter changes. For chronic migraine without aura and without status migrainosus, Botox will be continued. From a neurosurgical perspective, there is no surgical indication. While some cervical spondylosis is noted, there is no specific dermatome finding. She apparently had a recent EMG nerve conduction which should be reviewed. No recommendations other than conservative management are made at this time

I reviewed a note by Dr. Katharine Leppard on 8/17/16. The claimant saw Dr. Hammer who did not recommend surgery. Chest x-ray was normal. She is concerned regarding an MRI of her brain from 2015 which shows atrophy and white matter changes. Left neck and upper extremity pain is noted to have plateaued with physical therapy. She is not a candidate for surgery and has plateaued with regards to treatment. Neurology will continue to treat migraine headaches and this MRI brain should be reviewed with them.

I reviewed a note by Kimberly Collymore, FNP on 8/24/16. The claimant is on Percocet, Bontril and Ambien. She denies fatigue. Bontril is refilled. Blood work is ordered. Counseling on depression and fatigue is made

I reviewed a note by Dr. Aparna Komatineni on 8/25/16. Symptoms are unchanged in neurologic exam is unchanged. She notes that barometric pressure may affect migraines. Sample of Zomig is given. Botox will be continued which have helped to some degree. She complains of memory loss which is consistent with cognitive decline from chronic pain. She is reassured that she does not need Namenda or Aricept. For low back pain, an MRI of her lumbar spine will be obtained.

I reviewed a note by Linnea Hughes, PA on 9/8/16. The claimant presented for disability paperwork because she is on short-term disability is applying for long-term disability. She has 5 to 6 pain-free days per month. She is having 25 out of 30 days of headache per month although it is less intense. She is followed by pain management. She feels that she went back to work she would miss several days per month. Neurologic evaluation is nonfocal. She has tried and failed antiepileptics, antidepressants, as well as blood pressure medications. Her disability paperwork was completed and handed to the claimant.

I reviewed a note by Dr. Aparna Komatineni, a headache residual functional capacity questionnaire was completed on September 8, 2016. Her initial appointment was on October 2006, now she is seen every few months. Diagnosis is migraine headache, neck pain, degenerative disc disease, common cervical spine syrinx. Pain is throbbing and global sensitivity to light, sound, nausea and vomiting accompanied, and this occurs 25 days per month. Triggers include bright lights and lack of sleep, alleviating factors include a dark room, cold packs, minimizing noise, and massage. Current medications include Botox, gabapentin, and Relpax. Side effects include slurred word and confusion. Impairments can be expected to last at least 12 months, and preclude basic work activities. She will require frequent breaks, no hours or specified. She is capable of low stress jobs and only this will be tolerable. She will have good days and bad days. She would be unable to lift no more than 10 pounds, she has tried to avoid temperature extremes, humidity, noise, dust, fumes, gases, or hazards. She is likely to be absent from work more than 4 times per month.

I reviewed a note by Dr. Katharine Leppard on 9/21/16. The claimant returned to follow up with continued pain. She does not feel able to work even part-time. Her pain is in her right shoulder and neck. On examination, myofascial tenderness is noted. She is continued on Percocet and ibuprofen for neck pain, cervical degenerative disc disease, and Relpax is renewed for migraine. FMLA paperwork is completed. She will follow up in 6 months.

I reviewed a note by Dr. Ronald Hammers on 10/25/16. The same note from July 25th is documented.

I reviewed a note by Chiquita Isom, FNP on 10/28/16. The claimant presented with recurrent sinus pain and pressure.

I reviewed a note by Dr. Katharine Leppard on 11/16/16. The claimant is in braces, this will hopefully help her dental bite and headaches. Her pain is unchanged. She has periodic Botox injections and has not noticed any significant change in her headaches. She remains on chronic pain medications, physician does feel that these medications are indicated not only to control pain, but to maintain functional status. Pharmacy screens are clear and random drug screen showed prescription medications only.

I reviewed a note by Dr. Aparna Komatineni on 11/23/16. The claimant presented for Botox, and botulinum toxin procedure note with no EMG (electromyogram). Guidance is documented.

I reviewed a note by Dr. Aparna Komatineni on 11/28/16. The claimant presented for botulinum toxin (Botox) injection, and a procedure note is documented. She has not documented her headache days since last visit.

I reviewed a note by Kimberly Collymore, FNP on 11/30/16. The claimant presented with acute sinusitis.

I reviewed a note by Kimberly Collymore, FNP on 12/28/16. The claimant presented with nasal pain and sore throat. Antibiotics are prescribed for acute maxillary sinusitis.

I reviewed an x-ray of the cervical spine on 12/28/16 which shows mild degenerative changes at C4-5, C5-6 and C6-7; there is possible osteoporosis.

I reviewed a note by Chiquita Isom, FNP on 2/6/17. The claimant has had a headache for 5 days. Relpax has not helped. Diagnosis is migraine without aura with status migrainosus. Toradol as needed. ER indications are provided.

I reviewed a note by Dr. Aparna Komatineni on 2/23/17. The claimant presented for Botox injections.

I reviewed a note by Dr. Mark Fraley on 3/2/17. DEXA scan showed osteoporosis and migraines are increasing. She is receiving Botox. Neck pain and left trapezius pain is intermittent. Neurologic exam is nonfocal. Celexa and Wellbutrin 300 will be stopped and Wellbutrin 150 and Cymbalta are started. Toradol was given. A prescription for Bontril is given.

I reviewed a note by Dr. Aparna Komatineni on 5/4/17. She has had mild improvement in her headaches since last injection. A procedure note is documented for Botox.

I reviewed a note by Dr. Mark Fraley on 5/17/17. Cymbalta is not helping her depression but Wellbutrin does somewhat. She did best on Viibryd and Topamax. She will stop Cymbalta and continue Wellbutrin, and restart Topamax, as well as Viibryd.

I reviewed a note by Dr. Katharine Leppard on 5/25/17. The claimant returned for a follow up, and has been getting Botox with neurology. She has hot flashes, which worsen her headaches. Medications including Percocet are renewed. She will continue with Botox.

I reviewed a note by Dr. Mark Fraley on 6/21/17. Her mood is improving on Viibryd, she initially had diarrhea but this improved. Her migraines are unchanged and Relpax always works. Neurologic exam is nonfocal. Diagnosis is primary insomnia, major depressive disorder, migraine, and actinic keratosis. Viibryd is increased.

I reviewed a note by Dr. Katharine Leppard on 9/20/17. The claimant presented for medication refill. She had Botox which has not helped. Her headaches continue and she is on Topamax. Her neck and shoulder pain is unchanged. She will start a trial of baclofen, she will no longer prescribe pain medications effective December 31, 2017. Further options are recommended. She is planning on returning in October for disability paperwork completion.

I reviewed a note by Dr. William Storms on 7/26/17. The claimant presented for an allergy shot.

I reviewed a note by Dr. Aparna Komatineni on 7/27/17. The claimant presented for medically necessary Botox injections. Procedure note is documented. Disability paperwork is completed.

I reviewed a note by Dr. Aparna Komatineni on 10/2/17. The claimant has noted improvement in her headache frequency and intensity by more than 60 to 70%, but in August her headaches were worse due to barometric changes. She also has difficulty with cognitive decline as well as multitasking. She has tried sumatriptan, Maxalt, and Zomig. She has chronic low back pain which has been ongoing for 1 year. Neurologic exam is nonfocal. For intractable chronic migraine without aura, she will try Zomig nasal spray and IV infusions. For low back pain she will rule out lumbar stenosis, an MRI is ordered. For memory loss, she is reassured. A trial of Depacon, diphenhydramine, and Ketoralac is given in the office intravenously.

I reviewed a note by Dr. Aparna Komatineni on 10/11/17. Past failed medications are documented, her headaches occur almost daily, and since her last injection she has a reduction in intensity. Disability paperwork is completed.

I reviewed a note by Dr. Katharine Leppard on 10/16/17. The claimant continues to have chronic pain. She believes that medications are indicated to help and her drug screens have been showing prescription medication only. She will continue with periodic Botox injection.

I reviewed a note by Dr. Timothy Sandall on 11/9/17. Her exam is notable for occipital tenderness. She has chronic daily headaches status post motor vehicle accident 2007 common migraines with increased intensity of occipital neuritis. She is given an opioid agreement, which was reviewed inside. They will assume privileges for writing oxycodone b.i.d. A sample pack of Gralise is provided.

MLS review by Farjallah Khoury, MD on 11/14/17. Diagnosis is cervical spondylosis, cervicalgia, cervicothoracic migraine headaches, and left shoulder pain.

MLS Review by Farjallah Khoury, MD dated 12/13/17. Recommendations and limitations were reviewed.

I reviewed a note by Dr. Timothy Sandall on 11/29/17. She has tried Botox in several medication trials. She will be refilled for oxycodone.

I reviewed a note by Dr. Aparna Komatineni on 1/8/18. A procedure note is documented for botox. She is given Depacon, ketorolac, and diphenhydramine for an acute headache. She has her disability paperwork completed.'

I reviewed a note by Dr. Timothy Sandall on 2/27/18. There are no new issues. Oxycodone is helping her headaches.
I reviewed a work stimulation by Kristine Couch on 5/30/18. She was able to sit for 45 minutes before changing positions, she is limited in sitting to 1.5 hour episode secondary to low back pain.

She could stand for 12 minutes during testing and change positions, she is limited to standing to 1 hour episode secondary to her pain. She could complete 1 of 10 100-foot lapse on and/or walking, she indicated her walking tolerance varies up to 30 minute episodes. She demonstrated inability to lift overhead, and inability to lift more than 5 pounds. She can push and pull up to 6 pounds. Lifting assessments were terminated due to neck pain.

I reviewed a note by Dr. Katharine Leppard on 6/4/18. Her low back pain has been worse. Lumbar MRI was normal. Work restriction paperwork completed. Medications are refilled.

I reviewed PT (physical therapy) notes dated 2/5/16, 2/9/16, 2/10/16, 2/15/16, 2/22/16, 3/10/16, 3/17/16, 3/31/16, 4/7/16, 4/14/16, 4/21/16, 4/26/16, 4/28/16, 5/4/16, and 10/7/16. A discharge summary from physical therapy dated 1/12/18 was reviewed. She reports little change from physical therapy.

I reviewed chiropractor notes dated 5/11/16, 5/18/16, 5/31/16, 6/2/16, 6/24/16, 6/27/16, 6/30/16, 7/14/16, 8/1/16, 8/3/16, 8/11/16, 8/18/16, 9/21/16,10/16/16, 12/3/16, 12/6/16, 12/11/16, 12/23/16, 2/12/17, 4/27/17, 5/10/17,5/25/17, 5/30/17, 6/6/17, 1/24/17, 3/1/17, 3/17/17, 6/8/17, 6/28/17,7/6/17, 11/101/17, 11/16/17, 12/7/17, 12/12/17, 12/14/17, 12/29/17, 1/6/17, 2/26/18, 3/16/18, and 5/2/18. She was seen for cervical radiculopathy and tension headache. Soft tissue release is performed.

**REVIEW QUESTION (S):**
**1. What diagnoses are supported by the medical evidence on file?**

The diagnoses supported by the medical evidence are migraine without aura, chronic daily headache, cervical radiculopathy, and incomplete lesion of cervical spinal cord C1 are documented.

This is supported in the AP notes and MRI.

**2. From 1/28/16 continuously through 7/27/16, and from 7/28/16 forward, does the medical documentation support any diagnoses causing functional impairment ? If functional impairment is supported, please describe how that translates to restrictions and limitations and for what period of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift, carry, reach, walk etc).**

Medical documentation supports functional impairment including restrictions on lifting. The above-noted diagnoses translate into the following restrictions and limitations:

- She may lift up to 25 pounds occasionally, and 20 pounds frequently.
- She may push pull 30 pounds frequently, and 50 pounds occasionally.
- She may bend/twist and reach above shoulder occasionally.
- She may reach below shoulder level, grasp, type, handle, finger, and feel frequently.

There are no restrictions on sitting, standing, or walking. No other specific restrictions and/or limitations are indicated. The restrictions and limitations should be re-assessment in 2 months from the date of this report.

While she is noted to have a cervical spine lesion, there are no focal deficits on neurologic exam. She can work in a sustained, full-time capacity.

**3. Please explain your medical rationale for any restrictions/limitations or if applicable, why restrictions/limitations are not supported.**

Restrictions are supported to minimize cervicogenic pain, which may contribute to headache as well.

Restrictions are centered around minimizing overhead motions.

**4. For 1/28/16 through 7/27/16 and from 7/28/16 forward, please comment on the claimant's ability to maintain full time employment on a sustained basis within any identified restrictions/limitations.**

From 1/28/16 through 7/27/16 and from 7/28/16 forward, the claimant can maintain full-time employment on a sustained basis. She has no focal weakness, gait ataxia, nor abnormal reflexes to limit her ability to sustain full time capacity.

This is based on my review of the records and conversation with Dr. Komatineni.

**5. For 1/28/16 through 7/27/16 and from 7/28/16 forward, does the medical documentation support that any medical condition alone or in combination with other(s) would preclude the claimant from sustained occupational functioning on a full time basis? Please explain why or why not.**

From a neurological perspective point, the headache and cervical spine issues would not preclude any sustained occupational functioning on a full-time basis. It appears that she could work within the restrictions and limitations stated above.

**<u>Conflict of Interest Attestation:</u>**
*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.*

*I attest that I have a scope of licensure or certification and professional experience that typically manages the medical condition, procedure, treatment, or issue under review.*

Seth R. Stoller, M.D.
Board Certified in Neurology

Added Expertise in Pain Medicine
Added Expertise in Headache
NJ License #25MA07912600
8/15/2018

# Peer Review Report

| | | | |
|---|---|---|---|
| **Referral Date:** | 7/10/2018 | **Review Type:** | Disability |
| **Claimant's Name:** | Michelle R. Nelson | **Group/Policy/ Claim Number:** | 7608815 |
| **MES Case Number:** | 619270 | **Service:** | Initial |
| **Client:** | Liberty Mutual | **Referred By:** | Heather Carignan |

**DATA REVIEWED AND CONTACT INFORMATION:**

- Liberty Panel Review referral dated 07/10/2018
- Appeal letter to D. Hart from claimant - undated
- Letter from claimant - undated
- Attorney letter to J. Daniell from M. Krieger dated 05/15/2018
- Medical Rehabilitation Specialists Office Visit notes from K. Leppard, MD dated 01/19/2016 through 06/04/2018
- Colorado Springs Neuro Assoc. Consultation Notes from A. Komatineni, MD dated 11/23/2016 through 12/27/2017
- Attorney letter to D. Hart from M. Krieger dated 08/02/2016
- Acknowledgement of Representation signed by claimant dated 08/02/2016
- Liberty letters to M. Krieger dated 08/08/2016 and 03/05/2018
- Liberty Appeal Referrals dated 07/01/2016 and 06/15/2018
- Attorney letter to V. Vecorko dated 02/07/2018
- Wells Fargo Medical Leave Guide for Managers dated 03/21/2016
- Wells Fargo Description of Employee's Job Duties: Consumer Loan Underwriter 3
- Liberty letter to Falcon Physical Therapy dated 04/04/2016
- Falcon Physical Therapy Daily Notes/Billing Sheets from M. Phillips, PT dated 03/17/2016 through 04/28/2016
- Liberty letters to K. Leppard, MD dated 03/10/2016 through 11/03/2017
- Clinical Case Review report from S. Kasuganti, MD dated 06/05/2016
- Addendum report from S. Kasuganti, MD dated 06/07/2016
- Medical Rehabilitation Specialists prescription from K. Leppard, MD - date illegible
- Liberty letter to claimant dated 02/05/2016
- Liberty Authorization to Obtain and Release Information dated 02/15/2016
- Medical Rehabilitation Specialists Authorization to Release Healthcare Information dated 02/24/2016
- Liberty letter to K. Leppard dated 03/04/2016 with signature from K. Leppard, MD dated 03/11/2016
- Falcon Physical Therapy Physical Therapy Initial Examination from T. Nichols, PT dated 02/05/2016
- Falcon Physical Therapy Plan of Care from T. Nichols, PT dated 02/05/2016
- Falcon Physical Therapy Daily Notes/Billing Sheets from T. Nichols, PT dated 02/05/2016 through 03/10/2016
- Medical Rehabilitation Specialists prescription from K. Leppard, MD dated 02/02/2016
- Falcon Physical Therapy Medical Intake form completed by claimant - undated
- Liberty letters to Falcon Physical Therapy dated 05/12/2016 and 09/19/2017
- Falcon Physical Therapy Daily Notes/Billing Sheets from D. Yantis, PT dated 05/04/2016

through 06/02/2016

- Falcon Physical Therapy Physical Therapy Recertification Note Addendum from L. Starks, PT dated 04/26/2016
- IOD invoices dated 05/20/2016 and 11/21/2017
- Medical Rehabilitation Specialists Clinical Summary reports from K. Leppard, MD dated 06/16/2016 and 08/17/2016
- Office visit notes from A. Komatineni, MD dated 05/27/2016 through 07/27/2017
- Attorney appeal from M. Krieger dated 06/14/2018
- Work Restrictions Questionnaire from K. Leppard, MD dated 06/04/2018
- Medical Source Statement from M. Fraley, DO dated 06/11/2018
- BTE Technologies Functional Abilities Evaluation from K. Couch, OTR dated 05/30/2018
- Standing/Sitting Tolerance report - no therapist noted - dated 05/30/2018
- Industrial Rehabilitation Evaluation Services, LLC Testing Summary Report - no therapist noted - dated 05/30/2018
- The Peak Physical Medicine office visit notes from T. Sandell, MD dated 11/29/2017 and 02/27/2018
- The Peak Physical Medicine summary letter to K. Leppard, MD from T. Sandell, MD dated 11/09/2017
- Centura Health Physical Therapy Discharge Note from D. Gillis, PT dated 01/12/2018
- Centura Health Physical Therapy Evaluation from D. Gillis, PT dated 12/05/2017
- Turner Chiropractic Inc. Daily Notes from J. Turner, DC dated 06/02/2016 through 02/26/2018
- Turner Chiropractic Inc. Daily Notes from T. Curd, DC dated 06/24/2016 through 12/14/2017
- SCPM - Turner Chiropractic Inc. Daily Note from J. Turner, DC dated 04/19/2018 and 05/02/2018
- SCPM - Turner Chiropractic Inc. Initial Exam report from J. Turner, DC dated 03/16/2018
- Handwritten letter from claimant dated 11/01/2017
- Front and back copies of claimant's driver's license
- Liberty Activities Questionnaire dated 11/01/2017
- Authorization to Use and Disclose Protected Health Information signed by claimant dated 09/26/2017
- Liberty Authorization to Obtain and Release Information (Excluding Psychotherapy Notes) dated 09/28/2017
- Liberty Authorization to Obtain and Release Psychotherapy Notes dated 09/28/2017
- SSA letter to claimant - no signature provided - dated 09/20/2017
- Liberty Claimant Information Form dated 09/26/2017
- Liberty Claimant Supplementary Statement dated 09/28/2017
- Liberty Reimbursement Agreement dated 09/26/2017
- Liberty Social Security/Reimbursement Agreement dated 09/26/2017
- Liberty TEE Form - undated
- Employee History Information report - no signature provided - dated 10/08/2007-07/02/2017
- Excel spreadsheet - no signature provided - dated 05/01/1991-01/01/2010
- MLS Group of Companies invoices dated 11/14/2017 and 12/13/2017
- Verisma letters - no signatures provided - dated 09/25/2017 and 10/17/2017
- Verisma invoice dated 10/16/2017
- IOD PrePay Notices dated 11/09/2017 and 11/20/2017
- Liberty Vocational Rehabilitation invoice dated 11/22/2017
- Curriculum Vitae from F. Khoury

- Resume/CV from S. Kasuganti, MD
- Liberty letters to A. Komatineni, MD dated 09/20/2017 and 10/10/2017
- Authorization to Use and Disclose Protected Health Information - left blank
- MLS Group of Companies, LLC Independent Peer Review report from F. Khoury, MD dated 11/14/2017
- MLS Group of Companies, LLC Addendum report from F. Khoury, MD dated 12/13/2017
- Falcon Physical Therapy Discharge Note from T. Nichols, PT dated 02/12/2017
- Falcon Physical Therapy and Fitness PLLC charges statement dated 02/05/2016-06/02/2016
- Turner Chiropractic Inc. Daily Notes from B. Jelinek, DC dated 08/03/2016 through 07/06/2017
- Turner Chiropractic Inc. Exam reports from B. Jelinek, DC dated 08/01/2016 and 09/21/2016
- Turner Chiropractic Inc. Initial Exam report from T. Curd, DC dated 05/25/2017
- Headaches Residual Functional Capacity Questionnaire from Dr. A. Komatineni dated 09/08/2016
- Consultation Notes from L. Hughes, PA-C dated 09/08/2016
- CSNA Neurosurgery & Neurology Progress Notes from R. Hammers, MD dated 07/25/2016
- Progress Notes from A. Komatineni, MD dated 05/16/2016 through 10/02/2017
- Colorado Springs Neuro Assoc. radiology report: MRI Cervical Spine - from E. Weidman, MD dated 06/16/2016
- CSNA Neurosurgery & Neurology Progress Notes from A. Komatineni, MD dated 10/02/2017 and 10/11/2017
- Authorization to Release Medical Records signed by claimant dated 10/13/2017
- Office visit note from L. Hughes, PA-C dated 09/08/2016
- Progress Notes from R. Hammers, MD dated 07/25/2016
- Colorado Springs Neuro Assoc. radiology report: CT Sinus - from M. Pitman, MD dated 03/08/2017
- CSNA Neurosurgery & Neurology patient history form completed by claimant dated 05/04/2017
- Copycats Corporation invoices - undated
- Liberty letters to M. Fraley, MD dated 09/20/2017 and 10/10/2017
- Express Care Plus Patient Record cover pages dated 09/26/2017 and 10/12/2017
- Express Care Plus Encounters List dated 06/20/2016-06/21/2017
- Expresscare Plus office visit notes from M. Fraley, DO dated 06/20/2016 through 06/21/2017
- Expresscare Plus office visit notes from C. Isom, FNP-C dated 10/28/2016 and 02/06/2017
- Expresscare Plus office visit notes from K. Collymore, FNP dated 08/24/2016 through 12/28/2016
- The William Storms Allergy Clinic office visit note from K. Eskew, FNP-BC dated 07/26/2017
- ExpressCare Plus Radiology radiology report: X-ray Cervical Spine - from R. Schimmel, MD dated 12/28/2016
- Patient history report - no provider or date noted
- Kaiser Permanente Prescription Refill Authorization Request dated 10/10/2017
- Kaiser Permanente Mail Order Pharmacy Medication Request dated 08/07/2017
- Insurance Information form signed by claimant dated 07/20/2017
- Patient Registration form signed by claimant dated 07/20/2017
- Walgreens Prior Authorization Needed requests dated 05/17/2017 through 06/20/2017
- Walgreens Drug Change Request dated 06/20/2017
- ScriptGuide prescription information dated 06/02/2017

- Liberty Peer Review referral dated 11/03/2017
- VOC Suite Vocational Case Management Occupational Analysis referral from V. Vecorko dated 11/16/2017
- Liberty Occupational Analysis/Vocational Review report from J. Howard, CRC dated 08/07/2017
- QIW, Behzad Emad, M.D., dated 08/02/18
- Return AP QIW, Katherine Leppard, M.D., dated 08/10/18
- Work Restrictions Questionnaire, Katherine Leppard, M.D., dated 06/04/18

On 7/25/18 at 11:00 AM PDT, I called the office of Dr. Leppard but my call was directed to voicemail. I left a message containing the case details and my contact number. On 7/27/18 at 10:50 AM PDT, I called the office of Dr. Leppard but my call was directed to voicemail. I left a message containing the case details and my contact number. On 7/30/18 at 8:50 AM PDT, I called the office of Dr. Leppard but my call was directed to voicemail. I left a message containing the case details and my contact number. On 7/31/18 at 8:00 AM PDT, I reviewed a message from Dr. Leppard's office. Per Anna, Dr. Leppard does not do phone conferences. If there is information needed, she asked paperwork to be sent. Questions in writing were sent to Dr. Leppard on 8/2/2018. The questions were as follows:

1. During your recent evaluation, did the claimant exhibit any functional deficits? If yes please specify.
2. Were there any recent diagnostic tests performed to assess the extent of the claimant's condition? What were the findings?
3. What is the claimant's current treatment regimen and response to treatment?
4. Did the claimant report any side effects from ongoing medications? If yes, please specify.
5. Is the claimant undergoing any form of therapy? What is the claimant's response to therapy?
6. What is the claimant's prognosis?
7. What are the future treatment plans for the claimant?

Dr. Leppard responded to the questions in writing on 8/10/2018. The response has been outlined in the Summary of Records.

On 07/30/2018 at 5:05 PM PDT, I completed a panel discussion with MES Independent Neurology Peer Reviewer, Dr. Seth Stoller. Dr. Stoller opined that from 01/28/2016 through 07/27/2016 and from 07/28/2016 forward, the claimant can maintain full-time employment on a sustained basis. She has no focal weakness, gait ataxia, nor abnormal reflexes to limit her ability to sustain full-time capacity. Medical documentation supports functional impairment including restrictions on lifting. She may lift up to 25 pounds occasionally, and 20 pounds frequently. She may push pull 30 pounds frequently, and 50 pounds occasionally. She may bend/twist and reach above shoulder occasionally. She may reach below shoulder, grasp, type, handle, finger, and feel frequently. She can work in a full-time capacity. There are no restrictions on sitting, standing, or walking. After discussion with Dr. Stoller, he agreed with my recommendations as outlined in my report.

**SUMMARY OF RECORDS:**

The claimant is a 49-year-old female who complained of chronic headaches, neck pain radiating to the left upper extremity, and low back pain. The claimant has a history of intractable headaches since a MVA (motor vehicle accident) in 2007. She also has chronic neck pain radiating to the left lower extremity, and a facet injection was attempted in 2008 which lead to development of a spinal cord syrinx. On 05/25/2017, she also started complaining of low back pain. Conservative and interventional treatments only provided temporary relief. She continued to have frequent to

constant headaches, intermittent to frequent neck pain, frequent to constant neck stiffness, and intermittent to frequent low back and sacral pain and stiffness. She had spinal fixation/malposition/palpatory findings at C1, C2, C7, T12, L5 and sacrum; hypertonicity in the bilateral scalene, upper trapezius, multifidus, thoracic-erector, suboccipitals, and splenius-cervicis; and tenderness over the bilateral cervical spine, shoulder, thoracic spine, lower back, and right L5 region.

Review of Medical Records:
From 01/19/2016 to 11/16/2016, the claimant was under the care of Dr. Katharine Leppard (Physical Medicine and Rehabilitation) due to tension-type headache; incomplete lesion at C2 level of cervical spinal cord; degenerative disc disease, cervical spine; pain in left shoulder; and myofascial pain syndrome. She was noted to have chronic headaches and neck pain dating back to a MVA in 2007. Her neck pain radiated down the left upper extremity. She has a spinal cord syrinx as a result of an attempted facet injection in 2008, which remained stable for many years. She has tried physical therapy, chiropractic treatments and massage therapy, and took ibuprofen, Percocet, Flexeril, and gabapentin. She had marked hypertonicity in the cervical and upper trapezius muscles, and had restricted cervical spine range of motion. Six sessions of trigger point injections into the left cervical paraspinal, rhomboid, upper trapezius, and levator scapula muscles were performed from 03/10/2016 to 04/21/2016 with slight improvement in pain. Left shoulder cortisone injection was performed on 06/16/2016. She was noted to have plateaued with physical therapy and trigger point injections. During follow-up on 09/21/2016, she had an additional complaint of right shoulder pain. Treatment regimen continued.

From 02/05/2016 to 06/02/2016, the claimant attended physical therapy due to cervicalgia and pain in left shoulder. She only had temporary relief following treatments, and continued to have pain and stiffness. On 02/12/2017, she was discharged from care after being lost to follow-up.

From 05/16/2016 to 12/27/2017, the claimant was under the care of Dr. Aparna Komatineni (Neurology) due to chronic migraine without aura, intractable, without status migrainosus; neck pain; and cervical radiculopathy. Her headache started 10 years ago and have been gradually getting worse, associated with attention and concentration problems, as well as occasional word slurring. She had neck pain radiating down the left shoulder. MRI of the cervical spine ordered. Clonazepam prescribed. Botox injection was done on 05/27/2016 which provided at least 50% reduction in headache intensity. Repeat Botox injections were performed on 08/25/2016 and 11/23/2016 with mild improvement. She continued to have grade 8/10 headaches. Acetaminophen/butalbital/caffeine prescribed. Repeat Botox injections were performed on 02/23/2017, 05/04/2017, and 07/27/2017 which provided 60-70% improvement. On 10/02/2017, she had additional complaints of memory loss, chronic lower back pain and stiffness, and muscle spasms. MRI of the lumbar spine ordered. Botox injections were again performed on 10/11/2017 and 12/27/2017.

From 06/02/2016 to 05/10/2017, the claimant was seen at Turner Chiropractic, Inc. multiple times for chiropractic treatments secondary to tension-type headache; segmental and somatic dysfunction of cervical region; pain in left shoulder; and contracture of muscle, multiple sites. She continued to have intermittent pain in the head, and frequent to constant pain in the neck and upper back. Exam noted spinal fixation/malposition/palpatory findings at C2, C7, T1, T4, and T7; and hypertonicity and tenderness over the bilateral upper trapezius, scalene, levator scapulae, thoracic erector, suboccipitals, and splenius cervicis.

On 06/16/2016, MRI of the cervical spine showed stable anterior, left paramidline cord syrinx at the C1 level; and degenerative disc, uncinate and facet disease, contributing towards mild neural

foraminal narrowing bilaterally at C4-C5 and on the left at C5-C6 and C6-C7.

On 06/20/2016, the claimant was seen by Dr. Mark Fraley (Family Medicine) due to cervicalgia, major depressive disorder, primary insomnia, and abnormal weight gain. Her depression was flaring up and medications were not working as well as it did initially. Wellbutrin dose increased. Zanaflex and Bontril refilled.

On 07/25/2016, the claimant was seen by Dr. Ronald Hammers (Neurosurgery) due to chronic migraine, neck pain, and left arm pain. Conservative treatments discussed.

On 12/28/2016, x-rays of the cervical spine revealed mild degenerative disease at C4-C5, C5-C6, and C6-C7; and possible osteopenia or osteoporosis.

On 03/02/2017, the claimant was seen by Dr. Fraley due to migraines, pain in the neck and left trapezius, and depression. Exam noted tenderness and tightness in the left paracervical and trapezius muscles. Her DEXA scan was reviewed which showed osteoporosis. She was diagnosed with migraine, cervicalgia, age-related osteoporosis, and major depressive disorder. Toradol injection performed. She was seen on 05/17/2017 and 06/21/2017 for follow-up of migraine, major depressive disorder, and insomnia. Medications prescribed.

On 05/25/2017, the claimant was re-evaluated by Dr. Leppard. She complained of pain in the neck, left shoulder, and low back. Toradol injection performed. Medications refilled. On 09/20/2017, she reported that her last Botox injection with Dr. Komatineni did not help. She was again having daily headaches. Neck and shoulder pain were unchanged. Baclofen prescribed. During follow-up on 10/16/2017, she reported midline low back pain that began one month ago. Insurance paperwork completed.

On 05/25/2017 and 07/06/2017, the claimant presented at Turner Chiropractic Inc. for chiropractic treatments secondary to chronic tension-type headache; spondylosis with radiculopathy, cervical region; segmental and somatic dysfunction of cervical region; segmental and somatic dysfunction of thoracic region; and contracture of muscle, multiple sites. Additional modalities for the lumbar spine were included starting 06/06/2017. She continued to have frequent to constant pain in the neck and upper back, and intermittent headache and pain in the mid and low back.

On 08/07/2017, the claimant presented to Jane Howard, MRC, CRC for an Occupational Analysis/Vocational Review. It was determined that the typical physical demands of the claimant's occupation are most often performed within the Sedentary and Light physical demand categories.

On 11/09/2017, the claimant sought consult with Dr. Timothy Sandell (Physical Medicine and Rehabilitation) due to chronic headaches. Her last set of Botox injection in 09/2017 did not provide much relief. She also noted neck pain radiating into the shoulder blades and across the tops of the shoulders, and occasional pain radiating down the left arm. Exam noted slight flattening of the cervical lordosis; diffuse tenderness over the cervical and parascapular muscles; increased tone in the right greater than left lateral cervical muscles with multiple myofascial taut bands; full but guarded range of motion of the cervical spine and upper extremities; and tenderness along the occipital ridge and over the greater and lesser occipital nerves. Oxycodone prescribed. Gralise starter pack provided. The claimant was again seen on 11/29/2017 for follow-up. Gralise did not provide much benefit. She continued to do well on oxycodone. Medication continued.

From 11/10/2017 to 02/26/2018, the claimant presented at Turner Chiropractic, Inc. multiple times for chiropractic treatments secondary to chronic tension-type headache; spondylosis with

radiculopathy, cervicothoracic region; cervicalgia; segmental and somatic dysfunction of cervical region; and segmental and somatic dysfunction of thoracic region. She continued to have constant pain in the neck and upper back, frequent to constant headache, and intermittent to frequent pain and stiffness in the low back and sacrum. Exam noted spinal fixation/malposition/palpatory findings at occiput, C1, C5, T4, T7, L5 and sacrum; hypertonicity in the bilateral scalene, upper trapezius, multifidus, thoracic-erector, suboccipitals, and splenius-cervicis; and tenderness over the bilateral cervical spine, shoulder, thoracic spine, lower back, and right L5 region.

From 12/05/2017 to 01/12/2018, the claimant attended physical therapy due to cervical, thoracic, and lumbar spine pain. She was quite deconditioned and had generally poor lower extremity strength and poor core strength/postural endurance. She had limited/no progress in therapy was discharged to a home exercise program.

On 02/27/2018, the claimant was seen by Dr. Sandell for follow-up. She reported unchanged headaches and has been taking oxycodone. Medication refilled.

On 03/16/2018, 04/19/2018, and 05/02/2018, the claimant was seen at Turner Chiropractic, Inc. for chiropractic treatments secondary to chronic tension-type headache; spondylosis with radiculopathy, cervicothoracic region; segmental and somatic dysfunction of cervical region; segmental and somatic dysfunction of lumbar region; and contracture of muscle, multiple sites. She continued to have frequent to constant headache, intermittent to frequent neck pain, frequent to constant neck stiffness, and intermittent to frequent low back and sacral pain and stiffness. She had a large release of C2 on the left with the adjustment on 05/02/2018. Hypertonicity and tenderness were also reduced. She had spinal fixation/malposition/palpatory findings at C1, C2, C7, T12, L5 and sacrum.

On 05/30/2018, the claimant presented to Kristine Couch, OTR for a Functional Abilities Evaluation. It was noted that the claimant's overall capacities as evidenced by her ability to lift weight are perhaps most closely described below the sedentary work category. To confirm the degree to which the claimant's response pattern was internally consistent, "group scores" have been calculated and compared to expected scores. The claimant's responses indicate that she perceives herself at the Light Physical Demand Characteristics (PDC) level. In the present case, the claimant's PDC Group Scores met the criterion score of the Sedentary PDC Group.

On 06/04/2018, the claimant was re-evaluated by Dr. Leppard. Her low back has been painful. Physical therapy had no benefit. Review of undated lumbar spine MRI revealed normal findings. Her headaches and neck pain were unchanged. Physical exam was noted to be unchanged. Medications continued. A Work Restriction Questionnaire was completed by Dr. Leppard wherein she noted the claimant's capabilities: No limitation in walking; sitting up to 60 minutes at one time and for a total of around 4 hours per 8-hour workday; standing up to 60 minutes at one time; and standing/walking for a total of around 4 hours per 8-hour workday. The claimant require periods of walking: 5 minutes every 60 minutes. The claimant will need to take unscheduled 5-minute breaks every one hour. The claimant can frequently lift and carry up to 10 pounds; and occasionally perform twisting, stooping/bending, crouching, squatting, and climbing stairs. The claimant has no limitations in using her hands and fingers, but should avoid reaching (including overhead) using the bilateral upper extremity.

On 06/11/2018, Dr. Fraley agreed with the Work Restrictions Questionnaire completed by Dr. Leppard on 06/04/2018.

On 08/10/2018, Dr. Leppard stated that the claimant had no neurologic deficits during her recent

evaluation. Last cervical spine MRI of 01/29/2016 revealed degenerative disc disease and cord syrinx. Bilateral upper extremity EMG (electromyogram) of 07/20/2016 was normal. The claimant has long plateaued with therapy. She completed therapy years ago with no response. She had a cervical facet injection in 2008 which resulted in spinal cord injury. No ongoing treatment is noted. No medications side effect is reported. Prognosis is poor due to chronic pain. She is on chronic pain medications from Dr. Timothy Sandell. No further treatment is recommended from Dr. Leppard's office.

**REVIEW QUESTION (S):**

**1. What diagnoses are supported by the medical evidence on file?**

The supported diagnoses by the medical evidences are chronic migraine without aura, intractable, without status migrainosus; incomplete lesion at C2 level of cervical spinal cord; cervicalgia; cervical radiculopathy; cervical degenerative disc disease; segmental and somatic dysfunction of cervical region; segmental and somatic dysfunction of lumbar region; pain in left shoulder; and contracture of muscle, multiple sites.

I would like to defer discussion of the claimant's chronic migraine to the appropriate specialist as this is beyond my area of expertise.

**2. From 1/28/16 continuously through 7/27/16, and from 7/28/16 forward, does the medical documentation support any diagnoses causing functional impairment ? If functional impairment is supported, please describe how that translates to restrictions and limitations and for what period of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift, carry, reach, walk etc).**

From 01/28/2016 through 05/24/2017, the supported impairing diagnoses are incomplete lesion at C2 level of cervical spinal cord; cervicalgia; cervical radiculopathy; cervical degenerative disc disease; segmental and somatic dysfunction of cervical region; and contracture of muscle, multiple sites.

From 05/25/2017 forward, the supported impairing diagnoses are incomplete lesion at C2 level of cervical spinal cord; cervicalgia; cervical radiculopathy; cervical degenerative disc disease; segmental and somatic dysfunction of cervical region; segmental and somatic dysfunction of lumbar region; pain in left shoulder; and contracture of muscle, multiple sites.

Due to the claimant's intractable pain, continued physical functional deficits, and abnormal diagnostic test findings, the following restrictions/limitations are supported from 01/28/2016 through 07/27/2016, and from 07/28/2016 forward:

- The claimant is restricted to sitting up to 30 minutes at a time and up to a total of six hours in an eight hour day.
- The claimant is restricted to standing up to 30 minutes at a time and up to a total of one hour in an eight hour day.
- The claimant is restricted to walking up to 30 minutes at a time and up to a total of one hour in an eight hour day.
- The claimant is restricted to carrying, lifting, pushing and pulling no greater than 10 pounds of weight occasionally, and 5 pounds frequently.
- The claimant is restricted to occasional reaching overhead, above the shoulders, and below the waist level, and frequent reaching at waist/desk level.

- There are no restrictions for handling, fingering, grasping, pinching, gripping and use of hand controls.
- The claimant is restricted to occasional twisting, crouching, bending/stooping, kneeling, squatting, stair climbing, and use of foot control.
- The claimant is restricted from crawling, working at unprotected heights, driving commercial vehicle, climbing ladders, and operating heavy equipment or safety sensitive machinery.

The duration of the outlined restrictions/limitations is four months from the date of this report. After which re-evaluation of the claimant's condition is advised to determine the continued necessity of the supported restrictions/limitations.

**3. Please explain your medical rationale for any restrictions/limitations or if applicable, why restrictions/limitations are not supported.**

The claimant has a history of intractable headaches since a MVA in 2007. She also has chronic neck pain radiating to the left lower extremity, and a facet injection was attempted in 2008 which lead to development of a spinal cord syrinx. On 05/25/2017, she also started complaining of low back pain. Conservative and interventional treatments only provided temporary relief. She continued to have frequent to constant headache, intermittent to frequent neck pain, frequent to constant neck stiffness, and intermittent to frequent low back and sacral pain and stiffness. She had spinal fixation/malposition/palpatory findings at C1, C2, C7, T12, L5 and sacrum; hypertonicity in the bilateral scalene, upper trapezius, multifidus, thoracic-erector, suboccipitals, and splenius-cervicis; and tenderness over the bilateral cervical spine, shoulder, thoracic spine, lower back, and right L5 region.

Upon review of the medical records presented, Dr. Leppard's work restrictions questionnaire and response to my queries, and co-reviewer discussion with Dr. Seth Stoller, I opine that the claimant has ongoing physical functional impairments that would require the given restrictions/limitations.

**4. For 1/28/16 through 7/27/16 and from 7/28/16 forward, please comment on the claimant's ability to maintain full time employment on a sustained basis within any identified restrictions/limitations.**

From 01/28/2016 through 07/27/2016, and from 07/28/2016 forward, the claimant is able to perform in a sustained, full-time capacity (8 hours/day, 5 days/week) within the indicated restrictions/limitations.

**5. For 1/28/16 through 7/27/16 and from 7/28/16 forward, does the medical documentation support that any medical condition alone or in combination with other(s) would preclude the claimant from sustained occupational functioning on a full time basis? Please explain why or why not.**

As previously noted, the claimant has a history of intractable headaches since a MVA in 2007. She also has chronic neck pain radiating to the left lower extremity, and a facet injection was attempted in 2008 which lead to development of a spinal cord syrinx. On 05/25/2017, she also started complaining of low back pain. Conservative and interventional treatments only provided temporary relief. She continued to have frequent to constant headache, intermittent to frequent neck pain, frequent to constant neck stiffness, and intermittent to frequent low back and sacral pain and stiffness. She had spinal fixation/malposition/palpatory findings at C1, C2, C7, T12, L5 and sacrum; hypertonicity in the bilateral scalene, upper trapezius, multifidus, thoracic-erector, suboccipitals, and

splenius-cervicis; and tenderness over the bilateral cervical spine, shoulder, thoracic spine, lower back, and right L5 region.

**Conflict of Interest Attestation:**

*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.*

*I attest that I have a scope of licensure or certification and professional experience that typically manages the medical condition, procedure, treatment, or issue under review.*

Behzad Emad, M.D.
Board Certified in Physical Medicine and Rehabilitation
Sub Specialty Certificate in Pain Medicine
CA License #55727
8/15/2018

Date: 8/15/2018

MES Case Number: 619269

**Re: Claimant Name: Michelle R. Nelson**
**Claim Number: 7608815**
**DOB:**

Dear Dr. Komatineni,

Thank you for speaking with me on 7/30/2018 in regards to your patient, Michelle R. Nelson. As we discussed, I am an Independent Peer Reviewer who contacted you on behalf of Liberty Mutual. Please review the following synopsis of our conversation. In order to ensure that I have not misconstrued any part of our conversation, I am asking that you check the content of this letter for accuracy. If a response is not received, then it is understood you agree with the summary. Please make any corrections or changes in the margins if needed.

During the phone conversation, you indicated you are not completing disability paperwork as you do not believe that the claimant is unable to work in any capacity. She has no focal deficits on exam. You believe that she can walk without difficulty, and can handle light duty without difficulty. We discussed my recommendations on restrictions and limitations, and you are in agreement. You will follow up with the claimant and consider discontinuation if Botox is not helping, as she still has chronic daily headaches.

The recommendations on restrictions and limitations, as outlined in my report include the following:

- She may lift up to 25 pounds occasionally, and 20 pounds frequently.
- She may push pull 30 pounds frequently, and 50 pounds occasionally.
- She may bend/twist and reach above shoulder occasionally.
- She may reach below shoulder level, grasp, type, handle, finger, and feel frequently.
- There are no restrictions on sitting, standing, or walking.

If you agree with the above representation of our telephone conversation, please sign this letter and fax to me at 866-605-5175. Thank you in advance for your assistance. I would appreciate a response within 2 weeks of receipt of this request. You may respond in writing. Please refer to cover sheet for contact information.

____________________ ________________________
Signature and title Date

Sincerely,

Seth R. Stoller, M.D.
Board Certified in Neurology
Added Expertise in Pain Medicine
Added Expertise in Headache

# Peer Review Report

| | | | |
|---|---|---|---|
| **Referral Date:** | 7/10/2018 | **Review Type:** | Disability |
| **Claimant's Name:** | Michelle R. Nelson | **Group/Policy/ Claim Number:** | 7608815 |
| **MES Case Number:** | 619269 | **Service:** | Initial |
| **Client:** | Liberty Mutual | **Referred By:** | Heather Carignan |

**DATA REVIEWED AND CONTACT INFORMATION:**

- Liberty Panel Review referral dated 07/10/2018
- Appeal letter to D. Hart from claimant - undated
- Letter from claimant - undated
- Attorney letter to J. Daniell from M. Krieger dated 05/15/2018
- Medical Rehabilitation Specialists Office Visit notes from K. Leppard, MD dated 01/19/2016 through 06/04/2018
- Colorado Springs Neuro Assoc. Consultation Notes from A. Komatineni, MD dated 11/23/2016 through 12/27/2017
- Attorney letter to D. Hart from M. Krieger dated 08/02/2016
- Acknowledgement of Representation signed by claimant dated 08/02/2016
- Liberty letters to M. Krieger dated 08/08/2016 and 03/05/2018
- Liberty Appeal Referrals dated 07/01/2016 and 06/15/2018
- Attorney letter to V. Vecorko dated 02/07/2018
- Wells Fargo Medical Leave Guide for Managers dated 03/21/2016
- Wells Fargo Description of Employee's Job Duties: Consumer Loan Underwriter 3
- Liberty letter to Falcon Physical Therapy dated 04/04/2016
- Falcon Physical Therapy Daily Notes/Billing Sheets from M. Phillips, PT dated 03/17/2016 through 04/28/2016
- Liberty letters to K. Leppard, MD dated 03/10/2016 through 11/03/2017
- Clinical Case Review report from S. Kasuganti, MD dated 06/05/2016
- Addendum report from S. Kasuganti, MD dated 06/07/2016
- Medical Rehabilitation Specialists prescription from K. Leppard, MD - date illegible
- Liberty letter to claimant dated 02/05/2016
- Liberty Authorization to Obtain and Release Information dated 02/15/2016
- Medical Rehabilitation Specialists Authorization to Release Healthcare Information dated 02/24/2016
- Liberty letter to K. Leppard dated 03/04/2016 with signature from K. Leppard, MD dated 03/11/2016
- Falcon Physical Therapy Physical Therapy Initial Examination from T. Nichols, PT dated 02/05/2016
- Falcon Physical Therapy Plan of Care from T. Nichols, PT dated 02/05/2016
- Falcon Physical Therapy Daily Notes/Billing Sheets from T. Nichols, PT dated 02/05/2016 through 03/10/2016
- Medical Rehabilitation Specialists prescription from K. Leppard, MD dated 02/02/2016
- Falcon Physical Therapy Medical Intake form completed by claimant - undated
- Liberty letters to Falcon Physical Therapy dated 05/12/2016 and 09/19/2017
- Falcon Physical Therapy Daily Notes/Billing Sheets from D. Yantis, PT dated 05/04/2016

through 06/02/2016

- Falcon Physical Therapy Physical Therapy Recertification Note Addendum from L. Starks, PT dated 04/26/2016
- IOD invoices dated 05/20/2016 and 11/21/2017
- Medical Rehabilitation Specialists Clinical Summary reports from K. Leppard, MD dated 06/16/2016 and 08/17/2016
- Office visit notes from A. Komatineni, MD dated 05/27/2016 through 07/27/2017
- Attorney appeal from M. Krieger dated 06/14/2018
- Work Restrictions Questionnaire from K. Leppard, MD dated 06/04/2018
- Medical Source Statement from M. Fraley, DO dated 06/11/2018
- BTE Technologies Functional Abilities Evaluation from K. Couch, OTR dated 05/30/2018
- Standing/Sitting Tolerance report - no therapist noted - dated 05/30/2018
- Industrial Rehabilitation Evaluation Services, LLC Testing Summary Report - no therapist noted - dated 05/30/2018
- The Peak Physical Medicine office visit notes from T. Sandell, MD dated 11/29/2017 and 02/27/2018
- The Peak Physical Medicine summary letter to K. Leppard, MD from T. Sandell, MD dated 11/09/2017
- Centura Health Physical Therapy Discharge Note from D. Gillis, PT dated 01/12/2018
- Centura Health Physical Therapy Evaluation from D. Gillis, PT dated 12/05/2017
- Turner Chiropractic Inc. Daily Notes from J. Turner, DC dated 06/02/2016 through 02/26/2018
- Turner Chiropractic Inc. Daily Notes from T. Curd, DC dated 06/24/2016 through 12/14/2017
- SCPM - Turner Chiropractic Inc. Daily Note from J. Turner, DC dated 04/19/2018 and 05/02/2018
- SCPM - Turner Chiropractic Inc. Initial Exam report from J. Turner, DC dated 03/16/2018
- Handwritten letter from claimant dated 11/01/2017
- Front and back copies of claimant's driver's license
- Liberty Activities Questionnaire dated 11/01/2017
- Authorization to Use and Disclose Protected Health Information signed by claimant dated 09/26/2017
- Liberty Authorization to Obtain and Release Information (Excluding Psychotherapy Notes) dated 09/28/2017
- Liberty Authorization to Obtain and Release Psychotherapy Notes dated 09/28/2017
- SSA letter to claimant - no signature provided - dated 09/20/2017
- Liberty Claimant Information Form dated 09/26/2017
- Liberty Claimant Supplementary Statement dated 09/28/2017
- Liberty Reimbursement Agreement dated 09/26/2017
- Liberty Social Security/Reimbursement Agreement dated 09/26/2017
- Liberty TEE Form - undated
- Employee History Information report - no signature provided - dated 10/08/2007-07/02/2017
- Excel spreadsheet - no signature provided - dated 05/01/1991-01/01/2010
- MLS Group of Companies invoices dated 11/14/2017 and 12/13/2017
- Verisma letters - no signatures provided - dated 09/25/2017 and 10/17/2017
- Verisma invoice dated 10/16/2017
- IOD PrePay Notices dated 11/09/2017 and 11/20/2017
- Liberty Vocational Rehabilitation invoice dated 11/22/2017
- Curriculum Vitae from F. Khoury

- Resume/CV from S. Kasuganti, MD
- Liberty letters to A. Komatineni, MD dated 09/20/2017 and 10/10/2017
- Authorization to Use and Disclose Protected Health Information - left blank
- MLS Group of Companies, LLC Independent Peer Review report from F. Khoury, MD dated 11/14/2017
- MLS Group of Companies, LLC Addendum report from F. Khoury, MD dated 12/13/2017
- Falcon Physical Therapy Discharge Note from T. Nichols, PT dated 02/12/2017
- Falcon Physical Therapy and Fitness PLLC charges statement dated 02/05/2016-06/02/2016
- Turner Chiropractic Inc. Daily Notes from B. Jelinek, DC dated 08/03/2016 through 07/06/2017
- Turner Chiropractic Inc. Exam reports from B. Jelinek, DC dated 08/01/2016 and 09/21/2016
- Turner Chiropractic Inc. Initial Exam report from T. Curd, DC dated 05/25/2017
- Headaches Residual Functional Capacity Questionnaire from Dr. A. Komatineni dated 09/08/2016
- Consultation Notes from L. Hughes, PA-C dated 09/08/2016
- CSNA Neurosurgery & Neurology Progress Notes from R. Hammers, MD dated 07/25/2016
- Progress Notes from A. Komatineni, MD dated 05/16/2016 through 10/02/2017
- Colorado Springs Neuro Assoc. radiology report: MRI Cervical Spine - from E. Weidman, MD dated 06/16/2016
- CSNA Neurosurgery & Neurology Progress Notes from A. Komatineni, MD dated 10/02/2017 and 10/11/2017
- Authorization to Release Medical Records signed by claimant dated 10/13/2017
- Office visit note from L. Hughes, PA-C dated 09/08/2016
- Progress Notes from R. Hammers, MD dated 07/25/2016
- Colorado Springs Neuro Assoc. radiology report: CT Sinus - from M. Pitman, MD dated 03/08/2017
- CSNA Neurosurgery & Neurology patient history form completed by claimant dated 05/04/2017
- Copycats Corporation invoices - undated
- Liberty letters to M. Fraley, MD dated 09/20/2017 and 10/10/2017
- Express Care Plus Patient Record cover pages dated 09/26/2017 and 10/12/2017
- Express Care Plus Encounters List dated 06/20/2016-06/21/2017
- Expresscare Plus office visit notes from M. Fraley, DO dated 06/20/2016 through 06/21/2017
- Expresscare Plus office visit notes from C. Isom, FNP-C dated 10/28/2016 and 02/06/2017
- Expresscare Plus office visit notes from K. Collymore, FNP dated 08/24/2016 through 12/28/2016
- The William Storms Allergy Clinic office visit note from K. Eskew, FNP-BC dated 07/26/2017
- ExpressCare Plus Radiology radiology report: X-ray Cervical Spine - from R. Schimmel, MD dated 12/28/2016
- Patient history report - no provider or date noted
- Kaiser Permanente Prescription Refill Authorization Request dated 10/10/2017
- Kaiser Permanente Mail Order Pharmacy Medication Request dated 08/07/2017
- Insurance Information form signed by claimant dated 07/20/2017
- Patient Registration form signed by claimant dated 07/20/2017
- Walgreens Prior Authorization Needed requests dated 05/17/2017 through 06/20/2017
- Walgreens Drug Change Request dated 06/20/2017
- ScriptGuide prescription information dated 06/02/2017

- Liberty Peer Review referral dated 11/03/2017
- VOC Suite Vocational Case Management Occupational Analysis referral from V. Vecorko dated 11/16/2017
- Liberty Occupational Analysis/Vocational Review report from J. Howard, CRC dated 08/07/2017

On 7/27/18 at 3:17 PM, I placed a call to Dr. Komatineni. I reached Danielle and left a message for call back. On 7/30/18 at 12:35 PM, I placed a call to Dr. Komatineni. I reached Chrissy and left a message for call back. On 7/30/18 at 2:00 PM, I received a call back from Dr. Komatineni. She is not completing disability paperwork as she does not believe that the claimant is unable to work in any capacity. She has no focal deficits on exam; she believes that she can walk without difficulty, and can handle light duty without difficulty. We discussed my recommendations on restrictions and limitations, and she is in agreement. She will follow up with her and consider discontinuation if Botox is not helping, as she still has chronic daily headaches

Conversation on 7/30/18 at 4:55 PM with Independent Physical Medicine and Rehabilitation and Pain Medicine Peer Reviewer, Dr. Behzad Emad. His opinion for the claimant's diagnosis: Incomplete lesion at C2 level of cervical spinal cord; cervicalgia; cervical radiculopathy; cervical degenerative disc disease; segmental and somatic dysfunction of cervical region; segmental and somatic dysfunction of lumbar region; pain in left shoulder; and contracture of muscle, multiple sites are causing impairment to the claimant. The medical evidence supports restrictions and limitations from 01/28/2016 through 07/27/2016, and from 07/28/2016 forward. I discussed my assessment: Migraine without aura, chronic daily headache, cervical radiculopathy, and incomplete lesion of cervical spinal cord C1 are documented. Medical documentation supports functional impairment including restrictions on lifting. She may lift up to 25 pounds occasionally, and 20 pounds frequently. She may push pull 30 pounds frequently, and 50 pounds occasionally. She may bend/twist and reach above shoulder occasionally. She may reach below shoulder, grasp, type, handle, finger, and feel frequently. She can work in a full-time capacity. There are no restrictions on sitting, standing, or walking.

**<u>SUMMARY OF RECORDS:</u>**

I reviewed a note by Dr. Katharine Leppard on 1/19/16. The claimant continues to have neck pain and headaches, she attends chiropractic for treatments of massage. She has headaches 1 to 2 times per week. Her neck pain is severe without medications and is bilateral. There are no radiating symptoms. No neurologic exam is documented aside from being able walk on her toes. Diagnosis is chronic neck pain and headaches dating back to motor vehicle accident 2007. She has had extensive treatment. She is on chronic pain management. Medications are indicated not only to control pain, but to maintain functional status. She is on ibuprofen and Percocet which are renewed. A narcotic agreement is on file. Spinal cord syrinx was due to a puncture wound due to a spinal cord injury after an attempted facet injection in 2008. Follow-up MRI shows syrinx is stable. She does have residual left-sided numbness.

I reviewed a note by Dr. Katharine Leppard on 2/3/16. The claimant had a flare of severe neck pain radiating into her left upper extremity which began last Monday. There was no trauma. She had tried Flexeril, and went to the ER (emergency room). She had an MRI.

I reviewed a note by Dr. Katharine Leppard on 2/24/16. The claimant has been attending PT (physical therapy) which aggravated her symptoms. She has persistent pain in her left trapezius. She is not working. Myofascial involvement in the left trapezius is notable, and exam is unchanged. She has a spinal cord syrinx as a result of spinal injection. She has been on ibuprofen and Percocet. Gabapentin is started, and she has minimal supraspinatus tendonitis.

I reviewed a note by Dr. Katharine Leppard on 3/10/16. The claimant returned requesting trigger point injections, risk including pneumothorax were reviewed. Myofascial trigger points are identified on exam. She has had extensive treatment for left neck and upper extremity pain. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis, and her 2016 MRI shows evidence of nerve root compression which is unchanged. She is noted to have ibuprofen and Percocet as treatments. Trigger point injections are performed in the left CP, rhomboid, upper trapezius, and levator scapulae muscles. Work restrictions form completed. She will follow-up next week.

I reviewed an AP note by Dr. Katharine Leppard on 3/11/16. Activity restrictions for sitting should be cumulative for over 5-1/2 hours per day, standing for over 5-1/2 hours per day, walking for over 5 and 0.5 hours per day, moving objects there is no push-pull limit but can carry up to 10 pounds, she may avoid reaching above shoulder, she should not kneel or squat, and she is capable of performing a 8 hour day of work.

I reviewed a note by Dr. Katharine Leppard on 3/31/16. The claimant presented for further trigger points, she has minimal improvement. A procedure note for trigger points is documented.

I reviewed a note by Dr. Katharine Leppard on 4/7/16. The claimant presented for trigger point injections in notes slow improvement. A procedure note for trigger points is documented.

I reviewed a note by Dr. Katharine Leppard on 4/21/16. The claimant presented to the office for trigger point injections, and had a slight improvement, she does not feel ready to return to work. A procedure note for trigger points is documented.

I reviewed a note by Dr. Aparna Komatineni on 5/16/16. The claimant presented for a medically necessary Botox appointment. She has been having headaches for the past 10 years. They are located all over her head and pounding. She has associated attention and concentration issues. She does not have any numbness or tingling from her neck pain. She has tried and failed the following medication: Propranolol, Relpax, Topamax, gabapentin, Ambien, diclofenac, tizanidine, citalopram, and Wellbutrin. Her neurologic exam is nonfocal. A procedure note for Botox injection is documented.

I reviewed a note by Dr. Katharine Leppard on 6/4/16. Frequency of treatment is June 25, 2007 until present, diagnosis includes neck pain, degenerative disc disease, myofascial pain, shoulder tendinitis, migraine headache, and incomplete C2 spinal cord injury. Diagnosis is poor given chronic pain. Neck pain and headaches are presenting symptoms. Pain is worse with activity, headaches occur 5 to 6 times per week. Impairments will last at least 12 months, and she is not considered to be a malingering. Emotional factors do contribute to severity of symptoms. Depression anxiety contribute. Impairments are reasonably consistent with symptoms and functional limitations. Pain will frequently and interfere with attention and concentration. She can sit for 60 minutes an interval, stand for 60 minutes an interval, the total amount of time she can sit is around 4 hours, and stand and walk is round 4 hours in an 8 hour day. She can walk and 60 minutes intervals with 5 minutes breaks. She will occasionally need scheduled breaks every hour. She can lift up to 10 pounds frequently, and 20 to 50 pounds never. She can occasionally twist, stoop, crouch, squat, and climb stairs. She does not have any significant limitations with reach, handle, or finger. Her impairments are likely to produce good days and bad days which may occur over 4 times per month.

I reviewed a note by Dr. Shilpa Kasuganti on 6/5/16. A case review is documented. Medical evidence supports a primary impairing diagnosis of myofascial pain syndrome of the neck and left

shoulder. She has contributing diagnosis of chronic neck pain due to degenerative disc disease of the cervical spine and migraine headaches. She also has comorbid diagnosis of syrinx of cervical spine. Impairments include pain and decreased range of motion of the neck and shoulder which translates to limited lifting ability and reaching ability. Medically supported restrictions and limitations include sitting up to 1 hour at a time with a 5 minutes stretch break, less than occasional pushing and pulling with the left upper extremity, occasional lifting carry up to 10 pounds comma less than occasional overhead reaching, occasional flexion-extension of neck, less than occasional rotation of the neck, use of had set when using phone, no kneeling or squatting. There are no restrictions for grasping objects or keyboarding. Ergonomic evaluation of work station is recommended. Current evidence is insufficient to support claimant's inability to sustain full-time capacity. Restrictions should be implemented for the next 3 to 6 months and then reassessed. There are no side effects documented to impair work. Current treatment plan is appropriate.

I reviewed a note by Dr. Katharine Leppard on 6/16/16. The claimant returned with persistent neck and periscapular pain. She is does not feel capable of returning to work due to left scapular pain that radiates the form. She has tried strengthening of physical therapy which only increased her pain. She has had Botox for migraine headaches which have helped to a degree. She has significant myofascial involvement on examination. She has plateaued with physical therapy and trigger point injections. She does not wish to pursue epidurals or facet injection given her injury in the past. A shoulder cortisone injection is performed. She has continued to work over the years despite significant medical issues and there are no signs of malingering. She is not felt to be able to continue working at this time and is excused from work for the next 3 months.

I reviewed an MRI of the cervical spine on 6/16/16. A syrinx is noted at the left paramidline spinal cord at C1 level. Degenerative disc, uncinate and facet disease is contributing towards mild neural foraminal narrowing bilaterally at C4-5, at C5-6 and C6-7 there is neural foraminal narrowing.

I reviewed a note by Dr. Kimberly Collymore, FNP on 6/20/16. The claimant's depression has been flaring up and she feels that medications are not helpful, she admits that she has not been staying active but she does work. She has been gaining weight. No neurologic exam is fully documented. Diagnosis is major depressive disorder recurrent and mild, insomnia, abnormal waking, and cervicalgia. Wellbutrin will be increased to 300 milligrams per day, and if needed citalopram will be started. She will be more active with yoga and weight lifting. Bontril is refilled. Zanaflex is refilled.

I reviewed a note by Dr. Ronald Hammers on 7/25/16. The claimant has been seen by Neurology and Pain Management for chronic history of headache. This began after motor vehicle accident 12 years ago. In conjunction she has a history of neck pain. She had a cervical injection in 2008, which resulted in a needle in the intrathecal space causing syrinx. She complains of left-sided neck pain since January 2016. This is associated with fogginess from pain medications. Her pain radiates into her left subscapular region as well as her arm, forearm, and hand. She does not have any obvious dysfunctions of the upper lower extremities suggestion of myelopathy. MRI of the cervical spine from 2016 was reviewed. MRI of the cervical spine from 2011 is unchanged from February 8, 2010, there are mild degenerative changes well as no interval change in 2 x 2 x 8 millimeter left upper cervical spinal cord syrinx versus cavitation. MRI of the thoracic spine in 2012 shows vertebral body hemangiomas at T6 and L1 as well as minor degenerative changes. MRI of the brain showed atrophy, which is slightly advanced as well as white matter changes. For chronic migraine without aura and without status migrainosus, Botox will be continued. From a neurosurgical perspective, there is no surgical indication. While some cervical spondylosis is noted, there is no specific dermatome finding. She apparently had a recent EMG nerve conduction which should be reviewed. No recommendations other than conservative management are made at this time

I reviewed a note by Dr. Katharine Leppard on 8/17/16. The claimant saw Dr. Hammer who did not recommend surgery. Chest x-ray was normal. She is concerned regarding an MRI of her brain from 2015 which shows atrophy and white matter changes. Left neck and upper extremity pain is noted to have plateaued with physical therapy. She is not a candidate for surgery and has plateaued with regards to treatment. Neurology will continue to treat migraine headaches and this MRI brain should be reviewed with them.

I reviewed a note by Kimberly Collymore, FNP on 8/24/16. The claimant is on Percocet, Bontril and Ambien. She denies fatigue. Bontril is refilled. Blood work is ordered. Counseling on depression and fatigue is made

I reviewed a note by Dr. Aparna Komatineni on 8/25/16. Symptoms are unchanged in neurologic exam is unchanged. She notes that barometric pressure may affect migraines. Sample of Zomig is given. Botox will be continued which have helped to some degree. She complains of memory loss which is consistent with cognitive decline from chronic pain. She is reassured that she does not need Namenda or Aricept. For low back pain, an MRI of her lumbar spine will be obtained.

I reviewed a note by Linnea Hughes, PA on 9/8/16. The claimant presented for disability paperwork because she is on short-term disability is applying for long-term disability. She has 5 to 6 pain-free days per month. She is having 25 out of 30 days of headache per month although it is less intense. She is followed by pain management. She feels that she went back to work she would miss several days per month. Neurologic evaluation is nonfocal. She has tried and failed antiepileptics, antidepressants, as well as blood pressure medications. Her disability paperwork was completed and handed to the claimant.

I reviewed a note by Dr. Aparna Komatineni, a headache residual functional capacity questionnaire was completed on September 8, 2016. Her initial appointment was on October 2006, now she is seen every few months. Diagnosis is migraine headache, neck pain, degenerative disc disease, common cervical spine syrinx. Pain is throbbing and global sensitivity to light, sound, nausea and vomiting accompanied, and this occurs 25 days per month. Triggers include bright lights and lack of sleep, alleviating factors include a dark room, cold packs, minimizing noise, and massage. Current medications include Botox, gabapentin, and Relpax. Side effects include slurred word and confusion. Impairments can be expected to last at least 12 months, and preclude basic work activities. She will require frequent breaks, no hours or specified. She is capable of low stress jobs and only this will be tolerable. She will have good days and bad days. She would be unable to lift no more than 10 pounds, she has tried to avoid temperature extremes, humidity, noise, dust, fumes, gases, or hazards. She is likely to be absent from work more than 4 times per month.

I reviewed a note by Dr. Katharine Leppard on 9/21/16. The claimant returned to follow up with continued pain. She does not feel able to work even part-time. Her pain is in her right shoulder and neck. On examination, myofascial tenderness is noted. She is continued on Percocet and ibuprofen for neck pain, cervical degenerative disc disease, and Relpax is renewed for migraine. FMLA paperwork is completed. She will follow up in 6 months.

I reviewed a note by Dr. Ronald Hammers on 10/25/16. The same note from July 25th is documented.

I reviewed a note by Chiquita Isom, FNP on 10/28/16. The claimant presented with recurrent sinus pain and pressure.

I reviewed a note by Dr. Katharine Leppard on 11/16/16. The claimant is in braces, this will hopefully help her dental bite and headaches. Her pain is unchanged. She has periodic Botox injections and has not noticed any significant change in her headaches. She remains on chronic pain medications, physician does feel that these medications are indicated not only to control pain, but to maintain functional status. Pharmacy screens are clear and random drug screen showed prescription medications only.

I reviewed a note by Dr. Aparna Komatineni on 11/23/16. The claimant presented for Botox, and botulinum toxin procedure note with no EMG (electromyogram). Guidance is documented.

I reviewed a note by Dr. Aparna Komatineni on 11/28/16. The claimant presented for botulinum toxin (Botox) injection, and a procedure note is documented. She has not documented her headache days since last visit.

I reviewed a note by Kimberly Collymore, FNP on 11/30/16. The claimant presented with acute sinusitis.

I reviewed a note by Kimberly Collymore, FNP on 12/28/16. The claimant presented with nasal pain and sore throat. Antibiotics are prescribed for acute maxillary sinusitis.

I reviewed an x-ray of the cervical spine on 12/28/16 which shows mild degenerative changes at C4-5, C5-6 and C6-7; there is possible osteoporosis.

I reviewed a note by Chiquita Isom, FNP on 2/6/17. The claimant has had a headache for 5 days. Relpax has not helped. Diagnosis is migraine without aura with status migrainosus. Toradol as needed. ER indications are provided.

I reviewed a note by Dr. Aparna Komatineni on 2/23/17. The claimant presented for Botox injections.

I reviewed a note by Dr. Mark Fraley on 3/2/17. DEXA scan showed osteoporosis and migraines are increasing. She is receiving Botox. Neck pain and left trapezius pain is intermittent. Neurologic exam is nonfocal. Celexa and Wellbutrin 300 will be stopped and Wellbutrin 150 and Cymbalta are started. Toradol was given. A prescription for Bontril is given.

I reviewed a note by Dr. Aparna Komatineni on 5/4/17. She has had mild improvement in her headaches since last injection. A procedure note is documented for Botox.

I reviewed a note by Dr. Mark Fraley on 5/17/17. Cymbalta is not helping her depression but Wellbutrin does somewhat. She did best on Viibryd and Topamax. She will stop Cymbalta and continue Wellbutrin, and restart Topamax, as well as Viibryd.

I reviewed a note by Dr. Katharine Leppard on 5/25/17. The claimant returned for a follow up, and has been getting Botox with neurology. She has hot flashes, which worsen her headaches. Medications including Percocet are renewed. She will continue with Botox.

I reviewed a note by Dr. Mark Fraley on 6/21/17. Her mood is improving on Viibryd, she initially had diarrhea but this improved. Her migraines are unchanged and Relpax always works. Neurologic exam is nonfocal. Diagnosis is primary insomnia, major depressive disorder, migraine, and actinic keratosis. Viibryd is increased.

I reviewed a note by Dr. Katharine Leppard on 9/20/17. The claimant presented for medication refill. She had Botox which has not helped. Her headaches continue and she is on Topamax. Her neck and shoulder pain is unchanged. She will start a trial of baclofen, she will no longer prescribe pain medications effective December 31, 2017. Further options are recommended. She is planning on returning in October for disability paperwork completion.

I reviewed a note by Dr. William Storms on 7/26/17. The claimant presented for an allergy shot.

I reviewed a note by Dr. Aparna Komatineni on 7/27/17. The claimant presented for medically necessary Botox injections. Procedure note is documented. Disability paperwork is completed.

I reviewed a note by Dr. Aparna Komatineni on 10/2/17. The claimant has noted improvement in her headache frequency and intensity by more than 60 to 70%, but in August her headaches were worse due to barometric changes. She also has difficulty with cognitive decline as well as multitasking. She has tried sumatriptan, Maxalt, and Zomig. She has chronic low back pain which has been ongoing for 1 year. Neurologic exam is nonfocal. For intractable chronic migraine without aura, she will try Zomig nasal spray and IV infusions. For low back pain she will rule out lumbar stenosis, an MRI is ordered. For memory loss, she is reassured. A trial of Depacon, diphenhydramine, and Ketoralac is given in the office intravenously.

I reviewed a note by Dr. Aparna Komatineni on 10/11/17. Past failed medications are documented, her headaches occur almost daily, and since her last injection she has a reduction in intensity. Disability paperwork is completed.

I reviewed a note by Dr. Katharine Leppard on 10/16/17. The claimant continues to have chronic pain. She believes that medications are indicated to help and her drug screens have been showing prescription medication only. She will continue with periodic Botox injection.

I reviewed a note by Dr. Timothy Sandall on 11/9/17. Her exam is notable for occipital tenderness. She has chronic daily headaches status post motor vehicle accident 2007 common migraines with increased intensity of occipital neuritis. She is given an opioid agreement, which was reviewed inside. They will assume privileges for writing oxycodone b.i.d. A sample pack of Gralise is provided.

MLS review by Farjallah Khoury, MD on 11/14/17. Diagnosis is cervical spondylosis, cervicalgia, cervicothoracic migraine headaches, and left shoulder pain.

MLS Review by Farjallah Khoury, MD dated 12/13/17. Recommendations and limitations were reviewed.

I reviewed a note by Dr. Timothy Sandall on 11/29/17. She has tried Botox in several medication trials. She will be refilled for oxycodone.

I reviewed a note by Dr. Aparna Komatineni on 1/8/18. A procedure note is documented for botox. She is given Depacon, ketorolac, and diphenhydramine for an acute headache. She has her disability paperwork completed.'

I reviewed a note by Dr. Timothy Sandall on 2/27/18. There are no new issues. Oxycodone is helping her headaches.
I reviewed a work stimulation by Kristine Couch on 5/30/18. She was able to sit for 45 minutes before changing positions, she is limited in sitting to 1.5 hour episode secondary to low back pain.

She could stand for 12 minutes during testing and change positions, she is limited to standing to 1 hour episode secondary to her pain. She could complete 1 of 10 100-foot lapse on and/or walking, she indicated her walking tolerance varies up to 30 minute episodes. She demonstrated inability to lift overhead, and inability to lift more than 5 pounds. She can push and pull up to 6 pounds. Lifting assessments were terminated due to neck pain.

I reviewed a note by Dr. Katharine Leppard on 6/4/18. Her low back pain has been worse. Lumbar MRI was normal. Work restriction paperwork completed. Medications are refilled.

I reviewed PT (physical therapy) notes dated 2/5/16, 2/9/16, 2/10/16, 2/15/16, 2/22/16, 3/10/16, 3/17/16, 3/31/16, 4/7/16, 4/14/16, 4/21/16, 4/26/16, 4/28/16, 5/4/16, and 10/7/16. A discharge summary from physical therapy dated 1/12/18 was reviewed. She reports little change from physical therapy.

I reviewed chiropractor notes dated 5/11/16, 5/18/16, 5/31/16, 6/2/16, 6/24/16, 6/27/16, 6/30/16, 7/14/16, 8/1/16, 8/3/16, 8/11/16, 8/18/16, 9/21/16,10/16/16, 12/3/16, 12/6/16, 12/11/16, 12/23/16, 2/12/17, 4/27/17, 5/10/17,5/25/17, 5/30/17, 6/6/17, 1/24/17, 3/1/17, 3/17/17, 6/8/17, 6/28/17,7/6/17, 11/101/17, 11/16/17, 12/7/17, 12/12/17, 12/14/17, 12/29/17, 1/6/17, 2/26/18, 3/16/18, and 5/2/18. She was seen for cervical radiculopathy and tension headache. Soft tissue release is performed.

**REVIEW QUESTION (S):**
**1. What diagnoses are supported by the medical evidence on file?**

The diagnoses supported by the medical evidence are migraine without aura, chronic daily headache, cervical radiculopathy, and incomplete lesion of cervical spinal cord C1 are documented.

This is supported in the AP notes and MRI.

**2. From 1/28/16 continuously through 7/27/16, and from 7/28/16 forward, does the medical documentation support any diagnoses causing functional impairment ? If functional impairment is supported, please describe how that translates to restrictions and limitations and for what period of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift, carry, reach, walk etc).**

Medical documentation supports functional impairment including restrictions on lifting. The above-noted diagnoses translate into the following restrictions and limitations:

- She may lift up to 25 pounds occasionally, and 20 pounds frequently.
- She may push pull 30 pounds frequently, and 50 pounds occasionally.
- She may bend/twist and reach above shoulder occasionally.
- She may reach below shoulder level, grasp, type, handle, finger, and feel frequently.

There are no restrictions on sitting, standing, or walking. No other specific restrictions and/or limitations are indicated. The restrictions and limitations should be re-assessment in 2 months from the date of this report.

While she is noted to have a cervical spine lesion, there are no focal deficits on neurologic exam. She can work in a sustained, full-time capacity.

**3. Please explain your medical rationale for any restrictions/limitations or if applicable, why restrictions/limitations are not supported.**

Restrictions are supported to minimize cervicogenic pain, which may contribute to headache as well.

Restrictions are centered around minimizing overhead motions.

**4. For 1/28/16 through 7/27/16 and from 7/28/16 forward, please comment on the claimant's ability to maintain full time employment on a sustained basis within any identified restrictions/limitations.**

From 1/28/16 through 7/27/16 and from 7/28/16 forward, the claimant can maintain full-time employment on a sustained basis. She has no focal weakness, gait ataxia, nor abnormal reflexes to limit her ability to sustain full time capacity.

This is based on my review of the records and conversation with Dr. Komatineni.

**5. For 1/28/16 through 7/27/16 and from 7/28/16 forward, does the medical documentation support that any medical condition alone or in combination with other(s) would preclude the claimant from sustained occupational functioning on a full time basis? Please explain why or why not.**

From a neurological perspective point, the headache and cervical spine issues would not preclude any sustained occupational functioning on a full-time basis. It appears that she could work within the restrictions and limitations stated above.

**Conflict of Interest Attestation:**
*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.*

*I attest that I have a scope of licensure or certification and professional experience that typically manages the medical condition, procedure, treatment, or issue under review.*



Seth R. Stoller, M.D.
Board Certified in Neurology

Added Expertise in Pain Medicine
Added Expertise in Headache
NJ License #25MA07912600
8/15/2018

# Peer Review Report

| | | | |
|---|---|---|---|
| **Referral Date:** | 7/10/2018 | **Review Type:** | Disability |
| **Claimant's Name:** | Michelle R. Nelson | **Group/Policy/ Claim Number:** | 7608815 |
| **MES Case Number:** | 619270 | **Service:** | Initial |
| **Client:** | Liberty Mutual | **Referred By:** | Heather Carignan |

**DATA REVIEWED AND CONTACT INFORMATION:**

- Liberty Panel Review referral dated 07/10/2018
- Appeal letter to D. Hart from claimant - undated
- Letter from claimant - undated
- Attorney letter to J. Daniell from M. Krieger dated 05/15/2018
- Medical Rehabilitation Specialists Office Visit notes from K. Leppard, MD dated 01/19/2016 through 06/04/2018
- Colorado Springs Neuro Assoc. Consultation Notes from A. Komatineni, MD dated 11/23/2016 through 12/27/2017
- Attorney letter to D. Hart from M. Krieger dated 08/02/2016
- Acknowledgement of Representation signed by claimant dated 08/02/2016
- Liberty letters to M. Krieger dated 08/08/2016 and 03/05/2018
- Liberty Appeal Referrals dated 07/01/2016 and 06/15/2018
- Attorney letter to V. Vecorko dated 02/07/2018
- Wells Fargo Medical Leave Guide for Managers dated 03/21/2016
- Wells Fargo Description of Employee's Job Duties: Consumer Loan Underwriter 3
- Liberty letter to Falcon Physical Therapy dated 04/04/2016
- Falcon Physical Therapy Daily Notes/Billing Sheets from M. Phillips, PT dated 03/17/2016 through 04/28/2016
- Liberty letters to K. Leppard, MD dated 03/10/2016 through 11/03/2017
- Clinical Case Review report from S. Kasuganti, MD dated 06/05/2016
- Addendum report from S. Kasuganti, MD dated 06/07/2016
- Medical Rehabilitation Specialists prescription from K. Leppard, MD - date illegible
- Liberty letter to claimant dated 02/05/2016
- Liberty Authorization to Obtain and Release Information dated 02/15/2016
- Medical Rehabilitation Specialists Authorization to Release Healthcare Information dated 02/24/2016
- Liberty letter to K. Leppard dated 03/04/2016 with signature from K. Leppard, MD dated 03/11/2016
- Falcon Physical Therapy Physical Therapy Initial Examination from T. Nichols, PT dated 02/05/2016
- Falcon Physical Therapy Plan of Care from T. Nichols, PT dated 02/05/2016
- Falcon Physical Therapy Daily Notes/Billing Sheets from T. Nichols, PT dated 02/05/2016 through 03/10/2016
- Medical Rehabilitation Specialists prescription from K. Leppard, MD dated 02/02/2016
- Falcon Physical Therapy Medical Intake form completed by claimant - undated
- Liberty letters to Falcon Physical Therapy dated 05/12/2016 and 09/19/2017
- Falcon Physical Therapy Daily Notes/Billing Sheets from D. Yantis, PT dated 05/04/2016

through 06/02/2016
- Falcon Physical Therapy Physical Therapy Recertification Note Addendum from L. Starks, PT dated 04/26/2016
- IOD invoices dated 05/20/2016 and 11/21/2017
- Medical Rehabilitation Specialists Clinical Summary reports from K. Leppard, MD dated 06/16/2016 and 08/17/2016
- Office visit notes from A. Komatineni, MD dated 05/27/2016 through 07/27/2017
- Attorney appeal from M. Krieger dated 06/14/2018
- Work Restrictions Questionnaire from K. Leppard, MD dated 06/04/2018
- Medical Source Statement from M. Fraley, DO dated 06/11/2018
- BTE Technologies Functional Abilities Evaluation from K. Couch, OTR dated 05/30/2018
- Standing/Sitting Tolerance report - no therapist noted - dated 05/30/2018
- Industrial Rehabilitation Evaluation Services, LLC Testing Summary Report - no therapist noted - dated 05/30/2018
- The Peak Physical Medicine office visit notes from T. Sandell, MD dated 11/29/2017 and 02/27/2018
- The Peak Physical Medicine summary letter to K. Leppard, MD from T. Sandell, MD dated 11/09/2017
- Centura Health Physical Therapy Discharge Note from D. Gillis, PT dated 01/12/2018
- Centura Health Physical Therapy Evaluation from D. Gillis, PT dated 12/05/2017
- Turner Chiropractic Inc. Daily Notes from J. Turner, DC dated 06/02/2016 through 02/26/2018
- Turner Chiropractic Inc. Daily Notes from T. Curd, DC dated 06/24/2016 through 12/14/2017
- SCPM - Turner Chiropractic Inc. Daily Note from J. Turner, DC dated 04/19/2018 and 05/02/2018
- SCPM - Turner Chiropractic Inc. Initial Exam report from J. Turner, DC dated 03/16/2018
- Handwritten letter from claimant dated 11/01/2017
- Front and back copies of claimant's driver's license
- Liberty Activities Questionnaire dated 11/01/2017
- Authorization to Use and Disclose Protected Health Information signed by claimant dated 09/26/2017
- Liberty Authorization to Obtain and Release Information (Excluding Psychotherapy Notes) dated 09/28/2017
- Liberty Authorization to Obtain and Release Psychotherapy Notes dated 09/28/2017
- SSA letter to claimant - no signature provided - dated 09/20/2017
- Liberty Claimant Information Form dated 09/26/2017
- Liberty Claimant Supplementary Statement dated 09/28/2017
- Liberty Reimbursement Agreement dated 09/26/2017
- Liberty Social Security/Reimbursement Agreement dated 09/26/2017
- Liberty TEE Form - undated
- Employee History Information report - no signature provided - dated 10/08/2007-07/02/2017
- Excel spreadsheet - no signature provided - dated 05/01/1991-01/01/2010
- MLS Group of Companies invoices dated 11/14/2017 and 12/13/2017
- Verisma letters - no signatures provided - dated 09/25/2017 and 10/17/2017
- Verisma invoice dated 10/16/2017
- IOD PrePay Notices dated 11/09/2017 and 11/20/2017
- Liberty Vocational Rehabilitation invoice dated 11/22/2017
- Curriculum Vitae from F. Khoury

- Resume/CV from S. Kasuganti, MD
- Liberty letters to A. Komatineni, MD dated 09/20/2017 and 10/10/2017
- Authorization to Use and Disclose Protected Health Information - left blank
- MLS Group of Companies, LLC Independent Peer Review report from F. Khoury, MD dated 11/14/2017
- MLS Group of Companies, LLC Addendum report from F. Khoury, MD dated 12/13/2017
- Falcon Physical Therapy Discharge Note from T. Nichols, PT dated 02/12/2017
- Falcon Physical Therapy and Fitness PLLC charges statement dated 02/05/2016-06/02/2016
- Turner Chiropractic Inc. Daily Notes from B. Jelinek, DC dated 08/03/2016 through 07/06/2017
- Turner Chiropractic Inc. Exam reports from B. Jelinek, DC dated 08/01/2016 and 09/21/2016
- Turner Chiropractic Inc. Initial Exam report from T. Curd, DC dated 05/25/2017
- Headaches Residual Functional Capacity Questionnaire from Dr. A. Komatineni dated 09/08/2016
- Consultation Notes from L. Hughes, PA-C dated 09/08/2016
- CSNA Neurosurgery & Neurology Progress Notes from R. Hammers, MD dated 07/25/2016
- Progress Notes from A. Komatineni, MD dated 05/16/2016 through 10/02/2017
- Colorado Springs Neuro Assoc. radiology report: MRI Cervical Spine - from E. Weidman, MD dated 06/16/2016
- CSNA Neurosurgery & Neurology Progress Notes from A. Komatineni, MD dated 10/02/2017 and 10/11/2017
- Authorization to Release Medical Records signed by claimant dated 10/13/2017
- Office visit note from L. Hughes, PA-C dated 09/08/2016
- Progress Notes from R. Hammers, MD dated 07/25/2016
- Colorado Springs Neuro Assoc. radiology report: CT Sinus - from M. Pitman, MD dated 03/08/2017
- CSNA Neurosurgery & Neurology patient history form completed by claimant dated 05/04/2017
- Copycats Corporation invoices - undated
- Liberty letters to M. Fraley, MD dated 09/20/2017 and 10/10/2017
- Express Care Plus Patient Record cover pages dated 09/26/2017 and 10/12/2017
- Express Care Plus Encounters List dated 06/20/2016-06/21/2017
- Expresscare Plus office visit notes from M. Fraley, DO dated 06/20/2016 through 06/21/2017
- Expresscare Plus office visit notes from C. Isom, FNP-C dated 10/28/2016 and 02/06/2017
- Expresscare Plus office visit notes from K. Collymore, FNP dated 08/24/2016 through 12/28/2016
- The William Storms Allergy Clinic office visit note from K. Eskew, FNP-BC dated 07/26/2017
- ExpressCare Plus Radiology radiology report: X-ray Cervical Spine - from R. Schimmel, MD dated 12/28/2016
- Patient history report - no provider or date noted
- Kaiser Permanente Prescription Refill Authorization Request dated 10/10/2017
- Kaiser Permanente Mail Order Pharmacy Medication Request dated 08/07/2017
- Insurance Information form signed by claimant dated 07/20/2017
- Patient Registration form signed by claimant dated 07/20/2017
- Walgreens Prior Authorization Needed requests dated 05/17/2017 through 06/20/2017
- Walgreens Drug Change Request dated 06/20/2017
- ScriptGuide prescription information dated 06/02/2017

- Liberty Peer Review referral dated 11/03/2017
- VOC Suite Vocational Case Management Occupational Analysis referral from V. Vecorko dated 11/16/2017
- Liberty Occupational Analysis/Vocational Review report from J. Howard, CRC dated 08/07/2017
- QIW, Behzad Emad, M.D., dated 08/02/18
- Return AP QIW, Katherine Leppard, M.D., dated 08/10/18
- Work Restrictions Questionnaire, Katherine Leppard, M.D., dated 06/04/18

On 7/25/18 at 11:00 AM PDT, I called the office of Dr. Leppard but my call was directed to voicemail. I left a message containing the case details and my contact number. On 7/27/18 at 10:50 AM PDT, I called the office of Dr. Leppard but my call was directed to voicemail. I left a message containing the case details and my contact number. On 7/30/18 at 8:50 AM PDT, I called the office of Dr. Leppard but my call was directed to voicemail. I left a message containing the case details and my contact number. On 7/31/18 at 8:00 AM PDT, I reviewed a message from Dr. Leppard's office. Per Anna, Dr. Leppard does not do phone conferences. If there is information needed, she asked paperwork to be sent. Questions in writing were sent to Dr. Leppard on 8/2/2018. The questions were as follows:

1. During your recent evaluation, did the claimant exhibit any functional deficits? If yes please specify.
2. Were there any recent diagnostic tests performed to assess the extent of the claimant's condition? What were the findings?
3. What is the claimant’s current treatment regimen and response to treatment?
4. Did the claimant report any side effects from ongoing medications? If yes, please specify.
5. Is the claimant undergoing any form of therapy? What is the claimant’s response to therapy?
6. What is the claimant’s prognosis?
7. What are the future treatment plans for the claimant?

Dr. Leppard responded to the questions in writing on 8/10/2018. The response has been outlined in the Summary of Records.

On 07/30/2018 at 5:05 PM PDT, I completed a panel discussion with MES Independent Neurology Peer Reviewer, Dr. Seth Stoller. Dr. Stoller opined that from 01/28/2016 through 07/27/2016 and from 07/28/2016 forward, the claimant can maintain full-time employment on a sustained basis. She has no focal weakness, gait ataxia, nor abnormal reflexes to limit her ability to sustain full-time capacity. Medical documentation supports functional impairment including restrictions on lifting. She may lift up to 25 pounds occasionally, and 20 pounds frequently. She may push pull 30 pounds frequently, and 50 pounds occasionally. She may bend/twist and reach above shoulder occasionally. She may reach below shoulder, grasp, type, handle, finger, and feel frequently. She can work in a full-time capacity. There are no restrictions on sitting, standing, or walking. After discussion with Dr. Stoller, he agreed with my recommendations as outlined in my report.

**SUMMARY OF RECORDS:**

The claimant is a 49-year-old female who complained of chronic headaches, neck pain radiating to the left upper extremity, and low back pain. The claimant has a history of intractable headaches since a MVA (motor vehicle accident) in 2007. She also has chronic neck pain radiating to the left lower extremity, and a facet injection was attempted in 2008 which lead to development of a spinal cord syrinx. On 05/25/2017, she also started complaining of low back pain. Conservative and interventional treatments only provided temporary relief. She continued to have frequent to

constant headaches, intermittent to frequent neck pain, frequent to constant neck stiffness, and intermittent to frequent low back and sacral pain and stiffness. She had spinal fixation/malposition/palpatory findings at C1, C2, C7, T12, L5 and sacrum; hypertonicity in the bilateral scalene, upper trapezius, multifidus, thoracic-erector, suboccipitals, and splenius-cervicis; and tenderness over the bilateral cervical spine, shoulder, thoracic spine, lower back, and right L5 region.

Review of Medical Records:
From 01/19/2016 to 11/16/2016, the claimant was under the care of Dr. Katharine Leppard (Physical Medicine and Rehabilitation) due to tension-type headache; incomplete lesion at C2 level of cervical spinal cord; degenerative disc disease, cervical spine; pain in left shoulder; and myofascial pain syndrome. She was noted to have chronic headaches and neck pain dating back to a MVA in 2007. Her neck pain radiated down the left upper extremity. She has a spinal cord syrinx as a result of an attempted facet injection in 2008, which remained stable for many years. She has tried physical therapy, chiropractic treatments and massage therapy, and took ibuprofen, Percocet, Flexeril, and gabapentin. She had marked hypertonicity in the cervical and upper trapezius muscles, and had restricted cervical spine range of motion. Six sessions of trigger point injections into the left cervical paraspinal, rhomboid, upper trapezius, and levator scapula muscles were performed from 03/10/2016 to 04/21/2016 with slight improvement in pain. Left shoulder cortisone injection was performed on 06/16/2016. She was noted to have plateaued with physical therapy and trigger point injections. During follow-up on 09/21/2016, she had an additional complaint of right shoulder pain. Treatment regimen continued.

From 02/05/2016 to 06/02/2016, the claimant attended physical therapy due to cervicalgia and pain in left shoulder. She only had temporary relief following treatments, and continued to have pain and stiffness. On 02/12/2017, she was discharged from care after being lost to follow-up.

From 05/16/2016 to 12/27/2017, the claimant was under the care of Dr. Aparna Komatineni (Neurology) due to chronic migraine without aura, intractable, without status migrainosus; neck pain; and cervical radiculopathy. Her headache started 10 years ago and have been gradually getting worse, associated with attention and concentration problems, as well as occasional word slurring. She had neck pain radiating down the left shoulder. MRI of the cervical spine ordered. Clonazepam prescribed. Botox injection was done on 05/27/2016 which provided at least 50% reduction in headache intensity. Repeat Botox injections were performed on 08/25/2016 and 11/23/2016 with mild improvement. She continued to have grade 8/10 headaches. Acetaminophen/butalbital/caffeine prescribed. Repeat Botox injections were performed on 02/23/2017, 05/04/2017, and 07/27/2017 which provided 60-70% improvement. On 10/02/2017, she had additional complaints of memory loss, chronic lower back pain and stiffness, and muscle spasms. MRI of the lumbar spine ordered. Botox injections were again performed on 10/11/2017 and 12/27/2017.

From 06/02/2016 to 05/10/2017, the claimant was seen at Turner Chiropractic, Inc. multiple times for chiropractic treatments secondary to tension-type headache; segmental and somatic dysfunction of cervical region; pain in left shoulder; and contracture of muscle, multiple sites. She continued to have intermittent pain in the head, and frequent to constant pain in the neck and upper back. Exam noted spinal fixation/malposition/palpatory findings at C2, C7, T1, T4, and T7; and hypertonicity and tenderness over the bilateral upper trapezius, scalene, levator scapulae, thoracic erector, suboccipitals, and splenius cervicis.

On 06/16/2016, MRI of the cervical spine showed stable anterior, left paramidline cord syrinx at the C1 level; and degenerative disc, uncinate and facet disease, contributing towards mild neural

foraminal narrowing bilaterally at C4-C5 and on the left at C5-C6 and C6-C7.

On 06/20/2016, the claimant was seen by Dr. Mark Fraley (Family Medicine) due to cervicalgia, major depressive disorder, primary insomnia, and abnormal weight gain. Her depression was flaring up and medications were not working as well as it did initially. Wellbutrin dose increased. Zanaflex and Bontril refilled.

On 07/25/2016, the claimant was seen by Dr. Ronald Hammers (Neurosurgery) due to chronic migraine, neck pain, and left arm pain. Conservative treatments discussed.

On 12/28/2016, x-rays of the cervical spine revealed mild degenerative disease at C4-C5, C5-C6, and C6-C7; and possible osteopenia or osteoporosis.

On 03/02/2017, the claimant was seen by Dr. Fraley due to migraines, pain in the neck and left trapezius, and depression. Exam noted tenderness and tightness in the left paracervical and trapezius muscles. Her DEXA scan was reviewed which showed osteoporosis. She was diagnosed with migraine, cervicalgia, age-related osteoporosis, and major depressive disorder. Toradol injection performed. She was seen on 05/17/2017 and 06/21/2017 for follow-up of migraine, major depressive disorder, and insomnia. Medications prescribed.

On 05/25/2017, the claimant was re-evaluated by Dr. Leppard. She complained of pain in the neck, left shoulder, and low back. Toradol injection performed. Medications refilled. On 09/20/2017, she reported that her last Botox injection with Dr. Komatineni did not help. She was again having daily headaches. Neck and shoulder pain were unchanged. Baclofen prescribed. During follow-up on 10/16/2017, she reported midline low back pain that began one month ago. Insurance paperwork completed.

On 05/25/2017 and 07/06/2017, the claimant presented at Turner Chiropractic Inc. for chiropractic treatments secondary to chronic tension-type headache; spondylosis with radiculopathy, cervical region; segmental and somatic dysfunction of cervical region; segmental and somatic dysfunction of thoracic region; and contracture of muscle, multiple sites. Additional modalities for the lumbar spine were included starting 06/06/2017. She continued to have frequent to constant pain in the neck and upper back, and intermittent headache and pain in the mid and low back.

On 08/07/2017, the claimant presented to Jane Howard, MRC, CRC for an Occupational Analysis/Vocational Review. It was determined that the typical physical demands of the claimant's occupation are most often performed within the Sedentary and Light physical demand categories.

On 11/09/2017, the claimant sought consult with Dr. Timothy Sandell (Physical Medicine and Rehabilitation) due to chronic headaches. Her last set of Botox injection in 09/2017 did not provide much relief. She also noted neck pain radiating into the shoulder blades and across the tops of the shoulders, and occasional pain radiating down the left arm. Exam noted slight flattening of the cervical lordosis; diffuse tenderness over the cervical and parascapular muscles; increased tone in the right greater than left lateral cervical muscles with multiple myofascial taut bands; full but guarded range of motion of the cervical spine and upper extremities; and tenderness along the occipital ridge and over the greater and lesser occipital nerves. Oxycodone prescribed. Gralise starter pack provided. The claimant was again seen on 11/29/2017 for follow-up. Gralise did not provide much benefit. She continued to do well on oxycodone. Medication continued.

From 11/10/2017 to 02/26/2018, the claimant presented at Turner Chiropractic, Inc. multiple times for chiropractic treatments secondary to chronic tension-type headache; spondylosis with

radiculopathy, cervicothoracic region; cervicalgia; segmental and somatic dysfunction of cervical region; and segmental and somatic dysfunction of thoracic region. She continued to have constant pain in the neck and upper back, frequent to constant headache, and intermittent to frequent pain and stiffness in the low back and sacrum. Exam noted spinal fixation/malposition/palpatory findings at occiput, C1, C5, T4, T7, L5 and sacrum; hypertonicity in the bilateral scalene, upper trapezius, multifidus, thoracic-erector, suboccipitals, and splenius-cervicis; and tenderness over the bilateral cervical spine, shoulder, thoracic spine, lower back, and right L5 region.

From 12/05/2017 to 01/12/2018, the claimant attended physical therapy due to cervical, thoracic, and lumbar spine pain. She was quite deconditioned and had generally poor lower extremity strength and poor core strength/postural endurance. She had limited/no progress in therapy was discharged to a home exercise program.

On 02/27/2018, the claimant was seen by Dr. Sandell for follow-up. She reported unchanged headaches and has been taking oxycodone. Medication refilled.

On 03/16/2018, 04/19/2018, and 05/02/2018, the claimant was seen at Turner Chiropractic, Inc. for chiropractic treatments secondary to chronic tension-type headache; spondylosis with radiculopathy, cervicothoracic region; segmental and somatic dysfunction of cervical region; segmental and somatic dysfunction of lumbar region; and contracture of muscle, multiple sites. She continued to have frequent to constant headache, intermittent to frequent neck pain, frequent to constant neck stiffness, and intermittent to frequent low back and sacral pain and stiffness. She had a large release of C2 on the left with the adjustment on 05/02/2018. Hypertonicity and tenderness were also reduced. She had spinal fixation/malposition/palpatory findings at C1, C2, C7, T12, L5 and sacrum.

On 05/30/2018, the claimant presented to Kristine Couch, OTR for a Functional Abilities Evaluation. It was noted that the claimant's overall capacities as evidenced by her ability to lift weight are perhaps most closely described below the sedentary work category. To confirm the degree to which the claimant's response pattern was internally consistent, "group scores" have been calculated and compared to expected scores. The claimant's responses indicate that she perceives herself at the Light Physical Demand Characteristics (PDC) level. In the present case, the claimant's PDC Group Scores met the criterion score of the Sedentary PDC Group.

On 06/04/2018, the claimant was re-evaluated by Dr. Leppard. Her low back has been painful. Physical therapy had no benefit. Review of undated lumbar spine MRI revealed normal findings. Her headaches and neck pain were unchanged. Physical exam was noted to be unchanged. Medications continued. A Work Restriction Questionnaire was completed by Dr. Leppard wherein she noted the claimant's capabilities: No limitation in walking; sitting up to 60 minutes at one time and for a total of around 4 hours per 8-hour workday; standing up to 60 minutes at one time; and standing/walking for a total of around 4 hours per 8-hour workday. The claimant require periods of walking: 5 minutes every 60 minutes. The claimant will need to take unscheduled 5-minute breaks every one hour. The claimant can frequently lift and carry up to 10 pounds; and occasionally perform twisting, stooping/bending, crouching, squatting, and climbing stairs. The claimant has no limitations in using her hands and fingers, but should avoid reaching (including overhead) using the bilateral upper extremity.

On 06/11/2018, Dr. Fraley agreed with the Work Restrictions Questionnaire completed by Dr. Leppard on 06/04/2018.

On 08/10/2018, Dr. Leppard stated that the claimant had no neurologic deficits during her recent

evaluation. Last cervical spine MRI of 01/29/2016 revealed degenerative disc disease and cord syrinx. Bilateral upper extremity EMG (electromyogram) of 07/20/2016 was normal. The claimant has long plateaued with therapy. She completed therapy years ago with no response. She had a cervical facet injection in 2008 which resulted in spinal cord injury. No ongoing treatment is noted. No medications side effect is reported. Prognosis is poor due to chronic pain. She is on chronic pain medications from Dr. Timothy Sandell. No further treatment is recommended from Dr. Leppard's office.

**REVIEW QUESTION (S):**

**1. What diagnoses are supported by the medical evidence on file?**

The supported diagnoses by the medical evidences are chronic migraine without aura, intractable, without status migrainosus; incomplete lesion at C2 level of cervical spinal cord; cervicalgia; cervical radiculopathy; cervical degenerative disc disease; segmental and somatic dysfunction of cervical region; segmental and somatic dysfunction of lumbar region; pain in left shoulder; and contracture of muscle, multiple sites.

I would like to defer discussion of the claimant's chronic migraine to the appropriate specialist as this is beyond my area of expertise.

**2. From 1/28/16 continuously through 7/27/16, and from 7/28/16 forward, does the medical documentation support any diagnoses causing functional impairment ? If functional impairment is supported, please describe how that translates to restrictions and limitations and for what period of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift, carry, reach, walk etc).**

From 01/28/2016 through 05/24/2017, the supported impairing diagnoses are incomplete lesion at C2 level of cervical spinal cord; cervicalgia; cervical radiculopathy; cervical degenerative disc disease; segmental and somatic dysfunction of cervical region; and contracture of muscle, multiple sites.

From 05/25/2017 forward, the supported impairing diagnoses are incomplete lesion at C2 level of cervical spinal cord; cervicalgia; cervical radiculopathy; cervical degenerative disc disease; segmental and somatic dysfunction of cervical region; segmental and somatic dysfunction of lumbar region; pain in left shoulder; and contracture of muscle, multiple sites.

Due to the claimant's intractable pain, continued physical functional deficits, and abnormal diagnostic test findings, the following restrictions/limitations are supported from 01/28/2016 through 07/27/2016, and from 07/28/2016 forward:

- The claimant is restricted to sitting up to 30 minutes at a time and up to a total of six hours in an eight hour day.
- The claimant is restricted to standing up to 30 minutes at a time and up to a total of one hour in an eight hour day.
- The claimant is restricted to walking up to 30 minutes at a time and up to a total of one hour in an eight hour day.
- The claimant is restricted to carrying, lifting, pushing and pulling no greater than 10 pounds of weight occasionally, and 5 pounds frequently.
- The claimant is restricted to occasional reaching overhead, above the shoulders, and below the waist level, and frequent reaching at waist/desk level.

- There are no restrictions for handling, fingering, grasping, pinching, gripping and use of hand controls.
- The claimant is restricted to occasional twisting, crouching, bending/stooping, kneeling, squatting, stair climbing, and use of foot control.
- The claimant is restricted from crawling, working at unprotected heights, driving commercial vehicle, climbing ladders, and operating heavy equipment or safety sensitive machinery.

The duration of the outlined restrictions/limitations is four months from the date of this report. After which re-evaluation of the claimant's condition is advised to determine the continued necessity of the supported restrictions/limitations.

**3. Please explain your medical rationale for any restrictions/limitations or if applicable, why restrictions/limitations are not supported.**

The claimant has a history of intractable headaches since a MVA in 2007. She also has chronic neck pain radiating to the left lower extremity, and a facet injection was attempted in 2008 which lead to development of a spinal cord syrinx. On 05/25/2017, she also started complaining of low back pain. Conservative and interventional treatments only provided temporary relief. She continued to have frequent to constant headache, intermittent to frequent neck pain, frequent to constant neck stiffness, and intermittent to frequent low back and sacral pain and stiffness. She had spinal fixation/malposition/palpatory findings at C1, C2, C7, T12, L5 and sacrum; hypertonicity in the bilateral scalene, upper trapezius, multifidus, thoracic-erector, suboccipitals, and splenius-cervicis; and tenderness over the bilateral cervical spine, shoulder, thoracic spine, lower back, and right L5 region.

Upon review of the medical records presented, Dr. Leppard's work restrictions questionnaire and response to my queries, and co-reviewer discussion with Dr. Seth Stoller, I opine that the claimant has ongoing physical functional impairments that would require the given restrictions/limitations.

**4. For 1/28/16 through 7/27/16 and from 7/28/16 forward, please comment on the claimant's ability to maintain full time employment on a sustained basis within any identified restrictions/limitations.**

From 01/28/2016 through 07/27/2016, and from 07/28/2016 forward, the claimant is able to perform in a sustained, full-time capacity (8 hours/day, 5 days/week) within the indicated restrictions/limitations.

**5. For 1/28/16 through 7/27/16 and from 7/28/16 forward, does the medical documentation support that any medical condition alone or in combination with other(s) would preclude the claimant from sustained occupational functioning on a full time basis? Please explain why or why not.**

As previously noted, the claimant has a history of intractable headaches since a MVA in 2007. She also has chronic neck pain radiating to the left lower extremity, and a facet injection was attempted in 2008 which lead to development of a spinal cord syrinx. On 05/25/2017, she also started complaining of low back pain. Conservative and interventional treatments only provided temporary relief. She continued to have frequent to constant headache, intermittent to frequent neck pain, frequent to constant neck stiffness, and intermittent to frequent low back and sacral pain and stiffness. She had spinal fixation/malposition/palpatory findings at C1, C2, C7, T12, L5 and sacrum; hypertonicity in the bilateral scalene, upper trapezius, multifidus, thoracic-erector, suboccipitals, and

splenius-cervicis; and tenderness over the bilateral cervical spine, shoulder, thoracic spine, lower back, and right L5 region.

**<u>Conflict of Interest Attestation:</u>**
*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.*

*I attest that I have a scope of licensure or certification and professional experience that typically manages the medical condition, procedure, treatment, or issue under review.*

Behzad Emad, M.D.
Board Certified in Physical Medicine and Rehabilitation
Sub Specialty Certificate in Pain Medicine
CA License #55727
8/15/2018

Date: 8/15/2018

MES Case Number: 619269

**Re: Claimant Name: Michelle R. Nelson**
**Claim Number: 7608815**
**DOB:**

Dear Dr. Komatineni,

Thank you for speaking with me on 7/30/2018 in regards to your patient, Michelle R. Nelson. As we discussed, I am an Independent Peer Reviewer who contacted you on behalf of Liberty Mutual. Please review the following synopsis of our conversation. In order to ensure that I have not misconstrued any part of our conversation, I am asking that you check the content of this letter for accuracy. If a response is not received, then it is understood you agree with the summary. Please make any corrections or changes in the margins if needed.

During the phone conversation, you indicated you are not completing disability paperwork as you do not believe that the claimant is unable to work in any capacity. She has no focal deficits on exam. You believe that she can walk without difficulty, and can handle light duty without difficulty. We discussed my recommendations on restrictions and limitations, and you are in agreement. You will follow up with the claimant and consider discontinuation if Botox is not helping, as she still has chronic daily headaches.

The recommendations on restrictions and limitations, as outlined in my report include the following:

- She may lift up to 25 pounds occasionally, and 20 pounds frequently.
- She may push pull 30 pounds frequently, and 50 pounds occasionally.
- She may bend/twist and reach above shoulder occasionally.
- She may reach below shoulder level, grasp, type, handle, finger, and feel frequently.
- There are no restrictions on sitting, standing, or walking.

If you agree with the above representation of our telephone conversation, please sign this letter and fax to me at 866-605-5175. Thank you in advance for your assistance. I would appreciate a response within 2 weeks of receipt of this request. You may respond in writing. Please refer to cover sheet for contact information.

____________________ ________________________
Signature and title Date

Sincerely,

Seth Stoller

Seth R. Stoller, M.D.
Board Certified in Neurology
Added Expertise in Pain Medicine
Added Expertise in Headache

Peer Review Services

# INVOICE

**8/15/2018**

**MES Peer Review Services**
**100 Morse Street**
**Norwood, MA 02062**
www.mesgroup.com

Attention:
LIBERTY MUTUAL/DOVER/DISABILITY/PEERS
100 LIBERTY WAY P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

Referred by: Carignan, Heather
Referral Date: 7/10/2018

Claimant: Michelle R. Nelson
Client Claim #: 7608815
Invoice #: 619269
Pages Reviewed: 835

| Service | Specialty | Billable Time | Fee |
|---|---|---|---|
| Peer Review | Neurology | 570 | $1995.00 |
| | | **Total Billable Amount:** | **$1995.00** |

**Reviewer(s):** Stoller, Seth R

**Remit Payment To:**
MES Peer Review Services
100 Morse Street
Norwood, MA 02062

**Tax ID:** 38-2193020

Peer Review Services

# INVOICE

**8/15/2018**

**MES Peer Review Services**
**100 Morse Street**
**Norwood, MA 02062**
www.mesgroup.com

Attention:
LIBERTY MUTUAL/DOVER/DISABILITY/PEERS
100 LIBERTY WAY P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

Referred by: Carignan, Heather
Referral Date: 7/10/2018

Claimant: Michelle R. Nelson
Client Claim #: 7608815
Invoice #: 619270
Pages Reviewed: 846

| Service | Specialty | Billable Time | Fee |
|---|---|---|---|
| Peer Review | Physical Medicine & Rehabilitation | 570 | $1995.00 |
| | | **Additional Charges:** | $75.00 |
| | | **Total Billable Amount:** | **$2070.00** |

**Reviewer(s):** Emad, Behzad

**Remit Payment To:**
MES Peer Review Services
100 Morse Street
Norwood, MA 02062

**Tax ID:** 38-2193020

MEDICAL REHABILITATION SPECIALISTS
KATHARINE J. LEPPARD, M.D., P.T.
*3470 Centennial Blvd*
*Suite 110*
*Colorado Springs, CO 80907*
*719.575.1800*
*719.575.1850 Fax*
*Medical-Rehab.com*

| FAX | | Date: | 8.6.18 |
|---|---|---|---|
| To: | MES | From: | Tris Tusler |
| Fax: | 866-605-5175 | Pages: | 3 |
| Phone: | | | |
| Re: | M. Nelson dob | | |

Comments: Invoice & WQ

NOTICE: The information contained in this communication, and the attached documents, If any, are intended only for the use of the individual or entity to which they are addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, at 719.575.1800 and please shred this message and any attachments. Thank You.

Medical Rehabilitation Specialists

**Katharine J. Leppard, M.D., P.T.**
*Physical Medicine & Rehabilitation*
*Non-Operative Spine Care*
*Electromyography*

*Board Certified:*

- *American Board Physical Medicine and Rehabilitation*
- *American Board Pain Medicine*

08/06/2018

MES Peer Review Services
100 Morse Street
Norwood , Massachusetts 02062

**RE: Patient: Michelle R. Nelson**

Dear Behzad Emad, M.D.

Prepayment in the amount of $50 .00 is required for correspondence to letter dated August 2, 2018 and records review for the above named patient.

Also find attached a W9 for prompt payment.

Payment should be made to
MEDICAL REHABILITATION SPECIALISTS
3470 Centennial Blvd., Ste 110
Colorado Springs, Colorado 80907

Thank you,

*Kris Tusler*

Kris Tusler, Billing Office
719-575-1845

3470 Centennial Blvd
Suite 110
Colorado Springs, CO 80907
(719) 575-1800
(719) 575-1850 Fax
Email: info@medical-rehab.com
Web: www.medical-rehab.com

Form **W-9** (Rev. November 2017) Department of the Treasury Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

Give Form to the requester. Do not send to the IRS.

Print or type. See Specific Instructions on page 3.

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

KATHARINE J. LEPPARD M.D. PC

2 Business name/disregarded entity name, if different from above

MEDICAL REHABILITATION SPECIALISTS

3 Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC ☐ C Corporation ☑ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ ________

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) ________

Exemption from FATCA reporting code (if any) ________

*(Applies to accounts maintained outside the U.S.)*

5 Address (number, street, and apt. or suite no.) See instructions.

3470 CENTENNIAL BLVD. #110

Requester's name and address (optional)

6 City, state, and ZIP code

COLORADO SPRINGS, CO 80907

7 List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number: ___ - __ - ____

or

Employer identification number: 26 - 1531503

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** Signature of U.S. person ▶ K Leppard Date ▶ 4/17/18

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding.* See What is backup withholding, later.

**n0001112**

---

**From:** Kelly Infante
**Sent:** Monday, August 06, 2018 6:18:42 PM
**To:** Carignan, Heather
**Cc:** Arianna D'Ascoli
**Subject:** RE: Liberty Claim 7608815
**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png; image006.png; image007.png; 619270 INVOICE W 9.pdf

Good Evening All :

Following up to the last comment for Liberty Claim 7608815.

es it's fine to pay the AP Dr. leppard $75 to respond to the peer review questions. I assume that's what you mean by QIW

8/3/2018 3:16 PM

EDT

*DAscoli, Arianna*
*Staff*

From: Arianna D'Ascoli
Sent: Friday, August 03, 2018 3:16 PM
To: 'heather.carignan@lfg.com'
Subject: QIW fee - 7608815

We received the Billing Statements , will Liberty be processing this payment ? Is MES ? Please advise.

Thank you

Kelly Infante

Disability Team Client Care Coordinator

MES Peer Review Services

100 Morse Street

Norwood, Massachusetts 02062

Direct. 781.255.0055

Toll Free. 800-706-8427 x 254811

DIRCECT LINE 781- 269- 7811

Fax. 8666055175

Email. Kelly.Infante@messolutions.com

Web. www.messolutions.com

**From:** Kelly Infante
**Sent:** Wednesday, August 01, 2018 9:01 AM
**To:** 'Carignan, Heather' <Heather.Carignan@lfg.com>
**Subject:** RE: Liberty Claim 7608815

Good Morning :

Thank you , I have noted the claim. We will fax these out ASAP ..

Kelly

Kelly Infante

Disability Team Client Care Coordinator

MES Peer Review Services

100 Morse Street

Norwood, Massachusetts 02062

Direct. 781.255.0055

Toll Free. 800-706-8427 x 254811

DIRCECT LINE 781- 269- 7811

Fax. 8666055175

Email. Kelly.Infante@messolutions.com

Web. www.messolutions.com

**From:** Carignan, Heather [mailto:Heather.Carignan@lfg.com]
**Sent:** Wednesday, August 01, 2018 7:54 AM
**To:** Kelly Infante <Kelly.Infante@mesgroup.com>
**Subject:** RE: Liberty Claim 7608815

Sure please proceed as suggested Kelly.

Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.

**Heather Carignan**

Appeal Consultant

Lincoln Financial Group

P.O. Box 7213

London KY 40742

T: 888.437.7611 Ext 16292

F: 603.334.5853

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**From:** Kelly Infante [mailto:Kelly.Infante@mesgroup.com]
**Sent:** Tuesday, July 31, 2018 6:35 PM
**To:** 'Carignan, Heather' <HEATHER.CARIGNAN@LibertyMutual.com>; Carignan, Heather <Heather.Carignan@lfg.com>
**Subject:** Liberty Claim 7608815

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Evening Ms Carignan:

An update/request, regarding Liberty Claim 7608815. AP , Katherine Leppard MD, is requesting , Questions in Writing, in lieu of a Peer to Peer.

Shall we fax them directly to the AP , with a  Turn Around Time of 5 days?

Please advise.

Thank you

Kelly

Kelly Infante

Disability Team Client Care Coordinator

MES Peer Review Services

100 Morse Street

Norwood, Massachusetts 02062

Direct. 781.255.0055

Toll Free. 800-706-8427 x 254811

DIRCECT LINE 781- 269- 7811

Fax. 8666055175

Email. Kelly.Infante@messolutions.com

Web. www.messolutions.com

Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message.

**n0001112**

---

**From:** Carignan, Heather
**Sent:** Friday, August 03, 2018 3:19:21 PM
**To:** 'Arianna D'Ascoli'
**Subject:** RE: QIW fee - 7608815
**Attachments:** image002.png; image003.png; image004.png; image005.png; image006.png; image007.png; image008.png

Yes it's fine to pay the AP Dr. leppard $75 to respond to the peer review questions. I assume that's what you mean by QIW

Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.

**Heather Carignan**
Appeal Consultant
Lincoln Financial Group
P.O. Box 7213
London KY 40742

T: 888.437.7611 Ext 16292
F: 603.334.5853

LincolnFinancial.com
**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**From:** Arianna D'Ascoli [mailto:arianna.dascoli@mesgroup.com]
**Sent:** Friday, August 03, 2018 3:16 PM
**To:** Carignan, Heather <Heather.Carignan@lfg.com>
**Subject:** QIW fee - 7608815

***This email is from an external source. Only open links and attachments from a Trusted Sender.***
Good afternoon Heather,

Dr. Leppard is asking for a fee of $75 to answer the QIW. Would you like this fee to be paid or proceed with case submission?

Thank you,

**Arianna D'Ascoli, RN, BSN**
Clinical Quality Assurance Coordinator
Team D Disability
MES Peer Review Services

100 Morse Street
Norwood, Massachusetts 02062

Toll Free. 800.706.8427 ext. 254342
Direct. 781.501.9342
Fax. 866.605.5175

Email. arianna.d'ascoli@mesgroup.com
Web. www.messolutions.com

Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message.

**n0001112**

---

| | |
|---|---|
| **From:** | Carignan, Heather |
| **Sent:** | Wednesday, August 01, 2018 7:54:03 AM |
| **To:** | Kelly Infante |
| **Subject:** | RE: Liberty Claim 7608815 |
| **Attachments:** | image002.png; image003.png; image004.png; image005.png; image006.png; image007.png; image008.png |

Sure please proceed as suggested Kelly.

Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.

**Heather Carignan**
Appeal Consultant
Lincoln Financial Group
P.O. Box 7213
London KY 40742

T: 888.437.7611 Ext 16292
F: 603.334.5853

**LincolnFinancial.com**
**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**From:** Kelly Infante [mailto:Kelly.Infante@mesgroup.com]
**Sent:** Tuesday, July 31, 2018 6:35 PM
**To:** 'Carignan, Heather' <HEATHER.CARIGNAN@LibertyMutual.com>; Carignan, Heather <Heather.Carignan@lfg.com>
**Subject:** Liberty Claim 7608815

***This email is from an external source. Only open links and attachments from a Trusted Sender.***
Good Evening Ms Carignan:

An update/request, regarding Liberty Claim 7608815. AP , Katherine Leppard MD, is requesting , Questions in Writing, in lieu of a Peer to Peer.

Shall we fax them directly to the AP , with a Turn Around Time of 5 days?

Please advise.

Thank you

Kelly

Kelly Infante
Disability Team Client Care Coordinator

MES Peer Review Services
100 Morse Street
Norwood, Massachusetts 02062

Direct. 781.255.0055
Toll Free. 800-706-8427 x 254811
DIRCECT LINE 781- 269- 7811
Fax. 8666055175

Email. Kelly.Infante@messolutions.com
Web. www.messolutions.com

Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message.

HEATHER CARIGNAN
603-731-6463
LIBERTY MUTUAL-DOVER-0096
100 LIBERTY WAY
DOVER NH 03820

**0.0 LBS LTR 1 OF 1**

**SHIP TO:**
SKY LUCIER
800-706-8427 1157
MES SOLUTIONS
1ST FLOOR
100 MORSE STREET
**NORWOOD MA 02062-4679**

**MA 020 9-02**

**UPS 2ND DAY AIR 2**

TRACKING #: 1Z 248 96X 02 9265 6116

BILLING: P/P

Office/Dept Number: 009603304

CS 20.5.13. WNTNV50 99.0A 04/2018

Michelle Nelson 7608815

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

| | |
|---|---|
| Date: | July 10, 2018 |
| To: | MICHAEL KRIEGER<br>MICHAEL S. KRIEGER, LLC NOEL & KRIEGER<br>165 SOUTH UNION BOULEVARD<br>ST. 555<br>LAKEWOOD CO 80228-2221 |
| Attn: | Atty Krieger |
| Fax: | (303) 781-1349 |
| From: | Heather Carignan<br>Appeal Review Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5853 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5853

July 10, 2018

Michael Krieger
Michael S. Krieger, LLC Noel & Krieger
165 SOUTH UNION BOULEVARD
ST. 555
LAKEWOOD, CO 80228-2221

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson

Dear Attorney Krieger:

Liberty Life Assurance Company of Boston (Liberty) is responsible for managing claims for benefits under the Wells Fargo & Company Long Term Disability (LTD) Policy.

The purpose of this letter is to inform Ms. Nelson that we require additional time to render a determination on Michelle Nelson's LTD appeal. Under the Employee Retirement Income Security Act of 1974 (ERISA), an appeal determination should be rendered within 45 days of receipt of the appeal, unless there are special circumstances which require a delay in making an appeal determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision.

At this time, we need additional information which is necessary to render a full and fair determination on Ms. Nelson's LTD appeal for benefits under the Policy. Currently, we are awaiting:
an independent physician review of the claim file.

We will make every effort to render a determination as soon as possible, but no later than September 11, 2018.

Should you have any questions pertaining to the status of Ms. Nelson's appeal, please contact me at the telephone number below. Please include the claim number listed above in all communications.

Sincerely,

Heather Carignan
Appeal Review Consultant

Phone No.: (888) 437-7611 Ext. 16292
Secure Fax No.: (603) 334-5853

# Liberty Mutual - Independent Evaluation

## Panel Review

Requested By: Heather Carignan
Disability Claims
P O Box 7206
London, KY 40742-7206
(800) 210-0268 x16292
Fax: (603) 334-5853

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | WELLS FARGO & COMPANY | Date Sent: | 7/10/2018 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | MICHELLE R NELSON | Claim #: | 7608815 |
| Claimant Address: | | Claimant SSN: | * |
| | | Claimant DOB: | |
| City: | | Claimant Tel #: | |
| State: | | Claimant DOD: | 1/28/2016 |
| Zip: | | Primary Diagnosis: | Pain, unspecified |
| Gender: | FEMALE | Att Physician: | |
| Specialist Type Requested : | Dual Specialty | Physician: Phone/Fax | K Leppard MD T 719 575 1800 F 719 575 1850 |

Referral Questions:

Vendor Chosen: MES Solutions

Claimant Name: MICHELLE R NELSON

# Liberty Mutual - Independent Evaluation

## Panel Review

This is an appeal for LTD benefits for claim denied eff 1/28/16 The LTD Elimination Period would be satisfied and ltd benefits would begin on 7/28/16 if the claimant is totally and/or partially disabled (or a combination of the two) from his occupation continuously from 1/28/16 through 7/27/16, and from 7/28/16 forward

1 What diagnoses are supported by the medical evidence on file?

2 From 1/28/16 continously through 7/27/16, and from 7/28/16 forward, does the medical documentation support any diagnoses causing functional impairment ? If functional impairment is supported, please describe how that translates to restrictions and limitations and for what period of time Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift, carry, reach, walk etc)

3 Please explain your medical rationale for any restrictions/limitations or if applicable, why restrictions/limitations are not supported

4 For 1/28/16 through 7/27/16 and from 7/28/16 forward, please comment on the claimant's ability to maintain full time employment on a sustained basis within any identified restrictions/limitations

5 For 1/28/16 through 7/27/16 and from 7/28/16 forward, does the medical documentation support that any medcal condition alone or in combination with other(s) would preclude the claimant from sustained occupational functioning on a full time basis? Please explain why or why not

Instructions For Vendor:

Claimant Name: MICHELLE R NELSON

# Liberty Mutual - Independent Evaluation

## Panel Review

Request Neurology headache specialist and PMR/Pain Panel review   Dr  F Khoury cannot review this file
Neurologist to consider headaches only and to contact Dr  Komatineni    PMR/Pain to consider all musculoskeletal/pain complaints (excluding headaches) and to contact Dr  Leppard
When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity  Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider  If not, please discuss your final assessment after the call

Attorney Information (if applicable):

Michael S Krieger LLC  Noel & Krieger 165 Suth Union Blvd Suite 555 Lakewood CO 80228

Claimant Name:      MICHELLE  R  NELSON

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 559-1974

| | |
|---|---|
| Date: | June 21, 2018 |
| To: | MICHAEL KRIEGER<br>MICHAEL S. KRIEGER, LLC NOEL & KRIEGER<br>165 SOUTH UNION BOULEVARD<br>ST. 555<br>LAKEWOOD CO 80228-2221 |
| Attn: | |
| Fax: | (303) 781-1349 |
| From: | Genna Marchese<br>Appeals Associate<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 559-1974 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 559-1974

June 21, 2018

Michael Krieger
Michael S. Krieger, LLC Noel & Krieger
165 SOUTH UNION BOULEVARD
ST. 555
LAKEWOOD, CO 80228-2221

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson

Dear Michael Krieger:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wells Fargo & Company's Group Disability Policy. We are writing in reference to Michelle Nelson's claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on Michelle Nelson's Long Term Disability (LTD) claim.

Ms. Nelson's file is being forwarded to Liberty's Appeal Review Unit for an independent review of her claim eligibility. Her claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Liberty's response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Genna Marchese
Appeals Associate
Phone No.: (888) 437-7611 Ext. 16228
Secure Fax No.: (603) 559-1974

# Liberty Mutual Appeal Referral

**Appeal Referral From: WELLS FARGO**

| | | | | | |
|---|---|---|---|---|---|
| Office: | 42D | Manager: | JOHNSON, AUDREY | Case Mgr: | VECORKO, VIKTORIYA |

| | | | |
|---|---|---|---|
| Claimant Name: | MICHELLE R NELSON | Claim #: | 7608815 |
| Occupation (Job Title): | CONSUMER LN UNDERWTR | Date Sent: | 6/15/2018 |
| Diagnosis: | R52 Pain, unspecified, | | |
| Date of Disability: | 1/28/2016 | Date Benefits Began: | 7/28/2016 |
| Maximum Duration: | 9/12/2035 | Paid Through: | 1/1/1900 |
| Date of Denial or (DB451): | 12/18/2017 | Date Appeal Received: | 6/15/2018 |

**This is the date that the full appeal was received by the Field Claim Office*

| | | | |
|---|---|---|---|
| Policyholder/Self-Insured Plan Holder: | WELLS FARGO & COMPANY | | |
| Product: | LTD | Funding: | CON |
| Is Claimant Eligible for LTD? | Y | | |
| Erisa or Non-Erisa? | ERISA Plan | | |

Document Locations

- ☑ Paperless
- ☐ Bilingual - translation complete
- ☐ Paper File
- ☐ Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No

FAX No

Account Specific or Unique Contract Issues / Additional Info:

atty sent appeal on 180d - fully insured

MICHAEL S. KRIEGER, LLC
NOEL & KRIEGER
*A Law Partnership of Limited Liability Companies*
165 South Union Boulevard, Suite 555
Lakewood, CO 80228-2221
Phone: 303-781-5559 Ψ Fax: 303-781-1349
www.TheDenverDisabilityLawyer.com
Mike@Krieger.Law

June 14, 2018

***Liberty Mutual***
***Sent by fax to: 1-866-214-7839***

Attn: Viktoriya Vecorko - Disability Claim Manager

Re: Client: Michelle Nelson
Employer: Wells Fargo
Claim Number: 7608815

Dear Ms. Vecorko:

Please consider this letter our notice of appeal of the denial of December 18, 2017. Attached for your consideration and review please find:

- Work Restrictions Questionnaire completed by Katherine Leppard, MD dated 6/4/18
- Medical Source Statement of Mark Fraley, DO dated 6/11/18
- Functional Abilities Evaluation conducted by Kristine M Couch, OTR dated 5/30/18
- Medical records of Timothy Sandell, MD
- Medical records of Aparna Komatineni, MD
- Medical records of Colorado Sport and Spine Aspen Creek
- Medical records of Turner Chiropractic
- Medical records of Katherine Leppard, MD

We will not submit any further documents. All medical evidence has been submitted.

Very truly yours,

*Michael Krieger*

Encl.

**Work Restrictions Questionnaire**

To: Dr. Leppard

RE: Michelle Nelson SSN: DOB:

Please answer the following questions concerning your patient's impairment(s):

1) Frequency and length of contact with patient: 6/25/07 till present, seeing as needed.

2) Diagnosis: neck pain, degenerative disc disease, myofascial pain, shoulder tendonitis, migraine headache, incomplete C2 spinal cord injury

3) Prognosis: poor - chronic pain

4) List your patient's symptoms; including pain, dizziness, fatigue, etc.: neck pain + headaches

5) If your patient has pain, please characterize the nature, location, frequency, precipitating factors, and severity of your patient's pain: pain 8.5/10, constant, increases with activity. Headaches occur 5-6 times per week

6) Identify the clinical findings and objective signs: myofascial pain, degenerative cervical discs on MRI, spinal cord syrinx

7) Describe the treatment and response; including any side effects of medication that may have implications for working, such as drowsiness, dizziness, nausea, etc.: has completed physical therapy + injections. On percocet/gabapentin - can cause grogginess

8. Have the patient's impairments lasted, or be expected to last, at least 12 months? Yes ✓ No __

9. Is your patient a malingerer? Yes __ No ✓

10. Do emotional factors contribute to the severity of your patient's symptoms? Yes ✓ No __

11. Please identify any psychological conditions affecting your patient's physical condition:
Depression ✓ Anxiety ✓ Somatoform Disorder __ Personality Disorder __
Psychosomatic factors __ Other: __

12. Are your patient's impairments, physical and emotional, *reasonably consistent* with the symptoms and functional limitations described in this evaluation? Yes ✓ No ___

13. Are your patient's physical impairments *reasonably consistent* with the symptoms and functional limitations described in this evaluation? Yes ✓ No ---

14. *How often during a typical workday is your patient's experience of pain or other symptoms severe enough to interfere with the attention and concentration needed to perform even simple work tasks?
Never___ Rarely ___ Occasionally ___ Frequently ✓ Constantly ___

*For this and other questions on this form, "rarely" means 1 - 5% of an 8-hour workday, "occasionally" means 6 – 33% of an 8-hour workday, and "frequently" means 34 – 66% of an 8-hour workday.

15. Based on your patient's impairments, please estimate how your patient would fair, if s/he were placed in a competitive work situation, in the following categories:

A) How many minutes can your patient walk without resting or experiencing severe pain? no limitation
___ Minutes

B) How many minutes can your patient sit at one time without needing to walk around, lay down, or elevate his legs, etc. 60 Minutes

C) How many minutes can your patient can stand at one time without needing to sit down, walk around, etc.
60 Minutes:

D) What is the *total* amount of time your patient can sit and stand/walk in an 8-hour work day (with normal breaks)? (NOTE: this can add up to less than 8 hours).

| Sit | | Stand/Walk |
|---|---|---|
| ___ | <2 hours | ___ |
| ___ | around 2 hours | ___ |
| ✓ | around 4 hours | ✓ |
| ___ | ≥ 6 hours | ___ |

E) Does your patient require periods of walking around during an 8-hour work day? Yes ✓ No ___
If yes, how often does your patient need to walk? 30 minutes.
How many minutes of walking does your patient need? 5 minutes

F) Will your patient occasionally need to take unscheduled breaks during an 8-hour work day?
Yes ✓ No ___
If yes: How *often* do you think this will happen? q 1 hr
On average how *long* will your patient have to rest before returning to work? 5 min

G) *How many pounds can your patient life and carry in a competitive work situation?

| | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| < 10 lbs. | ___ | ___ | ___ | ✓ |
| 10 lbs. | ___ | ___ | ___ | ✓ |

| | | | | |
|---|---|---|---|---|
| 20 lbs. | ✓ | ___ | ___ | ___ |
| 50 lbs. | ✓ | ___ | ___ | ___ |

H) *How often can your patient perform the following activities:

| | Never | Rarely | Occasionally | Frequently |
|---|---|---|---|---|
| Twisting | ___ | ___ | ✓ | ___ |
| Stooping/Bending | ___ | ___ | ✓ | ___ |
| Crouching | ___ | ___ | ✓ | ___ |
| Squatting | ___ | ___ | ✓ | ___ |
| Climbing Stairs | ___ | ___ | ✓ | ___ |

I) Does your patient have significant limitations with reaching, handling, or fingering? Yes ___ No ✓

If yes: Please indicate the percentage of time during an 8-hour work day that your patient can use their hands, fingers, and arms for the following activities:

| | Hands: Turning, grasping, twisting objects | Fingers: Fine manipulations | Arms: Reaching (including overhead) |
|---|---|---|---|
| Right: | 100 % | 100 % | avoid % |
| Left: | 100 % | 100 % | avoid % |

J) Are your patient's impairments likely to produce "good days" and "bad days"?
Yes ✓ No ___

If yes: Please give an average estimation of how many days per month your patient is likely to be absent from work as a result of their impairment(s) or treatment(s)?

___ Never
___ About 1 day per month
___ About 2 days per month
___ About 3 days per month
___ About 4 days per month
✓ > 4 days per month

16. What is the earliest date that the restrictions and limitations in this questionnaire apply?

☐ ________________ approximately ☒ Other: January, 2016

[signature] NP 6/4, 2018
Signature of medical provider



05/21/2018 2:46PM (GMT-06:00)

Liberty/Nelson 0212

**Medical Source Statement of Mark Fraley, DO**
Re: Michelle Nelson SSN:

Michelle Nelson is my patient and is well known to me. I have reviewed the Work Restrictions Questionnaire completed by Katherine Leppard, MD on 6/4/18. I saw Michelle Nelson most recently on 6/4/18 (date), and I am in substantial agreement with the limitations and restrictions set forth in the questionnaire.

Mark Fraley DO

Date: 6/11/2018

Mark Fraley, DO
2141 N Academy Cir
Colorado Springs, CO 80909

# FUNCTIONAL ABILITIES EVALUATION

BTe TECHNOLOGIES™

## Client Information

**Client Name:** Ms. Michelle R. Nelson
**Address:**

**Dominant Hand:** Right Hand
**SSN:**

**Date of Birth:**
**Gender:** Female
**Height:** 59 inches
**Weight:** 120 lbs

## Employment Information

**Occupation:** Underwriter III
**Employer:** Wells Fargo Bank
**Address:** Colorado Springs, Colorado

## Insurance Information

**Company:** Liberty Mutual
**Address:** PO Box 7208
London, Kentucky

**Work Status:** Not currently working

**Claim #:** 76088815

**Start & Finish Date:** May 30, 2018
**Evaluator:** Kristine M. Couch, OTR

## Areas of Complaint







| General Location | Specific Location | Plane | Side | Pain Type | Pain Scale |
|---|---|---|---|---|---|
| Head | | | | Throbbing, Nausea, | 6 - High Moderate |
| Lower Back (Lumbosacral) | | | | Achiness | 6 - High Moderate |
| Neck (Cervical) | Including Upper Trapzius | | Bilateral | Achiness, Tightness | 6 - High Moderate |
| Shoulder | | | Left | Throbbing Pain That Comes/goes | 5 - Moderate |
| Lower Arm | | | Left | Pinching, Aching | 4 - Low Moderate |
| Upper Arm | | | Left | Pinching, Aching | 4 - Low Moderate |

Kristine M. Couch, OTR

INDUSTRIAL REHABILITATION EVALUATION SERVICES, LLC
770 W. HAMPDEN AVENUE #300 ENGLEWOOD CO 80110 (303) 618-5111

All testing was completed using the FOCUS System, Data Management was compiled through ODES products of BTE Technologies

Occupational Therapist

**Evaluation Summary**

Ms. Nelson arrived for her scheduled appointment punctually. She was pleasant and cooperative during testing. Prior to testing, functional capacity evaluation consent forms and privacy notices were reviewed and signed. She was driven to/from her appointment by her husband, Mark.

Please note: Ms. Nelson requested modifying the office lighting during this evaluation secondary to her migraine headache symptoms. The office lighting has been altered by a reduction of 50%, but she requested turning off the lights secondary to migraine headache and light sensitivity. Lighting was only provided by 3 tasks lamps.

Please note: During this evaluation, Ms. Nelson requested taking her prescribed medications, including Relpax and percocet secondary to her pain symptoms.

Please note: Ms. Nelson completed several of the tasks during this evaluation with errors, despite being provided with verbal instruction and demonstration. She was unaware of the errors. Also, as testing advanced, she was noted with word execution errors (please see walking test) and slurring of her speech. She indicates her speech slurs with increased migraine headaches.

The following serves as a summary of testing results. Please refer to report for details of performance and symptom response.

SITTING: Ms. Nelson was able to demonstrate a maximum sustained seated tolerance of 45 minutes before changing position secondary to her report of increased low back pain symptoms. She requested several changes of position from sitting to standing, secondary to her symptom report, during this evaluation. She indicated she is limited in sitting to approximately 1.5 hour episodes secondary to her low back pain symptoms.

STANDING: Ms. Nelson was able to demonstrate a maximum prolonged standing tolerance of maximum of 12 minutes during testing before changing position secondary to her report of increased low back pain symptoms. She reported she is limited in standing to approximately 1 hour episodes secondary to her pain symptoms. She was noted to sit, walk or stretch following the majority of standing tasks secondary to her report of increased symptoms.

WALKING: An indoor walking test was performed during this evaluation to assess Ms. Nelson's walking tolerance and gait. Ms. Nelson was able to complete 1 of 10 laps (100 feet each) of the indoor walking test completed on commercial carpet over concrete. She ambulated with a slow gait. She reported increased headache and low back pain with this test. She determined she was unable to continue with this test secondary to her symptom report. She indicated her walking tolerance varies up to 30 minute episodes secondary o her low back pain. She also indicated she is limited in walking due to light sensitivity aggravating migraine headache symptoms.

SIT/STAND TOLERANCES: A portion of this evaluation was tracked to assess sitting and standing tolerances. Of the combined 2 hours and 58 minutes timed, Ms. Nelson was able to stand for a combined total of 47 minutes, representing 26.4% of the evaluation timed. Her per episode standing tolerance varied from 2 minutes to 12 minutes maximum. She was able to sit for a combined total of 2 hours and 11 minutes, representing 73.6% of the evaluation timed. Her per episode seated tolerance varied from less than 1 minute to 45 minutes maximum. Please see the attached sit/stand report for details.

LIFTING: Ms. Nelson demonstrated the following functional lifting, carrying and pushing/pulling capacities:

Floor to knuckle level - occasional basis - unable to perform

Knuckle to shoulder level - occasional basis - 5 pounds
Shoulder level to the overhead - occasional basis - unable to perform

Bilateral upper extremity lift/carry - occasional basis for 50 feet - 5 pounds
Right upper extremity lift/carry - occasional basis for 50 feet - 5 pounds
Left upper extremity lift/carry - occasional basis for 50 feet - 5 pounds

Bilateral upper extremity push - 5.0 pounds
Bilateral upper extremity pull - 6.0 pounds

Lifting assessments were terminated based upon Ms. Nelson's report that these represented her maximum safe limits due to her report of increased neck pain, left arm pain and low back pain symptom. Her overall capacities as evidence by her ability to lift weight are perhaps most closely described BELOW the SEDENTARY work category as defined by the United States Department of Labor. Please note: She was unable to complete lifting from floor level or above shoulder level secondary to her symptom report.

1. VALIDITY: Ms. Nelson demonstrated consistency in 19 of 20 tests including: Standard Jamar Dynamometer (2 of 2 coefficients below the cut point), Jamar Maximum Voluntary Effort test (10 of 10 coefficients below the cut point and bell-shaped curve, bilaterally), Rapid Exchange Grip test (2 of 2 coefficients below the cut point), cross reference validity check (2 of 2 coefficients below the cut point, right hand), prehension (6 of 6 coefficients below the cut point), isometric push/pull (2 of 2 coefficients of variation below the cut point) and the EPIC Hand Function Sort (discrepancy scores). Using the EPIC Hand Function Sort, she perceives her abilities at the LIGHT work group with overall scores meeting the criterion score of the SEDENTARY.
2. PAIN QUESTIONNAIRES & PERCEIVED ABILITIES: The Dallas Pain Questionnaire was completed indicating a primary approach of "COMBINED MEDICAL & BEHAVIORAL INTERVENTION." The Neck Disability Index was completed with a perceived disability rating of "SEVERE." The Oswestry Low Back Pain Questionnaire was completed with a rating of "SEVERE DISABILITY." Please see attachment. Results of the EPIC Hand Function Sort indicate she perceives her abilities AT the LIGHT work group.
3. GRIP/PREHENSION: A battery of grip and pinch tests were completed. Using the Standard Jamar Dynamometer, she demonstrated right, dominant hand grip strength that is considered "below the normal range" when compared to the normal population. Her left, nondominant hand grip strength is considered "below the normal range" when compared to the normal population. She demonstrated a variation in grip strength of 17.8% between the right, dominant hand (stronger) and the left, nondominant hand with the Standard Jamar Dynamometer test. Normal subject grip strength variation is 10-15% greater with the dominant hand. Ms. Nelson reported increased left arm pain with grip testing. She demonstrated prehension scores that were considered "low" for key pinch (left hand). She demonstrated prehension scores that were considered 'significantly low" for key pinch (right hand), tip pinch (both hands) and palmar pinch (both hands).
4. FINE MOTOR: Please note: Ms. Nelson requested taking her prescribed mediation (Relpax and percocet) prior to these tests. The Purdue Pegboard tests were administered. She reported increased neck pain with the Left, Bilateral and Assembly test. She was noted to drop pieces, both hands, with the fine motor tests. She completed the Assembly test with errors, despite being provided with verbal instruction and demonstration. Her performance placed her BELOW the 10th percentile with the Right, Left, Bilateral and Assembly tests. She demonstrated decreased fine motor dexterity and coordination, bilaterally, during this evaluation.
5. REPETITIVE HORIZONTAL REACHING AND FORWARD BENDING: The Minnesota Rate of Manipulation Right and Left placing tests were attempted to assess Ms. Nelson's tolerance for repetitive horizontal reaching and forward bending. She was unable to complete one trial of the Right placing reporting increased neck pain (repetitive cervical spine flexion/extension). She reported fatigue while standing. She was unable to complete one trial of the Left placing test reporting increased neck pain (repetitive cervical spine

flexion/extension), left shoulder pain (reaching) and fatigue (standing). She completed each of these tests with errors, despite being provided with verbal instruction and demonstration. She was unable to converse during these tests, being unable to multi-task. She requested a seated rest break following this test secondary to her symptom report. She was unable to demonstrate the ability to tolerate repetitive horizontal reaching and forward bending with the right upper extremity or the left upper extremity as demonstrated by her performance in these tests.

6. REPETITIVE SUPINATION/PRONATION WHILE STEPPING SIDE TO SIDE: The Minnesota Rate of Manipulation Turning test was attempted to assess her tolerance for repetitive supination/pronation of the forearms while stepping side to side. Ms. Nelson terminated this task secondary to her report of increased neck pain (sustained cervical spine flexion) and fatigue (standing). She completed this test with errors, despite being provided with verbal instruction and demonstration. She requested a seated rest break following this test secondary to her symptom report. She was unable to demonstrate the ability to tolerate repetitive supination/pronation of the forearms while stepping side to side as evidenced by her performance in this task.

7. STANDING REACH: The F.R.O.M. Standing Reach Occasional test was attempted to assess Ms. Nelson's tolerance for standing while performing repetitive reaching between hip and shoulder level on an occasional basis. She was unable to complete this test. She reported increased neck pain looking back/forth (cervical spine rotation) with this test. She reported increased low back pain while standing. She reported difficulty with task focus. She requested verification of directions. She determined she was unable to continue with this test secondary to her symptom report. Her performance placed her at the BELOW COMPETITIVE LEVEL with MTM scores of 0%. She requested a seated rest break following this test secondary to her symptom report. She was limited in her ability to tolerate repetitive reaching between hip and shoulder level on an occasional basis as evidenced by her performance in this test.

8. AXIAL ROTATION: The F.R.O.M. Axial Rotation Reach Occasional test was attempted to assess Ms. Nelson's tolerance for standing while performing repetitive reaching between hip and shoulder level on an occasional basis. She was unable to complete this test. She reported increased neck pain looking side to side (cervical spine rotation). She reported increased low back pain with twisting motions. She determined she was unable to continue with this test secondary to her symptom report. She requested a stretching break at this point of testing secondary to her pain symptoms. Her performance placed her at the BELOW COMPETITIVE LEVEL with MTM scores of 0%. Ms. Nelson was unable to demonstrate the ability to tolerate repetitive axial rotation and reaching across midline with the right arm on an occasional basis as evidenced by her performance in this test.

9. UPPER LEVEL REACH: The F.R.O.M. Upper Level Reach Occasional test was attempted to assess Ms. Nelson's tolerance for standing while performing repetitive reaching between chest level and the overhead on an occasional basis. She was unable to complete this test. She reported increased neck pain looking upward. She was unable to manage reaching overhead secondary to her left shoulder pain and neck pain. She was unable to manage reaching overhead secondary to her symptoms. She determined she was unable to continue with this test secondary to her symptom report. Her performance placed her at the BELOW COMPETITIVE LEVEL with MTM scores of 0%. She was unable to demonstrate the ability to tolerate repetitive reaching between chest level and the overhead on an occasional basis as evidenced by her performance in this test.

10. STOOPING REACH: Please note: Ms. Nelson requested turning off the overhead lights at this point of testing due to light sensitivity and migraine headache symptoms. The F.R.O.M. Stooping Reach Occasional test was attempted to assess Ms. Nelson's tolerance for standing while performing extended horizontal reaching and forward bending on an occasional basis. She was unable to complete this test. She reported increased neck pain looking down. She reported left shoulder pain with extended reaching. She reported low back pain bending forward. She was unable to manage reaching below waist level secondary to her low back pain. She determined she was unable to continue with this test secondary to her symptom report. Her performance placed her at the BELOW COMPETITIVE LEVEL with MTM scores of 0%. She was unable to demonstrate the ability to tolerate extended horizontal reaching and forward bending on an occasional basis as evidenced by her performance in this test.

11. MULTI-LEVEL AXIAL ROTATION: The F.R.O.M. Multi-level Axial Rotation - Reach

Occasional test was attempted to assess Ms. Nelson's tolerance for working with the arms in abduction from knee level to the overhead. She was unable to complete this test. She reported increased neck pain looking up/down. She reported increased low back pain bending side to side. She reported left shoulder pain reaching with the arm in abduction. She determined she was unable to continue with this test secondary to her symptom report. She requested a seated rest break following this test secondary to her symptom report. Her performance placed her at the BELOW COMPETITIVE LEVEL with MTM scores of 0%. She was unable to demonstrate the ability to tolerate reaching with the arms in abduction from knee level to the overhead on an occasional basis as evidenced by her performance in this test.

12. STAIRS: Ms. Nelson declined the stair climbing test. She indicated that secondary to her neck pain (looking up/down), migraine headache and low back pain, she was unable to attempt this test. This was deferred for safety reasons at her request. Ms. Nelson was unable to tolerate stair climbing during this evaluation.

13. CERVICAL SPINE MOTIONS: Ms. Nelson reported increased neck pain in functional tasks involving repetitive or sustained cervical spine motions. These included cervical spine flexion (looking down), cervical spine extension (looking up) and cervical spine rotation (looking side to side). She demonstrated difficulty tolerating repetitive or sustained cervical spine motions in all planes throughout this evaluation.

14. MIGRAINE HEADACHES: Ms. Nelson requested turning off the overhead lights during this evaluation. Office lighting has been reduced by 50%, however, due to her migraine headaches and light sensitivity she was unable to tolerate the overhead lights. Lighting was provided by 3 task lights only. Ms. Nelson has significant light sensitivity which increases her migraine headache symptoms. Ms. Nelson's light sensitivity is a significant functional limitation in any work environment.

15. COGNITIVE CONCERNS: Ms. Nelson completed numerous tests with errors, despite being provided with verbal instruction and demonstration. The errors noted during this evaluation present a significant concern for her ability to accurately manage job demands. She also was noted with word execution errors, for example: instead of saying "walk down the hall" she said "walk to the bottom of the hall." She was also noted with slurring and slowness of speech which increased with her migraine headache symptoms. She was unable to converse during various tests presenting concern for multi-tasking.

16. SYMPTOM RESPONSE TO TESTING: Ms. Nelson reported her overall pain levels as a 6/10 at the onset of this evaluation. She reported her symptoms at the highest as a 7/10. She requested several rest breaks during testing secondary to her symptom report. These included stretching breaks, changing from sitting to standing during seated tasks and from standing to sitting during standing/walking tests. As requested at the completion of the evaluation, Ms. Nelson provided the following post-FCE feedback on 6-1-18 @ 11:19 am: "Yesterday, my headache turned into a full blown migraine. I came home and lied down. My neck and back hurt also. I forgot to mention that I tried dry needling with no pain relief. Currently, I go to Chiropractor and massages for pain relief. Also, woke up yesterday with a bad headache. My neck and back hurt, used a hot pack and rested for the day."

17. DEPENDABLE WORK STYLE: Ms. Nelson presents with numerous impairments which present concern for her ability to sustain purposeful activity as an Underwriter III for Wells Fargo due to migraine headache, significant light sensitivity, pain, cognitive concerns, decreased upper extremity function (weakness, decreased coordination/dexterity), decreased lifting/carrying tolerances, decreased cervical spine motions (sustained or repetitive basis - all motions), limited workplace tolerance (maximum session 3.0 hours), decreased position tolerances (sitting, standing and walking) and decreased mobility (horizontal reaching, vertical reaching, bending, squatting/kneeling, stair climbing). It is my professional opinion, that Ms. Nelson is no longer capable of maintaining and performing her job duties as an Underwriter III for Wells Fargo due to significant limitations as outlined in this evaluation. Also, she appears unable to reliably maintaining employment in any capacity, on a full-time or part-time basis, as evidenced by her performance in the evaluation.

Thank you for this referral. If you have any questions, please contact Kristine M. Couch, OTR @ 303-618-5111.

**History**

Ms. Nelson is a 49-year-old female who reports an onset of migraine headaches in 2007. She developed a rapid onset of left shoulder/arm pain in January 2016. Her migraine headaches increased in both intensity and frequency.

Diagnostic assessment included: x-rays and MRI studies (neck, head, low back).

Specialist care is provided by: Dr. Fraley (primary care physician), Dr. Leppard (physiatry), Dr. Komatineni (neurology) and Dr. Sandell (pain management).

She received cervical spine injections, completed by Dr. Benecke. She developed a cervical spine syrinx. She has received injections for migraine headaches, including Botox.

She has had trigger point injections to the low back and shoulders.

She participated in physical therapy for low back pain.

Clinical impressions include
1. Myofascial pain syndrome
2. Migraine headaches
3. Cervical spondylosis
4. Cervicalgia
5. Degenerative disc disease

Ms. Nelson reports her primary complaints of pain include: migraine headaches, neck pain, left shoulder pain, left upper arm pain, left forearm pain and low back pain.

She is sensitive to light and smells, which may trigger or worsen a migraine headache.

She reports brain fog, which worsens with headaches. For example, she reports difficulty understanding or retaining information.

She reports her pain complaints at the highest within the last 30 days as a 10/10. She reports her pain complaints at the onset of this evaluation as a 6/10. Ms. Nelson reports her pain complaints at the lowest within the last 30 days as a 4/10.

She reports lying down (including a darkened room) up to three days at a time due to migraine headaches.

Factors which aggravate her pain complaints include: lights, smells, noise, looking at a computer screen, physical activity, neck motions (sustained or repetitive - all planes) and looking down (increased neck pain). Factors that ease her symptoms include: lying down in dark room, medication (at times), hot packs, bed rest and cold packs.

Medication use includes: Meloxicam, Baclofen, relpax, gabapentin, Ambien, percocet and Effexor.

Educational/Occupational History:
Ms. Nelson received an Associate degree in Business Administration. Her occupational history has included: Wells Fargo (25 years - encoder, customer service, manager, underwriter, team lead, trainer). Her most recent occupation was working as an Underwriter for Wells Fargo. Her job duties included: take application information from computer, review applicants' income, assets, tax returns and appraisals to assess approval for a home loan. She last worked in January 28, 2016. She was unable to perform her job duties secondary to severe left arm pain.

Activities of Daily Living:
She reports the following status with activities of daily living:

Dressing - at times, does not dress - will stay in pajamas due to severe pain, including migraine headaches
Hygiene/grooming - able to manage
Cooking - husband does majority of cooking - once starts moving around - pain will flare up
Cleaning - husband does housecleaning - due to pain symptoms is unable to do any cleaning
Laundry - husband does laundry - due to pain symptoms is unable to carry laundry, sort/fold or place/remove laundry in/out of washer/dryer
Driving - at times, is unable to drive due to bad headache, neck pain, back pain or migraine headaches; at times drives short distances
Grocery shopping - husband does majority of grocery shopping; will do light grocery shopping or quick trips - only able to do quick trips if pain is less
Yard work - unable to do yard work due to pain, light sensitivity, odor sensitivity and sound sensitivity
Hobbies/leisure interests - spending time with family; unable to go hiking due to pain symptoms

Ms. Nelson reports the following positional tolerances:
Sitting - able to sit about 1.5 hours maximum then prefers to change position due to increased low back pain
Standing - 1 hour then needs to sit due to low back pain
Walking - varies depending on pain levels - up to 30 minutes maximum then needs to stop/rest due to low back pain; light sensitivity affects walking tolerance
Lifting - gallon of milk

**EPIC Hand Function Sort (HFS)**

The Hand Function Sort (HFS) was administered to Ms. Nelson in order to determine her perception of her current ability to perform various handling tasks. The evaluee was asked to indicate her level of ability to perform each of the tasks using a scale similar to the one below.

If the client perceived she could perform the task with no difficulty, she circled #1. If the client could not perform the task at all, she circled #5. If the client felt she could perform the task, but not without experiencing some difficulty, she circled #2, #3, #4 depending on how restricted she believed she would be when she performed that task. If the client was uncertain of whether or not she could perform the task, she circled the question mark "?", which was interpreted as "I don't know."

Each of the sixty-two tasks was presented to the client as a written description and a drawing. It is not necessary for the client to consider whether she can perform the task exactly as shown in the drawing. The drawing is provided only to help explain the written description.

The Hand Function Sort uses several internal reliability checks that are built into the structure of the test.

To confirm the degree to which the evaluee used care in responding to the test items, there are 3 pairs of highly similar items (Item 1 and Item 14, Item 18 and Item 33, and Item 55 and Item 60) that research has demonstrated client's score identically more than 90% of the time. These pairs are used to calculate a "Discrepancy Score" based on the difference between each pair, and across all three pairs. For example, if the evaluee's response to Item 1 is "2" and to Item 14 is "5" and both of the other pairs were scored at the same level for each pair, the Discrepancy Score would be three (5-2=3). A discrepancy score of 4 or more indicates that the test results should be interpreted with caution. It is usually best to review the test results with the client and re-administer the test.

In the present case, Ms. Nelson's discrepancy score was ZERO, indicating a reliable result.

To confirm the degree to which the evaluee has made a diligent effort in considering the items, the total number of "Don't Know" scores has been calculated. Hand-impaired research subjects selected the set of items in the HFS from a pool of more than 200 items. Items from this pool that comprise the HFS were included because of high item reliability and each item's

acceptance. That is, each item was scored consistently by these subjects as some level from "Able" to "Unable" more than 95% of the time. Items in the original pool that subjects were not able to provide a stable estimate of ability were not included. Thus in the HFS if 6 or more items are scored by the evaluee as "Don't Know" the results should be interpreted with caution. It is usually best to review the test results with the evaluee and re-administer the test.

In the present case, Ms. Nelson's Don't Know Score was ZERO, indicating that she probably made a diligent effort in responding to the test items.

To confirm the degree to which the client's response pattern was internally consistent, "group scores" have been calculated and compared to expected scores according to the United States Department of Labor Physical Demand Characteristics system for grading the strength demands of the HFS tasks. Given a total score for the HFS, a progressive pattern of group scores is normally found. If for example, the client has a total HFS score of 110, the group score for Item 1 through Item 16 usually ranges from 48-64. Similarly if the client has a total HFS score of 180, the group score for Item 1 through Item 16 usually ranges from 48-64 and the group score for Item 17 through Item 34 usually ranges from 54 through 72.

| PDC Group Criterion? | Items | Usual Range | Client's Score | Met |
|---|---|---|---|---|
| Sedentary | 1-16 | 48-64 | 61 | yes |
| Light | 17-34 | 54-72 | 54 | yes |
| Medium | 35-52 | 54-72 | 6 | no |
| Heavy | 53-62 | 30-40 | 0 | no |

Compared to the Physical Demand Characteristics system described above, her responses indicate that she perceives herself AT the LIGHT PDC Level. In the present case, Ms. Nelson's PDC Group Scores MET the criterion score of the SEDENTARY PDC Group.

HFS RPC Scores

Ms. Nelson's Rating of Perceived Capacity (RPC) score placed her BETWEEN 45-50th percentile when compared with unemployed female patients in rehabilitation programs; and BETWEEN the 10-15th percentile when compared to employed women who are healthy.

**Work Simulation** **Minnesota Rate of Manipulation Test** May 30, 2018 11:09:51 AM

The Minnesota Rate of Manipulation Test (MROM) was used to evaluate manual speed and dexterity, sustained horizontal reaching within 12 inches of the body, and repetitive horizontal reaching beyond 12 inches of the body. This test specifically evaluates sustained eye/hand coordination, repetitive fingering, repetitive light palmar pinch (dominant hand and both hands), and repetitive forearm supination and pronation.

**Position:** standing **Reason for terminating:** see below

| | Pre heart rate | Post heart rate | Right hand placing | Left hand placing | Turning |
|---|---|---|---|---|---|
| Trial 1: | 80 BPM | 86 BPM | 34 sec *3/15 rows | 22 sec *2/15 rows | 33 sec *1/4 rows |
| Trial 2: | | | unable | unable | unable |
| Trial 3: | | TOTAL | n/a | n/a | n/a |

**Evaluator Comments**

The right and left placing tests were selected to assess Ms. Nelson's tolerance for repetitive horizontal reaching and forward bending. The turning tests were selected to assess her tolerance for repetitive supination/pronation of the forearms while stepping side to side. Tests were administered while standing. Two trials are required to retrieve normative data.

Right placing: Ms. Nelson terminated this test after 3 of 15 vertical rows. She reported increased neck pain with repetitive neck motions (cervical spine flexion/extension). She reported fatigue with standing.

Left placing: Ms. Nelson terminated this test after 2 of 15 vertical rows. She reported increased neck pain with repetitive neck motions (cervical spine flexion/extension). She reported left shoulder pain with repetitive reaching away from the body. She reported fatigue with standing.

Turning: Ms. Nelson terminated this test after 1 of 4 horizontal rows. She reported increased neck pain looking down (sustained cervical spine flexion). She reported fatigue with standing.

Ms. Nelson was unable to converse during these tests, being unable to multi-task.

She completed each of the above tests with errors, despite being provided with verbal instruction and demonstration.

She requested a seated rest break following these tests secondary to her symptom report.

PAIN REPORT: 7/10

**Work Simulation** **Purdue Pegboard Test** May 30, 2018 11:15:53 AM

The Purdue Pegboard Test was used to assess fingertip dexterity and gross movement of hand, fingers and arms.

**Position:** seated **Reason for terminating:** n/a **Symptom response:** see below

| Right hand | Left Hand | Bilateral | Assembly |
|---|---|---|---|
| 11 pieces | 11 pieces | 8 pairs | 12 pieces |

**Evaluator Comments**

Ms. Nelson requested taking her prescribed dosage of Relpax and Percocet prior to this test.

These tests were selected to assess Ms. Nelson's fine motor dexterity. Tests were administered while seated. Observations and reports are as follows:

Right: drops with right hand; fatigue reported
Left: drops with left hand; increased neck pain reaching
Bilateral: neck "tender, tight"
Assembly: neck pain reported; hard to concentrate - completed with errors

| TEST | PERCENTILE |
|---|---|
| Right | less than 10th percentile |
| Left | less than 10th percentile |
| Bilateral | less than 10th percentile |
| Assembly | less than 10th percentile |

PAIN REPORT: 7/10

## Work Simulation WEST Lifting Evaluation

May 30, 2018 11:55:50 AM

The WEST Lifting Evaluation was used to assess the client's maximal lifting capacity in a safe and reliable manner. Under close supervision, presenting a carefully graded series of loads in a bilateral lift, the client demonstrated the the following lifting capacities:

**body mechanics:** limited **pacing:** slow

| pre-heart rate | floor to knuckle lifting | knuckle to shoulder lifting | shoulder to overhead lifting | post heart rate |
|---|---|---|---|---|
| 72 BPM | unable | 5# occasional | unable | 83 BPM |

**Evaluator Comments**

Please note modification to office lighting secondary to Ms. Nelson's light sensitivity and headache symptoms.

Ms. Nelson was unable to demonstrate the ability to complete a bilateral upper extremity lift from floor to knuckle level on an occasional basis. She reported that secondary to her low back pain, left arm pain and neck pain, she was unable to safely manage lifting at this level by forward bending, squatting, kneeling or 1/2 kneeling.

Ms. Nelson was able to complete a maximum bilateral upper extremity lift of 5 pounds from knuckle to shoulder level on an occasional basis. She completed this with an underhand grip. She reported increased left arm pain and neck pain as her primary limiting factors. She determined this represented her maximum safe, reliable lift at this level at this time secondary to her symptom report.

Ms. Nelson was unable to demonstrate the ability to complete a bilateral upper extremity lift from shoulder level to the overhead. She reported that secondary to her left arm pain and neck pain she was unable to safely manage lifting at this level at this time.

PAIN REPORT: 7.5/10

## Work Simulation Dynamic Carry

May 30, 2018 11:58:57 AM

The client was assessed for the ability to lift/carry weight. Weight is lifted from a starting height of 30 inches from the floor. The client completed bilateral and unilateral lifts/carries for 30 feet. Lifts/carries are terminated for the following reasons: psychosocial, biomechanical and job demands.

**Body Mechanics:** limited **Pacing:** slow **Perceived Exertion Lev:** medium

**Pain Rating:** 7.5/10

| Bilateral lift/carry | Right hand lift/carry | Left hand lift/carry |
|---|---|---|
| 5# for 50 ft | 5# for 50 ft | 5# for 50 ft |

**Evaluator Comments**

Ms. Nelson was able to complete a maximum bilateral upper extremity carry of 5 pounds for 50 feet on an occasional basis. She completed this with an underhand grip. She reported increased left arm pain, low back pain and neck pain as her primary limiting factors. She determined this represented her maximum safe, reliable carry at this time secondary to her symptom report.

Ms. Nelson was able to complete a maximum one-handed (right) carry of 5 pounds for 50 feet on an occasional basis. She completed this with the arm dependent at her side. She reported increased low back pain and neck pain as her primary limiting factors. She determined this represented her maximum safe, reliable carry at this time secondary to her symptom report.

Ms. Nelson was able to complete a maximum one-handed (left) carry of 5 pounds for 50 feet on an occasional basis. She completed this with the arm dependent at her side. She reported increased left arm pain (including the shoulder), low back pain and neck pain as her primary limiting factors. She determined this represented her maximum safe, reliable carry at this time secondary to her symptom report.

PAIN REPORT: 7.5/10

**Work Simulation** **Walking test** May 30, 2018 12:06:22 PM

Client was asked to walk for a distance of 1000ft on a low-pile carpeted surface. The client was instructed to walk at a comfortable pace.

**Adaptive Equipment:** none

| Time taken (Mins.secs) | Initial Heart Rate (bpm) | Final Heart Rate (bpm) | Distance Completed (ft) |
|---|---|---|---|
| 44 seconds | 71 BPM | 78 BPM | 100 feet |

**Evaluator Comments**

Ms. Nelson was able to complete 1 of 10 laps (100 feet each) of the indoor walking test completed on commercial carpet over concrete.

She ambulated with a slow gait pattern.

She reported increased headache symptoms and low back pain.

Ms. Nelson indicates that as her migraine headache symptoms increase, she slurs words. This was evident at this point of testing.

Also, in verifying the directions for this indoor test, instead of saying "walk to the end of the hall" she said "walk to the bottom of the hall."

PAIN REPORT: 7.5/10

**Work Simulation** **Stair Climbing** May 30, 2018 12:08:11 PM

Client was asked to ascend/descend a series of 4 stairs for a total of 10 cycles. Gait patterns and performance behaviours will be recorded to determine tolerance for activity.

| Time (min,secs) | Initial Heart Rate (bpm) | Final Heart Rate (bpm) | Stairs Ascended | Stairs Descended |
|---|---|---|---|---|
| n/a | n/a | n/a | declined | declined |

**Evaluator Comments**

Ms. Nelson declined the stair climbing test.

She indicated that secondary to her neck pain (looking up/down), migraine headache and low back pain, she was unable to attempt this test.

This was deferred for safety reasons at her request.

## Hand Grip Strength

The JAMAR hand dynamometer was used in order to quantify grip strength and determine whether Ms. Michelle R. Nelson exerted consistent effort during grip testing. Ms. Michelle R. Nelson was tested using the standard, maximum voluntary effort and rapid exchange hand grip protocols. Ms. Michelle R. Nelson is right hand dominant. Normative data is based on the assumption that right and left hand dominant subjects, analyzed separately show little functional difference between their mean scores.[1, 2]

### Standard Hand Grip

May 30, 2018 10:41:12 AM



The client squeezes the hand grip dynamometer for a three second trial duration. A rest period of 5 seconds is given before testing the other hand. This process is repeated three times. The average of the three trials is compared to published normative data[1, 2]







| | Left | Right |
|---|---|---|
| Trial #1 | 34.7 lbs. | 44.1 lbs. |
| Trial #2 | 36.5 lbs. | 42.4 lbs. |
| Trial #3 | 31.2 lbs. | 38.0 lbs. |
| Average | 34.1 lbs. | 41.5 lbs. |
| Maximum | 36.5 lbs. | 44.1 lbs. |
| COV | 6.5% | 6.2% |
| Diff L Vs. R | 17.8% | |

Ms. Michelle R. Nelson's grip strength was compared to age and gender matched normative data. The published normal grip strength range for the left hand is from 43.3 lbs to 68.7 lbs.[1, 2] Ms. Michelle R. Nelson displayed an average force of 34.1 lbs. which is considered in the below normal range when compared to the normal population of the referenced study. The published normal grip strength range for the right hand is from 47.1 lbs to 77.3 lbs.[1, 2] Ms. Michelle R. Nelson displayed an average force of 41.5 lbs. which is considered in the below normal range when compared to the normal population of the referenced study. The coefficient of variation was 6.5% for the left hand and 6.2% for the right hand. Values greater than 15% may be an indicator of inconsistent effort.

**Evaluator Comments**

Please note strength differences between the right, dominant hand and left, nondominant hand with this test. Normal subject grip strength variation is 10-15% greater with the dominant hand.

Ms. Nelson reported no symptoms with this test.

### Maximum Voluntary Effort (MVE)

May 30, 2018 10:44:48 AM



The hand dynamometer is set to each of the five available positions which vary the client's grip size. The results for each of the average maximum forces during each position are displayed by the corresponding bar graphs.







| | Left | COV | Right | COV |
|---|---|---|---|---|
| Pos #1 | 18.5 lbs. | 3.1% | 24.2 lbs. | 10.9% |
| Pos #2 | 30.2 lbs. | 10.2% | 38.4 lbs. | 5.9% |
| Pos #3 | 21.6 lbs. | 10.6% | 28.6 lbs. | 14.9% |
| Pos #4 | 13.7 lbs. | 6.6% | 23.3 lbs. | 11.1% |
| Pos #5 | 15.9 lbs. | 6.4% | 19.2 lbs. | 12.3% |
| St. Dev. | 5.8 Lbs. | | 6.6 Lbs. | |

Using the Maximum Voluntary Effort (MVE) protocol over a range of five positions on the hand dynamometer, it is expected that with maximal effort the strength graphs obtained result in a bell-shaped curve.[3, 11, 13] Graphs that appear flattened or irregular may indicate submaximal effort. The graph obtained for Ms. Michelle R. Nelson did demonstrate a bell curve. This corresponds to a consistent effort.

**Evaluator Comments**

Please note strength differences between the right, dominant hand and left, nondominant hand with this test. Normal subject grip strength variation is 10-15% greater with the dominant hand.

Ms. Nelson reported increased left arm pain with this test.

PAIN REPORT: 4/10

## Rapid Exchange Grip (REG)

May 30, 2018 10:59:28 AM



The hand dynamometer is set to position 2. The client applies a maximum force for a one second trial duration quickly alternating between hands. The average maximum force for all six trials is compared to the maximum voluntary effort value in the same position for reliability purposes.[13]




| | Left | Right |
|---|---|---|
| Trial #1 | 19.9 lbs. | 21.6 lbs. |
| Trial #2 | 21.0 lbs. | 26.9 lbs. |
| Trial #3 | 27.8 lbs. | 28.9 lbs. |
| Trial #4 | 27.2 lbs. | 28.1 lbs. |
| Trial #5 | 19.2 lbs. | 18.4 lbs. |
| Trial #6 | 18.7 lbs. | 20.5 lbs. |
| **Average** | **22.3 lbs.** | **24.1 lbs.** |
| **Maximum** | 27.8 lbs. | 28.9 lbs. |
| **Diff L Vs. R** | 7.4% | |

The peak average force value recorded during the maximum voluntary effort protocol was 38.4 lbs performed at position 2. The Rapid Exchange Grip (REG) protocol was therefore administered at this position. A negative rapid exchange grip (REG) occurs when the average of the values recorded during the rapid exchange grip protocol are less than the average of the values recorded during the maximum voluntary effort protocol in the same position and for the same hand. Conversely, a positive REG occurs when the average of the values recorded during the rapid exchange grip protocol exceed the average of the values recorded during the maximum voluntary effort protocol in the same position and for the same hand. A negative REG allows the evaluator to have more confidence that the evaluee is performing maximally. A positive REG may be an indicator of submaximal effort.[13] Ms. Michelle R. Nelson produced an average value of 22.3 lbs for the left hand and 24.1 lbs for the right hand during the rapid exchange protocol. She produced an average value of 30.2 lbs for the left hand and 38.4 lbs for the right hand during the maximum voluntary effort protocol. Ms. Michelle R. Nelson therefore demonstrated a negative REG which may be an indicator of maximal effort.

**Evaluator Comments**

no change in sra

## Cross-Reference Validity Check




Tests repeated at intervals with full volitional effort should not have more than a 20% variation in force readings.[23, 33] The peak average force values obtained from testing in position 2 during the standard grip strength test were 34.1 lbs. for her left hand and 41.5 lbs. for her right hand. During the maximum voluntary effort protocol the peak average force in position 2 was 30.2 lbs. for her left hand and 38.4 lbs. for her right hand. These values should be within 20% of the standard handgrip results. Ms. Michelle R. Nelson's results for the left hand are within 11.4% and her right hand are within 7.5% of the standard handgrip. These results may be an indicator of maximal effort.

[1] Mathiowetz V, Kashman N, Volland G, Weber K, Dowe M, Rogers S. 1985. Grip and pinch strength: normative data for adults. Arch Phys Med Rehabil 66:69-74.
[2] Mathiowetz V, Wiemer D, Federman S. 1986. Grip and pinch strength: norms for 6- to 19- year olds. Am J Occup Ther 40(10):705-11.
[3] Stokes H. 1983. The seriously uninjured hand - weakness of grip. J Occup Med 25(9):683-684.
[11] Niebuhr B, Marion R. 1990. Voluntary control of submaximal grip strength. Am J Phys Med Rehabil 69(2): 96-101.
[12] Matheson L, Carlton R, Niemeyer L. 1988. Grip strength in a disabled sample: reliability and normative standards. Ind Rehabil Q 1(3):9,17-23.
[13] Hildreth D, Breidenbach W, Lister G, Hodges A. 1989. Detection of submaximal effort by use of the rapid exchange grip. J Hand Surgery 14A(4): 742-745.
[22] Klimek E, Strait J. 1997. Volition in impairment rating: the validity of effort assessment. J Occup Med 6(2) 9-18.
[23] Janda D, Geiringer S, Hankin F, Barry D. 1987. Objective evaluation of grip strength. J Occup Med 29(7):569-571.
[33] American Medical Association. 1993. Guides to the Evaluation of Permanent Impairment, 4th Edition.

## Pinch Strength

The FOCUS pinch strength test is performed to quantify pinch strength as compared to population norms.† Ms. Michelle R. Nelson was asked to perform three forms of pinch strength tests including the tip, key and palmar pinch. The data demonstrated that Ms. Michelle R. Nelson's tip pinch strength was significantly low for both the left and right hand. Her left hand was 6.6% weaker than the right hand. Key pinch strength was low for the left hand and significantly low for the right hand. Her left hand was 3.6% stronger than the right hand. Palmar pinch strength was significantly low for both the left and right hand. Her left hand was 11.8% weaker than the right hand which is consistent with published population norms.



The client squeezes the pinch gauge using a key pinch for a three second trial duration. A rest period of 5 seconds is given before testing the other hand. This process is repeated three times. The average of the three trials is compared to puplished population normal values.†

### Key Pinch Strength

May 30, 2018 11:05:27 AM




| | Left | Right |
|---|---|---|
| Trial #1 | 11.5 lbs. | 11.5 lbs. |
| Trial #2 | 11.5 lbs. | 11.5 lbs. |
| Trial #3 | 11.4 lbs. | 10.3 lbs. |
| Average | 11.5 lbs. | 11.1 lbs. |
| Maximum | 11.5 lbs. | 11.5 lbs. |
| COV | 0.4% | 5.1% |
| Diff L Vs. R | 3.6% | |



The client squeezes the pinch gauge using a palmar pinch for a three second trial duration. A rest period of 5 seconds is given before testing the other hand. This process is repeated three times. The average of the three trials is compared to puplished population normal values.†

### Palmar Pinch Strength




| | Left | Right |
|---|---|---|
| Trial #1 | 9.2 lbs. | 10.7 lbs. |
| Trial #2 | 10.6 lbs. | 11.4 lbs. |
| Trial #3 | 9.2 lbs. | 10.9 lbs. |
| Average | 9.7 lbs. | 11.0 lbs. |
| Maximum | 10.6 lbs. | 11.4 lbs. |
| COV | 6.8% | 2.7% |
| Diff L Vs. R | 11.8% | |



The client squeezes the pinch gauge using a tip pinch for a three second trial duration. A rest period of 5 seconds is given before testing the other hand. This process is repeated three times. The average of the three trials is compared to puplished population normal values.†

### Tip Strength

0 1 2 3 0 1 2 3

| | Left | Right |
|---|---|---|
| Trial #1 | 6.8 lbs. | 7.8 lbs. |
| Trial #2 | 6.6 lbs. | 7.8 lbs. |
| Trial #3 | 6.8 lbs. | 5.9 lbs. |
| Average | 6.7 lbs. | 7.2 lbs. |
| Maximum | 6.8 lbs. | 7.8 lbs. |
| COV | 1.4% | 12.5% |
| Diff L Vs. R | 6.6% | |




**Evaluator Comments**

Please note strength differences between the right, dominant hand and left, nondominant hand with this test. Normal subject grip strength variation is 10-15% greater with the dominant hand.

Ms. Nelson reported no symptoms with this test.

PAIN REPORT: 4/10

† Mathiowetz V, Kashman N, Volland G, Weber K, Dowe M, Rogers S. 1985. Grip and pinch strength: normative data for adults. Arch Phys Med

## FCE Pull

An assessment of pulling force was completed using the BTE Technologies algometer.
Results reflect average force, peak force and coefficient of variation.

**Test Date:** May. 30, 2018 12:05:05 PM




| | |
|---|---|
| **Trial 1:** 6.3 lbs | **Average:** 6.0 lbs |
| **Trial 2:** 6.5 lbs | **COV:** 9.5% |
| Trial 3: 5.2 lbs | **Pain Scale:** 7 |

Ms. Michelle R. Nelson reached an average peak force of 6.0 lbs. for the FCE Pull test. The coefficient of variation was 9.5% during the FCE Pull. Values greater than 15% may be an indicator of submaximal effort. Ms. Michelle R. Nelson rated her pain during testing at 7 on a ten-point scale.

**Evaluator Comments**

Bilateral upper extremity pull with forearms pronated.

Staggered stance, right leg forward.

## FCE Push

An assessment of pushing force was completed using the BTE Technologies algometer.
Results reflect average, peak forces and coefficient of variation.

**Test Date:** May. 30, 2018 12:03:27 PM




| | |
|---|---|
| **Trial 1:** 4.8 lbs | **Average:** 5.0 lbs |
| **Trial 2:** 5.5 lbs | **COV:** 6.6% |
| Trial 3: 4.8 lbs | **Pain Scale:** 7 |

Ms. Michelle R. Nelson reached an average peak force of 5.0 lbs. for the FCE Push test. The coefficient of variation was 6.6% during the FCE Push. Values greater than 15% may be an indicator of submaximal effort. Ms. Michelle R. Nelson rated her pain during testing at 7 on a ten-point scale.

**Evaluator Comments**

Bilateral upper extremity push with forearms pronated.

Staggered stance, right leg forward.

**Occasional - F.R.O.M. | Multi-Level Axial Rotation Reach**



The client while maintaining the assigned posture moves five rows of pegs from one panel to multiple others at varying heights and back using a hand to hand transfer. A total of two cycles are completed

The Sustained Multi-Level Axial Rotation Reach Evaluation protocol was used to determine Ms. Michelle R. Nelson's ability to perform multi-level reaching activities on a sustained basis. Ms. Michelle R. Nelson was tested using the Functional Range of Motion (FROM) System and the performance was calculated using the internationally-recognized MTM (methods-time measurement) standard. Methods-Time Measurement (MTM) is the industrial engineering-based method for the determination of time-motion performance in conjunction with work-related activities. The MTM standard score allows for the means to determine an exact percentage score of performance against the most widely recognized criteria for the assessment of time-motion activities. MTM scoring is based on a criterion referenced time-motion standard to complete a task as opposed to an estimate of ability.

| Test Date | Time (min) | MTM Percentage | MTM Rating |
|---|---|---|---|
| May 30, 2018 11:52:38 AM | 02:15 | 0% | Below Competitive |

The test scoring is based upon the total time necessary to complete two cycles of the task. The time required to complete the test is converted automatically into the equivalent MTM (methods-time measurement) standard score. Ms. Michelle R. Nelson had a MTM score of 0% which correlates to a rating of below competitive.

**Evaluator Comments**

This test was selected to assess Ms. Nelson's tolerance for reaching with the arms in abduction from knee level to the overhead on an occasional basis.

She terminated this test after less than 0.25 of 2 cycles.

She reported increased neck pain looking up/down. This consists of combination cervical rotation and flexion/extension.

She reported increased low back pain bending side to side.

She reported left shoulder pain reaching with the left arm in abduction.

She determined she was unable to continue with this test secondary to her symptom report.

She requested a seated rest break following this test secondary to her symptom report.

PAIN REPORT: 7/10

**Occasional - F.R.O.M. | Axial Rotation Reach**



The client while maintaining the assigned posture moves five rows of pegs from one panel to another and back using a hand to hand transfer. A total of five cycles are completed.

The Sustained Standing Reach with Axial Rotation Evaluation protocol was used to determine Ms. Michelle R. Nelson's ability to perform axial rotation activities in a standing position and performing functional reaching on a sustained basis. Ms. Michelle R. Nelson was tested using the Functional Range of Motion (FROM) System and the performance was calculated using the internationally-recognized MTM (methods-time measurement) standard. Methods-Time Measurement (MTM) is the industrial engineering-based method for the determination of time-motion performance in conjunction with work-related activities. The MTM standard score allows for the means to determine an exact percentage score of performance against the most widely recognized criteria for the assessment of time-motion activities. MTM scoring is based on a criterion referenced time-motion standard to complete a task as opposed to an estimate of ability.

| Test Date | Time (min) | MTM Percentage | MTM Rating |
|---|---|---|---|
| May 30, 2018 11:33:37 AM | 00:25 | 0% | Below Competitive |

The test scoring is based upon the total time necessary to complete five cycles of the task. The time required to complete the test is converted automatically into the equivalent MTM (methods-time measurement) standard score. Ms. Michelle R. Nelson had a MTM score of 0% which correlates to a rating of below competitive.

**Evaluator Comments**

This test was selected to assess Ms. Nelson's tolerance for repetitive axial rotation (twisting) and reaching across midline with the left arm between hip and shoulder level on an occasional basis.

She terminated this test after moving one row of the first of 4 cycles.

She reported increased neck pain looking side to side (cervical spine rotation).

She reported increased low back pain with twisting.

She requested a stretching break at this point of testing secondary to her pain symptoms.

She determined she was unable to continue with this test secondary to her symptom report.

PAIN REPORT: 6/10

**Occasional - F.R.O.M. Standing Position Reach**



The client while maintaining the assigned posture moves five rows of pegs from one panel to another and back using a hand to hand transfer. A total of four cycles are completed.

The Sustained Standing with Distance Reach Evaluation protocol was used to determine Ms. Michelle R. Nelson's ability to perform activities requiring distance reaching in a standing position on a sustained basis. Ms. Michelle R. Nelson was tested using the Functional Range of Motion (FROM) System and the performance was calculated using the internationally-recognized MTM (methods-time measurement) standard. Methods-Time Measurement (MTM) is the industrial engineering-based method for the determination of time-motion performance in conjunction with work-related activities. The MTM standard score allows for the means to determine an exact percentage score of performance against the most widely recognized criteria for the assessment of time-motion activities. MTM scoring is based on a criterion referenced time-motion standard to complete a task as opposed to an estimate of ability.

| Test Date | Time (min) | MTM Percentage | MTM Rating |
|---|---|---|---|
| May 30, 2018 11:27:55 AM | 01:11 | 0% | Below Competitive |

The test scoring is based upon the total time necessary to complete four cycles of the task. The time required to complete the test is converted automatically into the equivalent MTM (methods-time measurement) standard score. Ms. Michelle R. Nelson had a MTM score of 0% which correlates to a rating of below competitive.

**Evaluator Comments**

This test was selected to assess Ms. Nelson's tolerance for sustained standing while performing repetitive reaching between hip and shoulder level on an occasional basis.

She terminated this test after less than 0.5 of 4 cycles.

She reported increased neck pain looking side to side (cervical spine rotation).

She reported increased low back pain while standing.

She reported difficulty with task focus. She requested verification of instructions.

She determined she was unable to continue with this test secondary to her symptom report.

She requested a seated rest break following this test secondary to her symptom report.

PAIN REPORT: 6/10

**Occasional - F.R.O.M. Stooping Reach with 36" Displacement**



The client while maintaining the assigned posture moves five rows of pegs from one panel to another and back using a hand to hand transfer. A total of five cycles are completed.

The Sustained Stooping Reach with 36" Horizontal Displacement protocol was used to determine Ms. Michelle R. Nelson's ability to perform stooping activities with horizontal displacement functional reaching on a sustained basis. Ms. Michelle R. Nelson was tested using the Functional Range of Motion (FROM) System and the performance was calculated using the internationally-recognized MTM (methods-time measurement) standard. Methods-Time Measurement (MTM) is the industrial engineering-based method for the determination of time-motion performance in conjunction with work-related activities. The MTM standard score allows for the means to determine an exact percentage score of performance against the most widely recognized criteria for the assessment of time-motion activities. MTM scoring is based on a criterion referenced time-motion standard to complete a task as opposed to an estimate of ability.

| Test Date | Time (min) | MTM Percentage | MTM Rating |
|---|---|---|---|
| May 30, 2018 11:46:39 AM | 01:06 | 0% | Below Competitive |

The test scoring is based upon the total time necessary to complete five cycles of the task. The time required to complete the test is converted automatically into the equivalent MTM (methods-time measurement) standard score. Ms. Michelle R. Nelson had a MTM score of 0% which correlates to a rating of below competitive.

**Evaluator Comments**

She requested turning off the office lights at this point of testing due to light sensitivity and migraine headache symptoms.

This test was selected to assess Ms. Nelson's tolerance for extended horizontal reaching and forward bending while performing repetitive reaching on an occasional basis.

She terminated this test after less than 0.5 of 5 cycles.

She reported increased neck pain looking down.

She reported left shoulder pain and neck pain with extended reaching.

She reported increased low back pain while bending forward. She was unable to manage reaching below waist level secondary to her low back pain.

She determined she was unable to continue with this test secondary to her symptom report.

PAIN REPORT: 7/10

**Occasional - F.R.O.M. | Upper Level Reach**



The client while maintaining the assigned posture moves five rows of pegs from one panel to another and back using a hand to hand transfer. A total of five cycles are completed.

The Sustained Upper Level Reach protocol was used to determine Ms. Michelle R. Nelson's ability to perform shoulder level and above reaching activities on a sustained basis. Ms. Michelle R. Nelson was tested using the Functional Range of Motion (FROM) System and the performance was calculated using the internationally-recognized MTM (methods-time measurement) standard. Methods-Time Measurement (MTM) is the industrial engineering-based method for the determination of time-motion performance in conjunction with work-related activities. The MTM standard score allows for the means to determine an exact percentage score of performance against the most widely recognized criteria for the assessment of time-motion activities. MTM scoring is based on a criterion referenced time-motion standard to complete a task as opposed to an estimate of ability.

| Test Date | Time (min) | MTM Percentage | MTM Rating |
|---|---|---|---|
| May 30, 2018 11:43:09 AM | 00:38 | 0% | Below Competitive |

The test scoring is based upon the total time necessary to complete five cycles of the task. The time required to complete the test is converted automatically into the equivalent MTM (methods-time measurement) standard score. Ms. Michelle R. Nelson had a MTM score of 0% which correlates to a rating of below competitive.

**Evaluator Comments**

This test was selected to assess Ms. Nelson's tolerance for sustained standing while performing repetitive reaching between chest level and the overhead on an occasional basis.

She terminated this test after less than 0.5 of 5 cycles.

She reported increased neck pain looking upward. She was unable to manage reaching overhead secondary to her left shoulder pain and neck pain.

She reported increased left shoulder pain reaching upward.

She determined she was unable to continue with this test secondary to her symptom report.

PAIN REPORT: 6/10

# Oswestry Low Back Pain Disability Questionnaire

**Date** May 30, 2018

Please read:
This questionnaire has been designed to give the doctor/clinician information as to how your back pain has affected your ability to manage in everyday life. Please answer every section, and mark in each section only the ONE sentence which applies to you. We realize you may consider that two of the statements in any one section relate to you, but please just mark the sentence which most closely describes your problem

**Section 1 - Pain Intensity**
- [ ] I can tolerate the pain I have without having to use pain killers.
- [ ] The pain is bad but I manage without taking pain killers.
- [ ] Pain killers give complete relief from pain.
- [x] Pain killers give moderate relief from pain.
- [ ] Pain killers give very little relief from pain.
- [ ] Pain killers have no effect on the pain and I do not use them.

**Section 2 - Personal Care (Washing, Dressing, etc)**
- [x] I can look after myself normally without causing extra pain.
- [ ] I can look after myself normally but it causes extra pain.
- [ ] It is painful to look after myself and I am slow and careful.
- [ ] I need some help but manage most of my personal care.
- [ ] I need help every day in most aspects of self care.
- [ ] I do not get dressed, wash with difficulty and stay in bed.

**Section 3 - Lifting**
- [ ] I can lift heavy weights without extra pain.
- [ ] I can lift heavy weights but it gives extra pain.
- [ ] Pain prevents me from lifting heavy weights off the floor, but I can manage if they are conveniently positioned, eg. on a table.
- [ ] Pain prevents me from lifting heavy weights but I can manage light to medium weights if they are conveniently positioned.
- [x] I can lift only very light weights.
- [ ] I cannot lift or carry anything at all.

**Section 4 - Walking**
- [ ] Pain does not prevent me walking any distance.
- [ ] Pain prevents me walking more than 1 mile.
- [ ] Pain prevents me walking more than 1/2 mile.
- [ ] Pain prevents me walking more than 1/4 mile.
- [ ] I can only walk using a stick or crutches.
- [ ] I am in bed most of the time and have to crawl to the toilet.

**Section 5 - Sitting**
- [ ] I can sit in any chair as long as I like.
- [ ] I can only sit in my favorite chair as long as I like.
- [ ] Pain prevents me from sitting more than 1 hour.
- [ ] Pain prevents me from sitting more than 1/2 hour.
- [ ] Pain prevents me from sitting more than 10 mins.
- [ ] Pain prevents me from sitting at all.

**Section 6 - Standing**
- [ ] I can stand as long as I want without extra pain.
- [ ] I can stand as long as I want but it gives me extra pain.
- [ ] Pain prevents me from standing for more than 1 hour.
- [x] Pain prevents me from standing more than 30 mins.
- [ ] Pain prevents me from standing more than 10 mins.
- [ ] Pain prevents me from standing at all.

**Section 7 - Sleeping**
- [ ] Pain does not prevent me from sleeping well.
- [x] I can sleep well only by using tablets.
- [ ] Even when I take tablets I have less than six hours sleep.
- [ ] Even when I take tablets I have less than four hours sleep.
- [ ] Even when I take tablets I have less than two hours sleep.
- [ ] Pain prevents me from sleeping at all.

**Section 8 - Sex Life**
- [ ] My sex life is normal and causes no extra pain.
- [ ] My sex life is normal but causes some extra pain.
- [ ] My sex life is nearly normal but is very painful.
- [ ] My sex life is severely restricted by pain.
- [x] My sex life is nearly absent because of pain.
- [ ] Pain prevents any sex life at all.

**Section 9 - Social Life**
- [ ] My social life is normal and gives me no extra pain.
- [ ] My social life is normal but increases the degree of pain.
- [ ] Pain has no significant affect on my social life apart from limiting my more energetic interests, eg. dancing, etc.
- [x] Pain has restricted my social life and I do not go out as often.
- [ ] Pain has restricted my social life to my home.
- [ ] I have no social life because of pain.

**Section 10 - Travelling**
- [ ] I can travel anywhere without extra pain.
- [ ] I can travel anywhere but it gives me extra pain.
- [x] Pain is bad but I manage journeys over two hours.
- [ ] Pain restricts me to journeys of less than one hour.
- [ ] Pain restricts me to short necessary journeys under 30 minutes.
- [ ] Pain prevents me from travelling except to the doctor or hospital.

Total Score: **20**
Disability Percentage Rating **50.00%**
Disability Profile Rating: **Severe disability**

Description: **Pain remains the main problem in this group of patients, but travel, personal care, social life, sexual activity and sleep are also affected. These patients require detailed investigation.**

# Neck Disability Index

**Date:** May 30, 2018

This questionnaire has been designed to provide information as to how your neck pain has affected your ability to mans in everyday life. Please answer every section, and mark in each section only the ONE sentence which applies to you. W realize you may consider that two of the statements in any one section relate to you, but please just mark the sentence which most closely describes your problem.

**Section 1 - Pain Intensity**

- [ ] I have no pain at the moment.
- [ ] The pain is very mild at the moment.
- [x] The pain is moderate at the moment.
- [ ] The pain is fairly severe at the moment.
- [ ] The pain is very severe at the moment.
- [ ] The pain is the worst imaginable at the moment.

**Section 2 - Personal Care (Washing, Dressing, etc)**

- [x] I can look after myself normally without extra pain.
- [ ] I can look after myself normally but it causes extra pain.
- [ ] It is painful to look after myself and I am slow and careful.
- [ ] I need some help but manage most of my personal care.
- [ ] I need help every day in most aspects of self care.
- [ ] I do not get dressed, I wash with difficulty and stay in bed.

**Section 3 - Lifting**

- [ ] I can lift heavy weights without extra pain.
- [ ] I can lift heavy weights but it gives extra pain.
- [ ] Pain prevents me from lifting heavy weights off the floor, but I can manage if they are conveniently positioned, for example on a table.
- [ ] Pain prevents me from lifting heavy weights but I can manage light to medium weights if they are conveniently positioned.
- [x] I can lift only very light weights.
- [ ] I cannot lift or carry anything at all.

**Section 4 - Reading**

- [ ] I can read as much as I want to with no pain in my neck.
- [ ] I can read as much as I want to with slight pain in my neck.
- [ ] I can read as much as I want to with moderate pain in my neck.
- [x] I can't read as much as I want because of moderate pain in my neck.
- [ ] I can hardly read at all because of severe pain in my neck. .
- [ ] I cannot read at all.

**Section 5 - Headaches**

- [ ] I have no headaches at all.
- [ ] I have slight headaches which come infrequently.
- [ ] I have moderate headaches which come infrequently.
- [ ] I have moderate headaches which come frequently.
- [x] I have severe headaches which come frequently.
- [ ] I have headaches almost all the time.

**Section 6 - Concentration**

- [ ] I can concentrate fully when I want to with no difficulty.
- [ ] I can concentrate fully when I want to with slight difficulty.
- [ ] I have a fair degree of difficulty in concentrating when I want to.
- [ ] I have a lot of difficulty in concentrating when I want to.
- [x] I have a great deal of difficulty concentrating when I want to.
- [ ] I cannot concentrate at all.

**Section 7 - Work**

- [ ] I can do as much work as I want to.
- [ ] I can only do my usual work, but no more.
- [ ] I can do most of my usual work, but no more.
- [ ] I cannot do my usual work.
- [ ] I can hardly do any work at all.
- [x] I can't do any work at all.

**Section 8 - Driving**

- [ ] I can drive my car without any neck pain.
- [ ] I can drive my car as long as I want with slight pain in my neck.
- [ ] I can drive my car as long as I want with moderate pain in my neck.
- [x] I can't drive my car as long as I want because of moderate pain in my neck.
- [ ] I can hardly drive at all because of severe pain in my neck.
- [ ] I can't drive my car at all.

**Section 9 - Sleeping**

- [ ] I have no trouble sleeping.
- [ ] My sleep is slightly disturbed (less than 1 hr. sleepless).
- [x] My sleep is mildly disturbed (1-2 hrs. sleepless).
- [ ] My sleep is moderately disturbed (2-3 hrs. sleepless).
- [ ] My sleep is greatly disturbed (3-5 hrs. sleepless).
- [ ] My sleep is completely disturbed (5-7 hrs. sleepless).

**Section 10 - Recreation**

- [ ] I am able to engage in all my recreational activities with no neck pain at all.
- [ ] I am able to engage in all my recreational activities with some pain in my neck.
- [ ] I am able to engage in most, but not all of my usual recreational activities because of pain in my neck.
- [ ] I am able to engage in a few of my usual recreational activities becaus of pain in my neck.
- [x] I can hardly do any recreational activities because of pain in my neck.
- [ ] I can't do any recreational activities at all.

| | |
|---|---|
| Total Score: | 31 |
| Perceived Disability Percentage Rating: | 62.00% |
| Perceived Disability Rating: | Severe |

# Dallas Pain Questionnaire

| Please read: This questionnaire has been designed to give the doctor information as to how your pain has affected your life. Be sure that these are your answers. Do not ask someone else to fill out the questionnaire for you. Please click on the line in the position that expresses your thoughts from 0 to 100% in each section. | **Scoring:** Factor I: **81%** Daily Activities<br>Factor II: **85%** Work/Leisure Activities<br>Factor III: **60%** Anxiety/Depression<br>Factor IV: **85%** Social Interest<br>**Primary Approach:** Combined medical & behavioral intervention |
|---|---|

May 30, 2018

**SECTION I: PAIN AND INTENSITY**

**To what degree do you rely on pain medications or pain relieving substances for you to be comfortable?**

NONE SOME ALL THE TIME

X

0%( * * * * * )100% [5]

**SECTION II: PERSONAL CARE**

**How much does pain interfere with your personal care (getting out of bed, teeth brushing, dressing, etc)?**

NONE (NO PAIN) SOME I CANNOT GET OUT OF BED

X

0%( * * * * * )100% [4]

**SECTION III: LIFTING**

**How much limitation do you notice in lifting?**

NONE (I CAN LIFT AS I DID) SOME I CANNOT LIFT ANYTHING

X

0%( * * * * * )100% [4]

**SECTION IV: WALKING**

**Compared to how far you could walk before your injury or back trouble, how much does pain restrict your walking now**

I CAN WALK THE SAME ALMOST THE SAME VERY LITTLE I CANNOT WALK

X

0%( * * * * * )100% [3]

**SECTION V: SITTING**

**Back pain limits my sitting in a chair to:**

NONE PAIN SAME AS BEFORE SOME I CANNOT SIT AT ALL

X

0%( * * * * * )100% [4]

**SECTION VI: STANDING**

**How much does your pain interfere with your tolerance to stand for long periods?**

NONE SAME AS BEFORE SOME I CANNOT STAND

X

0%( * * * * * )100% [4]

**SECTION VII: SLEEPING**

**How much does pain interfere with your sleeping?**

NONE SAME AS BEFORE — SOME — I CANNOT SLEEP AT ALL

0%( * * * )100% — X — 3

**SECTION VIII: SOCIAL LIFE**

**How much does pain interfere with your social life (dancing, games, going out, eating with friends, etc)?**

NONE SAME AS BEFORE — SOME — NO ACTIVITIES TOTAL LOSS

0%( * * * * * * * )100% — X — 5

**SECTION IX: TRAVELING**

**How much does pain interfere with traveling in a car?**

NONE SAME AS BEFORE — SOME — I CANNOT TRAVEL

0%( * * * * * * )100% — X — 5

**SECTION X: VOCATIONAL**

**How much does pain interfere with your job?**

NONE NO INTERFERENCES — SOME — I CANNOT WORK

0%( * * * * * * * )100% — X — 7

**SECTION XI: ANXIETY/MOOD**

**How much control do you feel that you have over demands made on you?**

(NO CHANGE) TOTAL — SOME — NONE

0%( * * * * * * )100% — X — 4

**SECTION XII: EMOTIONAL CONTROL**

**How much control do you feel you have over your emotions?**

(NO CHANGE) TOTAL — SOME — NONE

0%( * * * * * * * )100% — X — 3

**SECTION XIII: DEPRESSION**

**How depressed have you been since the onset of pain?**

NOT DEPRESSED SIGNIFICANTLY — OVERWHELMED BY DEPRESSION

0%( * * * * * * * )100% — X — 5

**SECTION XIV: INTERPERSONAL RELATIONSHIPS**

**How much do you think your pain has changed your relationships with others?**

NOT CHANGED — DRASTICALLY CHANGED

0%( * * * * * * X * )100% [5]

**SECTION XV: SOCIAL SUPPORT**

**How much support do you need from others to help you during this onset of pain (taking over chores, fixing meals, etc.)?**

NONE NEEDED — ALL THE TIME

0%( * * * * * * )100% X [6]

**SECTION XVI: PUNISHING RESPONSE**

**How much do you think others express irritation, frustration or anger toward you because of your pain?**

NONE — SOME — ALL THE TIME

0%( * * * * * * * X )100% [6]

## Cardiovascular Intake

| May 30, 2018 | **Resting Rate (Min)** | **Systolic (mm Hg)** | **Diastolic (mm Hg)** |
|---|---|---|---|
| | 78 | 125 | 85 |
| **Result** | Normal Heart Rate | Normal Blood Pressure | High Normal Blood Pressure |

Blood pressure taken left arm while seated.

## Standing/Sitting Tolerance

**Ms. Michelle R. Nelson**

| Date & Time Started | Position | Duration |
|---|---|---|
| 30-May-2018 9:17:52 AM | Sitting | 45 Minutes |
| 30-May-2018 10:02:11 A | Standing | 2 Minutes |
| 30-May-2018 10:04:25 A | Sitting | 29 Minutes |
| 30-May-2018 10:33:19 A | Standing | 8 Minutes |
| 30-May-2018 10:41:08 A | Sitting | 31 Minutes |
| 30-May-2018 11:12:10 A | Standing | 3 Minutes |
| 30-May-2018 11:15:28 A | Sitting | 12 Minutes |
| 30-May-2018 11:27:49 A | Standing | 5 Minutes |
| 30-May-2018 11:32:00 A | Sitting | 9 Minutes |
| 30-May-2018 11:41:23 A | Standing | 8 Minutes |
| 30-May-2018 11:49:43 A | Sitting | 3 Minutes |
| 30-May-2018 11:52:34 A | Standing | 3 Minutes |
| 30-May-2018 11:55:47 A | Sitting | 1 Minute |
| 30-May-2018 11:56:16 A | Standing | 6 Minutes |
| 30-May-2018 12:02:09 PM | Sitting | 1 Minute |
| 30-May-2018 12:03:23 PM | Standing | 12 Minutes |
| 30-May-2018 12:15:03 PM | Sitting | 0 Minutes |

**Total Standing Time:** 47 Minutes 26.4%
**Total Sitting Time:** 2 Hours 11 Minutes 73.6%

# Testing Summary Report

From: May 30, 2018 To: Jun 08, 2018
Ms. Michelle R. Nelson

## Cardiovascular

**Cardiovasular Intake** May 30, 2018

| Heart Rate | Blood Pressure |
|---|---|
| 78 | 125/85 |

## Self Reports

**Dallas Pain Questionnaire** May 30, 2018

| I: Daily Activities | II: Work/Leisure Activities | III: Anxiety/Depression | IV: Social Interest | Primary Approach |
|---|---|---|---|---|
| 81% | 85% | 60% | 85% | Combined medical & behavioral intervention |

**Neck Disability Index** May 30, 2018

| Score | Perceived Disability % Rating | Perceived Disability Rating |
|---|---|---|
| 31 | 62.00% | Severe |

**Oswestry Low Back Pain Disability** May 30, 2018

| Score | Percentile | Rating |
|---|---|---|
| 20 | 50.00% | Severe disability |

## Work Simulation

**Dynamic Carry** May 30, 2018

| Body Mechanics: limited<br>Pacing: slow<br>Perceived Exertion Lev: medium<br>Pain Rating: 7.5/10<br><br>Bilateral lift/carry | Right hand lift/carry | Left hand lift/carry |
|---|---|---|
| 5# for 50 ft<br>0.0 | 5# for 50 ft<br>1.0 | 5# for 50 ft |

**F.R.O.M. Axial Rotation Reach - Occ** May 30, 2018

| Time | MTM | Rating |
|---|---|---|
| 00:25 | 0 | Below Competitive |

**F.R.O.M. Multi-Level Axial Rotation Reach - Occ** May 30, 2018

| Time | MTM | Rating |
|---|---|---|
| 02:15 | 0 | Below Competitive |

**F.R.O.M. Standing Position Reach - Occ** May 30, 2018

| Time | MTM | Rating |
|---|---|---|
| 01:11 | 0 | Below Competitive |

**F.R.O.M. Stooping 36" Displacement Reach - Occ** May 30, 2018

| Time | MTM | Rating |
|---|---|---|
| 01:06 | 0 | Below Competitive |

**F.R.O.M. Upper Level Reach - Occ** May 30, 2018

| Time | MTM | Rating |
|---|---|---|
| 00:38 | 0 | Below Competitive |

From: May 30, 2018 To: Jun 08, 2018
Ms. Michelle R. Nelson

**FCE Pull** May 30, 2018

| | Force | Co. Of Variation | Pain Rating |
|---|---|---|---|
| Neutral | 6.0 lbs. | 9.5% | 7 |

**FCE Push** May 30, 2018

| | Force | Co. Of Variation | Pain Rating |
|---|---|---|---|
| Neutral | 5.0 lbs. | 6.6% | 7 |

**Hand Grip** May 30, 2018

| | Force | Normals | Result | Co. Of Variation |
|---|---|---|---|---|
| Left | 34.1 lbs. | 56.0 lbs.+-12.7 lbs. | Low | 6.5% |
| Right | 41.5 lbs. | 62.2 lbs.+-15.1 lbs. | Low | 6.2% |

**Hand Grip - MVE** May 30, 2018

| | Force Position 1 | Force Position 2 | Force Position 3 | Force Position 4 | Force Position 5 |
|---|---|---|---|---|---|
| Left | 18.5 lbs. COV = 3.1% | 30.2 lbs. COV = 10.2% | 21.6 lbs. COV = 10.6% | 13.7 lbs. COV = 6.6% | 15.9 lbs. COV = 6.4% |
| Right | 24.2lbs COV = 10.9% | 38.4lbs COV = 5.9% | 28.6lbs COV = 14.9% | 23.3lbs COV = 11.1% | 19.2lbs COV = 12.3% |

**Hand Grip - Rapid** May 30, 2018

| | Force |
|---|---|
| Left | 22.3 lbs. |
| Right | 24.1 lbs. |

**Minnesota Rate of Manipulation Test** May 30, 2018

| Position: standing Reason for terminating: see below | Post heart rate | Right hand placing | Left hand placing | Turning |
|---|---|---|---|---|
| Pre heart rate | | | | |
| 80 BPM | 86 BPM | 34 sec *3/15 rows | 22 sec *2/15 rows | 33 sec *1/4 rows |
| 0.0 | 1.0 | | | |

**Pinch Grip - Key** May 30, 2018

| | Force | Normals | Result | Co. Of Variation |
|---|---|---|---|---|
| Left | 11.5 lbs. | 16.6 lbs.+-2.9 lbs. | Low | 0.4% |
| Right | 11.1 lbs. | 17.6 lbs.+-3.2 lbs. | Low | 5.1% |

**Pinch Grip - Palmar** May 30, 2018

| | Force | Normals | Result | Co. Of Variation |
|---|---|---|---|---|
| Left | 9.7 lbs. | 17.5 lbs.+-2.8 lbs. | Low | 6.8% |
| Right | 11.0 lbs. | 17.9 lbs.+-3.0 lbs. | Low | 2.7% |

**Pinch Grip - Tip** May 30, 2018

| | Force | Normals | Result | Co. Of Variation |
|---|---|---|---|---|
| Left | 6.7 lbs. | 12.1 lbs.+-2.7 lbs. | Low | 1.4% |
| Right | 7.2 lbs. | 13.2 lbs.+-3.0 lbs. | Low | 12.5% |

**Purdue Pegboard Test** May 30, 2018

| Position: seated Reason for terminating: n/a Symptom response: see below | Left Hand | Bilateral | Assembly |
|---|---|---|---|
| Right hand | | | |
| 11 pieces | 11 pieces | 8 pairs | 12 pieces |
| 0.0 | 1.0 | | |

From: May 30, 2018 To: Jun 08, 2018
Ms. Michelle R. Nelson

**Stair Climbing** May 30, 2018

| Time (min,secs) | Initial Heart Rate (bpm) | Final Heart Rate (bpm) | Stairs Ascended | Stairs Descended |
|---|---|---|---|---|
| n/a<br>0.0 | n/a<br>1.0 | n/a | declined | declined |

**Walking test** May 30, 2018

| Adaptive Equipment: none<br>Time taken (Mins.secs) | Initial Heart Rate (bpm) | Final Heart Rate (bpm) | Distance Completed (ft) |
|---|---|---|---|
| 44 seconds<br>0.0 | 71 BPM<br>1.0 | 78 BPM | 100 feet |

**WEST Lifting Evaluation** May 30, 2018

| body mechanics: limited<br>pacing: slow<br>pre-heart rate | floor to knuckle lifting | knuckle to shoulder lifting | shoulder to overhead lifting | post heart rate |
|---|---|---|---|---|
| 72 BPM | unable | 5# occasional | unable | 83 BPM |

**PATIENT:** NELSON, MICHELLE
**DOB:**
**DATE:** February 27, 2018

Ms. Nelson is being seen today to address chronic pain management issues and her chronic daily headaches that have been present since 2007. She reports no overall change since our last visit. She reports no new symptoms and no change in treatment. She has had no new procedures with Dr. Komatenini. She continues with the oxycodone for pain management. She is using an average of one to two per day. This is consistent with her refill frequency. She last filled a script for 60 pills on January 26. She reports having about half that bottle left.

**VITALS:** Blood pressure 117/90, heart rate 86. Pain level is 7.

**MEDICATIONS:** Patient's medication list was rectified. Oxycodone 5/325 mg twice a day. Patient is not experiencing side effects of clinical significance and continues to endorse good efficacy.

**CHART REVIEW:**
Patient Opioid Therapy Agreement was reviewed and signed November 9, 2017.
Urine drug screen compliant on file November 9, 2017.
PDMP is reviewed.

**REVIEW OF SYSTEMS:**
Musculoskeletal: No change in pain with quality, character, or location.
Neurologic: No fasciculations or seizures. No long tract signs.
Psychiatric: Oriented to person, place, and time. Insight and judgement are intact. Affect is normal.

**IMPRESSION:**
1. Chronic daily headache – 2007
2. Migraine with suspicion of occipital neuritis-Intermittently
3. Long-term use of opioid analgesic – chronic pain management

**PLAN:** She is seen primarily for pain management. She does not report any new issues today. She had previously undergone a significant amount of conservative care under the direction of Dr. Leppard. She is now primarily being seen for pain management and the oxycodone is controlling her headaches. She is using it on a limited basis. I did write another script for her that will be filled out in approximately a month and then should cover through her next visit. We will follow up in three months.

She is also seeing Dr. Komatenini with regards to Botox treatment.

The patient voices understanding and agreement with all the above. Approximately 25 minutes was spent face-to-face with the patient discussing treatment.

Timothy V. Sandell, M.D.

TVS:md

MAR 0 6 2018

**PATIENT:** NELSON, MICHELLE
**DOB:**
**DATE:** November 29, 2017

**HISTORY:** Ms. Nelson was evaluated November 9, 2017 for chronic pain related to motor vehicle accident in 2007. This primarily has included chronic daily headache with intermittent migraines. We are helping her with medication management.

**CURRENT COMPLAINTS:** On our last visit, she was given samples of Gralise. She states she had made it through the starter pack plus a second starter pack without much benefit or side effect, so it was simply discontinued because she ran out of samples. She continues to do well with oxycodone twice a day.

**VITALS:** Height 4' 11", weight 118 pounds, blood pressure 128/92, heart rate is 84. Pain level is a 6 out of 10.

**IMAGING:** MRI of the cervical spine June 16, 2016 was reviewed with models and diagrams. Multiple questions were addressed. She does have a stable left paramidline cord syrinx at C1 (that patient relates to having from a side effect of a prior epidural attempt). She also has degenerative disc disease and facet disease at C4-5 bilaterally and left C5-6 and C6-7. We did discuss these as it relates to her presentation, which is minimal.

**MEDICATIONS:** Patient's medication list was rectified. Oxycodone 5/325 mg twice a day. Patient is not experiencing side effects of clinical significance and continues to endorse good efficacy.

**CHART REVIEW:**
Patient Opioid Therapy Agreement was reviewed and signed November 9, 2017.
Urine drug screen compliant on file November 9, 2017.
PDMP is reviewed.

**REVIEW OF SYSTEMS:**
Musculoskeletal: No change in pain with quality, character, or location.
Neurologic: No fasciculations or seizures. No long tract signs.
Psychiatric: Oriented to person, place, and time. Insight and judgement are intact. Affect is normal.

**DISCUSSION:** We did review her prior treatment which did include physical therapy, chiropractic care, dry-needling, occipital nerve blocks and attempt at a cervical epidural injection and cervical facet injections and nothing has seemed to help. She is currently under treatment with Dr. Komatenini for Botox. She also has had several medication trials and has typically had side effects with neuromodulatory medications and muscle relaxers. At this point, we are just going to keep her on the oxycodone. She has also tried and has a home traction unit, which he uses intermittently. This is of questionable benefit.

**MEDICAL DECISION MAKING:** Due to the multiple issues surrounding the prescribing practices of opiates and continuing with her current regimen, this is moderate complexity.

**IMPRESSION:**
1. Chronic daily headache – 2007
2. Migraine with suspicion of occipital neuritis intermittently

**PLAN:** This patient was staffed with Dr. Sandell. We will continue medications as above and see her in followup in three months. The patient voices understanding and agreement with all of the above. Approximately 25 minutes was spent face-to-face with the patient discussing treatment.

Jamie L. Case, M.S., P.A.-C.
JLC:TVS:md

Timothy V. Sandell, M.D.

cc: Katharine Leppard, M.D.

THE PEAK PHYSICAL MEDICINE

November 9, 2017

Katharine Leppard, M.D.
3470 Centennial Blvd. Ste. 110
Colorado Springs, CO 80907

**RE: NELSON, MICHELLE**
**DOB:**

Dear Dr. Leppard:

Thank you for referring Ms. Nelson for an evaluation regarding chronic headaches. It is the patient's assumption that we will assume her opiate prescriptions.

**HISTORY OF PRESENT ILLNESS:** Ms. Nelson is a 49-year-old right-handed Caucasian female who was in a head-on motor vehicle accident in 2007. Since then, she has had chronic daily headache and intermittent migraines. She has completed multiple treatment strategies (chiropractic, physical therapy, dry-needling, trigger point injections, occipital nerves blocks, and facet injections) and has unfortunately not found anything that works long term. She will occasionally see chiropractic when her headaches are really bad. She has been seeing a neurologist, Dr. Komatineni for Botox injections about every 12 weeks. her last set of injection was September 2017 and she states these did not give her much relief whatsoever.

She describes constant achiness in the neck that does radiate into the shoulder blades, as well as across the tops of the shoulders. She does not have any upper extremity weakness or numbness. Her discomfort level is 5 out of 10 at rest and 8 out of 10 with activity. She has occasionally experienced some pain radiating down the left arm.

Her headaches are described as pain at the temples that will travel into the forehead. The neck pain also increases with the headaches. They are throbbing pain with intensity of 10 out of 10. She has chronic daily headache, but may be two to four times a week she will have migraine intensity where she experiences sensitivities to sound, light, and smell. These migraines may last anywhere from one to four days.

**IMAGING:** None related to the neck and headaches.

**MEDICATIONS:** Viibryd, bupropion, Percocet, meloxicam, montelukast, Relpax, clonazepam, Zolpidem, baclofen.

**ALLERGIES: Sulfa.**

**MEDICAL/SURGICAL HISTORY:** Positive for cesarean section approximately 2004.

**FAMILY MEDICAL HISTORY:** Noncontributory.

**SOCIAL/OCCUPATIONAL HISTORY:** She is married and was a mortgage underwriter, last working in January 2016. She does not smoke or drink alcoholic beverages.

**REVIEW OF SYSTEMS:** None indicated.

Timothy V. Sandell, M.D. Jamie Case, MS, PA-C
2955 Professional Place, Suite 201 Colorado Springs, Colorado 80904
Phone 719-591-5545 Fax 719-591-5540

**NELSON, MICHELLE**
**11/09/2017**
**Page 2**

**PHYSICAL EXAMINATION**: Height: 4 feet 11 inches. Weight: 115 pounds. Blood pressure 128/93, heart rate is 86.
Neurologic: Bilateral upper extremity deep tendon reflexes are 2/4, strength to her upper extremities is 5/5. Sensation is intact to light touch in dermatomes C1 through T1. Balance, gait, and coordination are normal.
Posture: She has appropriate posture with scapula and sitting. Her slight flattening of the cervical lordosis.
Palpation: She has diffuse tenderness with palpation in the cervical and parascapular muscles. There is increased tone noted in the right greater than left lateral cervical muscles with multiple myofascial taut bands appreciated, although active trigger points were not noted.
Range of motion: She has full, but guarded range of motion for her cervical spine and upper extremities.
Provocative maneuvers: Positive for tenderness along the occipital ridge and with palpation of greater and lesser occipital nerves and negative for cervical axial loading and cervical facet loading, Adson's, Allen's.

**IMPRESSION:**
1. Chronic daily headache – status post MVA 2007
2. Migraines, likely related to increased intensity of occipital neuritis.

**PLAN:** This patient was staffed with Dr. Sandell. We will try to obtain imaging of the head and neck, which was done probably two years ago. We will assume prescription privileges for oxycodone 5/325 mg b.i.d., though #60 may last several weeks. Patient Opioid Therapy Agreement was reviewed and signed today. Current Opioid Misuse Measure was administered and scored. We will obtain a urine drug screen. She is also given a sample starter pack of Gralise and specifically looking for a 24-hour pain control with this neuromodulatory agent. We will see her in followup in two weeks for reassessment and to review imaging reports.

The patient voices understanding and agreement with all of the above. Approximately 45 minutes was spent face-to-face with the patient discussing treatment.

Again, thank you for allowing us to participate in the care of this patient. Please feel free to contact us if you have any further questions.

Sincerely,

Jamie L. Case, M.S., P.A.-C.

Timothy V. Sandell, M.D.

JLC:TVS:md

## Consultation Notes for MICHELLE R NELSON on 12/27/2017

History of Present Illness

General:

Mrs. Nelson is here for a medically necessary Botox appointment. The patient is a pleasant 49-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

-Propranolol
-Relpax
-Topamax
-Gabapentin
-Ambien
-Diclofenac
-Tizanidine
-Citalopram
-Wellbutrin

The patient also underwent nerve blocks which did not help her.

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report a reduction in the headache intensity. She used to get them at an intensity of 10 out of 10 but currently she gets them at a 7/10. Her frequency still is almost every day.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

Assessments

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary). The patient is a pleasant 49-year-old female with history of chronic intractable migraine headaches with pain 25/30 days of the month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. She was referred for Botox injections and has seen greater and 50% improvement in headache intensity but is still having headaches frequently. She also has neck pain and is treated by Dr. Leppard in pain management. Her disability paperwork was completed, signed and handed to the patient.
2. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

Treatment

**1. Chronic migraine without aura, intractable, without status migrainosus**

Start Depacon 100 mg/ ml IV, 250 mg, 100 mg/ ml, IV, every 1 to 2 weeks prn, no more than 2 times a month, for 1 month only
Start Ketorolac Solution, 30mg/1ml, 30 mg, intravenously, every 1 to 2 weeks prn, no more than 2 times a month, for 1 month only
Start Diphenhydramine Solution, 50mg/ml, 25 mg, intravenously, every 1 to 2 weeks prn, no more than 2 times a month, for 1 month only
Botox injectionKomatineni

**Electronically signed by APARNA KOMATINENI MD on 01/08/2018 at 11:51 AM MST**

**Sign off status: Pending**

**Colorado Springs Neuro Assoc.**
**2312 N. Nevada Avenue**
**Suite 100**
**Colorado Springs CO 809075307**
**Tel: 719-473-3272**
**Fax: 719-389-1191**

Centura Health.

COLORADO SPORT AND SPINE ASPEN CREEK
9480 Briar Village Pt
Ste 201
Colorado Springs CO 80920-7923
Phone: 719-266-1788
Fax: 719-264-7706

January 12, 2018

Katharine Julia Leppard, MD
3470 Centennial Blvd
Ste 110
Colorado Springs, CO 80907

Patient: **Michelle Rene Nelson**
Date of Birth:
Date of Visit: **1/12/2018**

**PHYSICAL THERAPY DISCHARGE NOTE**

Patient Name: Michelle Rene Nelson
DOB:
Primary Diagnosis: Chronic low back pain, unspecified back pain laterality, with sciatica presence unspecified [M54.5, G89.29]
Referring Physician:Dr Leppard, Dr Sandell
Date of Onset/Surgery:
Date: 1/12/2018
# of visits: 8

**SUBJECTIVE:**
Michelle reports little overall change with physical therapy
She reports desire to be consistent with HEP that she has been given to see if this will assist with pain control over time

**PLAN:** D/C to HEP due to limited/no progress in PT with active exercise and soft tissue work

Thank you for this referring this patient to Colorado Sport and Spine Center. Please contact me at 266-1788 if you have any questions or concerns.

Sincerely,

Debra Gillis, PT, DPT #2794

Centura Health.

COLORADO SPORT AND SPINE ASPEN CREEK
9480 Briar Village Pt
Ste 201
Colorado Springs CO 80920-7923
Phone: 719-266-1788
Fax: 719-264-7706

Katharine Julia Leppard, MD
3470 Centennial Blvd
Ste 110
Colorado Springs, CO 80907

Patient: **Michelle Rene Nelson**
Date of Birth:
Date of Visit: **12/5/2017**

## PHYSICAL THERAPY EVALUATION

**Patient Name: Michelle Rene Nelson**
**DOB:**
**Diagnosis: Cervical, thoracic and LBP**
**Referring MD:Dr Leppard**
**DOI/Onset : ongoing**

**Today's Date: 12/5/2017**

**Subjective:**

Michelle Rene Nelson is a 49 y.o. female that presents to PT with a multi year history of neck, thoracic and LBP. She has chronic neck pain, migraine type headaches and overall stiffness
She has had an increase in LBP centralized that started sometime in September or October (she cannot identify any specific event or injury)
She has had an MRI of her LB that she says is normal
She does stretches most days for her neck but nothing for her LB
LBP is worse with walking for greater than an hour (though she reports a total 10 minute tolerance for walking due to neck pain and HA)
LBP is worse with sitting for longer than an hour or so
She reports limited tolerance for standing
She gets relief with lying down
She takes baclofen daily, Ibuprofen 1-2 x per day and Percocet 1-2 x per day
She gets massage 1-2 times per week and chiropractic care 2-3 times per month, however she reports these are mostly focused on her neck
She reports doing little around the house ie cooking etc with spouse handling most of these tasks

**Objective:**

Ms Nelson presents to physicsl therapy in on acute distress
She is moving about well without a limp
Lumbar flexion 75%, BB 75% both are very guarded and stiff
SB right and left 75% and stiff
Slump negative
SL balance poor on right and left with poor lateral hip strength
LE strength generally 4/5 all major muscle groups
Hip flexion 90 degrees bilaterally, hip IR/ER ROM WNL
Moderately tight lumbar region/paraspinals
Cervical rotation right and left 50%
Shoulder flexion ROM WNL

**Assessment:**

This patient is a 49 y.o. female who presents to therapy with c/o mechanical LBP that is new in nature but with normal MRI. She is quite deconditioned and has generally poor LE strength and poor core strength/postural endurance Patient would benefit from skilled physical therapy to address HEP for self management. She is currently doing a number of other self care tasks including massage and chiropractic as well as TENS unit Rehab potential is fair as she seems very focused on need for massage to entire spine 3 times per week in therapy. Her tolerance for light exercise on this date was poor . Goals discussed with patient

**Plan:**

Focus of therapy will be therapeutic exercise and activities/HEP
Limited manual therapy interventions

**Frequency: 8 visits total per MD orders**

**Goals**

2-4 weeks
The patient will be fully independent with their home exercise program reporting completion at least three times a week.

Thank you for this referral. If you have any questions or concerns please feel free to contact me at 719-266-1788.

Debra Gillis, PT, DPT Co License # 2794

*All new changes since the previous Note have been t*

Turner Chiropractic Inc
4617 Austin Bluffs Parkway
Colorado Springs, CO 80918-2937
(719) 277-7325

# Daily Note

| | | |
|---|---|---|
| Patient Name: | Nelson, Michelle | (NELMI000) |
| Date Of Service: | 2/26/2018 | |
| Date Of Onset: | 2/11/2016 | |
| Date Of Birth: | | |
| Provider: | Turner, Jeffrey DC | |
| BranchName: | Turner Chiropractic Inc | |

**Subjective:**

Primary Complaint: upper back, neck

The patient presents with constant (up to 100% of day) dull, aching, throbbing, radiating pain located in upper back, neck and describes intensity as moderate to severe that has held at 4 out of 10 and is increased by bending, palpation, working, movement of area and is decreased by treatment that radiates to (anterior) right-neck, right-shoulder, right-arm.

Second Complaint: head

The patient presents with frequent to constant (up to between 75% and 100% of day) headache located in head and describes intensity as moderate to severe that has held at 5 out of 10.

Third Complaint: sacrum, low back

The patient presents with intermittent to frequent (up to between 50% and 75% of day) dull, burning, aching pain located in sacrum, low back and describes intensity as moderate to severe that has held at 5 out of 10 and is increased by time on computer, sitting and is decreased by walking.

The patient presents with intermittent to frequent (up to between 50% and 75% of day) stiffness located in sacrum, low back and describes intensity as slight to moderate that has held at 2 out of 10 and is increased by time on computer, sitting and is decreased by walking.

**She went and tried another chiropractor since Kaiser dropped us as insurance providers. She is still having issues with her headaches, neck pain, and a little in the lower back still.**

**Objective:**

Spinal Fixation/Malposition/Palpatory findings: OCC; C1; C5; T4; T7; L5; Sacrum.

Hypertonicity: Left-Scalenus (moderate), Right-Scalenus (moderate), Left-Upper-Trapezius (moderate), Right-Upper-Trapezius (moderate), Left-Multifidus (moderate), Right-Multifidus (moderate), Left-Thoracic-Erector (mild-moderate), Right-Thoracic-Erector (moderate), Left-Suboccipitals (moderate), Left-Splenius-Cervicis (moderate-severe), Right-Suboccipitals (moderate), Right-Splenius-Cervicis (moderate-severe).

Tenderness: Left-Neck (moderate), Right-Neck (moderate), Left-Shoulder (moderate), Right-Shoulder (moderate), Left-Lower-Back (moderate), Right-Lower-Back (moderate), Left-Thoracic-Spine (mild), Right-Thoracic-Spine (mild), Left-Cervical-Spine (mild-moderate), Right-Cervical-Spine (mild-moderate), Right-Lumbosacral-L5 (mild).

**Assessment:**

Diagnoses: 1. Other spondylosis with radiculopathy, cervicothoracic region (M47.23), 2. Cervicalgia (M54.2), 3. Chronic tension-type headache, not intractable (G44.229), 4. Segmental and somatic dysfunction of cervical region (M99.01) and 5. Segmental and somatic dysfunction of thoracic region (M99.02).

Patient is progressing as anticipated. Intensity is **un-changed** since the prior visit.

**Plan:**

Continue with therapy as needed.

Based on subjective and objective data today's treatment consists of:

Nelson, Michelle DOB:

CMT 3-4 Regions consisting of diversified technique was provided specifically to OCC; C1; C5; T4; T7; L5; Sacrum, to joint mobilization, decrease pain, restore normal joint function.
Therapeutic Activities (Ea 15 Min) consisting of cervical active therapeutic movements, soft tissue mobilization, myofascial release was provided specifically to neck, upper back, right scapula, left scapula, left neck, right neck, head for 26 minutes (2 units), to increase mobility/range of motion, reduce chronic myofascial pain, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Turner, Jeffrey DC
Date: 04/29/18 10:00:18 PM

Nelson, Michelle DOB:

# Daily Note

| | |
|---|---|
| Patient Name: | Nelson, Michelle (NELMI000) |
| Date Of Service: | 12/29/2017 |
| Date Of Onset: | 2/11/2016 |
| Date Of Birth: | |
| Provider: | **Turner, Jeffrey DC** |
| BranchName: | Turner Chiropractic Inc |

**Subjective:**

Primary Complaint: upper back, neck

The patient presents with constant (up to 100% of day) dull, aching, throbbing, radiating pain located in upper back, neck and describes intensity as moderate to severe that has held at 4 out of 10 and is increased by bending, palpation, working, movement of area and is decreased by treatment that radiates to (anterior) right-neck, right-shoulder, right-arm.

Second Complaint: head

The patient presents with frequent to constant (up to between 75% and 100% of day) headache located in head and describes intensity as moderate to severe that has **decreased** to **5** out of 10 from 6 out of 10.

Third Complaint: sacrum, low back

The patient presents with intermittent to frequent (up to between 50% and 75% of day) dull, burning, aching pain located in sacrum, low back and describes intensity as moderate to severe that has held at 5 out of 10 and is increased by time on computer, sitting and is decreased by walking.

The patient presents with intermittent to frequent (up to between 50% and 75% of day) stiffness located in sacrum, low back and describes intensity as slight to moderate that has held at 2 out of 10 and is increased by time on computer, sitting and is decreased by walking.

**Last visit helped her headache and neck out for quite a few days. She was very happy with the relief felt. Her headache is back but not as bad today.**

**Objective:**

Spinal Fixation/Malposition/Palpatory findings: OCC; C1; C5; T4; T7; L5; Sacrum.

Hypertonicity: Left-Scalenus (moderate), Right-Scalenus (moderate), Left-Upper-Trapezius (moderate), Right-Upper-Trapezius (moderate), Left-Multifidus (moderate), Right-Multifidus (moderate), Left-Thoracic-Erector (mild-moderate), Right-Thoracic-Erector (moderate), Left-Suboccipitals (moderate), Left-Splenius-Cervicis (moderate-severe), Right-Suboccipitals (moderate), Right-Splenius-Cervicis (moderate-severe).

Tenderness: Left-Neck (moderate), Right-Neck (moderate), Left-Shoulder (moderate), Right-Shoulder (moderate), Left-Lower-Back (moderate), Right-Lower-Back (moderate), Left-Thoracic-Spine (mild), Right-Thoracic-Spine (mild), Left-Cervical-Spine (mild-moderate), Right-Cervical-Spine (mild-moderate), Right-Lumbosacral-L5 (mild).

**Assessment:**

Diagnoses: 1. Other spondylosis with radiculopathy, cervicothoracic region (M47.23), 2. Cervicalgia (M54.2), 3. Chronic tension-type headache, not intractable (G44.229), 4. Segmental and somatic dysfunction of cervical region (M99.01) and 5. Segmental and somatic dysfunction of thoracic region (M99.02).

Patient **is showing slight improvement** since the prior visit, she is progressing as anticipated. Intensity is **slightly-decreased** since the prior visit.

**Plan:**

Continue with therapy as needed.

Based on subjective and objective data today's treatment consists of:

Nelson, Michelle DOB:

CMT 3-4 Regions consisting of diversified technique was provided specifically to OCC; C1; C5; T4; T7; L5; Sacrum, to joint mobilization, decrease pain, restore normal joint function.
Therapeutic Activities (Ea 15 Min) consisting of cervical active therapeutic movements, soft tissue mobilization, myofascial release was provided specifically to neck, upper back, right scapula, left scapula, left neck, right neck, head for 26 minutes (2 units), to increase mobility/range of motion, reduce chronic myofascial pain, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Turner, Jeffrey DC
Date: 12/29/17 12:01:23 PM

Nelson, Michelle DOB:

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 12/14/2017
Date Of Onset: 2/11/2016
Date Of Birth:
Provider: **Curd, Travis DC**
BranchName: Turner Chiropractic Inc

**Subjective:**

Primary Complaint: upper back, neck

The patient presents with constant (up to 100% of day) dull, aching, throbbing, radiating pain located in upper back, neck and describes intensity as moderate to severe that has **decreased** to 4 out of 10 from 6 out of 10 and is increased by bending, palpation, working, movement of area and is decreased by treatment that radiates to (anterior) right-neck, right-shoulder, right-arm.

Second Complaint: head

The patient presents with frequent to constant (up to between 75% and 100% of day) headache located in head and describes intensity as moderate to severe that has held at 6 out of 10.

Third Complaint: sacrum, low back

The patient presents with intermittent to frequent (up to between 50% and 75% of day) dull, burning, aching pain located in sacrum, low back and describes intensity as moderate to severe that has **increased** to 5 out of 10 from 2 out of 10 and is increased by time on computer, sitting and is decreased by walking.

The patient presents with intermittent to frequent (up to between 50% and 75% of day) stiffness located in sacrum, low back and describes intensity as slight to moderate that has held at 2 out of 10 and is increased by time on computer, sitting and is decreased by walking.

**She had relief of upper back pain but the neck and headaches persist, and even though she had a massage this morning she still feels really tight. LBP has also increased and she feels like the PT she is seeing isn't really doing much for her that she couldn't do on her own.**

**Objective:**

Spinal Fixation/Malposition/Palpatory findings: OCC; C1; C5; T4; T7; L5; Sacrum.

Hypertonicity: Left-Scalenus (moderate), Right-Scalenus (moderate), Left-Upper-Trapezius (moderate), Left-Multifidus (moderate), Right-Multifidus (moderate), Right-Thoracic-Erector (moderate), Left-Splenius-Cervicis (moderate-severe), Right-Splenius-Cervicis (moderate-severe), , Right-Upper-Trapezius (**reduced** from moderate-severe to **moderate**), Left-Thoracic-Erector (**reduced** from moderate to **mild-moderate**), Left-Suboccipitals (**reduced** from moderate-severe to **moderate**), Right-Suboccipitals (**reduced** from moderate-severe to **moderate**).

Tenderness: Right-Neck (moderate), , Left-Neck (**increased** from mild-moderate to **moderate**), Left-Shoulder (moderate), Right-Shoulder (moderate), Left-Lower-Back (moderate), Right-Lower-Back (moderate), Left-Cervical-Spine (mild-moderate), , Left-Thoracic-Spine (**reduced** from mild-moderate to **mild**), Right-Thoracic-Spine (**reduced** from mild-moderate to **mild**), Right-Cervical-Spine (**reduced** from moderate to **mild-moderate**), Right-Lumbosacral-L5 (mild).

**Assessment:**

Diagnoses: 1. Other spondylosis with radiculopathy, cervicothoracic region (M47.23), 2. Cervicalgia (M54.2), 3. Chronic tension-type headache, not intractable (G44.229), 4. Segmental and somatic dysfunction of cervical region (M99.01) and 5. Segmental and somatic dysfunction of thoracic region (M99.02).

Patient is progressing as anticipated. Intensity is **un-changed** since the prior visit.

Nelson, Michelle DOB:

**Plan**:
Continue with therapy as needed.
Based on subjective and objective data today's treatment consists of:
CMT 3-4 Regions consisting of diversified technique was provided specifically to T4; T7; L5; Sacrum; **OCC**; **C1**; **C5**, to joint mobilization, decrease pain, restore normal Joint function.
Therapeutic Activities (Ea 15 Min) consisting of cervical active therapeutic movements, soft tissue mobilization, myofascial release was provided specifically to neck, upper back, right scapula, left scapula, left neck, right neck, head for **24** minutes (**2** units), to increase mobility/range of motion, reduce chronic myofascial pain, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 12/14/17 02:31:54 PM

Nelson, Michelle DOB:

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 12/12/2017
Date Of Onset: 2/11/2016
Date Of Birth:
Provider: **Turner, Jeffrey DC**
BranchName: Turner Chiropractic Inc

**Subjective:**

Primary Complaint: upper back, neck
The patient presents with constant (up to 100% of day) dull, aching, throbbing, radiating pain located in upper back, neck and describes intensity as moderate to severe that has held at 6 out of 10 and is increased by bending, palpation, working, movement of area and is decreased by treatment that radiates to (anterior) right-neck, right-shoulder, right-arm.
Second Complaint: head
The patient presents with frequent to constant (up to between 75% and 100% of day) headache located in head and describes intensity as moderate to severe that has **decreased** to **6** out of 10 from 7 out of 10.
Third Complaint: sacrum, low back
The patient presents with intermittent to frequent (up to between 50% and 75% of day) dull, burning, aching pain located in sacrum, low back and describes intensity as moderate to severe that has **decreased to 2** out of 10 from 5 out of 10 and is increased by time on computer, sitting and is decreased by walking.
The patient presents with intermittent to frequent (up to between 50% and 75% of day) stiffness located in sacrum, low back and describes intensity as slight to moderate that has **decreased** to **2** out of 10 from 6 out of 10 and is increased by time on computer, sitting and is decreased by walking.
**Her lower back has improved a lot since the last visit. The** neck and headaches **have only slightly improved.**

**Objective:**

Spinal Fixation/Malposition/Palpatory findings: OCC; C1; C5; T4; T7; L5; Sacrum.
Hypertonicity: Left-Scalenus (moderate), , Right-Scalenus (**reduced** from moderate-severe to **moderate**), Left-Upper-Trapezius (moderate), Right-Upper-Trapezius (moderate-severe), Left-Multifidus (moderate), Right-Multifidus (moderate), Left-Thoracic-Erector (moderate), Right-Thoracic-Erector (moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Cervicis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate-severe).
Tenderness: Left-Neck (**reduced** from moderate to **mild-moderate**), Right-Neck (**reduced** from moderate-severe to **moderate**), Left-Shoulder (moderate), Left-Lower-Back (moderate), , Right-Shoulder (**reduced** from moderate-severe to **moderate**), Right-Lower-Back (**reduced** from moderate-severe to **moderate**), Left-Thoracic-Spine (**reduced** from moderate to **mild-moderate**), Right-Thoracic-Spine (**reduced** from moderate to **mild-moderate**), Left-Cervical-Spine (**reduced** from moderate to **mild-moderate**), Right-Cervical-Spine (**reduced** from moderate-severe to **moderate**), Right-Lumbosacral-L5 (**reduced** from mild-moderate to **mild**).

**Assessment:**

Diagnoses: 1. Other spondylosis with radiculopathy, cervicothoracic region (M47.23), 2. Cervicalgia (M54.2), 3. Chronic tension-type headache, not intractable (G44.229), 4. Segmental and somatic dysfunction of cervical region (M99.01) and 5. Segmental and somatic dysfunction of thoracic region (M99.02).
Patient **is showing slight improvement** since the prior visit, she is progressing as anticipated. Intensity is **slightly-decreased** since the prior visit.

**Plan:**

Nelson, Michelle DOB:

Continue with therapy as **needed**.
Based on subjective and objective data today's treatment consists of:
CMT 3-4 Regions consisting of diversified technique was provided specifically to T4; T7; L5; Sacrum, to joint mobilization, decrease pain, restore normal joint function.
Therapeutic Activities (Ea 15 Min) consisting of cervical active therapeutic movements, soft tissue mobilization, myofascial release was provided specifically to neck, upper back, right scapula, left scapula, left neck, right neck, head for **26** minutes (**2** units), to increase mobility/range of motion, reduce chronic myofascial pain, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Turner, Jeffrey DC
Date: 12/12/17 04:32:05 PM

Nelson, Michelle DOB:

# Daily Note

| | |
|---|---|
| Patient Name: | Nelson, Michelle (NELMI000) |
| Date Of Service: | 12/7/2017 |
| Date Of Onset: | 2/11/2016 |
| Date Of Birth: | |
| Provider: | Curd, Travis DC |
| BranchName: | Turner Chiropractic Inc |

**Subjective:**

Primary Complaint: upper back, neck

The patient presents with constant (up to 100% of day) dull, aching, throbbing, radiating pain located in upper back, neck and describes intensity as moderate to severe that has held at 6 out of 10 and is increased by bending, palpation, working, movement of area and is decreased by treatment that radiates to (anterior) right-neck, right-shoulder, right-arm.

Second Complaint: head

The patient presents with frequent to constant (up to between 75% and 100% of day) headache located in head and describes intensity as moderate to severe that has held at 7 out of 10.

Third Complaint: sacrum, low back

The patient presents with an increase in intensity of pain. She now presents with frequency as intermittent to frequent (up to between 50% and 75% of day) and describes intensity as moderate to severe that has increased to 5 out of 10 from 4 out of 10 and is increased by time on computer, sitting and is decreased by walking. She now presents with dull, burning, aching pain located in sacrum, low back.

The patient presents with intermittent to frequent (up to between 50% and 75% of day) stiffness located in sacrum, low back and describes intensity as slight to moderate that has held at 6 out of 10 and is increased by time on computer, sitting and is decreased by walking.

She is having intense neck pain and headaches as usual and still trying to manage it with conservative treatments. Pain still radiates out into right arm. Lower back pain has been worse and she is seeing a PT for it now.

**Objective:**

Spinal Fixation/Malposition/Palpatory findings: L5; Sacrum. OCC; C1; C5; T4; T7.

Hypertonicity: Right-Scalenus (moderate-severe), , Left-Scalenus (reduced from moderate-severe to moderate), Left-Multifidus (moderate), Right-Multifidus (moderate), Left-Thoracic-Erector (moderate), Right-Thoracic-Erector (moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Cervicis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate-severe), , Left-Upper-Trapezius (reduced from moderate-severe to moderate), Right-Upper-Trapezius (increased from moderate to moderate-severe).

Tenderness: Right-Neck (moderate-severe), , Left-Neck (reduced from moderate-severe to moderate), Left-Shoulder (moderate), Left-Thoracic-Spine (moderate), Right-Thoracic-Spine (moderate), Right-Cervical-Spine (moderate-severe), , Right-Shoulder (increased from moderate to moderate-severe), Left-Cervical-Spine (reduced from moderate-severe to moderate), Right-Lumbosacral-L5 (mild-moderate), Left-Lower-Back (moderate), Right-Lower-Back (moderate-severe).

**Assessment:**

Diagnoses: 1. Other spondylosis with radiculopathy, cervicothoracic region (M47.23), 2. Cervicalgia (M54.2), 3. Chronic tension-type headache, not intractable (G44.229), 4. Segmental and somatic dysfunction of cervical region (M99.01) and 5. Segmental and somatic dysfunction of thoracic region (M99.02).

Patient is progressing as anticipated. Intensity is un-changed since the prior visit.

Nelson, Michelle DOB:

**Plan**:
Continue with therapy at patient's desire.
Based on subjective and objective data today's treatment consists of:
**CMT 3-4 Regions consisting of diversified technique was provided specifically to T4; T7; L5; Sacrum, to joint mobilization, decrease pain, restore normal joint function.**
Therapeutic Activities (Ea 15 Min) consisting of cervical active therapeutic movements, soft tissue mobilization, myofascial release was provided specifically to neck, upper back, right scapula, left scapula, left neck, right neck, head for 24 minutes (2 units), to increase mobility/range of motion, reduce chronic myofascial pain, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 12/07/17 05:33:35 PM

Nelson, Michelle DOB:

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 11/16/2017
Date Of Onset: 2/11/2016
Date Of Birth:
Provider: **Curd, Travis DC**
BranchName: Turner Chiropractic Inc

**Subjective:**

Primary Complaint: upper back, neck

The patient presents with constant (up to 100% of day) dull, aching, throbbing, radiating pain located in upper back, neck and describes intensity as moderate to severe that has held at 6 out of 10 and is increased by bending, palpation, working, movement of area and is decreased by treatment that radiates to (anterior) right-neck, right-shoulder, right-arm.

Second Complaint: head

The patient presents with frequent to constant (up to between 75% and 100% of day) headache located in head and describes intensity as moderate to severe that has held at 7 out of 10.

Third Complaint: sacrum, low back

The patient presents with intermittent to frequent (up to between 50% and 75% of day) dull, burning, aching pain located in sacrum, low back and describes intensity as slight to moderate that has held at 4 out of 10 and is increased by time on computer, sitting and is decreased by walking.

The patient presents with intermittent to frequent (up to between 50% and 75% of day) stiffness located in sacrum, low back and describes intensity as slight to moderate that has held at 6 out of 10 and is increased by time on computer, sitting and is decreased by walking.

**She is still having a lot of pain in her neck giving her headaches. Also her lower back has been bothering her a lot recently and she had an MRI (negative) and just had x-rays done also.**

**Objective:**

Spinal Fixation/Malposition/Palpatory findings: OCC; C1; C5; T4; T7.

Hypertonicity: Right-Scalenus (moderate-severe), , Left-Scalenus (**increased** from moderate to **moderate-severe**), Right-Upper-Trapezius (moderate), Left-Multifidus (moderate), Right-Multifidus (moderate), Left-Gluteus-Medius (moderate), Right-Gluteus-Medius (moderate), Left-Thoracic-Erector (moderate), Right-Thoracic-Erector (moderate), Left-Suboccipitals (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate-severe), , Left-Upper-Trapezius (**increased** from moderate to **moderate-severe**), Left-Splenius-Cervicis (**increased** from moderate to **moderate-severe**).

Tenderness: Right-Neck (moderate-severe), , Left-Neck (**increased** from moderate to **moderate-severe**), Left-Shoulder (moderate), Left-Thoracic-Spine (moderate), Right-Thoracic-Spine (moderate), Right-Cervical-Spine (moderate-severe), , Right-Shoulder (**reduced** from moderate-severe to **moderate**), Left-Cervical-Spine (**increased** from moderate to **moderate-severe**), Right-Lumbosacral-L5 (mild-moderate).

**Assessment:**

Diagnoses: 1. Other spondylosis with radiculopathy, cervicothoracic region (M47.23), 2. Cervicalgia (M54.2), 3. Chronic tension-type headache, not intractable (G44.229), 4. Segmental and somatic dysfunction of cervical region (M99.01) and 5. Segmental and somatic dysfunction of thoracic region (M99.02).

Patient is progressing as anticipated. Intensity is un-changed since the prior visit.

**Plan:**

**Continue with therapy at patient's desire.**

Nelson, Michelle DOB:

Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to OCC; C1; C5; T4; T7, to joint mobilization, decrease pain, restore normal joint function.
Therapeutic Activities (Ea 15 Min) consisting of cervical active therapeutic movements, soft tissue mobilization, myofascial release was provided specifically to neck, upper back, right scapula, left scapula, left neck, right neck, head for 24 minutes (2 units), to increase mobility/range of motion, reduce chronic myofascial pain, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 11/17/17 02:48:01 PM

Nelson, Michelle DOB:

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 11/10/2017
Date Of Onset: 2/11/2016
Date Of Birth:
Provider: **Turner, Jeffrey DC**
BranchName: Turner Chiropractic Inc

**Subjective:**

Primary Complaint: upper back, neck
The patient presents with constant (up to 100% of day) dull, aching, throbbing, radiating pain located in upper back, neck and describes intensity as moderate to severe that has held at 6 out of 10 and is increased by bending, palpation, working, movement of area and is decreased by treatment that radiates to (anterior) right-neck, right-shoulder, right-arm.
Second Complaint: head
The patient presents with frequent to constant (up to between 75% and 100% of day) headache located in head and describes intensity as moderate to severe that has held at 7 out of 10.
**Third Complaint: sacrum, low back**
**The patient presents with intermittent to frequent (up to between 50% and 75% of day) dull, burning, aching pain located in sacrum, low back and describes intensity as slight to moderate rated at 4 out of 10 which is increased by time on computer, sitting and is decreased by walking.**
**The patient presents with intermittent to frequent (up to between 50% and 75% of day) stiffness in sacrum, low back and describes intensity as slight to moderate rated at 6 out of 10 which is increased by time on computer, sitting and is decreased by walking.**
**She has been having quite a bit more lower back pain along with her neck pain and headaches. The lower back pain is across the belt line, does not radiate, and sort of burns at times.**

**Objective:**

Spinal Fixation/Malposition/Palpatory findings: OCC; C1; C5; T4; T7.
Hypertonicity: Left-Scalenus (moderate), Right-Scalenus (moderate-severe), Left-Upper-Trapezius (moderate), Right-Upper-Trapezius (moderate), Left-Thoracic-Erector (moderate), Right-Thoracic-Erector (moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Cervicis (moderate), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate-severe), **Left-Multifidus (moderate), Right-Multifidus (moderate), Left-Gluteus-Medius (moderate), Right-Gluteus-Medius (moderate).**
Tenderness: Left-Neck (moderate), Right-Neck (moderate-severe), Left-Shoulder (moderate), Right-Shoulder (moderate-severe), Left-Thoracic-Spine (moderate), Right-Thoracic-Spine (moderate), Left-Cervical-Spine (moderate), Right-Cervical-Spine (moderate-severe), **Right-Lumbosacral-L5 (mild-moderate).**

**Assessment:**

Diagnoses: 1. Other spondylosis with radiculopathy, cervicothoracic region (M47.23), 2. Cervicalgia (M54.2), 3. Chronic tension-type headache, not intractable (G44.229), 4. Segmental and somatic dysfunction of cervical region (M99.01) and 5. Segmental and somatic dysfunction of thoracic region (M99.02).
Patient is progressing as anticipated. Intensity is un-changed since the prior visit.

**Plan:**

Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to OCC; C1; C5; T4; T7, to joint mobilization, decrease pain, restore normal joint function.

Nelson, Michelle DOB:

Therapeutic Activities (Ea 15 Min) consisting of cervical active therapeutic movements, soft tissue mobilization, myofascial release was provided specifically to neck, upper back, right scapula, left scapula, left neck, right neck, head for 26 minutes (2 units), to increase mobility/range of motion, reduce chronic myofascial pain, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Turner, Jeffrey DC
Date: 11/16/17 11:28:28 AM

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 5/2/2018
Date Of Onset: 3/12/2016
Date Of Birth:
Provider: Turner - SCPM, Jeffrey DC
BranchName: SCPM - Turner Chiropractic Inc

**Subjective**:

Primary Complaint: neck

The patient presents with intermittent to frequent (up to between 50% and 75% of day) dull, aching pain located in neck and describes intensity as moderate to severe that has held at 4 out of 10 and is increased by time on computer, sitting and is decreased by heat, stretching, treatment.

The patient presents with frequent to constant (up to between 75% and 100% of day) stiffness located in neck and describes intensity as moderate to severe that has held at 6 out of 10 and is increased by time on computer, sitting and is decreased by heat, stretching, treatment.

The patient presents with frequent to constant (up to between 75% and 100% of day) headache located in neck and describes intensity as moderate to severe that has held at 6 out of 10 and is increased by time on computer, sitting and is decreased by heat, stretching, treatment.

Second Complaint: sacrum, low back

The patient presents with intermittent to frequent (up to between 50% and 75% of day) aching, throbbing pain located in sacrum, low back and describes intensity as moderate that has held at 4 out of 10 and is increased by sitting, overhead activties and is decreased by walking.

The patient presents with intermittent to frequent (up to between 50% and 75% of day) stiffness located in sacrum, low back and describes intensity as moderate that has held at 5 out of 10 and is increased by sitting, overhead activties and is decreased by walking.

She **states** that **the work i performed on her shoulders** last time **really seemed to help loosen up her** neck a lot **more than normal.**

**Objective**:

**Large release of C2 on the left today with adjustment.**

Spinal Fixation/Malposition/Palpatory findings: C1; C2; C7; T12; L5; Sacrum.

Hypertonicity: Left-Scalenus (**reduced** from moderate to **mild-moderate**), Right-Scalenus (**reduced** from moderate-severe to **moderate**), Left-PectoralisMajor (**reduced** from moderate to **mild-moderate**), Right-PectoralisMajor (**reduced** from moderate to **mild-moderate**), Left-Levator-Scapulae (**reduced** from moderate to **mild-moderate**), Right-Levator-Scapulae (**reduced** from moderate-severe to **moderate**), Left-Quadratus-Lumborum (**reduced** from moderate to **mild-moderate**), Right-Quadratus-Lumborum (**reduced** from moderate to **mild-moderate**), Left-Thoracic-Spine (**reduced** from moderate to **mild-moderate**), Right-Thoracic-Erector (**reduced** from moderate-severe to **moderate**), Left-Suboccipitals (**reduced** from moderate to **mild-moderate**), Left-Splenius-Cervicis (**reduced** from moderate to **mild-moderate**), Right-Suboccipitals (**reduced** from moderate-severe to **moderate**), Right-Splenius-Cervicis (**reduced** from moderate-severe to **moderate**).

Tenderness: Left-Splenius-Cervicis (moderate), , Right-Thoracic-Erector (**increased** from none to **mild-moderate**), Left-Suboccipitals (**reduced** from moderate-severe to **moderate**), Right-Suboccipitals (**reduced** from moderate-severe to **moderate**), Right-Splenius-Cervicis (**reduced** from moderate to **mild-moderate**), Left-Lumbosacral-L5 (**reduced** from moderate to **mild-moderate**), Right-Lumbosacral-L5 (**reduced** from moderate to **mild-moderate**).

**Assessment**:

Nelson, Michelle DOB:

Diagnoses: 1. Other spondylosis with radiculopathy, cervicothoracic region (M47.23), 2. Chronic tension-type headache, not intractable (G44.229), 3. Contracture of muscle, multiple sites (M62.49), 4. Segmental and somatic dysfunction of cervical region (M99.01) and 5. Segmental and somatic dysfunction of lumbar region (M99.03).
Patient is progressing as anticipated. Intensity is **un-changed** since the prior visit.

**Plan:**
Based on subjective and objective data today's treatment consists of:
CMT 3-4 Regions consisting of diversified technique, to joint mobilization, increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, mid back, low back, left pelvis, right pelvis, left neck, right neck for 26 minutes (2 units), to increase mobility/range of motion, reduce muscle spasm, decrease pain, correct body mechanics.
Patient received care without incident.

(Electronic Signature)
Provider Name: Turner - SCPM, Jeffrey DC
Date: 05/04/18 03:02:03 PM

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 4/19/2018
Date Of Onset: 3/12/2016
Date Of Birth:
Provider: Turner - SCPM, Jeffrey DC
BranchName: SCPM - Turner Chiropractic Inc

**Subjective:**

Primary Complaint: neck

The patient presents with a **decrease** in frequency of pain. She now presents with frequency **as intermittent to frequent (up to between 50% and 75% of day)** and describes intensity as moderate to severe that has **decreased** to 4 out of 10 from 5 out of 10 and is increased by time on computer, sitting and is decreased by heat, stretching, treatment. She now presents with dull, aching pain located in neck.

The patient presents with a **decrease** in frequency of stiffness. She now presents with frequency as **frequent to constant (up to between 75% and 100% of day)** and describes intensity as moderate to severe that has **decreased** to 6 out of 10 from 7 out of 10 and is increased by time on computer, sitting and is decreased by heat, stretching, treatment.

The patient presents with frequent to constant (up to between 75% and 100% of day) headache located in neck and describes intensity as moderate to severe that has held at 6 out of 10 and is increased by time on computer, sitting and is decreased by heat, stretching, treatment.

Second Complaint: sacrum, low back

The patient presents with intermittent to frequent (up to between 50% and 75% of day) aching, throbbing pain located in sacrum, low back and describes intensity as moderate that has decreased to 4 out of 10 from 5 out of 10 and is increased by sitting, overhead activties and is decreased by walking.

The patient presents with intermittent to frequent (up to between 50% and 75% of day) stiffness located in sacrum, low back and describes intensity as moderate that has decreased to 5 out of 10 from 6 out of 10 and is increased by sitting, overhead activties and is decreased by walking.

**She reports doing a little better that last visit but still has some prominent headaches, neck pain, and lower back pain. Nothing major has changed since last visit.**

**Objective:**

Spinal Fixation/Malposition/Palpatory findings: C1; C2; C7; T12; L5; Sacrum.

Hypertonicity: Left-Scalenus (moderate), Right-Scalenus (moderate-severe), Left-Pectoralis Major (moderate), Right-Pectoralis Major (moderate), Left-Levator-Scapulae (moderate), Right-Levator-Scapulae (moderate-severe), Left-Quadratus-Lumborum (moderate), Right-Quadratus-Lumborum (moderate), Left-Thoracic-Spine (moderate), Right-Thoracic-Erector (moderate-severe), Left-Suboccipitals (moderate), Left-Splenius-Cervicis (moderate), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate-severe).

Tenderness: Right-Thoracic-Erector, Left-Suboccipitals (moderate-severe), Left-Splenius-Cervicis (moderate), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate), Left-Lumbosacral-L5 (moderate), Right-Lumbosacral-L5 (moderate).

**Assessment:**

Diagnoses: 1. Other spondylosis with radiculopathy, cervicothoracic region (M47.23), 2. Chronic tension-type headache, not intractable (G44.229), 3. Contracture of muscle, multiple sites (M62.49), 4. Segmental and somatic dysfunction of cervical region (M99.01) and 5. Segmental and somatic dysfunction of lumbar region (M99.03).

Patient **is showing slight improvement** since the prior visit, she is progressing as anticipated. Intensity is

Nelson, Michelle DOB:

**slightly-decreased** since the prior visit.

<u>Plan</u>:
Based on subjective and objective data today's treatment consists of:
**CMT 3-4 Regions consisting of diversified technique, to joint mobilization, increase mobility/range of motion, decrease pain, correct body mechanics.**
**Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, mid back, low back, left pelvis, right pelvis, left neck, right neck for 26 minutes (2 units), to increase mobility/range of motion, reduce muscle spasm, decrease pain, correct body mechanics.**
Patient received care without incident.

(Electronic Signature)
Provider Name: Turner - SCPM, Jeffrey DC
Date: 05/04/18 03:00:12 PM

Nelson, Michelle DOB:

# Initial Exam

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 3/16/2018
Date Of Onset: 3/12/2016
Date Of Birth:
Provider: Turner - SCPM, Jeffrey DC
BranchName: SCPM - Turner Chiropractic Inc

**History of Present Illness:**

Ms. Nelson presents with a chief complaint of pain occurring since approx 3/10/2018. The patient stated "I have been having a lot of neck tension and head aches with lower back pain". She reported no prior similar symptoms. The patient has never experienced this condition before.

Primary Complaint: neck

The patient presents with frequent (up to 75% of day) dull, aching pain located in neck and describes intensity as moderate to severe rated at 5 out of 10 which is increased by time on computer, sitting and is decreased by heat, stretching, treatment.

The patient presents with constant (up to 100% of day) stiffness in neck and describes intensity as moderate to severe rated at 7 out of 10 which is increased by time on computer, sitting and is decreased by heat, stretching, treatment.

The patient presents with frequent to constant (up to between 75% and 100% of day) headache in neck and describes intensity as moderate to severe rated at 6 out of 10 which is increased by time on computer, sitting and is decreased by heat, stretching, treatment.

Second Complaint: sacrum, low back

The patient presents with intermittent to frequent (up to between 50% and 75% of day) aching, throbbing pain located in sacrum, low back and describes intensity as moderate rated at 5 out of 10 which is increased by sitting, overhead activties and is decreased by walking.

The patient presents with intermittent to frequent (up to between 50% and 75% of day) stiffness in sacrum, low back and describes intensity as moderate rated at 6 out of 10 which is increased by sitting, overhead activties and is decreased by walking.

Review Of Systems: EYES: Patient presents with glasses/contacts. MUSCULOSKELETAL: Patient presents with stiffness, neck pain. Following are negative: ALLERGIC-IMMUNOLOGIC, CARDIOVASCULAR, CONSTITUTIONAL, EAR, NOSE, THROAT, ENDOCRINE, GASTRO-INTESTINAL, GENITOURINARY, HEMATOLOGY/LYMPH.

**Objective**:

Exam findings:

Ortho/Neuro: Foraminal Compression is within normal limits bilaterally, Shoulder Depression is within normal limits bilaterally, Valsalva's Sign is within normal limits bilaterally, Cervical Distraction Test is within normal limits bilaterally, Kemp's is within normal limits bilaterally, Derifield Leg Test is within normal limits bilaterally, Thomas Test is within normal limits bilaterally, Straight Leg Raise is within normal limits bilaterally

Reflexes: Biceps reflex is within normal limits bilaterally, Tricep reflex is within normal limits bilaterally, Brachioradialis reflex is within normal limits bilaterally, Patellar reflex is within normal limits bilaterally, Achilles reflex is within normal limits bilaterally

Range of Motion: Cervical ROM: Flexion is 30° (60% of normal); Extension is 50° (83% of normal); Left Rotation is 70° (87% of normal); Right Rotation is 70° (87% of normal). Lumbar ROM: Flexion is within normal limits; Extension is 20° (80% of normal); Left Rotation is 25° (83% of normal); Right Rotation is 25° (83% of normal)

Muscle Strength:

Upper: Shoulder Abductors are within normal limits bilaterally, Shoulder Flexors are within normal limits bilaterally, Elbow Flexors are within normal limits bilaterally, Elbow Extensors are within normal limits

bilaterally, Finger Flexors are within normal limits bilaterally, Finger Extensors are within normal limits bilaterally, Finger Abductors are within normal limits bilaterally.
Lower: Hip Flexors are within normal limits bilaterally, Hip Extensors are within normal limits bilaterally, Knee Flexors are within normal limits bilaterally, Knee Extensors are within normal limits bilaterally, Ankle Inversion are within normal limits bilaterally, Ankle Eversion are within normal limits bilaterally, Toe Dorsiflexion are within normal limits bilaterally, Plantarflexion are within normal limits bilaterally.
Spinal Fixation/Malposition/Palpatory findings: C1; C2; C7; T12; L5; Sacrum.
Hypertonicity is found in the following areas: Left-Scalenus (moderate), Right-Scalenus (moderate-severe), Left-Pectoralis Major (moderate), Right-Pectoralis Major (moderate), Left-Levator-Scapulae (moderate), Right-Levator-Scapulae (moderate-severe), Left-Quadratus-Lumborum (moderate), Right-Quadratus-Lumborum (moderate), Right-Thoracic-Erector (moderate-severe), Left-Suboccipitals (moderate), Left-Splenius-Cervicis (moderate), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate-severe), Left-Thoracic-Spine (moderate).
Tenderness is found in the following areas: Right-Thoracic-Erector, Left-Suboccipitals (moderate-severe), Left-Splenius-Cervicis (moderate), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate), (posterior) Left-Lumbosacral-L5 (moderate), (posterior) Right-Lumbosacral-L5 (moderate)

**Assessment**:
Diagnoses: 1. Other spondylosis with radiculopathy, cervicothoracic region (M47.23), 2. Chronic tension-type headache, not intractable (G44.229), 3. Contracture of muscle, multiple sites (M62.49), 4. Segmental and somatic dysfunction of cervical region (M99.01) and 5. Segmental and somatic dysfunction of lumbar region (M99.03).

**Plan**:
The care plan for this patient will consist of once a week for 4 weeks. At this time a re-evaluation will be performed to determine future care. Soft tissue release techniques will be performed with the goals of increasing mobility and range of motion, decreasing pain, breaking up adhesions, and reducing muscle spasm. Therapeutic exercises will be given with the goals of providing support, stability, and pain relief along with strengthening weak areas. Spinal adjustments will be performed with the goals of joint mobilization, increasing mobility and range of motion, decreasing pain, and correcting body mechanics.
Patient received care without incident.

(Electronic Signature)
Provider Name: Turner - SCPM, Jeffrey DC
Date: 05/04/18 02:56:46 PM

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 06/04/2018 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office. Her low back has been painful. She attended physical therapy with no benefit. A lumbar MRI was normal. Her neck pain and headaches are unchanged.

## Past Medical History:

Chronic neck pain
Spinal Cord Injury with Syrinx
Chronic Headaches
Migraine Headaches

## Past Surgical History:

Reviewed history from 06/25/2012 and no changes required:
Cesarian Section 03'

## Current Medication List Reviewed

NEURONTIN 100 MG ORAL CAPSULE (GABAPENTIN) 1 to 2 TID for nerve pain
BACLOFEN 10 MG ORAL TABLET (BACLOFEN) 1 tid prn for muscle spasms
MOBIC 7.5 MG ORAL TABLET (MELOXICAM) 1 bid
TOPAMAX 25 MG ORAL TABLET (TOPIRAMATE) 2 am and pm
WELLBUTRIN XL 300 MG ORAL TABLET EXTENDED RELEASE 24 HOUR (BUPROPION HCL) one qd
MONTELUKAST SODIUM 10 MG ORAL TABLET (MONTELUKAST SODIUM)
CETIRIZINE HCL 10 MG ORAL TABLET (CETIRIZINE HCL)
FLECTOR 1.3 % TRANSDERMAL PATCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
ZOLPIDEM TARTRATE 10 MG ORAL TABLET (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABLET (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG ORAL TABLET (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn

## Current Problem List Reviewed

Neck pain (ICD-723.1) (ICD10-M54.2)
Myalgia (ICD-729.1) (ICD10-M79.1)
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed

SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:

Reviewed history Last on 10/16/2017 and no changes required:06/04/2018
Father - Has Family History of Hypertension - Entered On: 6/11/2014
Father - Has Family History of Diabetes - Entered On: 6/11/2014
Mother - Has Family History Unknown - Entered On: 6/11/2014

**General Comments - FH:**
FH Diabetes
FH Hypertension

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 06/04/2018 )

Patient: MICHELLE R NELSON [38445]
DOB:

## Social History:

Disability

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 115 pounds
**Pulse rate:** 90 /min
**Blood Pressure:** 127/81 mm Hg

## Calculations

**Body Mass Index:** 23.31 **Body Surface Area (m2):** 1.46

## Physical Exam

**Msk:**
Physical examination is unchanged. 25 minutes was spent with the patient on today's appointment. More than 50% of the time was spent in face-to-face time with the patient in counseling.

Together we reviewed the 10/27/17 lumbar MRI images. This is normal. Time was spent on patient education.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

**Blood Pressure:**
**Today's BP:** 127/81 mm Hg

## Impression & Recommendations:

**Problem # 1:** Neck pain (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord injury with a resulting spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

Her updated medication list for this problem includes:
Baclofen 10 Mg Oral Tabs (Baclofen) ..... 1 tid prn for muscle spasms
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd pm

Her updated medication list for this problem includes:
Baclofen 10 Mg Oral Tablet (Baclofen) ..... 1 tid prn for muscle spasms
Mobic 7.5 Mg Oral Tablet (Meloxicam) ..... 1 bid
Percocet 5-325 Mg Oral Tablet (Oxycodone-acetaminophen) ..... 1-2 qd prn

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 06/04/2018 )

Patient: MICHELLE R NELSON [38445]
DOB:

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Myalgia (ICD-729.1) (ICD10-M79.1)

**Problem # 3:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 4:** Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)

Her updated medication list for this problem includes:
Mobic 7.5 Mg Oral Tablet (Meloxicam) ..... 1 bid
Relpax Tablet (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Oral Tablet (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 5:** Migraine headache (ICD-346.90) (ICD10-G43.909)

Her updated medication list for this problem includes:
Mobic 7.5 Mg Oral Tablet (Meloxicam) ..... 1 bid
Relpax Tablet (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Oral Tablet (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Patient Instructions:**
1) Work restriction paperwork completed.
2) She will return to the office here as needed.
3) CC Dr. Fraley

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 10/16/2017 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office with insurance paperwork to complete. She is having low bck pain. This began one month ago. This is a midline low back pain. There is no radiating pain, numbness or weakness. A MRI has been ordered. She denies dysuria, no frequency, no blood in the urine.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
- Chronic neck pain
- Spinal Cord Injury with Syrinx
- Chronic Headaches
- Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
- Cesarian Section 03'

## Current Medication List Reviewed
BACLOFEN 10 MG ORAL TABS (BACLOFEN) 1 tid prn for muscle spasms
MOBIC 7.5 MG ORAL TABS (MELOXICAM) 1 bid
VIIBRYD 40 MG ORAL TABS (VILAZODONE HCL) 1 qd
TOPAMAX 25 MG ORAL TABS (TOPIRAMATE) 2 am and pm
WELLBUTRIN XL 300 MG ORAL XR24H-TAB (BUPROPION HCL) one qd
MONTELUKAST SODIUM 10 MG ORAL TABS (MONTELUKAST SODIUM)
CETIRIZINE HCL 10 MG ORAL TABS (CETIRIZINE HCL)
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn

## Current Problem List Reviewed
Neck pain (ICD-723.1) (ICD10-M54.2)
Myalgia (ICD-729.1) (ICD10-M79.1)
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 09/20/2017 and no changes required:10/16/2017
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

**General Comments - FH:**

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 10/16/2017 )

Patient: MICHELLE R NELSON [38445]
DOB:

FH Diabetes
FH Hypertension

## Social History:

Reviewed history from 05/25/2017 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 92 /min
**Blood Pressure:** 126/91 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
Physical examination is unchanged. 25 minutes was spent with the patient on today's appointment. More than 50% of the time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** Neck pain (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord injury with a resulting spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

Her updated medication list for this problem includes:
Baclofen 10 Mg Oral Tabs (Baclofen) ..... 1 tid prn for muscle spasms
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Myalgia (ICD-729.1) (ICD10-M79.1)

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 10/16/2017 )

Patient: MICHELLE R NELSON [38445]
DOB:

Her updated medication list for this problem includes:
Baclofen 10 Mg Oral Tabs (Baclofen) ..... 1 tid prn for muscle spasms
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 3:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 4:** Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)

**Problem # 5:** Migraine headache (ICD-346.90) (ICD10-G43.909)

Her updated medication list for this problem includes:
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Relpax Tabs (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Patient Instructions:**
1) I will no longer be prescribing pain medications effective 12/31/17.
2) Paperwork completed.
3) She will return as needed.
4) CC Dr. Fraley

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

| | |
|---|---|
| Date: | May 18, 2018 |
| To: | MICHAEL KRIEGER<br>MICHAEL S. KRIEGER, LLC NOEL & KRIEGER<br>165 SOUTH UNION BOULEVARD<br>ST. 555<br>LAKEWOOD CO 80228-2221 |
| Attn: | |
| Fax: | (303) 781-1349 |
| From: | Jane Daniell<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5704 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

May 18, 2018

Michael Krieger
Michael S. Krieger, LLC Noel & Krieger
165 SOUTH UNION BOULEVARD
ST. 555
LAKEWOOD, CO 80228-2221

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson

Dear Michael Krieger:

This letter is in response to your May 15, 2018 letter referencing STD claim number 3582432. The letter stated you were in receipt of Liberty's March 5, 2018 letter and thumb drive.

Please note that Ms. Nelson's STD claim 3582432 was denied on June 7, 2016. You appealed on behalf of Ms. Nelson. An appeal determination was rendered on July 28, 2016.

Ms. Nelson called and requested to file an LTD claim (7608815) on September 18, 2017. A thorough investigation was conducted. On December 18, 2017, Ms. Nelson's LTD claim was denied. The letter stated:

> "Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below. This claim determination reflects an evaluation of the claim facts and the Policy provisions. We reserve the right to make a determination on any additional information that may be submitted.
>
> **The Liberty Life Assurance Company of Boston**
> **Group Benefits Disability Claims**
> **P.O. Box 7208**
> **London, KY 40742-7208**
>
> The written request for review must be sent within 180 days of the receipt of this letter and state the reasons why you feel your claim should not have been denied. In your request for review please include the following documentation: all medical documentation to include but not limited to, all treatment notes,

> evaluations/consultation, diagnostic test results, physical therapy records, and any other medical evidence from 7/2016 through the present date as well as any additional information related to his occupation as a Consumer Loan Underwriter 3 which you feel will support his inability to perform your own occupation."

As set forth in the December 18, 2017 denial letter, Ms. Nelson has a maximum of 180 days from the date of the letter to submit her appeal and all supporting information that she would like to have considered with her appeal. The 180-day timeframe will expire on June 15, 2018. All information that you wish to be considered with Ms. Nelson's appeal must be submitted by June 15, 2018.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Daniell
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-5704

MICHAEL S. KRIEGER, LLC
NOEL & KRIEGER
*A Law Partnership of Limited Liability Companies*
165 South Union Boulevard, Suite 555
Lakewood, CO 80228-2221
Ph: 303-781-5559 Ψ Fax: 303-781-1349
www.TheDenverDisabilityLawyer.com
Mike@Krieger.Law

15 May 2018

Liberty Mutual
Group Benefits Disability Claims
***Sent by fax to: 1-603-334-5704***

Attn: Jane Daniell - Appeal Review Consultant

Re: Client: Michelle Nelson
Employer: Wells Fargo
Claim Number: 3582432

Dear Ms. Daniell:

As you know, we represent Michelle Nelson in the matters arising from her claim for disability income benefits from the Wells Fargo & Company's STD plan, which Liberty has denied.

Our appeal of Liberty's denial will be effective June 15, 2018. I am telling you this now because it appears that I will be in a hospital myself (following surgery) in early to mid-June and will not be able to write Liberty during that hospitalization.

Between now and June 15, 2018, my paralegals will be forwarding medical records on this claim to you.

Very truly yours,

***Michael Krieger***

Encl: ☑
CC: **MarkXXX@xxxx.com**

MICHAEL S. KRIEGER, LLC
NOEL & KRIEGER
*A Law Partnership of Limited Liability Companies*
165 South Union Boulevard, Suite 555
Lakewood, CO 80228-2221
Ph: 303-781-5559 Ψ Fax: 303-781-1349
www.TheDenverDisabilityLawyer.com
Mike@Krieger.Law

15 May 2018

Liberty Mutual
Group Benefits Disability Claims
***Sent by fax to: 1-603-334-5704***

***And via US Mail, Certified to:***
Plan Administrator – Wells Fargo Company,
Wells Fargo & Company Short-Term Disability Plan
Wells Fargo Leave and Disability Management
8740 Research Drive,
MACX: D1107-022
Charlotte, NC 28262-8570

Attn: Jane Daniell - Appeal Review Consultant

Re: Client: Michelle Nelson
Employer: Wells Fargo
Claim Number: 3582432

Dear Ms. Daniell:

As you know, we represent Michelle Nelson in the matters arising from her claim for disability income benefits from Liberty Mutual, which we understand is acting as a fiduciary or other administrator for Wells Fargo & Company's short term disability plan..

We are in receipt of Liberty's letter of March 5, 2018, and the thumb drive with the claims file on it. Liberty's position appears to be that the contracts of hire of the allegedly independent physicians hired or retained by Liberty are irrelevant to the denial of this claim. We find it ironic that the curriculum vitae of each physician is deemed relevant, but documents related to Liberty's relationship to them is deemed not relevant. We demand that this information be released to claimant. We are copying this demand to the Plan Administrator so that ERISA's ***per diem*** penalties will apply, in any subsequent litigation, should Liberty continue to refuse to produce these documents.

Initially, we are enclosing herein medical records of Dr. Leppard and Dr. Komatineni that I did not fine in the htumb drive's claim file. We will follow with updated medical records from several other providers.

I request, pursuant to *29 CFR 2560.503-1(g)(1)(ii),* that Liberty identify any and all information that it wishes to have in order to allow for a full and fair review of this claim

I look forward to the amicable resolution of this claim.

Very truly yours,

MSK

***Michael Krieger***

Encl: MK
CC: **MarkXXX@xxxx.com**

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 11/16/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office for a medication recheck visit. She is in braces to try and help her dental bite and headaches. She reports that her pain is unchanged. She does periodic botox injections, but has not noted a significant change in her headaches.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
Chronic neck pain
Spinal Cord Injury with Syrinx
Chronic Headaches
Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
Cesarian Section 03'

## Current Medication List Reviewed
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
CELEXA TABS (CITALOPRAM HYDROBROMIDE TABS) 1 po q d
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn

## Current Problem List Reviewed
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 09/21/2016 and no changes required:11/17/2016
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

**General Comments - FH:**
FH Diabetes
FH Hypertension

## Social History:
Reviewed history from 11/24/2014 and no changes required:

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 11/16/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 85 /min
**Blood Pressure:** 113/85 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
Physical examination is unchanged. 25 minutes was spent with the patient on today's appointment. More than 50% of the time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 3:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 4:** Migraine headache (ICD-346.90) (ICD10-G43.909)

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 11/16/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Relpax Tabs (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 5:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

**Medications Added to Medication List This Visit:**
1) Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) .... 1-2 qd prn

**Prescriptions:**
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) #60 x 0
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 11/16/2016
Method used: Handwritten
RxID: 1794916987756250
Handout requested.

**Patient Instructions:**
1) The patient is on chronic pain medication. I do feel that these medications are indicated not only to control pain, but to maintain the patient's functional status. Pharmacy screens are clear, random drug screens show prescription medications only. A narcotic agreement is on file.
2) RTC in 6 months.
3) CC Dr. Fraley

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 05/25/2017 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office for a medication recheck visit. She has been doing periodic Botox injections with Dr. Komatineni for her headaches. She is struggling with hot flashes. She tried a medication for her hot flashes and it only worsened her headaches. She would like a toradol injection. Her low back has been acting up as well. Her neck and shoulder pain are unchanged.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
Chronic neck pain
Spinal Cord Injury with Syrinx
Chronic Headaches
Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
Cesarian Section 03'

## Current Medication List Reviewed
WELLBUTRIN XL 300 MG ORAL XR24H-TAB (BUPROPION HCL) one qd
MONTELUKAST SODIUM 10 MG ORAL TABS (MONTELUKAST SODIUM)
CETIRIZINE HCL 10 MG ORAL TABS (CETIRIZINE HCL)
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn

## Current Problem List Reviewed
Myalgia (ICD-729.1) (ICD10-M79.1)
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 11/16/2016 and no changes required:05/26/2017
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

**General Comments - FH:**
FH Diabetes
FH Hypertension

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 05/25/2017 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Social History:**
Reviewed history from 11/24/2014 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

**Vital Signs -Extended**
**Height:** 59 inches **Weight:** 118 pounds
**Blood Pressure:** 110/80 mm Hg

**Calculations**
**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

**Physical Exam**

**Msk:**
Gait is normal. Strength and sensation are normal. Physical examination is otherwise unchanged. 40 minutes was spent with the patient on today's appointment. More than 50% of the physician's time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

**Impression & Recommendations:**

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)
DR ADMIN THERAPEUTIC INJECTION 96372 (CPT-96372)

**Problem # 2:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

Spinal cord syrinx due to a puncture wound to the spinal cord during an attempted facet injection in 2008. Follow-up MRI scans have shown that the syrinx is stable. She does have residual left-sided numbness.

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 05/25/2017 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Problem # 3:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 4:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 5:** Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)

**Medications Added to Medication List This Visit:**
1) Wellbutrin Xl 300 Mg Oral Xr24h-tab (Bupropion hcl) .... One qd
2) Montelukast Sodium 10 Mg Oral Tabs (Montelukast sodium)
3) Cetirizine Hcl 10 Mg Oral Tabs (Cetirizine hcl)

**Other Orders:**
INJ KETOROLAC TROMETHAMINE 15 MG (CPT-J1885)

**Prescriptions:**
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn #60 x 0
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 05/25/2017
Method used: Handwritten
RxID: 1811347239983890
Handout requested.

**Patient Instructions:**
1) The patient is on chronic pain medication. I do feel that these medications are indicated not only to control pain, but to maintain the patient's functional status. Pharmacy screens are clear, random drug screens show prescription medications only. A narcotic agreement is on file.
2) She will continue with periodic Botox injections for her chronic headaches with Dr. Komatineni.
3) She will return to the office here in six months, sooner if needed.
4) CC Dr. Fraley
5) CC Dr. Komatineni

**Toradol (ketorolac tromethamine) Injection**
**Strength:** 30 MG/ML
**Total Dose:** 60MG
**Volume:** 2ML
**Stop Date:** 06/01/2017
**Route:** Intramuscular
**Injection Site:** right gluteal

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 09/21/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office reporting persistent pain. She does not feel able to return to work even part-time. She is now having right shoulder and neck pain.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
Chronic neck pain
Spinal Cord Injury with Syrinx
Chronic Headaches
Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
Cesarian Section 03'

## Current Medication List Reviewed
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
CELEXA TABS (CITALOPRAM HYDROBROMIDE TABS) 1 po q d
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN)

## Current Problem List Reviewed
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 08/17/2016 and no changes required:09/21/2016
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

## General Comments - FH:
FH Diabetes
FH Hypertension

## Social History:
Reviewed history from 11/24/2014 and no changes required:

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 09/21/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 80 /min
**Blood Pressure:** 116/84 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
Right shoulder impingement is negative. There is myofascial tightness. Physical examination is otherwise unchanged. 25 minutes was spent with the patient on today's appointment. More than 50% of the time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

Her updated medication list for this problem includes
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 09/21/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Problem # 3:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 4:** Migraine headache (ICD-346.90) (ICD10-G43.909)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Relpax Tabs (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

**Problem # 5:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

**Problem # 6:** Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)

\

**Patient Instructions:**
1) FMLA paperwork completed.
2) RTC in 6 months for medication recheck visit.
3) CC Dr. Fraley

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 09/21/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Problem # 3:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 4:** Migraine headache (ICD-346.90) (ICD10-G43.909)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Relpax Tabs (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

**Problem # 5:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

**Problem # 6:** Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)

**Patient Instructions:**
1) FMLA paperwork completed.
2) RTC in 6 months for medication recheck visit.
3) CC Dr. Fraley

## Consultation Notes for MICHELLE R NELSON on 05/04/2017

### History of Present Illness

General:

Mrs. Nelson is here for a medically necessary Botox appointment. The patient is a pleasant 48-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

-Propranolol
-Relpax
-Topamax
-Gabapentin
-Ambien
-Diclofenac
-Tizanidine
-Citalopram
-Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report mild improvement but has not documented her headache days. Still she felt like she had more headache days than not.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

### Assessments

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary), The patient is a pleasant 48-year-old female with history of chronic intractable migraine headaches with pain 25/30 days of the month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. She was referred for Botox injections and has seen greater and 50% improvement in headache intensity but is still having headaches frequently. She also has neck pain and is treated by Dr. Leppard in pain management. Her disability paperwork was completed, signed and handed to the patient.
2. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

### Treatment

**1. Chronic migraine without aura, intractable, without status migrainosus**

Refill Acetaminophen/Butalbital/Caffeine capsule, 300 mg-50 mg-40 mg, 1 cap(s), orally, take 1 caps at onset of migrane, may repeat in 4 hours if needed, max dose 2 caps in 24 hour period, 30 days, 9 Capsule, Refills 2

Start Zomig spray, 2.5 mg, 2.5 mg, intranasally, take 1 spray(2.5mg) at onset of migraine, may repeat in 4 hours if needed, max dose 5mg in 24 hour period, 30 days, 9 doses, Refills 2

Botox injection

Clinical Notes: Spoke to Brent at pharmacy and he states Zomig comes in a 6 pack so ok'd to change.

**2. Others**

Refill clonazepam tablet, 0.5 mg, 1 tab(s), orally, once daily prn for muscle spasms, 30 day(s), 15, Refills 2

Clinical Notes: Called Clonazepam into listed Walgreens pharmacy and spoke to Brent.

### Procedures

Botox:

Area face and cervical. Indication headache. Dose 200 units. Procedure Consent obtained. Dilute botulinum toxin was injected via non-EMG guidance into the corrugators (10 units each) and temporalis muscles bilaterally (40units each). Hollow EMG guidance was used to guide the injections in the splenius cervicis bilaterally (10 units each) and trapezii (40 units each). Increased motor unit activity was noted in each site. Patient tolerated well, there were no complications. Patient had muscle spasms noted in her neck and back. Lot Number: 1 200 unit Vial, C4442C3. Expiration Date: 09/2019.

**Electronically signed by APARNA KOMATINENI MD on 05/05/2017 at 01:40 PM MDT**

**Sign off status: Pending**

---

**Colorado Springs Neuro Assoc.**
**2312 N. Nevada Avenue**
**Suite 100**
**Colorado Springs CO 809075307**
**Tel: 719-473-3272**
**Fax: 719-380-1191**

---

**Patient: NELSON, MICHELLE R**
**DOB:**

**Provider: APARNA KOMATINENI, MD, MD**
**Date: 05/04/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Aparna K.

**Electronically signed by APARNA KOMATINENI MD on 05/05/2017 at 01:40 PM MDT**

**Sign off status: Pending**

---

**Colorado Springs Neuro Assoc.**
**2312 N. Nevada Avenue**
**Suite 100**
**Colorado Springs CO 809075307**
**Tel: 719-473-3272**
**Fax: 719-380-1101**

---

**Patient: NELSON, MICHELLE R**
**DOB:**

**Provider: APARNA KOMATINENI, MD, MD**
**Date: 05/04/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

## Consultation Notes for MICHELLE R NELSON on 11/23/2016

History of Present Illness

General:

Mrs. Nelson is here for a medically necessary botox appointment. The patient is a pleasant 48-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

-Propranolol
-Relpax
-Topamax
-Gabapentin
-Ambien
-Diclofenac
-Tizanidine
-Citalopram
-Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report mild improvement but has not documented her headache days. Still she felt like she had more headache days than not.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

Assessments

1. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

Procedures

Botox:

Area face and cervical . Indication headache. Dose 200 units. Procedure Consent obtained. Dilute botulinum toxin was injected via non-EMG guidance into the corrugators (10 units each) and temporalis muscles bilaterally (40units each). Hollow EMG guidance was used to guide the injections in the splenius cervicis bilaterally (10 units each) and trapezii (40 units each). Increased motor unit activity was noted in each site. Patient tolerated well, there were no complications. Patient had muscle spasms noted in her neck and back. Lot Number: 1 200 vial, C4210C3. Expiration Date: JUN2019.

Aparna K.

Electronically signed by APARNA KOMATINENI MD on 11/28/2016 at 10:53 AM MST

Sign off status: Pending

Colorado Springs Neuro Assoc.
2312 N. Nevada Avenue
Suite 100
Colorado Springs CO 809075307
Tel: 719-473-3272

[illegible]

---

Patient: NELSON, MICHELLE R
DOB:

Provider: APARNA KOMATINENI, MD, MD
Date: 11/23/2016

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Patient: NELSON, MICHELLE R
DOB:

Provider: APARNA KOMATINENI, MD, MD
Date: 11/23/2016

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

You are not authorized to view this document.

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

March 5, 2018

Mr. Michael S. Krieger, LLC
Noel & Krieger
165 South Union Blvd Suite 555
Lakewood, CO 80228-2221

RE: Long Term Disability – Claim 7608815
Short Term Disability – Claim 3582432
Wells Fargo & Company
Michelle Nelson

Dear Attorney Krieger:

This letter is in response to your February 7, 2018 letter referencing STD claim number 3582432. You request a copy of the claim file, however you request it in reference to our letter of December 18, 2017, which pertains to LTD claim number 7608815.

In response, please find enclosed a complete copy of your client's Long Term Disability claim file (7608815) and Short Term Disability claim file (3582432) and a complete copy of the Wells Fargo Group Long Term Disability Income Policy applicable to her claim.

The enclosed claim file copy contains the names and reports of all individuals consulted in our review of this claim, including all medical doctors and vocational consultants. The CV of all doctors that reviewed your client's file are also included.

Your request for copies of other Plan documents, such as Summary Plan Documents, etc. must be properly directed by you to the Plan Administrator, Wells Fargo Company, Wells Fargo Leave and Disability Management 8740 Research Drive, MAC: D1107-022 Charlotte, NC 28262-8570.

With regard to your requests for materials such as all claims adjusting manuals, contracts of hire, etc. we disagree with your interpretation of the scope of Liberty's disclosure obligations under ERISA, and we decline your request for this type of material. Moreover, we have provided you with copies of all materials that were reviewed and considered in our review of this claim.

With regard to your request for "any and all information that you need in order to allow for a full and fair review of this claim," the December 18, 2017 clearly outlined the medical documentation received, the basis for the claim determination, the process for submitting an appeal, as well as the type of information that should be considered for submission with the

appeal. Since we have determined that she is not disabled from her own-occupation under the terms of the Policy, we are unable to identify a specific piece of evidence that would support her claim of disability, nor are we "required" to do so under ERISA.

Sincerely,

Jane M. Daniell
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-5704

Attachments

J. Daniell

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

UPS Access Point™
JANETOS SUPERETTE
77 MAIN ST
DOVER ,NH 03820

UPS Access Point™
MAIN ST MAILING & COPY
54 MAIN ST
DURHAM ,NH 03824

UPS Access Point™
MYMOBILE
123 S MAIN ST
ROCHESTER ,NH 03867

FOLD HERE

7608815/3582432

JANE DANIELL
LIBERTY MUTUAL-DOVER-0096
100 LIBERTY WAY
DOVER NH 03820

0.0 LBS LTR 1 OF 1

SHIP TO:
MICHAEL S. KRIEGER, LLS
NOEL & KRIEGER
SUITE555
165 SOUTH UNION BLVD.
LAKEWOOD CO 80228-2221

CO 802 9-20

UPS 2ND DAY AIR 2

TRACKING #: 1Z 248 96X 35 9081 0435

BILLING: P/P
SIGNATURE REQUIRED

Office/Dept Number: 009603304

CS 20.0.32. WNTNV50 97.0A 01/2018

# SHILPA RAO KASUGANTI, MD

## EMPLOYMENT

| | |
|---|---|
| Aug 2016-Current | **Consulting Physician, The Rehab Center, Charlotte, NC:** Evaluate and treat patients with work-related injuries in an outpatient clinic setting |
| Aug 2014-Current | **Consulting Physician, Liberty Mutual Insurance, Charlotte, NC:** Review disability claims |
| June 2014-Current | **Per Diem Physician, Carolinas HealthCare System, Department of Physical Medicine and Rehabilitation, Charlotte, NC:** Run inpatient rehab service of 10-14 patients when coverage is needed |
| Oct 2008-May 2014 | **Faculty Physician, Carolinas HealthCare System, Department of Physical Medicine and Rehabilitation, Charlotte, NC**: Ran an inpatient service of 10-14 patients with two half-day clinics a week with focus on stroke and brain injury management; also ran a spasticity clinic once a month |

## TRAINING

| | |
|---|---|
| 2005-2008 | **Northwestern University, Rehabilitation Institute of Chicago,** Chicago, IL<br>Physical Medicine and Rehabilitation Residency |
| 2004-2005 | **Evanston Northwestern Hospital**, Evanston, IL<br>Preliminary Internal Medicine Internship, completed in June 2005 |

## EDUCATION

| | |
|---|---|
| 2000-2004 | **Northwestern University Feinberg School of Medicine**, MD in May 2004 |
| 1996-1999 | **Duke University**, BS in Psychology in December 1999 |

## HONORS AND AWARDS

| | |
|---|---|
| 2007 | **Kovler Award** for "commitment to team work and interdisciplinary collaboration" |
| 2006 | **Gunther Meier Award** to "the second year resident who best displays the art of listening, understanding, and interacting with patients" |
| 2000 | **Phi Beta Kappa Honors Society**, Duke University |
| 1999 | **Magna Cum Laude**, Duke University |
| 1997-1999 | Duke University **Dean's List with Distinction** |
| 1997 | **Phi Eta Sigma** (Freshman Honor Society at Duke) |
| 1996 | **City of Medicine Award**, Durham, NC |

## RESEARCH EXPERIENCE

| | |
|---|---|
| 1999 | **Neurobiology Department, Duke University,** Jillian Einstein, MD<br>Evaluated the effects of hormonal manipulation on cognition by analyzing dendritic spine density of hippocampal neurons in ovarectomized mice given estrogen supplemenation. |
| 1995 | **Howard Hughes Summer Internship, Duke University Medical Center**, Meg Titus,PhD<br>Worked in cell biology lab investigating the role of myosin in the movement of amoeba. |

## WORK HISTORY

| | |
|---|---|
| 1999 | **Duke University TIP in Greece Program, Teaching Assistant**<br>Spent three weeks as a counselor in Greece with a group of American high school students. |
| 1998 | **Howard Hughes Summer Program in the Biological Sciences, Duke University, Teaching Assistant**<br>Taught lab techniques to high school students and helped them develop research projects. |

## LECTURES AND PRESENTATIONS

Course Director for Intro to PM&R Lecture Series: given every July to new batch of residents
"AVM's and aneurysms"-Given to residents at Carolinas Rehabilitation; 2009-2014
Neuropsychiatric Sequelae of TBI-Grand Rounds Presentation; Oct 14, 2011
Dysautonomia after TBI- presented to therapists; August 2012
Hypertonicity after BI- presented at a TBI/SCI symposium to therapists and nurses; Oct 15, 2012

### *Presentation*

Saxon S, **Kasuganti S,** Rosenow J, Philip P. Functional improvement following cranioplasty in patients with severe traumatic brain injury. Selected for presentation at the Congress of Neurological Surgeons Annual Meeting, San Diego, CA. September 15-20, 2007

## PROFESSIONAL MEMBERSHIPS

| | |
|---|---|
| 2005-present | American Academy of Physical Medicine and Rehabilitation |
| 2005-2015 | Association of Academic Physiatrists |
| 2009-2014 | American Medical Association |
| 2010-2014 | International Brain Injury Association |
| 2010-2014 | Brain Injury Association of North Carolina |
| 2010-2014 | North American Brain Injury Society |

## PROFESSIONAL WORKSHOPS AND CONFERENCES

Annual Assembly, American Academy of Physical Medicine and Rehabilitation. Atlanta, GA. November 2012.
Advanced Treatment of Dystonia and Spasticity: Residency Training Workshop Demonstrating the Use of Botulinum Toxin. Chicago, IL. September 8, 2007.

## CERTIFICATION AND LICENSURE

| | |
|---|---|
| 2016 | Board certified in Brain Injury Medicine |
| 2009 | Board certified in Physical Medicine and Rehabilitation |
| 2008-present | North Carolina State Medical License, License Number 2008-00573 |
| 2004-present | Advance Cardiac Life Support and Pediatric Advanced Life Support |
| 2005 | USMLE Step III - passed |
| 2003 | USMLE Step II - passed |
| 2002 | USMLE Step I - passed |

*Curriculum Vitae*

# Fargo Nassim Khoury

## Education

| | | |
|---|---|---|
| 2004-2008 | **Loma Linda University School of Medicine**<br>Doctor of Medicine, June 2008 | **Loma Linda, CA** |
| 2000-2004 | **California State University San Bernardino**<br>B.A., Biology, *magna cum laude* | **San Bernardino, CA** |

## Postgraduate Training

| | | |
|---|---|---|
| 2010-2012 | **Loma Linda University Medical Center**<br>Resident, Division of Physical Medicine & Rehabilitation | **Loma Linda, CA** |
| 2009-2010 | **Medical College of Wisconsin Affiliated Hospitals**<br>Resident, Division of Physical Medicine & Rehabilitation | **Milwaukee, WI** |
| 2008-2009 | **Banner Good Samaritan Medical Center**<br>Intern, Division of Internal Medicine | **Phoenix, AZ** |

## Professional Career

| | | |
|---|---|---|
| 2012-Present | **Eisenhower Medical Associates**<br>Board Certified Attending Physiatrist, Annenberg Pavilion Inpatient Rehabilitation Center | **Rancho Mirage, CA** |

## Presentations & Posters

**DVT Prophylaxis in Rehabilitation**

Presented at Froedtert Memorial Lutheran Hospital Neurology Case Conference

**Post-Traumatic Amnesia**
Presented at Froedtert Memorial Lutheran Hospital Neurology Case Conference

**Posterior Reversible Encephalopathy Syndrome**
Presented at Froedtert Memorial Lutheran Hospital Neurology Case Conference

**Posterior Reversible Encephalopathy Syndrome in a Spastic Quadriplegic: A Case Report**
Presented at the 2011 Association of Academic Physiatrists Annual Meeting, April 12-16, 2011, Phoenix, AZ, United States

**Action Myoclonus Following Coronary Artery Bypass Grafting: A Case Report**
Presented at the 2012 Association of Academic Physiatrists Annual Meeting, February 28th-March 3rd, Las Vegas, Nevada, United States

## Abstracts & Posters in Press

William Waring, Fargo Khoury, Timothy Fenske. Palliative Rehabilitation for Myelopathies due to Metastatic Cancer.

## Research Projects

2011-2013 **The Effect of Power-Mobility on Body Weight**
Principle Investigator: Esther Lee, MD
Co-Investigators: Fargo Khoury, MD, Sarah Humbert, MD
Jerry L. Pettis Memorial VA Medical Center, Loma Linda, CA

## Honors & Awards

2003-2004 **Member, Phi Kappa Phi National Honors Society**
California State University San Bernardino.

2001-2003 **Deans List, Fall of 2001, Fall-Winter of 2003**
California State University San Bernardino

## Extracurricular

2009-2010 **LaFleur's Gymnastics (Germantown, Wisconsin)**
Assisted with the diagnosis and treatment of gymnasts sustaining sports related injuries

2007-2008 **Physical Medicine & Rehabilitation Interest Group**
**Student Communications Coordinator**
Assisted with scheduling meetings, and recruiting interested students

| | |
|---|---|
| 2004-2006 | **Loma Linda Young Adult Church**<br>Prepared and delivered food to homeless<br>Distributed religious literature |
| 2002-2004 | **Representative for MAPS Organization (Medical Association for Pre-Med Students)**<br>Advised incoming pre-medical students<br>Organized meetings and helped recruit guest speakers with medical backgrounds |

## Employment

| | |
|---|---|
| 2012-Present | **Eisenhower Medical Center Inpatient Rehabilitation Center**<br>39000 Bob Hop Drive<br>Rancho Mirage, CA 92270<br>Provide Inpatient General, Orthopedic, and Neurorehabilitation Services |
| 2011-Present | **MDSI Physician Services**<br>Perform Comprehensive Neurological and Orthopedic Disability Evaluations for DDS |
| 2007-2008 | **Loma Linda University Student Aid**<br>Tutored second year Pathophysiology students |

## Associations

| | |
|---|---|
| 2009-Present | **Member of the American Academy of Physical Medicine & Rehabilitation** |
| 2008-Present | **Member of the American Medical Association** |

## *Computer Skills*

1. Experience in Microsoft Word ® processing and text editing
2. Experience in Microsoft Excel ® and database building
3. Experience in SPSS ® data analysis
4. Experience in Microsoft PowerPoint ®

## Personal

1. Conversational in Arabic
2. Hobbies include reading, music, and remaining active

# MICHAEL S. KRIEGER, LLC

NOEL & KRIEGER

*A Law Partnership of Limited Liability Companies*

165 South Union Boulevard, Suite 555

Lakewood, CO 80228-2221

Ph: 303-781-5559 Ψ Fax: 303-781-1349

www.TheDenverDisabilityLawyer.com

Mike@Krieger.Law


7 February 2018

***Liberty Mutual***
***Sent by fax to: 1-603-334-8306***

Attn: Viktoriya Vecorko - Disability Case Manager

Re: Client: Michelle Nelson
Employer: Wells Fargo
Claim Number: 3582432

Dear Ms. Vecorko:

We represent the captioned claimant, Michelle Nelson, in the matters arising from her claim for short term disability ("STD") income benefits from Liberty Mutual, which we understand is acting as a fiduciary or other administrator for Wells Fargo. We have previously sent you an Acknowledgment of Representation signed by Ms. Nelson.

We are in receipt of Liberty's letter of Dec 18, 2017. We formally request that you provide us copies of ***all*** documents, records, and other information relevant to this claim for benefits, pursuant to *29 C.F.R. § 2560-503-1(j)(3),* including but not limited to the following:

- Liberty Mutual's complete claim file, including all medical and psychological records, internal memos, telephone logs, activity logs, vocational review documents, medical records physician-review or reports, authorization to obtain records, applications and supplemental applications, medical provider statements, letters and other documents mailed to and from our client.

- The current plan documents, including the insurance policy and certificate that you claim are applicable to your decision denying benefits and the Summary Plan Description from the relevant employer. If you do not have these documents, please provide the identity and complete mailing address of the current Plan Administrator so that our request can be properly channeled.

- All written documents to and from any Medical Reviewer. The term Medical Reviewer means every Medical Director, Claim Manager, Team Leader, Nurse Case Manager, and/or medical review agency or company who has reviewed

any of Ms. Nelson's records, including any information in your files that identifies these persons by name and address in any way, and including any invoice, billing, contract of engagement or contract of retainer of said Medical Reviewer.

- All claims adjusting manuals used by any of your claims reviewers, disability claim managers, representatives or benefit analysts at your company from January 1, 2016, to the present.

- Copies of any and all surveillance reports, narratives, tapes and photos made, recorded or taken concerning this claim. This means a complete copy of all such tapes, reports, and photos, even ones that show no activity by our client. Please be sure that any reports contain the identities by name and address of the persons conducting the surveillance and includes the contract of hire, billings and invoices related to the surveillance and the preparation of any reports or narratives.

Failure to comply in a timely fashion to this document request may subject your company to the sanctions allowable under ERISA. Your company is not allowed to charge for copying and mailing these documents.

Please do not call our client. Instead, please call or send documents to the undersigned. I certainly understand that mistakes can be made in this process, but I want this protocol **strictly** followed.

Furthermore, claims examiners and medical reviewers sometimes telephone a Claimant's treating doctors. Because these conversations are important and ambiguous information can be taken out of context, I am forced to prohibit this verbal communication by your agents, notwithstanding any authorizations or consents signed by my client. Please consider all such authorizations for the release of information signed by our client as modified accordingly. Instead, I strongly suggest that any such questions from any such medical reviewer be faxed or mailed to the physician or medical provider in question *with a copy to me*. Further, if a medical reviewer or claims examiner sends a letter purporting to summarize a conversation with any of my client's treating physicians, send a copy, without delay, of that letter to my office. I will see to it that the treating physician responds in a timely and complete manner, so that no misunderstandings can occur. I truly believe this benefits all parties.

Finally, I request, pursuant to *29 CFR 2560.503-1(g)(1)(ii)*, that you identify any and all information that you need in order to allow for a full and fair review of this claim. For example, if there are specific medical lab studies, X-rays, etc., that you wish us to see, please ask me for that information.

I look forward to the amicable resolution of this claim.

***Michael Krieger***

Encl: □
CC: **MarkXXX@xxxx.com**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208

MS. MICHELLE NELSON

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

December 18, 2017

Ms. Michelle R. Nelson

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815

Dear Ms. Michelle Nelson:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under the Wells Fargo & Company LTD Policy. We have completed a thorough review of your eligibility for LTD benefits, and have determined that benefits are no longer payable. The above Policy Type requires that to receive LTD benefits you must meet the following definition of disability:

*Disability or Disabled means:*

*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

***"Material and Substantial Duties"*** *means responsibilities that are normally required to perform the Covered Person'Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

***"Own Occupation"*** *means the Covered Person'occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person'occupation as it is normally performed in the local economy.*

In order to obtain a clear understanding of the physical demands of your occupation, your file was referred to our Vocational Case Manager to conduct an occupational analysis of the essential functions of your occupation as it is routinely performed in your local economy.

The analysis concluded:

***Occupational Information:***
*The essential functions of this occupation are most closely captured by the following occupational titles in the DOT: Loan Underwriter, 186.267-026 and the SOC/O*NET Code of 13-2072.00 - Loan Officers.*

***Physical Demands:***
*This occupation is most often performed at a sedentary and light demand level based on Department of Labor guidelines found in the Dictionary of Occupational Titles.*

*The Department of Labor defines sedentary work as,*

*"**Sedentary Work -** Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met."*

*Additional physical demands/positional requirements include:*

***Frequent** to constant sitting*
***Frequent** handling and fingering*
***Occasional** standing, walking, and reaching (reaching can be reduced by moving objects within 18 inches of the body)*
***No** kneeling, bending/stooping, twisting, crouching/squatting, balancing, climbing and crawling*

*The Department of Labor defines Light work as,*

*"**Light Work -** Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work.*

*Additional physical demands/positional requirements include:*

***Frequent** sitting, standing, reaching (reaching can be reduced by moving objects within 18 inches of the body), handling, and fingering*
***Occasional** walking, bending/stooping, and twisting*
***No** balancing, crouching/squatting, kneeling, climbing and crawling*

*Research was also conducted on Indeed.com for additional information regarding this position. It should be noted that travel outside of the office to meet with Real Estate Agents, Brokers, Contractors and customers is common for this occupation at the light physical demand level.*

***Local Economy***
*Ms. Nelson lives in Colorado Springs, CO within the Colorado Springs, CO Metropolitan Statistical Area (MSA). I have reviewed the Bureau of Labor Statistics May 2016 Occupational*

*Statistics report as well as the employer locator on America' Career Info Net internet site and Internet Job Posting sites within Ms. Nelson' MSA. Only full-time positions were identified. A review of the listings found that the duties, responsibilities and qualifications are reflective of those reported by the DOT, O*NET, and OOH. Considering this information, it is reasonable to conclude that, in her local economy, Ms. Nelson' occupation of Loan Underwriter is most often performed in the same manner as found in the national economy.*

***Conclusions:***
*With a reasonable degree of vocational certainty, the typical physical demands of Ms. Nelson' occupation of Loan Underwriter are most often performed within the sedentary and light physical demand categories in the national and local economy.*
*According to the BLS, internet job search, along with my vocational expertise, part time positions exist for this occupation in the national economy.*

You submitted a claim for left shoulder pain, back and neck pain as well as migraines.

Your file contains the following medical information which was reviewed:

*Progress notes: Medical Rehabilitation Specialists 04/21/16-10/16/17*
*Progress notes: Colorado Springs Associates 05/27/16-10/11/17*
*Progress notes: Turner Chiropractic, Inc 06/02/16-07/06/17*
*Progress notes: Express Care Plus 06/20/16-06/21/17*
*Progress notes: The William Storms Allergy Clinic 07/26/17*
*Physical Therapy notes: Falcon Physical Therapy 05/04/16-02/12/17*
*X-RAYS: Express Care Plus Radiology 12/28/16*
*CT/MRI Colorado Springs Associates 06/16/16-03/08/17*

In order to determine your medically supported level of functionality, your claim was referred for clinical review and assessment completed by Dr. Farjallah Khoury, M.D. , Board Certified American Board of Physical Medicine & Rehabilitation.

In connection with the review, the consulting physicians made the following attempts to discuss with your treating providers your medical status, applicable restrictions and limitations, and work capacity.

*11/6/17 at 13:13 PM PST - Office voice mail (VM) left (Dr. Fraley)*
*11/6/17 at 13:21 PM PST - Office VM left (Dr. Leppard)*
*11/6/17 at 13:35 PM PST - Office VM left (Dr. Komatineni)*
*11/7/17 at 12:40 PM PST - Office VM left (Dr. Fraley)*
*11/7/17 at 12:45 PM PST - Office VM left (Dr. Leppard)*
*11/7/17 at 12"55 PM PST - Office VM left (Dr. Komatineni)*
*11/8/17 at 07:00 AM PST - Office VM left (Dr. Fraley)*
*11/8/17 at 07:15 AM PST - Office VM left (Dr. Leppard)*
*11/8/17 at 07:35 AM PST - Office VM left (Dr. Komatineni)*

The review indicated the following:

*"Diagnoses supported by the medical evidence include cervical spondylosis, cervicalgia,*

*cervicothoracic migraine-type headaches, and left shoulder pain.*

*Reasonably supported restrictions and limitations include pushing, pulling, lifting, and carrying of 25 pounds occasionally, 15 pounds frequently, and occasional bending/twisting of the neck due to ongoing symptoms of pain with migraines in the setting of cervical spondylosis (noted on imaging). The claimant should avoid climbing ladders due to her condition that results in painful and restricted cervical spine ROM. No other postural activity, and no sitting, standing, or walking restrictions and limitations are supported as gait, balance, and LE strength are consistently normal. The claimant can reach at desk level, below-waist level, and overhead on a frequent basis. There are no handling/fingering/feeling restrictions. Within these restrictions the claimant can work full time in a sustained capacity. Prognosis is good for full-time work within the documented restrictions and limitations but due to the chronicity of pain symptoms, restrictions and limitations are likely permanent.*

*The claimant can work full time in a sustained capacity. Due to the lack of consistently demonstrated red flags on exam (weakness, sensory loss, abnormal gait), the claimant can work full-time within the above restrictions and limitations.*

*The medical evidence does not support obvious side effects from Rx medications. Treatment modalities, frequencies, and duration all coincide with best practices and include Rx medications, physical methods (PT) and injections of Botox for cervical myofascial complaints and migraines. "*

In light of the information submitted related to your medical conditions of cervical spondylosis, cervicalgia, cervicothoracic migraine-type headaches, and left shoulder pain, the medical evidence supports restrictions and limitations of pushing, pulling, lifting, and carrying of 25 pounds occasionally, 15 pounds frequently, and occasional bending/twisting of the neck due to ongoing symptoms of pain with migraines in the setting of cervical spondylosis (noted on imaging) as well s no climbing ladders , however these restrictions would not preclude functional capacity to perform work at a sedentary level. Thus no benefits are payable and we must deny your claim.

Liberty Life acknowledges that the SSA found you disabled and awarded you SSD benefits effective July, 2016. Liberty Life requested updated medical records and then conducted a peer review with a physician board certified in PMR/pain, and a vocational review. Based on the additional reviews conducted after the approval of your SSD award we determined that you were no longer disabled per the terms and provisions of the Wells Fargo & Company LTD.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

This claim determination reflects an evaluation of the claim facts and the Policy provisions. We reserve the right to make a determination on any additional information that may be submitted.

**The Liberty Life Assurance Company of Boston**
**Group Benefits Disability Claims**
**P.O. Box 7208**
**London, KY 40742-7208**

The written request for review must be sent within 180 days of the receipt of this letter and state the reasons why you feel your claim should not have been denied. In your request for review please include the following documentation: all medical documentation to include but not limited to, all treatment notes, evaluations/consultation, diagnostic test results, physical therapy records, and any other medical evidence from 7/2016 through the present date as well as any additional information related to his occupation as a Consumer Loan Underwriter 3 which you feel will support his inability to perform your own occupation. You may request to review pertinent claim file documents upon which the denial of benefits was based. If Liberty Life does not receive your written request for review within 180 days of your receipt of this notice, our claim decision will be final, your file will remain closed, and no further review of your claim will be conducted. Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received. If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Nothing in this letter should be construed as a waiver of any Liberty Life Assurance Company of Boston rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

MLS Group of Companies, LLC

MLS National Medical Evaluation Services
Phone: 888.657.4634 | Fax: 248.356.6757 | www.mls-ime.com

December 13, 2017

Re: Michelle R Nelson
Claim Number: 7608815

ADDENDUM

To Whom It May Concern:

LIST OF MEDICAL DOCUMENTATION

All medical records have been reviewed.

SUMMARY OF ADDITIONAL MEDICAL DOCUMENTATION

MLS report 11/14/17 was reviewed.

PEER-TO-PEER DISCUSSION

N/A

CONCLUSION

1. **Please provide a description of the claimant's impairments as of DOD: 07/28/2016, if any, and outline how any impairment translates to restrictions and limitations. Please include the expected duration for any supported restrictions. When clarifying the supported restrictions, please be sure to address the following including minutes/hours/frequency and weight. If position changes are supported, please advise how long able to do each position prior to change: sitting, walking, standing, bending/twisting at neck, repetitive use of hands, grasping, gripping, fine manipulation, computer work, keyboarding, phone work, typing and office equipment.**

Same as prior assessment. Due to this claimant's cervicalgia and cervicogenic headache complaints: Reasonably supported restrictions and limitations (R/Ls) include pushing, pulling, lifting, and carrying of 25 pounds occasionally, 15 pounds frequently, and

occasional bending/twisting of the neck due to ongoing symptoms of pain with migraines in the setting of cervical spondylosis (noted on imaging). The claimant should avoid climbing ladders due to her condition that results in painful and restricted cervical spine ROM. No other postural activity, and no sitting, standing, or walking R/Ls are supported as gait, balance, and LE strength are consistently normal. The claimant can reach at desk level, below-waist level, and overhead on a frequent basis. There are no handling/fingering/feeling restrictions. No R/Ls for typing, keyboarding, mouse use, phone work, etc. Within these restrictions the claimant can work full time in a sustained capacity. Prognosis is good for full-time work within the documented R/Ls, but due to the chronicity of pain symptoms, R/Ls are likely permanent.

2. **Based on the available medical evidence, did the claimant have sustainable full-time work capacity as of DOD or part time? Please explain your rationale.**

Yes, as above. The claimant can work full time in a sustained capacity. Due to the lack of consistently demonstrated red flags on exam (weakness, sensory loss, abnormal gait), the claimant can work full-time within the above R/Ls.

3. **Did medical evidence support any side effects from the prescribed medications as of DOD? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

The medical evidence does not support obvious side effects from Rx medications.

4. **Please advise if any restrictions were supported, when these restrictions and limitations were lifted?**

Noted above

*I certify that I have no Conflict of Interest with this review. I attest to having no past or present relationship or affiliation with the beneficiary of this Independent Review or a significant past or present relationship with the attending provider and/or the treatment facility under review (if applicable). I further certify that I have no familial or material, professional or business relationship with the referring entity or incentive to promote the use of a certain product or service associated with the review of this case.*

*I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties. I also attest to having the appropriate license/board certification for practitioners who typically manage the medical condition/procedure/treatment or issue that is the subject of this review as well as the knowledge and*

*clinical experience to review this case including at least 5 years full-time equivalent experience providing direct clinical care to patients.*

Sincerely,



Farjallah Khoury, M.D.
Board Certified: American Board of Physical Medicine & Rehabilitation
American Academy of Physical Medicine and Rehabilitation
American Medical Association

**Invoice** **350947**

**Date of Invoice** **12/13/2017**

**MLS Group of Companies**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

LIBERTY MUTUAL INSURANCE CO - NH 92,
P.O. Box 1525

Dover, NH 03821
**Attention:** VIKTORIYA VECORKO

**Case Id:** 7608815
**Referral Id:** 32617014888
**Name:** Nelson, Michelle R.
**Employer:**
**Physician:** Farjallah Khoury
**Specialty:** Physical Medicine & Rehabilitation
**Svc Date:** 12/14/17

| Item | Rate |
| --- | --- |
| Peer Review addendum .5 hr | 105.00 |

| | |
| --- | --- |
| **Invoice Total** | $105.00 |
| **Receipt Total** | 0.00 |
| **Invoice Balance** | **$105.00** |

Please visit our new web-site address located at www.mls-ime.com

Thank you
MLS Tax ID #: 38-3341904

Please make checks payable to
MLS Group of Companies

Liberty/Nelson 0329

Liberty Mutual Insurance

Jane G. Howard, CRC
Commercial Insurance Claims
Medical & Disability Case Management
P.O. Box 66400
London, KY 40742
Direct Dial: 704-360-1850
1-888-323-3813 Fax
Jane.howard@libertymutual.com

# OCCUPATIONAL ANALYSIS /VOCATIONAL REVIEW

| | |
|---|---|
| **Team Member:** | Lorinda Nelson |
| **Claim Number:** | 7447588 |
| **Disability Case Manager:** | Tiesha Reed |
| **Date of Report:** | 08/07/17 |

## FILE REVIEW / SUMMARY

### DEMOGRAPHICS

Ms. Nelson is a 49 year-old Consumer Loan Underwriter 3 employed by Wells Fargo & Company, who experienced an interruption of work on 1/28/16, due to neck and back pain. In preparation for this report, I have reviewed the electronic claim file and the job description. Information for this occupational analysis was researched in the Dictionary of Occupational Titles (DOT), the Occupational Outlook Handbook, and the Occupational Information Network (O*NET)/Standard Occupational Classification (SOC) coding system. Internet research was also conducted.

## ASSESSMENT / ANALYSIS

### JOB DESCRIPTION

The details of Ms. Nelson's job were obtained from the job description contained in the claim file. The job title noted is Consumer Loan Underwriter 3. Per the job description:

> "Responsible for reviewing, analyzing, approving and underwriting large, unusual or complex individual consumer requests and products within company and industry guidelines. Dependent on division and complexity of underwriting, functions may include reviewing financial statements, credit reports, and applicable ratios (i.e. Debt ratios, loan-to-value); evaluating; examining transactions to ensure accuracy and completeness; preparing formal reports for review; ensuring that documents are consistent and uphold to company and industry guidelines; implementing fraud detection techniques, performing compliance reviews; assisting with re-negotiations of loans based on lending guidelines; contacting customers and partners to gather information to make appropriate decisions, explain rationale behind credit decision. May provide work direction and/or training to lower level team members and

> provide performance feedback to supervisor/manager. Position requires employee to constantly be sitting at desk, utilizing both computer and telephone functions."

**OCCUPATIONAL RESEARCH**
The essential functions of this occupation are most closely captured by the following occupational titles in the DOT: Loan Underwriter, 186.267-026 and the SOC/O*NET Code of 13-2072.00 - Loan Officers. Per the O*NET this occupation is described as:

> "Evaluate, authorize, or recommend approval of commercial, real estate, or credit loans. Advise borrowers on financial status and payment methods. Includes mortgage loan officers and agents, collection analysts, loan servicing officers, and loan underwriters.
>
> Sample of reported job titles: Branch Manager, Business Banking Officer, Commercial Banker, Commercial Loan Officer, Corporate Banking Officer, Loan Officer, Mortgage Loan Officer, Mortgage Loan Originator, Portfolio Manager, Relationship Manager"

This occupation falls under the OOH description of Loan Officers.

Research was performed on Indeed.com in November 2016 to explore the physical demands of this occupation. Additionally, a 2011 survey of respondents from O*NET was reviewed with regards to the additional physical demands.

**PHYSICAL DEMANDS**
This occupation is most often performed at a sedentary and light demand level based on Department of Labor guidelines found in the Dictionary of Occupational Titles.

The Department of Labor defines sedentary work as,

> "**S-Sedentary Work** – Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met."

Additional physical demands/positional requirements include:

- **Frequent to constant** sitting
- **Frequent** handling and fingering
- **Occasional** standing, walking, and reaching (reaching can be reduced by moving objects within 18 inches of the body)
- **No** kneeling, bending/stooping, twisting, crouching/squatting, balancing, climbing and crawling

The Department of Labor defines Light work as,

> **"L-Light Work -** Exerting up to 20 pounds of force occasionally, and /or up to 10 pounds of force frequently, and/or a negligible amount of force constantly to move objects. Physical demand requirements are in excess of those for sedentary work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking

or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible."

Additional physical demands/positional requirements include:

- **Frequent** sitting, standing, reaching (reaching can be reduced by moving objects within 18 inches of the body), handling, and fingering
- **Occasional** walking, bending/stooping, and twisting
- **No** balancing, crouching/squatting, kneeling, climbing and crawling

Research was also conducted on Indeed.com for additional information regarding this position. It should be noted that travel outside of the office to meet with Real Estate Agents, Brokers, Contractors and customers is common for this occupation at the light physical demand level.

According to the BLS, internet job search, along with my vocational expertise, part time positions exist for this occupation in the national economy.

**LOCAL ECONOMY**

Ms. Nelson lives in Colorado Springs, CO within the Colorado Springs, CO Metropolitan Statistical Area (MSA). I have reviewed the Bureau of Labor Statistics May 2016 Occupational Statistics report as well as the employer locator on America's Career Info Net internet site and Internet Job Posting sites within Ms. Nelson's MSA. Only full-time positions were identified. A review of the listings found that the duties, responsibilities and qualifications are reflective of those reported by the DOT, O*NET, and OOH. Considering this information, it is reasonable to conclude that, in her local economy, Ms. Nelson's occupation of Loan Underwriter is most often performed in the same manner as found in the national economy.

## ACTION PLAN / OUTCOME

**SUMMARY AND CONCLUSIONS**

With a reasonable degree of vocational certainty, the typical physical demands of Ms. Nelson's occupation of Loan Underwriter are most often performed within the sedentary and light physical demand categories in the national and local economy. Specific positional demands are outlined above.

I have not met with Ms. Nelson for the purpose of this review. All opinions are based on a review of the electronic claim file and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Jane G. Howard, CRC*

Jane G Howard, MRC, CRC
Senior Vocational Rehabilitation Consultant
Commercial Insurance Claims

**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | October 10, 2017 |
| ~~To:~~ FROM: | DR. MARK [redacted]EY, MD<br>2144 NO. ACADEMY BLVD<br>COLORADO SPRINGS, CO 80909<br>COPYCAT CORPORATION<br>*Specializing in the Duplication of Medical Records*<br>**PO BOX 907 Westminster, CO 80036** |
| Attn: | |
| Fax: | (719) 597-4495 |
| ~~From:~~ TO: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

COPYCATS CORPORATION
Specializing in the Duplication of Medical Records
Joyce A. Tipton
P.O. Box 907
Westminster, CO 80036
(303) 657-0123
fax (720) 540-8797

# INVOICE

No: 51 18454

Tax ID# 84-1306352

SERVICE CHARGES
Invoices not paid within 30 days may be subject to a service charge of $25.00

**SOLD TO**

Requested by: CLAIMS
Account Name: LIBERTY MUTUAL
Address: PO BOX 7208
City: LONDON State: KY Zip: 40742

Approved By:
Position:
Amount: Date:
Time: Phone:

| INVOICE DATE | SITE NUMBER | AREA NUMBER | REP NUMBER |
|---|---|---|---|
| | 51 | 9951 | 2 |

☑ Claim # 7608815
☐ Case #
☐ ATTY ☐ WC ☐ INS
☐ OTHER

Copies From EXPRESSCARE

Patient Name NELSON (Last) MICHELLE (First)

| | |
|---|---|
| Photocopy Charge<br>178 pages at 18.53 /10 pg, 0.85 ea./11-39 pg, 0.57 ea. 40+ pg | 122.41 |
| Flat Fee | |
| Facility's Retrieval/Search Fee | |
| Shipping/Handling | 10.00 |
| Sub Total | 132.41 |
| Sales Tax (% x sub total) | |
| **TOTAL CHARGES** | 132.41 |
| Minus Payment | |
| **BALANCE DUE** | 132.41 |

☐ PAY BY CHECK
Please make check payable to Copycats Corp and include copy of invoice. Please include invoice number on your check to insure proper credit.
Check No ______

☐ PAY BY CREDIT CARD
Type of card: ____ Visa ____ Discover ____ Mastercard ____ American Express
Card Number: ______ Expiration Date: ____/____
Name on Card: ______ CCV: ______
Billing Address: ______
City: ______ State: ______ Zip: ______
Signature: ______ Date: ______

CONFIDENTIAL

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

October 10, 2017

Dr. Mark S. Fraley, MD
2141 NO. ACADEMY CIR.
COLORADO SPRINGS,, CO 80909

10/17/17

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Dr. Mark Fraley, MD:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wells Fargo & Company's Group Disability Policy. We are writing in reference to Michelle Nelson's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office . This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 17, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

Attachments: 7608815-REQUEST-PROVIDER-09.20.2017

## Patient Record for NELSON, MICHELLE R

**Created On: October 12, 2017**

| | | | |
|---|---|---|---|
| Patient: | NELSON, MICHELLE<br><br>( | MRN: | 205107 |
| Birthdate: | | Sex: | Female |
| Emergency Contact: | NELSON, MARK<br>SAME AS ABOVE<br><br>( | | |

NELSON, MICHELLE ( #205107

**Encounters List**

| Service Date | Opened | Provider | Signed By | Cosigned By | Diagnosis |
|---|---|---|---|---|---|
| 06/21/2017 | 06/21/2017 | Fraley, Mark | Fraley, Mark | | |
| 05/17/2017 | 05/16/2017 | Fraley, Mark | Fraley, Mark | | |
| 03/02/2017 | 03/01/2017 | Fraley, Mark | Fraley, Mark | Sherren, Shelly | |
| 02/06/2017 | 02/06/2017 | Isom, Chiquita | Isom, Chiquita | | |
| 12/28/2016 | 12/28/2016 | Collymore, Kimberly | Collymore, Kimberly | | |
| 11/30/2016 | 11/30/2016 | Collymore, Kimberly | Collymore, Kimberly | | |
| 10/28/2016 | 10/28/2016 | Isom, Chiquita | Isom, Chiquita | | |
| 08/24/2016 | 08/24/2016 | Collymore, Kimberly | Collymore, Kimberly | | |
| 06/20/2016 | 06/20/2016 | Fraley, Mark | Fraley, Mark | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | NELSON, MICHELLE R(Female) | **DOB :** | (49) | **Encounter ID:** | 47746698 |
| | | **Race:** | ,Hispanic or Latino | **Primary Ins:** | Kaiser Permanente (Colorado plans only) |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Hispanic or Latino | | |

| | | | |
|---|---|---|---|
| **Location:** | Expresscare Plus 2141 ACADEMY CIRCLE COLORADO SPRINGS, CO, 80909-1686 (719)597-4200 | **Provider:** | DR MARK FRALEY, DO |
| **DOS:** | 06/21/2017 | | |

## Subjective

**Chief Complaint: refill meds and diarrhea with one of her meds**

doing much better with the Viibryd and is slowly going up on dose; on 20 mg now for a week and depression is improved. She was having some diarrhea at first , but it is better now

has a scaly spot on lower lip for months; does wear sunblock

her migraines are unchanged ; relpax always works

**Medication List**

Viibryd 40 mg tablet - 1 tablet(s) by mouth daily
RELPAX 40MG TABLETS - TAKE 1 TABLET DAILY AS NEEDED FOR MIGRAINE
Topamax 25 mg tablet - 1-2 tablet(s) by mouth twice a day; titrate up to 50 mg bid
Wellbutrin XL 300 mg 24 hr tablet, extended release - 1 tablet(s) by mouth daily
Bontril Slow Release 105 mg capsule,extended release - 1 capsule(s) by mouth daily
Mobic 15 mg tablet - 1 tablet(s) by mouth daily; take with food for pain
Ambien 10 mg tablet - 1 tablet(s) by mouth at bedtime
gabapentin 300 mg capsule - 1 capsule(s) by mouth twice a day
Astelin 137 mcg (0.1 %) nasal spray aerosol - 2 squirt(s) in the nose twice a day
Percocet 5 mg-325 mg tablet - 1 tablet(s) by mouth daily as needed (PRN)

**Allergies**

Sulfa (Sulfonamides)

**Social Hx**

**Tobacco:** Cigarettes (Never smoked)
**Alcohol:** Patient has no history of alcohol use.

**Review of Systems**

**Constitutional**

**Denied:** Decline in health.

**Head**

**Reported:** Headaches.
**Denied:** Dizziness.

**Eyes**

**Denied:** Blurry Vision.

Electronically Signed and Reviewed by FRALEY, MARK 06/21/2017 11:27:53

**ENT**

**Nose**

**Reported:** Nasal obstruction.

**Throat Neck**

**Denied:** Tenderness.

**Respiratory**

**Denied:** Cough. Short of Breath. Wheezing.

**Cardiovascular**

**Denied:** Chest Pain. Palpitations.

**Gastrointestinal**

**Reported:** Diarrhea.

**Denied:** Abdominal Pain. Nausea.

**Musculoskeletal**

**Reported:** Back Problems. Joint Pain. Muscle Stiffness.

**Psychiatric**

**Reported:** Depression. Mood changes.

**Denied:** Excessive Stress. Nervousness. Memory Loss. Disturbing thoughts. Behavioral Change.

**Skin**

**Denied:** Rashes.

**Neurological**

**Denied:** Numbness. Blackouts. Memory loss.

## Objective

**Vital Signs**

**Blood Pressure**

118/78 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

78 (Left Radial, REGULAR rythm, Normal quality, Normal)

**Respirations**

14 (Normal quality, NORMAL rythm, Normal)

**Pulse Ox**

98 % (RoomAir)

**Temperature**

98.2 F (Temporal Artery, Normal)

**Weight**

118 lb

**Height**

4' 11"

**BMI Flag**

Normal ( 23.8 )

**Weight Assessment and Counseling**

Exercise

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

Electronically Signed and Reviewed by FRALEY, MARK 06/21/2017 11:27:53

NELSON, MICHELLE ( #205107

**Head**

No acute findings.

**Eyes**

The conjunctiva is pink and the sclera is white ; no acute findings

**ENT**

Otoscopic examination of external auditory canals and tympanic membranes is normal. The nasal mucosa is pink and without discharge. The septum is midline. The turbinates are not enlarged. The buccal mucosa is pink. Dentition is good. The lips are normal color. The mucosa of the oropharynx is moist, The tongue is midline, The pharynx is without exudates or erythema.

**Neck**

The neck is supple; the trachea is midline. The thyroid is not enlarged and there are no palpable nodules.

**Respiratory**

The patient is relaxed and breathes without effort. The lungs are clear to auscultation.

**Cardiovascular**

The rate is normal, the rhythm is regular, and there are no murmurs.

**Gastrointestinal**

The abdomen is soft and nontender; there is no guarding or rigidity. Bowel sounds are normal. There are no palpable masses. There is no hepatosplenomegaly. There is no costovertebral angle (CVA) tenderness.

**Musculoskeletal**

Spinal exam reveals tenderness and tightness in paracervical m bilaterally

**Extremities**

No edema or pain. Extemities are warm with no acute findings.

**Dermatologic**

No rash. Ln applied to a flesh colored scaly papule in lower lip; ? AK

**Neurologic**

Cranial Nerves 2-12 were tested and are grossly intact. The deep tendon reflexes of the in upper and lower extremities are symmetrical; they are graded at 2/4.The gait is normal.

**Psychiatric**

The patient is oriented to person, place, and time. Speech is fluent and words are clear. Questions are answered quickly and appropriately.

## Assessment

**Diagnosis**

F5101 Primary insomnia

F331 Major depressive disorder, recurrent, moderate

G43909 Migraine, unsp, not intractable, without status migrainosus

L570 Actinic keratosis

## Plan

**Procedures**

99214 Office/outpatient Visit Est (1 UN)

17000 Destruct Premalg Lesion (1 UN)

**Prescribe**

Fosamax 70 mg tablet - take with glass of water on empty stomach for osteoporosis

**Care Plan**

Will increase to Viibryd 40 mg daily; sed

Electronically Signed and Reviewed by FRALEY, MARK 06/21/2017 11:27:53

Cont stretching exercises for neck

see me in 6 weeks

**Actinic Keratosis**

We discussed the importance of treating and preventing actinic keratoses as they are a precursor to skin cancer. We discussed treatment such as cryotherapy.
We discussed sunblock and hats and long sleeves in order to prevent them from occuring.

See me in 6 weeks to recheck the AK on lip

**Problem List**

Depressive Disorder Oth (Onset: 08/04/2012 - Active, Type: Acute)
Mixed Hyperlipidemia (Onset: 08/04/2012 - Active, Type: Acute)
Insomnia, Unspecified (Onset: 08/04/2012 - Active, Type: Acute)
Diverticulitis Colon (Onset: 09/17/2013 - Active, Type: Acute)
Migraine Unspecified (Onset: 09/17/2013 - Active, Type: Acute)
Primary Insomnia (disorder) (Onset: 10/29/2015 - Active)
Migraine Without Aura (disorder) (Onset: 02/06/2017 - Active)
Moderate Recurrent Major Depression (disorder) (Onset: 03/02/2017 - Active)
Migraine (disorder) (Onset: 03/02/2017 - Active)

Electronically Signed and Reviewed by FRALEY, MARK 06/21/2017 11:27:53

**Rendering Provider Signature**



Signature

NELSON, MICHELLE ( #205107



Electronically Signed and Reviewed by FRALEY, MARK 06/21/2017 11:27:53

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | NELSON, MICHELLE R(Female) | **DOB :** **Race:** **Language:** **Ethnicity:** | (49) ,Hispanic or Latino English Hispanic or Latino | **Encounter ID:** **Primary Ins:** | 46245293 Kaiser Permanente (Colorado plans only) |

| | | | |
|---|---|---|---|
| **Location:** | Expresscare Plus 2141 ACADEMY CIRCLE COLORADO SPRINGS, CO, 80909-1686 (719)597-4200 | **Provider:** | DR MARK FRALEY, DO |
| **DOS:** | 05/17/2017 | | |

## Subjective

**Chief Complaint: DEPRESSION, medication refill**

The Cymbalta is not helping her depression. The Wellbutrin does help some , but the Cymbalta does not. She did the best on Viibryd and Topamax. The gabapentin makes her hungry.

Still depressed. Never suicidal.

Had head trauma in MVA 2007. First had depression in 2004 ; post partum.

**History of Present Illness - DEPRESSION**

**Location**

**Reported:** REMIND DUE PHYSICAL

**Medication List**

Wellbutrin XL 150 mg 24 hr tablet, extended release - 1 tablet(s) by mouth daily

Bontril Slow Release 105 mg capsule,extended release - 1 capsule(s) by mouth daily

Mobic 15 mg tablet - 1 tablet(s) by mouth daily; take with food for pain

Cymbalta 30 mg capsule,delayed release - 1-2 capsule(s) by mouth daily; take 1 daily for 2 weeks , then increase to 2 daily

Ambien 10 mg tablet - 1 tablet(s) by mouth at bedtime

gabapentin 300 mg capsule - 1 capsule(s) by mouth twice a day

Astelin 137 mcg (0.1 %) nasal spray aerosol - 2 squirt(s) in the nose twice a day

Percocet 5 mg-325 mg tablet - 1 tablet(s) by mouth daily as needed (PRN)

RELPAX 40MG TABLETS - TAKE 1 TABLET DAILY AS NEEDED FOR MIGRAINE

**Allergies**

Sulfa (Sulfonamides)

**Social Hx**

**Tobacco:** Cigarettes (Never smoked)

**Alcohol:** Patient has no history of alcohol use.

**Family Hx**

**Father:** (Alive) reports Cholesterol High, Hypertension.

**Mother:** (Alive) reports Back Problem.

**Maternal Grandmother:** (Deceased) reports Depression.

**Review of Systems**

**Constitutional**

Electronically Signed and Reviewed by FRALEY, MARK 05/17/2017 11:44:42

**Reported:** Weight Gain.
**Denied:** Decline in Health.

**Head**
**Reported:** Headaches.

**Eyes**
**Denied:** Blurry Vision. Eye Pain.

**Respiratory**
**Denied:** Short of Breath. Cough. Wheezing.

**Cardiovascular**
**Denied:** Chest Pain. Palpitations. Short of Breath - Exertion.

**Gastrointestinal**
**Denied:** Abdominal Pain. Nausea. Vomiting.

**Musculoskeletal**
**Reported:** Her neck pain is some better

**Psychiatric**
**Reported:** Depression. Mood changes.
**Denied:** Mood Changes. Excessive Stress. Nervousness. Memory Loss. Disturbing thoughts. Behavioral Change.

**Skin**
**Denied:** Hives. Rashes.

**Neurological**
**Reported:** Head injury.
**Denied:** Blackouts. Fainting. Loss of Consciousness.

## Objective

**Vital Signs**

**Blood Pressure**
128/80 (Left Brachial, Sitting, Standard, Normal)

**Pulse**
76 (Left Radial, REGULAR rythm, Normal quality, Normal)

**Respirations**
14 (Normal quality, NORMAL rythm, Normal)

**Pulse Ox**
97 % (RoomAir)

**Temperature**
98.2 F (Temporal Artery, Normal)

**Weight**
123 lb

**Height**
4' 11"

**BMI Flag**
Normal ( 24.8 )

**Weight Assessment and Counseling**
Exercise

**Physical Exam**

**Constitutional**
The patient is awake, alert, well developed, well groomed and well nourished.



Electronically Signed and Reviewed by FRALEY, MARK 05/17/2017 11:44:42

**Head**

No acute findings.

**Eyes**

The conjunctiva is pink and the sclera is white ; no acute findings

**ENT**

Otoscopic examination of external auditory canals and tympanic membranes is normal. The nasal mucosa is pink and without discharge. The septum is midline. The turbinates are not enlarged. The buccal mucosa is pink. Dentition is good. The lips are normal color. The mucosa of the oropharynx is moist. The tongue is midline. The pharynx is without exudates or erythema.

**Neck**

The neck is supple; the trachea is midline. The thyroid is not enlarged and there are no palpable nodules.

**Respiratory**

The patient is relaxed and breathes without effort. The lungs are clear to auscultation.

**Cardiovascular**

The rate is normal, the rhythm is regular, and there are no murmurs.

**Gastrointestinal**

The abdomen is soft and nontender; there is no guarding or rigidity. Bowel sounds are normal.

**Musculoskeletal**

Good ROM cervical spine with mild paraspinal m. tightness.

**Extremities**

No edema or pain. Extemities are warm with no acute findings.

**Dermatologic**

No rash.

**Neurologic**

No acute findings.

**Psychiatric**

The patient is oriented to person, place, and time. Speech is fluent and words are clear. Questions are answered quickly and appropriately.

## Assessment

**Diagnosis**

Z6824 Body mass index (BMI) 24.0-24.9, adult

F331 Major depressive disorder, recurrent, moderate

F5101 Primary insomnia

G43001 Migraine w/o aura, not intractable, with status migrainosus

## Plan

**Procedures**

3008F Body Mass Index Docd (1 UN)

1033F Tobacco Nonsmoker Nor 2ndhnd (1 UN)

99214 Office/outpatient Visit Est (1 UN)

3074F Syst Bp Lt 130 Mm Hg (1 UN)

3078F Diast Bp < 80 Mm Hg (1 UN)

**Prescribe**

Cymbalta 30 mg capsule,delayed release - take 1 daily for 2 weeks , then increase to 2 daily (Completed)

Electronically Signed and Reviewed by FRALEY, MARK 05/17/2017 11:44:42

**Care Plan**

She has stopped the gabapentin and is on Cymbalta 30 mg. Told to quit the Cymbalta and continue the Wellbutrin

cont home exercises and stretching

Restart Topamax , sed, 25 mg daily for 1 week then increase by 25 mg weekly to 50 mg bid; call with any problems

Restart the Viibryd 10 mg daily for a week , then 20 mg daily in am

See me in 6 weeks

**Problem List**

Depressive Disorder Oth (Onset: 08/04/2012 - Active, Type: Acute)
Mixed Hyperlipidemia (Onset: 08/04/2012 - Active, Type: Acute)
Insomnia, Unspecified (Onset: 08/04/2012 - Active, Type: Acute)
Diverticulitis Colon (Onset: 09/17/2013 - Active, Type: Acute)
Migraine Unspecified (Onset: 09/17/2013 - Active, Type: Acute)
Primary Insomnia (disorder) (Onset: 10/29/2015 - Active)
Migraine Without Aura (disorder) (Onset: 02/06/2017 - Active)
Moderate Recurrent Major Depression (disorder) (Onset: 03/02/2017 - Active)
Migraine (disorder) (Onset: 03/02/2017 - Active)

Electronically Signed and Reviewed by FRALEY, MARK 05/17/2017 11:44:42

**Rendering Provider Signature**

Signature

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | NELSON, MICHELLE R(Female) | **DOB :**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (49)<br>,Hispanic or Latino<br>English<br>Hispanic or Latino | **Encounter ID:**<br>**Primary Ins:** | 42477991<br>Kaiser Permanente (Colorado plans only) |
| **Location:** | Expresscare Plus<br>2141 ACADEMY CIRCLE<br>COLORADO SPRINGS, CO, 80909-1686<br>(719)597-4200 | **Provider:** | DR MARK FRALEY, DO | | |
| **DOS:** | 03/02/2017 | | | | |

## Subjective

**Chief Complaint: f/u DEXA and has a HA x2d**

DEXA showed osteoporosis. Mother has OP. No risk factors.

Migraines increasing ; getting Botox; CT scan is pending.

Has pain in neck/ L trapezius on and off. Sees Dr Leppard for the pain. Uses motrin prn.

Her depression is starting to worsen and she wants to switch meds; never suicidal.

Uses Bontril prn to lose weight; gets occasional bad food cravings and will use it.

**Medication List**

Ambien 10 mg tablet - 1 tablet(s) by mouth at bedtime
gabapentin 300 mg capsule - 1 capsule(s) by mouth twice a day
citalopram 40 mg tablet - * 1 tablet(s) by mouth daily
Wellbutrin XL 150 mg 24 hr tablet, extended release - 1 tablet(s) by mouth daily
Astelin 137 mcg (0.1 %) nasal spray aerosol - 2 squirt(s) in the nose twice a day
Bontril Slow Release 105 mg capsule,extended release - 1 capsule(s) by mouth daily
Percocet 5 mg-325 mg tablet - 1 tablet(s) by mouth daily as needed (PRN)
RELPAX 40MG TABLETS - TAKE 1 TABLET DAILY AS NEEDED FOR MIGRAINE

**Allergies**

Sulfa (Sulfonamides)

**Social Hx**

**Tobacco**: Cigarettes (Never smoked)
**Alcohol**: Patient has no history of alcohol use.

**Review of Systems**

**Constitutional**

**Reported:** Decline in health.
**Denied:** Decline in Health.

**Head**

**Reported:** Headaches.
**Denied:** Dizziness.

**Eyes**

**Denied:** Blurry Vision. Eye Pain.

**ENT**

Electronically Signed and Reviewed by FRALEY, MARK 03/02/2017 13:47:47

Electronically Cosigned and Reviewed by SHERREN, SHELLY 03/02/2017 13:47:47

**Nose**

**Denied:** Discharge. Infections. Sinus Infections.

**Respiratory**

**Denied:** Short of Breath. Cough. Wheezing.

**Cardiovascular**

**Denied:** Chest Pain. Palpitations. Short of Breath with exertion

**Gastrointestinal**

**Denied:** Abdominal Pain. Nausea. Heartburn.

**Musculoskeletal**

**Reported:** Back Problems. Muscle Stiffness.

**Psychiatric**

**Reported:** Depression. Mood changes. Nervousness.

**Denied:** Psychiatric Disorders. Excessive Stress. Memory loss. Disturbing thoughts.

**Skin**

**Denied:** Hives. Rashes.

**Neurological**

**Reported:** Headaches.

**Denied:** Loss of Consciousness. Dizziness. Unsteady gait. Numbness. Memory loss. Tremors. Tingling. Blackouts. Fainting.

**Genitourinary**

**Urinary**

**Denied:** Incontinence.

## Objective

**Vital Signs**

**Blood Pressure**

102/70 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

111 (Left Radial, REGULAR rythm, Normal quality, High)

**Respirations**

14 (Normal quality, NORMAL rythm, Normal)

**Pulse Ox**

98 % (RoomAir)

**Temperature**

98.5 F (Temporal Artery, Normal)

**Weight**

116 lb

**Height**

4' 11"

**BMI Flag**

Normal ( 23.4 )

**Weight Assessment and Counseling**

Diet and Exercise

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.



Electronically Signed and Reviewed by FRALEY, MARK 03/02/2017 13:47:47

Electronically Cosigned and Reviewed by SHERREN, SHELLY 03/02/2017 13:47:47

NELSON, MICHELLE ( #205107

**Head**

No acute findings.

**Eyes**

The sclera is white and the conjunctiva pink.

**ENT**

No acute findings.

**Neck**

The neck is supple and nontender. The thyroid is not enlarged and there are no palpable nodules.

**Respiratory**

The patient is relaxed and breathes without effort. The lungs are clear to auscultation.

**Cardiovascular**

The rate is normal, the rhythm is regular, and there are no murmurs.

**Gastrointestinal**

The abdomen is soft and nontender. Bowel sounds are normal.

**Musculoskeletal**

There are no tender swollen joints. There are no acute findings. There is tenderness and tightness in left paracervical m. and trapezius.

Extremities have good range of motion without tenderness or acute findings.

**Extremities**

No edema or pain. Extemities are warm with no acute findings.

**Dermatologic**

No rash.

**Neurologic**

No acute findings. No tremor , normal gait.

**Psychiatric**

The patient is oriented to person, place, and time. Speech is fluent and words are clear. Questions are answered quickly and appropriately.

## Assessment

**Diagnosis**

M810 Age-related osteoporosis w/o current pathological fracture

M542 Cervicalgia

G43909 Migraine, unsp, not intractable, without status migrainosus

F331 Major depressive disorder, recurrent, moderate

## Plan

**Office Procedures**

TORADOL INJECTION:

60mg Toradol Manufacturer: hospira Lot: 59130dk Expiration:11/1/17

1. Area was prepped with alcohol swab.
2. IM Injection to the Deltoid and /or to the R glut.
3. Band-aid was applied.
4. INJECTION BY SS, MA

Patient tolerated injection without difficulty. Patient expressed understanding to not leave for 15 minutes to ensure no reaction from the injection.

Electronically Signed and Reviewed by FRALEY, MARK 03/02/2017 13:47:47

Electronically Cosigned and Reviewed by SHERREN, SHELLY 03/02/2017 13:47:47

NELSON, MICHELLE (            ) #205107

**Procedures**

99214 Office/outpatient Visit Est (1 UN)
J1885 Toradol Ketorolac)x 60mg (1 UN)
96372 Ther/proph/diag Inj Sq/im (1 UN)

**Prescribe**

Bontril Slow Release 105 mg capsule,extended release - 1 DAILY for 30 Days
Mobic 15 mg tablet - take with food for pain

**Care Plan**

Stop the Celexa and Wellbutrin 300 mg . Start Wellbutrin 150 mg and Cymbalta 30mg; sed, call me with any worsening symptoms

Gave specific neck and shoulder exercises and demonstrated them to her

Toradol 60 mg IM

Labs today, see me 6 weeks

Gave a Rx for Bontril, sed. no refill. Discussed diet and exercise

**Osteoporosis-Mark**

1. Discussed risks and complications of OP.
2. Discussed diet, supplements, and exercising.
3. Repeat DEXA in 1 year. Discussed Fosamax.

**Problem List**

Depressive Disorder Oth (Onset: 08/04/2012 - Active, Type: Acute)
Mixed Hyperlipidemia (Onset: 08/04/2012 - Active, Type: Acute)
Insomnia, Unspecified (Onset: 08/04/2012 - Active, Type: Acute)
Diverticulitis Colon (Onset: 09/17/2013 - Active, Type: Acute)
Migraine Unspecified (Onset: 09/17/2013 - Active, Type: Acute)
Primary Insomnia (disorder) (Onset: 10/29/2015 - Active)
Migraine Without Aura (disorder) (Onset: 02/06/2017 - Active)
Moderate Recurrent Major Depression (disorder) (Onset: 03/02/2017 - Active)
Migraine (disorder) (Onset: 03/02/2017 - Active)

**Rendering Provider Signature**

Signature

**Cosigner Signature**

Electronically Signed and Reviewed by FRALEY, MARK 03/02/2017 13:47:47

Electronically Cosigned and Reviewed by SHERREN, SHELLY 03/02/2017 13:47:47

Electronically Signed and Reviewed by FRALEY, MARK 03/02/2017 13:47:47

Electronically Cosigned and Reviewed by SHERREN, SHELLY 03/02/2017 13:47:47

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | NELSON, MICHELLE R(Female) | **DOB :** | (49) | **Encounter ID:** | 41432895 |
| | | **Race:** | ,Hispanic or Latino | **Primary Ins:** | Kaiser Permanente (Colorado plans only) |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Hispanic or Latino | | |

| | | | |
|---|---|---|---|
| **Location:** | Expresscare Plus 2141 ACADEMY CIRCLE COLORADO SPRINGS, CO, 80909-1686 (719)597-4200 | **Provider:** | CHIQUITA ISOM, FNPC |
| **DOS:** | 02/06/2017 | | |

## Subjective

**Chief Complaint: Migraine, migraine or poss sinus infection**

48-year-old female presents to clinic with complaints of headache x 5 days. She has a history of migraines and has taken Tylenol and Relpax without relief. She complains of photophobia and phonophobia. She denies nausea, , blurred vision, or dizziness.

**Medication List**

amoxicillin 500 mg capsule - 1 capsule(s) by mouth three times a day
Ambien 10 mg tablet - 1 tablet(s) by mouth at bedtime
Diflucan 150 mg tablet - 1 tablet(s) by mouth as directed; Take one every other day until gone
gabapentin 300 mg capsule - 1 capsule(s) by mouth twice a day
citalopram 40 mg tablet - * 1 tablet(s) by mouth daily
Wellbutrin XL 150 mg 24 hr tablet, extended release - 1 tablet(s) by mouth daily
Zanaflex 2 mg tablet - 1-2 tablet(s) by mouth at bedtime; TAKE 1-2 TABLETS AT BEDTIME FOR musCLE SPASM
Astelin 137 mcg (0.1 %) nasal spray aerosol - 2 squirt(s) in the nose twice a day
Bontril Slow Release 105 mg capsule,extended release - 1 capsule(s) by mouth daily
Percocet 5 mg-325 mg tablet - 1 tablet(s) by mouth daily as needed (PRN)
RELPAX 40MG TABLETS - TAKE 1 TABLET DAILY AS NEEDED FOR MIGRAINE

**Allergies**

Sulfa (Sulfonamides)

**Review of Systems**

**Constitutional**

**Denied:** Weakness. Decline in Health. Chills. Fatigue.

**Head**

**Reported:** Headaches.

**Denied:** Head injury. Dizziness.

**Eyes**

**Reported:** Pain with Light.

**Respiratory**

**Denied:** Asthma. Cough. Short of Breath.

**Cardiovascular**

**Denied:** Chest Pain. Palpitations. Short of Breath - Exertion.

**Gastrointestinal**

**Denied:** Diarrhea. Constipation. Nausea. Vomiting. Abdominal Pain. Hepatitis.

Electronically Signed and Reviewed by ISOM, CHIQUITA 02/06/2017 13:41:09

**Musculoskeletal**

**Denied:** Arthritis. Back Problems. Joint Pain. Muscle Stiffness. Joint Stiffness.

**Skin**

**Denied:** Itching. Rashes. Eczema.

**Neurological**

**Reported:** Headaches.

**Denied:** Dizziness.

## Objective

**Vital Signs**

**Blood Pressure**

102/78 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

83 (Left Radial, REGULAR rythm, Normal quality, Normal)

**Respirations**

18 (Normal quality, NORMAL rythm, Normal)

**Pulse Ox**

97 % (RoomAir)

**Temperature**

99 F (Temporal Artery, Normal)

**Weight**

117 lb

**Height**

4' 11"

**BMI Flag**

Normal ( 23.6 )

**Physical Exam**

Toradol 60 mg IM given

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Eyes**

The conjunctiva is pink and the sclera is white ; no acute findingsEOM intact in all planes

**Neck**

The neck is supple; the trachea is midline. The thyroid is not enlarged and there are no palpable nodules.There is no nuchal rigidity or meningeal signs

**Respiratory**

The patient is relaxed and breathes without effort. The lungs are clear to auscultation.

**Cardiovascular**

The rate is normal, the rhythm is regular, and there are no murmurs.

**Gastrointestinal**

The abdomen is soft and nontender; there is no guarding or rigidity. Bowel sounds are normal. There are no palpable masses. There is no hepatosplenomegaly. There is no costovertebral angle (CVA) tenderness.

**Musculoskeletal**

Upon inspection, the alignment of the major joints and spine is symmetrical. There are no deformities or misalignment of bones. There are no acute findings.

**Neurologic**

Electronically Signed and Reviewed by ISOM, CHIQUITA 02/06/2017 13:41:09

Cranial Nerves 2-12 were tested and are grossly intact. The deep tendon reflexes of the in upper and lower extremities are symmetrical; they are graded at 2/4.The gait is normal.

**Psychiatric**

The patient is oriented to person, place, and time. Speech is fluent and words are clear. Questions are answered quickly and appropriately.

## Assessment

**Diagnosis**

G43001 Migraine w/o aura, not intractable, with status migrainosus

## Plan

**Procedures**

99213 Office/outpatient Visit Est (1 UN)
J1885 Ketorolac Tromethamine Inj (1 UN)
96372 Ther/proph/diag Inj Sc/im (1 UN)
87086 Urine Culture/colony Count (1 UN)

**Care Plan**

Toradol 60 mg IM given.

Patient monitored x 20 Minutes without s/s of allergic reaction

ER indications given.

Patient advised to schedule appointment for complete evaluation if headache persist or worsens.

**Migraine**

1. Return to clinic in am if not improved, ER indications discussed
2. Discussed abortive and preventative medications and side effects
3. Discussed healthy habits such as staying well hydrated, plenty of rest, relaxation, avoiding triggers...

**Problem List**

Depressive Disorder Oth (Onset: 08/04/2012 - Active, Type: Acute)
Mixed Hyperlipidemia (Onset: 08/04/2012 - Active, Type: Acute)
Insomnia, Unspecified (Onset: 08/04/2012 - Active, Type: Acute)
Diverticulitis Colon (Onset: 09/17/2013 - Active, Type: Acute)
Migraine Unspecified (Onset: 09/17/2013 - Active, Type: Acute)
Primary Insomnia (disorder) (Onset: 10/29/2015 - Active)
Migraine Without Aura (disorder) (Onset: 02/06/2017 - Active)

Electronically Signed and Reviewed by ISOM, CHIQUITA 02/06/2017 13:41:09

## Rendering Provider Signature

NELSON, MICHELLE ( #205107

CIsom FNPBC

Signature

Electronically Signed and Reviewed by ISOM, CHIQUITA 02/06/2017 13:41:09

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | NELSON, MICHELLE R(Female) | **DOB :** <br> **Race:** <br> **Language:** <br> **Ethnicity:** | (49) <br> ,Hispanic or Latino <br> English <br> Hispanic or Latino | **Encounter ID:** <br> **Primary Ins:** | 39841557 <br> Kaiser Permanente (Colorado plans only) |

| | | | |
|---|---|---|---|
| **Location:** | Expresscare Plus 2141 ACADEMY CIRCLE COLORADO SPRINGS, CO, 80909-1686 (719)597-4200 | **Provider:** | MS. KIMBERLY COLLYMORE, FNP |
| **DOS:** | 12/28/2016 | | |

## Subjective

**Chief Complaint: PATIENT IS HERE WITH NASAL PAIN AND COUGH AND SCRATCHY THROAT X 6 DAYS. CO LUMP UNDER LEFT ARM FOR A COUPLE MONTHS.**

Sinus pain and pressure x 1 week, fatigued, HA. Appetite fair, taking fluids well and urinating well. No NVD. Had a red bump under arm, better but present for 6 weeks

**Medication List**

Diflucan 150 mg tablet - 1 tablet(s) by mouth as directed; Take one every other day until gone
Augmentin 875 mg-125 mg tablet - 1 tablet(s) by mouth twice a day
gabapentin 300 mg capsule - 1 capsule(s) by mouth twice a day
citalopram 40 mg tablet - * 1 tablet(s) by mouth daily
Ambien 10 mg tablet - 1 tablet(s) by mouth at bedtime
Wellbutrin XL 150 mg 24 hr tablet, extended release - 1 tablet(s) by mouth daily
Zanaflex 2 mg tablet - 1-2 tablet(s) by mouth at bedtime; TAKE 1-2 TABLETS AT BEDTIME FOR musCLE SPASM
Astelin 137 mcg (0.1 %) nasal spray aerosol - 2 squirt(s) in the nose twice a day
Bontril Slow Release 105 mg capsule,extended release - 1 capsule(s) by mouth daily
Percocet 5 mg-325 mg tablet - 1 tablet(s) by mouth daily as needed (PRN)
RELPAX 40MG TABLETS - TAKE 1 TABLET DAILY AS NEEDED FOR MIGRAINE

**Allergies**

Sulfa (Sulfonamides)

**Social Hx**

**Tobacco:** Cigarettes (Never smoked)
**Alcohol:** Patient has no history of alcohol use.

**Review of Systems**

**Constitutional**

**Reported:** Fatigue.
**Denied:** Chills. Fever.

**Head**

**Reported:** Headaches.

**ENT**

**Nose**

**Reported:** Discharge. Sinus Infections. Nasal obstruction. Nasal Obstruction.

**Mouth**

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 12/28/2016 12:21:09

**Reported:** Postnasal drip. Hoarseness. Postnasal Drip.

**Ears**

**Denied:** Pain.

**Throat Neck**

**Denied:** Tenderness.

**Respiratory**

**Reported:** Cough.

**Denied:** Short of Breath. Wheezing. Sputum.

**Cardiovascular**

**Denied:** Chest Pain. High Blood Pressure. Palpitations.

**Gastrointestinal**

**Reported:** Decreased Appetite.

**Denied:** Vomiting. Diarrhea. Nausea.

**Skin**

**Reported:** bumps under left arm

## Objective

**Vital Signs**

**Blood Pressure**

120/76 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

100 (Left Radial, REGULAR rythm, Normal quality, Normal)

**Pulse Ox**

97 % (RoomAir)

**Weight**

109 lb

**BMI Flag**

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Head**

Bilateral maxillary sinus tenderness

**ENT**

**Otoscopic**

Otoscopic examination of external auditory canals and tympanic membranes is normal; there is a good cone of light.

**Nose**

The nasal mucosa is pink, pale, edematous with thick clear mucoid discharge. The septum is midline. The turbinates are enlarged.

**Mouth**

The buccal mucosa is pink; there is no cyanosis. Dentition is good. The lips are normal color; there are no ulcers, masses or lesions.

**Throat**

**Throat Normal:** The mucosa is moist, The tongue is midline, The pharynx is without exudates. The tonsils are not enlarged.

**Respiratory**

The patient is relaxed and breathes without effort. The lungs are clear to auscultation.



Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 12/28/2016 12:21:09

**Cardiovascular**

The rate is normal, the rhythm is regular, and there are no murmurs. Regular rate and rhythm, normal S1 and S2, there are no murmurs, no gallops, or rubs. There are no bruits.

**Gastrointestinal**

The abdomen is soft and nontender; there is no guarding or rigidity. Bowel sounds are normal. There are no palpable masses. There is no hepatosplenomegaly. There is no costovertebral angle (CVA) tenderness

**Musculoskeletal**

**Cervical Spine**

Inspection and palpation of the cervical spine is within normal limits; there is no erythema, swelling, deformity, there is tenderness. Spinal curves are normal; there is no scoliosis. Range of motion is within normal limits. Muscle strength testing is 5/5 in all major muscle groups. Special tests for nerve root disease are negative.

**Extremities**

Inspection and palpation of digits and reveals no clubbing, cyanosis,or petechiae. No edema or pain.

**Dermatologic**

there is a sebaceous cyst at the top of the left axilla, a small red area, probably ingrowing hair, mid axilla, no acute infection

## Assessment

**Diagnosis**

J0100 Acute maxillary sinusitis, unspecified

L723 Sebaceous cyst

M542 Cervicalgia

## Plan

**Procedures**

99214 Office/outpatient Visit Est (1 UN)

**Care Plan**

Augmentin 875 mg-125 mg tablet
1 tablet(s) by mouth twice a day x 14 days

Diflucan 150 mg tablet
1 tablet(s) by mouth as directed; Take one every other day until gone, 1 refill

order for c spine xray, schedule appointment to follow up on this concern

refer derm for cysts under left arm

**Acute Sinusitis**

1. Increase fluids
2. tylenol for fever
3. nasal steroid - discussed use/ nasal lavage OTC
4. musinex D OTC
5. RTC if needed.

**Patient Instructions**

**Sinusitis**

**Please Visit:** http://familydoctor.org/familydoctor/en/diseases-conditions/sinusitis.printerview.all.html

**Problem List**

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 12/28/2016 12:21:09

NELSON, MICHELLE ( ) #205107

Depressive Disorder Oth (Onset: 08/04/2012 - Active, Type: Acute)
Mixed Hyperlipidemia (Onset: 08/04/2012 - Active, Type: Acute)
Insomnia, Unspecified (Onset: 08/04/2012 - Active, Type: Acute)
Diverticulitis Colon (Onset: 09/17/2013 - Active, Type: Acute)
Migraine Unspecified (Onset: 09/17/2013 - Active, Type: Acute)
Primary Insomnia (disorder) (Onset: 10/29/2015 - Active)

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 12/28/2016 12:21:09

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | NELSON, MICHELLE R(Female) | **DOB :** | (49) | **Encounter ID:** | 38769615 |
| | | **Race:** | ,Hispanic or Latino | **Primary Ins:** | Kaiser Permanente (Colorado plans only) |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Hispanic or Latino | | |

| | | | |
|---|---|---|---|
| **Location:** | Expresscare Plus<br>2141 ACADEMY CIRCLE<br>COLORADO SPRINGS, CO, 80909-1686<br>(719)597-4200 | **Provider:** | MS. KIMBERLY COLLYMORE, FNP |
| **DOS:** | 11/30/2016 | | |

## Subjective

**Chief Complaint: PATIENT IS HERE WITH SINUS PAIN X 5 DAYS.**

Recurrent sinus pain and pressure, denies fever or chills, sinus pain and pressure.

**Medication List**

Augmentin 875 mg-125 mg tablet - 1 tablet(s) by mouth twice a day
Diflucan 150 mg tablet - 1 tablet(s) by mouth daily; Take one every other day for 2 doses
Zanaflex 2 mg tablet - 1-2 tablet(s) by mouth at bedtime; TAKE 1-2 TABLETS AT BEDTIME FOR musCLE SPASM
Astelin 137 mcg (0.1 %) nasal spray aerosol - 2 squirt(s) in the nose twice a day
Bontril Slow Release 105 mg capsule,extended release - 1 capsule(s) by mouth daily
Percocet 5 mg-325 mg tablet - 1 tablet(s) by mouth daily as needed (PRN)
Wellbutrin XL 150 mg 24 hr tablet, extended release - * 1 tablet(s) by mouth daily
RELPAX 40MG TABLETS - TAKE 1 TABLET DAILY AS NEEDED FOR MIGRAINE
Ambien 10 mg tablet - 1 tablet(s) by mouth at bedtime
citalopram 40 mg tablet - * 1 tablet(s) by mouth daily; TAKE 1 TABLET BY MOUTH DAILY

**Allergies**

Sulfa (Sulfonamides)

**Review of Systems**

**Constitutional**

**Reported:** Fatigue.
**Denied:** Chills. Fever.

**Head**

**Reported:** Headaches, sinus pressure

**ENT**

**Nose**

**Reported:** Discharge. Sinus Infections. Nasal obstruction. Nasal Obstruction.

**Mouth**

**Reported:** Postnasal drip. Hoarseness.

**Ears**

**Denied:** Pain.

**Throat Neck**

**Denied:** Tenderness.

**Respiratory**

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 11/30/2016 10:48:47

**Denied:** Cough. Short of Breath. Wheezing.

**Cardiovascular**

**Denied:** Chest Pain. Palpitations. Short of Breath - Exertion. High Blood Pressure.

**Gastrointestinal**

**Denied:** Vomiting. Diarrhea. Decreased Appetite. Nausea.

## Objective

**Vital Signs**

**Blood Pressure**

120/70 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

85 (Left Radial, REGULAR rythm, Normal quality, Normal)

**Respirations**

16 (Normal quality, NORMAL rythm, Normal)

**Pulse Ox**

97 % (RoomAir)

**Temperature**

97.8 F (Temporal Artery, Normal)

**Weight**

115 lb

**Height**

4' 11"

**BMI Flag**

Normal ( 23.2 )

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Head**

Bilateral maxillary sinus tenderness

**ENT**

**Otoscopic**

Otoscopic examination of external auditory canals and tympanic membranes is normal; there is a good cone of light.

**Nose**

The nasal mucosa is pink, pale, edematous with thick mucoid discharge. The septum is midline. The turbinates are enlarged.

**Mouth**

The buccal mucosa is pink; there is no cyanosis. Dentition is good. The lips are normal color; there are no ulcers, masses or lesions.

**Throat**

**Throat Normal:** Throat is red and inflamed. Tonsils are not enlarged; noexudate. There is no evidence of abscess. There is visible PND.

**Neck**

The neck is supple; the trachea is midline. The thyroid is not enlarged and there are no palpable nodules.

**Respiratory**

The patient is relaxed and breathes without effort. The lungs are clear to auscultation.

**Cardiovascular**

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 11/30/2016 10:48:47

The rate is normal, the rhythm is regular, and there are no murmurs. Regular rate and rhythm, normal S1 and S2, there are no murmurs, no gallops, or rubs. There are no bruits.

**Gastrointestinal**

The abdomen is soft and nontender; there is no guarding or rigidity. Bowel sounds are normal. There are no palpable masses. There is no hepatosplenomegaly. There is no costovertebral angle (CVA) tenderness

**Lymphatics**

There is no regional adenopathy.

**Extremities**

Inspection and palpation of digits and reveals no clubbing, cyanosis,or petechiae. No edema or pain.

**Dermatologic**

No rash.

## Assessment

**Diagnosis**

J0100 Acute maxillary sinusitis, unspecified

## Plan

**Procedures**

99213 Office/outpatient Visit Est (1 UN)

**Care Plan**

Increase fluids

OTC multisymptom cough and cold med

Rest

Augmentin 875 mg-125 mg tablet
1 tablet(s) by mouth twice a day x 10 days

Diflucan 150 mg tablet, 1 tablet(s) by mouth daily; Take one every other day for 2 doses if yeast infection develops

continue astelin

vit C and zinc daily for 7 days

RTC if no improvement 5-7 days

**Acute Sinusitis**

1. Increase fluids
2. tylenol for fever
3. nasal steroid - discussed use/ nasal lavage OTC
4. musinex D OTC
5. RTC if needed.

**Patient Instructions**

**Colds And The Flu**

**Please Visit:** http://familydoctor.org/familydoctor/en/diseases-conditions/colds-and-the-flu.printerview.all.html

**Sinusitis**

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 11/30/2016 10:48:47

**Please Visit:** http://familydoctor.org/familydoctor/en/diseases-conditions/sinusitis.printerview.all.html

**Problem List**

Depressive Disorder Oth (Onset: 08/04/2012 - Active, Type: Acute)
Mixed Hyperlipidemia (Onset: 08/04/2012 - Active, Type: Acute)
Insomnia, Unspecified (Onset: 08/04/2012 - Active, Type: Acute)
Diverticulitis Colon (Onset: 09/17/2013 - Active, Type: Acute)
Migraine Unspecified (Onset: 09/17/2013 - Active, Type: Acute)
Primary Insomnia (disorder) (Onset: 10/29/2015 - Active)

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 11/30/2016 10:48:47

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | NELSON, MICHELLE R(Female) | **DOB :**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (49)<br>,Hispanic or Latino<br>English<br>Hispanic or Latino | **Encounter ID:**<br>**Primary Ins:** | 37552739<br>Kaiser Permanente (Colorado plans only) |
| **Location:** | Expresscare Plus<br>2141 ACADEMY CIRCLE<br>COLORADO SPRINGS, CO, 80909-1686<br>(719)597-4200 | **Provider:** | CHIQUITA ISOM, FNPC | | |
| **DOS:** | 10/28/2016 | | | | |

## Subjective

**Chief Complaint: Pt states she went to Mexico last week-c/o intermittent upset stomach, diarrhea x9 days; Also c/o bump on Left shoulder x1 week.**

48-year-old female presents to clinic with complaints of intermittent abdominal pain and an episode of diarrhea which lasted 9 days. She recently visited Mexico on October 19. She denies drinking the water. She ate and reputable restaurants. She has taken OTC antidiarrheal medication 2 tablets on October 23 and October 24. The diarrhea has resolved. She denies nausea, vomiting. She continues with epigastric discomfort. she is tolerating soup and light foods, however, she complains of discomfort with chicken or solid foods.

patient has noticed a small "bump" on her left shoulder x one week. She denies fever. injury or traveling and to rural areas.

**Medication List**

Zanaflex 2 mg tablet - 1-2 tablet(s) by mouth at bedtime; TAKE 1-2 TABLETS AT BEDTIME FOR musCLE SPASM

Astelin 137 mcg (0.1 %) nasal spray aerosol - 2 squirt(s) in the nose twice a day

Bontril Slow Release 105 mg capsule,extended release - 1 capsule(s) by mouth daily

Percocet 5 mg-325 mg tablet - 1 tablet(s) by mouth daily as needed (PRN)

Wellbutrin XL 150 mg 24 hr tablet, extended release - * 1 tablet(s) by mouth daily

RELPAX 40MG TABLETS - TAKE 1 TABLET DAILY AS NEEDED FOR MIGRAINE

Ambien 10 mg tablet - 1 tablet(s) by mouth at bedtime

citalopram 40 mg tablet - * 1 tablet(s) by mouth daily; TAKE 1 TABLET BY MOUTH DAILY

**Allergies**

Sulfa (Sulfonamides)

**Social Hx**

**Tobacco:** Cigarettes (Never smoked)

**Alcohol:** Patient has no history of alcohol use.

**Review of Systems**

**Constitutional**

**Denied:** Weakness. Decline in Health. Chills. Fatigue.

**Respiratory**

**Denied:** Asthma. Cough. Short of Breath.

**Cardiovascular**

**Denied:** Chest Pain. Palpitations. Short of Breath - Exertion.

Electronically Signed and Reviewed by ISOM, CHIQUITA 10/28/2016 16:42:09

NELSON, MICHELLE ( #205107

**Gastrointestinal**

**Reported:** Abdominal Pain. Diarrhea.

**Denied:** Constipation. Nausea. Vomiting. Hepatitis.

**Musculoskeletal**

**Denied:** Arthritis. Back Problems. Joint Pain. Muscle Stiffness. Joint Stiffness.

**Skin**

**Reported:** Lumps.

**Denied:** Itching. Rashes. Eczema.

## Objective

**Vital Signs**

**Blood Pressure**

96/66 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

87 (Left Radial, REGULAR rythm, Normal quality, Normal)

**Respirations**

12 (Normal quality, NORMAL rythm, Normal)

**Pulse Ox**

95 % (RoomAir)

**Temperature**

97.4 F (Temporal Artery, Normal)

**Weight**

109 lb

**Height**

4' 11"

**BMI Flag**

Normal ( 22.1 )

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Neck**

The neck is supple; the trachea is midline. The thyroid is not enlarged and there are no palpable nodules.

**Respiratory**

The patient is relaxed and breathes without effort. The lungs are clear to auscultation.

**Cardiovascular**

The rate is normal, the rhythm is regular, and there are no murmurs.

**Gastrointestinal**

The abdomen is soft with epigastric tenderness on palpation; there is no guarding or rigidity. Bowel sounds are normal. There are no palpable masses. There is no hepatosplenomegaly. There is no costovertebral angle (CVA) tenderness.GI cocktail given with relief of discomfort

**Musculoskeletal**

Upon inspection, the alignment of the major joints and spine is symmetrical. There are no deformities or misalignment of bones. There are no acute findings.

**Dermatologic**

there is a nontender 0.5 cm annular sebaceous cyst to the right posterior torso.

**Psychiatric**

The patient is oriented to person, place, and time. Speech is fluent and words are clear. Questions are answered

Electronically Signed and Reviewed by ISOM, CHIQUITA 10/28/2016 16:42:09

quickly and appropriately.

## Assessment

### Diagnosis

K2960 Other gastritis without bleeding
K591 Functional diarrhea
L989 Disorder of the skin and subcutaneous tissue, unspecified

## Plan

### Office Procedures

10/28/16 GI COCKTAIL GIVEN TO PATIENT TODAY-AM
5 ML DONATEL
10 ML VISCOUS LIDOCAINE
30 ML MYLANTA

### Procedures

J8499 Oral Prescrip Drug Non Chemo (1 UN)
99214 Office/outpatient Visit Est (1 UN)

### Care Plan

chest clear liquid diet advance as tolerated
Increase fiber and fluids
OTC Zantac 150 mg q. day
Brat diet
Avoid fried, spicy or highly seasoned foods.

### Problem List

Depressive Disorder Oth (Onset: 08/04/2012 - Active, Type: Acute)
Mixed Hyperlipidemia (Onset: 08/04/2012 - Active, Type: Acute)
Insomnia, Unspecified (Onset: 08/04/2012 - Active, Type: Acute)
Diverticulitis Colon (Onset: 09/17/2013 - Active, Type: Acute)
Migraine Unspecified (Onset: 09/17/2013 - Active, Type: Acute)
Primary Insomnia (disorder) (Onset: 10/29/2015 - Active)

Electronically Signed and Reviewed by ISOM, CHIQUITA 10/28/2016 16:42:09

## Rendering Provider Signature

Signature

Electronically Signed and Reviewed by ISOM, CHIQUITA 10/28/2016 16:42:09

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | NELSON, MICHELLE R(Female) | **DOB :** (49) | | **Encounter ID:** | 35043619 |
| | | **Race:** | .Hispanic or Latino | **Primary Ins:** | Kaiser Permanente (Colorado plans only) |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Hispanic or Latino | | |

| | | | |
|---|---|---|---|
| **Location:** | Expresscare Plus 2141 ACADEMY CIRCLE COLORADO SPRINGS, CO, 80909-1686 (719)597-4200 | **Provider:** | MS. KIMBERLY COLLYMORE, FNP |
| **DOS:** | 08/24/2016 | | |

## Subjective

**Chief Complaint: PATIENT CO INCREASED FATIGUE X 3 WEEKS WOULD LIKE LABS.**

Patient is on percocet, Bontril, and ambien she states that she has been on these for awhile and has not been fatigued

**Medication List**

Bontril Slow Release 105 mg capsule,extended release - 1 capsule(s) by mouth daily

Percocet 5 mg-325 mg tablet - 1 tablet(s) by mouth daily as needed (PRN)

Wellbutrin XL 150 mg 24 hr tablet, extended release - * 1 tablet(s) by mouth daily

Zanaflex 2 mg tablet - 1-2 tablet(s) by mouth at bedtime; TAKE 1-2 TABLETS AT BEDTIME FOR musCLE SPASM

RELPAX 40MG TABLETS - TAKE 1 TABLET DAILY AS NEEDED FOR MIGRAINE

Ambien 10 mg tablet - 1 tablet(s) by mouth at bedtime

citalopram 40 mg tablet - * 1 tablet(s) by mouth daily; TAKE 1 TABLET BY MOUTH DAILY

Astelin 137 mcg nasal spray aerosol - 2 squirt(s) in the nose twice a day

**Allergies**

Sulfa (Sulfonamides)

**Review of Systems**

**Constitutional**

**Denied:** Decline in Health.

**Head**

**Denied:** Dizziness. Headaches.

**Eyes**

**Denied:** Blurry Vision.

**Respiratory**

**Denied:** Short of Breath. Cough. Wheezing.

**Cardiovascular**

**Denied:** Chest Pain. Palpitations. Short of Breath with exertion

**Gastrointestinal**

**Denied:** Abdominal Pain. Nausea. Vomiting.

**Psychiatric**

**Denied:** Psychiatric Disorders.

**Skin**

**Denied:** Hives. Rashes.

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 08/24/2016 09:13:27

**Neurological**

**Denied:** Loss of Consciousness, Dizziness.

## Objective

**Vital Signs**

**Blood Pressure**

104/70 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

73 (Left Radial, REGULAR rythm, Normal quality, Normal)

**Pulse Ox**

95 % (RoomAir)

**Weight**

114 lb

**Height**

4' 11"

**BMI Flag**

Normal ( 23.0 )

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Head**

No acute findings.

**ENT**

No acute findings.

**Neck**

The neck is supple and nontender. The thyroid is not enlarged and there are no palpable nodules.

**Respiratory**

The patient is relaxed and breathes without effort. The lungs are clear to auscultation.

**Cardiovascular**

The rate is normal, the rhythm is regular, and there are no murmurs.

**Gastrointestinal**

The abdomen is soft and nontender. Bowel sounds are normal.

**Musculoskeletal**

There are no tender swollen joints. There are no acute findings.

**Extremities**

No edema or pain. Extemities are warm with no acute findings.

**Dermatologic**

No rash.

**Psychiatric**

The patient is oriented to person, place, and time. Speech is fluent and words are clear. Questions are answered quickly and appropriately.

## Assessment

**Diagnosis**

R5383 Other fatigue

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 08/24/2016 09:13:27

E782 Mixed hyperlipidemia
F325 Major depressive disorder, single episode, in full remission
R51 Headache

## Plan

**Procedures**
99213 Office/outpatient Visit Est (1 UN)

**Care Plan**
Refilled Bontril for 30 days, education to patient that she needs to make appointments for refills of controlled substances

Has not had labs in a year, cbc, cmp, lipid, ua, tsh and vit B12 and D, follow up after

**Depression**

1. Had a lengthy discussion with patient about depression; encouter lasted 30 minutes.
2. Patient denies suicidal thoughts and agrees to call immediately or go to ER if thoughts of suicide occur.
3. Discussed medication including side-effects and the importance of taking medication consistantly.
4. I recommended that patient see a counselor .
5. Call me with any worsening symptoms and see me as scheduled.

**Fatigue**

discussed healthy lifestyle, diet , and exercise

f/u if not improved in 3 weeks

**Headache-Lisa**

Headaches can have many causes:

Keep diary of prior food intake, when happening, other meds, treatments tried, etc. Data, data, data

Dehydration: drink 8 oz water

Low blood sugar: eat something like a PB&J or cheese and crackers and apple or fruit

Allergies: take antihistamine daily

Eye Problem: Get eyes checked.

Stress: evaluate pot'l causes of stress and try to eliminate

Sleep deprivation: get 8-10 hours sleep QHS

**Hyperlipidemia**

1. Discussed health concerns of high lipids.
2. Diet, exercise, healthy lifestyle discussed.
3. Discussed cholesterol numbers and goals .
4. Side effects of cholesterol medications were discussed including myositis and hepatic dysfunction.
5. Repeat labs in 3-4 months.

**Problem List**
Depressive Disorder Oth (Onset: 08/04/2012 - Active, Type: Acute)
Mixed Hyperlipidemia (Onset: 08/04/2012 - Active, Type: Acute)
Insomnia, Unspecified (Onset: 08/04/2012 - Active, Type: Acute)
Diverticulitis Colon (Onset: 09/17/2013 - Active, Type: Acute)

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 08/24/2016 09:13:27

Migraine Unspecified (Onset: 09/17/2013 - Active, Type: Acute)
Primary Insomnia (disorder) (Onset: 10/29/2015 - Active)

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 08/24/2016 09:13:27

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | NELSON, MICHELLE R(Female) | **DOB :** (49)<br>**Race:**<br>**Language:**<br>**Ethnicity:** | ,Hispanic or Latino<br>English<br>Hispanic or Latino | **Encounter ID:**<br>**Primary Ins:** | 32710387<br>Kaiser Permanente (Colorado plans only) |
| **Location:** | Expresscare Plus<br>2141 ACADEMY CIRCLE<br>COLORADO SPRINGS, CO, 80909-1686<br>(719)597-4200 | **Provider:** | DR MARK FRALEY, DO | | |
| **DOS:** | 06/20/2016 | | | | |

## Subjective

**Chief Complaint: discuss phentermine and antidepressants. She expressed that lately she is not feeling like her meds are not working., medication refill**

Her depression has been flaring up somewhat lately and she feels that her medications are not working as well as it did initially. She admits that she has not been staying active but she does walks some. She has never had any suicidal thoughts or worrisome thoughts. She has been gaining some weight which is why she takes the Bontril at times.

**Medication List**

Wellbutrin XL 150 mg 24 hr tablet, extended release - * 1 tablet(s) by mouth daily

Bontril Slow Release 105 mg capsule,extended release - 1 capsule(s) by mouth daily

Zanaflex 2 mg tablet - 1-2 tablet(s) by mouth at bedtime; TAKE 1-2 TABLETS AT BEDTIME FOR musCLE SPASM

Wellbutrin XL 300 mg 24 hr tablet, extended release - 1 tablet(s) by mouth daily

RELPAX 40MG TABLETS - TAKE 1 TABLET DAILY AS NEEDED FOR MIGRAINE

Ambien 10 mg tablet - 1 tablet(s) by mouth at bedtime

citalopram 40 mg tablet - * 1 tablet(s) by mouth daily; TAKE 1 TABLET BY MOUTH DAILY

Astelin 137 mcg nasal spray aerosol - 2 squirt(s) in the nose twice a day

**Allergies**

Sulfa (Sulfonamides)

**Social Hx**

**Tobacco:** Cigarettes (Never smoked)

**Alcohol:** Patient has no history of alcohol use.

**Review of Systems**

**Constitutional**

**Reported:** Fatigue. Weight gain.

**Denied:** Fever. Decline in Health.

**Head**

**Denied:** Headaches.

**Eyes**

**Denied:** Blurry Vision.

**Respiratory**

**Denied:** Short of Breath. Cough. Wheezing.

**Cardiovascular**

Electronically Signed and Reviewed by FRALEY, MARK 07/11/2016 17:32:13

**Denied:** Chest Pain. Palpitations. Short of Breath - Exertion.

**Gastrointestinal**

**Denied:** Abdominal Pain. Nausea. Vomiting.

**Psychiatric**

**Reported:** Depression. Mood changes.

**Denied:** Mood Changes. Excessive stress. Nervousness. Hallucinations. Disorientation. Memory loss. Disturbing thoughts.

**Skin**

**Denied:** Hives. Rashes.

**Neurological**

**Denied:** Dizziness.

## Objective

**Vital Signs**

**Blood Pressure**

112/78 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

77 (Left Radial, REGULAR rythm, Normal quality, Normal)

**Respirations**

14 (Normal quality, NORMAL rythm, Normal)

**Pulse Ox**

98 % (RoomAir)

**Temperature**

97.6 F (Temporal Artery, Normal)

**Weight**

113 lb

**Height**

4' 11"

**BMI Flag**

Normal ( 22.8 )

**Weight Assessment and Counseling**

Exercise

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Head**

No acute findings.

**Eyes**

The sclera is white and the conjunctiva pink. The eyelids are without lesions. Pupils are equally round and reactive to light.

**ENT**

Otoscopic examination of external auditory canals and tympanic membranes is normal. The nasal mucosa is pink and without discharge. The septum is midline. The turbinates are not enlarged. The buccal mucosa is pink. Dentition is good. The lips are normal color. The mucosa of the oropharynx is moist, The tongue is midline, The pharynx is without exudates or erythema.

**Neck**

The neck is supple; the trachea is midline. The thyroid is not enlarged and there are no palpable nodules.

Electronically Signed and Reviewed by FRALEY, MARK 07/11/2016 17:32:13

NELSON, MICHELLE ) #205107

**Respiratory**

The patient is relaxed and breathes without effort. The lungs are clear to auscultation.

**Cardiovascular**

The rate is normal, the rhythm is regular, and there are no murmurs.

**Gastrointestinal**

The abdomen is soft and nontender; there is no guarding or rigidity. Bowel sounds are normal. There are no palpable masses. There is no hepatosplenomegaly. There is no costovertebral angle (CVA) tenderness

**Musculoskeletal**

Full range of motion of upper and lower extremities. Spinal exam reveals tightness the paracervical muscles left greater than right into the left trapezius. Negative Spurling's maneouver.

**Extremities**

No edema or pain. Extemities are warm with no acute findings.

**Dermatologic**

No rash.

**Neurologic**

No acute findings.

**Psychiatric**

The patient is oriented to person, place, and time. Speech is fluent and words are clear. Questions are answered quickly and appropriately.

## Assessment

**Diagnosis**

F330 Major depressive disorder, recurrent, mild

F5101 Primary insomnia

R635 Abnormal weight gain

M542 Cervicalgia

## Plan

**Procedures**

99214 Office/outpatient Visit Est (1 UN)

**Care Plan**

Will try to increase the Wellbutrin up to 300 mg a day and see if that helps her energy and her mood. If not, we may change the citalopram. I encouraged her to try get more active and walk, do yoga, lift some weights, etc. Call me with any worsening of symptoms. See me in two months. Her sleep has been doing better. Sleep hygiene discussed.

I refilled the Zanaflex and gave her specific exercises for the neck and shoulders.

I did refill the Bontril, and side effects were discussed. Hopefully, she will get more active and will need to take this less. At this time, she is only taking it if she has gained weight and has an insatiable appetite, which the medications do cause somewhat. However, this has been better since she stopped the Viibryd

**Problem List**

Depressive Disorder Oth (Onset: 08/04/2012 - Active, Type: Acute)

Mixed Hyperlipidemia (Onset: 08/04/2012 - Active, Type: Acute)

Insomnia, Unspecified (Onset: 08/04/2012 - Active, Type: Acute)

Diverticulitis Colon (Onset: 09/17/2013 - Active, Type: Acute)

Migraine Unspecified (Onset: 09/17/2013 - Active, Type: Acute)

Electronically Signed and Reviewed by FRALEY, MARK 07/11/2016 17:32:13

NELSON, MICHELLE ( #205107

Primary Insomnia (disorder) (Onset: 10/29/2015 - Active)

**Rendering Provider Signature**

Signature

**Cosigner Signature**

Signature

Electronically Signed and Reviewed by FRALEY, MARK 07/11/2016 17:32:13

**Document Name: NELSON, MICHELLE MED REC REQUEST 10/10/17**
**Document Type:**
**Provider: Burdick, Cynthia**
**Uploaded By: Barnes, Annette**
**Document Date: 10/10/2017**
**Upload Date: 10/12/2017**
**Size: 1.98 MB**

Liberty Mutual INSURANCE

| | |
|---|---|
| Date: | October 10, 2017 |
| To: | DR. MARK FRALEY, MD<br>2141 NO. ACADEMY CIR.<br>COLORADO SPRINGS, CO 80909 |
| Attn: | |
| Fax: | (719) 597-4495 |
| From: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8308 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 7608815<br>Claimant: Michelle Nelson<br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) and may contain privileged and/or confidential information. If you are not the intended recipient, any dissemination, distribution or copying of this fax and any attachments thereto is strictly prohibited. If you received this in error, please notify me by telephone at (866) 213-2937 and permanently destroy the original and any copy thereof.

**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Center
P.O. Box 2018
London, KY 40742-2018
Phone No: (866) 213-2937
Secure Fax No: (603) 334-8306

October 10, 2017

Dr. Mark S. Fraley, MD
2141 NO. ACADEMY CIR.
COLORADO SPRINGS., CO 80909

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Dr. Mark Fraley, MD:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wells Fargo & Company's Group Disability Policy. We are writing in reference to Michelle Nelson's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 17, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

Attachments: 7608815 REQUEST PROVIDER 09.20.2017

Liberty Mutual INSURANCE

Date: September 20, 2017

To: DR. MARK FRALEY, MD
2141 NO. ACADEMY CIR.
COLORADO SPRINGS, CO 80909

Attn:

Fax: (719) 597-4495

From: Viktoriya Vecerko
Disability Case Manager
Phone No.: Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

Total Pages
(Including Cover): 2

RE:

Claim #: 7608815
Claimant: Michelle Nelson

Wells Fargo & Company

NELSON, MICHELLE ( #205107

Liberty Mutual
INSURANCE

[illegible]
Group Benefit Disability [illegible]
P.O. Box 7208
London, KY 40742-7208
Phone No.: [illegible]
Secure Fax No.: (603) 334-8306

September 20, 2017

Dr. Mark S. Fraley, MD
2141 NO. ACADEMY CIR.
COLORADO SPRINGS,, CO 80909

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Dr. Fraley:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2016 through Present

We ask that you provide this information by September 27, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8306 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

**Document Name: NELSON, MICHELLE R RX REFILL KAISER BRIARGATE 10/10/2017**
**Document Type: Rx Refill or Request**
**Provider: Burdick, Cynthia**
**Uploaded By: Tommer, Janet**
**Document Date: 10/10/2017**
**Upload Date: 10/10/2017**
**Size: 603.74 KB**

NELSON, MICHELLE ( ) #205107

KAISER PERMANENTE PRESCRIPTION REFILL AUTHORIZATION REQUEST

Date: 10/10/2017 10:02 AM

Attn

Standard RAR

RETURN REFILL AUTHORIZATION TO:
Briargate Pharmacy 03066
4105 Briargate Pkwy
Colorado Springs,CO 80920
Phone: 7192822466
Fax: 719-282-2470

LAST DISPENSINGS DATE / QTY

Prescription Information

Patient: Nelson Michelle
MRN: 423267881
Phone: 2912356
Address:
DOB:
Age: 49
GENDER: F

Rx: 307701895925
Original Qty: 240.0
Original Refills: 0
Written Date: 05/17/2017
Refill Qty Requested: 240.0

Drug: Topiramate 25 Mg Tab Cipl
Drug Desc: Topiramate 25 Mg Tab Cipl
SIG: take 1 to 2 tablets by mouth twice daily, titrate up to 2 tablets twice daily
RAR Comment: Legacy CO Office Phone: (719) 597-4200
Non Formulary Code:
Diagnosis Code :

Prescriber: FRALEY MARK
DEA#: BF1965524
Phone: 5974200
Fax: 719-597-4495

Called / Faxed ___________
Date: ___________
Refills: 1 2 3 4 5 6 ____

DO NOT REFILL
Patient Contacted: Yes No

Send to Prescriber: FRALEY MARK
Location: COLORADO SPRINGS ADMINISTRATIV
Address: 2141 ACADEMY CIRCLE,
COLORADO SPRINGS, CO 80909
Phone: 719-5974200
Fax: 719-597-4495
Refill Phone:

☐ DAW

Approved By: 2nd

Date__________ Date__________

Comment______________________________

Confidential Information: This communication contains information intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential. If you are not the intended recipient or an employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of its contents is prohibited. If you have received this communication in error, please notify the pharmacy immediately. Thank You

**Document Name: NELSON, MICHELLE NEURO CONSULT 10/02/17**
**Document Type: Consults**
**Provider: Burdick, Cynthia**
**Uploaded By: Barnes, Annette**
**Document Date: 10/10/2017**
**Upload Date: 10/10/2017**
**Size: 1.79 MB**

NELSON, MICHELLE ( #205107

# F A X S H E E T

| | |
|---|---|
| Date: | Oct-09-2017 05:57:15 |
| To: | KATHRINE LEPPARD (CC FRALEY MARK) |
| Subject: | Consult Notes |
| Fax Number: | 719-597-4495 |
| To Company: | |
| From Name: | Admin Asst.Nikki |
| From Company: | Colorado Springs Neuro Assoc. |
| From Facility: | Colorado Springs Neuro Assoc. |
| Support Contact: | 719-473-3272 |
| Number of Page(s): | 3 |

This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.

## Consultation Notes for MICHELLE R NELSON on 10/02/2017

History of Present Illness

General:

Michelle is here for followup appointment. Her last office followup was [illegible] injections for chronic migraines with significant improvement in her headache frequency and intensity [illegible] the month of August patient reported a worsening migraines due to barometric pressure changes. [illegible] main complaint today is cognitive decline especially with multitasking. She also has noticed some [illegible] antidepressants through her PCP. She tried sumatriptan nasal spray, Maxalt [illegible] medication since of these do not work for her. She also [illegible] back pain which has been going on for the last one year. It has been gradually getting worse [illegible] lower back is extremely stiff. It does get worse with [illegible] any weakness or numbness down her legs. She denies any other new neurological symptoms [illegible]

Examination

Current Medications Not Documented:

Patient Reason Medication(s) name, dose and frequency unknown to patient Yes

Neurological:

[illegible]

General:

Generally pleasant, in NAD. Eyes: normal [illegible] Neck [illegible] Cardiovascular normal [illegible] no cyanosis or clubbing. [illegible]

Assessments

1. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary). The patient [illegible] female with history of chronic migraines with intractable migraines with significant [illegible] Botox [illegible] that sometimes the migraines do breakthrough with severe changes in the barometric pressure [illegible] nasal spray and have also put in an order for IV infusions for her acute migraines [illegible]

2. Low back pain - M54.5. Patient has been suffering from chronic low back pain which has been getting worse [illegible] would like to rule out lumbar spinal stenosis and have ordered an MRI of the lumbar spine. She does not have [illegible] myelopathy to be concerned about at this point.

3. Other chronic pain - G89.29

4. Memory loss - R41.3. Patient does complain of memory loss [illegible] Neuropsych [illegible] at this point.

I spent a total of 30 min, with the patient and more than 20 min [illegible] above as well as addressing each of her specific problems in detail to her satisfaction.

Treatment

**1. Intractable chronic migraine without aura and without status migrainosus**

Start Depacon Solution, 500mg/5ml, 250 mg, Intravenously, every 1-2 weeks prn, no more than 2 times a month [illegible]

Start Diphenhydramine Solution, 50mg/ml, 25 mg, Intravenously, every 1 to 2 weeks prn no more than 2 times a month [illegible]

Start Ketorolac Solution, 30mg/1ml, 30 mg, Intravenously, every 1 to 2 weeks prn no more than 2 times a month [illegible]

Samples Zomig spray, 5 mg, 5 mg, intranasally at onset of migraine [illegible] 3 Box, Notes: 10/2/17 Lot #: MK363 Exp: 6/2018

Clinical Notes: Faxed infusion orders to CSNA [illegible]

**2. Low back pain**

Imaging: MRI Spine Lumbar w/o Contrast

**Electronically signed by APARNA KOMATINENI MD on 10/09/2017 at 05:57 PM MDT**

**Sign off status: Pending**

Colorado Springs Neuro Assoc.
2312 N Nevada Avenue
Suite 100
Colorado Springs CO 809075307
Tel 719-473-3272
Fax [illegible]

Patient: NELSON, MICHELLE R
DOB:

Provider: APARNA KOMATINENI, MD, MD
Date: 10/03/201[illegible]

[illegible]

**Document Name: NELSON, MICHELLE R DISABILITY LIBERTY MUTUAL SENT 09/26/17**
**Document Type:**
**Provider: Burdick, Cynthia**
**Uploaded By: Quigley, Mark**
**Document Date: 09/28/2017**
**Upload Date: 09/28/2017**
**Size: 299.49 KB**

**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box [illegible]
London, KY [illegible]
Phone No.: (866) [illegible]
Secure Fax No.: (603) 334-8306

September 20, 2017

Dr. Mark S. Fraley, MD
2141 NO. ACADEMY CIR.
COLORADO SPRINGS., CO 80909

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Dr. Fraley:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2016 through Present

We ask that you provide this information by September 27, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8306 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box [illegible]
[illegible], KY [illegible]
Phone No.: (866) [illegible]
Secure Fax No.: (603) 334-8306

Date: September 20, 2017

To: DR. MARK FRALEY, MD
2141 NO. ACADEMY CIR.
COLORADO SPRINGS, CO 80909

Attn:

Fax: (719) 597 4495

From: Viktoriya Vecorko
Disability Case Manager
Phone No.: Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

Total Pages
(Including Cover): 2

RE:

Claim #: 7603815
Claimant: Michelle Nelson

Wells Fargo & Company

This fax and any attachments thereto is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

NELSON, MICHELLE ( #205107

**Document Name: NELSON, MICHELLE REHAB CONSULT NOTES 9/20/17**
**Document Type: Consults**
**Provider: Burdick, Cynthia**
**Uploaded By: Barnes, Annette**
**Document Date: 09/21/2017**
**Upload Date: 09/21/2017**
**Size: 3.51 MB**

NELSON, MICHELLE ( #205107

[illegible], MD
5390 N. Academy Blvd., Suite 220
Colorado Springs, CO 80918
Phone (719) 268-9000
Fax (719) 268-6687

DATE: 9-21-17

TO: Expresscare plus

ATTN: Dr. [illegible]'s MA

FROM: [illegible]

PHONE: ____________ FAX: [illegible]

NUMBER OF PAGES (including cover): 10

The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended for the use of the individual or entity named above. The authorized recipient of this information is [illegible] from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

RE:

Medical Rehabilitation Specialists
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax. 7195751850



MICHELLE R NELSON
Female DOB:

**09/20/2017 - Office Visit: Established Patient**
**Provider: Katharine J Leppard MD**
**Location of Care: Medical Rehabilitation Specialists**

Primary Provider: FRALEY DO, MARK S

History of Present Illness:
The patient returns to the office for a medication recheck visit. Her last botox injection with Dr. Kornatowski did not help. She is having daily headaches once again. She is on topamax. The neck and shoulder pain is unchanged. Her health has been unchanged since she was last seen.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
- Chronic neck pain
- Spinal Cord Injury with Syrinx
- Chronic Headaches
- Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
- Cesarian Section 03'

## Current Medication List Reviewed
BACLOFEN 10 MG ORAL TABS (BACLOFEN) 1 tid prn for muscle spasms
MOBIC 7.5 MG ORAL TABS (MELOXICAM) 1 bid
VIIBRYD 40 MG ORAL TABS (VILAZODONE HCL) 1 qd
TOPAMAX 25 MG ORAL TABS (TOPIRAMATE) 2 am and pm
WELLBUTRIN XL 300 MG ORAL XR24H-TAB (BUPROPION HCL) one qd
MONTELUKAST SODIUM 10 MG ORAL TABS (MONTELUKAST SODIUM)
CETIRIZINE HCL 10 MG ORAL TABS (CETIRIZINE HCL)
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn

## Current Problem List Reviewed
Neck pain (ICD-723.1) (ICD10-M54.2)
Myalgia (ICD-729.1) (ICD10-M79.1)
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.8)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

Medical Rehabilitation Specialists
3470 Centennial Blvd Suite 110 COLORADO SPRINGS CO 80907
7195751800 Fax: 7195751850

September 20 2017
Page 2
Office Visit

**MICHELLE R NELSON**
Female DOB:

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 05/25/2017 and no changes required:09/20/2017
Mother (biol.) - Has Family History Unknown - Entered On: 5/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 5/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 5/11/2014

## General Comments - FH:
FH Diabetes
FH Hypertension

## Social History:
Reviewed history from 05/25/2017 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended
**Height:** 59 inches **Weight:** 116 pounds
**Pulse rate:** 101 /min
**Blood Pressure:** 161/105 mm Hg

## Calculations
**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
Physical examination is unchanged. 40 minutes was spent with the patient on today's appointment. More than 50% of the time was spent in face to face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord injury with a resulting spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a

NELSON, MICHELLE ( #205107

Medical Rehabilitation Specialists
3470 Centennial Blvd Suite 110 COLORADO SPRINGS CO 80907
7195751800 Fax: 7195751850

MICHELLE R NELSON
Female DOB:

shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

The following medications were removed from the medication list:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn

Her updated medication list for this problem includes:
Baclofen 10 Mg Oral Tabs (Baclofen) ..... 1 tid prn for muscle spasms
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 q6 prn

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 3:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

Spinal cord syrinx due to a puncture wound to the spinal cord during an attempted facet injection in 2005. Follow-up MRI scans have shown that the syrinx is stable. She does have residual left-sided numbness.

**Problem # 4:** Myalgia (ICD-729.1) (ICD10-M79.1)

The following medications were removed from the medication list:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn

Her updated medication list for this problem includes:
Baclofen 10 Mg Oral Tabs (Baclofen) ..... 1 tid prn for muscle spasms
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 q6 prn

**Problem # 5:** Migraine headache (ICD-346.90) (ICD10-G43.909)

The following medications were removed from the medication list:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn

Her updated medication list for this problem includes:
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Relpax Tabs (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 q6 prn

Medical Rehabilitation Specialists
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751600 Fax: 7195751650

MICHELLE R NELSON
Female DOB:

**Problem # 6:** Pain in left shoulder (ICD-719.41) (ICD10-M25.512)

The 2016 shoulder MRI shows minimal supraspinatus tendonitis. A shoulder corticosteroid injection failed to improve her pain. She has plateaued with physical therapy.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

The following medications were removed from the medication list:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn

Her updated medication list for this problem includes:
Baclofen 10 Mg Oral Tabs (Baclofen) ..... 1 tid prn for muscle spasms
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Medications Added to Medication List This Visit:**
1) Baclofen 10 Mg Oral Tabs (Baclofen) ... 1 tid prn for muscle spasms
2) Mobic 7.5 Mg Oral Tabs (Meloxicam) ... 1 bid
3) Viibryd 40 Mg Oral Tabs (Vilazodone hcl) ... 1 qd .
4) Topamax 25 Mg Oral Tabs (Topiramate) ... 2 am and pm

**Prescriptions:**
BACLOFEN 10 MG ORAL TABS (BACLOFEN) 1 tid prn for muscle spasms #90 x 5
Entered and Authorized by: Katherine J Leppard MD
Electronically signed by: Katherine J Leppard MD on 08/29/2017
Method used: Electronically to
Walgreens Drug Store 10456* (retail)
725 W Baptist Road
COLORADO SPRINGS, CO 80921
Ph: (719) 219-0230
Fax: (719) 219-0236
RxID: 1821525906925460
Handout requested.

**Patient Instructions:**
1) I have written for a trial of Baclofen.
2) I will no longer be prescribing pain medications effective 12/31/17. The patient was provided with a list of other pain medication physicians who may be willing to assume care. The patient was encouraged to get this scheduled as soon as possible. We will send records upon a formal request
3) She is planning on returning in October for disability paperwork completion
4) CC Dr. Fraley

Electronically signed by Katharine J Leppard MD on 09/20/2017 at 5:04 PM

**Document Name: NELSON, MICHELLE MED REC REQUEST 9/20/17**
**Document Type:**
**Provider: Burdick, Cynthia**
**Uploaded By: Barnes, Annette**
**Document Date: 09/20/2017**
**Upload Date: 09/20/2017**
**Size: 1.01 MB**

Liberty Mutual
INSURANCE

Date: September 20, 2017

To: DR. MARK FRALEY, MD
2141 NO. ACADEMY CIR.
COLORADO SPRINGS, CO 80909

Attn:

Fax: (719) 597-4495

From: Viktoriya Vecorko
Disability Case Manager
Phone No.: Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

Total Pages
(Including Cover): 2

RE:

Claim #: 7608815
Claimant: Michelle Nelson

Wells Fargo & Company

This fax and any attachments thereto is intended only for the use of the addressee(s) named herein and may contain privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax and any attachments thereto is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 2[illegible] and permanently destroy the original and any copy [illegible] thereof.

Liberty Mutual
INSURANCE

Liberty Life Assurance [illegible]
Group Benefits [illegible]
P.O. Box [illegible]
[illegible] KY [illegible]
Phone No.: (866) [illegible]
Secure Fax No.: (603) [illegible]

September 20, 2017

Dr. Mark S. Fraley, MD
2141 NO. ACADEMY CIR.
COLORADO SPRINGS,, CO 80909

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Dr. Fraley:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2016 through Present

We ask that you provide this information by September 27, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334 8306 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334 8306

**Document Name: NELSON, MICHELLE RX REQUEST 8/7/17**
**Document Type: Rx Refill or Request**
**Provider: Fraley, Mark**
**Uploaded By: Barnes, Annette**
**Document Date: 08/07/2017**
**Upload Date: 08/09/2017**
**Size: 239.16 KB**

# Medication Request

## Kaiser Permanente Mail Order Pharmacy

## Phone: (866) 523-6059 Fax: (877) 626-7035

**Provider :** Mark Fraley
**Dea #:** BF 1965524
**Provider Phone:** 719-597-4200
**Provider Fax:** 719-597-4495
**Patient Name:** Michelle Nelson
**Patient DOB:**
**Patient Kaiser ID#:** 42326788

| Medication Name | Directions | Qty | Refills |
|---|---|---|---|
| Bupropion XL 24hr 300mg | | | PRN___ Other___ |

**Provider Signature:**___________________

**Date:** ___________________

**DEA# (as applicable):**___________________

**Prepared by :** Paul M.
**Date:** 8-7-17

NELSON, MICHELLE ( #205107

**Document Name: NELSON, MICHELLE NEURO CONSULT 7/27/17**
**Document Type: Consults**
**Provider: Burdick, Cynthia**
**Uploaded By: Barnes, Annette**
**Document Date: 08/06/2017**
**Upload Date: 08/08/2017**
**Size: 1.25 MB**

# F A X S H E E T

| | |
|---|---|
| Date: | Aug-06-2017 08:38:32 |
| To: | KATHRINE LEPPARD (CC FRALEY MARK) |
| Subject: | Consult Notes |
| Fax Number: | 719-597-4495 |
| To Company: | |
| From Name: | Admin Asst.Nikki |
| From Company: | Colorado Springs Neuro Assoc. |
| From Facility: | Colorado Springs Neuro Assoc. |
| Support Contact: | 719-473-3272 |
| Number of Page(s): | 2 |

This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.

NELSON, MICHELLE ( ) #205107

## Consultation Notes for MICHELLE R NELSON on 07/27/2017

History of Present Illness

[illegible]

Mrs. Nelson is here for a medically necessary Botox appointment. The patient is a pleasant [illegible] Dr. Adams and was last seen by PA [illegible] in December of last year. Her headaches started 10 years ago [illegible] getting worse. They're located all over her head and they are [illegible]. They [illegible] light and [illegible] changes. Intensity of the headache is 8/10. She reports that last [illegible] does have associated attention and concentration problems as well as occasional [illegible]. Frequency of the [illegible] 10 days a month. Patient reports that she also has [illegible] She does not have any numbness or tingling and [illegible] gets worse with physical activity and she is currently [illegible]. Medications that [illegible] have included but not limited to:

[illegible]
Relpax
Topamax
Gabapentin
Ambien
Diclofenac
[illegible]
Citalopram
[illegible]

She denies any other new neurological symptoms at this time and is quite ready for Botox injection.

Since her last injections she does report [illegible] 50% reduction in her headache frequency and intensity.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox [illegible] denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. [illegible] injection sites, the side effects and the specific muscles that [illegible] deviation from the routine protocol of giving 31 injection sites. Patient [illegible] and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

Assessments

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary) [illegible] female with history of chronic intractable migraine headaches [illegible] antidepressants as well as blood pressure medications [illegible] injections and has seen greater and 50% improvement in headache intensity [illegible] pain and is treated by Dr. Leppard in pain management. [illegible]
2. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

**Electronically signed by APARNA KOMATINENI MD on 08/06/2017 at 08:37 PM MDT**

**Sign off status: Pending**

Colorado Springs Neuro Assoc.
2312 N. Nevada Avenue
Suite 100
Colorado Springs CO 809075307
Tel: 719-473-3272
Fax: 719-389-1191

Patient: NELSON, MICHELLE R
DOB:

Provider: APARNA KOMATINENI, MD, MD
Date: 07/27/2017

[illegible]



[illegible]

**Document Name: NELSON, MICHELLE ALLERGY CONSULT 8/2/17**
**Document Type: Consults**
**Provider: Burdick, Cynthia**
**Uploaded By: Barnes, Annette**
**Document Date: 08/02/2017**
**Upload Date: 08/02/2017**
**Size: 369.42 KB**

NELSON, MICHELLE ID #205107

# THE WILLIAM STORMS ALLERGY CLINIC

1625 Medical Center Pt., Ste 190
Colorado Springs, CO 80907

Tel: 719.955.6000
Fax: 719.955.9595

www.stormsallergy.com

**William W. Storms, MD**

*Pediatric & Adult Allergy, Asthma, & Immunology*

Kathryn Blair, NP-BC Kelly Eskew, NP-BC
Carol Halla, FNP-BC Julia Mesnikoff, NP-BC Jill Smothers, NP-BC

900 Indiana Ave. Ste C
Pueblo, CO 81004

Tel: 1-866-615-3865
Pollen report: 719.955.1993

www.stormspollen.com

July 26, 2017 NELSON, Michelle **CORDERA CLINIC**

Michelle is in for first allergy shot(s). Injection staff reviewed procedural issues; sequence of titration; potential for local reactions, appropriate treatment, and importance of reporting any delayed reactions to our office. Patient was instructed to avoid exercise for 1 hour before and after injections; to skip injections if sick, having an exacerbation of asthma, or having severe allergy symptoms; to continue regular allergy medicines as instructed; and that no additional allergy medicine is needed on shot days. NP/PA/MD reviewed information about systemic reactions with patient and emphasized importance of staying in the office for 30 minutes after each injection. Any questions were answered and patient will be scheduled for followup in 4 months. Options for cluster dosing schedules were discussed.

Kelly G. Eskew, FNP-BC/WWS/hl DOB:
C: Mark Fraley, DO, F: 597-4495

Specializing in the treatment of
Nasal Allergies, Asthma, Hay Fever, Sinusitis, Hives, Food Allergies

NELSON, MICHELLE ) #205107

**Document Name: INSURANCE INFORMATION.PDF**
**Document Type: Insurance Forms**
**Provider:**
**Uploaded By:**
**Document Date: 07/20/2017**
**Upload Date: 07/20/2017**
**Size: 133.99 KB**

NELSON, MICHELLE ( ) #205107

**INSURANCE INFORMATION**

PRIMARY INSURANCE

INSURANCE COMPANY: Kaiser Permanente (Colorado plans only) CO-PAY: ______

GROUP #: 01095224 SUBSCRIBER #: 423267881

INSURED FIRST NAME: MICHELLE LAST NAME: NELSON MI: R

SOCIAL SECURITY #: ______ DOB: ______ RELATION TO PATIENT: Self

ADDRESS: ______ CITY: ______ STATE: ______ ZIP: ______

PHONE #: ______ EXT: ______

ADVANCED DIRECTIVE? ☐ YES ☐ NO WHERE IS IT FILED? ______ (what medical facility?)

INSURED EMPLOYED BY: ______ BUSINESS ADDRESS: ______

CITY: ______ STATE CO ZIP: ______ BUSINESS PHONE #: ______

ADDITIONAL INSURANCE

IS THE PATIENT COVERED BY ADDITIONAL INSURANCE? ☐ YES ☑ NO

INSURANCE COMPANY: ______ CO-PAY: ______

GROUP #: ______ SUBSCRIBER #: ______

INSURED FIRST NAME: ______ LAST NAME: ______ MI: ______

SOCIAL SECURITY #: ______ DOB: ______ RELATION TO PATIENT: ______

ADDRESS: ______ CITY: ______ STATE: ______ ZIP: ______

PHONE #: ______ EXT: ______

INSURED EMPLOYED BY: ______

BUSINESS ADDRESS: ______ CITY: ______ STATE ______ ZIP: ______

BUSINESS PHONE # : ______

EMPLOYMENT STATUS: ☑ Employed ☐ Unemployed ☐ Full Time Student ☐ Part Time Student ☐ Retired

LAST DEGREE EARNED: ☐ HIGH SCHOOL ☐ COLLEGE ☐ GRADUATE SCHOOL

OCCUPATION: ______ BUSINESS NAME: ______

BUSINESS PHONE: ______

DRIVERS LICENSE #: ______ STATE ISSUED: ______

IS THIS AN ACCIDENT? DATE OF INJURY IS THIS A MOTOR VEHICLE ACCIDENT?

☐ YES ☐ NO ______ ☐ YES ☐ NO

**YOUR INSURANCE CARD AND PHOTO ID ARE REQUIRED AT THE TIME OF YOUR VISIT**
**By signing below, I attest that the information provided above is true and accurate**

[signature]

**Signature of Insured / Guardian:** ______ **Date:** 07/20/2017

**Document Name: PATIENT DEMOGRAPHICS.PDF**
**Document Type: Patient Registration**
**Provider:**
**Uploaded By:**
**Document Date: 07/20/2017**
**Upload Date: 07/20/2017**
**Size: 139.59 KB**

NELSON, MICHELLE ( #205107

**PATIENT REGISTRATION**

DEMOGRAPHIC INFORMATION

LAST NAME: NELSON FIRST NAME: MICHELLE MI: R

DATE OF BIRTH: (mm/dd/yyyy) SEX: Female RACE: Hispanic or Latino

SOCIAL SECURITY #: ETHNICITY: Hispanic or Latino

ADDRESS 1: ADDRESS 2:

CITY: STATE: ZIP:

LANGUAGE: EN LANGUAGE COUNTRY: US

MARITAL STATUS: ☐ SINGLE ☑ MARRIED ☐ PARTNER ☐ DIVORCED ☐ WIDOWED

☐ PREGNANT (check if applicable) ☐ NURSING (check if applicable)

Whom may we thank for referring you to our practice?

CONTACT INFORMATION

HOME PHONE: WORK PHONE: EXT:

CELL PHONE: EMAIL

EMERGENCY CONTACT INFORMATION

CONTACT FIRST NAME: MARK CONTACT LAST NAME: NELSON

CONTACT HOME PHONE: CONTACT CELL PHONE:

RELATIONSHIP TO PATIENT: HUSB CONTACT ADDRESS: SAME AS ABOVE

CITY: STATE: ZIP:

FAMILY MEMBERS IN THE PRACTICE

(name) (relationship to patient)
(name) (relationship to patient)
(name) (relationship to patient)
(name) (relationship to patient)

PRIMARY CARE / OTHER PHYSICIAN

PHYSICIAN NAME: PRACTICE NAME:

ADDRESS: CITY: STATE: CO ZIP:

PHARMACY NAME: PHARMACY PHONE:

PHARMACY LOCATION: CO

**By signing below, I attest that the information provided above is true and accurate**

michelle Nelson

**Signature of Insured / Guardian:** **Date:** 07/20/2017

NELSON, MICHELLE ( #205107

**Document Name: NELSON, MICHELLE RX PRIOR AUTH 6/20/17**
**Document Type:**
**Provider: Burdick, Cynthia**
**Uploaded By: Davis, Deanna**
**Document Date: 06/21/2017**
**Upload Date: 06/21/2017**
**Size: 543.15 KB**

NELSON, MICHELLE ( #205107

# Prior Authorization Needed

725 W BART ST RD
COLORADO SPRINGS, CO 80921
Tel: 719-219-0230 Fax: 719-219-0236

Date: 06 20 2017

**Prescriber Information:**

Physician: MARK FRALEY
Address: 2141 ACADEMY CIR
COLORADO SPRINGS, CO 809091672

**Patient Information:**

Patient: MICHELLE R NELSON
Address: 1106 SPECTRUM LOOP
COLORADO SPRINGS, CO 809218408

**Prescription Information:**

Rx Number: 448280-10456
Drug: VIIBRYD 10MG TABLETS
Generic For:
Sig: TAKE 1 TO 2 TABLETS BY MOUTH DAILY

Qty: 60

**Message:**

Plan does not cover this medication. Please call plan at (800) 7882949 to initiate prior authorization or ... change medication. Patient ID # is 423207681.

In accordance with state regulations, a generic will be substituted unless otherwise indicated.

Dispense as Written/Brand Medically Necessary

**Please fax back to Walgreens at:**
719-219-0236

NELSON, MICHELLE ( #205107

**Document Name: NELSON, MICHELLE RX CHANGE REQ 06/20/2017**
**Document Type: Rx Refill or Request**
**Provider: Burdick, Cynthia**
**Uploaded By: Mcgriff, Amanda**
**Document Date: 06/20/2017**
**Upload Date: 06/20/2017**
**Size: 523.12 KB**

NELSON, MICHELLE ( #205107

## Drug Change Request

725 W BAPTIST RD
COLORADO SPRINGS, CO 80921
Tel. 719-219-0236 Fax. 719-219-0250

Date: 06-20-2017

**Prescriber Information:**

Physician: MARK FRALEY
Address: 2141 ACADEMY C R
COLORADO SPRINGS, CO 809091672

**Patient Information:**

Patient: MICHELLE R NELSON
Address: 1106 SPECTRUM LOOP
COLORADO SPRINGS, CO 809218408

**Prescription Information:**

Rx Number: 448280-10456
Drug: VIIBRYD 10MG TABLETS
Generic For:
Sig: TAKE 1 TO 2 TABLETS BY MOUTH DAILY

**Message:**

Plan does not cover medication prescribed. Patient requests change to 20mg

❑ Dispense as Written/Brand Medically Necessary

**Please fax back to Walgreens at:**
719-219-0236

NELSON, MICHELLE ( #205107

**Document Name: NELSON, MICHELLE RX PRIOR AUTH 6/19/17**
**Document Type:**
**Provider: Burdick, Cynthia**
**Uploaded By: Davis, Deanna**
**Document Date: 06/19/2017**
**Upload Date: 06/19/2017**
**Size: 542.80 KB**

# Prior Authorization Needed

725 W BAPTIST RD
COLORADO SPRINGS, CO 80921
Tel: 719-219-0230 Fax: 719-219-0236

Date: 06 19 2017 Time: [illegible]

**Prescriber Information:**

| | | | |
|---|---|---|---|
| Physician: | MARK FRALEY | Phone: | [illegible] |
| Address: | 2141 ACADEMY CIR | Fax: | [illegible] |
| | COLORADO SPRINGS, CO 809091672 | DEA #: | [illegible] |

**Patient Information:**

| | | | |
|---|---|---|---|
| Patient: | MICHELLE R NELSON | Birth Date: | [illegible] |
| Address: | 1106 SPECTRUM LOOP | Med Record #: | |
| | COLORADO SPRINGS, CO 809218405 | Phone: | [illegible] |

**Prescription Information:**

| | | | |
|---|---|---|---|
| Rx Number: | 448280-10456 | Requested P.U Time: | [illegible] |
| Drug: | VIIBRYD 10MG TABLETS | Qty: | [illegible] |
| Generic For: | | Last Sold: | [illegible] |
| Sig: | TAKE 1 TO 2 TABLETS BY MOUTH DAILY | | |

**Message:**

Plan does not cover this medication. Please call plan at (800) 7882949 to initiate prior auth [illegible] change medication. Patient ID # is 423207861.

[illegible]

☐ Dispense as Written Brand Medically Necessary

**Please fax back to Walgreens at:**
719-219-0236

[illegible]

**Document Name: NELSON, MICHELLE RX PA 06/11/2017**
**Document Type:**
**Provider: Burdick, Cynthia**
**Uploaded By: Mcgriff, Amanda**
**Document Date: 06/11/2017**
**Upload Date: 06/12/2017**
**Size: 522.67 KB**

NELSON, MICHELLE ( #205107

# Prior Authorization Needed

725 W BAPTIST RD
COLORADO SPRINGS, CO 80921
Tel. 719-219-0230 Fax: 719-219-0236

Date: 06.11.2017

**Prescriber Information:**

Physician: MARK FRALEY
Address: 2141 ACADEMY C R
COLORADO SPRINGS, CO 809091672

**Patient Information:**

Patient: MICHELLE R NELSON
Address: 1106 SPECTRUM LOOP
COLORADO SPRINGS, CO 809218400

Med Record #

**Prescription Information:**

Drug: VIIBRYD 10MG TABLETS
Generic For:
Sig: TAKE 1 TO 2 TABLETS BY MOUTH DAILY

**Message:**

Plan does not cover this medication. Please call plan at (800) 7862945 to initiate prior authorization or fax the pharmacy to change medication. Patient ID # is 423207881.

In accordance with state regulations, a generic will be substituted unless the box is checked.

☐ Dispense as Written-Brand Medically Necessary

**Please fax back to Walgreens at:**
719-219-0236

NELSON, MICHELLE ( #205107

**Document Name: RELPAX_PATIENT_SAVINGS_MESSAGE_20170602064051.PDF**
**Document Type: PDR Document**
**Provider:**
**Uploaded By: Fraley, Mark**
**Document Date: 06/02/2017**
**Upload Date: 06/02/2017**
**Size: 352.95 KB**

NELSON, MICHELLE ( #205107

# ScriptGuide®

| | | |
|---|---|---|
| Express Care Plus<br>2141 N ACADEMY CIRCLE<br>COLORADO SPRINGS, CO 809 | For: MICHELLE NELSON<br>Date: June 02, 2017<br>Message ID: 23764068-1877 | Your Rx has been sent to:<br>Walgreens Drug Store 10456<br>725 W BAPTIST RD<br>COLORADO SPRINGS, CO 8092<br>(719) 219-0230 |

## Fill your brand-name RELPAX® (eletriptan HBr) [illegible]

## RELPAX $4 Co-pay Card*

- Fill your RELPAX prescription for as little as $4 per month.
- With the RELPAX $4 Co-Pay Card, you may pay less for RELPAX than you would for a generic prescription.[†]
- Your pharmacist may let you know that a generic version of RELPAX is available. However, if you want to take brand-name RELPAX, talk with your healthcare provider, who can request it on your prescription by indicating Dispense as Written (DAW).

**Visit www.RELPAX.com to get your $4 Co-pay Card* and start [illegible]**

[illegible]

### RELPAX $4 Co-pay Card Terms and Conditions

**By using the RELPAX $4 Co-pay Card, you acknowledge that you currently meet the eligibility criteria and will [illegible] terms and conditions described below:**

- Co-pay cards are not valid for prescriptions that are eligible to be reimbursed, in whole or in part, by Medicare, Medicaid, or other federal or state healthcare programs (including any state prescription drug assistance programs and the Government Health Insurance Plan available in Puerto Rico [formerly known as "La Reforma de Salud"]).
- Co-pay cards are not valid for prescriptions that are eligible to be reimbursed by private insurance plans or other health or pharmacy benefit programs that reimburse you for the entire cost of your prescription drugs.
- Patients must be 18 or older.
- By using a co-pay card, a patient may pay only $4 per prescription. Savings provided by each co-pay card are limited to $160 per month. Each co-pay card may be used once per month for twelve (12) months. If you continue to meet the eligibility criteria, you may be eligible [illegible] second co-pay card during the offering.
- [illegible]
- [illegible]
- [illegible]
- The co-pay card will be accepted only at participating pharmacies. [illegible]
- The co-pay card is not health insurance.
- [illegible]
- [illegible]
- [illegible]

*Please see accompanying Patient Information. Please visit www.RELPAX.com for full Prescribing Information.*

[illegible]

[illegible]

[illegible] © 2017 Pfizer Inc. All rights reserved. [illegible] 2017

[illegible]

# RELPAX® (REL - packs)
# (eletriptan hydrobromide)
# Tablets

Please read this information before you start taking RELPAX and each time you get a refill. There may be new information. This information does not take the place of talking with your doctor about your medical condition or your treatment.

**What is the most important information I should know about RELPAX?**

**RELPAX can cause serious side effects, including:**

**Heart attack and other heart problems. Heart problems may lead to death.**

**Stop taking RELPAX and get emergency medical help right away if you have any of the following symptoms of a heart attack:**

- discomfort in the center of your chest that lasts for more than a few minutes, or that goes away and comes back
- chest pain or chest discomfort that feels like an uncomfortable heavy pressure, squeezing, fullness, or pain
- pain or discomfort in your arms, back, neck, jaw, or stomach
- shortness of breath with or without chest discomfort
- breaking out in a cold sweat
- nausea or vomiting
- feeling lightheaded

RELPAX is not for people with risk factors for heart disease unless a heart exam is done and shows no problem. You have a higher risk for heart disease if you:

- have high blood pressure
- have high cholesterol levels
- smoke
- are overweight
- have diabetes
- have a family history of heart disease
- are a female who has gone through menopause
- are a male over age 40

**Serotonin syndrome.** Serotonin syndrome is a serious and life-threatening problem that can happen in people taking RELPAX, especially if RELPAX is taken with anti-depressant medicines called selective serotonin reuptake inhibitors (SSRIs) or serotonin and norepinephrine reuptake inhibitors (SNRIs).

Ask your doctor or pharmacist for a list of these medicines if you are not sure.

Call your doctor right away if you have any of the following symptoms of serotonin syndrome:

- mental changes such as seeing things that are not there (hallucinations), agitation, or coma
- fast heartbeat
- changes in blood pressure
- high body temperature
- tight muscles
- trouble walking
- nausea, vomiting, or diarrhea

**What is RELPAX?**

RELPAX is a prescription medicine used to treat acute migraine headaches with or without aura in adults.

RELPAX is for people who have been diagnosed with migraine headaches.

RELPAX is not used to [illegible] head[illegible] while you have.

It is not known if RELPAX is safe and [illegible]

It is not known if RELPAX is safe [illegible]

**Who should not take RELPAX?**

Do not take RELPAX if you:

- have heart problems or a history [illegible]
- have or have had a stroke or [illegible]
- have hemiplegic or basilar [illegible] have these types of migraines [illegible]
- have narrowing of the blood [illegible] or kidney (peripheral vascular [illegible]
- have ischemic bowel [illegible]
- have uncontrolled high blood [illegible]
- have taken any of the following [illegible]
  - other "triptans" or [illegible]
    - almotriptan (Axert®) [illegible]
    - frovatriptan (Frova [illegible]
    - naratriptan (Amerge [illegible]
    - rizatriptan (Maxalt [illegible]
  - ergotamines such as:
    - Cafergot [illegible]
    - Cafergot [illegible]
  - dihydroergotamines such as
    - D.H.E. 45 or Migranal [illegible]
- have taken the following medic[illegible]
  - ketoconazole (Nizoral®) [illegible]
  - itraconazole (Sporanox [illegible]
  - nefazodone (Serzone [illegible]
  - troleandomycin (TAO [illegible]
- are allergic to eletriptan [illegible] the end of this leaflet for a complete [illegible]

**What should I tell my doctor** before taking RE[illegible]

Before you take RELPAX, tell your doctor [illegible]

- have heart problems or family [illegible]
- have high blood press[illegible]
- have high cholesterol
- have diabetes
- smoke
- are overweight
- are a female who has gone [illegible]
- have kidney problems
- have liver problems
- are pregnant or plan to become [illegible] will harm your unborn baby
- are breastfeeding or plan to [illegible] breast milk and may harm [illegible] best way to feed your baby if you [illegible]

**Tell your doctor about all the** medicines you [illegible] prescription and over-the-counter [illegible] supplements. Your doctor will [illegible] your other medicines. RELPAX and [illegible] other causing side effects.

[illegible] medicines [illegible]

- selective serotonin reuptake inhibitors (SSRIs)
- serotonin and norepinephrine reuptake inhibitors (SNRIs)

Ask your doctor or pharmacist for a list of these medicines if you are not sure.

Know the medicines you take. Keep a list of them to show your doctor or pharmacist when you get a new medicine.

**How should I take RELPAX?**

- Take RELPAX exactly as your doctor tells you to take it.
- Your doctor will tell you how much RELPAX to take and when to take it.
- Your doctor may change your dose if needed. Do not change your dose without first talking to your doctor.
- Take 1 RELPAX tablet as soon as you feel a migraine coming on.
- If you do not get any relief after your first RELPAX tablet, do not take a second tablet without first talking with your doctor.
- If your headache comes back or you only get some relief from your headache, you can take a second tablet 2 hours after the first tablet.
- Do not take more than a total of 80 mg of RELPAX tablets in a 24-hour period.
- If you take too much RELPAX, call your doctor or go to the nearest hospital emergency room right away.
- You should write down when you have headaches and when you take RELPAX so you can talk to your doctor about how well RELPAX is working for you.

**What should I avoid while taking RELPAX?**

RELPAX can cause dizziness, weakness, or drowsiness. If you have these symptoms, do not drive a car, use machinery, or do anything where you need to be alert.

**What are the possible side effects of RELPAX?**

**RELPAX may cause serious side effects.** See "What is the most important information I should know about RELPAX?"

**These serious side effects include:**

- **changes in color or sensation in your fingers and toes (Raynaud's syndrome)**
- **stomach and intestinal problems (gastrointestinal and colonic ischemic events).** Symptoms of gastrointestinal and colonic ischemic events include:
  - sudden or severe stomach pain
  - stomach pain after meals
  - weight loss
  - nausea or vomiting
  - constipation or diarrhea
  - bloody diarrhea
  - fever
- **problems with blood circulation [illegible] vascular ischemia)** [illegible] include:
  - cramping and pain in your [illegible]
  - feeling of heaviness or [illegible]
  - burning or aching pain in [illegible]
  - numbness, tingling, or weakness [illegible]
  - cold feeling or color changes [illegible]
- **medication overuse headaches.** [illegible] many RELPAX may have [illegible] headaches). If your headaches [illegible] to stop your treatment [illegible]

The most common side effects [illegible]

- dizziness
- nausea
- weakness
- tiredness
- drowsiness

Tell your doctor if you have any side [illegible] does not go away. These are not all [illegible] For more information [illegible]

Call your doctor for medical advice [illegible] side effects to the FDA at 1-800-FDA-1088.

**How should I store RELPAX?**

- Store RELPAX at room temperature [illegible] (20°C to 25°C).

**General information about the safe and effective [illegible]**

Medicines are sometimes prescribed for [illegible] mentioned in patient information [illegible] condition for which it was not prescribed [illegible] people, even if they have the same [illegible] them.

This Patient Information summarizes [illegible] about RELPAX. If you would like more [illegible] talk with your doctor. You can ask [illegible] information on RELPAX [illegible]

For more information, call 1-800-[illegible] www.RELPAX.com.

**What are the ingredients in RELPAX?**

Active ingredient: eletriptan [illegible]

Inactive ingredients: microcrystalline [illegible] croscarmellose sodium, magnesium [illegible] hypromellose, triacetin, and FD&C [illegible]

All brands are trademarks [illegible]

This product's label may have been [illegible] information, please visit www.pfizer[illegible]

Pfizer Roerig [illegible]

LAB-0077-12.0
Revised November 2013

**Document Name: NELSON, MICHELLE REHAB CONSULT 5/25/17**
**Document Type: Consults**
**Provider: Burdick, Cynthia**
**Uploaded By: Barnes, Annette**
**Document Date: 05/26/2017**
**Upload Date: 05/26/2017**
**Size: 2.02 MB**

NELSON, MICHELLE R (0 ... #205107
Medical Rehabilitation Specialists
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850

May 26, 2017
Page 1
Office Visit

MICHELLE R NELSON [redacted]
Female DOB: [redacted]

**05/25/2017 - Office Visit: Established Patient**
**Provider: Katharine J Leppard MD**
**Location of Care: Medical Rehabilitation Specialists**

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office for a medication recheck visit. She has been doing periodic Botox injections with Dr. Komatineni for her headaches. She is struggling with hot flashes. She tried a medication for her hot flashes and it only worsened her headaches. She would like a toradol injection. Her low back has been acting up as well. Her neck and shoulder pain are unchanged.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
- Chronic neck pain
- Spinal Cord Injury with Syrinx
- Chronic Headaches
- Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
- Cesarien Section 03'

## Current Medication List Reviewed
WELLBUTRIN XL 300 MG ORAL XR24H-TAB (BUPROPION HCL) one qd
MONTELUKAST SODIUM 10 MG ORAL TABS (MONTELUKAST SODIUM)
CETIRIZINE HCL 10 MG ORAL TABS (CETIRIZINE HCL)
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn

## Current Problem List Reviewed
Myalgia (ICD-729.1) (ICD10-M79.1)
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

Medical Re... Specialists
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850

May 26, 2017
Page 2
Office Visit

**MICHELLE R NELSON**
Female DOB:

### Current Allergy List Reviewed

SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

### Family History Summary:

Reviewed history Last on 11/16/2016 and no changes required:05/26/2017
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

### General Comments - FH:

FH Diabetes
FH Hypertension

### Social History:

Reviewed history from 11/24/2014 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

### Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Blood Pressure:** 110/80 mm Hg

### Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

### Physical Exam

**Msk:**
Gait is normal. Strength and sensation are normal. Physical examination is otherwise unchanged. 40 minutes was spent with the patient on today's appointment. More than 50% of the physician's time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

### Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her

MICHELLE R NELSON [redacted]
Female DOB: [redacted]

prior study. She has significant myofascial involvement on physical examination. She has pleteaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)
DR ADMIN THERAPEUTIC INJECTION 96372 (CPT-96372)

**Problem # 2:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

Spinal cord syrinx due to a puncture wound to the spinal cord during an attempted facet injection in 2008. Follow-up MRI scans have shown that the syrinx is stable. She does have residual left-sided numbness.

**Problem # 3:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 4:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 5:** Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)

**Medications Added to Medication List This Visit:**
1) Wellbutrin Xl 300 Mg Oral Xr24h-tab (Bupropion hcl) .... One qd
2) Montelukast Sodium 10 Mg Oral Tabs (Montelukast sodium)
3) Cetirizine Hcl 10 Mg Oral Tabs (Cetirizine hcl)

**Other Orders:**
INJ KETOROLAC TROMETHAMINE 15 MG (CPT-J1885)

**Prescriptions:**
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn #60 x 0
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 05/25/2017
Method used: Handwritten
RxID: 1811347239983890

**MICHELLE R NELSON**
Female DOB

Handout requested.

**Patient Instructions:**
1) The patient is on chronic pain medication. I do feel that these medications are indicated not only to control pain, but to maintain the patient's functional status. Pharmacy screens are clear, random drug screens show prescription medications only. A narcotic agreement is on file.
2) She will continue with periodic Botox injections for her chronic headaches with Dr. Komatineni.
3) She will return to the office here in six months, sooner if needed.
4) CC Dr. Fraley
5) CC Dr. Komatineni

**Toradol (ketorolac tromethamine) Injection**
**Strength:** 30 MG/ML
**Total Dose:** 60MG
**Volume:** 2ML
**Stop Date:** 06/01/2017
**Route:** Intramuscular
**Injection Site:** right gluteal

**Electronically signed by Katharine J Leppard MD on 05/26/2017 at 6:20 AM**

| |
|---|
| **Document Name: NELSON, MICHELLE RX APPROVAL 5/18/17**<br>**Document Type:**<br>**Provider: Collymore, Kimberly**<br>**Uploaded By: Barnes, Annette**<br>**Document Date: 05/18/2017**<br>**Upload Date: 05/18/2017**<br>**Size: 363.35 KB** |

NELSON, MICHELLE ( #205107

KAISER PERMANENTE®

FAX TRANSMITTAL SHEET

TO Provider: FRALEY, MARK
FAX NUMBER: (719) 597-4495
RE: MEDICATION PRIOR AUTHORIZATION REQUEST

FROM: PHARMACY BENEFITS & COMPLIANCE
DATE: Thursday, May 18, 2017
PAGES (exluding cover): 1 REF # C55318/9231

MEMBER: NELSON, MICHELLE R
HEALTH RECORD NO: 423267881
D.O.B.
MEDICATION: VIIBRYD 10 MG TABLET

Medication Prior Authorization Request: VIIBRYD 10 MG TABLET

Dear Provider,

We are pleased to inform you that the request for coverage of a medication has been approved for one fill, max daily dose #2; and then approved for one year(s), max daily dose #1.

The member's pharmacy has been notified of the approval.

Thank you.

To access the Southern Colorado Kaiser Permanente formulary online, please go to: www.providers.kp.org\cod "Pharmacy" tab.
Thank You

CONFIDENTIAL AND PRIVILEGED
This communication contains information intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or issue of its contents is prohibited. If you have received this communication in error, please notify us immediately by telephone at 719-867-2100, return the original communication by reply fax, destroy the original and/or permanently delete the information from your system. Thank you.

1975 RESEARCH PARKWAY • SUITE 250 • COLORADO SPRINGS, CO 80920
PHONE: 719-867-2179 • FAX: 866-455-1053

**Document Name: NELSON, MICHELLE RX PA 5/17/17**
**Document Type:**
**Provider: Collymore, Kimberly**
**Uploaded By: Barnes, Annette**
**Document Date: 05/17/2017**
**Upload Date: 05/17/2017**
**Size: 546.56 KB**

NELSON, MICHELLE ( #205107

# Prior Authorization Needed

725 W BAPT ST RD
COLORADO SPRINGS, CO 80921
Tel: 719-219-0238 Fax: 719-219-0236

Date: 05 17 2017 [illegible]

**Prescriber Information:**

| | | |
|---|---|---|
| Physician: | MARK FRALEY | [illegible] |
| Address: | 2141 ACADEMY C R | [illegible] |
| | COLORADO SPRINGS, CO 809091672 | [illegible] |

**Patient Information:**

| | | |
|---|---|---|
| Patient: | MICHELLE R NELSON | Birth Date: [illegible] |
| Address: | 1106 SPECTRUM LOOP | Med Record #: [illegible] |
| | COLORADO SPRINGS, CO 80921840c | Phone: [illegible] |

**Prescription Information:**

| | | |
|---|---|---|
| Rx Number: | 448016-10456 | Requested P.U. Time: 05 17 2017 [illegible] |
| Drug: | VIIBRYD 10MG TABLETS | Qty: [illegible] |
| Generic For: | | Last Refill: 05 17 2017 |
| Sig: | TAKE 1 TO 2 TABLETS BY MOUTH DAILY | |

**Message:**

Plan does not cover this medication. Please call plan at (800) 7882949 to initiate prior authorization [illegible] change medication. Patient ID # is 423207581. Viibryd is non formulary

In accordance with state regulations a generic will be substituted unless otherwise indicated.

☐ Dispense as Written/Brand Medically Necessary

**Please fax back to Walgreens at:**
719-219-0236

[illegible]

NELSON, MICHELLE ( #205107

**Document Name: DEPRESSION SCREEN FOR MICHELLE NELSON 51717.PDF**
**Document Type:**
**Provider: Collymore, Kimberly**
**Uploaded By: Sherren, Shelly**
**Document Date: 05/17/2017**
**Upload Date: 05/17/2017**
**Size: 397.81 KB**

# Liberty Mutual Vocational Rehabilitation

## INVOICE

**TO:** Viktoriya Vecorko
Liberty Mutual Insurance Co
14045 Ballantyne Corporate Pl, Suite 200
Charlotte NC 28277

**Claimant:** Nelson, Michelle
**Claim #:** 7608815
**Employer:** Wells Fargo & Company
**Date of Injury:** 11/20/2017

11/22/2017

| Date | Code | Nature of Service | Prof | TW | Miles | Misc |
|---|---|---|---|---|---|---|
| 11/22/2017 | | Job Analysis | 2.33 | | | |
| | | SUBTOTAL | 2.33 | 0.0 | 0.0 | $0.00 |

**Respectfully Submitted**
Jane Howard

Reference Number: 5671201 / 1090807

**Remit To:**
Liberty Mutual Managed Care, LLC
PO Box 860176
Minneapolis, MN 55486-0176
Fed ID: 04-3217691

| Rate Type | Rates | Quantity | Totals |
|---|---|---|---|
| Professional | 86.0 | 2.33 | $200.38 |
| PAY THIS AMOUNT | | | $200.38 |

IOD Incorporated
PO Box 19072
GREEN BAY WI 54307-9072
866-340-0767 Option 1

**Order Number** 54086402

VIKTORIYA VECORKO
LIBERTY MUTUAL
PO BOX 7208

LONDON, KY 40742-7208

**Please Note:** This information has been disclosed to you from records that may be protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR 2.12(c)(5) and 2.65.

# INVOICE

| | |
|---|---|
| **Invoice #:** | 45032156 |
| **Inv. Date:** | 11/21/2017 |
| **Due Date:** | 11/21/2017 |
| **Terms:** | Pre-Payment |

**LIBERTY MUTUAL**
VIKTORIYA VECORKO
PO BOX 7208

LONDON, KY 40742-7208

Patient: NELSON, MICHELLE
Account #: 2802209
Claim/File #: 7608815

Shipping:
PO BOX 7208

LONDON, KY 40742-7208

Facility: **MEDICAL REHABILITATION SPECIALISTS**

| **Description** | **Quantity** | **Unit Price** | **Extension** |
|---|---|---|---|
| * Note: Hard Copy Page Count: 4 | 4 | $0.00 | $0.00 |
| Basic Fee for First 10 Pages | 1 | $18.53 | $18.53 |

| | | |
|---|---|---|
| Product Total: | $ 18.53 | |
| State Tax: | | 0.00% |
| City/local Tax: | | 0.00% |
| Sales Tax: | $ 0.00 | (0.00%) |
| Shipping & Handling: | $ 0.00 | |
| | -------------------- | |
| Grand Total: | $ 18.53 | |
| Credits/Payments: | $ 18.53 | |
| | -------------------- | |
| **Amount Due:** | **$ 0.00 PAID IN FULL** | |

**Please Note:** This information has been disclosed to you from records that may be protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR 2.12(c)(5) and 2.65.

**Payment Options:**

- Use your credit card online at payportal.iodincorporated.com
- Use your credit card by phone at 866-420-7455 Option 1
- By mail; please include the payment sheet (page 2) with your check to ensure that your payment is properly applied!

*IOD Incorporated TaxID No. 65-0765287*
*PO Box 19072, Green Bay WI, 54307-9072*
*Phone: 866-420-7455 Option 1 * Fax: 920-406-6537*

# INVOICE

PAYMENT SHEET

PLEASE RETURN THIS WITH YOUR PAYMENT.

**MAKE PAYMENT TO:**

IOD Incorporated
PO Box 19072
Green Bay, WI 54307-9072

TaxID No. 65-0765287

| | |
|---|---|
| Invoice No: | **45032156** |
| Requester: | **LIBERTY MUTUAL** |
| Account #: | **2802209** |
| Patient Name: | **NELSON, MICHELLE** |
| Amount Due: | **18.53** |

Amount Paid $ 18.53

Check No 31657217

To make an online payment, please go to payportal.iodincorporated.com

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

November 3, 2017

Dr. Katharine Leppard, MD
3470 CENTENIAL BLVD
STE 110
COLORADO SPRINGS, CO 80907

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.: [redacted]

Dear Dr. Katharine Leppard, MD:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2017 through Present

We ask that you provide this information by November 9, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8306 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

Attachments: 7608815-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.03.2017

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Michelle Nelson Claim No 7608815

Employer/Sponsor/Customer Name Wells Fargo & Company

Return to: Viktoriya Vecorko

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes)**.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Michelle Nelson
Claimant Name (Print)

Date of Birth

Michelle Nelson
Claimant Signature

9-28-17
Date

7608815
Claim Number

11/03/2017 9:52AM (GMT-06:00)

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

# Authorization to Obtain and Release Psychotherapy Notes

Employee Name Michelle Nelson Claim No 7608815

Employer/Sponsor/Customer Name Wells Fargo & Company

Return to: Viktoriya Vecorko

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Michelle Nelson
Claimant Name (Print)

Date of Birth ______

Michelle Nelson
Claimant Signature

9-28-17
Date

7608815
Claim Number

Attachments: 7608815-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.03.2017

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



**MICHELLE R NELSON**
Female DOB:

**10/16/2017 - Office Visit: Established Patient**
**Provider: Katharine J Leppard MD**
**Location of Care: Medical Rehabilitation Specialists**

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office with insurance paperwork to complete. She is having low bck pain. This began one month ago. This is a midline low back pain. There is no radiating pain, numbness or weakness. A MRI has been ordered. She denies dysuria, no frequency, no blood in the urine.

## Past Medical History:

Reviewed history from 04/07/2016 and no changes required:
- Chronic neck pain
- Spinal Cord Injury with Syrinx
- Chronic Headaches
- Migraine Headaches

## Past Surgical History:

Reviewed history from 06/25/2012 and no changes required:
- Cesarian Section 03'

## Current Medication List Reviewed

BACLOFEN 10 MG ORAL TABS (BACLOFEN) 1 tid prn for muscle spasms
MOBIC 7.5 MG ORAL TABS (MELOXICAM) 1 bid
VIIBRYD 40 MG ORAL TABS (VILAZODONE HCL) 1 qd
TOPAMAX 25 MG ORAL TABS (TOPIRAMATE) 2 am and pm
WELLBUTRIN XL 300 MG ORAL XR24H-TAB (BUPROPION HCL) one qd
MONTELUKAST SODIUM 10 MG ORAL TABS (MONTELUKAST SODIUM)
CETIRIZINE HCL 10 MG ORAL TABS (CETIRIZINE HCL)
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn

## Current Problem List Reviewed

Neck pain (ICD-723.1) (ICD10-M54.2)
Myalgia (ICD-729.1) (ICD10-M79.1)
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)