## Current Allergy List Reviewed

SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:

Reviewed history Last on 09/20/2017 and no changes required:10/16/2017
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

### General Comments - FH:

FH Diabetes
FH Hypertension

## Social History:

Reviewed history from 05/25/2017 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 92 /min
**Blood Pressure:** 126/91 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**

Physical examination is unchanged. 25 minutes was spent with the patient on today's appointment. More than 50% of the time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** Neck pain (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord injury with a resulting spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a

shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

Her updated medication list for this problem includes:
Baclofen 10 Mg Oral Tabs (Baclofen) ..... 1 tid prn for muscle spasms
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Myalgia (ICD-729.1) (ICD10-M79.1)

Her updated medication list for this problem includes:
Baclofen 10 Mg Oral Tabs (Baclofen) ..... 1 tid prn for muscle spasms
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 3:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 4:** Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)

**Problem # 5:** Migraine headache (ICD-346.90) (ICD10-G43.909)

Her updated medication list for this problem includes:
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Relpax Tabs (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Patient Instructions:**
1) I will no longer be prescribing pain medications effective 12/31/17.
2) Paperwork completed.
3) She will return as needed.
4) CC Dr. Fraley

FAXED
OCT 16 2017

**Electronically signed by Katharine J Leppard MD on 10/16/2017 at 12:29 PM**

**MICHELLE R NELSON**
Female DOB:

**PO Box 19072**
**GREEN BAY WI 54307-9072**
**Voice : 866-340-0767 Option 1 Fax : 425-462-7773**

11/20/2017

---

| | |
|---|---|
| To | **VIKTORIYA VECORKO** |
| Company | LIBERTY MUTUAL |
| Fax Number | 18662147839 |
| Voice Number | 866-213-2937 |
| | |
| From | Customer Relations |
| Fax | 425-462-7773 |
| Voice | 866-340-0767 Option 1 |
| Subject | **prepaynotice** |
| Order # | 54086402 |
| | |
| Notes | Please see the following pre-payment notice |

This fax and any files transmitted with it are confidential and may contain information which is legally privileged or otherwise exempt from disclosure. They are intended solely for the use of the individual or entity to whom this fax is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this fax in error, please immediately notify the sender and return or shred these documents immediately. Any other use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited

# PrePay Notice

| FIRST NOTICE | SECOND NOTICE |
|---|---|
| Date Sent: 11/09/2017 | Date Sent: 11/20/2017 |

**VIKTORIYA VECORKO**
**LIBERTY MUTUAL** **Acct: 2802209**
**PO BOX 7208**

**LONDON, KY 40742-7208**

Patient: **NELSON, MICHELLE**
SSN:
Claim/File #: **7608815**
Order #: **54086402**
Fax #: **866-214-7839**

**IMG** WA1

Records requested from: **MEDICAL REHABILITATION SPECIALISTS**

Dear Requester:

IOD Incorporated has been retained by the medical facility listed above to provide release of information services. It is our policy to require payment prior to delivering the requested information. **Please note this is an estimated fee, the final amount may differ.**

| | |
|---|---|
| Service dates requested | Specific Date(s): 06/2017 TO PRESENT |
| Items requested | Pertinent (C - Chart Notes, C - Consultation Reports, C - EKG, C - Growth Charts, C - Hospital Records, C - Immunizations, C - Laboratory Reports, C - Medications, C - Problem List, C - Radiology Reports, C - Registration Sheet, C - Special Tests, C - Telephone Notes) |
| "PERT ITEMS" = Dictated notes, radiology reports, lab reports, special test results, etc. | |

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| * Note: Hard Copy Page Count: 4 | 4 | $0.00 | $0.00 |
| Basic Fee for First 10 Pages | 1 | $18.53 | $18.53 |
| Shipping & Handling | 1 | $0.00 | $0.00 |
| Sales Tax | 1 | $0.00 | $0.00 |
| Pages as per Request: | 4 | Fee Quote as per Request: | $ 18.53 |
| Notes: | | | |

The requested medical information will be provided after payment in full is received. Please make payment within 20 days of the first notice to avoid cancellation of your request. If the patient authorization has expired by the time payment is received, a new authorization will be required. Please note that it may take up to 15 business days from the date your request is received for your request to be processed. If you have any questions regarding this notice, please contact Customer Relations at 866-340-0767 Option 1 * Fax 425-462-7773.

- To make a payment online via credit card, go to payportal.iodincorporated.com
- To make a payment via credit card, you can also call Customer Relations at 866-420-7455 Option 1.

To make a manual payment, please send this form and your check or money order made payable to IOD Incorporated to the address shown below. PLEASE DO NOT SEND CASH!

*IOD Incorporated TaxID No. 65-0765287*
*PO Box 19072 Green Bay, WI 54307-9072*
*Phone 866-420-7455 Option 1 * Fax 920-406-6537*

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Occupational Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- ☐ JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- ☐ PHYSICAL JOB EVALUATION FORM (if available)
- ☐ UPDATED MEDICAL WITH CLEAR R&L'S
- ☐ TRAINING-EDUCATION-EXPERIENCE FORM
- ☐ MANAGER APPROVAL (if required)
- ☐ ATTORNEY INFO (if applicable)

FROM: Viktoriya Vecorko DATE: Thursday, November 16, 2017

## CLAIM BACKGROUND

Claimant Name: MICHELLE NELSON Claim Number: 7608815

☐ STD ☑ FULLY INSURED ( THRESHOLD $ )

☑ LTD ☐ ASO ☐ LIFE Has MDS worked the claim? ☐ YES ☑ NO

Employer: WELLS FARGO & COMPANY

Change In DEF. Date: 07/28/2018

Pre-Disability Earnings: $5,461.00 / M (mode) Claim Service Type: ADOP

**Document Locations**

☑ Document List ☐ Correspondence ☐ Paper File

**Case Manager's Recommendations / Reason For Referral:**

R&L established by cp review on file.

DP 512

MLS Group of Companies, LLC
MLS National Medical Evaluation Services
Phone: 888.657.4634 | Fax: 248.356.6757 | www.mls-ime.com
URAC ACCREDITED INDEPENDENT REVIEW ORGANIZATION

November 14, 2017

Re: Claimant: Michelle Nelson
Claim Number: 7608815

INDEPENDENT PEER REVIEW

To Whom It May Concern:

LIST OF MEDICAL DOCUMENTATION

All submitted medical records have been reviewed.

Summary of the Medical Records

MEDICAL RECORDS PROVIDED FOR REVIEW:

| | | |
|---|---|---|
| PROGRESS NOTES | Medical Rehabilitation Specialists | 04/21/16-10/16/17 |
| PROGRESS NOTES | Colorado Springs Associates | 05/27/16-10/11/17 |
| PROGRESS NOTES | Turner Chiropractic, Inc | 06/02/16-07/06/17 |
| PROGRESS NOTES | Express Care Plus | 06/20/16-06/21/17 |
| PROGRESS NOTES | The William Storms Allergy Clinic | 07/26/17 |
| PHYSICAL THERAPY | Falcon Physical Therapy | 05/04/16-02/12/17 |
| X-RAYS | Express Care Plus Radiology | 12/28/16 |
| CT/MRI | Colorado Springs Associates | 06/16/16-03/08/17 |
| MISC | | 05/12/16-11/01/17 + Undated |
| ROI | | 02/24/16-10/13/17 |

SUMMARY OF MEDICAL DOCUMENTATION

Claimant DOB is

Office visit 4/21/16: Dr. Leppard notes this claimant has ongoing pain and presented for final session of trigger point injections to the paracervical region.

Office notes 5/27/16, 6/28/16, 8/25/16, 11/23/16, 2/23/17, 5/4/17, 7/27/17, 10/2/17, & 10/11/17 (Dr. Komatineni) indicate this claimant receives Botox for chronic migraine headache/neck pain. She is noted to come in every 3 months for Botox, which per AP

records provide 60-70% pain relief, except during the month of August (symptoms flared due to barometric weather changes).

Office visit 8/17/16: Dr. Leppard notes this claimant has ongoing neck pain with associated cervicogenic headaches. Headaches occur 5-6x per week and pain can reach as high as 8/10. A brain MRI from 2015 shows greater than expected volume loss for age. Left shoulder MRI from 2016 was positive for left supraspinatus tendinitis. The patient is noted to have ongoing pain since her motor vehicle crash in 2007 and developed a spinal syrinx following an injection post-MVC. She has seen specialists who do NOT recommend surgery.

Chiropractic notes (spanning 8/18/16 - 7/6/17) were reviewed.

Multiple PT notes were reviewed; as of 2/12/17 the claimant completed 18 visits for cervicalgia and left shoulder pain.

Office visit 9/21/16: Dr. Leppard notes this claimant is now having right shoulder, as well as ongoing neck pain. She has myofascial tightness on exam with no evidence of impingement. Rx on this date included Ibuprofen and Percocet.

Office visit 11/16/16: Dr. Leppard notes this claimant has persistent symptoms despite Botox injections being provided periodically for headaches and neck pain. MRI cervical spine from 2016 was referenced as showing no significant nerve root compression and was unchanged compared to prior study. She has a narcotic contract on file.

Office visit 5/25/17: Dr. Leppard notes the claimant has unchanged shoulder and neck pain, and is having hot flashes. Low back pain is coming on. Headache symptoms are ongoing. She has normal gait, strength, and sensation on exam.

Office visit 6/21/17: Dr. Fraley notes this claimant is being treated for insomnia, depression, and chronic migraines without status migrainosus.

Office visit 9/20/17: Dr. Leppard notes this claimant's overall condition is unchanged. Botox injections are not helping.

Office visit 10/16/17: Dr. Leppard notes this claimant has plateaued with treatment and effective 12/31/17 the AP will no longer Rx pain medications for this claimant. She will return to clinic as needed.

PEER-TO-PEER DISCUSSION

11/6/17 at 13:13 PM PST - Office VM left (Dr. Fraley)
11/6/17 at 13:21 PM PST - Office VM left (Dr. Leppard)
11/6/17 at 13:35 PM PST - Office VM left (Dr. Komatineni)
11/7/17 at 12:40 PM PST - Office VM left (Dr. Fraley)
11/7/17 at 12:45 PM PST - Office VM left (Dr. Leppard)
11/7/17 at 12"55 PM PST - Office VM left (Dr. Komatineni)
11/8/17 at 07:00 AM PST - Office VM left (Dr. Fraley)
11/8/17 at 07:15 AM PST - Office VM left (Dr. Leppard)
11/8/17 at 07:35 AM PST - Office VM left (Dr. Komatineni)

CONCLUSION

**1. Following your review of the medical records and conversation(s) with the treating provider(s), please list all diagnoses that are supported for this claimant and the medical criteria used to confirm those diagnoses. If a noted diagnosis does not meet the established criteria, please explain why.**

Diagnoses supported by the medical evidence include cervical spondylosis, cervicalgia, cervicothoracic migraine-type headaches, and left shoulder pain.

**2. Provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations. Please include the expected duration for any supported restrictions. When clarifying the supported restrictions, please be sure to address the following including minutes/hours/frequency and weight. If position changes are supported, please advise how long able to do each position prior to change: sitting, walking, standing, bending/twisting at neck, repetitive use of hands, grasping, gripping, fine manipulation, computer work, keyboarding, phone work, typing and office equipment**

Reasonably supported restrictions and limitations (R/Ls) include pushing, pulling, lifting, and carrying of 25 pounds occasionally, 15 pounds frequently, and occasional bending/twisting of the neck due to ongoing symptoms of pain with migraines in the setting of cervical spondylosis (noted on imaging). The claimant should avoid climbing ladders due to her condition that results in painful and restricted cervical spine ROM. No other postural activity, and no sitting, standing, or walking R/Ls are supported as gait, balance, and LE strength are consistently normal. The claimant can reach at desk level, below-waist level, and overhead on a frequent basis. There are no handling/fingering/feeling restrictions. Within these restrictions the claimant can work

full time in a sustained capacity. Prognosis is good for full-time work within the documented R/Ls, but due to the chronicity of pain symptoms, R/Ls are likely permanent.

**4. Based on the available medical evidence, does the claimant have sustainable full-time work capacity? Or have capacity to perform any occupational duties on a part time basis? Please explain your rationale.**

The claimant can work full time in a sustained capacity. Due to the lack of consistently demonstrated red flags on exam (weakness, sensory loss, abnormal gait), the claimant can work full-time within the above R/Ls.

**5. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

The medical evidence does not support obvious side effects from Rx medications.

**6. Provide a discussion of your treatment recommendations, including treatment modalities, frequency of treatment, duration and expected outcome.**

Treatment modalities, frequencies, and duration all coincide with best practices and include Rx medications, physical methods (PT) and injections of Botox for cervical myofascial complaints and migraines.

*I certify that I have no Conflict of Interest with this review. I attest to having no past or present relationship or affiliation with the beneficiary of this Independent Review or a significant past or present relationship with the attending provider and/or the treatment facility under review (if applicable). I further certify that I have no familial or material, professional or business relationship with the referring entity or incentive to promote the use of a certain product or service associated with the review of this case.*

*I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties. I also attest to having the appropriate license/board certification for practitioners who typically manage the medical condition/procedure/treatment or issue that is the subject of this review as well as the knowledge and clinical experience to review this case including at least 5 years full-time equivalent experience providing direct clinical care to patients.*

Sincerely,

Farjallah Khoury, M.D.
Board Certified: American Board of Physical Medicine & Rehabilitation
American Academy of Physical Medicine and Rehabilitation
American Medical Association

**Invoice** **349560**

**Date of Invoice** **11/14/2017**

**MLS Group of Companies**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

LIBERTY MUTUAL INSURANCE CO - NH 92,
P.O. Box 1525

Dover, NH 03821
**Attention:** VIKTORIYA VECORKO

**Case Id:** 7608815
**Referral Id:** 32617013520
**Name:** Nelson, Michelle R.
**Employer:**
**Physician:** Farjallah Khoury
**Specialty:** Physical Medicine & Rehabilitation
**Svc Date:** 11/15/17

| Item | Rate |
|---|---|
| Peer Review | 1,680.00 |

| | |
|---|---|
| **Invoice Total** | $1,680.00 |
| **Receipt Total** | 0.00 |
| **Invoice Balance** | **$1,680.00** |

Please visit our new web-site address located at www.mls-ime.com

Thank you
MLS Tax ID #: 38-3341904

Please make checks payable to
MLS Group of Companies

Liberty/Nelson 0454

**IOD**

**PO Box 19072**
**GREEN BAY WI 54307-9072**
**Voice : 866-340-0767 Option 1 Fax : 425-462-7773**

11/09/2017

---

| | |
|---|---|
| To | **VIKTORIYA VECORKO** |
| Company | LIBERTY MUTUAL |
| Fax Number | 18662147839 |
| Voice Number | 866-213-2937 |

| | |
|---|---|
| From | Customer Relations |
| Fax | 425-462-7773 |
| Voice | 866-340-0767 Option 1 |
| Subject | **prepaynotice** |
| Order # | 54086402 |

| | |
|---|---|
| Notes | Thank you for your prompt attention to the attached notice. |

This fax and any files transmitted with it are confidential and may contain information which is legally privileged or otherwise exempt from disclosure. They are intended solely for the use of the individual or entity to whom this fax is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this fax in error, please immediately notify the sender and return or shred these documents immediately. Any other use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited

# PrePay Notice

**FIRST NOTICE** | **SECOND NOTICE**

Date Sent: 11/09/2017 | Date Sent:

**VIKTORIYA VECORKO**
**LIBERTY MUTUAL** **Acct: 2802209**
**PO BOX 7208**

**LONDON, KY 40742-7208**

Patient: **NELSON, MICHELLE**
SSN:
Claim/File #: **7608815**
Order #: **54086402**
Fax #: **866-214-7839**

**IMG** WA1

Records requested from: **MEDICAL REHABILITATION SPECIALISTS**

Dear Requester:

IOD Incorporated has been retained by the medical facility listed above to provide release of information services. It is our policy to require payment prior to delivering the requested information. **Please note this is an estimated fee, the final amount may differ.**

| | |
|---|---|
| Service dates requested | Specific Date(s): 06/2017 TO PRESENT |
| Items requested | Pertinent (C - Chart Notes, C - Consultation Reports, C - EKG, C - Growth Charts, C - Hospital Records, C - Immunizations, C - Laboratory Reports, C - Medications, C - Problem List, C - Radiology Reports, C - Registration Sheet, C - Special Tests, C - Telephone Notes) |
| "PERT ITEMS" = Dictated notes, radiology reports, lab reports, special test results, etc. | |

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| * Note: Hard Copy Page Count: 4 | 4 | $0.00 | $0.00 |
| Basic Fee for First 10 Pages | 1 | $18.53 | $18.53 |
| Shipping & Handling | 1 | $0.00 | $0.00 |
| Sales Tax | 1 | $0.00 | $0.00 |
| Pages as per Request: | 4 | Fee Quote as per Request: | $ 18.53 |
| Notes: | | | |

The requested medical information will be provided after payment in full is received. Please make payment within 20 days of the first notice to avoid cancellation of your request. If the patient authorization has expired by the time payment is received, a new authorization will be required. Please note that it may take up to 15 business days from the date your request is received for your request to be processed. If you have any questions regarding this notice, please contact Customer Relations at 866-340-0767 Option 1 * Fax 425-462-7773.

- To make a payment online via credit card, go to payportal.iodincorporated.com
- To make a payment via credit card, you can also call Customer Relations at 866-420-7455 Option 1.

To make a manual payment, please send this form and your check or money order made payable to IOD Incorporated to the address shown below. PLEASE DO NOT SEND CASH!

*IOD Incorporated TaxID No. 65-0765287*
*PO Box 19072 Green Bay, WI 54307-9072*
*Phone 866-420-7455 Option 1 * Fax 920-406-6537*

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | November 3, 2017 |
| To: | DR. KATHARINE LEPPARD, MD<br>3470 CENTENIAL BLVD<br>STE 110<br>COLORADO SPRINGS CO 80907 |
| Attn: | PLEASE RUSH |
| Fax: | (719) 575-1850 |
| From: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

November 3, 2017

Dr. Katharine Leppard, MD
3470 CENTENIAL BLVD
STE 110
COLORADO SPRINGS, CO 80907

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Dr. Katharine Leppard, MD:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2017 through Present

We ask that you provide this information by November 9, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8306 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

Attachments: 7608815-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.03.2017

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Michelle Nelson Claim No 7608815

Employer/Sponsor/Customer Name Wells Fargo & Company

Return to: Viktoriya Vecorko

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Michelle Nelson
Claimant Name ( Print)

Date of Birth

Michelle Nelson
Claimant Signature

9-28-17
Date

7608815
Claim Number

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

## Authorization to Obtain and Release Psychotherapy Notes

Employee Name Michelle Nelson Claim No 7608815

Employer/Sponsor/Customer Name Wells Fargo & Company

Return to: Viktoriya Vecorko

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Michelle Nelson
Claimant Name (Print)

Date of Birth

Michelle Nelson
Claimant Signature

9-28-17
Date

7608815
Claim Number

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By: Viktoriya Vecorko
Disability Claims
P O Box 7213
London, KY 40742-7213
(866) 213-2937 x14779
Fax: (866) 214-7839

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | WELLS FARGO & COMPANY | Date Sent: | 11/3/2017 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | MICHELLE R NELSON | Claim #: | 7608815 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel #: | |
| State: | | Claimant DOD: | 1/28/2016 |
| Zip: | | Primary Diagnosis: | Pain, unspecified |
| Gender: | FEMALE | Att Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | Dr Aparna Komateneni ph:(719) 473-3272; fax: (719) 389-1191 |

Referral Questions:

Vendor Chosen: MLS Group of Companies

Claimant Name: MICHELLE R NELSON

# Liberty Mutual - Independent Evaluation

## Peer Review

1  Following your review of the medical records and conversation(s) with the treating provider(s), please list all diagnoses that are supported for this claimant and the medical criteria used to confirm those diagnoses  If a noted diagnosis does not meet the established criteria, please explain why

2  Provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations  Please include the expected duration for any supported restrictions  When clarifying the supported restrictions, please be sure to address the following including minutes/hours/frequency and weight  If position changes are supported, please advise how long able to do each position prior to change: sitting, walking,

standing, bending/twisting at neck, repetitive use of hands, grasping, gripping, fine manipulation, computer work, keyboarding, phone work, typing and office equipment

3  Based on the available medical evidence, does the claimant have sustainable full-time work capacity? Or have capacity to perform any occupational duties on a part time basis? Please explain your rationale

4  Does the medical evidence support any side effects from the prescribed medications? If Yes, please provide the supported impairments and outline how any impairment affects functional capacity

5  Provide a discussion of your treatment recommendations, including treatment modalities, frequency of treatment, duration and expected outcome

6  Please contact the attending physician (if not available, make 3 attempts) to address the above stated questions and any other specific questions relevant to the claim  Please outline questions to the AP

Instructions For Vendor:

Claimant Name:    MICHELLE  R  NELSON

# Liberty Mutual - Independent Evaluation

## Peer Review

Please also contact Dr Mark Fraley ph:(719) 597-4200; fax: (719) 597-4495 as well as Dr Katharnie Leppard ph:(719) 575-1800; fax: (719) 575-1850

Attorney Information (if applicable):

Claimant Name: MICHELLE R NELSON

| Date | Name | Value | Unit | Description |
|---|---|---|---|---|
| | Preliminary vital sign data, not yet signed by the author as of 2016/08/17 | | | |
| 2016/08/17 | Weight Measured | 118 | [lb_av] | weight E&M - 3141-9 |
| | Preliminary vital sign data, not yet signed by the author as of 2016/08/17 | | | |

## Results

| Date | Name | Value | Unit | Range | Flag | Description |
|---|---|---|---|---|---|---|
| **Office Visit: Established Patient** | | | | | | |
| 2016/08/17 | MEDS REVIEW | Done | | | | Documentation of current medications (procedure) |
| | Preliminary observation data, not yet signed by the author as of 2016/08/17 | | | | | |

## Procedures

| Code | Procedure Name | Date | Entry Date |
|---|---|---|---|
| CPT-G8783 | HTN SCREEN G8783 | 2016/08/17 | 2016/08/17 |
| CPT-G8427 | LIST CURRENT MEDS G8427 | 2016/08/17 | 2016/08/17 |
| CPT-G8420 | BMI NORMAL PARAM G8420 | 2016/08/17 | 2016/08/17 |
| CPT-1036F | CURRENT TOBACCO NON-USER 1036F | 2016/08/17 | 2016/08/17 |

## Medications Administered

No information available.

## Immunizations

No information available.

## Advance Directives

There may be information available, but it has not been provided by the sender.

## Assessments

There may be information available, but it has not been provided by the sender.

## Review of Systems

There may be information available, but it has not been provided by the sender.

## Family History

There may be information available, but it has not been provided by the sender.

## History of Past Illness

There may be information available, but it has not been provided by the sender.

## History of Present Illness

There may be information available, but it has not been provided by the sender.

| Medication | Instructions | Start Date | Stop Date | Generic Name | NDC | Provider |
|---|---|---|---|---|---|---|
| GABAPENTIN 100 MG CAPS | 1-2 tid for nerve pain | 2016/02/02 | | GABAPENTIN | 00378542605 | Katharine J Leppard MD |
| CELEXA TABS | 1 po q d | 2015/06/10 | | CITALOPRAM HYDROBROMIDE TABS | 00456401001 | Katharine J Leppard MD |
| IBUPROFEN 600 MG TABS | One b.i.d. PRN | 2015/05/19 | | IBUPROFEN | 49999000690 | Katharine J Leppard MD |
| ZOLPIDEM TARTRATE 10 MG TABS | 1 q hs prn | 2013/03/25 | | ZOLPIDEM TARTRATE | 00603646916 | Katharine J Leppard MD |
| RELPAX TABS | | 2012/06/25 | | ELETRIPTAN HYDROBROMIDE TABS | 00049233045 | Katharine J Leppard MD |
| PERCOCET 5-325 MG TABS | | 2012/06/25 | | OXYCODONE-ACETAMINOPHEN | 63481062385 | Katharine J Leppard MD |

## Conditions or Problems

| Problem Name | Problem Code | Onset Date | Status | Entry Date | Provider | Comment | Standard Description | Annotate |
|---|---|---|---|---|---|---|---|---|
| Disturbance of skin sensation | 80910005 (SNOMED CT) | 2016/07/20 | Active | 2016/07/20 | Katharine J Leppard MD | | Skin sensation disturbance | |
| Strain | 48532005 (SNOMED CT) | 2016/07/20 | Active | 2016/07/20 | Katharine J Leppard MD | | Muscle strain | |
| Migraine headache | 37796009 (SNOMED CT) | 2016/04/07 | Active | 2016/04/07 | Katharine J Leppard MD | | Migraine | |
| Myofascial pain syndrome | 24693007 (SNOMED CT) | 2016/02/24 | Active | 2016/02/24 | Katharine J Leppard MD | | Fibromyositis | |
| Pain in left shoulder | 45326000 (SNOMED CT) | 2016/02/18 | Active | 2016/02/18 | Katharine J Leppard MD | | Shoulder pain | |
| Other incomplete lesion at C2 level of cervical | S14.152A (ICD-10-CM) | 2016/01/19 | Active | 2016/01/19 | Katharine J Leppard MD | | Other incomplete lesion at C2 level of cervical | |

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 11/16/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office for a medication recheck visit. She is in braces to try and help her dental bite and headaches. She reports that her pain is unchanged. She does periodic botox injections, but has not noted a significant change in her headaches.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
Chronic neck pain
Spinal Cord Injury with Syrinx
Chronic Headaches
Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
Cesarian Section 03'

## Current Medication List Reviewed
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
CELEXA TABS (CITALOPRAM HYDROBROMIDE TABS) 1 po q d
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn

## Current Problem List Reviewed
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 09/21/2016 and no changes required:11/17/2016
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

**General Comments - FH:**
FH Diabetes
FH Hypertension

## Social History:
Reviewed history from 11/24/2014 and no changes required:

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 11/16/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 85 /min
**Blood Pressure:** 113/85 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
Physical examination is unchanged. 25 minutes was spent with the patient on today's appointment. More than 50% of the time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 3:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 4:** Migraine headache (ICD-346.90) (ICD10-G43.909)

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 11/16/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Relpax Tabs (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 5:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

**Medications Added to Medication List This Visit:**
1) Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) .... 1-2 qd prn

**Prescriptions:**
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) #60 x 0
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 11/16/2016
Method used: Handwritten
RxID: 1794916987756250
Handout requested.

**Patient Instructions:**
1) The patient is on chronic pain medication. I do feel that these medications are indicated not only to control pain, but to maintain the patient's functional status. Pharmacy screens are clear, random drug screens show prescription medications only. A narcotic agreement is on file.
2) RTC in 6 months.
3) CC Dr. Fraley

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 11/16/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Relpax Tabs (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 5:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

**Medications Added to Medication List This Visit:**
1) Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) .... 1-2 qd prn

**Prescriptions:**
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) #60 x 0
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 11/16/2016
Method used: Handwritten
RxID: 1794916987756250
Handout requested.

**Patient Instructions:**
1) The patient is on chronic pain medication. I do feel that these medications are indicated not only to control pain, but to maintain the patient's functional status. Pharmacy screens are clear, random drug screens show prescription medications only. A narcotic agreement is on file.
2) RTC in 6 months.
3) CC Dr. Fraley

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 11/16/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office for a medication recheck visit. She is in braces to try and help her dental bite and headaches. She reports that her pain is unchanged. She does periodic botox injections, but has not noted a significant change in her headaches.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
Chronic neck pain
Spinal Cord Injury with Syrinx
Chronic Headaches
Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
Cesarian Section 03'

## Current Medication List Reviewed
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
CELEXA TABS (CITALOPRAM HYDROBROMIDE TABS) 1 po q d
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn

## Current Problem List Reviewed
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 09/21/2016 and no changes required:11/17/2016
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

**General Comments - FH:**
FH Diabetes
FH Hypertension

## Social History:
Reviewed history from 11/24/2014 and no changes required:

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 11/16/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 85 /min
**Blood Pressure:** 113/85 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
Physical examination is unchanged. 25 minutes was spent with the patient on today's appointment. More than 50% of the time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. pm
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 3:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. pm
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 4:** Migraine headache (ICD-346.90) (ICD10-G43.909)

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 11/16/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office for a medication recheck visit. She is in braces to try and help her dental bite and headaches. She reports that her pain is unchanged. She does periodic botox injections, but has not noted a significant change in her headaches.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
Chronic neck pain
Spinal Cord Injury with Syrinx
Chronic Headaches
Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
Cesarian Section 03'

## Current Medication List Reviewed
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
CELEXA TABS (CITALOPRAM HYDROBROMIDE TABS) 1 po q d
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn

## Current Problem List Reviewed
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 09/21/2016 and no changes required:11/17/2016
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

### General Comments - FH:
FH Diabetes
FH Hypertension

## Social History:
Reviewed history from 11/24/2014 and no changes required:

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 11/16/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 85 /min
**Blood Pressure:** 113/85 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
Physical examination is unchanged. 25 minutes was spent with the patient on today's appointment. More than 50% of the time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 3:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 4:** Migraine headache (ICD-346.90) (ICD10-G43.909)

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 11/16/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Relpax Tabs (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 5:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

**Medications Added to Medication List This Visit:**
1) Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) .... 1-2 qd prn

**Prescriptions:**
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) #60 x 0
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 11/16/2016
Method used: Handwritten
RxID: 1794916987756250
Handout requested.

**Patient Instructions:**
1) The patient is on chronic pain medication. I do feel that these medications are indicated not only to control pain, but to maintain the patient's functional status. Pharmacy screens are clear, random drug screens show prescription medications only. A narcotic agreement is on file.
2) RTC in 6 months.
3) [illegible]

3) CC Dr. Fraley

Fax 719-380-1101

Patient: NELSON, MICHELLE R
DOB:

Provider: APARNA KOMATINENI, MD, MD
Date: 11/23/2016

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 05/25/2017 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office for a medication recheck visit. She has been doing periodic Botox injections with Dr. Komatineni for her headaches. She is struggling with hot flashes. She tried a medication for her hot flashes and it only worsened her headaches. She would like a toradol injection. Her low back has been acting up as well. Her neck and shoulder pain are unchanged.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
- Chronic neck pain
- Spinal Cord Injury with Syrinx
- Chronic Headaches
- Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
- Cesarian Section 03'

## Current Medication List Reviewed
WELLBUTRIN XL 300 MG ORAL XR24H-TAB (BUPROPION HCL) one qd
MONTELUKAST SODIUM 10 MG ORAL TABS (MONTELUKAST SODIUM)
CETIRIZINE HCL 10 MG ORAL TABS (CETIRIZINE HCL)
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd pm

## Current Problem List Reviewed
Myalgia (ICD-729.1) (ICD10-M79.1)
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 11/16/2016 and no changes required:05/26/2017
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

**General Comments - FH:**
FH Diabetes
FH Hypertension

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 05/25/2017 )

Patient: MICHELLE R NELSON [38445]
DOB:

## Social History:

Reviewed history from 11/24/2014 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Blood Pressure:** 110/80 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**

Gait is normal. Strength and sensation are normal. Physical examination is otherwise unchanged. 40 minutes was spent with the patient on today's appointment. More than 50% of the physician's time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)
DR ADMIN THERAPEUTIC INJECTION 96372 (CPT-96372)

**Problem # 2:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

Spinal cord syrinx due to a puncture wound to the spinal cord during an attempted facet injection in 2008. Follow-up MRI scans have shown that the syrinx is stable. She does have residual left-sided numbness.

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 05/25/2017 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Problem # 3:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 4:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 5:** Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)

**Medications Added to Medication List This Visit:**
1) Wellbutrin Xl 300 Mg Oral Xr24h-tab (Bupropion hcl) .... One qd
2) Montelukast Sodium 10 Mg Oral Tabs (Montelukast sodium)
3) Cetirizine Hcl 10 Mg Oral Tabs (Cetirizine hcl)

**Other Orders:**
INJ KETOROLAC TROMETHAMINE 15 MG (CPT-J1885)

**Prescriptions:**
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn #60 x 0
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 05/25/2017
Method used: Handwritten
RxID: 1811347239983890
Handout requested.

**Patient Instructions:**
1) The patient is on chronic pain medication. I do feel that these medications are indicated not only to control pain, but to maintain the patient's functional status. Pharmacy screens are clear, random drug screens show prescription medications only. A narcotic agreement is on file.
2) She will continue with periodic Botox injections for her chronic headaches with Dr. Komatineni.
3) She will return to the office here in six months, sooner if needed.
4) CC Dr. Fraley
5) CC Dr. Komatineni

**Toradol (ketorolac tromethamine) Injection**
**Strength:** 30 MG/ML
**Total Dose:** 60MG
**Volume:** 2ML
**Stop Date:** 06/01/2017
**Route:** Intramuscular
**Injection Site:** right gluteal

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 10/16/2017 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office with insurance paperwork to complete. She is having low bck pain. This began one month ago. This is a midline low back pain. There is no radiating pain, numbness or weakness. A MRI has been ordered. She denies dysuria, no frequency, no blood in the urine.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
Chronic neck pain
Spinal Cord Injury with Syrinx
Chronic Headaches
Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
Cesarian Section 03'

## Current Medication List Reviewed
BACLOFEN 10 MG ORAL TABS (BACLOFEN) 1 tid prn for muscle spasms
MOBIC 7.5 MG ORAL TABS (MELOXICAM) 1 bid
VIIBRYD 40 MG ORAL TABS (VILAZODONE HCL) 1 qd
TOPAMAX 25 MG ORAL TABS (TOPIRAMATE) 2 am and pm
WELLBUTRIN XL 300 MG ORAL XR24H-TAB (BUPROPION HCL) one qd
MONTELUKAST SODIUM 10 MG ORAL TABS (MONTELUKAST SODIUM)
CETIRIZINE HCL 10 MG ORAL TABS (CETIRIZINE HCL)
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn

## Current Problem List Reviewed
Neck pain (ICD-723.1) (ICD10-M54.2)
Myalgia (ICD-729.1) (ICD10-M79.1)
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 09/20/2017 and no changes required:10/16/2017
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

**General Comments - FH:**

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 10/16/2017 )

Patient: MICHELLE R NELSON [38445]
DOB:

FH Diabetes
FH Hypertension

## Social History:
Reviewed history from 05/25/2017 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended
**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 92 /min
**Blood Pressure:** 126/91 mm Hg

## Calculations
**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
Physical examination is unchanged. 25 minutes was spent with the patient on today's appointment. More than 50% of the time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** Neck pain (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord injury with a resulting spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

Her updated medication list for this problem includes:
Baclofen 10 Mg Oral Tabs (Baclofen) ..... 1 tid prn for muscle spasms
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Myalgia (ICD-729.1) (ICD10-M79.1)

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 10/16/2017 )

Patient: MICHELLE R NELSON [38445]
DOB:

Her updated medication list for this problem includes:
Baclofen 10 Mg Oral Tabs (Baclofen) ..... 1 tid prn for muscle spasms
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 3:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 4:** Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)

**Problem # 5:** Migraine headache (ICD-346.90) (ICD10-G43.909)

Her updated medication list for this problem includes:
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Relpax Tabs (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Patient Instructions:**
1) I will no longer be prescribing pain medications effective 12/31/17.
2) Paperwork completed.
3) She will return as needed.
4) CC Dr. Fraley

# FAX

| | | |
|---|---|---|
| **TO** | Name | VICTORIA VECORKO |
| | Fax | 603-334-8306 |
| | Phone | 866-213-2937, 14779 |
| **FROM** | Name | MICHELLE NELSON |
| | Phone | |
| | Ref Num | # 7608815 |

☑ URGENT ☑ For Review ☑ Please Reply ☑ Please Confirm Receipt

## Notes

________ PAGES INCLUDING COVER PAGE

DR LEPPARD - PHYSIATRIST

(MOST RECENT MEDICAL RECORD ~~5/25/17~~

9/20/17

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 09/20/2017 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office for a medication recheck visit. Her last botox injection with Dr. Komatineni did not help. She is having daily headaches once again. She is on topamax. The neck and shoulder pain is unchanged. Her health has been unchanged since she was last seen.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
- Chronic neck pain
- Spinal Cord Injury with Syrinx
- Chronic Headaches
- Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
- Cesarian Section 03'

## Current Medication List Reviewed
BACLOFEN 10 MG ORAL TABS (BACLOFEN) 1 tid prn for muscle spasms
MOBIC 7.5 MG ORAL TABS (MELOXICAM) 1 bid
VIIBRYD 40 MG ORAL TABS (VILAZODONE HCL) 1 qd
TOPAMAX 25 MG ORAL TABS (TOPIRAMATE) 2 am and pm
WELLBUTRIN XL 300 MG ORAL XR24H-TAB (BUPROPION HCL) one qd
MONTELUKAST SODIUM 10 MG ORAL TABS (MONTELUKAST SODIUM)
CETIRIZINE HCL 10 MG ORAL TABS (CETIRIZINE HCL)
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn

## Current Problem List Reviewed
Neck pain (ICD-723.1) (ICD10-M54.2)
Myalgia (ICD-729.1) (ICD10-M79.1)
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 05/25/2017 and no changes required:09/20/2017
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

**General Comments - FH:**

FH Diabetes
FH Hypertension

## Social History:

Reviewed history from 05/25/2017 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 101 /min
**Blood Pressure:** 161/105 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
Physical examination is unchanged. 40 minutes was spent with the patient on today's appointment. More than 50% of the time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord injury with a resulting spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

The following medications were removed from the medication list:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn

Her updated medication list for this problem includes:
Baclofen 10 Mg Oral Tabs (Baclofen) ..... 1 tid prn for muscle spasms
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 3:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

Spinal cord syrinx due to a puncture wound to the spinal cord during an attempted facet injection in 2008. Follow-up MRI scans have shown that the syrinx is stable. She does have residual left-sided numbness.

**Problem # 4:** Myalgia (ICD-729.1) (ICD10-M79.1)

The following medications were removed from the medication list:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn

Her updated medication list for this problem includes:
Baclofen 10 Mg Oral Tabs (Baclofen) ..... 1 tid prn for muscle spasms
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 5:** Migraine headache (ICD-346.90) (ICD10-G43.909)

The following medications were removed from the medication list:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn

Her updated medication list for this problem includes:
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Relpax Tabs (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 6:** Pain in left shoulder (ICD-719.41) (ICD10-M25.512)

The 2016 shoulder MRI shows minimal supraspinatus tendinitis. A shoulder cortisone injection failed to improve her pain. She has plateaued with physical therapy.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

The following medications were removed from the medication list:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn

Her updated medication list for this problem includes:
Baclofen 10 Mg Oral Tabs (Baclofen) ..... 1 tid prn for muscle spasms
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Medications Added to Medication List This Visit:**
1) Baclofen 10 Mg Oral Tabs (Baclofen) .... 1 tid prn for muscle spasms
2) Mobic 7.5 Mg Oral Tabs (Meloxicam) .... 1 bid
3) Viibryd 40 Mg Oral Tabs (Vilazodone hcl) .... 1 qd
4) Topamax 25 Mg Oral Tabs (Topiramate) .... 2 am and pm

**Prescriptions:**
BACLOFEN 10 MG ORAL TABS (BACLOFEN) 1 tid prn for muscle spasms #90 x 5

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 09/20/2017 )

Patient: MICHELLE R NELSON [38445]
DOB:

Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 09/20/2017
Method used: Electronically to
Walgreens Drug Store 10456* (retail)
725 W Baptist Road
COLORADO SPRINGS, CO 80921
Ph: (719) 219-0230
Fax: (719) 219-0236
RxID: 1821525906925480
Handout requested.

**Patient Instructions:**
1) I have written for a trial of Baclofen.
2) I will no longer be prescribing pain medications effective 12/31/17. The patient was provided with a list of other pain medication physicians who may be willing to assume care. The patient was encouraged to get this scheduled as soon as possible. We will send records upon a formal request.
3) She is planning on returning in October for disability paperwork completion.
4) CC Dr. Fraley

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 05/25/2017 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office for a medication recheck visit. She has been doing periodic Botox injections with Dr. Komatineni for her headaches. She is struggling with hot flashes. She tried a medication for her hot flashes and it only worsened her headaches. She would like a toradol injection. Her low back has been acting up as well. Her neck and shoulder pain are unchanged.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
Chronic neck pain
Spinal Cord Injury with Syrinx
Chronic Headaches
Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
Cesarian Section 03'

## Current Medication List Reviewed
WELLBUTRIN XL 300 MG ORAL XR24H-TAB (BUPROPION HCL) one qd
MONTELUKAST SODIUM 10 MG ORAL TABS (MONTELUKAST SODIUM)
CETIRIZINE HCL 10 MG ORAL TABS (CETIRIZINE HCL)
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn

## Current Problem List Reviewed
Myalgia (ICD-729.1) (ICD10-M79.1)
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 11/16/2016 and no changes required:05/26/2017
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

### General Comments - FH:
FH Diabetes
FH Hypertension

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 05/25/2017 )

Patient: MICHELLE R NELSON [38445]
DOB:

## Social History:

Reviewed history from 11/24/2014 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Blood Pressure:** 110/80 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**

Gait is normal. Strength and sensation are normal. Physical examination is otherwise unchanged. 40 minutes was spent with the patient on today's appointment. More than 50% of the physician's time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)
DR ADMIN THERAPEUTIC INJECTION 96372 (CPT-96372)

**Problem # 2:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

Spinal cord syrinx due to a puncture wound to the spinal cord during an attempted facet injection in 2008. Follow-up MRI scans have shown that the syrinx is stable. She does have residual left-sided numbness.

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 05/25/2017 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Problem # 3:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 4:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 5:** Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)

**Medications Added to Medication List This Visit:**
1) Wellbutrin Xl 300 Mg Oral Xr24h-tab (Bupropion hcl) .... One qd
2) Montelukast Sodium 10 Mg Oral Tabs (Montelukast sodium)
3) Cetirizine Hcl 10 Mg Oral Tabs (Cetirizine hcl)

**Other Orders:**
INJ KETOROLAC TROMETHAMINE 15 MG (CPT-J1885)

## Prescriptions:
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn #60 x 0
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 05/25/2017
Method used: Handwritten
RxID: 1811347239983890
Handout requested.

**Patient Instructions:**
1) The patient is on chronic pain medication. I do feel that these medications are indicated not only to control pain, but to maintain the patient's functional status. Pharmacy screens are clear, random drug screens show prescription medications only. A narcotic agreement is on file.
2) She will continue with periodic Botox injections for her chronic headaches with Dr. Komatineni.
3) She will return to the office here in six months, sooner if needed.
4) CC Dr. Fraley
5) CC Dr. Komatineni

## Toradol (ketorolac tromethamine) Injection
**Strength:** 30 MG/ML
**Total Dose:** 60MG
**Volume:** 2ML
**Stop Date:** 06/01/2017
**Route:** Intramuscular
**Injection Site:** right gluteal

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 11/16/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office for a medication recheck visit. She is in braces to try and help her dental bite and headaches. She reports that her pain is unchanged. She does periodic botox injections, but has not noted a significant change in her headaches.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
Chronic neck pain
Spinal Cord Injury with Syrinx
Chronic Headaches
Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
Cesarian Section 03'

## Current Medication List Reviewed
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
CELEXA TABS (CITALOPRAM HYDROBROMIDE TABS) 1 po q d
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn

## Current Problem List Reviewed
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 09/21/2016 and no changes required:11/17/2016
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

### General Comments - FH:
FH Diabetes
FH Hypertension

## Social History:
Reviewed history from 11/24/2014 and no changes required:

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 11/16/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

Employed-Wells Fargo

Smoking History:
Patient has never smoked.

### Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 85 /min
**Blood Pressure:** 113/85 mm Hg

### Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

### Physical Exam

**Msk:**
Physical examination is unchanged. 25 minutes was spent with the patient on today's appointment. More than 50% of the time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

### Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 3:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 4:** Migraine headache (ICD-346.90) (ICD10-G43.909)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Relpax Tabs (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 5:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

**Medications Added to Medication List This Visit:**
1) Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) .... 1-2 qd prn

**Prescriptions:**
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) #60 x 0
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 11/16/2016
Method used: Handwritten
RxID: 1794916987756250
Handout requested.

**Patient Instructions:**
1) The patient is on chronic pain medication. I do feel that these medications are indicated not only to control pain, but to maintain the patient's functional status. Pharmacy screens are clear, random drug screens show prescription medications only. A narcotic agreement is on file.
2) RTC in 6 months.
3) CC Dr. Fraley

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 09/21/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office reporting persistent pain. She does not feel able to return to work even part-time. She is now having right shoulder and neck pain.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
- Chronic neck pain
- Spinal Cord Injury with Syrinx
- Chronic Headaches
- Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
- Cesarian Section 03'

## Current Medication List Reviewed
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
CELEXA TABS (CITALOPRAM HYDROBROMIDE TABS) 1 po q d
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN)

## Current Problem List Reviewed
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 08/17/2016 and no changes required:09/21/2016
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

### General Comments - FH:
FH Diabetes
FH Hypertension

## Social History:
Reviewed history from 11/24/2014 and no changes required:

Patient: MICHELLE R NELSON [38445]
DOB:

Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 80 /min
**Blood Pressure:** 116/84 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
Right shoulder impingement is negative. There is myofascial tightness. Physical examination is otherwise unchanged. 25 minutes was spent with the patient on today's appointment. More than 50% of the time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

Her updated medication list for this problem includes
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 09/21/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Problem # 3:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 4:** Migraine headache (ICD-346.90) (ICD10-G43.909)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Relpax Tabs (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

**Problem # 5:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

**Problem # 6:** Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)

\

**Patient Instructions:**
1) FMLA paperwork completed.
2) RTC in 6 months for medication recheck visit.
3) CC Dr. Fraley

# DR LEPPARD

(MOST RECENT MEDICAL RECORD 8/17/16)

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 08/17/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office for a follow up visit. In the interim she sought Dr. Hammers he did not recommend surgery. Her chest x-ray was normal. She reports continued pain that is an 8/10 with headaches 5-6 times per week. She also brings with her a brain MRI from 2015 that I have not seen, she was concerned about the findings of atrophy and white matter changes.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
- Chronic neck pain
- Spinal Cord Injury with Syrinx
- Chronic Headaches
- Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
- Cesarian Section 03'

## Current Medication List Reviewed
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
CELEXA TABS (CITALOPRAM HYDROBROMIDE TABS) 1 po q d
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN)

## Current Problem List Reviewed
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 07/20/2016 and no changes required:08/17/2016
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

### General Comments - FH:
FH Diabetes
FH Hypertension

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 08/17/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

## Social History:

Reviewed history from 11/24/2014 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 82 /min
**Blood Pressure:** 13/91 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**

Physical examination is unchanged. 40 minutes was spent with the patient on today's appointment. More than 50% of the time was spent in face-to-face time with the patient in counseling.

Together we reviewed her 2015 brain MRI and her 2016 chest x-ray. The chest x-ray is normal. Her brain MRI shows volume loss greater than expected for age, and scattered white matter changes. The radiologist recommended a follow-up MRI. I recommend that the patient discusses with her neurologist.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)
Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 3:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

**Problem # 4:** Pain in left shoulder (ICD-719.41) (ICD10-M25.512)

The 2016 shoulder MRI shows minimal supraspinatus tendinitis, otherwise her shoulder MRI is normal. A shoulder cortisone injection failed to improve her pain. She has plateaued with physical therapy.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

**Problem # 5:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

**Problem # 6:** Migraine headache (ICD-346.90) (ICD10-G43.909)

The patient is status post Botox injections by neurology which have helped to a degree. Her 2015 brain MRI shows greater than expected volume loss for age, and scattered white matter changes.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Relpax Tabs (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

**Patient Instructions:**
1) She is at a plateau in terms of treatment options for her neck and shoulder pain from a rehabilitation perspective.
2) Neurology is treating her for her migraine headaches, I recommend that she review the brain MRI radiolist recommendation to have a follow-up brain MRI study with her neurologist.
3) Extensive disability form with work restrictions completed.
4) She will return as scheduled.
5) CC Dr. Fraley
6) CC Dr. Komatineni

## Table of Contents


- Reason for Visit
- Chief Complaint
- Instructions
- Plan of Care
- Medications
- Conditions or Problems
- Allergies, Adverse Reactions, Alerts
- Social History
- Vital Signs
- Results
- Procedures
- Medications Administered
- Immunizations
- Advance Directives
- Assessments
- Review of Systems
- Family History
- History of Past Illness
- History of Present Illness


---

### Reason for Visit

No information available.

### Chief Complaint

No information available.

### Instructions

| Instruction Description | Start Date |
|---|---|
| She is at a plateau in terms of treatment options for her neck and shoulder pain from a rehabilitation perspective. Neurology is treating her for her migraine headaches, I recommend that she review the brain MRI radiolist recommendation to have a follow-up study with her neurologist. Extensive disability form with work restrictions completed. She will return as scheduled. CC Dr. Fraley CC Dr. Komatineni | 2016/08/17 |

### Plan of Care

| Type | Date | Detail |
|---|---|---|
| Appointment | 2016/08/17 11:45 AM | Katharine J Leppard MD, 3470 Centennial Blvd, Suite 110, COLORADO SPRINGS, CO, 80907-4091, +1-719-575-1800 |

### Medications

| Medication | Instructions | Start Date | Stop Date | Generic Name | NDC | Provider |
|---|---|---|---|---|---|---|
| FLECTOR 1.3 % PTCH | apply new patch q 12 hours | 2016/07/20 | | DICLOFENAC EPOLAMINE | 60793041130 | Katharine J Leppard MD |
| GABAPENTIN 300 MG CAPS | 1 tid prn for nerve pain | 2016/02/24 | | GABAPENTIN | 45963055650 | Katharine J Leppard MD |

# Medical Rehabilitation Specialists Clinical Summary

| | | | |
|---|---|---|---|
| **Patient** | MICHELLE NELSON | | |
| **Date of birth** | | **Sex** | Female |
| **Race** | White | **Ethnicity** | Hispanic or Latino |
| **Contact info** | Primary Home:<br><br>Tel: +1 - | **Patient IDs** | 1534407156653500<br>1.2.840.113619.21.1.9011180915707667651.2.1.1.1<br>7486d001-d428-4c43-98f7-f96d215ccafa<br>1.2.840.113619.21.1.9011180915707667651.2.1.1.2 |
| **Preferred Language** | English | | |

| | |
|---|---|
| **Document Id** | 343d47bc-90d1-4e64-8f5a-b275f8fff2be<br>1.2.840.113619.21.1.9011180915707667651.5.2 |
| **Document Created** | August 17, 2016, 12:29:11, CST |
| **Performer** | Katharine Leppard MD |
| **Author** | CDA Document Generator |
| **Contact info** | Work Place:<br>3470 Centennial Blvd<br>Suite 110<br>COLORADO SPRINGS, CO 80907, US<br>Tel: +1-719-575-1800 |
| **Encounter Id** | 1787035601106020 2.16.840.1.113883.19 |
| **Encounter Date** | From August 17, 2016, 06:46:39, CST to August 17, 2016, 06:46:39, CST |
| **Encounter Location** | id: 0 2.16.540.1.113883.19.2 |
| **Legal authenticator** | Katharine Leppard MD of Medical Rehabilitation Specialists signed at August 17, 2016, 12:29:11, CST |
| **Contact info** | Work Place:<br>3470 Centennial Blvd<br>Suite 110<br>COLORADO SPRINGS, CO 80907, US<br>Tel: (719) 575-1800 [ ] |
| **Document maintained by** | Medical Rehabilitation Specialists |
| **Contact info** | Work Place:<br>3470 Centennial Blvd<br>Suite 110<br>COLORADO SPRINGS, CO 80907, US<br>Tel: +1-719-575-1800 |
| **Encounter Participant** | Katharine Leppard MD |
| **Contact info** | Work Place:<br>3470 Centennial Blvd<br>Suite 110<br>COLORADO SPRINGS, CO 80907, US<br>Tel: (719) 575-1800 [ ] |

| Problem Name | Problem Code | Onset Date | Status | Entry Date | Provider | Comment | Standard Description | Annotate |
|---|---|---|---|---|---|---|---|---|
| spinal cord, initial encounter | | | | | | | spinal cord, initial encounter | |
| Degenerative disc disease, cervical spine | 69195002 (SNOMED CT) | 2016/01/19 | Active | 2016/01/19 | Katharine J Leppard MD | | Degeneration of cervical intervertebral disc | |
| Tension type headache, unspecified | 398057008 (SNOMED CT) | 2014/06/11 | Active | 2014/06/11 | Katharine J Leppard MD | | Tension-type headache | |
| NECK PAIN | 81680005 (SNOMED CT) | | Active | 2012/06/25 | Katharine J Leppard MD | | Neck pain | |
| HEADACHE | 25064002 (SNOMED CT) | | Active | 2012/06/25 | Katharine J Leppard MD | | Headache | |

## Allergies, Adverse Reactions, Alerts

| Allergy Name | Reaction Description | Start Date | Severity | Status | Provider |
|---|---|---|---|---|---|
| SULFASALAZINE | Itchy, GI upset, HA | 2012/06/25 | Moderate | Active | Katharine J Leppard MD |

## Social History

No information available.

## Vital Signs

| Date | Name | Value | Unit | Description |
|---|---|---|---|---|
| 2016/08/17 | BMI (Body Mass Index) | 23.92 | kg/m2 | body mass index - 41909-3 |
| | Preliminary vital sign data, not yet signed by the author as of 2016/08/17 | | | |
| 2016/08/17 | BP Diastolic | 91 | mm [Hg] | blood pressure, diastolic - 8462-4 |
| | Preliminary vital sign data, not yet signed by the author as of 2016/08/17 | | | |
| 2016/08/17 | BP Systolic | 13 | mm [Hg] | blood pressure, systolic - 8480-6 |
| | Preliminary vital sign data, not yet signed by the author as of 2016/08/17 | | | |
| 2016/08/17 | BSA (Body Surface Area) | 1.47 | | body surface area |
| | Preliminary vital sign data, not yet signed by the author as of 2016/08/17 | | | |
| 2016/08/17 | Heart Rate | 82 | /min | pulse rate E&M - 8867-4 |
| | Preliminary vital sign data, not yet signed by the author as of 2016/08/17 | | | |
| 2016/08/17 | Height | 59 | [in_us] | height E&M - 8302-2 |
| | | | | |

| Date | Name | Value | Unit | Description |
|---|---|---|---|---|
| | Preliminary vital sign data, not yet signed by the author as of 2016/08/17 | | | |
| 2016/08/17 | Weight Measured | 118 | [lb_av] | weight E&M - 3141-9 |
| | Preliminary vital sign data, not yet signed by the author as of 2016/08/17 | | | |

## Results

| Date | Name | Value | Unit | Range | Flag | Description |
|---|---|---|---|---|---|---|
| **Office Visit: Established Patient** | | | | | | |
| 2016/08/17 | MEDS REVIEW | Done | | | | Documentation of current medications (procedure) |
| | Preliminary observation data, not yet signed by the author as of 2016/08/17 | | | | | |

## Procedures

| Code | Procedure Name | Date | Entry Date |
|---|---|---|---|
| CPT-G8783 | HTN SCREEN G8783 | 2016/08/17 | 2016/08/17 |
| CPT-G8427 | LIST CURRENT MEDS G8427 | 2016/08/17 | 2016/08/17 |
| CPT-G8420 | BMI NORMAL PARAM G8420 | 2016/08/17 | 2016/08/17 |
| CPT-1036F | CURRENT TOBACCO NON-USER 1036F | 2016/08/17 | 2016/08/17 |

## Medications Administered

No information available.

## Immunizations

No information available.

## Advance Directives

There may be information available, but it has not been provided by the sender.

## Assessments

There may be information available, but it has not been provided by the sender.

## Review of Systems

There may be information available, but it has not been provided by the sender.

## Family History

There may be information available, but it has not been provided by the sender.

## History of Past Illness

There may be information available, but it has not been provided by the sender.

## History of Present Illness

There may be information available, but it has not been provided by the sender.

| Medication | Instructions | Start Date | Stop Date | Generic Name | NDC | Provider |
|---|---|---|---|---|---|---|
| GABAPENTIN 100 MG CAPS | 1-2 tid for nerve pain | 2016/02/02 | | GABAPENTIN | 00378542605 | Katharine J Leppard MD |
| CELEXA TABS | 1 po q d | 2015/06/10 | | CITALOPRAM HYDROBROMIDE TABS | 00456401001 | Katharine J Leppard MD |
| IBUPROFEN 600 MG TABS | One b.i.d. PRN | 2015/05/19 | | IBUPROFEN | 49999000690 | Katharine J Leppard MD |
| ZOLPIDEM TARTRATE 10 MG TABS | 1 q hs prn | 2013/03/25 | | ZOLPIDEM TARTRATE | 00603646916 | Katharine J Leppard MD |
| RELPAX TABS | | 2012/06/25 | | ELETRIPTAN HYDROBROMIDE TABS | 00049233045 | Katharine J Leppard MD |
| PERCOCET 5-325 MG TABS | | 2012/06/25 | | OXYCODONE-ACETAMINOPHEN | 63481062385 | Katharine J Leppard MD |

## Conditions or Problems

| Problem Name | Problem Code | Onset Date | Status | Entry Date | Provider | Comment | Standard Description | Annotate |
|---|---|---|---|---|---|---|---|---|
| Disturbance of skin sensation | 80910005 (SNOMED CT) | 2016/07/20 | Active | 2016/07/20 | Katharine J Leppard MD | | Skin sensation disturbance | |
| Strain | 48532005 (SNOMED CT) | 2016/07/20 | Active | 2016/07/20 | Katharine J Leppard MD | | Muscle strain | |
| Migraine headache | 37796009 (SNOMED CT) | 2016/04/07 | Active | 2016/04/07 | Katharine J Leppard MD | | Migraine | |
| Myofascial pain syndrome | 24693007 (SNOMED CT) | 2016/02/24 | Active | 2016/02/24 | Katharine J Leppard MD | | Fibromyositis | |
| Pain in left shoulder | 45326000 (SNOMED CT) | 2016/02/18 | Active | 2016/02/18 | Katharine J Leppard MD | | Shoulder pain | |
| Other incomplete lesion at C2 level of cervical | S14.152A (ICD-10-CM) | 2016/01/19 | Active | 2016/01/19 | Katharine J Leppard MD | | Other incomplete lesion at C2 level of cervical | |

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 11/16/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office for a medication recheck visit. She is in braces to try and help her dental bite and headaches. She reports that her pain is unchanged. She does periodic botox injections, but has not noted a significant change in her headaches.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
- Chronic neck pain
- Spinal Cord Injury with Syrinx
- Chronic Headaches
- Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
- Cesarian Section 03'

## Current Medication List Reviewed
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
CELEXA TABS (CITALOPRAM HYDROBROMIDE TABS) 1 po q d
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn

## Current Problem List Reviewed
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 09/21/2016 and no changes required:11/17/2016
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

### General Comments - FH:
FH Diabetes
FH Hypertension

## Social History:
Reviewed history from 11/24/2014 and no changes required:

Patient: MICHELLE R NELSON [38445]
DOB:

Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 85 /min
**Blood Pressure:** 113/85 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
Physical examination is unchanged. 25 minutes was spent with the patient on today's appointment. More than 50% of the time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 3:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 4:** Migraine headache (ICD-346.90) (ICD10-G43.909)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Relpax Tabs (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 5:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

**Medications Added to Medication List This Visit:**
1) Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) .... 1-2 qd prn

**Prescriptions:**
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) #60 x 0
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 11/16/2016
Method used: Handwritten
RxID: 1794916987756250
Handout requested.

**Patient Instructions:**
1) The patient is on chronic pain medication. I do feel that these medications are indicated not only to control pain, but to maintain the patient's functional status. Pharmacy screens are clear, random drug screens show prescription medications only. A narcotic agreement is on file.
2) RTC in 6 months.
3) CC Dr. Fraley

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Relpax Tabs (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 5:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

**Medications Added to Medication List This Visit:**
1) Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) .... 1-2 qd prn

**Prescriptions:**
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) #60 x 0
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 11/16/2016
Method used: Handwritten
RxID: 1794916987756250
Handout requested.

**Patient Instructions:**
1) The patient is on chronic pain medication. I do feel that these medications are indicated not only to control pain, but to maintain the patient's functional status. Pharmacy screens are clear, random drug screens show prescription medications only. A narcotic agreement is on file.
2) RTC in 6 months.
3) CC Dr. Fraley

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 11/16/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office for a medication recheck visit. She is in braces to try and help her dental bite and headaches. She reports that her pain is unchanged. She does periodic botox injections, but has not noted a significant change in her headaches.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
Chronic neck pain
Spinal Cord Injury with Syrinx
Chronic Headaches
Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
Cesarian Section 03'

## Current Medication List Reviewed
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
CELEXA TABS (CITALOPRAM HYDROBROMIDE TABS) 1 po q d
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn

## Current Problem List Reviewed
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 09/21/2016 and no changes required:11/17/2016
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

### General Comments - FH:
FH Diabetes
FH Hypertension

## Social History:
Reviewed history from 11/24/2014 and no changes required:

Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 85 /min
**Blood Pressure:** 113/85 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
Physical examination is unchanged. 25 minutes was spent with the patient on today's appointment. More than 50% of the time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 3:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 4:** Migraine headache (ICD-346.90) (ICD10-G43.909)

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 11/16/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office for a medication recheck visit. She is in braces to try and help her dental bite and headaches. She reports that her pain is unchanged. She does periodic botox injections, but has not noted a significant change in her headaches.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
Chronic neck pain
Spinal Cord Injury with Syrinx
Chronic Headaches
Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
Cesarian Section 03'

## Current Medication List Reviewed
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
CELEXA TABS (CITALOPRAM HYDROBROMIDE TABS) 1 po q d
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn

## Current Problem List Reviewed
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 09/21/2016 and no changes required:11/17/2016
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

### General Comments - FH:
FH Diabetes
FH Hypertension

## Social History:
Reviewed history from 11/24/2014 and no changes required:

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 11/16/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 85 /min
**Blood Pressure:** 113/85 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
Physical examination is unchanged. 25 minutes was spent with the patient on today's appointment. More than 50% of the time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 3:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 4:** Migraine headache (ICD-346.90) (ICD10-G43.909)

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 11/16/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

Her updated medication list for this problem includes:
- Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
- Relpax Tabs (Eletriptan hydrobromide tabs)
- Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 5:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

**Medications Added to Medication List This Visit:**
1) Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) .... 1-2 qd prn

**Prescriptions:**
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) #60 x 0
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 11/16/2016
Method used: Handwritten
RxID: 1794916987756250
Handout requested.

**Patient Instructions:**
1) The patient is on chronic pain medication. I do feel that these medications are indicated not only to control pain, but to maintain the patient's functional status. Pharmacy screens are clear, random drug screens show prescription medications only. A narcotic agreement is on file.
2) RTC in 6 months.

cc Dr. Fraley

Fax 719-380-1101

Patient: NELSON, MICHELLE R
DOB:

Provider: APARNA KOMATINENI, MD, MD
Date: 11/23/2016

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 05/25/2017 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office for a medication recheck visit. She has been doing periodic Botox injections with Dr. Komatineni for her headaches. She is struggling with hot flashes. She tried a medication for her hot flashes and it only worsened her headaches. She would like a toradol injection. Her low back has been acting up as well. Her neck and shoulder pain are unchanged.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
Chronic neck pain
Spinal Cord Injury with Syrinx
Chronic Headaches
Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
Cesarian Section 03'

## Current Medication List Reviewed
WELLBUTRIN XL 300 MG ORAL XR24H-TAB (BUPROPION HCL) one qd
MONTELUKAST SODIUM 10 MG ORAL TABS (MONTELUKAST SODIUM)
CETIRIZINE HCL 10 MG ORAL TABS (CETIRIZINE HCL)
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn

## Current Problem List Reviewed
Myalgia (ICD-729.1) (ICD10-M79.1)
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 11/16/2016 and no changes required:05/26/2017
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

## General Comments - FH:
FH Diabetes
FH Hypertension

## Social History:

Reviewed history from 11/24/2014 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Blood Pressure:** 110/80 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
Gait is normal. Strength and sensation are normal. Physical examination is otherwise unchanged. 40 minutes was spent with the patient on today's appointment. More than 50% of the physician's time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)
DR ADMIN THERAPEUTIC INJECTION 96372 (CPT-96372)

**Problem # 2:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

Spinal cord syrinx due to a puncture wound to the spinal cord during an attempted facet injection in 2008. Follow-up MRI scans have shown that the syrinx is stable. She does have residual left-sided numbness.

**Problem # 3:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 4:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 5:** Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)

**Medications Added to Medication List This Visit:**
1) Wellbutrin Xl 300 Mg Oral Xr24h-tab (Bupropion hcl) .... One qd
2) Montelukast Sodium 10 Mg Oral Tabs (Montelukast sodium)
3) Cetirizine Hcl 10 Mg Oral Tabs (Cetirizine hcl)

**Other Orders:**
INJ KETOROLAC TROMETHAMINE 15 MG (CPT-J1885)

## Prescriptions:
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn #60 x 0
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 05/25/2017
Method used: Handwritten
RxID: 1811347239983890
Handout requested.

**Patient Instructions:**
1) The patient is on chronic pain medication. I do feel that these medications are indicated not only to control pain, but to maintain the patient's functional status. Pharmacy screens are clear, random drug screens show prescription medications only. A narcotic agreement is on file.
2) She will continue with periodic Botox injections for her chronic headaches with Dr. Komatineni.
3) She will return to the office here in six months, sooner if needed.
4) CC Dr. Fraley
5) CC Dr. Komatineni

## Toradol (ketorolac tromethamine) Injection
**Strength:** 30 MG/ML
**Total Dose:** 60MG
**Volume:** 2ML
**Stop Date:** 06/01/2017
**Route:** Intramuscular
**Injection Site:** right gluteal

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 10/16/2017 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office with insurance paperwork to complete. She is having low bck pain. This began one month ago. This is a midline low back pain. There is no radiating pain, numbness or weakness. A MRI has been ordered. She denies dysuria, no frequency, no blood in the urine.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
- Chronic neck pain
- Spinal Cord Injury with Syrinx
- Chronic Headaches
- Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
- Cesarian Section 03'

## Current Medication List Reviewed
BACLOFEN 10 MG ORAL TABS (BACLOFEN) 1 tid prn for muscle spasms
MOBIC 7.5 MG ORAL TABS (MELOXICAM) 1 bid
VIIBRYD 40 MG ORAL TABS (VILAZODONE HCL) 1 qd
TOPAMAX 25 MG ORAL TABS (TOPIRAMATE) 2 am and pm
WELLBUTRIN XL 300 MG ORAL XR24H-TAB (BUPROPION HCL) one qd
MONTELUKAST SODIUM 10 MG ORAL TABS (MONTELUKAST SODIUM)
CETIRIZINE HCL 10 MG ORAL TABS (CETIRIZINE HCL)
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn

## Current Problem List Reviewed
Neck pain (ICD-723.1) (ICD10-M54.2)
Myalgia (ICD-729.1) (ICD10-M79.1)
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 09/20/2017 and no changes required:10/16/2017
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

**General Comments - FH:**

FH Diabetes
FH Hypertension

## Social History:

Reviewed history from 05/25/2017 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 92 /min
**Blood Pressure:** 126/91 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
Physical examination is unchanged. 25 minutes was spent with the patient on today's appointment. More than 50% of the time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** Neck pain (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord injury with a resulting spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

Her updated medication list for this problem includes:
Baclofen 10 Mg Oral Tabs (Baclofen) ..... 1 tid prn for muscle spasms
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Myalgia (ICD-729.1) (ICD10-M79.1)

Her updated medication list for this problem includes:
Baclofen 10 Mg Oral Tabs (Baclofen) ..... 1 tid prn for muscle spasms
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 3:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 4:** Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)

**Problem # 5:** Migraine headache (ICD-346.90) (ICD10-G43.909)

Her updated medication list for this problem includes:
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Relpax Tabs (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Patient Instructions:**
1) I will no longer be prescribing pain medications effective 12/31/17.
2) Paperwork completed.
3) She will return as needed.
4) CC Dr. Fraley

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Michelle Nelson Claim No 7608815

Employer/Sponsor/Customer Name Wells Fargo & Company

Return to: Viktoriya Vecorko

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Michelle Nelson
Claimant Name ( Print)

Date of Birth

Michelle Nelson
Claimant Signature

9-28-17
Date

7608815
Claim Number

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

## Authorization to Obtain and Release Psychotherapy Notes

Employee Name Michelle Nelson Claim No 7608815

Employer/Sponsor/Customer Name Wells Fargo & Company

Return to: Viktoriya Vecorko

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Michelle Nelson
Claimant Name (Print)

Date of Birth

Michelle Nelson
Claimant Signature

9-28-17
Date

7608815
Claim Number

COPYCATS CORPORATION

*Specializing in the Duplication of Medical Records*

PO BOX 907
Westminster, CO 80036

(303) 657-0123
Fax (720) 540-8797

**FAX COVER SHEET**

# URGENT URGENT URGENT URGENT

| | |
|---|---|
| ATTENTION TO: VIKTORIYA VECORKO | FROM: JOYCE COPYCATS CORPORATION |
| COMPANY: LIBERTY MUTUAL | PHONE: (303) 657-0123 |
| DEPARTMENT: DISABILITY CASE MANAGER | FAX NUMBER: (720) 540-8797 |
| FAX NUMBER 1·603·334·8306 | Number of Pages: |

**RE:** 7608815

**YOUR INVOICE NUMBER:** 518405

**THANK YOU**
**COPYCATS CORPORATION**

CONFIDENTIALITY NOTICE: THE INFORMATION IN THIS FAX, AND ANY ATTACHMENT, IS INTENDED FOR THE SOLE USE OF THE INDIVIDUAL AND ENTITY TO WHOM IT IS ADDRESSED. THIS INFORMATION MAY BE PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR AND THAT ANY REVIEW, DISCLOSURE, DISSEMINATION, DISTRIBUTION OR COPYING OF IT, OR ITS CONTENTS, IS STRICTLY PROHIBITED. IF YOU THINK THAT YOU HAVE RECEIVED THIS FAX IN ERROR PLASE FAX THE SENDER AND DESTROY ALL COPIES OF THIS COMMUNICATION AND ATTACHMENTS. THANK YOU.

COPYCATS CORPORATION
Specializing in the Duplication of Medical Records
Joyce A. Tipton
P.O. Box 907
Westminster, CO 80036
(303) 657-0123
fax (720) 540-8797

# INVOICE

No: 51 18405

Tax ID# 84-1306352

**SERVICE CHARGES**
Invoices not paid within 30 days may be subject to a service charge of $25.00

**SOLD TO**
Requested by: VIKTORIYA VECORKO
Account Name: LIBERTY MUTUAL
Address: PO BOX 7208
City: LONDON State: KY Zip: 40742

Approved By:
Position:
Amount: Date:
Time: Phone:

| INVOICE DATE | SITE NUMBER | AREA NUMBER | REP NUMBER |
|---|---|---|---|
| | 51 | 9951 | 2 |

☑ Claim # 7608815
☐ Case #
☐ ATTY ☐ WC ☐ INS
☐ OTHER

Copies From EXPRESSCARE

Patient Name NELSON (Last) MICHELLE (First)

| | |
|---|---|
| Photocopy Charge<br>73 pages at 18.53 /10 pg, 0.84 ea. / 11-39 pg, 0.56 ea. 40+ pg | 62.56 |
| Flat Fee | |
| Facility's Retrieval/Search Fee | |
| Shipping/Handling | 10.00 |
| Sub Total | 72.56 |
| Sales Tax (% x sub total) | |
| **TOTAL CHARGES** | 72.56 |
| Minus Payment | |
| **BALANCE DUE** | 72.56 |

☐ PAY BY CHECK
Please make check payable to Copycats Corp and include copy of invoice. Please include invoice number on your check to insure proper credit.
Check No ______

☐ PAY BY CREDIT CARD
Type of card: ____ Visa ____ Discover ____ Mastercard ____ American Express
Card Number: ______ Expiration Date: ____/____
Name on Card: ______ CCV: ______
Billing Address: ______
City: ______ State: ______ Zip: ______
Signature: ______ Date: ______

CONFIDENTIAL

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

September 20, 2017

Dr. Mark S. Fraley, MD
2141 NO. ACADEMY CIR.
COLORADO SPRINGS,, CO 80909

9/26/17

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Dr. Fraley:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2016 through Present

We ask that you provide this information by September 27, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8306 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

## Patient Record for NELSON, MICHELLE R

**Created On: September 26, 2017**

| | | | |
|---|---|---|---|
| Patient: | NELSON, MICHELLE<br>( | MRN: | 205107 |
| Birthdate: | | Sex: | Female |
| Emergency Contact: | NELSON, MARK<br>SAME AS ABOVE<br>( | | |

NELSON, MICHELLE #205107

## Encounters List

| Service Date | Opened | Provider | Signed By | Cosigned By | Diagnosis |
|---|---|---|---|---|---|
| 06/21/2017 | 06/21/2017 | Fraley, Mark | Fraley, Mark | | |
| 05/17/2017 | 05/16/2017 | Fraley, Mark | Fraley, Mark | | |
| 03/02/2017 | 03/01/2017 | Fraley, Mark | Fraley, Mark | Sherren, Shelly | |
| 02/06/2017 | 02/06/2017 | Isom, Chiquita | Isom, Chiquita | | |
| 12/28/2016 | 12/28/2016 | Collymore, Kimberly | Collymore, Kimberly | | |
| 11/30/2016 | 11/30/2016 | Collymore, Kimberly | Collymore, Kimberly | | |
| 10/28/2016 | 10/28/2016 | Isom, Chiquita | Isom, Chiquita | | |
| 08/24/2016 | 08/24/2016 | Collymore, Kimberly | Collymore, Kimberly | | |
| 06/20/2016 | 06/20/2016 | Fraley, Mark | Fraley, Mark | | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | NELSON, MICHELLE R(Female) | **DOB :** | (49) | **Encounter ID:** | 47746698 |
| | | **Race:** | ,Hispanic or Latino | **Primary Ins:** | Kaiser Permanente (Colorado plans only) |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Hispanic or Latino | | |

| | | | |
|---|---|---|---|
| **Location:** | Expresscare Plus<br>2141 ACADEMY CIRCLE<br>COLORADO SPRINGS, CO, 80909-1686<br>(719)597-4200 | **Provider:** | DR MARK FRALEY, DO |
| **DOS:** | 06/21/2017 | | |

## Subjective

**Chief Complaint: refill meds and diarrhea with one of her meds**

doing much better with the Viibryd and is slowly going up on dose; on 20 mg now for a week and depression is improved. She was having some diarrhea at first , but it is better now

has a scaly spot on lower lip for months; does wear sunblock

her migraines are unchanged ; relpax always works

**Medication List**

Viibryd 40 mg tablet - 1 tablet(s) by mouth daily

RELPAX 40MG TABLETS - TAKE 1 TABLET DAILY AS NEEDED FOR MIGRAINE

Topamax 25 mg tablet - 1-2 tablet(s) by mouth twice a day; titrate up to 50 mg bid

Wellbutrin XL 300 mg 24 hr tablet, extended release - 1 tablet(s) by mouth daily

Bontril Slow Release 105 mg capsule,extended release - 1 capsule(s) by mouth daily

Mobic 15 mg tablet - 1 tablet(s) by mouth daily; take with food for pain

Ambien 10 mg tablet - 1 tablet(s) by mouth at bedtime

gabapentin 300 mg capsule - 1 capsule(s) by mouth twice a day

Astelin 137 mcg (0.1 %) nasal spray aerosol - 2 squirt(s) in the nose twice a day

Percocet 5 mg-325 mg tablet - 1 tablet(s) by mouth daily as needed (PRN)

**Allergies**

Sulfa (Sulfonamides)

**Social Hx**

**Tobacco:** Cigarettes (Never smoked)

**Alcohol:** Patient has no history of alcohol use.

**Review of Systems**

**Constitutional**

**Denied:** Decline in health.

**Head**

**Reported:** Headaches.

**Denied:** Dizziness.

**Eyes**

**Denied:** Blurry Vision.

Electronically Signed and Reviewed by FRALEY, MARK 06/21/2017 11:27:53

**ENT**

**Nose**

**Reported:** Nasal obstruction.

**Throat Neck**

**Denied:** Tenderness.

**Respiratory**

**Denied:** Cough. Short of Breath. Wheezing.

**Cardiovascular**

**Denied:** Chest Pain. Palpitations.

**Gastrointestinal**

**Reported:** Diarrhea.

**Denied:** Abdominal Pain. Nausea.

**Musculoskeletal**

**Reported:** Back Problems. Joint Pain. Muscle Stiffness.

**Psychiatric**

**Reported:** Depression. Mood changes.

**Denied:** Excessive Stress. Nervousness. Memory Loss. Disturbing thoughts. Behavioral Change.

**Skin**

**Denied:** Rashes.

**Neurological**

**Denied:** Numbness. Blackouts. Memory loss.

## Objective

**Vital Signs**

**Blood Pressure**

118/78 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

78 (Left Radial, REGULAR rythm, Normal quality, Normal)

**Respirations**

14 (Normal quality, NORMAL rythm, Normal)

**Pulse Ox**

98 % (RoomAir)

**Temperature**

98.2 F (Temporal Artery, Normal)

**Weight**

118 lb

**Height**

4' 11"

**BMI Flag**

Normal ( 23.8 )

**Weight Assessment and Counseling**

Exercise

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

Electronically Signed and Reviewed by FRALEY, MARK 06/21/2017 11:27:53

**Head**

No acute findings.

**Eyes**

The conjunctiva is pink and the sclera is white ; no acute findings

**ENT**

Otoscopic examination of external auditory canals and tympanic membranes is normal. The nasal mucosa is pink and without discharge. The septum is midline. The turbinates are not enlarged. The buccal mucosa is pink. Dentition is good. The lips are normal color. The mucosa of the oropharynx is moist, The tongue is midline, The pharynx is without exudates or erythema.

**Neck**

The neck is supple; the trachea is midline. The thyroid is not enlarged and there are no palpable nodules.

**Respiratory**

The patient is relaxed and breathes without effort. The lungs are clear to auscultation.

**Cardiovascular**

The rate is normal, the rhythm is regular, and there are no murmurs.

**Gastrointestinal**

The abdomen is soft and nontender; there is no guarding or rigidity. Bowel sounds are normal. There are no palpable masses. There is no hepatosplenomegaly. There is no costovertebral angle (CVA) tenderness.

**Musculoskeletal**

Spinal exam reveals tenderness and tightness in paracervical m bilaterally

**Extremities**

No edema or pain. Extemities are warm with no acute findings.

**Dermatologic**

No rash. Ln applied to a flesh colored scaly papule in lower lip; ? AK

**Neurologic**

Cranial Nerves 2-12 were tested and are grossly intact. The deep tendon reflexes of the in upper and lower extremities are symmetrical; they are graded at 2/4.The gait is normal.

**Psychiatric**

The patient is oriented to person, place, and time. Speech is fluent and words are clear. Questions are answered quickly and appropriately.

## Assessment

**Diagnosis**

F5101 Primary insomnia

F331 Major depressive disorder, recurrent, moderate

G43909 Migraine, unsp, not intractable, without status migrainosus

L570 Actinic keratosis

## Plan

**Procedures**

99214 Office/outpatient Visit Est (1 UN)

17000 Destruct Premalg Lesion (1 UN)

**Prescribe**

Fosamax 70 mg tablet - take with glass of water on empty stomach for osteoporosis

**Care Plan**

Will increase to Viibryd 40 mg daily; sed



Electronically Signed and Reviewed by FRALEY, MARK 06/21/2017 11:27:53

Cont stretching exercises for neck

see me in 6 weeks

**Actinic Keratosis**

We discussed the importance of treating and preventing actinic keratoses as they are a precursor to skin cancer. We discussed treatment such as cryotherapy.
We discussed sunblock and hats and long sleeves in order to prevent them from occuring.

See me in 6 weeks to recheck the AK on lip

**Problem List**

Depressive Disorder Oth (Onset: 08/04/2012 - Active, Type: Acute)
Mixed Hyperlipidemia (Onset: 08/04/2012 - Active, Type: Acute)
Insomnia, Unspecified (Onset: 08/04/2012 - Active, Type: Acute)
Diverticulitis Colon (Onset: 09/17/2013 - Active, Type: Acute)
Migraine Unspecified (Onset: 09/17/2013 - Active, Type: Acute)
Primary Insomnia (disorder) (Onset: 10/29/2015 - Active)
Migraine Without Aura (disorder) (Onset: 02/06/2017 - Active)
Moderate Recurrent Major Depression (disorder) (Onset: 03/02/2017 - Active)
Migraine (disorder) (Onset: 03/02/2017 - Active)

Electronically Signed and Reviewed by FRALEY, MARK 06/21/2017 11:27:53

**Rendering Provider Signature**



Signature

NELSON, MICHELLE ( ) #205107



Electronically Signed and Reviewed by FRALEY, MARK 06/21/2017 11:27:53

NELSON, MICHELLE ) #205107

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | NELSON, MICHELLE R(Female) | **DOB :**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (49)<br>,Hispanic or Latino<br>English<br>Hispanic or Latino | **Encounter ID:**<br>**Primary Ins:** | 46245293<br>Kaiser Permanente (Colorado plans only) |
| **Location:** | Expresscare Plus<br>2141 ACADEMY CIRCLE<br>COLORADO SPRINGS, CO, 80909-1686<br>(719)597-4200 | **Provider:** | DR MARK FRALEY, DO | | |
| **DOS:** | 05/17/2017 | | | | |

## Subjective

**Chief Complaint: DEPRESSION, medication refill**

The Cymbalta is not helping her depression. The Wellbutrin does help some , but the Cymbalta does not. She did the best on Viibryd and Topamax. The gabapentin makes her hungry.

Still depressed. Never suicidal.

Had head trauma in MVA 2007. First had depression in 2004 ; post partum.

**History of Present Illness - DEPRESSION**

**Location**

**Reported**: REMIND DUE PHYSICAL

**Medication List**

Wellbutrin XL 150 mg 24 hr tablet, extended release - 1 tablet(s) by mouth daily

Bontril Slow Release 105 mg capsule,extended release - 1 capsule(s) by mouth daily

Mobic 15 mg tablet - 1 tablet(s) by mouth daily; take with food for pain

Cymbalta 30 mg capsule,delayed release - 1-2 capsule(s) by mouth daily; take 1 daily for 2 weeks , then increase to 2 daily

Ambien 10 mg tablet - 1 tablet(s) by mouth at bedtime

gabapentin 300 mg capsule - 1 capsule(s) by mouth twice a day

Astelin 137 mcg (0.1 %) nasal spray aerosol - 2 squirt(s) in the nose twice a day

Percocet 5 mg-325 mg tablet - 1 tablet(s) by mouth daily as needed (PRN)

RELPAX 40MG TABLETS - TAKE 1 TABLET DAILY AS NEEDED FOR MIGRAINE

**Allergies**

Sulfa (Sulfonamides)

**Social Hx**

**Tobacco:** Cigarettes (Never smoked)

**Alcohol:** Patient has no history of alcohol use.

**Family Hx**

**Father:** (Alive) reports Cholesterol High, Hypertension.

**Mother:** (Alive) reports Back Problem.

**Maternal Grandmother:** (Deceased) reports Depression.

**Review of Systems**

**Constitutional**



Electronically Signed and Reviewed by FRALEY, MARK 05/17/2017 11:44:42

**Reported:** Weight Gain.
**Denied:** Decline in Health.

**Head**
**Reported:** Headaches.

**Eyes**
**Denied:** Blurry Vision. Eye Pain.

**Respiratory**
**Denied:** Short of Breath. Cough. Wheezing.

**Cardiovascular**
**Denied:** Chest Pain. Palpitations. Short of Breath - Exertion.

**Gastrointestinal**
**Denied:** Abdominal Pain. Nausea. Vomiting.

**Musculoskeletal**
**Reported:** Her neck pain is some better

**Psychiatric**
**Reported:** Depression. Mood changes.
**Denied:** Mood Changes. Excessive Stress. Nervousness. Memory Loss. Disturbing thoughts. Behavioral Change.

**Skin**
**Denied:** Hives. Rashes.

**Neurological**
**Reported:** Head injury.
**Denied:** Blackouts. Fainting. Loss of Consciousness.

## Objective

**Vital Signs**

**Blood Pressure**
128/80 (Left Brachial, Sitting, Standard, Normal)

**Pulse**
76 (Left Radial, REGULAR rythm, Normal quality, Normal)

**Respirations**
14 (Normal quality, NORMAL rythm, Normal)

**Pulse Ox**
97 % (RoomAir)

**Temperature**
98.2 F (Temporal Artery, Normal)

**Weight**
123 lb

**Height**
4' 11"

**BMI Flag**
Normal ( 24.8 )

**Weight Assessment and Counseling**
Exercise

**Physical Exam**

**Constitutional**
The patient is awake, alert, well developed, well groomed and well nourished.

Electronically Signed and Reviewed by FRALEY, MARK 05/17/2017 11:44:42

**Head**

No acute findings.

**Eyes**

The conjunctiva is pink and the sclera is white ; no acute findings

**ENT**

Otoscopic examination of external auditory canals and tympanic membranes is normal. The nasal mucosa is pink and without discharge. The septum is midline. The turbinates are not enlarged. The buccal mucosa is pink. Dentition is good. The lips are normal color. The mucosa of the oropharynx is moist, The tongue is midline, The pharynx is without exudates or erythema.

**Neck**

The neck is supple; the trachea is midline. The thyroid is not enlarged and there are no palpable nodules.

**Respiratory**

The patient is relaxed and breathes without effort. The lungs are clear to auscultation.

**Cardiovascular**

The rate is normal, the rhythm is regular, and there are no murmurs.

**Gastrointestinal**

The abdomen is soft and nontender; there is no guarding or rigidity. Bowel sounds are normal.

**Musculoskeletal**

Good ROM cervical spine with mild paraspinal m. tightness.

**Extremities**

No edema or pain. Extemities are warm with no acute findings.

**Dermatologic**

No rash.

**Neurologic**

No acute findings.

**Psychiatric**

The patient is oriented to person, place, and time. Speech is fluent and words are clear. Questions are answered quickly and appropriately.

## Assessment

**Diagnosis**

Z6824 Body mass index (BMI) 24.0-24.9, adult

F331 Major depressive disorder, recurrent, moderate

F5101 Primary insomnia

G43001 Migraine w/o aura, not intractable, with status migrainosus

## Plan

**Procedures**

3008F Body Mass Index Docd (1 UN)

1033F Tobacco Nonsmoker Nor 2ndhnd (1 UN)

99214 Office/outpatient Visit Est (1 UN)

3074F Syst Bp Lt 130 Mm Hg (1 UN)

3078F Diast Bp < 80 Mm Hg (1 UN)

**Prescribe**

Cymbalta 30 mg capsule,delayed release - take 1 daily for 2 weeks , then increase to 2 daily (Completed)

Topamax 25 mg tablet - titrate up to 50 mg bid

Electronically Signed and Reviewed by FRALEY, MARK 05/17/2017 11:44:42

**Care Plan**

She has stopped the gabapentin and is on Cymbalta 30 mg. Told to quit the Cymbalta and continue the Wellbutrin

cont home exercises and stretching

Restart Topamax , sed, 25 mg daily for 1 week then increase by 25 mg weekly to 50 mg bid; call with any problems

Restart the Viibryd 10 mg daily for a week , then 20 mg daily in am

See me in 6 weeks

**Problem List**

Depressive Disorder Oth (Onset: 08/04/2012 - Active, Type: Acute)
Mixed Hyperlipidemia (Onset: 08/04/2012 - Active, Type: Acute)
Insomnia, Unspecified (Onset: 08/04/2012 - Active, Type: Acute)
Diverticulitis Colon (Onset: 09/17/2013 - Active, Type: Acute)
Migraine Unspecified (Onset: 09/17/2013 - Active, Type: Acute)
Primary Insomnia (disorder) (Onset: 10/29/2015 - Active)
Migraine Without Aura (disorder) (Onset: 02/08/2017 - Active)
Moderate Recurrent Major Depression (disorder) (Onset: 03/02/2017 - Active)
Migraine (disorder) (Onset: 03/02/2017 - Active)

Electronically Signed and Reviewed by FRALEY, MARK 05/17/2017 11:44:42

**Rendering Provider Signature**

Signature

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | NELSON, MICHELLE R(Female) | **DOB :**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (49)<br>,Hispanic or Latino<br>English<br>Hispanic or Latino | **Encounter ID:**<br>**Primary Ins:** | 42477991<br>Kaiser Permanente (Colorado plans only) |

| | | | |
|---|---|---|---|
| **Location:** | Expresscare Plus<br>2141 ACADEMY CIRCLE<br>COLORADO SPRINGS, CO, 80909-1686<br>(719)597-4200 | **Provider:** | DR MARK FRALEY, DO |
| **DOS:** | 03/02/2017 | | |

## Subjective

**Chief Complaint: f/u DEXA and has a HA x2d**

DEXA showed osteoporosis. Mother has OP. No risk factors.

Migraines increasing ; getting Botox; CT scan is pending.

Has pain in neck/ L trapezius on and off. Sees Dr Leppard for the pain. Uses motrin prn.

Her depression is starting to worsen and she wants to switch meds; never suicidal.

Uses Bontril prn to lose weight; gets occasional bad food cravings and will use it.

**Medication List**

Ambien 10 mg tablet - 1 tablet(s) by mouth at bedtime

gabapentin 300 mg capsule - 1 capsule(s) by mouth twice a day

citalopram 40 mg tablet - * 1 tablet(s) by mouth daily

Wellbutrin XL 150 mg 24 hr tablet, extended release - 1 tablet(s) by mouth daily

Astelin 137 mcg (0.1 %) nasal spray aerosol - 2 squirt(s) in the nose twice a day

Bontril Slow Release 105 mg capsule,extended release - 1 capsule(s) by mouth daily

Percocet 5 mg-325 mg tablet - 1 tablet(s) by mouth daily as needed (PRN)

RELPAX 40MG TABLETS - TAKE 1 TABLET DAILY AS NEEDED FOR MIGRAINE

**Allergies**

Sulfa (Sulfonamides)

**Social Hx**

**Tobacco:** Cigarettes (Never smoked)

**Alcohol**: Patient has no history of alcohol use.

**Review of Systems**

**Constitutional**

**Reported:** Decline in health.

**Denied:** Decline in Health.

**Head**

**Reported:** Headaches.

**Denied:** Dizziness.

**Eyes**

**Denied:** Blurry Vision. Eye Pain.

**ENT**

Electronically Signed and Reviewed by FRALEY, MARK 03/02/2017 13:47:47

Electronically Cosigned and Reviewed by SHERREN, SHELLY 03/02/2017 13:47:47

**Nose**

**Denied:** Discharge. Infections. Sinus Infections.

**Respiratory**

**Denied:** Short of Breath. Cough. Wheezing.

**Cardiovascular**

**Denied:** Chest Pain. Palpitations. Short of Breath with exertion

**Gastrointestinal**

**Denied:** Abdominal Pain. Nausea. Heartburn.

**Musculoskeletal**

**Reported:** Back Problems. Muscle Stiffness.

**Psychiatric**

**Reported:** Depression. Mood changes. Nervousness.

**Denied:** Psychiatric Disorders. Excessive Stress. Memory loss. Disturbing thoughts.

**Skin**

**Denied:** Hives. Rashes.

**Neurological**

**Reported:** Headaches.

**Denied:** Loss of Consciousness. Dizziness. Unsteady gait. Numbness. Memory loss. Tremors. Tingling. Blackouts. Fainting.

**Genitourinary**

**Urinary**

**Denied:** Incontinence.

## Objective

**Vital Signs**

**Blood Pressure**

102/70 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

111 (Left Radial, REGULAR rythm, Normal quality, High)

**Respirations**

14 (Normal quality, NORMAL rythm, Normal)

**Pulse Ox**

98 % (RoomAir)

**Temperature**

98.5 F (Temporal Artery, Normal)

**Weight**

116 lb

**Height**

4' 11"

**BMI Flag**

Normal ( 23.4 )

**Weight Assessment and Counseling**

Diet and Exercise

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

Electronically Signed and Reviewed by FRALEY, MARK 03/02/2017 13:47:47

Electronically Cosigned and Reviewed by SHERREN, SHELLY 03/02/2017 13:47:47

**Head**

No acute findings.

**Eyes**

The sclera is white and the conjunctiva pink.

**ENT**

No acute findings.

**Neck**

The neck is supple and nontender. The thyroid is not enlarged and there are no palpable nodules.

**Respiratory**

The patient is relaxed and breathes without effort. The lungs are clear to auscultation.

**Cardiovascular**

The rate is normal, the rhythm is regular, and there are no murmurs.

**Gastrointestinal**

The abdomen is soft and nontender. Bowel sounds are normal.

**Musculoskeletal**

There are no tender swollen joints. There are no acute findings. There is tenderness and tightness in left paracervical m. and trapezius.

Extremities have good range of motion without tenderness or acute findings.

**Extremities**

No edema or pain. Extemities are warm with no acute findings.

**Dermatologic**

No rash.

**Neurologic**

No acute findings. No tremor , normal gait.

**Psychiatric**

The patient is oriented to person, place, and time. Speech is fluent and words are clear. Questions are answered quickly and appropriately.

## Assessment

**Diagnosis**

M810 Age-related osteoporosis w/o current pathological fracture

M542 Cervicalgia

G43909 Migraine, unsp, not intractable, without status migrainosus

F331 Major depressive disorder, recurrent, moderate

## Plan

**Office Procedures**

TORADOL INJECTION:

60mg Toradol Manufacturer: hospira Lot: 59130dk Expiration:11/1/17

1. Area was prepped with alcohol swab.
2. IM Injection to the Deltoid and /or to the R glut.
3. Band-aid was applied.
4. INJECTION BY SS, MA

Patient tolerated injection without difficulty. Patient expressed understanding to not leave for 15 minutes to ensure no reaction from the injection.

Electronically Signed and Reviewed by FRALEY, MARK 03/02/2017 13:47:47

Electronically Cosigned and Reviewed by SHERREN, SHELLY 03/02/2017 13:47:47

NELSON, MICHELLE ( #205107

**Procedures**

99214 Office/outpatient Visit Est (1 UN)
J1885 Toradol Ketorolac)x 60mg (1 UN)
96372 Ther/proph/diag Inj Sq/im (1 UN)

**Prescribe**

Bontril Slow Release 105 mg capsule,extended release - 1 DAILY for 30 Days
Mobic 15 mg tablet - take with food for pain

**Care Plan**

Stop the Celexa and Wellbutrin 300 mg . Start Wellbutrin 150 mg and Cymbalta 30mg; sed, call me with any worsening symptoms

Gave specific neck and shoulder exercises and demonstrated them to her

Toradol 60 mg IM

Labs today, see me 6 weeks

Gave a Rx for Bontril, sed. no refill. Discussed diet and exercise

**Osteoporosis-Mark**

1. Discussed risks and complications of OP.
2. Discussed diet, supplements, and exercising.
3. Repeat DEXA in 1 year. Discussed Fosamax.

**Problem List**

Depressive Disorder Oth (Onset: 08/04/2012 - Active, Type: Acute)
Mixed Hyperlipidemia (Onset: 08/04/2012 - Active, Type: Acute)
Insomnia, Unspecified (Onset: 08/04/2012 - Active, Type: Acute)
Diverticulitis Colon (Onset: 09/17/2013 - Active, Type: Acute)
Migraine Unspecified (Onset: 09/17/2013 - Active, Type: Acute)
Primary Insomnia (disorder) (Onset: 10/29/2015 - Active)
Migraine Without Aura (disorder) (Onset: 02/06/2017 - Active)
Moderate Recurrent Major Depression (disorder) (Onset: 03/02/2017 - Active)
Migraine (disorder) (Onset: 03/02/2017 - Active)

Electronically Signed and Reviewed by FRALEY, MARK 03/02/2017 13:47:47

Electronically Cosigned and Reviewed by SHERREN, SHELLY 03/02/2017 13:47:47

**Rendering Provider Signature**



Signature

**Cosigner Signature**

Electronically Signed and Reviewed by FRALEY, MARK 03/02/2017 13:47:47

Electronically Cosigned and Reviewed by SHERREN, SHELLY 03/02/2017 13:47:47

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | NELSON, MICHELLE R(Female) | **DOB :** <br> **Race:** <br> **Language:** <br> **Ethnicity:** | (49) <br> ,Hispanic or Latino <br> English <br> Hispanic or Latino | **Encounter ID:** <br> **Primary Ins:** | 41432895 <br> Kaiser Permanente (Colorado plans only) |
| **Location:** | Expresscare Plus 2141 ACADEMY CIRCLE COLORADO SPRINGS, CO, 80909-1686 (719)597-4200 | **Provider:** | CHIQUITA ISOM, FNPC | | |
| **DOS:** | 02/06/2017 | | | | |

## Subjective

**Chief Complaint: Migraine, migraine or poss sinus infection**

48-year-old female presents to clinic with complaints of headache x 5 days. She has a history of migraines and has taken Tylenol and Relpax without relief. She complains of photophobia and phonophobia. She denies nausea, , blurred vision, or dizziness.

**Medication List**

amoxicillin 500 mg capsule - 1 capsule(s) by mouth three times a day
Ambien 10 mg tablet - 1 tablet(s) by mouth at bedtime
Diflucan 150 mg tablet - 1 tablet(s) by mouth as directed; Take one every other day until gone
gabapentin 300 mg capsule - 1 capsule(s) by mouth twice a day
citalopram 40 mg tablet - * 1 tablet(s) by mouth daily
Wellbutrin XL 150 mg 24 hr tablet, extended release - 1 tablet(s) by mouth daily
Zanaflex 2 mg tablet - 1-2 tablet(s) by mouth at bedtime; TAKE 1-2 TABLETS AT BEDTIME FOR musCLE SPASM
Astelin 137 mcg (0.1 %) nasal spray aerosol - 2 squirt(s) in the nose twice a day
Bontril Slow Release 105 mg capsule,extended release - 1 capsule(s) by mouth daily
Percocet 5 mg-325 mg tablet - 1 tablet(s) by mouth daily as needed (PRN)
RELPAX 40MG TABLETS - TAKE 1 TABLET DAILY AS NEEDED FOR MIGRAINE

**Allergies**

Sulfa (Sulfonamides)

**Review of Systems**

**Constitutional**

**Denied:** Weakness. Decline in Health. Chills. Fatigue.

**Head**

**Reported:** Headaches.

**Denied:** Head injury. Dizziness.

**Eyes**

**Reported:** Pain with Light.

**Respiratory**

**Denied:** Asthma. Cough. Short of Breath.

**Cardiovascular**

**Denied:** Chest Pain. Palpitations. Short of Breath - Exertion.

**Gastrointestinal**

**Denied:** Diarrhea. Constipation. Nausea. Vomiting. Abdominal Pain. Hepatitis.



Electronically Signed and Reviewed by ISOM, CHIQUITA 02/06/2017 13:41:09

**Musculoskeletal**

**Denied:** Arthritis. Back Problems. Joint Pain. Muscle Stiffness. Joint Stiffness.

**Skin**

**Denied:** Itching. Rashes. Eczema.

**Neurological**

**Reported:** Headaches.

**Denied:** Dizziness.

## Objective

**Vital Signs**

**Blood Pressure**

102/78 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

83 (Left Radial, REGULAR rythm, Normal quality, Normal)

**Respirations**

18 (Normal quality, NORMAL rythm, Normal)

**Pulse Ox**

97 % (RoomAir)

**Temperature**

99 F (Temporal Artery, Normal)

**Weight**

117 lb

**Height**

4' 11"

**BMI Flag**

Normal ( 23.6 )

**Physical Exam**

Toradol 60 mg IM given

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Eyes**

The conjunctiva is pink and the sclera is white ; no acute findingsEOM intact in all planes

**Neck**

The neck is supple; the trachea is midline. The thyroid is not enlarged and there are no palpable nodules.There is no nuchal rigidity or meningeal signs

**Respiratory**

The patient is relaxed and breathes without effort. The lungs are clear to auscultation.

**Cardiovascular**

The rate is normal, the rhythm is regular, and there are no murmurs.

**Gastrointestinal**

The abdomen is soft and nontender; there is no guarding or rigidity. Bowel sounds are normal. There are no palpable masses. There is no hepatosplenomegaly. There is no costovertebral angle (CVA) tenderness.

**Musculoskeletal**

Upon inspection, the alignment of the major joints and spine is symmetrical. There are no deformities or misalignment of bones. There are no acute findings.

**Neurologic**

Electronically Signed and Reviewed by ISOM, CHIQUITA 02/06/2017 13:41:09

Cranial Nerves 2-12 were tested and are grossly intact. The deep tendon reflexes of the in upper and lower extremities are symmetrical; they are graded at 2/4.The gait is normal.

**Psychiatric**

The patient is oriented to person, place, and time. Speech is fluent and words are clear. Questions are answered quickly and appropriately.

## Assessment

**Diagnosis**

G43001 Migraine w/o aura, not intractable, with status migrainosus

## Plan

**Procedures**

99213 Office/outpatient Visit Est (1 UN)
J1885 Ketorolac Tromethamine Inj (1 UN)
96372 Ther/proph/diag Inj Sc/im (1 UN)
87086 Urine Culture/colony Count (1 UN)

**Care Plan**

Toradol 60 mg IM given.

Patient monitored x 20 Minutes without s/s of allergic reaction

ER indications given.

Patient advised to schedule appointment for complete evaluation if headache persist or worsens.

**Migraine**

1. Return to clinic in am if not improved, ER indications discussed
2. Discussed abortive and preventative medications and side effects
3. Discussed healthy habits such as staying well hydrated, plenty of rest, relaxation, avoiding triggers...

**Problem List**

Depressive Disorder Oth (Onset: 08/04/2012 - Active, Type: Acute)
Mixed Hyperlipidemia (Onset: 08/04/2012 - Active, Type: Acute)
Insomnia, Unspecified (Onset: 08/04/2012 - Active, Type: Acute)
Diverticulitis Colon (Onset: 09/17/2013 - Active, Type: Acute)
Migraine Unspecified (Onset: 09/17/2013 - Active, Type: Acute)
Primary Insomnia (disorder) (Onset: 10/29/2015 - Active)
Migraine Without Aura (disorder) (Onset: 02/06/2017 - Active)

Electronically Signed and Reviewed by ISOM, CHIQUITA 02/06/2017 13:41:09

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by ISOM, CHIQUITA 02/06/2017 13:41:09

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | NELSON, MICHELLE R(Female) | **DOB :** **Race:** **Language:** **Ethnicity:** | (49) ,Hispanic or Latino English Hispanic or Latino | **Encounter ID:** **Primary Ins:** | 39841557 Kaiser Permanente (Colorado plans only) |

| | | | |
|---|---|---|---|
| **Location:** | Expresscare Plus 2141 ACADEMY CIRCLE COLORADO SPRINGS, CO, 80909-1686 (719)597-4200 | **Provider:** | MS. KIMBERLY COLLYMORE, FNP |
| **DOS:** | 12/28/2016 | | |

## Subjective

**Chief Complaint: PATIENT IS HERE WITH NASAL PAIN AND COUGH AND SCRATCHY THROAT X 6 DAYS. CO LUMP UNDER LEFT ARM FOR A COUPLE MONTHS.**

Sinus pain and pressure x 1 week, fatigued, HA. Appetite fair, taking fluids well and urinating well. No NVD. Had a red bump under arm, better but present for 6 weeks

**Medication List**

Diflucan 150 mg tablet - 1 tablet(s) by mouth as directed; Take one every other day until gone
Augmentin 875 mg-125 mg tablet - 1 tablet(s) by mouth twice a day
gabapentin 300 mg capsule - 1 capsule(s) by mouth twice a day
citalopram 40 mg tablet - * 1 tablet(s) by mouth daily
Ambien 10 mg tablet - 1 tablet(s) by mouth at bedtime
Wellbutrin XL 150 mg 24 hr tablet, extended release - 1 tablet(s) by mouth daily
Zanaflex 2 mg tablet - 1-2 tablet(s) by mouth at bedtime; TAKE 1-2 TABLETS AT BEDTIME FOR musCLE SPASM
Astelin 137 mcg (0.1 %) nasal spray aerosol - 2 squirt(s) in the nose twice a day
Bontril Slow Release 105 mg capsule,extended release - 1 capsule(s) by mouth daily
Percocet 5 mg-325 mg tablet - 1 tablet(s) by mouth daily as needed (PRN)
RELPAX 40MG TABLETS - TAKE 1 TABLET DAILY AS NEEDED FOR MIGRAINE

**Allergies**

Sulfa (Sulfonamides)

**Social Hx**

**Tobacco**: Cigarettes (Never smoked)
**Alcohol:** Patient has no history of alcohol use.

**Review of Systems**

**Constitutional**

**Reported:** Fatigue.
**Denied:** Chills. Fever.

**Head**

**Reported:** Headaches.

**ENT**

**Nose**

**Reported:** Discharge. Sinus Infections. Nasal obstruction. Nasal Obstruction.

**Mouth**

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 12/28/2016 12:21:09

**Reported:** Postnasal drip. Hoarseness. Postnasal Drip.

**Ears**

**Denied:** Pain.

**Throat Neck**

**Denied:** Tenderness.

**Respiratory**

**Reported:** Cough.

**Denied:** Short of Breath. Wheezing. Sputum.

**Cardiovascular**

**Denied:** Chest Pain. High Blood Pressure. Palpitations.

**Gastrointestinal**

**Reported:** Decreased Appetite.

**Denied:** Vomiting. Diarrhea. Nausea.

**Skin**

**Reported:** bumps under left arm

## Objective

**Vital Signs**

**Blood Pressure**

120/76 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

100 (Left Radial, REGULAR rythm, Normal quality, Normal)

**Pulse Ox**

97 % (RoomAir)

**Weight**

109 lb

**BMI Flag**

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Head**

Bilateral maxillary sinus tenderness

**ENT**

**Otoscopic**

Otoscopic examination of external auditory canals and tympanic membranes is normal; there is a good cone of light.

**Nose**

The nasal mucosa is pink, pale, edematous with thick clear mucoid discharge. The septum is midline. The turbinates are enlarged.

**Mouth**

The buccal mucosa is pink; there is no cyanosis. Dentition is good. The lips are normal color; there are no ulcers, masses or lesions.

**Throat**

**Throat Normal:** The mucosa is moist, The tongue is midline, The pharynx is without exudates. The tonsils are not enlarged.

**Respiratory**

The patient is relaxed and breathes without effort. The lungs are clear to auscultation.

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 12/28/2016 12:21:09

**Cardiovascular**

The rate is normal, the rhythm is regular, and there are no murmurs. Regular rate and rhythm, normal S1 and S2, there are no murmurs, no gallops, or rubs. There are no bruits.

**Gastrointestinal**

The abdomen is soft and nontender; there is no guarding or rigidity. Bowel sounds are normal. There are no palpable masses. There is no hepatosplenomegaly. There is no costovertebral angle (CVA) tenderness

**Musculoskeletal**

**Cervical Spine**

Inspection and palpation of the cervical spine is within normal limits; there is no erythema, swelling, deformity, there is tenderness. Spinal curves are normal; there is no scoliosis. Range of motion is within normal limits. Muscle strength testing is 5/5 in all major muscle groups. Special tests for nerve root disease are negative.

**Extremities**

Inspection and palpation of digits and reveals no clubbing, cyanosis,or petechiae. No edema or pain.

**Dermatologic**

there is a sebaceous cyst at the top of the left axilla, a small red area, probably ingrowing hair, mid axilla, no acute infection

## Assessment

**Diagnosis**

J0100 Acute maxillary sinusitis, unspecified

L723 Sebaceous cyst

M542 Cervicalgia

## Plan

**Procedures**

99214 Office/outpatient Visit Est (1 UN)

**Care Plan**

Augmentin 875 mg-125 mg tablet
1 tablet(s) by mouth twice a day x 14 days

Diflucan 150 mg tablet
1 tablet(s) by mouth as directed; Take one every other day until gone, 1 refill

order for c spine xray, schedule appointment to follow up on this concern

refer derm for cysts under left arm

**Acute Sinusitis**

1. Increase fluids
2. tylenol for fever
3. nasal steroid - discussed use/ nasal lavage OTC
4. musinex D OTC
5. RTC if needed.

**Patient Instructions**

**Sinusitis**

**Please Visit:** http://familydoctor.org/familydoctor/en/diseases-conditions/sinusitis.printerview.all.html

**Problem List**

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 12/28/2016 12:21:09

Depressive Disorder Oth (Onset: 08/04/2012 - Active, Type: Acute)
Mixed Hyperlipidemia (Onset: 08/04/2012 - Active, Type: Acute)
Insomnia, Unspecified (Onset: 08/04/2012 - Active, Type: Acute)
Diverticulitis Colon (Onset: 09/17/2013 - Active, Type: Acute)
Migraine Unspecified (Onset: 09/17/2013 - Active, Type: Acute)
Primary Insomnia (disorder) (Onset: 10/29/2015 - Active)

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 12/28/2016 12:21:09

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | NELSON, MICHELLE R(Female) | **DOB :** | (49) | **Encounter ID:** | 38769615 |
| | | **Race:** | ,Hispanic or Latino | **Primary Ins:** | Kaiser Permanente (Colorado plans only) |
| | | **Language:** | English | | |
| | | **Ethnicity:** | Hispanic or Latino | | |

| | | | |
|---|---|---|---|
| **Location:** | Expresscare Plus<br>2141 ACADEMY CIRCLE<br>COLORADO SPRINGS, CO, 80909-1686<br>(719)597-4200 | **Provider:** | MS. KIMBERLY COLLYMORE, FNP |
| **DOS:** | 11/30/2016 | | |

## Subjective

**Chief Complaint: PATIENT IS HERE WITH SINUS PAIN X 5 DAYS.**

Recurrent sinus pain and pressure, denies fever or chills, sinus pain and pressure.

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 11/30/2016 10:48:47

**Medication List**

Augmentin 875 mg-125 mg tablet - 1 tablet(s) by mouth twice a day
Diflucan 150 mg tablet - 1 tablet(s) by mouth daily; Take one every other day for 2 doses
Zanaflex 2 mg tablet - 1-2 tablet(s) by mouth at bedtime; TAKE 1-2 TABLETS AT BEDTIME FOR musCLE SPASM
Astelin 137 mcg (0.1 %) nasal spray aerosol - 2 squirt(s) in the nose twice a day
Bontril Slow Release 105 mg capsule,extended release - 1 capsule(s) by mouth daily
Percocet 5 mg-325 mg tablet - 1 tablet(s) by mouth daily as needed (PRN)
Wellbutrin XL 150 mg 24 hr tablet, extended release - * 1 tablet(s) by mouth daily
RELPAX 40MG TABLETS - TAKE 1 TABLET DAILY AS NEEDED FOR MIGRAINE
Ambien 10 mg tablet - 1 tablet(s) by mouth at bedtime
citalopram 40 mg tablet - * 1 tablet(s) by mouth daily; TAKE 1 TABLET BY MOUTH DAILY

**Allergies**

Sulfa (Sulfonamides)

**Review of Systems**

**Constitutional**

**Reported:** Fatigue.
**Denied:** Chills. Fever.

**Head**

**Reported:** Headaches, sinus pressure

**ENT**

**Nose**

**Reported:** Discharge. Sinus Infections. Nasal obstruction. Nasal Obstruction.

**Mouth**

**Reported:** Postnasal drip. Hoarseness.

**Ears**

**Denied:** Pain.

**Throat Neck**

**Denied:** Tenderness.

**Respiratory**

**Denied:** Cough. Short of Breath. Wheezing.

**Cardiovascular**

**Denied:** Chest Pain. Palpitations. Short of Breath - Exertion. High Blood Pressure.

**Gastrointestinal**

**Denied:** Vomiting. Diarrhea. Decreased Appetite. Nausea.

## Objective

**Vital Signs**

**Blood Pressure**

120/70 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

85 (Left Radial, REGULAR rythm, Normal quality, Normal)

**Respirations**

16 (Normal quality, NORMAL rythm, Normal)

**Pulse Ox**

97 % (RoomAir)

**Temperature**

97.8 F (Temporal Artery, Normal)

**Weight**

115 lb

**Height**

4' 11"

**BMI Flag**

Normal ( 23.2 )

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Head**

Bilateral maxillary sinus tenderness

**ENT**

**Otoscopic**

Otoscopic examination of external auditory canals and tympanic membranes is normal; there is a good cone of light.

**Nose**

The nasal mucosa is pink, pale, edematous with thick mucoid discharge. The septum is midline. The turbinates are enlarged.

**Mouth**

The buccal mucosa is pink; there is no cyanosis. Dentition is good. The lips are normal color; there are no ulcers, masses or lesions.

**Throat**

**Throat Normal:** Throat is red and inflamed. Tonsils are not enlarged; noexudate. There is no evidence of abscess. There is visible PND.

**Neck**

The neck is supple; the trachea is midline. The thyroid is not enlarged and there are no palpable nodules.

**Respiratory**

The patient is relaxed and breathes without effort. The lungs are clear to auscultation.

**Cardiovascular**

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 11/30/2016 10:48:47

The rate is normal, the rhythm is regular, and there are no murmurs. Regular rate and rhythm, normal S1 and S2, there are no murmurs, no gallops, or rubs. There are no bruits.

**Gastrointestinal**

The abdomen is soft and nontender; there is no guarding or rigidity. Bowel sounds are normal. There are no palpable masses. There is no hepatosplenomegaly. There is no costovertebral angle (CVA) tenderness

**Lymphatics**

There is no regional adenopathy.

**Extremities**

Inspection and palpation of digits and reveals no clubbing, cyanosis,or petechiae. No edema or pain.

**Dermatologic**

No rash.

## Assessment

**Diagnosis**

J0100 Acute maxillary sinusitis, unspecified

## Plan

**Procedures**

99213 Office/outpatient Visit Est (1 UN)

**Care Plan**

Increase fluids

OTC multisymptom cough and cold med

Rest

Augmentin 875 mg-125 mg tablet
1 tablet(s) by mouth twice a day x 10 days

Diflucan 150 mg tablet, 1 tablet(s) by mouth daily; Take one every other day for 2 doses if yeast infection develops

continue astelin

vit C and zinc daily for 7 days

RTC if no improvement 5-7 days

**Acute Sinusitis**

1. Increase fluids
2. tylenol for fever
3. nasal steroid - discussed use/ nasal lavage OTC
4. musinex D OTC
5. RTC if needed.

**Patient Instructions**

**Colds And The Flu**

**Please Visit:** http://familydoctor.org/familydoctor/en/diseases-conditions/colds-and-the-flu.printerview.all.html

**Sinusitis**

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 11/30/2016 10:48:47

**Please Visit:** http://familydoctor.org/familydoctor/en/diseases-conditions/sinusitis.printerview.all.html

**Problem List**

Depressive Disorder Oth (Onset: 08/04/2012 - Active, Type: Acute)
Mixed Hyperlipidemia (Onset: 08/04/2012 - Active, Type: Acute)
Insomnia, Unspecified (Onset: 08/04/2012 - Active, Type: Acute)
Diverticulitis Colon (Onset: 09/17/2013 - Active, Type: Acute)
Migraine Unspecified (Onset: 09/17/2013 - Active, Type: Acute)
Primary Insomnia (disorder) (Onset: 10/29/2015 - Active)

## Rendering Provider Signature

Signature FNP-BC

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 11/30/2016 10:48:47

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | NELSON, MICHELLE R(Female) | **DOB :**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (49)<br>,Hispanic or Latino<br>English<br>Hispanic or Latino | **Encounter ID:**<br>**Primary Ins:** | 37552739<br>Kaiser Permanente (Colorado plans only) |
| **Location:** | Expresscare Plus<br>2141 ACADEMY CIRCLE<br>COLORADO SPRINGS, CO, 80909-1686<br>(719)597-4200 | **Provider:** | CHIQUITA ISOM, FNPC | | |
| **DOS:** | 10/28/2016 | | | | |

## Subjective

**Chief Complaint: Pt states she went to Mexico last week-c/o intermittent upset stomach, diarrhea x9 days; Also c/o bump on Left shoulder x1 week.**

48-year-old female presents to clinic with complaints of intermittent abdominal pain and an episode of diarrhea which lasted 9 days. She recently visited Mexico on October 19. She denies drinking the water. She ate and reputable restaurants. She has taken OTC antidiarrheal medication 2 tablets on October 23 and October 24. The diarrhea has resolved. She denies nausea, vomiting. She continues with epigastric discomfort. she is tolerating soup and light foods, however, she complains of discomfort with chicken or solid foods.

patient has noticed a small "bump" on her left shoulder x one week. She denies fever. injury or traveling and to rural areas.

**Medication List**

Zanaflex 2 mg tablet - 1-2 tablet(s) by mouth at bedtime; TAKE 1-2 TABLETS AT BEDTIME FOR musCLE SPASM
Astelin 137 mcg (0.1 %) nasal spray aerosol - 2 squirt(s) in the nose twice a day
Bontril Slow Release 105 mg capsule,extended release - 1 capsule(s) by mouth daily
Percocet 5 mg-325 mg tablet - 1 tablet(s) by mouth daily as needed (PRN)
Wellbutrin XL 150 mg 24 hr tablet, extended release - * 1 tablet(s) by mouth daily
RELPAX 40MG TABLETS - TAKE 1 TABLET DAILY AS NEEDED FOR MIGRAINE
Ambien 10 mg tablet - 1 tablet(s) by mouth at bedtime
citalopram 40 mg tablet - * 1 tablet(s) by mouth daily; TAKE 1 TABLET BY MOUTH DAILY

**Allergies**

Sulfa (Sulfonamides)

**Social Hx**

**Tobacco:** Cigarettes (Never smoked)
**Alcohol:** Patient has no history of alcohol use.

**Review of Systems**

**Constitutional**

**Denied:** Weakness. Decline in Health. Chills. Fatigue.

**Respiratory**

**Denied:** Asthma. Cough. Short of Breath.

**Cardiovascular**

**Denied:** Chest Pain. Palpitations. Short of Breath - Exertion.

Electronically Signed and Reviewed by ISOM, CHIQUITA 10/28/2016 16:42:09

**Gastrointestinal**

**Reported:** Abdominal Pain, Diarrhea.

**Denied:** Constipation, Nausea, Vomiting. Hepatitis.

**Musculoskeletal**

**Denied:** Arthritis, Back Problems, Joint Pain, Muscle Stiffness, Joint Stiffness.

**Skin**

**Reported:** Lumps.

**Denied:** Itching, Rashes, Eczema.

## Objective

**Vital Signs**

**Blood Pressure**

96/66 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

87 (Left Radial, REGULAR rythm, Normal quality, Normal)

**Respirations**

12 (Normal quality, NORMAL rythm, Normal)

**Pulse Ox**

95 % (RoomAir)

**Temperature**

97.4 F (Temporal Artery, Normal)

**Weight**

109 lb

**Height**

4' 11"

**BMI Flag**

Normal ( 22.1 )

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Neck**

The neck is supple; the trachea is midline. The thyroid is not enlarged and there are no palpable nodules.

**Respiratory**

The patient is relaxed and breathes without effort. The lungs are clear to auscultation.

**Cardiovascular**

The rate is normal, the rhythm is regular, and there are no murmurs.

**Gastrointestinal**

The abdomen is soft with epigastric tenderness on palpation; there is no guarding or rigidity. Bowel sounds are normal. There are no palpable masses. There is no hepatosplenomegaly. There is no costovertebral angle (CVA) tenderness.GI cocktail given with relief of discomfort

**Musculoskeletal**

Upon inspection, the alignment of the major joints and spine is symmetrical. There are no deformities or misalignment of bones. There are no acute findings.

**Dermatologic**

there is a nontender 0.5 cm annular sebaceous cyst to the right posterior torso.

**Psychiatric**

The patient is oriented to person, place, and time. Speech is fluent and words are clear. Questions are answered

Electronically Signed and Reviewed by ISOM, CHIQUITA 10/28/2016 16:42:09

NELSON, MICHELLE ( #205107

quickly and appropriately.

## Assessment

**Diagnosis**

K2960 Other gastritis without bleeding
K591 Functional diarrhea
L989 Disorder of the skin and subcutaneous tissue, unspecified

## Plan

**Office Procedures**

10/28/16 GI COCKTAIL GIVEN TO PATIENT TODAY-AM
5 ML DONATEL
10 ML VISCOUS LIDOCAINE
30 ML MYLANTA

**Procedures**

J8499 Oral Prescrip Drug Non Chemo (1 UN)
99214 Office/outpatient Visit Est (1 UN)

**Care Plan**

chest clear liquid diet advance as tolerated
Increase fiber and fluids
OTC Zantac 150 mg q. day
Brat diet
Avoid fried, spicy or highly seasoned foods.

**Problem List**

Depressive Disorder Oth (Onset: 08/04/2012 - Active, Type: Acute)
Mixed Hyperlipidemia (Onset: 08/04/2012 - Active, Type: Acute)
Insomnia, Unspecified (Onset: 08/04/2012 - Active, Type: Acute)
Diverticulitis Colon (Onset: 09/17/2013 - Active, Type: Acute)
Migraine Unspecified (Onset: 09/17/2013 - Active, Type: Acute)
Primary Insomnia (disorder) (Onset: 10/29/2015 - Active)

Electronically Signed and Reviewed by ISOM, CHIQUITA 10/28/2016 16:42:09

## Rendering Provider Signature



Signature

Electronically Signed and Reviewed by ISOM, CHIQUITA 10/28/2016 16:42:09

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | NELSON, MICHELLE R(Female) | **DOB :**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (49)<br>,Hispanic or Latino<br>English<br>Hispanic or Latino | **Encounter ID:**<br>**Primary Ins:** | 35043619<br>Kaiser Permanente (Colorado plans only) |
| **Location:** | Expresscare Plus<br>2141 ACADEMY CIRCLE<br>COLORADO SPRINGS, CO, 80909-1686<br>(719)597-4200 | **Provider:** | MS. KIMBERLY COLLYMORE, FNP | | |
| **DOS:** | 08/24/2016 | | | | |

## Subjective

**Chief Complaint: PATIENT CO INCREASED FATIGUE X 3 WEEKS WOULD LIKE LABS.**

Patient is on percocet, Bontril, and ambien she states that she has been on these for awhile and has not been fatigued

**Medication List**

Bontril Slow Release 105 mg capsule,extended release - 1 capsule(s) by mouth daily
Percocet 5 mg-325 mg tablet - 1 tablet(s) by mouth daily as needed (PRN)
Wellbutrin XL 150 mg 24 hr tablet, extended release - * 1 tablet(s) by mouth daily
Zanaflex 2 mg tablet - 1-2 tablet(s) by mouth at bedtime; TAKE 1-2 TABLETS AT BEDTIME FOR musCLE SPASM
RELPAX 40MG TABLETS - TAKE 1 TABLET DAILY AS NEEDED FOR MIGRAINE
Ambien 10 mg tablet - 1 tablet(s) by mouth at bedtime
citalopram 40 mg tablet - * 1 tablet(s) by mouth daily; TAKE 1 TABLET BY MOUTH DAILY
Astelin 137 mcg nasal spray aerosol - 2 squirt(s) in the nose twice a day

**Allergies**

Sulfa (Sulfonamides)

**Review of Systems**

**Constitutional**

**Denied:** Decline in Health.

**Head**

**Denied:** Dizziness. Headaches.

**Eyes**

**Denied:** Blurry Vision.

**Respiratory**

**Denied:** Short of Breath. Cough. Wheezing.

**Cardiovascular**

**Denied:** Chest Pain. Palpitations. Short of Breath with exertion

**Gastrointestinal**

**Denied:** Abdominal Pain. Nausea. Vomiting.

**Psychiatric**

**Denied:** Psychiatric Disorders.

**Skin**

**Denied:** Hives. Rashes.

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 08/24/2016 09:13:27

**Neurological**

**Denied:** Loss of Consciousness. Dizziness.

## Objective

**Vital Signs**

**Blood Pressure**

104/70 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

73 (Left Radial, REGULAR rythm, Normal quality, Normal)

**Pulse Ox**

95 % (RoomAir)

**Weight**

114 lb

**Height**

4' 11"

**BMI Flag**

Normal ( 23.0 )

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Head**

No acute findings.

**ENT**

No acute findings.

**Neck**

The neck is supple and nontender. The thyroid is not enlarged and there are no palpable nodules.

**Respiratory**

The patient is relaxed and breathes without effort. The lungs are clear to auscultation.

**Cardiovascular**

The rate is normal, the rhythm is regular, and there are no murmurs.

**Gastrointestinal**

The abdomen is soft and nontender. Bowel sounds are normal.

**Musculoskeletal**

There are no tender swollen joints. There are no acute findings.

**Extremities**

No edema or pain. Extemities are warm with no acute findings.

**Dermatologic**

No rash.

**Psychiatric**

The patient is oriented to person, place, and time. Speech is fluent and words are clear. Questions are answered quickly and appropriately.

## Assessment

**Diagnosis**

R5383 Other fatigue

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 08/24/2016 09:13:27

E782 Mixed hyperlipidemia
F325 Major depressive disorder, single episode, in full remission
R51 Headache

## Plan

### Procedures

99213 Office/outpatient Visit Est (1 UN)

### Care Plan

Refilled Bontril for 30 days, education to patient that she needs to make appointments for refills of controlled substances

Has not had labs in a year, cbc, cmp, lipid, ua, tsh and vit B12 and D, follow up after

**Depression**

1. Had a lengthy discussion with patient about depression; encouter lasted 30 minutes.
2. Patient denies suicidal thoughts and agrees to call immediately or go to ER if thoughts of suicide occur.
3. Discussed medication including side-effects and the importance of taking medication consistantly.
4. I recommended that patient see a counselor .
5. Call me with any worsening symptoms and see me as scheduled.

**Fatigue**

discussed healthy lifestyle, diet , and exercise

f/u if not improved in 3 weeks

**Headache-Lisa**

Headaches can have many causes:

Keep diary of prior food intake, when happening, other meds, treatments tried, etc. Data, data, data

Dehydration: drink 8 oz water

Low blood sugar: eat something like a PB&J or cheese and crackers and apple or fruit

Allergies: take antihistamine daily

Eye Problem: Get eyes checked.

Stress: evaluate pot'l causes of stress and try to eliminate

Sleep deprivation: get 8-10 hours sleep QHS

**Hyperlipidemia**

1. Discussed health concerns of high lipids.
2. Diet, exercise, healthy lifestyle discussed.
3. Discussed cholesterol numbers and goals .
4. Side effects of cholesterol medications were discussed including myositis and hepatic dysfunction.
5. Repeat labs in 3-4 months.

### Problem List

Depressive Disorder Oth (Onset: 08/04/2012 - Active, Type: Acute)
Mixed Hyperlipidemia (Onset: 08/04/2012 - Active, Type: Acute)
Insomnia, Unspecified (Onset: 08/04/2012 - Active, Type: Acute)
Diverticulitis Colon (Onset: 09/17/2013 - Active, Type: Acute)

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 08/24/2016 09:13:27

NELSON, MICHELLE ( #205107

Migraine Unspecified (Onset: 09/17/2013 - Active, Type: Acute)
Primary Insomnia (disorder) (Onset: 10/29/2015 - Active)

**Rendering Provider Signature**

Signature

Electronically Signed and Reviewed by COLLYMORE, KIMBERLY 08/24/2016 09:13:27

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | NELSON, MICHELLE R(Female) | **DOB :**<br>**Race:**<br>**Language:**<br>**Ethnicity:** | (49)<br>,Hispanic or Latino<br>English<br>Hispanic or Latino | **Encounter ID:**<br>**Primary Ins:** | 32710387<br>Kaiser Permanente (Colorado plans only) |
| **Location:** | Expresscare Plus<br>2141 ACADEMY CIRCLE<br>COLORADO SPRINGS, CO, 80909-1686<br>(719)597-4200 | **Provider:** | DR MARK FRALEY, DO | | |
| **DOS:** | 06/20/2016 | | | | |

## Subjective

**Chief Complaint: discuss phentermine and antidepressants. She expressed that lately she is not feeling like her meds are not working., medication refill**

Her depression has been flaring up somewhat lately and she feels that her medications are not working as well as it did initially. She admits that she has not been staying active but she does walks some. She has never had any suicidal thoughts or worrisome thoughts. She has been gaining some weight which is why she takes the Bontril at times.

**Medication List**

Wellbutrin XL 150 mg 24 hr tablet, extended release - * 1 tablet(s) by mouth daily

Bontril Slow Release 105 mg capsule,extended release - 1 capsule(s) by mouth daily

Zanaflex 2 mg tablet - 1-2 tablet(s) by mouth at bedtime; TAKE 1-2 TABLETS AT BEDTIME FOR musCLE SPASM

Wellbutrin XL 300 mg 24 hr tablet, extended release - 1 tablet(s) by mouth daily

RELPAX 40MG TABLETS - TAKE 1 TABLET DAILY AS NEEDED FOR MIGRAINE

Ambien 10 mg tablet - 1 tablet(s) by mouth at bedtime

citalopram 40 mg tablet - * 1 tablet(s) by mouth daily; TAKE 1 TABLET BY MOUTH DAILY

Astelin 137 mcg nasal spray aerosol - 2 squirt(s) in the nose twice a day

**Allergies**

Sulfa (Sulfonamides)

**Social Hx**

**Tobacco:** Cigarettes (Never smoked)

**Alcohol:** Patient has no history of alcohol use.

**Review of Systems**

**Constitutional**

**Reported:** Fatigue. Weight gain.

**Denied:** Fever. Decline in Health.

**Head**

**Denied:** Headaches.

**Eyes**

**Denied:** Blurry Vision.

**Respiratory**

**Denied:** Short of Breath. Cough. Wheezing.

**Cardiovascular**

Electronically Signed and Reviewed by FRALEY, MARK 07/11/2016 17:32:13

**Denied:** Chest Pain. Palpitations. Short of Breath - Exertion.

**Gastrointestinal**

**Denied:** Abdominal Pain. Nausea. Vomiting.

**Psychiatric**

**Reported:** Depression. Mood changes.

**Denied:** Mood Changes. Excessive stress. Nervousness. Hallucinations. Disorientation. Memory loss. Disturbing thoughts.

**Skin**

**Denied:** Hives. Rashes.

**Neurological**

**Denied:** Dizziness.

## Objective

**Vital Signs**

**Blood Pressure**

112/78 (Left Brachial, Sitting, Standard, Normal)

**Pulse**

77 (Left Radial, REGULAR rythm, Normal quality, Normal)

**Respirations**

14 (Normal quality, NORMAL rythm, Normal)

**Pulse Ox**

98 % (RoomAir)

**Temperature**

97.6 F (Temporal Artery, Normal)

**Weight**

113 lb

**Height**

4' 11"

**BMI Flag**

Normal ( 22.8 )

**Weight Assessment and Counseling**

Exercise

**Physical Exam**

**Constitutional**

The patient is awake, alert, well developed, well groomed and well nourished.

**Head**

No acute findings.

**Eyes**

The sclera is white and the conjunctiva pink. The eyelids are without lesions. Pupils are equally round and reactive to light.

**ENT**

Otoscopic examination of external auditory canals and tympanic membranes is normal. The nasal mucosa is pink and without discharge. The septum is midline. The turbinates are not enlarged. The buccal mucosa is pink. Dentition is good. The lips are normal color. The mucosa of the oropharynx is moist, The tongue is midline, The pharynx is without exudates or erythema.

**Neck**

The neck is supple; the trachea is midline. The thyroid is not enlarged and there are no palpable nodules.

Electronically Signed and Reviewed by FRALEY, MARK 07/11/2016 17:32:13

**Respiratory**

The patient is relaxed and breathes without effort. The lungs are clear to auscultation.

**Cardiovascular**

The rate is normal, the rhythm is regular, and there are no murmurs.

**Gastrointestinal**

The abdomen is soft and nontender; there is no guarding or rigidity. Bowel sounds are normal. There are no palpable masses. There is no hepatosplenomegaly. There is no costovertebral angle (CVA) tenderness

**Musculoskeletal**

Full range of motion of upper and lower extremities. Spinal exam reveals tightness the paracervical muscles left greater than right into the left trapezius. Negative Spurling's maneuver.

**Extremities**

No edema or pain. Extemities are warm with no acute findings.

**Dermatologic**

No rash.

**Neurologic**

No acute findings.

**Psychiatric**

The patient is oriented to person, place, and time. Speech is fluent and words are clear. Questions are answered quickly and appropriately.

## Assessment

**Diagnosis**

F330 Major depressive disorder, recurrent, mild

F5101 Primary insomnia

R635 Abnormal weight gain

M542 Cervicalgia

## Plan

**Procedures**

99214 Office/outpatient Visit Est (1 UN)

**Care Plan**

Will try to increase the Wellbutrin up to 300 mg a day and see if that helps her energy and her mood. If not, we may change the citalopram. I encouraged her to try get more active and walk, do yoga, lift some weights, etc. Call me with any worsening of symptoms. See me in two months. Her sleep has been doing better. Sleep hygiene discussed.

I refilled the Zanaflex and gave her specific exercises for the neck and shoulders.

I did refill the Bontril, and side effects were discussed. Hopefully, she will get more active and will need to take this less. At this time, she is only taking it if she has gained weight and has an insatiable appetite, which the medications do cause somewhat. However, this has been better since she stopped the Viibryd

**Problem List**

Depressive Disorder Oth (Onset: 08/04/2012 - Active, Type: Acute)

Mixed Hyperlipidemia (Onset: 08/04/2012 - Active, Type: Acute)

Insomnia, Unspecified (Onset: 08/04/2012 - Active, Type: Acute)

Diverticulitis Colon (Onset: 09/17/2013 - Active, Type: Acute)

Migraine Unspecified (Onset: 09/17/2013 - Active, Type: Acute)

Electronically Signed and Reviewed by FRALEY, MARK 07/11/2016 17:32:13

Primary Insomnia (disorder) (Onset: 10/29/2015 - Active)

**Rendering Provider Signature**

Signature

**Cosigner Signature**

Signature

Electronically Signed and Reviewed by FRALEY, MARK 07/11/2016 17:32:13

**Document Name: NELSON, MICHELLE REHAB CONSULT NOTES 9/20/17**
**Document Type: Consults**
**Provider: Burdick, Cynthia**
**Uploaded By: Barnes, Annette**
**Document Date: 09/21/2017**
**Upload Date: 09/21/2017**
**Size: 3.51 MB**

Azmi Farag, MD
5390 N. Academy Blvd., Suite 220
Colorado Springs, CO 80918
Phone (719) 268-9000
Fax (719) 268-6687

DATE: 9-21-17

TO: Expresscare Plus

ATTN: DR. Fraley's MA

FROM: Jenn

PHONE: FAX: 597-4495

NUMBER OF PAGES (including cover): 10

The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

RE:

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850

*September 20, 2017*
Page 1
Office Visit

[redacted]

**09/20/2017 - Office Visit: Established Patient**
**Provider: Katherine J Leppard MD**
**Location of Care: Medical Rehabilitation Specialists**

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office for a medication recheck visit. Her last botox injection with Dr. Komatineni did not help. She is having daily headaches once again. She is on topamax. The neck and shoulder pain is unchanged. Her health has been unchanged since she was last seen.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
- Chronic neck pain
- Spinal Cord Injury with Syrinx
- Chronic Headaches
- Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
- Cesarian Section 03'

## Current Medication List Reviewed
BACLOFEN 10 MG ORAL TABS (BACLOFEN) 1 tid prn for muscle spasms
MOBIC 7.5 MG ORAL TABS (MELOXICAM) 1 bid
VIIBRYD 40 MG ORAL TABS (VILAZODONE HCL) 1 qd
TOPAMAX 25 MG ORAL TABS (TOPIRAMATE) 2 am and pm
WELLBUTRIN XL 300 MG ORAL XR24H-TAB (BUPROPION HCL) one qd
MONTELUKAST SODIUM 10 MG ORAL TABS (MONTELUKAST SODIUM)
CETIRIZINE HCL 10 MG ORAL TABS (CETIRIZINE HCL)
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn

## Current Problem List Reviewed
Neck pain (ICD-723.1) (ICD10-M54.2)
Myalgia (ICD-729.1) (ICD10-M79.1)
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850

*September 20, 2017*
Page 2
Office Visit

**MICHELLE R NELSON** [redacted]
Female DOB: [redacted]

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 05/25/2017 and no changes required:09/20/2017
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

**General Comments - FH:**
FH Diabetes
FH Hypertension

## Social History:
Reviewed history from 05/25/2017 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended
**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 101 /min
**Blood Pressure:** 161/105 mm Hg

## Calculations
**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
Physical examination is unchanged. 40 minutes was spent with the patient on today's appointment. More than 50% of the time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord injury with a resulting spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



**MICHELLE R NELSON** [redacted]
Female DOB: [redacted]

shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

The following medications were removed from the medication list:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn

Her updated medication list for this problem includes:
Baclofen 10 Mg Oral Tabs (Baclofen) ..... 1 tid prn for muscle spasms
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 3:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

Spinal cord syrinx due to a puncture wound to the spinal cord during an attempted facet injection in 2008. Follow-up MRI scans have shown that the syrinx is stable. She does have residual left-sided numbness.

**Problem # 4:** Myalgia (ICD-729.1) (ICD10-M79.1)

The following medications were removed from the medication list:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn

Her updated medication list for this problem includes:
Baclofen 10 Mg Oral Tabs (Baclofen) ..... 1 tid prn for muscle spasms
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 5:** Migraine headache (ICD-346.90) (ICD10-G43.909)

The following medications were removed from the medication list:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn

Her updated medication list for this problem includes:
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Relpax Tabs (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



**MICHELLE R NELSON** [redacted]
Female/DOB: [redacted]

**Problem # 6:** Pain in left shoulder (ICD-719.41) (ICD10-M25.512)

The 2016 shoulder MRI shows minimal supraspinatus tendinitis. A shoulder cortisone injection failed to improve her pain. She has plateaued with physical therapy.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

The following medications were removed from the medication list:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn

Her updated medication list for this problem includes:
Baclofen 10 Mg Oral Tabs (Baclofen) ..... 1 tid prn for muscle spasms
Mobic 7.5 Mg Oral Tabs (Meloxicam) ..... 1 bid
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Medications Added to Medication List This Visit:**
1) Baclofen 10 Mg Oral Tabs (Baclofen) .... 1 tid prn for muscle spasms
2) Mobic 7.5 Mg Oral Tabs (Meloxicam) .... 1 bid
3) Viibryd 40 Mg Oral Tabs (Vilazodone hcl) .... 1 qd
4) Topamax 25 Mg Oral Tabs (Topiramate) .... 2 am and pm

## Prescriptions:
BACLOFEN 10 MG ORAL TABS (BACLOFEN) 1 tid prn for muscle spasms #90 x 5
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 09/20/2017
**Method used:** Electronically to
Walgreens Drug Store 10456* (retail)
725 W Baptist Road
COLORADO SPRINGS, CO 80921
Ph: (719) 219-0230
Fax: (719) 219-0236
**RxID:** 1821525906925480
Handout requested.

**Patient Instructions:**
1) I have written for a trial of Baclofen.
2) I will no longer be prescribing pain medications effective 12/31/17. The patient was provided with a list of other pain medication physicians who may be willing to assume care. The patient was encouraged to get this scheduled as soon as possible. We will send records upon a formal request.
3) She is planning on returning in October for disability paperwork completion.
4) CC Dr. Fraley

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751860

*September 20, 2017*
Page 5
Office Visit

MICHELLE R NELSON [redacted]
Female DOB: [redacted]

**Electronically signed by Katharine J Leppard MD on 09/20/2017 at 5:04 PM**

**Document Name: NELSON, MICHELLE NEURO CONSULT 7/27/17**
**Document Type: Consults**
**Provider: Burdick, Cynthia**
**Uploaded By: Barnes, Annette**
**Document Date: 08/08/2017**
**Upload Date: 08/08/2017**
**Size: 1.25 MB**

# F A X S H E E T

| | |
|---|---|
| Date: | Aug-06-2017 08:38:32 |
| To: | KATHRINE LEPPARD (CC FRALEY,MARK) |
| Subject: | Consult Notes |
| Fax Number: | 719-597-4495 |
| To Company: | |
| From Name: | Admin Asst,Nikki |
| From Company: | Colorado Springs Neuro Assoc. |
| From Facility: | Colorado Springs Neuro Assoc. |
| Support Contact: | 719-473-3272 |
| Number of Page(s): | 2 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

## Consultation Notes for MICHELLE R NELSON on 07/27/2017

History of Present Illness

General:

Mrs. Nelson is here for a medically necessary Botox appointment. The patient is a pleasant 48-year-old female who is a patient of Dr. Adams and was last seen by PA Hammon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

-Propranolol
-Relpax
-Topamax
-Gabapentin
-Ambien
-Diclofenac
-Tizanidine
-Citalopram
-Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report mild improvement but has not documented her headache days. She does report more than 50% reduction in her headache frequency and intensity.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

Assessments

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary). The patient is a pleasant 48-year-old female with history of chronic intractable migraine headaches with pain 25/30 days of the month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. She was referred for Botox injections and has seen greater and 50% improvement in headache intensity but is still having headaches frequently. She also has neck pain and is treated by Dr. Leppard in pain management. Her disability paperwork was completed, signed and handed to the patient.
2. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

**Electronically signed by APARNA KOMATINENI MD on 08/06/2017 at 08:37 PM MDT**

**Sign off status: Pending**

Colorado Springs Neuro Assoc.
2312 N. Nevada Avenue
Suite 100
Colorado Springs CO 809075307
Tel: 719-473-3272
Fax: 719-389-1191

**Patient: NELSON, MICHELLE R** **Provider: APARNA KOMATINENI, MD, MD**
**DOB:** **Date: 07/27/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Document Name: NELSON, MICHELLE ALLERGY CONSULT 8/2/17**
**Document Type: Consults**
**Provider: Burdick, Cynthia**
**Uploaded By: Barnes, Annette**
**Document Date: 08/02/2017**
**Upload Date: 08/02/2017**
**Size: 369.42 KB**

# WILLIAM STORMS ALLERGY CLINIC

1625 Medical Center Pt., Ste 190
Colorado Springs, CO 80907
Tel: 719.955.6000
Fax: 719.955.9595
www.stormsallergy.com

**William W. Storms, MD**

*Pediatric & Adult Allergy, Asthma, & Immunology*
Kathryn Blair, NP-BC Kelly Eskew, NP-BC
Carol Halle, FNP-BC Julia Mesnikoff, NP-BC Jill Smothers, NP-BC

900 Indiana Ave, Ste C
Pueblo, CO 81004
Tel: 1-866-615-3865
Pollen report: 719.955.1038
www.stormspollen.com

July 26, 2017 NELSON, Michelle **CORDERA CLINIC**

Michelle is in for first allergy shot(s). Injection staff reviewed procedural issues; sequence of titration; potential for local reactions, appropriate treatment, and importance of reporting any delayed reactions to our office. Patient was instructed to avoid exercise for 1 hour before and after injections; to skip injections if sick, having an exacerbation of asthma, or having severe allergy symptoms; to continue regular allergy medicines as instructed; and that no additional allergy medicine is needed on shot days. NP/PA/MD reviewed information about systemic reactions with patient and emphasized importance of staying in the office for 30 minutes after each injection. Any questions were answered and patient will be scheduled for followup in 4 months. Options for cluster dosing schedules were discussed.

Kelly G. Eskew, FNP-BC/WWS/hl DOB:
C: Mark Fraley, DO, F: 597-4495

Specializing in the treatment of
Nasal Allergies, Asthma, Hay Fever, Sinusitis, Hives, Food Allergies

| |
|---|
| **Document Name: NELSON, MICHELLE REHAB CONSULT 5/25/17**<br>**Document Type: Consults**<br>**Provider: Burdick, Cynthia**<br>**Uploaded By: Barnes, Annette**<br>**Document Date: 05/26/2017**<br>**Upload Date: 05/26/2017**<br>**Size: 2.02 MB** |

NELSON MICHELLE R #295107

**Medical Re on Specialists**

3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850

*May 26, 2017*
Page 1
Office Visit

**MICHELLE R NELSON**
Female DOB:

**05/25/2017 - Office Visit: Established Patient**
**Provider: Katharine J Leppard MD**
**Location of Care: Medical Rehabilitation Specialists**

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office for a medication recheck visit. She has been doing periodic Botox injections with Dr. Komatineni for her headaches. She is struggling with hot flashes. She tried a medication for her hot flashes and it only worsened her headaches. She would like a toradol injection. Her low back has been acting up as well. Her neck and shoulder pain are unchanged.

## Past Medical History:

Reviewed history from 04/07/2016 and no changes required:
- Chronic neck pain
- Spinal Cord Injury with Syrinx
- Chronic Headaches
- Migraine Headaches

## Past Surgical History:

Reviewed history from 06/26/2012 and no changes required:
- Cesarian Section 03'

## Current Medication List Reviewed

WELLBUTRIN XL 300 MG ORAL XR24H-TAB (BUPROPION HCL) one qd
MONTELUKAST SODIUM 10 MG ORAL TABS (MONTELUKAST SODIUM)
CETIRIZINE HCL 10 MG ORAL TABS (CETIRIZINE HCL)
FLECTOR 1.3 % TRANS PTCH (DICLOFENAC EPOLAMINE) apply new patch q 12 hours
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn

## Current Problem List Reviewed

Myalgia (ICD-729.1) (ICD10-M79.1)
Disturbance of skin sensation (ICD-782.0) (ICD10-R20.9)
Strain (ICD-848.9) (ICD10-T14.90)
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

MICHELLE R NELSON
Female DOB:

## Current Allergy List Reviewed

SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:

Reviewed history Last on 11/16/2016 and no changes required:05/26/2017
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

### General Comments - FH:

FH Diabetes
FH Hypertension

## Social History:

Reviewed history from 11/24/2014 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Blood Pressure:** 110/80 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

Msk:
Gait is normal. Strength and sensation are normal. Physical examination is otherwise unchanged. 40 minutes was spent with the patient on today's appointment. More than 50% of the physician's time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. She failed to respond to a shoulder cortisone injection. Her 2016 cervical MRI does not show evidence of nerve root compression and is unchanged compared to her

MICHELLE R NELSON [redacted]
Female DOB: [redacted]

prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point. Her chest x-ray is normal. She saw Dr. Hammers, he did not recommend surgery. At this point she is at a plateau with treatment.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)
DR ADMIN THERAPEUTIC INJECTION 96372 (CPT-96372)

**Problem # 2:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

Spinal cord syrinx due to a puncture wound to the spinal cord during an attempted facet injection in 2008. Follow-up MRI scans have shown that the syrinx is stable. She does have residual left-sided numbness.

**Problem # 3:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen) ..... 1-2 qd prn

**Problem # 4:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 5:** Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)

**Medications Added to Medication List This Visit:**
1) Wellbutrin Xl 300 Mg Oral Xr24h-tab (Bupropion hcl) .... One qd
2) Montelukast Sodium 10 Mg Oral Tabs (Montelukast sodium)
3) Cetirizine Hcl 10 Mg Oral Tabs (Cetirizine hcl)

**Other Orders:**
INJ KETOROLAC TROMETHAMINE 15 MG (CPT-J1885)

**Prescriptions:**
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) 1-2 qd prn #60 x 0
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 05/25/2017
Method used: Handwritten
RxID: 1811347239983890

Handout requested.

**Patient Instructions:**

1) The patient is on chronic pain medication. I do feel that these medications are indicated not only to control pain, but to maintain the patient's functional status. Pharmacy screens are clear, random drug screens show prescription medications only. A narcotic agreement is on file.
2) She will continue with periodic Botox injections for her chronic headaches with Dr. Komatineni.
3) She will return to the office here in six months, sooner if needed.
4) CC Dr. Fraley
5) CC Dr. Komatineni

**Toradol (ketorolac tromethamine) Injection**
**Strength:** 30 MG/ML
**Total Dose:** 60MG
**Volume:** 2ML
**Stop Date:** 06/01/2017
**Route:** Intramuscular
**Injection Site:** right gluteal

**Electronically signed by Katharine J Leppard MD** on **05/26/2017 at 9:20 AM**

**Document Name: NELSON, MICHELLE NEURO CONSULT 5/4/17**
**Document Type: Consults**
**Provider: Collymore, Kimberly**
**Uploaded By: Barnes, Annette**
**Document Date: 05/05/2017**
**Upload Date: 05/05/2017**
**Size: 1.74 MB**

# F A X S H E E T

| | |
|---|---|
| Date: | May-05-2017 01:41:07 |
| To: | KATHRINE LEPPARD (CC FRALEY,MARK) |
| Subject: | Consult Notes |
| Fax Number: | 719-597-4495 |
| To Company: | |
| From Name: | Processing,Peggy |
| From Company: | Colorado Springs Neuro Assoc. |
| From Facility: | Colorado Springs Neuro Assoc. |
| Support Contact: | 719-473-3272 |
| Number of Page(s): | 3 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

## Consultation Notes for MICHELLE R NELSON on 05/04/2017

### History of Present Illness

General:

Mrs. Nelson is here for a medically necessary Botox appointment. The patient is a pleasant 48-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

-Propranolol
-Relpax
-Topamax
-Gabapentin
-Ambien
-Diclofenac
-Tizanidine
-Citalopram
-Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report mild improvement but has not documented her headache days. Still she felt like she had more headache days than not.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

### Assessments

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary), The patient is a pleasant 48-year-old female with history of chronic intractable migraine headaches with pain 25/30 days of the month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. She was referred for Botox injections and has seen greater and 50% improvement in headache intensity but is still having headaches frequently. She also has neck pain and is treated by Dr. Leppard in pain management. Her disability paperwork was completed, signed and handed to the patient.
2. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

### Treatment

**1. Chronic migraine without aura, intractable, without status migrainosus**

Refill Acetaminophen/Butalbital/Caffeine capsule, 300 mg-50 mg-40 mg, 1 cap(s), orally, take 1 caps at onset of migraine, may repeat in 4 hours if needed, max dose 2 caps in 24 hour period, 30 days, 9 Capsule, Refills 2

Start Zomig spray, 2.5 mg, 2.5 mg, intranasally, take 1 spray(2.5mg) at onset of migraine, may repeat in 4 hours if needed, max dose 5mg in 24 hour period, 30 days, 9 doses, Refills 2

Botox injection

Clinical Notes: Spoke to Brent at pharmacy and he states Zomig comes in a 6 pack so ok'd to change.

**2. Others**

Refill clonazepam tablet, 0.5 mg, 1 tab(s), orally, once daily prn for muscle spasms, 30 day(s), 15, Refills 2

Clinical Notes: Called Clonazepam into listed Walgreens pharmacy and spoke to Brent.

### Procedures

Botox:

Area face and cervical . Indication headache. Dose 200 units. Procedure Consent obtained. Dilute botulinum toxin was injected via non-EMG guidance into the corrugators (10 units each) and temporalis muscles bilaterally (40units each). Hollow EMG guidance was used to guide the injections in the splenius cervicis bilaterally (10 units each) and trapezii (40 units each). Increased motor unit activity was noted in each site. Patient tolerated well, there were no complications. Patient had muscle spasms noted in her neck and back. Lot Number: 1 200 unit vial, C4442C3. Expiration Date: 09/2019.

**Electronically signed by APARNA KOMATINENI MD on 05/05/2017 at 01:40 PM MDT**

**Sign off status: Pending**

---

**Colorado Springs Neuro Assoc.**
**2312 N. Nevada Avenue**
**Suite 100**
**Colorado Springs CO 809075307**
**Tel: 719-473-3272**
**Fax: 719-390-1401**

---

**Patient: NELSON, MICHELLE R** | **Provider: APARNA KOMATINENI, MD, MD**
**DOB:** | **Date: 05/04/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Document Name: NELSON, MICHELLE R CSNA CONSULTATION 02/23/2017**
**Document Type: Consults**
**Provider: Collymore, Kimberly**
**Uploaded By: Hopkins, Christine**
**Document Date: 03/01/2017**
**Upload Date: 03/02/2017**
**Size: 1.19 MB**

## Consultation Notes for MICHELLE R NELSON on 02/23/2017

### History of Present Illness

General:

Mrs. Nelson is here for a medically necessary botox appointment. The patient is a pleasant 48-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

-Propranolol
-Relpax
-Topamax
-Gabapentin
-Ambien
-Diclofenac
-Tizanidine
-Citalopram
-Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report mild improvement but has not documented her headache days. Still she felt like she had more headache days than not.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

### Assessments

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary). The patient is a pleasant 48-year-old female with history of chronic intractable migraine headaches with pain 25/30 days of the month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. She was referred for Botox injections and has seen greater and 50% improvement in headache intensity but is still having headaches frequently. She also has neck pain and is treated by Dr. Leppard in pain management. Her disability paperwork was completed, signed and handed to the patient
2. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

### Treatment

**1. Chronic migraine without aura, intractable, without status migrainosus**

Start Acetaminophen/Butalbital/Caffeine capsule, 300 mg-50 mg-40 mg, 1 cap(s), orally, take 1 caps at onset of migraine, may repeat in 4 hours if needed, max dose 2 caps in 24 hour period, 30 days, 8 Capsule, Refills 2

### Procedures

Botox:

Area face and cervical.. Indication headache. Dose 200 units. Procedure Consent obtained. Dilute botulinum toxin was injected via non-EMG guidance into the corrugators (10 units each) and temporalis muscles bilaterally (40units each). Hollow EMG guidance was used to guide the injections in the splenius cervicis bilaterally (10 units each) and trapezii (40 units each). Increased motor unit activity was noted in each site. Patient tolerated well, there were no complications. Patient had muscle spasms noted in her neck and back. Lot Number: C4322C3. Expiration Date: 09/2019.

Electronically signed by APARNA KOMATINENI MD on 03/01/2017 at 11:30 AM MST

Sign off status: Pending

---

Colorado Springs Neuro Assoc.
2312 N. Nevada Avenue
Suite 100
Colorado Springs CO 809075307
Tel: 719-473-3272
Fax: 719-299-1404

---

Patient: NELSON, MICHELLE R
DOB:

Provider: APARNA KOMATINENI, MD, MD
Date: 02/23/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

NELSON, MICHELLE ( #205107

**Document Name: NELSON, MICHELLE R XR C SPINE 12/28/16**
**Document Type: Radiology Report**
**Provider: Collymore, Kimberly**
**Uploaded By: Quigley, Mark**
**Document Date: 12/29/2016**
**Upload Date: 12/29/2016**
**Size: 30.18 KB**

NELSON, MICHELLE ( #205107

ExpressCare Plus Radiology
2141 North Academy Circle
Colorado Springs, Colorado 80909
Phone: 597-4200
Fax: 637-0572

**PATIENT NAME:** NELSON, MICHELLE
**BIRTH DATE:**

**DATE OF EXAM:** 12/28/2016

**REFERRED BY:** COLLYMORE FNP

X-RAY NUMBER: 070878

**EXAM:** CERVICAL SPINE-5 VIEWS

**COMPARISON:**
None available.

**FINDINGS:** The vertebral body heights are maintained. There is mild disc space narrowing with endplate osteophytosis at C5-6. There is mild endplate osteophytosis at C4-5 and C6-7. There is no significant spondylolisthesis. The neural foramen are suboptimally profiled. There is obscuration of the dens and lateral masses of C1 on the odontoid view. No suspicious lytic or blastic lesion is visualized. There is no widening of the atlantodens interval. There is suggestion of diffuse bone demineralization. There is no prevertebral soft tissue swelling or other soft tissue abnormality.

**IMPRESSION:**

1. Mild degenerative disease at C4-5, C5-6, and C6-7. There is limitation of the oblique and odontoid views as above.

2. Possible osteopenia or osteoporosis. Consider bone density study to further evaluate as indicated.

Robert Schimmel, MD
This document was electronically signed by Robert Schimmel, MD on 12/29/2016

| |
|---|
| **Document Name: NELSON, MICHELLE C/S NEURO CONSULT 11/23/16**<br>**Document Type: Consults**<br>**Provider: Collymore, Kimberly**<br>**Uploaded By: Barnes, Annette**<br>**Document Date: 11/29/2016**<br>**Upload Date: 11/29/2016**<br>**Size: 1.06 MB** |

## Consultation Notes for MICHELLE R NELSON on 11/23/2016

History of Present Illness

General:

Mrs. Nelson is here for a medically necessary botox appointment. The patient is a pleasant 48-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

-Propranolol
-Relpax
-Topamax
-Gabapentin
-Ambien
-Diclofenac
-Tizanidine
-Citalopram
-Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report mild improvement but has not documented her headache days. Still she felt like she had more headache days than not.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

Assessments

1. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

Procedures

Botox:

Area face and cervical . Indication headache. Dose 200 units. Procedure Consent obtained. Dilute botulinum toxin was injected via non-EMG guidance into the corrugators (10 units each) and temporalis muscles bilaterally (40units each). Hollow EMG guidance was used to guide the injections in the splenius cervicis bilaterally (10 units each) and trapezii (40 units each). Increased motor unit activity was noted in each site. Patient tolerated well, there were no complications. Patient had muscle spasms noted in her neck and back.
Lot Number: 1 200 vial, C4210C3. Expiration Date: JUN2019.

Aparna K

Electronically signed by APARNA KOMATINENI MD on 11/23/2016 at 10:53 AM MST

Sign off status: Pending

Colorado Springs Neuro Assoc.
2312 N. Nevada Avenue
Suite 100
Colorado Springs CO 809075307
Tel: 719-473-3272

Patient: NELSON, MICHELLE R
DOB:

Provider: APARNA KOMATINENI, MD, MD
Date: 11/23/2016

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

October 10, 2017

Dr. Aparna Komatineni, MD
2312 N NEVADA AVE #100
COLORADO SPRINGS, CO 80907

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Dr. Aparna Komatineni, MD:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wells Fargo & Company's Group Disability Policy. We are writing in reference to Michelle Nelson's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 17, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

Attachments: 7608815-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.10.2017
7608815-MEDICAL-CORRESPONDENCE-09.27.2017

From: 10/05/2017 10:55 #020 P.009/011

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Patient Name: Michelle Nelson DOB: ______ Medical Record #______

Address: ___

Telephone #: ____ E-mail Address ___

I, Michelle Nelson (Patient or Legal Representative) authorize Dr. Komatineni (Name of physician / health care provider releasing records)

to disclose to:

Name: Viktoriya a Vercoko / Liberty Insurance Phone: 866-213-2937

Address: PO Box 7208, London KY, 40742-7208

Date(s) of Service: ______

Only the following specific information (check all that apply):

- ☐ Abstract
- ☐ History and Physical
- ☐ Discharge Summary
- ☐ Consultations
- ☐ Progress Notes
- ☐ ER Record
- ☐ Operative Reports
- ☐ Radiology Reports
- ☐ Laboratory Reports
- ☐ Pathology Reports
- ☐ Clinic Records
- ☐ Therapy Notes/Reports
- ☐ EKG/EEG Reports
- ☐ Cardiac Testing (Holter, Echo, Stress etc.)
- ☐ Behavioral Health/Psychiatric Care
- ☐ Immunization Records
- ☐ Billing Records
- ☐ Other ______

Or:

☐ Entire Medical Record for specified date(s) of service: From: ______ To: ______ ("Present" equals date of signature)

Or:

☑ Entire Medical Record

Information to be release by: ☑ Paper ☐ Pick Up at Facility ☑ Electronic

I understand that information disclosed pursuant to this authorization may include information relating to the following, unless specifically restricted below:

- Psychological / psychiatric conditions
- Drug and/or alcohol abuse diagnosis and/or treatment
- HIV/AIDS diagnosis and/or testing
- Sexually transmitted disease(s) diagnosis and/or testing
- Genetic testing

List any restrictions: ______

The purpose of the disclosure is: Disability paperwork

Redisclosure of information: I understand that once information is disclosed pursuant to this authorization that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), 45 C.F.R. Parts 160 and 164, protecting health information may not apply to the recipient of the information and, therefore, may not prohibit the recipient from re-disclosing it. Other laws, however, may prohibit redisclosure.

Right to Refuse to Sign this Authorization: I understand that generally the person(s) and/or organization(s) listed above who I am authorizing to use and/or disclose my information may not condition my treatment, payment, or eligibility for health care benefits on my decision to sign this authorization.

Right to Revoke: I understand that I may revoke this authorization in writing at any time except to the extent that action has been taken in reliance on it, or unless this authorization is given as a condition of obtaining health insurance coverage and the insurer has a legal right to contest the policy or a claim under the policy. To revoke this authorization, I will provide the Privacy Officer at the above listed physician/health care provider's office with a written revocation.

Right to Inspect: I understand that I have the right to inspect the health information I have authorized to be used or disclosed by this authorization form.

Right to Receive a Copy of Authorization: I understand that if I agree to sign this authorization, I must be provided with a signed copy of this form if I so request.

Expiration Date: This authorization is in effect until Dec 31, 2017 (I understand that unless I provide a written revocation at an earlier date, this authorization will expire in one year.)

Signature of Patient or Legal Representative(s): Michelle Nelson Date: 9/26/2017
(Note: If patient is a minor child, both parents may be required to sign)

Printed Name(s): ______ (If signed by other than patient) Relationship to Patient: ______

Revised 02/2012

CSNA
neurosurgery & neurology

# NELSON, MICHELLE R

**49 Y old Female, DOB:**
**Account Number: 116963**

**Home:**
**Guarantor: NELSON, MICHELLE R Insurance: KAISER PERMANENTE/HMO Payer ID: 91617**
**PCP: MARK S FRALEY, DO Referring: KATHRINE J LEPPARD, MD**
**Appointment Facility: Colorado Springs Neuro Assoc.**

**10/11/2017** **Aparna Komatineni, MD**

## Current Medications

**Taking**

- Ambien 10 mg tablet 1 tab(s) orally once a day (at bedtime)
- Relpax 40 mg tablet 1/2 tab orally 1 at HA onset, may repeat x 1 after 2H. Max 3 days out of week
- Neurontin 100 mg capsule 1-3 cap(s) orally QHS prn
- Wellbutrin XL 300 mg/24 hours tablet, extended release 1 tab(s) orally every 24 hours
- clonazepam 0.5 mg tablet 1 tab(s) orally once daily prn for muscle spasms
- Acetaminophen/Butalbital/Caffeine 300 mg-50 mg-40 mg capsule 1 cap(s) orally take 1 caps at onset of migriane, may repeat in 4 hours if needed, max dose 2 caps in 24 hour period
- Zomig 2.5 mg spray 2.5 mg intranasally take 1 spray(2.5mg) at onset of migraine, may repeat in 4 hours if needed, max dose 5mg in 24 hour period
- Topamax 25 mg tablet 1 tab(s) orally once a day
- sumatriptan 20 mg/inh spray at onset of migraines may repeat in 4 hours if needed, max dose 2 sprays (40mg) in 24 hours intranasally as directed
- Viibryd 10 mg tablet 1 tab(s) orally once a day
- baclofen 1 tablet orally 2-3 times daily
- Depacon 500mg/5ml Solution 250 mg Intravenously every 1-2 weeks prn, no more than 2 times a month, for 1 year
- Diphenhydramine 50mg/ml Solution 25 mg Intravenously every 1 to 2 weeks prn, no more than 2 times a month, for 1 year
- Ketorolac 30mg/1ml Solution 30 mg Intravenously every 1 to 2 weeks prn, no more than 2 times a month, for 1 year
- Zomig 5 mg spray 5 mg intranasally at onset of migraine, may repeat in 4 hours if needed, max dose 2 sprays (10mg) in 24 hour period, Notes: 10/2/17Lot #: MG363Exp: 6/2018

**Not-Taking**

- Cymbalta 30 mg delayed release capsule 1 capsule orally once a day

## Reason for Appointment

1. Botox/Migraine

## History of Present Illness

General:

Mrs. Nelson is here for a medically necessary Botox appointment. The patient is a pleasant 48-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

-Propranolol
-Relpax
-Topamax
-Gabapentin
-Amhien
-Diclofenac
-Tizanidine
-Citalopram
-Wellbutrin

The patient also underwent nerve blocks which did not help her.

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report a reduction in the headache intensity. She used to get them at an intensity of 10 out of 10 but currently she gets them at a 7/10. Her frequency still is almost every day.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies

- citalopram 20 mg tablet 1 tab(s) orally once a day
- rizatriptan 10 mg tablet, disintegrating 1 tab(s) orally at onset of migraine, may repeat in 4 hours if needed, max dose 2 tabs in 24 hour period.
- Medication List reviewed and reconciled with the patient

### Active Problem List

G43.019 Intractable migraine without aura and without status migrainosus
G43.719 Chronic migraine without aura, intractable, without status migrainosus
R09.81 Sinus congestion
G89.29 Other chronic pain
R41.3 Memory loss
G43.719 Intractable chronic migraine without aura and without status migrainosus
M54.5 Low back pain

### Past Medical History

Headaches.
Neck pain.

### Allergies

sulfamethoxazole: itchy: Side Effects

any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

### Vital Signs

BP sitting 122/84 mm Hg, Pulse sitting 76, Respirations 14, Wt 121.5 lbs, Height 58 inches, BMI 25.39.

### Assessments

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary), The patient is a pleasant 48-year-old female with history of chronic intractable migraine headaches with pain 25/30 days of the month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. She was referred for Botox injections and has seen greater and 50% improvement in headache intensity but is still having headaches frequently. She also has neck pain and is treated by Dr. Leppard in pain management. Her disability paperwork was completed, signed and handed to the patient.
2. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

### Procedures

Botox:

Area face and cervical .
Indication headache.
Dose 200 units.

Procedure Consent obtained. Dilute botulinum toxin was injected via non-EMG guidance into the corrugators (10 units each) and temporalis muscles bilaterally (40units each). Hollow EMG guidance was used to guide the injections in the splenius cervicis bilaterally (10 units each) and trapezii (40 units each). Increased motor unit activity was noted in each site. Patient tolerated well, there were no complications. Patient had muscle spasms noted in her neck and back.

Lot Number: 1-200 unit vial, C4674C3 (10/11/17).
Expiration Date: MAY2020.

### Procedure Codes

J0585 BOTULINUM TOXIN TYPE A PER UNIT, Units: 200.00
95874 GUIDE NERV DESTR, NEEDLE EMG
64615 CHEMODENERV MUSC MIGRAINE
A4215 NEEDLES ONLY STERILE ANY SIZE EACH.

### Follow Up

3 Months

**Electronically signed by APARNA KOMATINENI MD, MD on 10/16/2017 at 02:26 PM MDT**

**Sign off status: Pending**

**Colorado Springs Neuro Assoc.**
**2312 N. Nevada Avenue**
**Colorado Springs, CO 809075307**
**Tel: 719-473-3272**
**Fax: 719-389-1191**

**Progress Notes**

**Patient:** NELSON, MICHELLE R
**Account Number:** 116963
**DOB:** **Age:** 49 Y **Sex:** Female
**Phone:**
**Address:**
**Pcp:** MARK S FRALEY, DO

**Provider:** Apama Komatineni, MD
**Date:** 10/02/2017

**Subjective:**

**Chief Complaints:**

1. Follow Up/Migraine.

**HPI:**

General:

Michelle is here for followup appointment. Her last office followup was almost one year ago. She comes every 3 months for Botox injections for chronic migraines with significant improvement in her headache frequency and intensity by more than 60-70%. However in the month of August patient reported a worsening migraines due to barometric pressure changes. She's currently not working. Her other main complaint today is cognitive decline especially with multitasking. She also has noticed social withdrawal and she is currently on 2 antidepressants through her PCP. She tried sumatriptan nasal spray, Maxalt, Zomig as well as Frova but does need help with rescue medication since of these do not work for her. She also takes Flexeril for occasional muscle spasms. Patient also reports chronic low back pain which has been going on for the last one year. This has been gradually getting worse. It is present on a daily basis and feels like her lower back is extremely stiff. He does get worse with prolonged sitting as well as with physical activity. There is no evidence of any weakness or numbness down her legs. She denies any other new neurological symptoms as otherwise mentioned.

**Medical History:** Headaches, Neck pain.

**Medications:** Taking Ambien 10 mg tablet 1 tab(s) orally once a day (at bedtime), Taking Relpax 40 mg tablet 1/2 tab orally 1 at HA onset, may repeat x 1 after 2H. Max 3 days out of week, Taking Neurontin 100 mg capsule 1-3 cap(s) orally QHS pm, Taking Wellbutrin XL 300 mg/24 hours tablet, extended release 1 tab(s) orally every 24 hours, Taking clonazepam 0.5 mg tablet 1 tab(s) orally once daily pm for muscle spasms, Taking Acetaminophen/Butalbital/Caffeine 300 mg-50 mg-40 mg capsule 1 cap(s) orally take 1 caps at onset of migriane, may repeat in 4 hours if needed, max dose 2 caps in 24 hour period, Taking Zomig 2.5 mg spray 2.5 mg intranasally take 1 spray(2.5mg) at onset of migraine, may repeat in 4 hours if needed, max dose 5mg in 24 hour period, Taking Topamax 25 mg tablet 1 tab (s) orally once a day, Taking sumatriptan 20 mg/inh spray at onset of migraines may repeat in 4 hours if needed, max dose 2 sprays (40mg) in 24 hours intranasally as directed, Taking Viibryd 10 mg tablet 1 tab(s) orally once a day, Taking baclofen 1 tablet orally 2-3 times daily, Not-Taking Cymbalta 30 mg delayed release capsule 1 capsule orally once a day, Not-Taking citalopram 20 mg tablet 1 tab(s) orally once a day, Not-Taking rizatriptan 10 mg tablet, disintegrating 1 tab(s) orally at onset of migraine, may repeat in 4 hours if needed, max dose 2 tabs in 24 hour period., Medication List reviewed and reconciled with the patient

**Allergies:** sulfamethoxazole: itchy: Side Effects.

**Objective:**

**Vitals:** BP sitting 124/82 mm Hg, Pulse sitting 76, Respirations 12, Wt 123 lbs, Height 58 inches, BMI 25.70.

**Examination:**

Current Medications Not Documented:
Patient Reason
Medication(s) name, dose and frequency unknown to patient *Yes*
Neurological:
Cortical Functions : normal.
Cranial Nerves : 1 - Not Tested, II - Pupils 4mms reacting briskly to 2 mms, No afferent pupil defect, III , IV, VI - EOM were full with normal pursuit and saccade, No ptosis or nystagmus, V - Motor V intact, Pinprick, light touch intact in all three divisons, VII - No asymmetry or weakness, VIII - Actuity intact to finger rub bilaterally, IX , X- Palate rose in midile, XI - Sternocleidomastoid, trapezius strength intact, XII - Tongue protruded midline w/o atrophy or fasciculations.
Motor Strength : V/ V bilaterally, no drift, no cogwheeling.
Sensory : normal bilateral LE.
Reflexes : bilaterally symmetrical, babinski absent.
Plantars: downgoing bilaterally.
Cerebellar Signs: absent.
Tremors : absent.
Coordination : finger-to-nose and rapid alternating movements were intact, no ataxia.
Gait and Station : Within normal limits, Romberg was negative.
Speech : normal.
General:
General pleasant, in NAD.
Eyes normal lids and conjunctivae, pupils reactive.
ENT ear and nose appearance normal, normal hearing.
Neck nontender to palpation, no masses.
Back nontender to palpation.
Respiratory clear to auscultation, good effort.
Cardiovascular normal auscultation, no pedal edema.
Abdomen soft and nontender, no hernias.
Musculoskeletal normal tone, no atrophy, no cyanosis or clubbing.
Lymphatic no cervical or axillary lymphadenopathy.
Skin no rashes, no nodules.

Assessment:

Assessment:
1. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary), The patient is a pleasant 49-year-old female with history of chronic migraines with intractable migraines with significant improvement to Botox injections. I did reassure her that sometimes the migraines do breakthrough with severe changes in the barometric pressure. I have given her samples to try Zomig nasal spray and have also put in an order for IV infusions for her acute migraines in case the oral medications do not work.
2. Low back pain - M54.5, Patient has been suffering from chronic low back pain which has been getting worse with physical activity. I would like to rule out lumbar spinal stenosis and have ordered an MRI of the lumbar spine. She does not have any weakness or any myelopathy to be concerned about at this point.
3. Other chronic pain - G89.29
4. Memory loss - R41.3, Patient does complain of memory loss which is consistent with cognitive decline in this of chronic pain as well as depression. I have reassured her regarding the same and have also explained to her why she does not need any medications like Namenda or Aricept at this point.
I spent a total of 30 min. with the patient and more than 20 min. were spent in counseling her regarding the differential diagnosis of the above as well as addressing each of her specific problems in detail to her satisfaction.

**Plan:**

**1. Intractable chronic migraine without aura and without status migrainosus**
Start Depacon Solution, 500mg/5ml, 250 mg, Intravenously, every 1-2 weeks prn, no more than 2 times a month, for 1 year ; Start Diphenhydramine Solution, 50mg/ml, 25 mg, Intravenously, every 1 to 2 weeks prn, no more than 2 times a month, for 1 year ; Start Ketorolac Solution, 30mg/1ml, 30 mg, Intravenously, every 1 to 2 weeks prn, no more than 2 times a month, for 1 year ; Samples Zomig spray, 5 mg, 5 mg, intranasally, at onset of migraine, may repeat in 4 hours if needed, max dose 2 sprays (10mg) in 24 hour period, 3 Box, Notes: 10/2/17 Lot #: MG363 Exp: 6/2018 .
Clinical Notes: Faxed infusion orders to CSNA infusion per v/o Dr. K.

**2. Low back pain**
Imaging: MRI Spine Lumbar w/o Contrast

**Preventive:**
Counseling:
Diet:
Follow up plan: Patient advised to pursue BMI management with a general practitioner? *Yes*
*Patient is aware of diet and excercise recommendations*
Injury prevention: Fall prevention education given.
Exercise: Patient counseled on appropriate range of motion and activity.

**Follow Up:** 3 Months

**Provider:** Aparna Komatineni, MD
**Patient:** NELSON, MICHELLE R **DOB:** **Date:** 10/02/2017

Aparna K.

**Electronically signed by APARNA KOMATINENI MD, MD on 10/11/2017 at 02:47 PM MDT**
**Sign off status: Completed**

**Addendum:**
10/11/2017 02:48 PM KOMATINENI, APARNA > The patient was seen here today for her next Botox injection. She requested to make a correction in the headache frequency and intensity. She reports that the frequency has been still the same but the intensity has reduced from 10 out of 10 on a pain scale to 6-7/10 on a pain scale. The addendum was made on 10/11/2017 at 2:40 PM

**Patient:** NELSON, MICHELLE R
**Account Number:** 116963
**DOB:** **Age:** 48 Y **Sex:** Female
**Phone:**
**Address:**
**Pcp:** MARK S FRALEY, DO

**Provider:** Apama Komatineni, MD
**Date:** 07/27/2017

**Subjective:**

**Chief Complaints:**
1. Botox/Migraine.

**HPI:**

General:

Mrs. Nelson is here for a medically necessary Botox appointment. The patient is a pleasant 48-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

-Propranolol
-Relpax
-Topamax
-Gabapentin
-Ambien
-Diclofenac
-Tizanidine
-Citalopram
-Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report mild improvement but has not documented her headache days. She does report more than 50% reduction in her headache frequency and intensity.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

**Medical History:** Headaches, Neck pain.

**Medications:** Taking Ambien 10 mg tablet 1 tab(s) orally once a day (at bedtime), Taking Relpax 40 mg tablet 1/2 tab orally 1 at HA onset, may repeat x 1 after 2H. Max 3 days out of week, Taking

Neurontin 100 mg capsule 1-3 cap(s) orally QHS prn, Taking Wellbutrin XL 300 mg/24 hours tablet, extended release 1 tab(s) orally every 24 hours, Taking clonazepam 0.5 mg tablet 1 tab(s) orally once daily prn for muscle spasms, Taking Acetaminophen/Butalbital/Caffeine 300 mg-50 mg-40 mg capsule 1 cap(s) orally take 1 caps at onset of migriane, may repeat in 4 hours if needed, max dose 2 caps in 24 hour period, Taking Zomig 2.5 mg spray 2.5 mg intranasally take 1 spray(2.5mg) at onset of migraine, may repeat in 4 hours if needed, max dose 5mg in 24 hour period, Taking Topamax 25 mg tablet 1 tab (s) orally once a day, Taking sumatriptan 20 mg/inh spray at onset of migraines may repeat in 4 hours if needed, max dose 2 sprays (40mg) in 24 hours intranasally as directed, Taking Viibryd 10 mg tablet 1 tab(s) orally once a day, Not-Taking Cymbalta 30 mg delayed release capsule 1 capsule orally once a day, Not-Taking citalopram 20 mg tablet 1 tab(s) orally once a day, Not-Taking rizatriptan 10 mg tablet, disintegrating 1 tab(s) orally at onset of migraine, may repeat in 4 hours if needed, max dose 2 tabs in 24 hour period., Medication List reviewed and reconciled with the patient

**Allergies:** sulfamethoxazole: itchy: Side Effects.

**Objective:**

**Vitals:** BP sitting 112/68 mm Hg, Pulse sitting 76, Respirations 16, Wt 116 lbs, Height 58 inches, BMI 24.24.

**Assessment:**

**Assessment:**

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary), The patient is a pleasant 48-year-old female with history of chronic intractable migraine headaches with pain 25/30 days of the month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. She was referred for Botox injections and has seen greater and 50% improvement in headache intensity but is still having headaches frequently. She also has neck pain and is treated by Dr. Leppard in pain management. Her disability paperwork was completed, signed and handed to the patient.
2. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

**Plan:**

**Procedures:**

Botox:

Area face and cervical .

Indication headache.

Dose 200 units.

Procedure Consent obtained. Dilute botulinum toxin was injected via non-EMG guidance into the corrugators (10 units each) and temporalis muscles bilaterally (40units each). Hollow EMG guidance was used to guide the injections in the splenius cervicis bilaterally (10 units each) and trapezii (40 units each). Increased motor unit activity was noted in each site. Patient tolerated well, there were no complications. Patient had muscle spasms noted in her neck and back.

Lot Number: 1 200 unit vial, C4555C3.

Expiration Date: MAR2020.

**Procedure Codes:** J0585 BOTULINUM TOXIN TYPE A PER UNIT, Units: 200.00 , 95874 GUIDE NERV DESTR, NEEDLE EMG, 64615 CHEMODENERV MUSC MIGRAINE, A4215 NEEDLES ONLY STERILE ANY SIZE EACH.

**Follow Up:** 3 Months

**Provider:** Apama Komatineni, MD

**Patient:** NELSON, MICHELLE R **DOB:** **Date:** 07/27/2017



**Electronically signed by APARNA KOMATINENI MD, MD on 08/28/2017 at 10:53 AM MDT**
**Sign off status: Completed**

**Addendum:**
10/11/2017 02:39 PM KOMATINENI, APARNA > The patient today mentions to me that would like a correction in the history: She reports reduction in the intensity but has had continued to have more headaches. 10/11/17. 2:39 pm

**Patient:** NELSON, MICHELLE R
**Account Number:** 116963
**DOB:** **Age:** 48 Y **Sex:** Female
**Phone:**
**Address:**
**Pcp:** MARK S FRALEY, DO

**Provider:** Apama Komatineni, MD
**Date:** 05/04/2017

---

**Subjective:**

**Chief Complaints:**

1. Botox/Migraines.

**HPI:**

General:

Mrs. Nelson is here for a medically necessary Botox appointment. The patient is a pleasant 48-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

-Propranolol
-Relpax
-Topamax
-Gabapentin
-Ambien
-Diclofenac
-Tizanidine
-Citalopram
-Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report mild improvement but has not documented her headache days. Still she felt like she had more headache days than not.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

**Medical History:** Headaches, Neck pain.

**Medications:** Taking Ambien 10 mg tablet 1 tab(s) orally once a day (at bedtime), Taking Relpax 40 mg tablet 1/2 tab orally 1 at HA onset, may repeat x 1 after 2H. Max 3 days out of week, Taking

Neurontin 100 mg capsule 1-3 cap(s) orally QHS pm, Taking Wellbutrin XL 300 mg/24 hours tablet, extended release 1 tab(s) orally every 24 hours, Taking clonazepam 0.5 mg tablet 1 tab(s) orally once daily pm for muscle spasms, Taking Cymbalta 30 mg delayed release capsule 1 capsule orally once a day, Not-Taking citalopram 20 mg tablet 1 tab(s) orally once a day, Not-Taking Acetaminophen/Butalbital/Caffeine 300 mg-50 mg-40 mg capsule 1 cap(s) orally take 1 caps at onset of migriane, may repeat in 4 hours if needed, max dose 2 caps in 24 hour period, Not-Taking rizatriptan 10 mg tablet, disintegrating 1 tab(s) orally at onset of migraine, may repeat in 4 hours if needed, max dose 2 tabs in 24 hour period., Medication List reviewed and reconciled with the patient

**Allergies:** sulfamethoxazole: itchy: Side Effects.

**Objective:**

**Vitals:** BP sitting 104/72 mm Hg, Pulse sitting 84, Respirations 14, Wt 119 lbs, Height 58 inches, BMI 24.87.

**Assessment:**

**Assessment:**

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary), The patient is a pleasant 48-year-old female with history of chronic intractable migraine headaches with pain 25/30 days of the month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. She was referred for Botox injections and has seen greater and 50% improvement in headache intensity but is still having headaches frequently. She also has neck pain and is treated by Dr. Leppard in pain management. Her disability paperwork was completed, signed and handed to the patient.
2. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

**Plan:**

**1. Chronic migraine without aura, intractable, without status migrainosus**

Refill Acetaminophen/Butalbital/Caffeine capsule, 300 mg-50 mg-40 mg, 1 cap(s), orally, take 1 caps at onset of migriane, may repeat in 4 hours if needed, max dose 2 caps in 24 hour period, 30 days, 9 Capsule, Refills 2 ; Start Zomig spray, 2.5 mg, 2.5 mg, intranasally, take 1 spray(2.5mg) at onset of migraine, may repeat in 4 hours if needed, max dose 5mg in 24 hour period, 30 days, 9 doses, Refills 2 .

Procedure: Botox injection

Clinical Notes: Spoke to Brent at pharmacy and he states Zomig comes in a 6 pack so ok'd to change.

**2. Others**

Refill clonazepam tablet, 0.5 mg, 1 tab(s), orally, once daily pm for muscle spasms, 30 day(s), 15, Refills 2 .

Clinical Notes: Called Clonazepam into listed Walgreens pharmacy and spoke to Brent.

**Procedures:**

Botox:

Area face and cervical .

Indication headache.

Dose 200 units.

Procedure Consent obtained. Dilute botulinum toxin was injected via non-EMG guidance into the corrugators (10 units each) and temporalis muscles bilaterally (40units each). Hollow EMG guidance was used to guide the injections in the splenius cervicis bilaterally (10 units each) and trapezii (40 units each). Increased motor unit activity was noted in each site. Patient tolerated well, there were no complications. Patient had muscle spasms noted in her neck and back.

Lot Number: 1 200 unit vial, C4442C3.

Expiration Date: 09/2019.

**Procedure Codes:** J0585 BOTULINUM TOXIN TYPE A PER UNIT, Units: 200.00 , 95874 GUIDE NERV DESTR, NEEDLE EMG, 64615 CHEMODENERV MUSC MIGRAINE, A4215 NEEDLES ONLY STERILE ANY SIZE EACH.

**Follow Up:** 3 Months

**Provider:** Aparna Komatineni, MD
**Patient:** NELSON, MICHELLE R **DOB:** **Date:** 05/04/2017



**Electronically signed by APARNA KOMATINENI MD, MD on 07/13/2017 at 12:12 PM MDT**
**Sign off status: Completed**

**Patient:** NELSON, MICHELLE R
**Account Number:** 116963
**DOB:** **Age:** 48 Y **Sex:** Female
**Phone:**
**Address:**
**Pcp:** MARK S FRALEY, DO

**Provider:** Aparna Komatineni, MD
**Date:** 02/23/2017

**Subjective:**

**Chief Complaints:**
1. Botox/Migraines.

**HPI:**

General:

Mrs. Nelson is here for a medically necessary botox appointment. The patient is a pleasant 48-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

-Propranolol
-Relpax
-Topamax
-Gabapentin
-Ambien
-Diclofenac
-Tizanidine
-Citalopram
-Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report mild improvement but has not documented her headache days. Still she felt like she had more headache days than not.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

**Medical History:** Headaches, Neck pain.

**Medications:** Taking Ambien 10 mg tablet 1 tab(s) orally once a day (at bedtime), Taking citalopram 20 mg tablet 1 tab(s) orally once a day, Taking Relpax 40 mg tablet 1/2 tab orally 1 at HA onset, may

repeat x 1 after 2H. Max 3 days out of week, Taking Neurontin 100 mg capsule 1-3 cap(s) orally QHS prn, Taking Wellbutrin XL 300 mg/24 hours tablet, extended release 1 tab(s) orally every 24 hours, Taking clonazepam 0.5 mg tablet 1 tab(s) orally once daily prn for muscle spasms, Medication List reviewed and reconciled with the patient

**Allergies:** sulfamethoxazole: itchy: Side Effects.

**Objective:**

**Vitals:** BP sitting 110/74 mm Hg, Pulse sitting 76, Respirations 14, Wt 114 lbs, Height 58 inches, BMI 23.82.

**Assessment:**

**Assessment:**
1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary), The patient is a pleasant 48-year-old female with history of chronic intractable migraine headaches with pain 25/30 days of the month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. She was referred for Botox injections and has seen greater and 50% improvement in headache intensity but is still having headaches frequently. She also has neck pain and is treated by Dr. Leppard in pain management. Her disability paperwork was completed, signed and handed to the patient
2. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

**Plan:**

**1. Chronic migraine without aura, intractable, without status migrainosus**
Start Acetaminophen/Butalbital/Caffeine capsule, 300 mg-50 mg-40 mg, 1 cap(s), orally, take 1 caps at onset of migriane, may repeat in 4 hours if needed, max dose 2 caps in 24 hour period, 30 days, 9 Capsule, Refills 2 .

**Procedures:**

<u>Botox</u>:

Area face and cervical .

Indication headache.

Dose 200 units.

Procedure Consent obtained. Dilute botulinum toxin was injected via non-EMG guidance into the corrugators (10 units each) and temporalis muscles bilaterally (40units each). Hollow EMG guidance was used to guide the injections in the splenius cervicis bilaterally (10 units each) and trapezii (40 units each). Increased motor unit activity was noted in each site. Patient tolerated well, there were no complications. Patient had muscle spasms noted in her neck and back.

Lot Number: C4322C3.

Expiration Date: 09/2019.

**Procedure Codes:** J0585 BOTULINUM TOXIN TYPE A PER UNIT, 95874 GUIDE NERV DESTR, NEEDLE EMG, 64615 CHEMODENERV MUSC MIGRAINE, A4215 NEEDLES ONLY STERILE ANY SIZE EACH.

**Follow Up:** 3 Months

**Provider:** Aparna Komatineni, MD
**Patient:** NELSON, MICHELLE R **DOB:** **Date:** 02/23/2017

**Electronically signed by APARNA KOMATINENI MD, MD on 03/18/2017 at 08:47 AM MDT**
**Sign off status: Completed**

**Patient:** NELSON, MICHELLE R
**Account Number:** 116963
**DOB:** **Age:** 48 Y **Sex:** Female
**Phone:**
**Address:**
**Pcp:** MARK S FRALEY, DO

**Provider:** Aparna Komatineni, MD
**Date:** 11/23/2016

**Subjective:**

**Chief Complaints:**

1. Botox/Migraines.

**HPI:**

General:

Mrs. Nelson is here for a medically necessary botox appointment. The patient is a pleasant 48-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

-Propranolol
-Relpax
-Topamax
-Gabapentin
-Ambien
-Diclofenac
-Tizanidine
-Citalopram
-Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report mild improvement but has not documented her headache days. Still she felt like she had more headache days than not.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

**Medical History:** Headaches, Neck pain.

**Medications:** Taking Ambien 10 mg tablet 1 tab(s) orally once a day (at bedtime), Taking citalopram 20 mg tablet 1 tab(s) orally once a day, Taking Relpax 40 mg tablet 1/2 tab orally 1 at HA onset, may

repeat x 1 after 2H. Max 3 days out of week, Taking Neurontin 100 mg capsule 1-3 cap(s) orally QHS prn, Taking Wellbutrin XL 300 mg/24 hours tablet, extended release 1 tab(s) orally every 24 hours, Taking clonazepam 0.5 mg tablet 1 tab(s) orally once daily prn for muscle spasms, Medication List reviewed and reconciled with the patient

**Allergies:** sulfamethoxazole: itchy: Side Effects.

**Objective:**

**Vitals:** BP sitting 108/64 mm Hg, Pulse sitting 78, Respirations 16, Wt 110 lbs, Height 58 inches, BMI 22.99.

**Assessment:**

**Assessment:**

1. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

**Plan:**

**Procedures:**

Botox:

Area face and cervical .

Indication headache.

Dose 200 units.

Procedure Consent obtained. Dilute botulinum toxin was injected via non-EMG guidance into the corrugators (10 units each) and temporalis muscles bilaterally (40units each). Hollow EMG guidance was used to guide the injections in the splenius cervicis bilaterally (10 units each) and trapezii (40 units each). Increased motor unit activity was noted in each site. Patient tolerated well, there were no complications. Patient had muscle spasms noted in her neck and back.

Lot Number: 1 200 vial, C4210C3.

Expiration Date: JUN2019.

**Procedure Codes:** J0585 BOTULINUM TOXIN TYPE A PER UNIT, 95874 GUIDE NERV DESTR, NEEDLE EMG, 64615 CHEMODENERV MUSC MIGRAINE, A4215 NEEDLES ONLY STERILE ANY SIZE EACH.

**Follow Up:** 3 Months

**Provider:** Aparna Komatineni, MD
**Patient:** NELSON, MICHELLE R **DOB:** **Date:** 11/23/2016

Aparna K.

**Electronically signed by APARNA KOMATINENI MD, MD on 03/18/2017 at 08:33 AM MDT**
**Sign off status: Completed**

**Account Number:** 116963
**DOB:** **Age:** 47 Y **Sex:** Female **Date:** 09/08/2016
**Phone:**
**Address:**
**Pcp:** MARK S FRALEY, DO

**Subjective:**

**Chief Complaints:**

1. 2 week follow up - Migraines/botox/paperwork.

**HPI:**

General:

Michelle is here today for a follow-up appointment. She is a pleasant 48-year-old female with a 10 year history of chronic intractable migraine headaches. She has global pain which is pounding with an intensity of 8/10, worse with physical activity and hormonal changes. When she was seen in June, 2 weeks before she had a headache which was 10/10 in intensity. She has associated attention and concentration problems as well as occasional slurring of words. She has at least 20/30 days of headache pain per month. She also has occasional episodes of pain radiating from the neck to her left arm but denies any numbness or tingling. Her neck pain gets worse with physical activity as well.

She's tried and failed propranolol, Relpax, Topamax, gabapentin, Ambien, diclofenac, tizanidine, citalopram and we'll prevention. She was referred for Botox injections and has had them twice with least 50% reduction in headache intensity. She had an MRI of the cervical spine which shows stable anterior cord syrinx at C1 and degenerative disc disease. When she was seen in June she was still having left arm pain which radiates to her left shoulder and neck. She was referred to neurosurgeon Dr. Hammers for consultation about the syrinx and cervical radicular symptoms. She saw Dr. Hammers on July 25 he was uncertain of the etiology of her left upper extremity pain. There is some cervical spondylosis but it is not severe. He opted for conservative management. She had an EMG in the past was advised to provide the results. She states that it was normal.

She is here today for disability paperwork because she is currently on short term disability and is applying for long-term disability. She states that she has 5 or 6 pain free days per month, so she is having approximately 25/30 days of headache pain per month, although it is less intense. She had epidural steroid injections in the cervical spine about 5 years ago which was unsuccessful. She does see Dr. Leopard in pain management for trigger point injections and was referred for physical therapy. She feels that she went back to work she would miss several days per month.

**ROS:**

General:

no Fever. no Fatigue. no Loss of appetite. no Significant weight loss. no Weight gain.

Dermatology:

no Itching. no Redness. no Lumps. no Rash. no Skin cancer.

Endocrinology:

no Excessive sweating. no Excessive thirst. no Temperature intolerance. no Lactation.

Neurology:

Headache yes. Memory Problems yes. no Tremors. no Balance difficulty. no Numbness. no Weakness. no Speech problems. no Dizziness. no Seizures.

Ophthalmology:

no Vision loss. no Blurring of vision. no Double vision.

Hematology:

no History of transfusion. no Easy bruising.

ENT-Respiratory:

no Hearing loss. no Ringing in ears. no Shortness of breath. no Sleep apnea. no Cold and cough.

no Change in voice. no Difficulty swallowing.

Cardiology:

no Chest pain. no Palpitations/irregular heartbeat. no Leg swelling. no History of heart attack. no Atrial fibrillation.

Musculoskeletal:

Joint pain yes. Joint swelling yes. Joint stiffness yes. Muscle aches yes.

Gastroenterology:

no Abdominal pain. no Heartburn. no Nausea. no Vomiting. no Blood in stool.

Psychology:

no Anxiety. no Depression. no Sleep disturbances. no Hyperactivity. no Attention Deficit.

Genitourinary:

no Difficulty urinating. no Urinary urgency. no Increased urinary frequency. no Urinary incontinence.

**Medical History:** Headaches, Neck pain.

**Surgical History:** cesarean section , hysterectomy .

**Family History:** Father: alive 68 yrs, diagnosed with Healthy Mother: alive 68 yrs, diagnosed with Healthy
She denies any FH of disease.

**Social History:**

No Alcohol Use .
Marital Status: yes, married.
No Drugs.
Occupation: underwriter.
No Tobacco Use Status: Never smoked .
Working: Yes, She works as an underwriter.

**Medications:** Taking Ambien 10 mg tablet 1 tab(s) once a day (at bedtime), Taking citalopram 20 mg tablet 1 tab(s) once a day, Taking Relpax 40 mg tablet 1/2 tab 1 at HA onset, may repeat x 1 after 2H. Max 3 days out of week, Taking Neurontin 100 mg capsule 1-3 cap(s) QHS prn, Taking Wellbutrin XL 300 mg/24 hours tablet, extended release 1 tab(s) every 24 hours, Taking clonazepam 0.5 mg tablet 1 tab(s) once daily prn for muscle spasms, Medication List reviewed and reconciled with the patient

**Allergies:** sulfamethoxazole: itchy: Side Effects.

**Objective:**

**Vitals:** BP sitting 104/68 mm Hg, Pulse sitting 68, Respirations 16, Wt 110 lbs, Height 58 inches, BMI 22.99.

**Examination:**

General:

General pleasant, in NAD.
Eyes normal lids and conjunctivae.
ENT ear and nose appearance normal, normal hearing.
Neck tightness and tenderness across neck and shoulders.

Neurologic exam:

Mental status: The patient was alert, oriented and attentive with normal concentration, memory and speech. Fund of knowledge was appropriate.

Cranial nerves: 2-12 are intact.

Motor: Fine finger movements were intact. There was no fix or drift. Muscle tone and bulk were normal. There were no abnormal involuntary movements. Muscle strength testing revealed power of

five out of five.

Sensory: vibration and position sense was intact.
Coordination: Finger to nose testing normal
Reflexes: Stretch reflexes were 2+ and symmetric.
Gait: Gait is normal.

**Assessment:**

**Assessment:**

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary), The patient is a pleasant 47-year-old female with history of chronic intractable migraine headaches with pain 25/30 days of the month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. She was referred for Botox injections and has seen greater and 50% improvement in headache intensity but is still having headaches frequently. She also has neck pain and is treated by Dr. Leppard in pain management. Her disability paperwork was completed, signed and handed to the patient

**Plan:**

**Follow Up:** 2 Months

**Provider:** Linnea C. Hughes, PA-C
**Patient:** NELSON, MICHELLE R **DOB:** **Date:** 09/08/2016

**Electronically signed by LINNEA HUGHES PA-C, PA-C on 09/19/2016 at 02:23 PM MDT**
**Sign off status: Completed**

**Patient:** NELSON, MICHELLE R
**Account Number:** 116963
**DOB:** **Age:** 47 Y **Sex:** Female
**Phone:**
**Address:**
**Pcp:** MARK S FRALEY, DO

**Provider:** Aparna Komatineni, MD
**Date:** 08/25/2016

---

**Subjective:**

**Chief Complaints:**

1. Botox Migraines.

**HPI:**

General:

Mrs. Nelson is here for a medically necessary botox appointment. The patient is a pleasant 47-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10 out of 10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days in a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

Propranolol
Relpax
Topamax
Gabapentin
Ambien
Diclofenac
Tizanidine
Citalopram
Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report mild improvement but has not documented her headache days. Still she felt like she had more headache days than not.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

**Medical History:** Headaches, Neck pain.

**Medications:** Taking Ambien 10 mg tablet 1 tab(s) orally once a day (at bedtime), Taking citalopram 20 mg tablet 1 tab(s) orally once a day, Taking Relpax 40 mg tablet 1/2 tab orally 1 at HA onset, may

repeat x 1 after 2H. Max 3 days out of week, Taking Neurontin 100 mg capsule 1-3 cap(s) orally QHS prn, Taking clonazepam 1 mg tablet 1 tab(s) orally once daily prn, Taking Wellbutrin XL 300 mg/24 hours tablet, extended release 1 tab(s) orally every 24 hours, Medication List reviewed and reconciled with the patient

**Allergies:** sulfamethoxazole: itchy: Side Effects.

**Objective:**

**Vitals:** BP sitting 108/70 mm Hg, Pulse sitting 70, Respirations 16, Wt 110 lbs, Height 58 inches, BMI 22.99.

**Assessment:**

**Assessment:**
1. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

**Plan:**

**1. Others**
Refill clonazepam tablet, 0.5 mg, 1 tab(s), orally, once daily prn for muscle spasms, 30 day(s), 15, Refills 2 .
Clinical Notes: Called prescription into the Walgreens pharmacy listed, spoke to Kaleb.

**Procedures:**
Botox:
Area face and cervical .
Indication headache.
Dose 200 units.
Procedure Consent obtained. Dilute botulinum toxin was injected via non-EMG guidance into the corrugators (10 units each) and temporalis muscles bilaterally (40units each). Hollow EMG guidance was used to guide the injections in the splenius cervicis bilaterally (10 units each) and trapezii (40 units each). Increased motor unit activity was noted in each site. Patient tolerated well, there were no complications. Patient had muscle spasms noted in her neck and back.
Lot Number: C4145C3.
Expiration Date: April 2019.

**Procedure Codes:** J0585 BOTULINUM TOXIN TYPE A PER UNIT, 95874 GUIDE NERV DESTR, NEEDLE EMG, 64615 CHEMODENERV MUSC MIGRAINE, A4215 NEEDLES ONLY STERILE ANY SIZE EACH.

**Follow Up:** 3 Months

**Provider:** Aparna Komatineni, MD
**Patient:** NELSON, MICHELLE R **DOB:** **Date:** 08/25/2016

Aparna K.

**Electronically signed by APARNA KOMATINENI MD, MD on 03/18/2017 at 08:20 AM MDT**

**Sign off status: Completed**

**Progress Notes**

**Patient:** NELSON, MICHELLE R
**Account Number:** 116963
**DOB:** **Age:** 47 Y **Sex:** Female
**Phone:**
**Address:**
**Pcp:** MARK S FRALEY, DO

**Provider:** Ronald L Hammers, MD
**Date:** 07/25/2016

**Subjective:**

**Chief Complaints:**

1. Syrinx of spinal cord.

**HPI:**

back pain:

Michelle is a 47-year-old female who is referred to me by Dr. Komatineni. She is here for further evaluation of her cervical spine.

The patient is seen in neurology and pain management clinic on a regular basis and has a chronic history of migraine headache. Current headaches developed after an MVC which was approximately 12 years ago. In conjunction with the headache she has also had a relatively chronic history of neck pain. She had some type of cervical injection in approximately 2008. She says that this injection resulted in some type of needle in the intrathecal space causing the known syrinx.

She additionally complains of left-sided pain since January 2016. This symptom came on unprecipitated. Her husband provides a majority of the history because he says sometimes she gets "foggy" because of pain medications. She currently has pain in the left suprascapular region which variably radiates into the arm, forearm and entire hand. A distinct dermatome cannot be elicited. Additionally, he believes she still has pain from the cervical needle incident in 2008.

Most recently, for the neck and left-sided symptoms, she has been treated with physical therapy, NSAIDs, narcotics, muscle relaxants, cervical enteral steroid injection, trigger point injection, Neurontin. None of these have provided any significant benefit.

She does not report any obvious dysfunction of the upper or lower extremities suggestive of myelopathy.

**ROS:**

General:

no Fever. no Fatigue. no Loss of appetite. no Significant weight loss. no Weight gain.

Dermatology:

no Itching. no Redness. no Lumps. no Rash. no Skin cancer.

Endocrinology:

no Excessive sweating. no Excessive thirst. no Temperature intolerance. no Lactation.

Neurology:

Headache yes. Memory Problems yes. no Tremors. no Balance difficulty. no Numbness. no Weakness. no Speech problems. no Dizziness. no Seizures.

Ophthalmology:

no Vision loss. no Blurring of vision. no Double vision.

Hematology:

no History of transfusion. no Easy bruising.

ENT-Respiratory:

no Hearing loss. no Ringing in ears. no Shortness of breath. no Sleep apnea. no Cold and cough. no Change in voice. no Difficulty swallowing.

Cardiology:

no Chest pain. no Palpitations/irregular heartbeat. no Leg swelling. no History of heart attack. no Atrial fibrillation.

Musculoskeletal:

Joint pain yes. Joint swelling yes. Joint stiffness yes. Muscle aches yes.

Gastroenterology:

no Abdominal pain. no Heartburn. no Nausea. no Vomiting. no Blood in stool.

Psychology:

no Anxiety. no Depression. no Sleep disturbances. no Hyperactivity. no Attention Deficit.

Genitourinary:

no Difficulty urinating. no Urinary urgency. no Increased urinary frequency. no Urinary incontinence.

**Medical History:** Headaches, Neck pain.

**Surgical History:** cesarean section , hysterectomy .

**Family History:** Father: alive 68 yrs, diagnosed with Healthy Mother: alive 68 yrs, diagnosed with Healthy
She denies any FH of disease.

**Social History:**

No Alcohol Use .
Marital Status: yes, married.
No Drugs.
Occupation: underwriter.
No Tobacco Use
Status *Never smoked*
Working: Yes, She works as an underwriter.

**Medications:** Taking Ambien 10 mg tablet 1 tab(s) once a day (at bedtime), Taking citalopram 20 mg tablet 1 tab(s) once a day, Taking Relpax 40 mg tablet 1/2 tab 1 at HA onset, may repeat x 1 after 2H. Max 3 days out of week, Taking Neurontin 100 mg capsule 1-3 cap(s) QHS prn, Taking clonazepam 1 mg tablet 1 tab(s) once daily prn, Taking Wellbutrin XL 300 mg/24 hours tablet, extended release 1 tab (s) every 24 hours, Medication List reviewed and reconciled with the patient

**Allergies:** sulfamethoxazole: itchy: Side Effects.

**Objective:**

**Vitals:** BP sitting 100/68 mm Hg, Pulse sitting 68, Respirations 15, Wt 110 lbs, Height 58 inches, BMI 22.99.

**Physical Examination:**

Constitutional:

Vitals as written above..
General appearance Appears well, well-groomed, NAD..

Cardiovascular:

Carotid arteries normal pulse bilaterally with no bruit..
Heart RRR, no MRG..
PV normal pulses in all 4 extremities with no evidence of perhipheral edema..

Musculoskeletal:

Gait WNL. Good balance and turning..
Muscle strength 5/5 throughout..
Muscle tone Normal tone throughout.

Neurologic:

Orientation oriented x 3..
Memory intact..
Attention/Concentration appropriate..
Language and speech Fluency, repitition and word-finding intact..
Fund of knowledge appropriate..
Cranial nerves 2: VF full..
Cranial nerves 3,4,6: EOMI. PERRL..
Cranial nerves 5: intact..
Cranial nerves 7: face symmetric..
Cranial nerves 8: hearing intact to rub test..
Cranial nerves 9: palate symmetric..
Cranial nerves 11: SCM 5/5 bilaterally..
Cranial nerves 12: tongue midline..
Sensation intact to proprioception, LT and PP throughout..
Reflexes 1/4 throughout (except mute at the right biceps and BR) with no hoffman, pectoral, clonus or crossed adductor..
Cerebellum intact to f-n-f testing bilaterally..

Psychiatric:
Mood/affect Mood and affect were appropriate throughout the examination..

::

MRI cervical (Penrad, 2016):
1. Stable anterior, left paramidline cord syrinx at the C1 level.
2. Degenerative disc, uncinate and facet disease, contributing towards mild neural foraminal narrowing bilaterally at C4-C5 and on the left at C5-C6 and C6-C7.

::

MRI cervical (MH, 2011):
1. No interval change compared with MRI study 2/8/2010.
2. Stable 2mm x 2mm x 8mm in length left upper cervical spinal cord syrinx or cavitation. No pathologic enhancement.
3. Persistent C3-4 through C7-T1 mild degenerative changes.

::

MRI thoracic (Penrad, 2012): Small incidental vertebral body hemangiomas in T6 and L1. Minor disc space narrowing in the midthoracic spine, without focal herniation or canal stenosis. Alignment is within normal limits. Except for minor costovertebral degenerative change, thoracic spine MRI is normal.

::

MRI Brain (Penrad):
1. Slightly advanced central volume loss and sulcal prominence for age.
2. Appropriate number of white matter foci burden for age, however in a slightly periventricular location and with mild accompanying lacunar or other encephalomalacic change.
3. Otherwise negative noncontrast brain.
4. Given the few white matter changes, recommend enhanced MRI follow-up in about 6 months.

**Assessment:**

**Assessment:**
1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary), The patient is a pleasant 47-year-old female with history of chronic migraines with intractable migraines which are present 20/30 days in a month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. I believe at this time

she would be an ideal candidate to be offered Botox injections. The patient was extensively counseled regarding side effects as well as benefits of Botox injections, as well as extensively educated regarding the procedure, sites of injection and mechanism of action.

2. Neck pain - M54.2
3. Left arm pain - M79.602

**Plan:**

**1. Chronic migraine without aura, intractable, without status migrainosus**

Notes: Michelle has a variety of symptoms, headache being the worst. From a neurosurgical perspective I do not have any significant input regarding headache and I will defer to neurology and pain management. As for her more recent history of left upper extremity pain, the exact etiology is uncertain. There is some cervical spondylosis but this is not severe and I could not elicit any specific dermatome during today's examination. Certainly conservative management is a very good option for patient who remains neurologically intact, as she does. However, she apparently had a recent EMG/NCV and I would like her to provide those results so I can further investigate this left upper extremity symptom. We discussed a variety of conservative options but any further recommendations will be made after the EMG/NCV.,Migraine Headache: Stages and Treatment material was published to portal.

**Follow Up:** prn

**Provider:** Ronald L Hammers, MD
**Patient:** NELSON, MICHELLE R **DOB:** **Date:** 07/25/2016

R Hammers MD

**Electronically signed by RONALD HAMMERS , MD on 10/08/2016 at 07:55 AM MDT**
**Sign off status: Completed**

**Progress Notes**

**Patient:** NELSON, MICHELLE R
**Account Number:** 116963
**DOB:** **Age:** 47 Y **Sex:** Female
**Phone:**
**Address:**
**Pcp:** MARK S FRALEY, DO

**Provider:** Apama Komatineni, MD
**Date:** 06/28/2016

**Subjective:**

**Chief Complaints:**

1. Follow up Migraine.

**HPI:**

General:

The patient is a pleasant 47-year-old female who presented to me a couple of months ago to establish care. She is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

Propranolol
Relpax
Topamax
Gabapentin
Ambien
Diclofenac
Tizanidine
Citalopram
Wellbutrin

Since she was last seen she had Botox injections on the 27th of May with at least 50% reduction in the headache intensity. She reports that she still continues to get the headaches but they're not as intense. She had an MRI of the C-spine which shows stable anterior paramidline cord syrinx at C1. She also has a degenerated disc disease. She stated that she continues to have the left arm pain which radiates to her left shoulder as well as her neck.

**Medical History:** Headaches, MVA, Neck pain, Arm pain.

**Social History:**

No Alcohol Use .
Marital Status: yes, married.
No Drugs.
Occupation: underwriter.
No Tobacco Use
Status *Never smoked*
Working: Yes.

**Medications:** Taking Ambien 10 mg tablet 1 tab(s) once a day (at bedtime), Taking citalopram 20 mg

tablet 1 tab(s) once a day, Taking Relpax 40 mg tablet 1/2 tab 1 at HA onset, may repeat x 1 after 2H. Max 3 days out of week, Taking Neurontin 100 mg capsule 1-3 cap(s) QHS prn, Taking clonazepam 1 mg tablet 1 tab(s) once daily prn, Taking Wellbutrin XL 300 mg/24 hours tablet, extended release 1 tab (s) every 24 hours, Medication List reviewed and reconciled with the patient

**Allergies:** sulfamethoxazole: itchy: Side Effects.

**Objective:**

**Vitals:** BP sitting 102/74 mm Hg, Pulse sitting 68, Respirations 16, Wt 155 lbs, Height 58 inches, BMI 32.39.

**Examination:**

General:

General pleasant, in NAD.
Eyes normal lids and conjunctivae, pupils reactive.
ENT ear and nose appearance normal, normal hearing.
Neck nontender to palpation, no masses.
Back nontender to palpation.
Respiratory clear to auscultation, good effort.
Cardiovascular normal auscultation, no pedal edema.
Abdomen soft and nontender, no hernias.
Musculoskeletal normal tone, no atrophy, no cyanosis or clubbing.
Lymphatic no cervical or axillary lymphadenopathy.
Skin no rashes, no nodules.

Neurological:

Cortical Functions : normal.
Cranial Nerves : I - Not Tested, II - Pupils 4mms reacting briskly to 2 mms, No afferent pupil defect, III, IV, VI - EOM were full with normal pursuit and saccade, No ptosis or nystagmus, V - Motor V intact, Pinprick, light touch intact in all three divisons, VII - No asymmetry or weakness, VIII - Actuity intact to finger rub bilaterally, IX, X- Palate rose in midile, XI - Sternocleidomastoid, trapezius strength intact, XII - Tongue protruded midline w/o atrophy or fasciculations.
Motor Strength : V/ V bilaterally, no drift, no cogwheeling.
Sensory : normal bilateral LE.
Reflexes : bilaterally symmetrical, babinski absent.
Plantars: downgoing bilaterally.
Cerebellar Signs: absent.
Tremors : absent.
Coordination : finger-to-nose and rapid alternating movements were intact, no ataxia.
Gait and Station : Within normal limits, Romberg was negative.

**Assessment:**

**Assessment:**

1. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary), She has found some improvement with Botox injections and would like to be continued on the same.
2. Syrinx of spinal cord - G95.0, The MRI of the C-spine does show a stable syrinx and I have ordered a referral for her to see Dr. Hammers for further evaluation and management. She continues to have cervical radicular symptoms.

**Plan:**

**1. Intractable chronic migraine without aura and without status migrainosus**
Notes: Preventing Migraine Headaches: Triggers material was published to portal.

**2. Syrinx of spinal cord**

Referral To:RONALD HAMMERS    Neurological Surgery
Reason:Eval and Treat

**Preventive:**

Counseling:

Diet

Follow up plan: Patient advised to pursue BMI management with a general practitioner? *Yes*

**Follow Up:** 3 Months

**Provider:** Aparna Komatineni, MD
**Patient:** NELSON, MICHELLE R **DOB:**    **Date:** 06/28/2016

**Electronically signed by APARNA KOMATINENI MD, MD on 08/16/2016 at 11:53 AM MDT**
**Sign off status: Completed**

Colorado Springs Neuro Assoc.
2312 N. Nevada Avenue Suite 100, Colorado Springs, CO 809075307
719-473-3272

NELSON, MICHELLE R, F,

Accession Id: 351625

Order Date: 02/28/2017 Procedure: 03/08/2017 10:45:00

Requesting Physician: HUGHES, LINNEA C Ordering Physician: HUGHES, LINNEA

# CT Sinus Complete

REPORT

## Exam:

6011 Woodmen Road Suite 10
Colorado Springs, CO 80923-2601
Phone: (877) 6-PENRAD
Phone: (719)785-9000
Fax: (719)867-7900
PENRAD.org

PATIENT NAME: Michelle R Nelson REFERRER: Linnea Hughes, PA
DATE OF BIRTH:
3/8/2017
EXAM DATE:
EXAM: CT Sinus Complete 70486

HISTORY: Chronic migraine without aura, intractable. Sinus congestion.

COMPARISON: None.

TECHNIQUE: CT Sinus Complete.

FINDINGS:

Paranasal sinuses are normally developed and aerated bilaterally. There is no evidence of acute or chronic inflammatory disease. There is mild right-to-left deviation of the nasal septum.

IMPRESSION:
1. No evidence of acute or chronic inflammatory disease.
2. Mild right-to-left deviation of nasal septum.

**REPORT**

This exam was performed using automated exposure control, adjustment of mA or kV according to patient size, and/or use of
iterative reconstruction technique.

Thank you for this referral.

Signed By: W Michael Pitman, MD
Signed Date/Time: 3/8/2017 02:21 PM
Transcribed By: cp .
Transcribed Date/Time: 3/8/2017 01:24 PM

Patient ID: 464695
Accession#: DO60804

NELSON, MICHELLE R , F, Accession ID: 351625

NELSON, MICHELLE R, F,

Colorado Springs Neuro Assoc.
2312 N. Nevada Avenue Suite 100, Colorado Springs, CO 809075307
719-473-3272

Accession Id: 320649

Order Date: 05/16/2016 Procedure: 06/16/2016 08:45:00

Requesting Physician: KOMATINENI, APARNA Ordering Physician: KOMATINENI, APARNA

# MRI Spine Cervical w/o Contrast

REPORT

## Exam:

6011 Woodmen Road Suite 10
Colorado Springs, CO 80923-2601
Phone: (877) 6-PENRAD
Phone: (719)785-9000
Fax: (719)867-7900
PENRAD.org

PATIENT NAME: Michelle R Nelson REFERRER: Aparna Komatineni, MD
DATE OF BIRTH:
6/16/2016
EXAM DATE:
EXAM: MRI 3T Spine Cervical w/o Contrast 72141

HISTORY: 47-year-old female with neck pain, left upper extremity radiculopathy; pain in the neck through the left elbow
since February 2016, history of a known syrinx.

COMPARISON: Cervical spine MRI at Briargate October 7, 2011 and Memorial Hospital North January 29, 2016.

TECHNIQUE: High-field multisequence noncontrast MR imaging of the cervical spine was performed. Sequences obtained
include T1 turbo spin-echo, proton density turbo spin-echo, T2 turbo spin-echo and STIR in the sagittal plane, and proton
density turbo spin-echo in the axial plane.

FINDINGS: The cervical spine shows normal alignment, and other than mild edematous discogenic change on the left at C6-
C7, the marrow signal intensity is benign and unremarkable. There is multilevel facet arthropathy and disc bulging.

REPORT

An anterior left paramidline cervical cord T2-hyperintense lesion following CSF signal intensity is almost 9 mm in length, and
measures 2 x under 2 mm in transverse dimension, which on my repeat measurement is unchanged. No new cervical cord
lesion, expansion or visible intradural lesion. The visualized portions of the posterior fossa are unremarkable.

C2-C3: Unremarkable.

C3-C4: There is moderate right and mild left facet arthropathy, but no significant canal or neural foraminal narrowing.

C4-C5: There is left greater than right facet arthropathy, uncinate spurring and mild disc bulging, now mildly narrowing the
neural foramina, but not the canal.

C5-C6: There is mild disc bulging, left greater than right uncinate spurring and facet arthropathy, mildly narrowing the left
neural foramen, but not the canal or the right neural foramen.

C6-C7: Disc bulging, endplate spurring and left greater than right uncinate spurring and facet arthropathy mildly narrow the
left neural foramen without change. The canal is not narrowed.

C7-T1: Mild facet arthropathy without canal or neural foraminal narrowing.

IMPRESSION:

1. Stable anterior, left paramidline cord syrinx at the C1 level.
2. Degenerative disc, uncinate and facet disease, contributing towards mild neural foraminal narrowing bilaterally at C4-C5
and on the left at C5-C6 and C6-C7.

Thank you for this referral.

Signed By: Eric Weidman, MD
Signed Date/Time: 6/16/2016 12:10 PM
Transcribed By: tlc .
Transcribed Date/Time: 6/16/2016 12:06 PM

Patient ID: 464695
Accession#: D038972

## HEADACHES RESIDUAL FUNCTIONAL CAPACITY QUESTIONNAIRE

To: Kamatinemi M.D. // D.O. PA Hughes

RE: Michelle Nelson SSN: ______________ // DOB: ____________

Please answer the following questions concerning your patient's headaches.

1. Nature, frequency and length of contact: initial appt Oct 2006, now seen every couple of months

2. Diagnoses: migraine headaches, neck pain, degenerative disc disease, cervical spine syrinx

3. Does your patient have headaches? ✓ Yes __ No

   If yes, please characterize the nature, location and intensity/severity (mild to severe) of your patient's headaches: throbbing, global pain, sensitivity to lights + sounds, nausea + vomiting, up to 10/10 in pain intensity, 25 days per month

4. Identify any other symptoms associated with your patient's headaches:

   __ Vertigo
   ✓ Nausea/vomiting
   ✓ Malaise
   ✓ Photosensitivity
   __ Visual disturbances
   ✓ Mood changes
   ✓ Mental confusion/ inability to concentrate

   Other: ______________________________

5. What is the approximate frequency of headaches? 25 days per month

6. What is the approximate duration of your patient's headaches? 4 hours to 3 days

7. What triggers your patient's headaches?

   __ Alcohol N/A
   ✓ Bright lights
   ✓ Lack of sleep
   __ Menstruation N/A

- __ Food - identify: unknown
- ✓ Hunger
- ✓ Noise
- ✓ Stress
- ✓ Strong odors
- ✓ Vigorous exercise
- ✓ Weather changes

Other: ______

8. What makes your patient's headaches worse?

- ✓ Bright lights
- __ Coughing, straining/bowel movement
- ✓ Moving around
- ✓ Noise

9. What makes your patient's headaches better?

- ✓ Lying in a dark room
- ✓ Cold/hot packs
- ✓ Finger pressure/massage
- ✓ Minimize noise
- __ Other: ______

10. Identify any positive test results and objective signs of your patient's headaches:

- __ Weight loss
- ✓ Tenderness
- __ Impaired sleep
- ✓ Impaired appetite or gastritis
- __ X-ray
- ✓ MRI
- __ CT scan
- __ EEG

Other: ______

11. Identify any impairment(s) that could reasonably be expected to explain your patient's headaches:

- __ Anxiety/tension
- __ Cerebral hypoxia
- ✓ Cervical disc disease
- __ History of head injury
- __ Hypertension
- __ Intracranial infection or tumor
- ✓ Migraine
- __ Seizure disorder
- __ Sinusitus
- __ Substance abuse

Other: ______

12. Is your patient a malingerer? __ Yes ✓ No

13. To what degree do emotional factors contribute to the severity of your patient's headaches?

__ Not at all ✓ Somewhat __ Very much

14. Are your patient's impairments (physical impairments plus any emotional impairments) *reasonably consistent* with the symptoms and functional limitations described in this evaluation?
✓ Yes __ No

If no, please explain: ______

15. Describe the treatment and response: multiple medications, physical therapy injections, dry needling, Botox, massage, chiropractic treatments

16. List your patient's current medications used for control/treatment of headaches:
- ☐ Midrin ☐ Fiorinal ☐ Imitrex ☐ Maxalt ☒ Botox injections
- ☐ Topomax ☐ Nortriptyline ☒ Gabapentin ☐ Treximet ☒ Clonozepam

☒ Others: Relpax

17. Identify side effects of these medications experienced by your patient: ☒ fatigue ☐ nausea ☐ stomach pain ☐ dizziness ☒ drowsiness ☐ flu-like symptoms ☐ rebound HA ☒ loss of focus ☐ rapid heartbeat ☐ visual disturbance ☐ jaundice ☐ insomnia ☒ irritability ☒ jittery ☒ loss of appetite

☒ Others: slurred words, confusion

18. Prognosis: ☐ good ☐ fair ☐ guarded ☐ poor ☐ other/describe ______

19. Have the patient's impairments lasted or can they be expected to last at least twelve months?
✓ Yes __ No

20. During times your patient has a headache, would your patient generally be precluded from performing even basic work activities and need a break from the workplace?
✓ Yes __ No

If no, please explain: ______

21. Will your patient sometimes need to take unscheduled breaks during an 8-hour working day? AH
✓ Yes __ No

If yes,
1) how *often* do you think this will happen? frequently
2) how *long* (on average) will your patient have to rest before returning to work?
(circle): 5 10 15 20 25 30 45 60 minutes other: hours
3) on such a break, will your patient need to lie down or sit quietly?

(circle): **lie down** (circled) sit quietly sit with feet elevated
Other: ______

22. To what degree can your patient tolerate work stress?

- __ Incapable of even "low stress" jobs
- ✓ Capable of low stress jobs
- __ Moderate stress is okay
- __ Capable of high stress work

Please explain the reasons for your conclusion: only low stress would be tolerable

23. Are your patient's impairments likely to produce "good days" and "bad days"?
✓ Yes __ No

If yes, please estimate, on the average, how often your patient is likely to be absent from work as a result of the impairments or treatment:

- __ Never
- __ About once a month
- __ About twice a month
- __ About three times a month
- __ About four times a month
- ✓ More than four times a month

24. Please describe any other limitations (such as limitations in the ability to sit, stand, walk, lift, bend, stoop, crouch, limitations in using arms, hands, fingers, limited vision, difficulty hearing, need to avoid temperature extremes, wetness, humidity, noise, dust, fumes, gases or hazards, etc.) that would affect your patient's ability to work at a regular job on a sustained basis:

She would be unable to lift more than 10 lb. ~~, bend, stoop, crouch~~
need to avoid temp extreme, humidity, noise, dust, fumes gases or hazards

Linnea Hughe / Aparna Kumaran

9-8, 2016
Date

[signature] PAC / Aparna.K.
Signature of Medical Provider

2312 N. Nevada Ste 100
(address)
Co. Springs CO 80907

4P305170071

IL.

CSNA
neurosurgery & neurology

*Penrose Pavilion*
2312 N. Nevada Avenue
Suite 100
Colorado Springs, CO 80907

719-473-3272 PH
719-389-1188 FX
www.csneuro.com

Date: 5-4-17
Name: Michelle Nelson Age: 48 Date of birth:______ Sex: M (F)
Referring MD: ____________ Primary MD: ____________ Height: ____ Weight:______ Right / Left Handed

Please list conditions/diseases, which you wish to have checked at this examination: Fioricet migraines

| MEDICATIONS: (Please list medications and dosages) | |
|---|---|
| Ambien | |
| Relpax | |
| Cymbalta | |
| Wellbutrin | |
| Neurontin | |

ANY BLOOD THINNERS: Coumadin Plavix Aspirin Others:

ALLERGIES: (Please list any allergies to medications)____________

CONDITIONS: (Please mark any conditions you have or had in the past)

| | | | | |
|---|---|---|---|---|
| ☐ AIDS/HIV | ☐ Bronchitis | ☐ Emphysema | ☐ Liver Disease | ☐ Rheumatoid Arthritis |
| ☐ Alcohol problems | ☐ Cancer | ☐ Fibromyalgia | ☐ Low back pain | ☐ Sciatica |
| ☐ Appendicitis | ☐ Carpal Tunnel Syndrome | ☐ Gout | ☐ Neck pain | ☐ Sexually Transmitted Disease |
| ☑ Arm pain | ☐ Chemical Dependency | ☐ Heart Disease | ☐ Neuropathy | ☐ Stroke/TIA |
| ☐ Asthma | ☐ Depression | ☐ Hernia | ☐ Osteoporosis | ☐ Suicide attempt |
| ☐ Bipolar Disorder | ☐ Diabetes | ☐ High Cholesterol | ☐ Pneumonia | ☐ Thyroid problems |
| ☐ Bleeding Disorders | ☐ Eating Disorder | ☐ High Blood Pressure | ☐ Prostate problem | ☐ Tuberculosis |
| ☐ Breast Lump | ☐ Epilepsy | ☐ Kidney Disease | ☐ Psychiatric Care | ☐ Ulcers |
| ✓ Migraines | | | | |

MAJOR ILLNESSES, SURGERIES, or HOSPITALIZATIONS: (Please provide approximate year of illness or surgery)
November 2003 - C section

OCCUPATIONAL CONCERNS:
Have you filed a Work Injury report with your employer?
Yes No

Date of injury:____________

Is there a lawsuit planned relating to the current medical problem?
Yes No

Your Occupation: __________
Marital Status: M
Health Habits: Tobacco Yes (No) packs/day?______
Alcohol Yes (No) how much?______
Recreational Drugs Yes (No)

FAMILY HISTORY
Father: Age 68 Condition of health good Deceased at age_____ Cause of death______
Mother: Age 68 Condition of health good Deceased at age_____ Cause of death______

Any significant illnesses in the family: ____________

004 CSNA Health History rev 11/15

**Constitutional Symptoms: (mark any symptoms that you may have)**

GENERAL
- [ ] Fever
- [ ] Fatigue
- [ ] Loss of appetite
- [ ] Significant weight loss

OPHTHALMOLOGY
- [ ] Vision loss
- [ ] Blurring of vision
- [ ] Double vision

GASTROENTEROLOGY
- [ ] Abdominal pain
- [ ] Heartburn
- [ ] Nausea
- [ ] Vomiting
- [ ] Blood in stool

DERMATOLOGY
- [ ] Itching
- [ ] Redness
- [ ] Lumps
- [ ] Rash
- [ ] Skin cancer

HEMATOLOGY
- [ ] History of transfusion
- [ ] Easy bruising

MUSCULOSKELETAL
- [x] Joint pain
- [ ] Joint swelling
- [x] Joint stiffness
- [x] Muscle aches

ENDOCRINOLOGY
- [ ] Excessive sweating
- [ ] Excessive thirst
- [ ] Temperature intolerance
- [ ] Lactation

ENT / RESPIRATORY
- [ ] Hearing loss
- [ ] Ringing in ears
- [ ] Shortness of breath
- [ ] Sleep apnea
- [ ] Cold and cough
- [ ] Change in voice
- [ ] Difficulty swallowing

PSYCHOLOGY
- [ ] Anxiety
- [ ] Depression
- [ ] Sleep disturbances
- [ ] Hyperactivity
- [ ] Attention deficit

NEUROLOGY
- [x] Headache
- [x] Memory problems
- [ ] Tremors
- [ ] Balance difficulty
- [ ] Numbness
- [ ] Weakness
- [ ] Speech problems
- [ ] Dizziness
- [ ] Seizures

CARDIOLOGY
- [ ] Chest pain
- [ ] Palpitations / irregular heartbeat
- [ ] Leg swelling
- [ ] History of heart attack
- [ ] Atrial fibrillation

GENITOURINARY
- [ ] Difficulty urinating
- [ ] Urinary urgency
- [ ] Increased urinary frequency
- [ ] Urinary incontinence

NOTES: ______________________________

Please list the physicians to whom you would like for us to send a report:

- ______________ • ______________
- ______________ • ______________

Patient Signature [signature] ______________

verisma®
SECURE RELEASE OF INFORMATION

**PO Box 558**
**Pueblo, CO 81002**

**866-390-7404 (Toll Free)**
**719-542-2564 (FAX)**
**www.verisma.com**

**Date:** 10/25/2017

**Fax:** 603-334-8306

**To:** Viktoriya Vecorko
**Liberty Mutual Assurance Company of Boston**
PO Box 7208
London, KY 40742-7208
Phone: 866-213-2937

**Re:**
**Nelson, Michelle**
DOB:
VSI ID: 6168-11080
Case #: 7608815

**Records From:**
**Colorado Springs Neurological Associates, P.C.**
2312 North Nevada Avenue
Suite 100
Colorado Springs, CO 80907

**Pages in this distribution (including this cover sheet): 43**

*Please call Customer Service at **866-390-7404** if you experience problems with the receipt of this information.*

**Requestor Satisfaction Survey**
Thank you for requesting medical records. To better serve you in the future, please take a brief survey of your experience at: https://www.surveymonkey.com/r/verismasurvey1

STATEMENT OF CONFIDENTIALITY

The information contained is intended for the exclusive use of the addressee and contains confidential or privileged information. If you are not the intended recipient, you are hereby notified that any retention, dissemination, or use of this communication is strictly prohibited. If this information was sent in error, please notify us by phone at the number listed above.

4P305170071

Liberty Mutual Assurance Company of
Boston
Viktoriya Vecorko
PO Box 7208
London, KY 40742-7208

TX#6168-11080

# FAX

| | | |
|---|---|---|
| **TO** | **Name** | **VICTORIA VECORKO** |
| | **Fax** | **603-334-8306** |
| | **Phone** | **866-213-2937, 14779** |
| **FROM** | **Name** | **MICHELLE NELSON** |
| | **Phone** | |
| | **Ref Num** | **# 7608815** |

☑ **URGENT** ☑ **For Review** ☑ **Please Reply** ☑ **Please Confirm Receipt**

## Notes

#6 **PAGES INCLUDING COVER PAGE**

Nov 1, 2017

This is the last piece of information that you requested. On Oct 27, you indicated that you should receive the ~~remaing~~ remaining medical ~~records~~ records early this week and that you were working closely with the ~~met~~ ~~records~~ medical providers. I have not heard from you so I am assuming you received. I left a message today for an update. Please call me for status.

Thank you,
Michelle Nelson


Class R: Any motor vehicle with a GVWR of less than 26,001 lbs. as a single unit or in combination, designed to carry 15 or fewer passengers, including the driver, and does not carry hazardous material.
Restrictions:
V - Corrective Lenses
For more information on Organ & Tissue Donation:
www.DonorAlliance.org or Call 888-256-4386
Address Change:
Endorsements:


Colorado
Driver License

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 427-2775



**Return To:** Viktoriya Vecorko

EMPLOYEE/CLAIMANT NAME: Michelle Nelson

CLAIM NO: 7608815 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Wells Fargo & Company

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit 0-90 min depends on pain levels stand 0-2 hrs depends on pain levels walk 0-2 hrs depends on pain levels

How many hours a day do you:

sit 0-90 min depends on pain levels stand 0-2 hrs depends on pain levels walk 0-2 hrs depends on pain levels

Do you take a nap during the day?

Yes ✓ No ______

If Yes, for how long? hours to days At what time of the day? varies and depends on pain levels

How many hours a day do you spend in bed? few hrs to days

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 0-2 hrs depends on pain levels

Do you hold a valid driver's license?

Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 0-2 hrs depends on pain levels

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

Phone

Do you have children?

Yes ✓ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ✓ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? 0-4x's - depends on pain levels.

On the weekends? 0-1 depends on pain levels

How often do you run errands? As needed

Please describe what errands you most commonly run: Go to Dr. appt's, chiropractor appt's & massage therapy appts. May pick up daughter from school depending on pain, otherwise husband picks up.

Liberty Mutual. INSURANCE



How often do you get outdoors? Sometimes on good days

| | | | | |
|---|---|---|---|---|
| Are you left or right hand dominant? | Left | | Right | ✓ |
| Are you able to work in your garden? | Yes | | No | ✓ |
| Are you able to work on your house? | Yes | | No | ✓ |
| Are you able to wash your car? | Yes | | No | ✓ |

How much time is spent daily on your home computer? 0-15 minutes
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None ✓ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
_____ Pay bills _____ Read news/articles _____ Use search engines ✓ Send emails occassionally
_____ Visit chat rooms _____ Photos Other: _____

What computer software applications do you utilize. Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics
_____ Photo software (Photoshop) _____ Programming Other: ✓

Do you have a working home copy machine/fax machine? ✓ Yes _____ No

If yes, please explain purpose and usage: Husband uses for personal/business matters.

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Husband / Me | Yes, husband helps shop. |
| Carrying groceries into the house | Husband | Yes, husband carries groceries |
| Cooking meals | Husband | yes, excaberates pain |
| Cleaning after meals | Husband | " " |
| Cleaning bathrooms | Husband | " " |
| Vacuuming | Husband | " " |
| Doing the laundry | Husband | " " |
| Opening and responding to mail | Me / husband | No |
| Managing your finances | Husband | difficulty focusing (and) ~~&~~ concentrating |
| Balancing your checkbook | Husband | difficulty focusing & concentrating |
| Bathing yourself | No | No |
| Styling your own hair | No longer style | ~~excabates~~ exacerbates pain |
| Getting dressed | No | No |
| Going up and down stairs | No | No |

Have you been confined to a hospital within the last 12 months? Yes _____ No ✓

If Yes, please provide reason and hospital contact Information: _____

Liberty Mutual. INSURANCE



How often do you travel or take vacation? up to 3x's

Where do you go? How do you get there (transportation method)? Airplane, Mexico, Wisconsin

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe ____

Do you participate in an exercise program? Yes ____ No ✓

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No ✓

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.** I am in constant pain. Need to take medication, lie down with hot/cold packs. With migraine unable to properly function and do not have the ability to perform tasks with high pain levels. Symptoms are ~~naus~~ nausea/vomiting, light/noise sensitivity, personality changes, speech and motor impairment. Need to lie down in dark quiet room. Meds cause grogginess, slurred speech, mental fogginess, unable to think ~~clea~~ clearly, speech/motor impairment, difficulty concentrating & retaining information

**Please describe your daily routine: (if more space is needed, please use the back of this form)** after waking up, take medication. Use hot/cold packs, go back to bed to sleep or until pain subsides. May shower depending on pain levels. Go to Dr appts, chiropractor and massage appointments. Return home, relax and possibly nap. Might pick up daughter depending on pain levels, otherwise husband will pick up. Go home and relax or may go back to bed. Use hot/cold packs. Take medication and go to bed for night. Some nights awaken with pain + take medication.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

no other phone number.

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Michelle Nelson Date: November 1, 2017

Signature: Michelle Nelson

# FAX

| | | |
|---|---|---|
| **TO** | Name | VICTORIA VECORKO |
| | Fax | 603-334-8306 |
| | Phone | 866-213-2937, 14779 |
| **FROM** | Name | MICHELLE NELSON |
| | Phone | |
| | Ref Num | # 7608815 |

☑ URGENT ☑ For Review ☑ Please Reply ☑ Please Confirm Receipt

## Notes

#6 PAGES INCLUDING COVER PAGE

Nov 1, 2017

This is the last piece of information that you requested. On Oct 27, you indicated that you should receive the ~~remaing~~ remaining medical ~~reords~~ records early this week and that you were working closely with the ~~med~~ ~~records~~ medical providers. I have not heard from you so I am assuming you received. I left a message today for an update. Please call me for status,

Thank you
Michelle Nelson


Class R: Any motor vehicle with a GVWR of less than 26,001 lbs. as a single unit or in combination, designed to carry 15 or fewer passengers, including the driver, and does not carry hazardous material.
Restrictions:
V - Corrective Lenses
For more information on Organ & Tissue Donation:
www.DonorAlliance.org or Call 888-256-4386
Address Change:
Endorsements:


Colorado
Driver License
94-246-0262
Expires: 2018
Class: R
Issued:
End:
DOB:
Rest: V
Previous
Ht: 4'11" Wt: 105
Eyes:
Voter:
MICHELLE RENE NELSON

## ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 427-2775



**Return To:** Viktoriya Vecorko

EMPLOYEE/CLAIMANT NAME: Michelle Nelson

CLAIM NO: 7608815 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Wells Fargo & Company

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit 0-90 min depends on pain levels stand 0-2hrs depends on pain levels walk 0-2hrs depends on pain levels

How many hours a day do you:

sit 0-90 min depends on pain levels stand 0-2 hrs depends on pain levels walk 0-2 hrs depends on pain levels

Do you take a nap during the day?

Yes ✓ No ______

If Yes, for how long? hours to days At what time of the day? varies and depends on pain levels

How many hours a day do you spend in bed? few hrs to days

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 0-2 hrs depends on pain levels

Do you hold a valid driver's license?

Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 0 - 2 hrs depends on pain levels

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

Phone

Do you have children?

Yes ✓ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ✓ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? 0-4x's - depends on pain levels.

On the weekends? 0-1 depends on pain levels

How often do you run errands? as needed

Please describe what errands you most commonly run: needed Go to Dr. appt^s, chiropractor appt^s & massage therapy appts. May pick up daughter from school depending on pain, otherwise husband picks up.

Liberty Mutual.
INSURANCE



How often do you get outdoors? Sometimes on good days

Are you left or right hand dominant? Left ______ Right ✓

Are you able to work in your garden? Yes ______ No ✓

Are you able to work on your house? Yes ______ No ✓

Are you able to wash your car? Yes ______ No ✓

How much time is spent daily on your home computer? 0-15 minutes
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ✓ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
______ Pay bills ______ Read news/articles ______ Use search engines ✓ Send emails occassionally
______ Visit chat rooms ______ Photos Other: ______

What computer software applications do you utilize. Please check all that apply:
______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics
______ Photo software (Photoshop) ______ Programming Other: ______

Do you have a working home copy machine/fax machine? ✓ Yes ______ No

If yes, please explain purpose and usage: Husband uses for personal / business matters.

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | Husband / Me | Yes, husband helps shop. |
| Carrying groceries into the house | Husband | Yes, husband carries groceries |
| Cooking meals | Husband | yes, excaberates pain |
| Cleaning after meals | Husband | " " |
| Cleaning bathrooms | Husband | " " |
| Vacuuming | Husband | " " |
| Doing the laundry | Husband | " " |
| Opening and responding to mail | Me / husband | No |
| Managing your finances | Husband | difficulty focusing ~~#~~ (and) concentrating |
| Balancing your checkbook | Husband | difficulty focusing & concentrating |
| Bathing yourself | No | No |
| Styling your own hair | No longer style | ~~excabates~~ exacerbates pain |
| Getting dressed | No | No |
| Going up and down stairs | No | No |

Have you been confined to a hospital within the last 12 months? Yes ______ No ✓

If Yes, please provide reason and hospital contact Information: ______

Liberty Mutual. INSURANCE



How often do you travel or take vacation? up to 3xs

Where do you go? How do you get there (transportation method)? Airplane, Mexico, Wisconsin

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe

Do you participate in an exercise program? Yes ____ No ✓

If Yes, please describe

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day?

how many hours per week?

for whom?

Are you working for wages? Yes ____ No ✓

If Yes, please provide employer's name

**Describe in your own words, what prevents you from engaging in any gainful employment.** I am in constant pain, need to take medication, lie down with hot/cold packs. With migraine unable to properly function and do not have the ability to perform tasks with high pain levels. Symptoms are nausea/vomiting, light/noise sensitivity, personality changes, speech and motor impairment. Need to lie down in dark quiet room. Meds cause grogginess, slurred speech, mental fogginess, unable to think clearly, speech/motor impairment, difficulty concentrating & retaining information

**Please describe your daily routine: (if more space is needed, please use the back of this form)** after waking up, take medication. Use hot/cold packs, go back to bed to sleep or until pain subsides. May shower depending on pain levels. Go to Dr appts, chiropractor and massage appointments. Return home, relax and possibly nap. Might pick up daughter depending on pain levels, otherwise husband will pick up. Go home and relax or may go back to bed. Use hot/cold packs. Take medication and go to bed for night, Some nights awoken with pain & take medication.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

719-291-2356

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

no other phone number.

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Michelle Nelson Date: November 1, 2017

Signature: Michelle Nelson

# FAX

| | | |
|---|---|---|
| **TO** | Name | VICTORIA VECORKO |
| | Fax | 603-334-8306 |
| | Phone | 866-213-2937, 14779 |
| **FROM** | Name | MICHELLE NELSON |
| | Phone | |
| | Ref Num | # 7608815 |

☑ URGENT ☑ For Review ☑ Please Reply ☑ Please Confirm Receipt

## Notes

#6 PAGES INCLUDING COVER PAGE

Nov 1, 2017

This is the last piece of information that you requested. On Oct 27, you indicated that you should receive the ~~remaing~~ [remaining] medical ~~reords~~ [records] early this week and that you were working closely with the ~~met~~ ~~records~~ [medical] providers. I have not heard from you so I am assuming you received. I left a message today for an update. Please call me for status,

Thank you
Michelle Nelson


Class R: Any motor vehicle with a GVWR of less than 26,001 lbs. as a single unit or in combination, designed to carry 15 or fewer passengers, including the driver, and does not carry hazardous material.
Restrictions:
V - Corrective Lenses
For more information on Organ & Tissue Donation:
www.DonorAlliance.org or Call 888-256-4386
Address Change:
Endorsements:


Colorado
Driver License
94-246-0262
Expires: [redacted]
Class: R
Issued: [redacted]
End:
DOB: [redacted]
Rest: V
Previous [redacted]
Ht: 4'11" Wt: 105
Eyes: [redacted]
Voter:
MICHELLE RENE NELSON
[redacted]

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 427-2775



**Return To:** Viktoriya Vecorko

EMPLOYEE/CLAIMANT NAME: Michelle Nelson

CLAIM NO: 7608815 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Wells Fargo & Company

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit 0-90 min depends on pain levels stand 0-2hrs depends on pain levels walk 0-2hrs depends on pain levels

How many hours a day do you:

sit 0-90 min depends on pain levels stand 0-2 hrs depends on pain levels walk 0-2 hrs depends on pain levels

Do you take a nap during the day?

Yes ✓ No ______

If Yes, for how long? hours to days At what time of the day? varies and depends on pain levels

How many hours a day do you spend in bed? few hrs to days

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 0-2 hrs depends on pain levels

Do you hold a valid driver's license?

Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 0 - 2 hrs depends on pain levels

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

Phone

Do you have children?

Yes ✓ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ✓ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? 0-4 x's - depends on pain levels.

On the weekends? 0-1 depends on pain levels

How often do you run errands? as needed

Please describe what errands you most commonly run: Go to Dr. appts, chiropractor appts & massage therapy appts. May pick up daughter from school depending on pain, otherwise husband picks up.

Liberty Mutual.
INSURANCE



How often do you get outdoors? Sometimes on good days

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer? 0-15 minutes
____ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ✓ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
____ Pay bills ____ Read news/articles ____ Use search engines ✓ Send emails occassionally
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? ✓ Yes ____ No

If yes, please explain purpose and usage: Husband uses for personal/business matters.

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | Husband / Me | Yes, husband helps shop. |
| Carrying groceries into the house | Husband | Yes, husband carries groceries |
| Cooking meals | Husband | yes, excaberates pain |
| Cleaning after meals | Husband | " " |
| Cleaning bathrooms | Husband | " " |
| Vacuuming | Husband | " " |
| Doing the laundry | Husband | " " |
| Opening and responding to mail | Me / husband | No |
| Managing your finances | Husband | difficulty focusing ~~&~~ (and) concentrating |
| Balancing your checkbook | Husband | difficulty focusing & concentrating |
| Bathing yourself | No | No |
| Styling your own hair | No longer style | ~~exeabates~~ exacerbates pain |
| Getting dressed | No | No |
| Going up and down stairs | No | No |

Have you been confined to a hospital within the last 12 months? Yes ____ No ✓

If Yes, please provide reason and hospital contact Information: ____

Liberty Mutual. INSURANCE



How often do you travel or take vacation? up to 3xs

Where do you go? How do you get there (transportation method)? Airplane, Mexico, Wisconsin

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe ____

Do you participate in an exercise program? Yes ____ No ✓

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No ✓

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.** I am in constant pain, need to take medication, lie down with hot/cold packs. With migraine unable to properly function and do not have the ability to perform tasks with high pain levels. Symptoms are nausea/vomiting, light/noise sensitivity, personality changes, speech and motor impairment. Need to lie down in dark quiet room. Meds cause grogginess, slurred speech, mental fogginess, unable to think clearly, speech/motor impairment, difficulty concentrating & retaining information

**Please describe your daily routine: (if more space is needed, please use the back of this form)** after waking up, take medication. Use hot/cold packs, go back to bed to sleep or until pain subsides. May shower depending on pain levels. Go to Dr appts, chiropractor and massage appointments. Return home, relax and possibly nap. Might pick up daughter depending on pain levels, otherwise husband will pick up. Go home and relax or may go back to bed. Use hot/cold packs. Take medication and go to bed for night. Some nights awoken with pain & take medication.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

719-291-2356

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

no other phone number.

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Michelle Nelson Date: November 1, 2017

Signature: Michelle Nelson

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | October 26, 2017 |
| To: | DR. KATHARINE LEPPARD, MD<br>3470 CENTENIAL BLVD<br>STE 110<br>COLORADO SPRINGS CO 80907 |
| Attn: | Tesa |
| Fax: | (719) 575-1850 |
| From: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages<br>(Including Cover): | 6 |
| RE: | Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

October 26, 2017

Dr. Katharine Leppard, MD
3470 CENTENIAL BLVD
STE 110
COLORADO SPRINGS, CO 80907

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Dr. Katharine Leppard, MD:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wells Fargo & Company's Group Disability Policy. We are writing in reference to Michelle Nelson's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 26, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

Attachments: 7608815-REQUEST-PROVIDER-10.10.2017

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | October 10, 2017 |
| To: | DR. KATHARINE LEPPARD, MD<br>3470 CENTENIAL BLVD<br>STE 110<br>COLORADO SPRINGS CO 80907 |
| Attn: | |
| Fax: | (719) 575-1850 |
| From: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

October 10, 2017

Dr. Katharine Leppard, MD
3470 CENTENIAL BLVD
STE 110
COLORADO SPRINGS, CO 80907

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Dr. Katharine Leppard, MD:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wells Fargo & Company's Group Disability Policy. We are writing in reference to Michelle Nelson's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 17, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

Attachments: 7608815-REQUEST-PROVIDER-09.19.2017

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | September 19, 2017 |
| To: | KATHERINE LEPPARD<br>3470 CENTENIAL BLVD<br>COLORADO SPRINGS CO 00000 |
| Attn: | |
| Fax: | (719) 575-1850 |
| From: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

September 19, 2017

Katherine Leppard
3470 CENTENIAL BLVD
COLORADO SPRINGS, CO 00000

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Katherine Leppard:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2016 through Present

We ask that you provide this information by September 26, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8306 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

# FAX

| | | |
|---|---|---|
| **TO** | Name | VICTORIA VECORKO |
| | Fax | 603-334-8306 |
| | Phone | 866-213-2937, 14779 |
| **FROM** | Name | MICHELLE NELSON |
| | Phone | |
| | Ref Num | # 7608815 |

☑ URGENT ☑ For Review ☑ Please Reply ☑ Please Confirm Receipt

## Notes

~~34~~ 35 PAGES INCLUDING COVER PAGE

Dr. Komatineni
(Neurologist)

## Consultation Notes for MICHELLE R NELSON on 05/04/2017

History of Present Illness

General:

Mrs. Nelson is here for a medically necessary Botox appointment. The patient is a pleasant 48-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

-Propranolol
-Relpax
-Topamax
-Gabapentin
-Ambien
-Diclofenac
-Tizanidine
-Citalopram
-Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report mild improvement but has not documented her headache days. Still she felt like she had more headache days than not.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

Assessments

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary), The patient is a pleasant 48-year-old female with history of chronic intractable migraine headaches with pain 25/30 days of the month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. She was referred for Botox injections and has seen greater and 50% improvement in headache intensity but is still having headaches frequently. She also has neck pain and is treated by Dr. Leppard in pain management. Her disability paperwork was completed, signed and handed to the patient.
2. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

Treatment

**1. Chronic migraine without aura, intractable, without status migrainosus**

Refill Acetaminophen/Butalbital/Caffeine capsule, 300 mg-50 mg-40 mg, 1 cap(s), orally, take 1 caps at onset of migriane, may repeat in 4 hours if needed, max dose 2 caps in 24 hour period, 30 days, 9 Capsule, Refills 2

Start Zomig spray, 2.5 mg, 2.5 mg, intranasally, take 1 spray(2.5mg) at onset of migraine, may repeat in 4 hours if needed, max dose 5mg in 24 hour period, 30 days, 9 doses, Refills 2

Botox injection

Clinical Notes: Spoke to Brent at pharmacy and he states Zomig comes in a 6 pack so ok'd to change.

**2. Others**

Refill clonazepam tablet, 0.5 mg, 1 tab(s), orally, once daily prn for muscle spasms, 30 day(s), 15, Refills 2

Clinical Notes: Called Clonazepam into listed Walgreens pharmacy and spoke to Brent.

Procedures

Botox:

Area face and cervical . Indication headache. Dose 200 units. Procedure Consent obtained. Dilute botulinum toxin was injected via non-EMG guidance into the corrugators (10 units each) and temporalis muscles bilaterally (40units each). Hollow EMG guidance was used to guide the injections in the splenius cervicis bilaterally (10 units each) and trapezii (40 units each). Increased motor unit activity was noted in each site. Patient tolerated well, there were no complications. Patient had muscle spasms noted in her neck and back.
Lot Number: 1 200 unit vial, C4442C3. Expiration Date: 09/2019.

**Electronically signed by APARNA KOMATINENI MD on 05/05/2017 at 01:40 PM MDT**

**Sign off status: Pending**

---

**Colorado Springs Neuro Assoc.**
**2312 N. Nevada Avenue**
**Suite 100**
**Colorado Springs CO 809075307**
**Tel: 719-473-3272**
**Fax: 719-389-1191**

---

**Patient: NELSON, MICHELLE R**
**DOB:**

**Provider: APARNA KOMATINENI, MD, MD**
**Date: 05/04/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

## Consultation Notes for MICHELLE R NELSON on 11/23/2016

History of Present Illness

General:

Mrs. Nelson is here for a medically necessary botox appointment. The patient is a pleasant 48-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

-Propranolol
-Relpax
-Topamax
-Gabapentin
-Ambien
-Diclofenac
-Tizanidine
-Citalopram
-Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report mild improvement but has not documented her headache days. Still she felt like she had more headache days than not.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

Assessments

1. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

Procedures

Botox:

Area face and cervical . Indication headache. Dose 200 units. Procedure Consent obtained. Dilute botulinum toxin was injected via non-EMG guidance into the corrugators (10 units each) and temporalis muscles bilaterally (40units each). Hollow EMG guidance was used to guide the injections in the splenius cervicis bilaterally (10 units each) and trapezii (40 units each). Increased motor unit activity was noted in each site. Patient tolerated well, there were no complications. Patient had muscle spasms noted in her neck and back.
Lot Number: 1 200 vial, C4210C3. Expiration Date: JUN2019.

Aparna K.

Electronically signed by APARNA KOMATINENI MD on 11/28/2016 at 10:53 AM MST

Sign off status: Pending

Colorado Springs Neuro Assoc.
2312 N. Nevada Avenue
Suite 100
Colorado Springs CO 809075307
Tel: 719-473-3272

### *HEADACHES RESIDUAL FUNCTIONAL CAPACITY QUESTIONNAIRE*

**To:** Kematsnemi **M.D. // D.O.** PA Hughes

**RE:** Michelle Nelson **SSN:** ______________ **// DOB:** ______________

Please answer the following questions concerning your patient's headaches.

1. Nature, frequency and length of contact: initial appt Oct 2006, now seen every couple of months

2. Diagnoses: migraine headaches, neck pain, degenerative disc disease, cervical spine syrinx

3. Does your patient have headaches? ✓ Yes __ No

   If yes, please characterize the nature, location and intensity/severity (mild to severe) of your patient's headaches: throbbing global pain, sensitivity to light + sounds, nausea & vomiting, up to 10/10 in pain intensity, 25 days per month

4. Identify any other symptoms associated with your patient's headaches:

   __ Vertigo
   ✓ Nausea/vomiting
   ✓ Malaise
   ✓ Photosensitivity
   __ Visual disturbances
   ✓ Mood changes
   ✓ Mental confusion/ inability to concentrate

   Other: ______________________________

5. What is the approximate frequency of headaches? 25 days per month

6. What is the approximate duration of your patient's headaches? 4 hours to 3 days

7. What triggers your patient's headaches?

   __ Alcohol N/A
   ✓ Bright lights
   ✓ Lack of sleep
   __ Menstruation N/A

- [ ] Food - identify: unknown
- [x] Hunger
- [x] Noise
- [x] Stress
- [x] Strong odors
- [x] Vigorous exercise
- [x] Weather changes

Other: ______

8. What makes your patient's headaches worse?

- [x] Bright lights
- [ ] Coughing, straining/bowel movement
- [x] Moving around
- [x] Noise

9. What makes your patient's headaches better?

- [x] Lying in a dark room
- [x] Cold/hot packs
- [x] Finger pressure/massage
- [x] Minimize noise
- [ ] Other: ______

10. Identify any positive test results and objective signs of your patient's headaches:

- [ ] Weight loss
- [x] Tenderness
- [ ] Impaired sleep
- [x] Impaired appetite or gastritis
- [ ] X-ray
- [x] MRI
- [ ] CT scan
- [ ] EEG

Other ______

11. Identify any impairment(s) that could reasonably be expected to explain your patient's headaches:

- [ ] Anxiety/tension
- [ ] Cerebral hypoxia
- [x] Cervical disc disease
- [ ] History of head injury
- [ ] Hypertension
- [ ] Intracranial infection or tumor
- [x] Migraine
- [ ] Seizure disorder
- [ ] Sinusitus
- [ ] Substance abuse

Other: ______

12. Is your patient a malingerer? [ ] Yes [x] No

13. To what degree do emotional factors contribute to the severity of your patient's headaches?

[ ] Not at all [x] Somewhat [ ] Very much

14. Are your patient's impairments (physical impairments plus any emotional impairments) *reasonably consistent* with the symptoms and functional limitations described in this evaluation?
✓ Yes __ No

If no, please explain: ______

15. Describe the treatment and response: multiple medications, physical therapy injections, dry needling, Botox, massage, chiropractic treatments

16. List your patient's current medications used for control/treatment of headaches:
- ☐ Midrin ☐ Fiorinal ☐ Imitrex ☐ Maxalt ☒ Botox injections
- ☐ Topomax ☐ Nortriptyline ☒ Gabapentin ☐ Treximet ☒ Clonozepam

☒ Others: Relpax

17. Identify side effects of these medications experienced by your patient: ☒ fatigue ☐ nausea ☐ stomach pain ☐ dizziness ☒ drowsiness ☐ flu-like symptoms ☐ rebound HA ☒ loss of focus ☐ rapid heartbeat ☐ visual disturbance ☐ jaundice ☐ insomnia ☒ irritability ☒ jittery ☒ loss of appetite

☒ Others: slurred words, confusion

18. Prognosis: ☐ good ☐ fair ☐ guarded ☐ poor ☐ other/describe ______

19. Have the patient's impairments lasted or can they be expected to last at least twelve months?
✓ Yes __ No

20. During times your patient has a headache, would your patient generally be precluded from performing even basic work activities and need a break from the workplace?
✓ Yes __ No

If no, please explain: ______

21. Will your patient sometimes need to take unscheduled breaks during an 8-hour working day? AHA
✓ Yes __ No

If yes,
1) how *often* do you think this will happen? frequently
2) how *long* (on average) will your patient have to rest before returning to work?
(circle): 5 10 15 20 25 30 45 60 minutes other: hours
3) on such a break, will your patient need to lie down or sit quietly?