(circle): ~~lie down~~ (circled) sit quietly sit with feet elevated
Other: ______________________

22. To what degree can your patient tolerate work stress?

__ Incapable of even "low stress" jobs
✓ Capable of low stress jobs
__ Moderate stress is okay
__ Capable of high stress work

Please explain the reasons for your conclusion: only low stress would be tolerable

23. Are your patient's impairments likely to produce "good days" and "bad days"?
✓ Yes __ No

If yes, please estimate, on the average, how often your patient is likely to be absent from work as a result of the impairments or treatment:

__ Never
__ About once a month
__ About twice a month
__ About three times a month
__ About four times a month
✓ More than four times a month

24. Please describe any other limitations (such as limitations in the ability to sit, stand, walk, lift, bend, stoop, crouch, limitations in using arms, hands, fingers, limited vision, difficulty hearing, need to avoid temperature extremes, wetness, humidity, noise, dust, fumes, gases or hazards, etc.) that would affect your patient's ability to work at a regular job on a sustained basis:

She would be unable to lift no more than 10 lb. ~~bend, stoop, stretch~~
need to avoid temp extremes, humidity, noise, dust, fumes
gases or hazards

9-8, 2016
Date

Linnea Hughe / Aparna Kamatreni
[signature] PAC / Aparna K.
Signature of Medical Provider

2312 N. Nevada Ste 100
(address) Co. Springs CO 80907

EXHIBIT

4, part 3

## Consultation Notes for MICHELLE R NELSON on 09/08/2016

### History of Present Illness

General:

Michelle is here today for a follow-up appointment. She is a pleasant 48-year-old female with a 10 year history of chronic intractable migraine headaches. She has global pain which is pounding with an intensity of 8/10, worse with physical activity and hormonal changes. When she was seen in June, 2 weeks before she had a headache which was 10/10 in intensity. She has associated attention and concentration problems as well as occasional slurring of words. She has at least 20/30 days of headache pain per month. She also has occasional episodes of pain radiating from the neck to her left arm but denies any numbness or tingling. Her neck pain gets worse with physical activity as well.

She's tried and failed propranolol, Relpax, Topamax, gabapentin, Ambien, diclofenac, tizanidine, citalopram and we'll prevention. She was referred for Botox injections and has had them twice with least 50% reduction in headache intensity. She had an MRI of the cervical spine which shows stable anterior cord syrinx at C1 and degenerative disc disease. When she was seen in June she was still having left arm pain which radiates to her left shoulder and neck. She was referred to neurosurgeon Dr. Hammers for consultation about the syrinx and cervical radicular symptoms. She saw Dr. Hammers on July 25 he was uncertain of the etiology of her left upper extremity pain. There is some cervical spondylosis but it is not severe. He opted for conservative management. She had an EMG in the past was advised to provide the results. She states that it was normal.

She is here today for disability paperwork because she is currently on short term disability and is applying for long-term disability. She states that she has 5 or 6 pain free days per month, so she is having approximately 25/30 days of headache pain per month, although it is less intense. She had epidural steroid injections in the cervical spine about 5 years ago which was unsuccessful. She does see Dr. Leopard in pain management for trigger point injections and was referred for physical therapy. She feels that she went back to work she would miss several days per month.

### Examination

General:

General pleasant, in NAD. Eyes normal lids and conjunctivae. ENT ear and nose appearance normal, normal hearing. Neck tightness and tenderness across neck and shoulders.

Neurologic exam:

Mental status: The patient was alert, oriented and attentive with normal concentration, memory and speech. Fund of knowledge was appropriate.

Cranial nerves: 2-12 are intact.

Motor: Fine finger movements were intact. There was no fix or drift. Muscle tone and bulk were normal. There were no abnormal involuntary movements. Muscle strength testing revealed power of five out of five.

Sensory: vibration and position sense was intact.

Coordination: Finger to nose testing normal

Reflexes: Stretch reflexes were 2+ and symmetric.

Gait: Gait is normal.

### Assessments

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary), The patient is a pleasant 47-year-old female with history of chronic intractable migraine headaches with pain 25/30 days of the month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. She was referred for Botox injections and has seen greater and 50% improvement in headache intensity but is still having headaches frequently. She also has neck pain and is treated by Dr. Leppard in pain management. Her disability paperwork was completed, signed and handed to the patient

**Electronically signed by LINNEA HUGHES PA-C on 09/14/2016 at 10:20 AM MDT**

**Patient:** NELSON, MICHELLE R
**Account Number:** 116963
**DOB:** **Age:** 47 Y **Sex:** Female
**Phone:**
**Address:**
**Pcp:** MARK S FRALEY, DO

**Provider:** Aparna Komatineni, MD
**Date:** 08/25/2016

## Subjective:

**Chief Complaints:**
1. Botox Migraines.

**HPI:**
General:

Mrs. Nelson is here for a medically necessary botox appointment. The patient is a pleasant 47-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10 out of 10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days in a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

Propranolol
Relpax
Topamax
Gabapentin
Ambien
Diclofenac
Tizanidine
Citalopram
Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report mild improvement but has not documented her headache days. Still she felt like she had more headache days than not.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

## Objective:

## Assessment:

**Assessment:**
1. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

## Plan:

**1. Others**
Refill clonazepam tablet, 0.5 mg, 1 tab(s), orally, once daily prn for muscle spasms, 30 day(s), 15, Refills 2 .
Clinical Notes: Called prescription into the Walgreens pharmacy listed, spoke to Kaleb.

**Procedures:**
Botox:

Area face and cervical .
Indication headache.
Dose 200 units.
Procedure Consent obtained. Dilute botulinum toxin was injected via non-EMG guidance into the corrugators (10 units each) and temporalis muscles bilaterally (40units each). Hollow EMG guidance was used to guide the injections in the splenius cervicis bilaterally (10 units each) and trapezii (40 units each). Increased motor unit activity was noted in each site. Patient tolerated well, there were no complications. Patient had muscle spasms noted in her neck and back.
Lot Number: C4145C3.
Expiration Date: April 2019.

**Provider:** Aparna Komatineni, MD
**Patient:** NELSON, MICHELLE R **DOB:** **Date:** 08/25/2016

Aparna K.

**Electronically signed by APARNA KOMATINENI MD, MD on 08/29/2016 at 11:26 AM MDT**
**Sign off status: Pending**

# Consultation Notes for MICHELLE R NELSON on 07/27/2017

## History of Present Illness

General:

Mrs. Nelson is here for a medically necessary Botox appointment. The patient is a pleasant 48-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

-Propranolol
-Relpax
-Topamax
-Gabapentin
-Ambien
-Diclofenac
-Tizanidine
-Citalopram
-Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report mild improvement but has not documented her headache days. She does report more than 50% reduction in her headache frequency and intensity.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

## Assessments

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary). The patient is a pleasant 48-year-old female with history of chronic intractable migraine headaches with pain 25/30 days of the month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. She was referred for Botox injections and has seen greater and 50% improvement in headache intensity but is still having headaches frequently. She also has neck pain and is treated by Dr. Leppard in pain management. Her disability paperwork was completed, signed and handed to the patient.
2. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

**Electronically signed by APARNA KOMATINENI MD on 08/06/2017 at 08:37 PM MDT**

**Sign off status: Pending**

**Colorado Springs Neuro Assoc.**
**2312 N. Nevada Avenue**
**Suite 100**
**Colorado Springs CO 809075307**
**Tel: 719-473-3272**
**Fax: 719-389-1191**

CSNA neurosurgery & neurology

# NELSON, MICHELLE R

47 Y old Female, DOB:
Account Number: 116963

Home:
Guarantor: NELSON, MICHELLE R Insurance: KAISER PERMANENTE/HMO Payer ID: 91617
PCP: MARK S FRALEY, DO Referring: KATHRINE J LEPPARD, MD
Appointment Facility: Colorado Springs Neuro Assoc.

07/25/2016 Progress Notes: Ronald L Hammers, MD

## History of Present Illness

<u>back pain</u>:

Michelle is a 47-year-old female who is referred to me by Dr. Komatineni. She is here for further evaluation of her cervical spine.

The patient is seen in neurology and pain management clinic on a regular basis and has a chronic history of migraine headache. Current headaches developed after an MVC which was approximately 12 years ago. In conjunction with the headache she has also had a relatively chronic history of neck pain. She had some type of cervical injection in approximately 2008. She says that this injection resulted in some type of needle in the intrathecal space causing the known syrinx.

She additionally complains of left-sided pain since January 2016. This symptom came on unprecipitated. Her husband provides a majority of the history because he says sometimes she gets "foggy" because of pain medications. She currently has pain in the left suprascapnlar region which variably radiates into the arm, forearm and entire hand. A distinct dermatome cannot be elicited. Additionally, he believes she still has pain from the cervical needle incident in 2008.

Most recently, for the neck and left-sided symptoms, she has been treated with physical therapy, NSAIDs, narcotics, muscle relaxants, cervical enteral steroid injection, trigger point injection, Neurontin. None of these have provided any significant benefit.

She does not report any obvious dysfunction of the upper or lower extremities suggestive of myelopathy.

## Assessments

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary), The patient is a pleasant 47-year-old female with history of chronic migraines with intractable migraines which are present 20/30 days in a month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. I believe at this time she would be an ideal candidate to be offered Botox injections. The patient was extensively counseled regarding side effects as well as benefits of Botox injections, as well as extensively educated regarding the procedure, sites of injection and mechanism of action.
2. Neck pain - M54.2
3. Left arm pain - M79.602

**Treatment**

**1. Chronic migraine without aura, intractable, without status migrainosus**

Notes: Michelle has a variety of symptoms, headache being the worst. From a neurosurgical perspective I do not have any significant input regarding headache and I will defer to neurology and pain management. As for her more recent history of left upper extremity pain, the exact etiology is uncertain. There is some cervical spondylosis but this is not severe and I could not elicit any specific dermatome during today's examination. Certainly conservative management is a very good option for patient who remains neurologically intact, as she does. However, she apparently had a recent EMG/NCV and I would like her to provide those results so I can further investigate this left upper extremity symptom. We discussed a variety of conservative options but any further recommendations will be made after the EMG/NCV.,Migraine Headache: Stages and Treatment material was published to portal.

R Ham MD

Electronically signed by RONALD HAMMERS , MD on 08/25/2016 at 09:54 AM MDT

Sign off status: Pending

Colorado Springs Neuro Assoc.
2312 N. Nevada Avenue
Colorado Springs, CO 809075307
Tel: 719-473-3272
Fax: 719-389-1191



*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Progress Notes**

**Patient:** NELSON, MICHELLE R
**Account Number:** 116963
**DOB:** **Age:** 47 Y **Sex:** Female
**Phone:**
**Address:**
**Pcp:** MARK S FRALEY, DO

**Provider:** Aparna Komatineni, MD
**Date:** 06/28/2016

---

**Subjective:**

**Chief Complaints:**

1. Follow up Migraine.

**HPI:**

General:

The patient is a pleasant 47-year-old female who presented to me a couple of months ago to establish care. She is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

Propranolol
Relpax
Topamax
Gabapentin
Ambien
Diclofenac
Tizanidine
Citalopram
Wellbutrin

Since she was last seen she had Botox injections on the 27th of May with at least 50% reduction in the headache intensity. She reports that she still continues to get the headaches but they're not as intense. She had an MRI of the C-spine which shows stable anterior paramidline cord syrinx at C1. She also has a degenerated disc disease. She stated that she continues to have the left arm pain which radiates to her left shoulder as well as her neck.

**Medical History:** Headaches, MVA, Neck pain, Arm pain.

**Social History:**

No Alcohol Use .
Marital Status: yes, married.
No Drugs.
Occupation: underwriter.
No Tobacco Use
Status *Never smoked*
Working: Yes.

**Medications:** Taking Ambien 10 mg tablet 1 tab(s) once a day (at bedtime), Taking citalopram 20 mg

tablet 1 tab(s) once a day, Taking Relpax 40 mg tablet 1/2 tab 1 at HA onset, may repeat x 1 after 2H. Max 3 days out of week, Taking Neurontin 100 mg capsule 1-3 cap(s) QHS prn, Taking clonazepam 1 mg tablet 1 tab(s) once daily prn, Taking Wellbutrin XL 300 mg/24 hours tablet, extended release 1 tab (s) every 24 hours, Medication List reviewed and reconciled with the patient

**Allergies:** sulfamethoxazole: itchy: Side Effects.

**Objective:**

**Vitals:** BP sitting 102/74 mm Hg, Pulse sitting 68, Respirations 16, Wt 155 lbs, Height 58 inches, BMI 32.39.

**Examination:**

General:

General pleasant, in NAD.
Eyes normal lids and conjunctivae, pupils reactive.
ENT ear and nose appearance normal, normal hearing.
Neck nontender to palpation, no masses.
Back nontender to palpation.
Respiratory clear to auscultation, good effort.
Cardiovascular normal auscultation, no pedal edema.
Abdomen soft and nontender, no hernias.
Musculoskeletal normal tone, no atrophy, no cyanosis or clubbing.
Lymphatic no cervical or axillary lymphadenopathy.
Skin no rashes, no nodules.

Neurological:

Cortical Functions : normal.
Cranial Nerves : I - Not Tested, II - Pupils 4mms reacting briskly to 2 mms, No afferent pupil defect, III , IV, VI - EOM were full with normal pursuit and saccade, No ptosis or nystagmus, V - Motor V intact, Pinprick, light touch intact in all three divisons, VII - No asymmetry or weakness, VIII - Actuity intact to finger rub bilaterally, IX , X- Palate rose in midile, XI - Sternocleidomastoid, trapezius strength intact, XII - Tongue protruded midline w/o atrophy or fasciculations.
Motor Strength : V/ V bilaterally, no drift, no cogwheeling.
Sensory : normal bilateral LE.
Reflexes : bilaterally symmetrical, babinski absent.
Plantars: downgoing bilaterally.
Cerebellar Signs: absent.
Tremors : absent.
Coordination : finger-to-nose and rapid alternating movements were intact, no ataxia.
Gait and Station : Within normal limits, Romberg was negative.

**Assessment:**

**Assessment:**

1. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary), She has found some improvement with Botox injections and would like to be continued on the same.
2. Syrinx of spinal cord - G95.0, The MRI of the C-spine does show a stable syrinx and I have ordered a referral for her to see Dr. Hammers for further evaluation and management. She continues to have cervical radicular symptoms.

**Plan:**

**1. Intractable chronic migraine without aura and without status migrainosus**
Notes: Preventing Migraine Headaches: Triggers material was published to portal.

**2. Syrinx of spinal cord**

Referral To:RONALD HAMMERS Neurological Surgery
Reason:Eval and Treat

**Preventive:**
Counseling:
Diet
Follow up plan: Patient advised to pursue BMI management with a general practitioner? *Yes*

**Follow Up:** 3 Months

**Provider:** Aparna Komatineni, MD
**Patient:** NELSON, MICHELLE R **DOB:** **Date:** 06/28/2016

Aparna K.

Electronically signed by APARNA KOMATINENI MD, MD on 08/16/2016 at 11:53 AM MDT
Sign off status: Completed

Colorado Springs Neuro Assoc.
2312 N. Nevada Avenue Suite 100, Colorado Springs, CO 809075307
719-473-3272

NELSON, MICHELLE R, F,

Accession Id: 320649

Order Date: 05/16/2016    Procedure: 06/16/2016 08:45:00

Requesting Physician: KOMATINENI, APARNA    Ordering Physician: KOMATINENI, APARNA

# MRI Spine Cervical w/o Contrast

REPORT

## Exam:

6011 Woodmen Road Suite 10
Colorado Springs, CO 80923-2601
Phone: (877) 6-PENRAD
Phone: (719)785-9000
Fax: (719)867-7900
PENRAD.org

PATIENT NAME: Michelle R Nelson    REFERRER: Aparna Komatineni, MD
DATE OF BIRTH:
6/16/2016
EXAM DATE:
EXAM: MRI 3T Spine Cervical w/o Contrast    72141

HISTORY: 47-year-old female with neck pain, left upper extremity radiculopathy; pain in the neck through the left elbow
since February 2016, history of a known syrinx.

COMPARISON: Cervical spine MRI at Briargate October 7, 2011 and Memorial Hospital North January 29, 2016.

TECHNIQUE: High-field multisequence noncontrast MR imaging of the cervical spine was performed. Sequences obtained
include T1 turbo spin-echo, proton density turbo spin-echo, T2 turbo spin-echo and STIR in the sagittal plane, and proton
density turbo spin-echo in the axial plane.

FINDINGS: The cervical spine shows normal alignment, and other than mild edematous discogenic change on the left at C6-
C7, the marrow signal intensity is benign and unremarkable. There is multilevel facet arthropathy and disc bulging.

REPORT

An anterior left paramidline cervical cord T2-hyperintense lesion following CSF signal intensity is almost 9 mm in length, and
measures 2 x under 2 mm in transverse dimension, which on my repeat measurement is unchanged. No new cervical cord
lesion, expansion or visible intradural lesion. The visualized portions of the posterior fossa are unremarkable.

C2-C3: Unremarkable.

C3-C4: There is moderate right and mild left facet arthropathy, but no significant canal or neural foraminal narrowing.

C4-C5: There is left greater than right facet arthropathy, uncinate spurring and mild disc bulging, now mildly narrowing the
neural foramina, but not the canal.

C5-C6: There is mild disc bulging, left greater than right uncinate spurring and facet arthropathy, mildly narrowing the left
neural foramen, but not the canal or the right neural foramen.

C6-C7: Disc bulging, endplate spurring and left greater than right uncinate spurring and facet arthropathy mildly narrow the
left neural foramen without change. The canal is not narrowed.

C7-T1: Mild facet arthropathy without canal or neural foraminal narrowing.

IMPRESSION:

1. Stable anterior, left paramidline cord syrinx at the C1 level.
2. Degenerative disc, uncinate and facet disease, contributing towards mild neural foraminal narrowing bilaterally at C4-C5
and on the left at C5-C6 and C6-C7.

Thank you for this referral.

Signed By: Eric Weidman, MD
Signed Date/Time: 6/16/2016 12:10 PM
Transcribed By: tlc .
Transcribed Date/Time: 6/16/2016 12:06 PM

Patient ID: 464695
Accession#: DO38972

**Patient:** NELSON, MICHELLE R
**Account Number:** 116963
**DOB:** **Age:** 47 Y **Sex:** Female
**Phone:**
**Address:**
**Pcp:** MARK S FRALEY, DO

**Provider:** Aparna Komatineni, MD
**Date:** 05/27/2016

---

**Subjective:**

**Chief Complaints:**

1. Botox Injection Migraine.

**HPI:**

General:

Mrs.Nelson is here for a medically necessary botox appointment. The patient is a pleasant 47-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10 out of 10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days in a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

Propranolol
Relpax
Topamax
Gabapentin
Ambien
Diclofenac
Tizanidine
Citalopram
Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

**Medical History:** Headaches, MVA, Neck pain, Arm pain.

**Medications:** Taking Ambien 10 mg tablet 1 tab(s) once a day (at bedtime), Taking citalopram 20 mg tablet 1 tab(s) once a day, Taking Relpax 40 mg tablet 1/2 tab 1 at HA onset, may repeat x 1 after 2H. Max 3 days out of week, Taking topiramate 25 mg tablet 2 tabs QHS, Taking Neurontin 100 mg capsule 1-3 cap(s) QHS prn

**Allergies:** sulfamethoxazole: itchy: Side Effects.

**Objective:**

**Assessment:**

**Assessment:**

1. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

**Plan:**

**1. Others**

Start clonazepam tablet, 1 mg, 1 tab(s), orally, once daily prn, 30 day(s), 10, Refills 3 .
Clinical Notes: Clonazepam prescription called into Walgreens pharmacy. CLoewenstein RMA.

**Procedures:**

Botox:

Area face and cervical .
Indication headache.
Dose 200 units.
Procedure Consent obtained. Dilute botulinum toxin was injected via non-EMG guidance into the corrugators (10 units each) and temporalis muscles bilaterally (40units each). Hollow EMG guidance was used to guide the injections in the splenius cervicis bilaterally (10 units each) and trapezii (40 units each). Increased motor unit activity was noted in each site. Patient tolerated well, there were no complications. Patient had muscle spasms noted in her neck and back.
Lot Number: 1 200 unit C4082C3.
Expiration Date: JAN2019.

**Procedure Codes:** J0585 BOTULINUM TOXIN TYPE A PER UNIT, 95874 GUIDE NERV DESTR, NEEDLE EMG, 64615 CHEMODENERV MUSC MIGRAINE, A4215 NEEDLES ONLY STERILE ANY SIZE EACH.

**Follow Up:** 3 Months

**Provider:** Aparna Komatineni, MD
**Patient:** NELSON, MICHELLE R **DOB:** **Date:** 05/27/2016



Electronically signed by APARNA KOMATINENI MD, MD on 06/02/2016 at 01:08 PM MDT
Sign off status: Completed

**Progress Notes**

**Patient:** NELSON, MICHELLE R
**Account Number:** 116963
**DOB:** **Age:** 47 Y **Sex:** Female
**Phone:**

**Provider:** Aparna Komatineni, MD
**Date:** 05/16/2016

**Address:** COLORADO SPRINGS, CO-80921-8408
**Pcp:** MARK S FRALEY, DO

**Subjective:**

**Chief Complaints:**

1. Migraines.

**HPI:**

General:

Thank you for the referral of the patient. The patient is a pleasant 47-year-old female who presents to me to establish care. She is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10 out of 10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days in a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

Propranolol
Relpax
Topamax
Gabapentin
Ambien
Diclofenac
Tizanidine
Citalopram
Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

**ROS:**

Musculoskeletal::

no Joint pain. no Joint swelling. no Joint stiffness. no Muscle aches. no Low back pain. no Neck pain. no Shooting arm pain. no Shooting leg pain.

General:

no Fever. no Fatigue. no Loss of appetite. no Significant weight loss. no Weight gain.

Dermatology:

no Itching. no Redness. no Lumps. no Rash. no Skin cancer.

Endocrinology:

no Excessive sweating. no Excessive thirst. no Temperature intolerance. no Lactation.

Neurology:

Headache yes. Memory Problems yes. no Tremors. no Balance difficulty. no Numbness. no Weakness. no Speech problems. no Dizziness. no Seizures.

Ophthalmology:

no Vision loss. no Blurring of vision. no Double vision.

Hematology:

no History of transfusion. no Easy bruising.

ENT-Respiratory:

no Hearing loss. no Ringing in ears. no Shortness of breath. no Sleep apnea. no Cold and cough.

no Change in voice. no Difficulty swallowing.

Musculoskeletal:

Joint pain yes. Joint swelling yes. Joint stiffness yes. Muscle aches yes.

Cardiology:

no Chest pain. no Palpitations/irregular heartbeat. no Leg swelling. no History of heart attack. no Atrial fibrillation.

Gastroenterology:

no Abdominal pain. no Heartburn. no Nausea. no Vomiting. no Blood in stool.

Psychology:

no Anxiety. no Depression. no Sleep disturbances. no Hyperactivity. no Attention Deficit.

Genitourinary:

no Difficulty urinating. no Urinary urgency. no Increased urinary frequency. no Urinary incontinence.

**Medical History:** Headaches, MVA, Neck pain, Arm pain.

**Surgical History:** cesarean section , hysterectomy .

**Family History:** Father: alive 66 yrs, diagnosed with Healthy Mother: alive 66 yrs, diagnosed with Healthy

**Social History:**

No Alcohol Use .
Marital Status: yes, married.
No Drugs.
Occupation: underwriter.
No Tobacco Use
Status *Never smoked*
Working: Yes.

**Medications:** Taking Ambien 10 mg tablet 1 tab(s) once a day (at bedtime), Taking citalopram 20 mg tablet 1 tab(s) once a day, Taking Relpax 40 mg tablet 1/2 tab 1 at HA onset, may repeat x 1 after 2H. Max 3 days out of week, Taking topiramate 25 mg tablet 2 tabs QHS, Taking Neurontin 100 mg capsule 1-3 cap(s) QHS prn, Medication List reviewed and reconciled with the patient

**Allergies:** sulfamethoxazole: itchy: Side Effects.

**Objective:**

**Vitals:** BP sitting 104/68 mm Hg, Pulse sitting 68, Respirations 16, Wt 155 lbs, Height 58 inches, BMI 32.39.

**Examination:**

General:

General pleasant, in NAD.
Eyes normal lids and conjunctivae, pupils reactive.
ENT ear and nose appearance normal, normal hearing.
Neck nontender to palpation, no masses.
Back nontender to palpation.
Respiratory clear to auscultation, good effort.
Cardiovascular normal auscultation, no pedal edema.
Abdomen soft and nontender, no hernias.
Musculoskeletal normal tone, no atrophy, no cyanosis or clubbing.
Lymphatic no cervical or axillary lymphadenopathy.
Skin no rashes, no nodules.

Neurological:

Cortical Functions : normal.

Cranial Nerves : I - Not Tested, II - Pupils 4mms reacting briskly to 2 mms, No afferent pupil defect, III , IV, VI - EOM were full with normal pursuit and saccade, No ptosis or nystagmus, V - Motor V intact, Pinprick, light touch intact in all three divisons, VII - No asymmetry or weakness, VIII - Actuity intact to finger rub bilaterally, IX , X- Palate rose in midile, XI - Sternocleidomastoid, trapezius strength intact, XII - Tongue protruded midline w/o atrophy or fasciculations.

Motor Strength : V/ V bilaterally, no drift, no cogwheeling.

Sensory : normal bilateral LE.

Reflexes : bilaterally symmetrical, babinski absent.

Plantars: downgoing bilaterally.

Cerebellar Signs: absent.

Tremors : absent.

Coordination : finger-to-nose and rapid alternating movements were intact, no ataxia.

Gait and Station : Within normal limits, Romberg was negative.

**Assessment:**

**Assessment:**

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary), The patient is a pleasant 47-year-old female with history of chronic migraines with intractable migraines which are present 20/30 days in a month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. I believe at this time she would be an ideal candidate to be offered Botox injections. The patient was extensively counseled regarding side effects as well as benefits of Botox injections, as well as extensively educated regarding the procedure, sites of injection and mechanism of action.
2. Neck pain - M54.2
3. Cervical radiculopathy - M54.12, The patient has been having occasional neck pain which radiates from her neck to her left shoulder. It was quite severe to the point where she had to go to the ER. I've ordered an MRI of the C-spine to rule out any evidence of cervical radiculopathy.

**Plan:**

**1. Chronic migraine without aura, intractable, without status migrainosus**

Procedure: Botox injection

Notes: Preventing Migraine Headaches: Triggers material was published to portal.

**2. Cervical radiculopathy**

Imaging: MRI Spine Cervical w/o Contrast

**Preventive:**

Counseling:

Diet

Follow up plan: Patient advised to pursue BMI management with a general practitioner? *Yes*

**Follow Up:** 3 Months

**Provider:** Aparna Komatineni, MD
**Patient:** NELSON, MICHELLE R **DOB:** **Date:** 05/16/2016

Electronically signed by APARNA KOMATINENI MD, MD on 06/02/2016 at 01:06 PM MDT
Sign off status: Completed

**Patient:** NELSON, MICHELLE R
**Account Number:** 116963
**DOB:** **Age:** 48 Y **Sex:** Female
**Phone:**
**Address:**
**Pcp:** MARK S FRALEY, DO

**Provider:** Aparna Komatineni, MD
**Date:** 07/27/2017

**Subjective:**

**Chief Complaints:**

1. Botox/Migraine.

**HPI:**

General:

Mrs. Nelson is here for a medically necessary Botox appointment. The patient is a pleasant 48-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

-Propranolol
-Relpax
-Topamax
-Gabapentin
-Ambien
-Diclofenac
-Tizanidine
-Citalopram
-Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report mild improvement but has not documented her headache days. She does report more than 50% reduction in her headache frequency and intensity.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

**Medical History:** Headaches, Neck pain.

**Medications:** Taking Ambien 10 mg tablet 1 tab(s) orally once a day (at bedtime), Taking Relpax 40 mg tablet 1/2 tab orally 1 at HA onset, may repeat x 1 after 2H. Max 3 days out of week, Taking

Neurontin 100 mg capsule 1-3 cap(s) orally QHS prn, Taking Wellbutrin XL 300 mg/24 hours tablet, extended release 1 tab(s) orally every 24 hours, Taking clonazepam 0.5 mg tablet 1 tab(s) orally once daily prn for muscle spasms, Taking Acetaminophen/Butalbital/Caffeine 300 mg-50 mg-40 mg capsule 1 cap(s) orally take 1 caps at onset of migriane, may repeat in 4 hours if needed, max dose 2 caps in 24 hour period, Taking Zomig 2.5 mg spray 2.5 mg intranasally take 1 spray(2.5mg) at onset of migraine, may repeat in 4 hours if needed, max dose 5mg in 24 hour period, Taking Topamax 25 mg tablet 1 tab (s) orally once a day, Taking sumatriptan 20 mg/inh spray at onset of migraines may repeat in 4 hours if needed, max dose 2 sprays (40mg) in 24 hours intranasally as directed, Taking Viibryd 10 mg tablet 1 tab(s) orally once a day, Not-Taking Cymbalta 30 mg delayed release capsule 1 capsule orally once a day, Not-Taking citalopram 20 mg tablet 1 tab(s) orally once a day, Not-Taking rizatriptan 10 mg tablet, disintegrating 1 tab(s) orally at onset of migraine, may repeat in 4 hours if needed, max dose 2 tabs in 24 hour period., Medication List reviewed and reconciled with the patient

**Allergies:** sulfamethoxazole: itchy: Side Effects.

**Objective:**

**Vitals:** BP sitting 112/68 mm Hg, Pulse sitting 76, Respirations 16, Wt 116 lbs, Height 58 inches, BMI 24.24.

**Assessment:**

**Assessment:**

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary), The patient is a pleasant 48-year-old female with history of chronic intractable migraine headaches with pain 25/30 days of the month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. She was referred for Botox injections and has seen greater and 50% improvement in headache intensity but is still having headaches frequently. She also has neck pain and is treated by Dr. Leppard in pain management. Her disability paperwork was completed, signed and handed to the patient.
2. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

**Plan:**

**Procedures:**

Botox:

Area face and cervical .

Indication headache.

Dose 200 units.

Procedure Consent obtained. Dilute botulinum toxin was injected via non-EMG guidance into the corrugators (10 units each) and temporalis muscles bilaterally (40units each). Hollow EMG guidance was used to guide the injections in the splenius cervicis bilaterally (10 units each) and trapezii (40 units each). Increased motor unit activity was noted in each site. Patient tolerated well, there were no complications. Patient had muscle spasms noted in her neck and back.

Lot Number: 1 200 unit vial, C4555C3.

Expiration Date: MAR2020.

**Procedure Codes:** J0585 BOTULINUM TOXIN TYPE A PER UNIT, Units: 200.00 , 95874 GUIDE NERV DESTR, NEEDLE EMG, 64615 CHEMODENERV MUSC MIGRAINE, A4215 NEEDLES ONLY STERILE ANY SIZE EACH.

**Follow Up:** 3 Months

**Provider:** Aparna Komatineni, MD

**Patient:** NELSON, MICHELLE R **DOB:** **Date:** 07/27/2017

**Electronically signed by APARNA KOMATINENI MD, MD on 08/28/2017 at 10:53 AM MDT**
**Sign off status: Completed**

**Patient:** NELSON, MICHELLE R
**Account Number:** 116963
**DOB:** **Age:** 47 Y **Sex:** Female
**Phone:**
**Address:**
**Pcp:** MARK S FRALEY, DO

**Provider:** Aparna Komatineni, MD
**Date:** 08/25/2016

## Subjective:

**Chief Complaints:**
1. Botox Migraines.

**HPI:**
General:
Mrs. Nelson is here for a medically necessary botox appointment. The patient is a pleasant 47-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10 out of 10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days in a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:
Propranolol
Relpax
Topamax
Gabapentin
Ambien
Diclofenac
Tizanidine
Citalopram
Wellbutrin
She denies any other new neurological symptoms at this time and is quite ready for Botox injections.
Since her last injections she does report mild improvement but has not documented her headache days. Still she felt like she had more headache days than not.
GENERAL:
Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.
Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

## Objective:

## Assessment:

**Assessment:**
1. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

## Plan:

**1. Others**
Refill clonazepam tablet, 0.5 mg, 1 tab(s), orally, once daily prn for muscle spasms, 30 day(s), 15, Refills 2 .
Clinical Notes: Called prescription into the Walgreens pharmacy listed, spoke to Kaleb.

**Procedures:**
Botox:

CSNA
neurosurgery & neurology

# NELSON, MICHELLE R

49 Y old Female, DOB:
Account Number: 116963

Home:
Guarantor: NELSON, MICHELLE R Insurance: KAISER PERMANENTE/HMO Payer ID: 91617
PCP: MARK S FRALEY, DO Referring: KATHRINE J LEPPARD, MD
Appointment Facility: Colorado Springs Neuro Assoc.

10/02/2017 Progress Notes: Aparna Komatineni, MD

**History of Present Illness**

General:

Michelle is here for followup appointment. Her last office followup was almost one year ago. She comes every 3 months for Botox injections for chronic migraines with significant improvement in her headache frequency and intensity by more than 60-70%. However in the month of August patient reported a worsening migraines due to barometric pressure changes. She's currently not working. Her other main complaint today is cognitive decline especially with multitasking. She also has noticed social withdrawal and she is currently on 2 antidepressants through her PCP. She tried sumatriptan nasal spray, Maxalt, Zomig as well as Frova but does need help with rescue medication since of these do not work for her. She also takes Flexeril for occasional muscle spasms. Patient also reports chronic low back pain which has been going on for the last one year. This has been gradually getting worse. It is present on a daily basis and feels like her lower back is extremely stiff. He does get worse with prolonged sitting as well as with physical activity. There is no evidence of any weakness or numbness down her legs. She denies any other new neurological symptoms as otherwise mentioned.

**Examination**

Current Medications Not Documented:

Patient Reason

Medication(s) name, dose and frequency unknowu to patient *Yes*

Neurological:

Cortical Functions : normal.

Cranial Nerves : I - Not Tested, II - Pupils 4mms reacting briskly to 2 mms, No afferent pupil defect, III , IV, VI - EOM were full with normal pursuit and saccade, No ptosis or nystagmus, V - Motor V intact, Pinprick, light touch intact in all three divisons, VII - No asymmetry or weakness, VIII - Actuity intact to finger rub bilaterally, IX , X- Palate rose in midile, XI - Sternocleidomastoid, trapezius strength intact, XII - Tongue protruded midline w/o atrophy or fasciculations.

Motor Strength : V/ V bilaterally, no drift, no cogwheeling.

Sensory : normal bilateral LE.

Reflexes : bilaterally symmetrical, babinski absent.

Plantars: downgoing bilaterally.

Cerebellar Signs: absent.
Tremors : absent.
Coordination : finger-to-nose and rapid alternating movements were intact, no ataxia.
Gait and Station : Within normal limits, Romberg was negative.
Speech : normal.

General:
General pleasant, in NAD.
Eyes normal lids and conjunctivae, pupils reactive.
ENT ear and nose appearance normal, normal hearing.
Neck nontender to palpation, no masses.
Back nontender to palpation.
Respiratory clear to auscultation, good effort.
Cardiovascular normal auscultation, no pedal edema.
Abdomen soft and nontender, no hernias.
Musculoskeletal normal tone, no atrophy, no cyanosis or clubbing.
Lymphatic no cervical or axillary lymphadenopathy.
Skin no rashes, no nodules.

**Assessments**

1. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary), The patient is a pleasant 49-year-old female with history of chronic migraines with intractable migraines with significant improvement to Botox injections. I did reassure her that sometimes the migraines do breakthrough with severe changes in the barometric pressure. I have given her samples to try Zomig nasal spray and have also put in an order for IV infusions for her acute migraines in case the oral medications do not work.
2. Low back pain - M54.5, Patient has been suffering from chronic low back pain which has been getting worse with physical activity. I would like to rule out lumbar spinal stenosis and have ordered an MRI of the lumbar spine. She does not have any weakness or any myelopathy to be concerned about at this point.
3. Other chronic pain - G89.29
4. Memory loss - R41.3, Patient does complain of memory loss which is cousistent with cognitive decline in this of chronic pain as well as depression. I have reassured her regarding the same and have also explained to her why she does not need any medications like Namenda or Aricept at this point.

I spent a total of 30 min. with the patient and more than 20 min. were spent in counseling her regarding the differential diagnosis of the above as well as addressing each of her specific problems in detail to her satisfaction.

**Treatment**

**1. Intractable chronic migraine without aura and without status migrainosus**
Start Depacon Solution, 500mg/5ml, 250 mg, Intravenously, every 1-2 weeks prn, no more than 2 times a month, for 1 year
Start Diphenhydramine Solution, 50mg/ml, 25 mg, Intravenously, every 1 to 2 weeks prn, no more than 2 times a month, for 1 year
Start Ketorolac Solution, 30mg/1ml, 30 mg, Intravenously, every 1 to 2 weeks prn, no more than 2 times a month, for 1 year

Samples Zomig spray, 5 mg, 5 mg, intranasally, at onset of migraine, may repeat in 4 hours if needed, max dose 2 sprays (10mg) in 24 hour period, 3 Box, Notes: 10/2/17 Lot #: MG363 Exp: 6/2018
Clinical Notes: Faxed infusion orders to CSNA infusion per v/o Dr. K.

**2. Low back pain**
IMAGING: MRI Spine Lumbar w/o Contrast

**Electronically signed by APARNA KOMATINENI MD, MD on 10/05/2017 at 08:46 AM MDT**

**Sign off status: Pending**

Colorado Springs Neuro Assoc.
2312 N. Nevada Avenue
Colorado Springs, CO 809075307
Tel: 719-473-3272
Fax: 719-389-1191

CSNA neurosurgery & neurology

**NELSON, MICHELLE R**
49 Y old Female, DOB:
Account Number: 116963

Home:
Guarantor: NELSON, MICHELLE R Insurance: KAISER PERMANENTE/HMO Payer ID: 91617
PCP: MARK S FRALEY, DO Referring: KATHRINE J LEPPARD, MD
Appointment Facility: Colorado Springs Neuro Assoc.

10/11/2017 Aparna Komatineni, MD

### History of Present Illness

General:

Mrs. Nelson is here for a medically necessary Botox appointment. The patient is a pleasant 48-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in natnre. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

-Propranolol
-Relpax
-Topamax
-Gabapentin
-Ambien
-Diclofenac
-Tizanidine
-Citalopram
-Wellbutrin

The patient also underwent nerve blocks which did not help her.

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report a reduction in the headache intensity. She used to get them at an intensity of 10 out of 10 but currently she gets them at a 7/10. Her frequency still is almost every day.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was

obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

**Assessments**

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary), The patient is a pleasant 48-year-old female with history of chronic intractable migraine headaches with pain 25/30 days of the month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. She was referred for Botox injections and has seen greater and 50% improvement in headache intensity but is still having headaches frequently. She also has neck pain and is treated by Dr. Leppard iu pain management. Her disability paperwork was completed, sigued and handed to the patient.
2. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

**Electronically signed by APARNA KOMATINENI MD, MD on 10/13/2017 at 03:06 PM MDT**

**Sign off status: Pending**

Colorado Springs Neuro Assoc.
2312 N. Nevada Avenue
Colorado Springs, CO 809075307
Tel: 719-473-3272
Fax: 719-389-1191



*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

## Authorization To Release Medical Records:

**PATIENT INFORMATION:**

Name (print) Michelle Nelson DOB SSN (last 4 digits)

**INFORMATION TO BE RELEASED FROM:**

Name of facility or provider Colorado Springs Neurological Associates

Address 2312 N. Nevada, CSC 80907

**INFORMATION TO BE SENT TO:**

Name of designated receipient Liberty Mutual Insurance

Address PO BOX 7208 City London State KY Zip 40742-7208

**INFORMATION TO BE RELEASED: (check one)**

_____ The most recent 2 years of pertinent information (chart notes, labs, x-rays and special tests)
_____ All medical records
_____ Specific information (please specify) :

**PURPOSE FOR WHICH THE DISCLOSURE IS BEING MADE: (please check one)**

_____ Attorney ✓ Insurance _____ Doctor _____ Personal

**PATIENT AUTHORIZATION :**

I understand that my records may contain information regarding the diagnosis or treatment of HIV/AIDS, sexually transmitted diseases, drug and/or alcohol abuse, mental illness, or psychiatric treatment. I give my specific authorization for these records to be released.

* EXCLUDE the following information from the records released (please initial)

_____ Drug / Alcohol abuse/treatment & diagnosis _____ Sexually transmitted disease
_____ HIV/AIDS diagnosis/treatment/testing _____ Mental illness or psychiatric diagnosis/treatment

**MY RIGHTS:**

I understand I do not have to sign this authorization in order to obtain health care benefits (treatment, payment or **enrollment). I may revoke this authorization in writing. To view the process for revoking this authorization, please read the** Privacy Notice to patients posted at the facility where your information is being released. I understand that once the health information I have authorized to be disclosed reaches the noted recipient, that person or organization may re-disclose it, at which time it may no longer be protected under Privacy laws.

Signature: Michelle Nelson Date: 10-13-17
(Patient, guardian*, or Authorized representative*)

**This authorization will expire 90 days from the date signed**
**Possible copying fee required**

PO Box 558
Pueblo, CO 81002

866-390-7404 (Toll Free)
719-542-2564 (FAX)
www.verisma.com

Liberty Mutual Assurance Company of Boston
Viktoriya Vecorko
PO Box 7208
London, KY 40742-7208

Date: 10/17/2017
Invoice #: 6168-11080
Access Code: NH8KNWQX

**MEDICAL RECORDS READY FOR PAYMENT AND DISTRIBUTION**

Patient Name: Nelson, Michelle

AMOUNT DUE: $46.48

Case #: 7608815

Medical Provider: Colorado Springs Neurological Associates, P.C.
2312 North Nevada Avenue Suite 100, Colorado Springs, CO 80907

Dear Medical Records Requestor:

Verisma Systems, Inc. provides Release of Information services for the medical provider noted above and its patients. Verisma® has developed secure technology to facilitate online payment to expedite delivery of requested records

Records for the above referenced request are ready for online payment.
Immediate download is available for qualifying transactions.
Please go to https://track.recordjacket.com/Infotrak/TrackARequest.aspx and enter access code **NH8KNWQX**.

**Save on shipping charges by paying online and downloading these medical records**

Step 1 - Enter the unique access code for this request.

Step 2 - Review and print the invoice for your records.

Step 3 - Pay for your records online using Visa, MasterCard, or American Express.

Step 4 - Download and save the PDF file of the requested records to your computer.

If you choose to have the records shipped on paper or on a password-protected and encrypted compact disk ('CD'), applicable shipping costs will apply.
If records are provided on CD, the *Access Code* provided below is also the password to open the CD.

ACCESS CODE: **NH8KNWQX**

To pay by check, please send payment to Verisma Systems, Inc. PO Box 558 Pueblo, CO 81002.
**(Please note invoice number 6168-11080 on the check.)**

If you are unable to access our Web site, have special shipping instructions or other questions, please contact Customer Service at:

Customer Service:
**866-390-7404**

**STATEMENT OF CONFIDENTIALITY**

THIS INFORMATION IS INTENDED FOR THE EXCLUSIVE USE OF THE ADDRESSEE AND MAY CONTAIN CONFIDENTIAL OR PRIVILEGED INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY RETENTION, COPYING, DISSEMINATION, OR USE OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF THIS WAS SENT IN ERROR, PLEASE NOTIFY Verisma Systems, Inc., AT 866-390-7404 AND DESTROY THIS COMMUNICATION AND ANY ATTACHMENTS.

**Verisma Systems, Inc.**
PO Box 558
Pueblo, CO 81002

verisma®
SECURE RELEASE OF INFORMATION

**Liberty Mutual Assurance Company of Boston**
Attn: Viktoriya Vecorko
PO Box 7208
London, KY 40742-7208
FAX: 603-334-8306

| | |
|---|---|
| **Date** | 10/16/2017 |
| **Invoice #** | 6168-11080 |
| **Due Date** | 10/31/2017 |
| **Facility** | Colorado Springs Neurological Associates, P.C. |
| **Case #** | 7608815 |

## Information from Colorado Springs Neurological Associates, P.C.

2312 North Nevada Avenue Suite 100, Colorado Springs, CO 80907

| Item | Qty | Description | Amount |
|---|---|---|---|
| | 40 | Patient Name: Michelle Nelson Tx#11080 | |
| Paper/EMR copies | 40 | | 44.03 |
| Postage | 1 | Postage - 43 pages | 2.45 |

**You Owe:** 46.48

verisma®
SECURE RELEASE OF INFORMATION

Payment Options

Pay by Credit Card or Check

☐ Visa ☐ MasterCard ☐ Discover ☐ Amex

Name on Card ____________________

Card Number ____________________

Exp. Date ____/____ CVV Code (Required) ________

Billing Zip Code ________ Phone ____________

*Make checks payable to:*

Verisma Systems
P.O. Box 558
Pueblo, CO 81002

**Pay online and download records immediately!**

**Go to https://track.recordjacket.com/Infotrak/TrackARequest.aspx and enter access code NH8KNWQX**

| **Phone#** | **E-mail** | **DUNS Number** |
|---|---|---|
| 866-390-7404 | customerservice@verisma.com | 830756610 |
| **Fax#** | **Federal Tax ID Number** | |
| 719-542-2564 | 03-0438772 | |

# FAX

| | | |
|---|---|---|
| **TO** | **Name** | **VICTORIA VECORKO** |
| | **Fax** | **603-334-8306** |
| | **Phone** | **866-213-2937, 14779** |
| **FROM** | **Name** | **MICHELLE NELSON** |
| | **Phone** | |
| | **Ref Num** | **# 7608815** |

☑ **URGENT** ☑ **For Review** ☑ **Please Reply** ☑ **Please Confirm Receipt**

## Notes

~~34~~ 35 **PAGES INCLUDING COVER PAGE**

Dr. Komatineni
(Neurologist)

email.

# Consultation Notes for MICHELLE R NELSON on 05/04/2017

History of Present Illness

General:

Mrs. Nelson is here for a medically necessary Botox appointment. The patient is a pleasant 48-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

-Propranolol
-Relpax
-Topamax
-Gabapentin
-Ambien
-Diclofenac
-Tizanidine
-Citalopram
-Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report mild improvement but has not documented her headache days. Still she felt like she had more headache days than not.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

Assessments

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary), The patient is a pleasant 48-year-old female with history of chronic intractable migraine headaches with pain 25/30 days of the month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. She was referred for Botox injections and has seen greater and 50% improvement in headache intensity but is still having headaches frequently. She also has neck pain and is treated by Dr. Leppard in pain management. Her disability paperwork was completed, signed and handed to the patient.
2. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

Treatment

**1. Chronic migraine without aura, intractable, without status migrainosus**

Refill Acetaminophen/Butalbital/Caffeine capsule, 300 mg-50 mg-40 mg, 1 cap(s), orally, take 1 caps at onset of migriane, may repeat in 4 hours if needed, max dose 2 caps in 24 hour period, 30 days, 9 Capsule, Refills 2

Start Zomig spray, 2.5 mg, 2.5 mg, intranasally, take 1 spray(2.5mg) at onset of migraine, may repeat in 4 hours if needed. max dose 5mg in 24 hour period, 30 days, 9 doses, Refills 2

Botox injection

Clinical Notes: Spoke to Brent at pharmacy and he states Zomig comes in a 6 pack so ok'd to change.

**2. Others**

Refill clonazepam tablet, 0.5 mg, 1 tab(s), orally, once daily prn for muscle spasms, 30 day(s), 15, Refills 2

Clinical Notes: Called Clonazepam into listed Walgreens pharmacy and spoke to Brent.

Procedures

Botox:

Area face and cervical . Indication headache. Dose 200 units. Procedure Consent obtained. Dilute botulinum toxin was injected via non-EMG guidance into the corrugators (10 units each) and temporalis muscles bilaterally (40units each). Hollow EMG guidance was used to guide the injections in the splenius cervicis bilaterally (10 units each) and trapezii (40 units each). Increased motor unit activity was noted in each site. Patient tolerated well, there were no complications. Patient had muscle spasms noted in her neck and back.

Lot Number: 1 200 unit vial, C4442C3. Expiration Date: 09/2019.

1.

Aparna K.

**Electronically signed by APARNA KOMATINENI MD on 05/05/2017 at 01:40 PM MDT**

**Sign off status: Pending**

Colorado Springs Neuro Assoc.
2312 N. Nevada Avenue
Suite 100
Colorado Springs CO 809075307
Tel: 719-473-3272
Fax: 719-389-1191

**Patient: NELSON, MICHELLE R**
**DOB:**

**Provider: APARNA KOMATINENI, MD, MD**
**Date: 05/04/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Consultation Notes for MICHELLE R NELSON on 11/23/2016**

History of Present Illness

General:

Mrs. Nelson is here for a medically necessary botox appointment. The patient is a pleasant 48-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

-Propranolol
-Relpax
-Topamax
-Gabapentin
-Ambien
-Diclofenac
-Tizanidine
-Citalopram
-Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report mild improvement but has not documented her headache days. Still she felt like she had more headache days than not.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

Assessments

1. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

Procedures

Botox:

Area face and cervical . Indication headache. Dose 200 units. Procedure Consent obtained. Dilute botulinum toxin was injected via non-EMG guidance into the corrugators (10 units each) and temporalis muscles bilaterally (40units each). Hollow EMG guidance was used to guide the injections in the splenius cervicis bilaterally (10 units each) and trapezii (40 units each). Increased motor unit activity was noted in each site. Patient tolerated well, there were no complications. Patient had muscle spasms noted in her neck and back.
Lot Number: 1 200 vial, C4210C3. Expiration Date: JUN2019.

Aparna K.

Electronically signed by APARNA KOMATINENI MD on 11/28/2016 at 10:53 AM MST

Sign off status: Pending

Colorado Springs Neuro Assoc.
2312 N. Nevada Avenue
Suite 100
Colorado Springs CO 809075307
Tel: 719-473-3272

## *HEADACHES RESIDUAL FUNCTIONAL CAPACITY QUESTIONNAIRE*

**To:** Kumatsnemi **M.D. // D.O.** PA Hughes

**RE:** Michelle Nelson **// SSN:** ______________ **// DOB:** ______________

Please answer the following questions concerning your patient's headaches.

1. Nature, frequency and length of contact: initial appt Oct 2006, now seen every couple of months

2. Diagnoses: migraine headaches, neck pain, degenerative disc disease, cervical spine syrinx

3. Does your patient have headaches? ✓ Yes __ No

   If yes, please characterize the nature, location and intensity/severity (mild to severe) of your patient's headaches: throbbing global pain, sensitivity to lights + sounds, nausea + vomiting, up to 10/10 in pain intensity, 25 days per month

4. Identify any other symptoms associated with your patient's headaches:

   __ Vertigo
   ✓ Nausea/vomiting
   ✓ Malaise
   ✓ Photosensitivity
   ✓ Visual disturbances
   ✓ Mood changes
   ✓ Mental confusion/ inability to concentrate

   Other: ______________

5. What is the approximate frequency of headaches? 25 days per month

6. What is the approximate duration of your patient's headaches? 4 hours to 3 days

7. What triggers your patient's headaches?

   __ Alcohol N/A
   ✓ Bright lights
   ✓ Lack of sleep
   __ Menstruation N/A

__ Food - identify: unknown
________________
________________

✓ Noise
✓ Stress
✓ Strong odors
✓ Vigorous exercise

✓ Hunger

✓ Weather changes

Other: ________________________________________

________________________________________

8. What makes your patient's headaches worse?

✓ Bright lights
__ Coughing, straining/bowel movement
✓ Moving around
✓ Noise

9. What makes your patient's headaches better?

✓ Lying in a dark room
✓ Cold/hot packs
✓ Finger pressure/massage
✓ Minimize noise

__ Other: ________________________________________

________________________________________

10. Identify any positive test results and objective signs of your patient's headaches:

__ Weight loss
✓ Tenderness
__ Impaired sleep
✓ Impaired appetite or gastritis
__ X-ray
✓ MRI
__ CT scan
__ EEG

Other ________________________________________

11. Identify any impairment(s) that could reasonably be expected to explain your patient's headaches:

__ Anxiety/tension
__ Cerebral hypoxia
✓ Cervical disc disease
__ History of head injury
__ Hypertension
__ Intracranial infection or tumor
✓ Migraine
__ Seizure disorder
__ Sinusitus
__ Substance abuse

Other: ________________________________________

________________________________________

12. Is your patient a malingerer? __ Yes ✓ No

13. To what degree do emotional factors contribute to the severity of your patient's headaches?

__ Not at all ✓ Somewhat __ Very much

14. Are your patient's impairments (physical impairments plus any emotional impairments) *reasonably consistent* with the symptoms and functional limitations described in this evaluation?
✓ Yes __ No

If no, please explain: ______

15. Describe the treatment and response: multiple medications, physical therapy injections, dry needling, Botox, massage, chiropractic treatments

16. List your patient's current medications used for control/treatment of headaches:
☐ Midrin ☐ Fiorinal ☐ Imitrex ☐ Maxalt ☒ Botox injections
☐ Topomax ☐ Nortriptyline ☒ Gabapentin ☐ Treximet ☒ Clonozepam

☒ Others: Relpax

17. Identify side effects of these medications experienced by your patient: ☒ fatigue ☐ nausea ☐ stomach pain ☐ dizziness ☒ drowsiness ☐ flu-like symptoms ☐ rebound HA ☒ loss of focus ☐ rapid heartbeat ☐ visual disturbance ☐ jaundice ☐ insomnia ☒ irritability ☒ jittery ☒ loss of appetite

☒ Others: slurred words, confusion

18. Prognosis: ☐ good ☐ fair ☐ guarded ☐ poor ☐ other/describe ______

19. Have the patient's impairments lasted or can they be expected to last at least twelve months?
✓ Yes __ No

20. During times your patient has a headache, would your patient generally be precluded from performing even basic work activities and need a break from the workplace?
✓ Yes __ No

If no, please explain: ______

21. Will your patient sometimes need to take unscheduled breaks during an 8-hour working day? AHA
✓ Yes __ No

If yes, 1) how *often* do you think this will happen? frequently

2) how *long* (on average) will your patient have to rest before returning to work?

(circle): 5 10 15 20 25 30 45 60 minutes other: hours

3) on such a break, will your patient need to lie down or sit quietly?

(circle): lie down (circled) sit quietly sit with feet elevated
Other: ______

22. To what degree can your patient tolerate work stress?

__ Incapable of even "low stress" jobs
✓ Capable of low stress jobs
__ Moderate stress is okay
__ Capable of high stress work

Please explain the reasons for your conclusion: only low stress would be tolerable

23. Are your patient's impairments likely to produce "good days" and "bad days"?
✓ Yes __ No

If yes, please estimate, on the average, how often your patient is likely to be absent from work as a result of the impairments or treatment:

__ Never
__ About once a month
__ About twice a month
__ About three times a month
__ About four times a month
✓ More than four times a month

24. Please describe any other limitations (such as limitations in the ability to sit, stand, walk, lift, bend, stoop, crouch, limitations in using arms, hands, fingers, limited vision, difficulty hearing, need to avoid temperature extremes, wetness, humidity, noise, dust, fumes, gases or hazards, etc.) that would affect your patient's ability to work at a regular job on a sustained basis:

She would be unable to lift no more than 10 lb. ~~bend, stoop, crouch~~
need to avoid temp extremes, humidity, noise, dust, fumes
gases or hazards

9-8, 2016
Date

Linnea Hughes / Aparna Komatineni
[signature] PAC / Aparna K.
Signature of Medical Provider

2312 N. Nevada Ste 100
(address) Co. Springs CO 80907

## Consultation Notes for MICHELLE R NELSON on 09/08/2016

### History of Present Illness

General:

Michelle is here today for a follow-up appointment. She is a pleasant 48-year-old female with a 10 year history of chronic intractable migraine headaches. She has global pain which is pounding with an intensity of 8/10, worse with physical activity and hormonal changes. When she was seen in June, 2 weeks before she had a headache which was 10/10 in intensity. She has associated attention and concentration problems as well as occasional slurring of words. She has at least 20/30 days of headache pain per month. She also has occasional episodes of pain radiating from the neck to her left arm but denies any numbness or tingling. Her neck pain gets worse with physical activity as well.

She's tried and failed propranolol, Relpax, Topamax, gabapentin, Ambien, diclofenac, tizanidine, citalopram and we'll prevention. She was referred for Botox injections and has had them twice with least 50% reduction in headache intensity. She had an MRI of the cervical spine which shows stable anterior cord syrinx at C1 and degenerative disc disease. When she was seen in June she was still having left arm pain which radiates to her left shoulder and neck. She was referred to neurosurgeon Dr. Hammers for consultation about the syrinx and cervical radicular symptoms. She saw Dr. Hammers on July 25 he was uncertain of the etiology of her left upper extremity pain. There is some cervical spondylosis but it is not severe. He opted for conservative management. She had an EMG in the past was advised to provide the results. She states that it was normal.

She is here today for disability paperwork because she is currently on short term disability and is applying for long-term disability. She states that she has 5 or 6 pain free days per month, so she is having approximately 25/30 days of headache pain per month, although it is less intense. She had epidural steroid injections in the cervical spine about 5 years ago which was unsuccessful. She does see Dr. Leopard in pain management for trigger point injections and was referred for physical therapy. She feels that she went back to work she would miss several days per month.

### Examination

General:

General pleasant, in NAD. Eyes normal lids and conjunctivae. ENT ear and nose appearance normal, normal hearing. Neck tightness and tenderness across neck and shoulders.

Neurologic exam:

Mental status: The patient was alert, oriented and attentive with normal concentration, memory and speech. Fund of knowledge was appropriate.

Cranial nerves: 2-12 are intact.

Motor: Fine finger movements were intact. There was no fix or drift. Muscle tone and bulk were normal. There were no abnormal involuntary movements. Muscle strength testing revealed power of five out of five.

Sensory: vibration and position sense was intact.

Coordination: Finger to nose testing normal

Reflexes: Stretch reflexes were 2+ and symmetric.

Gait: Gait is normal.

### Assessments

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary), The patient is a pleasant 47-year-old female with history of chronic intractable migraine headaches with pain 25/30 days of the month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. She was referred for Botox injections and has seen greater and 50% improvement in headache intensity but is still having headaches frequently. She also has neck pain and is treated by Dr. Leppard in pain management. Her disability paperwork was completed, signed and handed to the patient

**Electronically signed by LINNEA HUGHES PA-C on 09/14/2016 at 10:20 AM MDT**

**Patient:** NELSON, MICHELLE R
**Account Number:** 116963
**DOB:** **Age:** 47 Y **Sex:** Female
**Phone:**
**Address:**
**Pcp:** MARK S FRALEY, DO

**Provider:** Aparna Komatineni, MD
**Date:** 08/25/2016

## Subjective:

**Chief Complaints:**
1. Botox Migraines.

**HPI:**
General:
Mrs. Nelson is here for a medically necessary botox appointment. The patient is a pleasant 47-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10 out of 10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days in a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:
Propranolol
Relpax
Topamax
Gabapentin
Ambien
Diclofenac
Tizanidine
Citalopram
Wellbutrin
She denies any other new neurological symptoms at this time and is quite ready for Botox injections.
Since her last injections she does report mild improvement but has not documented her headache days. Still she felt like she had more headache days than not.
GENERAL:
Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.
Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

## Objective:

## Assessment:

**Assessment:**
1. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

## Plan:

**1. Others**
Refill clonazepam tablet, 0.5 mg, 1 tab(s), orally, once daily prn for muscle spasms, 30 day(s), 15, Refills 2 .
Clinical Notes: Called prescription into the Walgreens pharmacy listed, spoke to Kaleb.

**Procedures:**
Botox:

Area face and cervical .
Indication headache.
Dose 200 units.
Procedure Consent obtained. Dilute botulinum toxin was injected via non-EMG guidance into the corrugators (10 units each) and temporalis muscles bilaterally (40units each). Hollow EMG guidance was used to guide the injections in the splenius cervicis bilaterally (10 units each) and trapezii (40 units each). Increased motor unit activity was noted in each site. Patient tolerated well, there were no complications. Patient had muscle spasms noted in her neck and back.
Lot Number: C4145C3.
Expiration Date: April 2019.

**Provider:** Aparna Komatineni, MD
**Patient:** NELSON, MICHELLE R **DOB:** **Date:** 08/25/2016

Aparna K.

**Electronically signed by APARNA KOMATINENI MD, MD on 08/29/2016 at 11:26 AM MDT**
**Sign off status: Pending**

## Consultation Notes for MICHELLE R NELSON on 07/27/2017

History of Present Illness

General:

Mrs. Nelson is here for a medically necessary Botox appointment. The patient is a pleasant 48-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

-Propranolol
-Relpax
-Topamax
-Gabapentin
-Ambien
-Diclofenac
-Tizanidine
-Citalopram
-Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report mild improvement but has not documented her headache days. She does report more than 50% reduction in her headache frequency and intensity.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

Assessments

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary). The patient is a pleasant 48-year-old female with history of chronic intractable migraine headaches with pain 25/30 days of the month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. She was referred for Botox injections and has seen greater and 50% improvement in headache intensity but is still having headaches frequently. She also has neck pain and is treated by Dr. Leppard in pain management. Her disability paperwork was completed, signed and handed to the patient.
2. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

**Electronically signed by APARNA KOMATINENI MD on 08/06/2017 at 08:37 PM MDT**

**Sign off status: Pending**

**Colorado Springs Neuro Assoc.**
**2312 N. Nevada Avenue**
**Suite 100**
**Colorado Springs CO 809075307**
**Tel: 719-473-3272**
**Fax: 719-389-1191**

CSNA
neurosurgery & neurology

# NELSON, MICHELLE R

47 Y old Female, DOB:
Account Number: 116963

Home:
Guarantor: NELSON, MICHELLE R Insurance: KAISER PERMANENTE/HMO Payer ID: 91617
PCP: MARK S FRALEY, DO Referring: KATHRINE J LEPPARD, MD
Appointment Facility: Colorado Springs Neuro Assoc.

07/25/2016

Progress Notes: Ronald L Hammers, MD

## History of Present Illness

back pain:

Michelle is a 47-year-old female who is referred to me by Dr. Komatineni. She is here for further evaluation of her cervical spine.

The patient is seen in neurology and pain management clinic on a regular basis and has a chronic history of migraine headache. Current headaches developed after an MVC which was approximately 12 years ago. In conjunction with the headache she has also had a relatively chronic history of neck pain. She had some type of cervical injection in approximately 2008. She says that this injection resulted in some type of needle in the intrathecal space causing the known syrinx.

She additionally complains of left-sided pain since January 2016. This symptom came on unprecipitated. Her husband provides a majority of the history because he says sometimes she gets "foggy" because of pain medications. She currently has pain in the left suprascapular region which variably radiates into the arm, forearm and entire hand. A distinct dermatome cannot be elicited. Additionally, he believes she still has pain from the cervical needle incident in 2008.

Most recently, for the neck and left-sided symptoms, she has been treated with physical therapy, NSAIDs, narcotics, muscle relaxants, cervical enteral steroid injection, trigger point injection, Neurontin. None of these have provided any significant benefit.

She does not report any obvious dysfunction of the upper or lower extremities suggestive of myelopathy.

## Assessments

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary), The patient is a pleasant 47-year-old female with history of chronic migraines with intractable migraines which are present 20/30 days in a month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. I believe at this time she would be an ideal candidate to be offered Botox injections. The patient was extensively counseled regarding side effects as well as benefits of Botox injections, as well as extensively educated regarding the procedure, sites of injection and mechanism of action.
2. Neck pain - M54.2
3. Left arm pain - M79.602


Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

**Treatment**

**1. Chronic migraine without aura, intractable, without status migrainosus**

Notes: Michelle has a variety of symptoms, headache being the worst. From a neurosurgical perspective I do not have any significant input regarding headache and I will defer to neurology and pain management. As for her more recent history of left upper extremity pain, the exact etiology is uncertain. There is some cervical spondylosis but this is not severe and I could not elicit any specific dermatome during today's examination. Certainly conservative management is a very good option for patient who remains neurologically intact, as she does. However, she apparently had a recent EMG/NCV and I would like her to provide those results so I can further investigate this left upper extremity symptom. We discussed a variety of conservative options but any further recommendations will be made after the EMG/NCV.,Migraine Headache: Stages and Treatment material was published to portal.



**Electronically signed by RONALD HAMMERS , MD on 08/25/2016 at 09:54 AM MDT**

**Sign off status: Pending**

Colorado Springs Neuro Assoc.
2312 N. Nevada Avenue
Colorado Springs, CO 809075307
Tel: 719-473-3272
Fax: 719-389-1191

**Progress Notes**

**Patient:** NELSON, MICHELLE R
**Account Number:** 116963
**DOB:** **Age:** 47 Y **Sex:** Female
**Phone:**
**Address:**
**Pcp:** MARK S FRALEY, DO

**Provider:** Aparna Komatineni, MD
**Date:** 06/28/2016

**Subjective:**

**Chief Complaints:**

1. Follow up Migraine.

**HPI:**

General:

The patient is a pleasant 47-year-old female who presented to me a couple of months ago to establish care. She is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

Propranolol
Relpax
Topamax
Gabapentin
Ambien
Diclofenac
Tizanidine
Citalopram
Wellbutrin

Since she was last seen she had Botox injections on the 27th of May with at least 50% reduction in the headache intensity. She reports that she still continues to get the headaches but they're not as intense. She had an MRI of the C-spine which shows stable anterior paramidline cord syrinx at C1. She also has a degenerated disc disease. She stated that she continues to have the left arm pain which radiates to her left shoulder as well as her neck.

**Medical History:** Headaches, MVA, Neck pain, Arm pain.

**Social History:**

No Alcohol Use .
Marital Status: yes, married.
No Drugs.
Occupation: underwriter.
No Tobacco Use
Status *Never smoked*
Working: Yes.

**Medications:** Taking Ambien 10 mg tablet 1 tab(s) once a day (at bedtime), Taking citalopram 20 mg

tablet 1 tab(s) once a day, Taking Relpax 40 mg tablet 1/2 tab 1 at HA onset, may repeat x 1 after 2H. Max 3 days out of week, Taking Neurontin 100 mg capsule 1-3 cap(s) QHS prn, Taking clonazepam 1 mg tablet 1 tab(s) once daily prn, Taking Wellbutrin XL 300 mg/24 hours tablet, extended release 1 tab (s) every 24 hours, Medication List reviewed and reconciled with the patient

**Allergies:** sulfamethoxazole: itchy: Side Effects.

**Objective:**

**Vitals:** BP sitting 102/74 mm Hg, Pulse sitting 68, Respirations 16, Wt 155 lbs, Height 58 inches, BMI 32.39.

**Examination:**

General:

General pleasant, in NAD.
Eyes normal lids and conjunctivae, pupils reactive.
ENT ear and nose appearance normal, normal hearing.
Neck nontender to palpation, no masses.
Back nontender to palpation.
Respiratory clear to auscultation, good effort.
Cardiovascular normal auscultation, no pedal edema.
Abdomen soft and nontender, no hernias.
Musculoskeletal normal tone, no atrophy, no cyanosis or clubbing.
Lymphatic no cervical or axillary lymphadenopathy.
Skin no rashes, no nodules.

Neurological:

Cortical Functions : normal.
Cranial Nerves : I - Not Tested, II - Pupils 4mms reacting briskly to 2 mms, No afferent pupil defect, III , IV, VI - EOM were full with normal pursuit and saccade, No ptosis or nystagmus, V - Motor V intact, Pinprick, light touch intact in all three divisons, VII - No asymmetry or weakness, VIII - Actuity intact to finger rub bilaterally, IX , X- Palate rose in midile, XI - Sternocleidomastoid, trapezius strength intact, XII - Tongue protruded midline w/o atrophy or fasciculations.
Motor Strength : V/ V bilaterally, no drift, no cogwheeling.
Sensory : normal bilateral LE.
Reflexes : bilaterally symmetrical, babinski absent.
Plantars: downgoing bilaterally.
Cerebellar Signs: absent.
Tremors : absent.
Coordination : finger-to-nose and rapid alternating movements were intact, no ataxia.
Gait and Station : Within normal limits, Romberg was negative.

**Assessment:**

**Assessment:**

1. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary), She has found some improvement with Botox injections and would like to be continued on the same.
2. Syrinx of spinal cord - G95.0, The MRI of the C-spine does show a stable syrinx and I have ordered a referral for her to see Dr. Hammers for further evaluation and management. She continues to have cervical radicular symptoms.

**Plan:**

**1. Intractable chronic migraine without aura and without status migrainosus**

Notes: Preventing Migraine Headaches: Triggers material was published to portal.

**2. Syrinx of spinal cord**

Referral To:RONALD HAMMERS Neurological Surgery
Reason:Eval and Treat

**Preventive:**

Counseling:

Diet

Follow up plan: Patient advised to pursue BMI management with a general practitioner? *Yes*

**Follow Up:** 3 Months

**Provider:** Aparna Komatineni, MD
**Patient:** NELSON, MICHELLE R **DOB:** **Date:** 06/28/2016



**Electronically signed by APARNA KOMATINENI MD, MD on 08/16/2016 at 11:53 AM MDT**
**Sign off status: Completed**

NELSON, MICHELLE R, F,

Colorado Springs Neuro Assoc.
2312 N. Nevada Avenue Suite 100, Colorado Springs, CO 809075307
719-473-3272

Accession Id: 320649

Order Date: 05/16/2016    Procedure: 06/16/2016 08:45:00

Requesting Physician: KOMATINENI, APARNA    Ordering Physician: KOMATINENI, APARNA

# MRI Spine Cervical w/o Contrast

REPORT

## Exam:

6011 Woodmen Road Suite 10
Colorado Springs, CO 80923-2601
Phone: (877) 6-PENRAD
Phone: (719)785-9000
Fax: (719)867-7900
PENRAD.org

PATIENT NAME: Michelle R Nelson    REFERRER: Aparna Komatineni, MD
DATE OF BIRTH:
6/16/2016
EXAM DATE:
EXAM: MRI 3T Spine Cervical w/o Contrast 72141

HISTORY: 47-year-old female with neck pain, left upper extremity radiculopathy; pain in the neck through the left elbow
since February 2016, history of a known syrinx.

COMPARISON: Cervical spine MRI at Briargate October 7, 2011 and Memorial Hospital North January 29, 2016.

TECHNIQUE: High-field multisequence noncontrast MR imaging of the cervical spine was performed. Sequences obtained
include T1 turbo spin-echo, proton density turbo spin-echo, T2 turbo spin-echo and STIR in the sagittal plane, and proton
density turbo spin-echo in the axial plane.

FINDINGS: The cervical spine shows normal alignment, and other than mild edematous discogenic change on the left at C6-
C7, the marrow signal intensity is benign and unremarkable. There is multilevel facet arthropathy and disc bulging.

REPORT

An anterior left paramidline cervical cord T2-hyperintense lesion following CSF signal intensity is almost 9 mm in length, and
measures 2 x under 2 mm in transverse dimension, which on my repeat measurement is unchanged. No new cervical cord
lesion, expansion or visible intradural lesion. The visualized portions of the posterior fossa are unremarkable.

C2-C3: Unremarkable.

C3-C4: There is moderate right and mild left facet arthropathy, but no significant canal or neural foraminal narrowing.

C4-C5: There is left greater than right facet arthropathy, uncinate spurring and mild disc bulging, now mildly narrowing the
neural foramina, but not the canal.

C5-C6: There is mild disc bulging, left greater than right uncinate spurring and facet arthropathy, mildly narrowing the left
neural foramen, but not the canal or the right neural foramen.

C6-C7: Disc bulging, endplate spurring and left greater than right uncinate spurring and facet arthropathy mildly narrow the
left neural foramen without change. The canal is not narrowed.

C7-T1: Mild facet arthropathy without canal or neural foraminal narrowing.

IMPRESSION:

1. Stable anterior, left paramidline cord syrinx at the C1 level.
2. Degenerative disc, uncinate and facet disease, contributing towards mild neural foraminal narrowing bilaterally at C4-C5
and on the left at C5-C6 and C6-C7.

Thank you for this referral.

Signed By: Eric Weidman, MD
Signed Date/Time: 6/16/2016 12:10 PM
Transcribed By: tlc .
Transcribed Date/Time: 6/16/2016 12:06 PM

Patient ID: 464695
Accession#: D038972

NELSON, MICHELLE R , F.    Accession ID: 320649

**Patient:** NELSON, MICHELLE R
**Account Number:** 116963
**DOB:** **Age:** 47 Y **Sex:** Female
**Phone:**
**Address:**
**Pcp:** MARK S FRALEY, DO

**Provider:** Aparna Komatineni, MD
**Date:** 05/27/2016

**Subjective:**

**Chief Complaints:**

1. Botox Injection Migraine.

**HPI:**

General:

Mrs.Nelson is here for a medically necessary botox appointment. The patient is a pleasant 47-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10 out of 10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days in a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

Propranolol
Relpax
Topamax
Gabapentin
Ambien
Diclofenac
Tizanidine
Citalopram
Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

**Medical History:** Headaches, MVA, Neck pain, Arm pain.

**Medications:** Taking Ambien 10 mg tablet 1 tab(s) once a day (at bedtime), Taking citalopram 20 mg tablet 1 tab(s) once a day, Taking Relpax 40 mg tablet 1/2 tab 1 at HA onset, may repeat x 1 after 2H. Max 3 days out of week, Taking topiramate 25 mg tablet 2 tabs QHS, Taking Neurontin 100 mg capsule 1-3 cap(s) QHS prn

**Allergies:** sulfamethoxazole: itchy: Side Effects.

**Objective:**

**Assessment:**

**Assessment:**
1. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

**Plan:**

**1. Others**
Start clonazepam tablet, 1 mg, 1 tab(s), orally, once daily prn, 30 day(s), 10, Refills 3 .
Clinical Notes: Clonazepam prescription called into Walgreens pharmacy. CLoewenstein RMA.

**Procedures:**

Botox:

Area face and cervical .
Indication headache.
Dose 200 units.
Procedure Consent obtained. Dilute botulinum toxin was injected via non-EMG guidance into the corrugators (10 units each) and temporalis muscles bilaterally (40units each). Hollow EMG guidance was used to guide the injections in the splenius cervicis bilaterally (10 units each) and trapezii (40 units each). Increased motor unit activity was noted in each site. Patient tolerated well, there were no complications. Patient had muscle spasms noted in her neck and back.
Lot Number: 1 200 unit C4082C3.
Expiration Date: JAN2019.

**Procedure Codes:** J0585 BOTULINUM TOXIN TYPE A PER UNIT, 95874 GUIDE NERV DESTR, NEEDLE EMG, 64615 CHEMODENERV MUSC MIGRAINE, A4215 NEEDLES ONLY STERILE ANY SIZE EACH.

**Follow Up:** 3 Months

**Provider:** Aparna Komatineni, MD
**Patient:** NELSON, MICHELLE R **DOB:** **Date:** 05/27/2016

Aparna K.

**Electronically signed by APARNA KOMATINENI MD, MD on 06/02/2016 at 01:08 PM MDT**
**Sign off status: Completed**

**Progress Notes**

**Patient:** NELSON, MICHELLE R
**Account Number:** 116963
**DOB:** **Age:** 47 Y **Sex:** Female
**Phone:**

**Provider:** Aparna Komatineni, MD
**Date:** 05/16/2016

**Address:**
**Pcp:** MARK S FRALEY, DO

**Subjective:**

**Chief Complaints:**

1. Migraines.

**HPI:**

General:

Thank you for the referral of the patient. The patient is a pleasant 47-year-old female who presents to me to establish care. She is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10 out of 10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days in a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

Propranolol
Relpax
Topamax
Gabapentin
Ambien
Diclofenac
Tizanidine
Citalopram
Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

**ROS:**

Musculoskeletal::

no Joint pain. no Joint swelling. no Joint stiffness. no Muscle aches. no Low back pain. no Neck pain. no Shooting arm pain. no Shooting leg pain.

General:

no Fever. no Fatigue. no Loss of appetite. no Significant weight loss. no Weight gain.

Dermatology:

no Itching. no Redness. no Lumps. no Rash. no Skin cancer.

Endocrinology:

no Excessive sweating. no Excessive thirst. no Temperature intolerance. no Lactation.

Neurology:

Headache yes. Memory Problems yes. no Tremors. no Balance difficulty. no Numbness. no Weakness. no Speech problems. no Dizziness. no Seizures.

Ophthalmology:

no Vision loss. no Blurring of vision. no Double vision.

Hematology:

no History of transfusion. no Easy bruising.

ENT-Respiratory:

no Hearing loss. no Ringing in ears. no Shortness of breath. no Sleep apnea. no Cold and cough.

no Change in voice. no Difficulty swallowing.

Musculoskeletal:

Joint pain yes. Joint swelling yes. Joint stiffness yes. Muscle aches yes.

Cardiology:

no Chest pain. no Palpitations/irregular heartbeat. no Leg swelling. no History of heart attack. no Atrial fibrillation.

Gastroenterology:

no Abdominal pain. no Heartburn. no Nausea. no Vomiting. no Blood in stool.

Psychology:

no Anxiety. no Depression. no Sleep disturbances. no Hyperactivity. no Attention Deficit.

Genitourinary:

no Difficulty urinating. no Urinary urgency. no Increased urinary frequency. no Urinary incontinence.

**Medical History:** Headaches, MVA, Neck pain, Arm pain.

**Surgical History:** cesarean section , hysterectomy .

**Family History:** Father: alive 66 yrs, diagnosed with Healthy Mother: alive 66 yrs, diagnosed with Healthy

**Social History:**

No Alcohol Use .
Marital Status: yes, married.
No Drugs.
Occupation: underwriter.
No Tobacco Use
Status *Never smoked*
Working: Yes.

**Medications:** Taking Ambien 10 mg tablet 1 tab(s) once a day (at bedtime), Taking citalopram 20 mg tablet 1 tab(s) once a day, Taking Relpax 40 mg tablet 1/2 tab 1 at HA onset, may repeat x 1 after 2H. Max 3 days out of week, Taking topiramate 25 mg tablet 2 tabs QHS, Taking Neurontin 100 mg capsule 1-3 cap(s) QHS prn, Medication List reviewed and reconciled with the patient

**Allergies:** sulfamethoxazole: itchy: Side Effects.

**Objective:**

**Vitals:** BP sitting 104/68 mm Hg, Pulse sitting 68, Respirations 16, Wt 155 lbs, Height 58 inches, BMI 32.39.

**Examination:**

General:

General pleasant, in NAD.
Eyes normal lids and conjunctivae, pupils reactive.
ENT ear and nose appearance normal, normal hearing.
Neck nontender to palpation, no masses.
Back nontender to palpation.
Respiratory clear to auscultation, good effort.
Cardiovascular normal auscultation, no pedal edema.
Abdomen soft and nontender, no hernias.
Musculoskeletal normal tone, no atrophy, no cyanosis or clubbing.
Lymphatic no cervical or axillary lymphadenopathy.
Skin no rashes, no nodules.

Neurological:
Cortical Functions : normal.
Cranial Nerves : I - Not Tested, II - Pupils 4mms reacting briskly to 2 mms, No afferent pupil defect, III , IV, VI - EOM were full with normal pursuit and saccade, No ptosis or nystagmus, V - Motor V intact, Pinprick, light touch intact in all three divisons, VII - No asymmetry or weakness, VIII - Actuity intact to finger rub bilaterally, IX , X- Palate rose in midile, XI - Sternocleidomastoid, trapezius strength intact, XII - Tongue protruded midline w/o atrophy or fasciculations.
Motor Strength : V/ V bilaterally, no drift, no cogwheeling.
Sensory : normal bilateral LE.
Reflexes : bilaterally symmetrical, babinski absent.
Plantars: downgoing bilaterally.
Cerebellar Signs: absent.
Tremors : absent.
Coordination : finger-to-nose and rapid alternating movements were intact, no ataxia.
Gait and Station : Within normal limits, Romberg was negative.

**Assessment:**

**Assessment:**
1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary), The patient is a pleasant 47-year-old female with history of chronic migraines with intractable migraines which are present 20/30 days in a month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. I believe at this time she would be an ideal candidate to be offered Botox injections. The patient was extensively counseled regarding side effects as well as benefits of Botox injections, as well as extensively educated regarding the procedure, sites of injection and mechanism of action.
2. Neck pain - M54.2
3. Cervical radiculopathy - M54.12, The patient has been having occasional neck pain which radiates from her neck to her left shoulder. It was quite severe to the point where she had to go to the ER. I've ordered an MRI of the C-spine to rule out any evidence of cervical radiculopathy.

**Plan:**

**1. Chronic migraine without aura, intractable, without status migrainosus**
Procedure: Botox injection
Notes: Preventing Migraine Headaches: Triggers material was published to portal.

**2. Cervical radiculopathy**
Imaging: MRI Spine Cervical w/o Contrast

**Preventive:**
Counseling:
Diet
Follow up plan: Patient advised to pursue BMI management with a general practitioner? *Yes*

**Follow Up:** 3 Months

**Provider:** Aparna Komatineni, MD
**Patient:** NELSON, MICHELLE R **DOB:** **Date:** 05/16/2016

**Electronically signed by APARNA KOMATINENI MD, MD on 06/02/2016 at 01:06 PM MDT**
**Sign off status: Completed**

Patient: NELSON, MICHELLE R
Account Number: 116963
DOB: Age: 48 Y Sex: Female
Phone:
Address:
Pcp: MARK S FRALEY, DO

Provider: Aparna Komatineni, MD
Date: 07/27/2017

**Subjective:**

**Chief Complaints:**

1. Botox/Migraine.

**HPI:**

General:

Mrs. Nelson is here for a medically necessary Botox appointment. The patient is a pleasant 48-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

-Propranolol
-Relpax
-Topamax
-Gabapentin
-Ambien
-Diclofenac
-Tizanidine
-Citalopram
-Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report mild improvement but has not documented her headache days. She does report more than 50% reduction in her headache frequency and intensity.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

**Medical History:** Headaches, Neck pain.

**Medications:** Taking Ambien 10 mg tablet 1 tab(s) orally once a day (at bedtime), Taking Relpax 40 mg tablet 1/2 tab orally 1 at HA onset, may repeat x 1 after 2H. Max 3 days out of week, Taking

Neurontin 100 mg capsule 1-3 cap(s) orally QHS prn, Taking Wellbutrin XL 300 mg/24 hours tablet, extended release 1 tab(s) orally every 24 hours, Taking clonazepam 0.5 mg tablet 1 tab(s) orally once daily prn for muscle spasms, Taking Acetaminophen/Butalbital/Caffeine 300 mg-50 mg-40 mg capsule 1 cap(s) orally take 1 caps at onset of migriane, may repeat in 4 hours if needed, max dose 2 caps in 24 hour period, Taking Zomig 2.5 mg spray 2.5 mg intranasally take 1 spray(2.5mg) at onset of migraine, may repeat in 4 hours if needed, max dose 5mg in 24 hour period, Taking Topamax 25 mg tablet 1 tab (s) orally once a day, Taking sumatriptan 20 mg/inh spray at onset of migraines may repeat in 4 hours if needed, max dose 2 sprays (40mg) in 24 hours intranasally as directed, Taking Viibryd 10 mg tablet 1 tab(s) orally once a day, Not-Taking Cymbalta 30 mg delayed release capsule 1 capsule orally once a day, Not-Taking citalopram 20 mg tablet 1 tab(s) orally once a day, Not-Taking rizatriptan 10 mg tablet, disintegrating 1 tab(s) orally at onset of migraine, may repeat in 4 hours if needed, max dose 2 tabs in 24 hour period., Medication List reviewed and reconciled with the patient

**Allergies:** sulfamethoxazole: itchy: Side Effects.

**Objective:**

**Vitals:** BP sitting 112/68 mm Hg, Pulse sitting 76, Respirations 16, Wt 116 lbs, Height 58 inches, BMI 24.24.

**Assessment:**

**Assessment:**

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary), The patient is a pleasant 48-year-old female with history of chronic intractable migraine headaches with pain 25/30 days of the month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. She was referred for Botox injections and has seen greater and 50% improvement in headache intensity but is still having headaches frequently. She also has neck pain and is treated by Dr. Leppard in pain management. Her disability paperwork was completed, signed and handed to the patient.
2. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

**Plan:**

**Procedures:**

Botox:

Area face and cervical .

Indication headache.

Dose 200 units.

Procedure Consent obtained. Dilute botulinum toxin was injected via non-EMG guidance into the corrugators (10 units each) and temporalis muscles bilaterally (40units each). Hollow EMG guidance was used to guide the injections in the splenius cervicis bilaterally (10 units each) and trapezii (40 units each). Increased motor unit activity was noted in each site. Patient tolerated well, there were no complications. Patient had muscle spasms noted in her neck and back.

Lot Number: 1 200 unit vial, C4555C3.

Expiration Date: MAR2020.

**Procedure Codes:** J0585 BOTULINUM TOXIN TYPE A PER UNIT, Units: 200.00 , 95874 GUIDE NERV DESTR, NEEDLE EMG, 64615 CHEMODENERV MUSC MIGRAINE, A4215 NEEDLES ONLY STERILE ANY SIZE EACH.

**Follow Up:** 3 Months

**Provider:** Aparna Komatineni, MD

**Patient:** NELSON, MICHELLE R **DOB:** **Date:** 07/27/2017

**Electronically signed by APARNA KOMATINENI MD, MD on 08/28/2017 at 10:53 AM MDT**
**Sign off status: Completed**

**Patient:** NELSON, MICHELLE R
**Account Number:** 116963
**DOB:** **Age:** 47 Y **Sex:** Female
**Phone:**
**Address:**
**Pcp:** MARK S FRALEY, DO

**Provider:** Aparna Komatineni, MD
**Date:** 08/25/2016

## Subjective:

**Chief Complaints:**
1. Botox Migraines.

**HPI:**
General:
Mrs. Nelson is here for a medically necessary botox appointment. The patient is a pleasant 47-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10 out of 10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days in a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:
Propranolol
Relpax
Topamax
Gabapentin
Ambien
Diclofenac
Tizanidine
Citalopram
Wellbutrin
She denies any other new neurological symptoms at this time and is quite ready for Botox injections.
Since her last injections she does report mild improvement but has not documented her headache days. Still she felt like she had more headache days than not.
GENERAL:
Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.
Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

## Objective:

## Assessment:

**Assessment:**
1. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

## Plan:

**1. Others**
Refill clonazepam tablet, 0.5 mg, 1 tab(s), orally, once daily prn for muscle spasms, 30 day(s), 15, Refills 2 .
Clinical Notes: Called prescription into the Walgreens pharmacy listed, spoke to Kaleb.

**Procedures:**
Botox:

CSNA
neurosurgery & neurology

# NELSON, MICHELLE R

49 Y old Female, DOB:
Account Number: 116963

Home:
Guarantor: NELSON, MICHELLE R Insurance: KAISER PERMANENTE/HMO Payer ID: 91617
PCP: MARK S FRALEY, DO Referring: KATHRINE J LEPPARD, MD
Appointment Facility: Colorado Springs Neuro Assoc.

10/02/2017

Progress Notes: Aparna Komatineni, MD

## History of Present Illness

General:

Michelle is here for followup appointment. Her last office followup was almost one year ago. She comes every 3 months for Botox injections for chronic migraines with significant improvement in her headache frequency and intensity by more than 60-70%. However in the month of August patient reported a worsening migraines due to barometric pressure changes. She's currently not working. Her other main complaint today is cognitive decline especially with multitasking. She also has noticed social withdrawal and she is currently on 2 antidepressants through her PCP. She tried sumatriptan nasal spray, Maxalt, Zomig as well as Frova but does need help with rescue medication since of these do not work for her. She also takes Flexeril for occasional muscle spasms. Patient also reports chronic low back pain which has been going on for the last one year. This has been gradually getting worse. It is present on a daily basis and feels like her lower back is extremely stiff. He does get worse with prolonged sitting as well as with physical activity. There is no evidence of any weakness or numbness down her legs. She denies any other new neurological symptoms as otherwise mentioned.

## Examination

Current Medications Not Documented:

Patient Reason

Medication(s) name, dose and frequency unknown to patient *Yes*

Neurological:

Cortical Functions : normal.

Cranial Nerves : I - Not Tested, II - Pupils 4mms reacting briskly to 2 mms, No afferent pupil defect, III , IV, VI - EOM were full with normal pursuit and saccade, No ptosis or nystagmus, V - Motor V intact, Pinprick, light touch intact in all three divisons, VII - No asymmetry or weakness, VIII - Actuity intact to finger rub bilaterally, IX , X- Palate rose in midile, XI - Sternocleidomastoid, trapezius strength intact, XII - Tongue protruded midline w/o atrophy or fasciculations.

Motor Strength : V/ V bilaterally, no drift, no cogwheeling.

Sensory : normal bilateral LE.

Reflexes : bilaterally symmetrical, babinski absent.

Plantars: downgoing bilaterally.

Cerebellar Signs: absent.
Tremors : absent.
Coordination : finger-to-nose and rapid alternating movements were intact, no ataxia.
Gait and Station : Within normal limits, Romberg was negative.
Speech : normal.

General:

General pleasant, in NAD.
Eyes normal lids and conjunctivae, pupils reactive.
ENT ear and nose appearance normal, normal hearing.
Neck nontender to palpation, no masses.
Back nontender to palpation.
Respiratory clear to auscultation, good effort.
Cardiovascular normal auscultation, no pedal edema.
Abdomen soft and nontender, no hernias.
Musculoskeletal normal tone, no atrophy, no cyanosis or clubbing.
Lymphatic no cervical or axillary lymphadenopathy.
Skin no rashes, no nodules.

**Assessments**

1. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary), The patient is a pleasant 49-year-old female with history of chronic migraines with intractable migraines with significant improvement to Botox injections. I did reassure her that sometimes the migraines do breakthrough with severe changes in the barometric pressure. I have given her samples to try Zomig nasal spray and have also put in an order for IV infusions for her acute migraines in case the oral medications do not work.
2. Low back pain - M54.5, Patient has been suffering from chronic low back pain which has been getting worse with physical activity. I would like to rule out lumbar spinal stenosis and have ordered an MRI of the lumbar spine. She does not have any weakness or any myelopathy to be concerned about at this point.
3. Other chronic pain - G89.29
4. Memory loss - R41.3, Patient does complain of memory loss which is consistent with cognitive decline in this of chronic pain as well as depression. I have reassured her regarding the same and have also explained to her why she does not need any medications like Namenda or Aricept at this point.

I spent a total of 30 min. with the patient and more than 20 min. were spent in counseling her regarding the differential diagnosis of the above as well as addressing each of her specific problems in detail to her satisfaction.

**Treatment**

**1. Intractable chronic migraine without aura and without status migrainosus**

Start Depacon Solution, 500mg/5ml, 250 mg, Intravenously, every 1-2 weeks prn, no more than 2 times a month, for 1 year
Start Diphenhydramine Solution, 50mg/ml, 25 mg, Intravenously, every 1 to 2 weeks prn, no more than 2 times a month, for 1 year
Start Ketorolac Solution, 30mg/1ml, 30 mg, Intravenously, every 1 to 2 weeks prn, no more than 2 times a month, for 1 year

Samples Zomig spray, 5 mg, 5 mg, intranasally, at onset of migraine, may repeat in 4 hours if needed, max dose 2 sprays (10mg) in 24 hour period, 3 Box, Notes: 10/2/17 Lot #: MG363 Exp: 6/2018
Clinical Notes: Faxed infusion orders to CSNA infusion per v/o Dr. K.

**2. Low back pain**
IMAGING: MRI Spine Lumbar w/o Contrast

**Electronically signed by APARNA KOMATINENI MD, MD on 10/05/2017 at 08:46 AM MDT**

**Sign off status: Pending**

**Colorado Springs Neuro Assoc.**
**2312 N. Nevada Avenue**
**Colorado Springs, CO 809075307**
**Tel: 719-473-3272**
**Fax: 719-389-1191**

CSNA
neurosurgery & neurology

# NELSON, MICHELLE R

49 Y old Female, DOB:
Account Number: 116963

Home:
Guarantor: NELSON, MICHELLE R Insurance: KAISER PERMANENTE/HMO Payer ID: 91617
PCP: MARK S FRALEY, DO Referring: KATHRINE J LEPPARD, MD
Appointment Facility: Colorado Springs Neuro Assoc.

10/11/2017

Aparna Komatineni, MD

## History of Present Illness

General:

Mrs. Nelson is here for a medically necessary Botox appointment. The patient is a pleasant 48-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10/10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

-Propranolol
-Relpax
-Topamax
-Gabapentin
-Ambien
-Diclofenac
-Tizanidine
-Citalopram
-Wellbutrin

The patient also underwent nerve blocks which did not help her.

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

Since her last injections she does report a reduction in the headache intensity. She used to get them at an intensity of 10 out of 10 but currently she gets them at a 7/10. Her frequency still is almost every day.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was

obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

**Assessments**

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary), The patient is a pleasant 48-year-old female with history of chronic intractable migraine headaches with pain 25/30 days of the month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. She was referred for Botox injections and has seen greater and 50% improvement in headache intensity but is still having headaches frequently. She also has neck pain and is treated by Dr. Leppard in pain management. Her disability paperwork was completed, signed and handed to the patient.
2. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

Electronically signed by APARNA KOMATINENI MD, MD on 10/13/2017 at 03:06 PM MDT

Sign off status: Pending

Colorado Springs Neuro Assoc.
2312 N. Nevada Avenue
Colorado Springs, CO 809075307
Tel: 719-473-3272
Fax: 719-389-1191

## Authorization To Release Medical Records:

**PATIENT INFORMATION:**

Name (print) Michelle Nelson DOB ______ SSN ______ (last 4 digits)

**INFORMATION TO BE RELEASED FROM:**

Name of facility or provider Colorado Springs Neurological Associates

Address 2312 N. Nevada, CSC 80907

**INFORMATION TO BE SENT TO:**

Name of designated receipient Liberty Mutual Insurance

Address PO BOX 7208 City London State KY Zip 40742-7208

**INFORMATION TO BE RELEASED: (check one)**

_____ The most recent 2 years of pertinent information (chart notes, labs, x-rays and special tests)
_____ All medical records
_____ Specific information (please specify) :

**PURPOSE FOR WHICH THE DISCLOSURE IS BEING MADE: (please check one)**

_____ Attorney ✓ Insurance _____ Doctor _____ Personal

**PATIENT AUTHORIZATION :**

I understand that my records may contain information regarding the diagnosis or treatment of HIV/AIDS, sexually transmitted diseases, drug and/or alcohol abuse, mental illness, or psychiatric treatment. I give my specific authorization for these records to be released.

* EXCLUDE the following information from the records released (please initial)

_____ Drug / Alcohol abuse/treatment & diagnosis _____ Sexually transmitted disease
_____ HIV/AIDS diagnosis/treatment/testing _____ Mental illness or psychiatric diagnosis/treatment

**MY RIGHTS:**

I understand I do not have to sign this authorization in order to obtain health care benefits (treatment, payment or **enrollment). I may revoke this authorization in writing. To view the process for revoking this authorization, please read the** Privacy Notice to patients posted at the facility where your information is being released. I understand that once the health information I have authorized to be disclosed reaches the noted recipient, that person or organization may re-disclose it, at which time it may no longer be protected under Privacy laws.

Signature: Michelle Nelson Date: 10-13-17
(Patient, guardian*, or Authorized representative*)

**This authorization will expire 90 days from the date signed**
**Possible copying fee required**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | October 13, 2017 |
| To: | DR. APARNA KOMATINENI, MD<br>2312 N NEVADA AVE #100<br>COLORADO SPRINGS CO 80907 |
| Attn: | |
| Fax: | (719) 389-1191 |
| From: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

October 13, 2017

Dr. Aparna Komatineni, MD
2312 N NEVADA AVE #100
COLORADO SPRINGS, CO 80907

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Dr. Aparna Komatineni, MD:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wells Fargo & Company's Group Disability Policy. We are writing in reference to Michelle Nelson's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the third request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 13, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

Attachments: 7608815-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.13.2017
7608815-REQUEST-PROVIDER-09.20.2017

## AUTHORIZATION TO USE AND DISCLOSE PROTECTED EALTH INFORMATION

Patient Name: Michelle Nelson DOB: Medical Record #

Address:

Telephone #: E-mail Address

I, Michelle Nelson (Patient or Legal Representative), authorize Dr. Konatineni (Name of physician / health care provider releasing records)

to disclose to:

Name: Viktoriya Vercoko / Liberty Insurance Phone: 866-213-2937

Address: PO Box 7208, London KY, 40742-7208

Date(s) of Service:

Only the following specific information (check all that apply):

- ☐ Abstract
- ☐ History and Physical
- ☐ Discharge Summary
- ☐ Consultations
- ☐ Progress Notes
- ☐ ER Record
- ☐ Operative Reports
- ☐ Radiology Reports
- ☐ Laboratory Reports
- ☐ Pathology Reports
- ☐ Clinic Records
- ☐ Therapy Notes/Reports
- ☐ EKG/EEG Reports
- ☐ Cardiac Testing (Holter, Echo, Stress, etc.)
- ☐ Behavioral Health/Psychiatric Care
- ☐ Immunization Records
- ☐ Billing Records
- ☐ Other

Or:

☐ Entire Medical Record for specified date(s) of service: From: To: ("Present" equals date of signature)

Or:

☑ Entire Medical Record

Information to be release by: ☑ Paper ☐ Pick Up at Facility ☑ Electronic

I understand that information disclosed pursuant to this authorization may include information relating to the following, unless specifically restricted below:

- Psychological / psychiatric conditions
- Drug and/or alcohol abuse diagnosis and/or treatment
- HIV/AIDS diagnosis and/or testing
- Sexually transmitted disease(s) diagnosis and/or testing
- Genetic testing

List any restrictions:

The purpose of the disclosure is: Disability paperwork

**Redisclosure of Information:** I understand that once information is disclosed pursuant to this authorization that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), 45 C.F.R. Parts 160 and 164, protecting health information may not apply to the recipient of the information and, therefore, may not prohibit the recipient from re-disclosing it. Other laws, however, may prohibit redisclosure.

**Right to Refuse to Sign this Authorization:** I understand that generally the person(s) and/or organization(s) listed above who I am authorizing to use and/or disclose my information may not condition my treatment, payment, or eligibility for health care benefits on my decision to sign this authorization.

**Right to Revoke:** I understand that I may revoke this authorization in writing at any time except to the extent that action has been taken in reliance on it, or unless this authorization is given as a condition of obtaining health insurance coverage and the insurer has a legal right to contest the policy or a claim under the policy. To revoke this authorization, I will provide the Privacy Officer at the above listed physician/health care provider's office with a written revocation.

**Right to Inspect:** I understand that I have the right to inspect the health information I have authorized to be used or disclosed by this authorization form.

**Right to Receive a Copy of Authorization:** I understand that if I agree to sign this authorization, I must be provided with a signed copy of this form if I so request.

**Expiration Date:** This authorization is in effect until Dec 31, 2017 (I understand that unless I provide a written revocation at an earlier date, this authorization will expire in one year.)

Signature of Patient or Legal Representative(s): Michelle Nelson Date: 9/26/2017
(Note: If patient is a minor child, both parents may be required to sign)

Printed Name(s): (If signed by other than patient) Relationship to Patient:

Revised 02/24/12

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | September 20, 2017 |
| To: | DR. APARNA KOMATINENI, MD<br>2312 N NEVADA AVE #100<br>COLORADO SPRINGS CO 80907 |
| Attn: | |
| Fax: | (719) 389-1191 |
| From: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

September 20, 2017

Dr. Aparna Komatineni, MD
2312 N NEVADA AVE #100
COLORADO SPRINGS, CO 80907

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Dr. Aparna Komatineni, MD:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2016 through Present

We ask that you provide this information by September 27, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8306 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

## AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Patient Name: *Michelle Nelson* DOB: Medical Record #

Address:

Telephone 710-20 E-mail Address

I, *Michelle Nelson* (Patient or Legal Representative), authorize *Dr. Konatineni* (Name of physician / health care provider releasing records)

to disclose to:

Name: *Viktoriya Vercek.o / Liberty Insurance* Phone: *866-213-2937*

Address: *PO Box 7208, London KY, 40742-7208*

Date(s) of Service:

Only the following specific information (check all that apply):

| | | |
|---|---|---|
| ☐ Abstract | ☐ Operative Reports | ☐ EKG/EEG Reports |
| ☐ History and Physical | ☐ Radiology Reports | ☐ Cardiac Testing (Holter, Echo, Stress, etc.) |
| ☐ Discharge Summary | ☐ Laboratory Reports | ☐ Behavioral Health/Psychiatric Care |
| ☐ Consultations | ☐ Pathology Reports | ☐ Immunization Records |
| ☐ Progress Notes | ☐ Clinic Records | ☐ Billing Records |
| ☐ ER Record | ☐ Therapy Notes/Reports | ☐ Other |

Or:
☐ Entire Medical Record for specified date(s) of service: From: To: ("Present" equals date of signature)

Or:
☑ Entire Medical Record

Information to be release by: ☑ Paper ☐ Pick Up at Facility ☑ Electronic

I understand that information disclosed pursuant to this authorization may include information relating to the following, unless specifically restricted below:

- Psychological / psychiatric conditions
- Drug and/or alcohol abuse diagnosis and/or treatment
- HIV/AIDS diagnosis and/or testing
- Sexually transmitted disease(s) diagnosis and/or testing
- Genetic testing

List any restrictions:

The purpose of the disclosure is. *Disability paperwork*

**Redisclosure of Information:** I understand that once information is disclosed pursuant to this authorization that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), 45 C.F.R. Parts 160 and 164, protecting health information may not apply to the recipient of the information and, therefore, may not prohibit the recipient from re-disclosing it. Other laws, however, may prohibit redisclosure.

**Right to Refuse to Sign this Authorization:** I understand that generally the person(s) and/or organization(s) listed above who I am authorizing to use and/or disclose my information may not condition my treatment, payment, or eligibility for health care benefits on my decision to sign this authorization.

**Right to Revoke:** I understand that I may revoke this authorization in writing at any time except to the extent that action has been taken in reliance on it, or unless this authorization is given as a condition of obtaining health insurance coverage and the insurer has a legal right to contest the policy or a claim under the policy. To revoke this authorization, I will provide the Privacy Officer at the above listed physician/health care provider's office with a written revocation.

**Right to Inspect:** I understand that I have the right to inspect the health information I have authorized to be used or disclosed by this authorization form.

**Right to Receive a Copy of Authorization:** I understand that if I agree to sign this authorization, I must be provided with a signed copy of this form if I so request.

**Expiration Date:** This authorization is in effect until *Dec 31, 2017* (I understand that unless I provide a written revocation at an earlier date, this authorization will expire in one year.)

Signature of Patient or Legal Representative(s): *Michelle Nelson* Date: *9/26/2017*
(Note: If patient is a minor child, both parents may be required to sign)

Printed Name(s): (If signed by other than patient) Relationship to Patient:

Revised 02/24/12

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | October 10, 2017 |
| To: | DR. APARNA KOMATINENI, MD<br>2312 N NEVADA AVE #100<br>COLORADO SPRINGS CO 80907 |
| Attn: | |
| Fax: | (719) 389-1191 |
| From: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

October 10, 2017

Dr. Aparna Komatineni, MD
2312 N NEVADA AVE #100
COLORADO SPRINGS, CO 80907

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Dr. Aparna Komatineni, MD:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wells Fargo & Company's Group Disability Policy. We are writing in reference to Michelle Nelson's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 17, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

Attachments: 7608815-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.10.2017
7608815-MEDICAL-CORRESPONDENCE-09.27.2017

verisma®
SECURE RELEASE OF INFORMATION

PO Box 558
Pueblo, CO 81002

866-390-7404
719-542-2564 (FAX)
www.verisma.com

LIBERTY MUTUAL
Viktoriya Vecorko
PO BOX 7208
LONDON, KY 40742

Date: 9/25/2017
Invoice #: 6168-11024

**WE ARE UNABLE TO FULFILL YOUR REQUEST FOR MEDICAL RECORDS**

Patient Name: Nelson, Michelle
Case #:
Medical Provider: Colorado Springs Neurological Associates, P.C.
2312 North Nevada Avenue Suite 100, Colorado Springs, CO 80907

Dear Medical Records Requestor:
Verisma Systems, Inc. has contracted with the medical provider noted above to provide HIPAA compliance review and distribute medical records on its behalf. An issue concerning the attached request has been detected. Your request will not be processed due to the following issue(s):

The request provided to the facility did not contain a HIPAA compliant, patient signed authorization. Provide a HIPAA compliant, valid authorization signed by the patient.

**In order to process your request for medical records, a new request/authorization addressing the issue(s) must be provided to the medical facility from where you are requesting records.**

Please contact our Customer Service Team with questions:

Telephone: **866-390-7404**

STATEMENT OF CONFIDENTIALITY

THIS INFORMATION IS INTENDED FOR THE EXCLUSIVE USE OF THE ADDRESSEE AND MAY CONTAIN CONFIDENTIAL OR PRIVILEGED INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY RETENTION, COPYING, DISSEMINATION, OR USE OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF THIS WAS SENT IN ERROR, PLEASE NOTIFY Verisma Systems, Inc., AT 866-390-7404 AND DESTROY THIS COMMUNICATION AND ANY ATTACHMENTS.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | September 20, 2017 |
| To: | DR. APARNA KOMATINENI, MD<br>2312 N NEVADA AVE #100<br>COLORADO SPRINGS CO 80907 |
| Attn: | |
| Fax: | (719) 389-1191 |
| From: | Viktoriya Vecerko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

September 20, 2017

Dr. Aparna Komatineni, MD
2312 N NEVADA AVE #100
COLORADO SPRINGS, CO 80907

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Dr. Aparna Komatineni, MD:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2016 through Present

We ask that you provide this information by September 27, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8306 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Patient Name: ______________________________ DOB: ______________ Medical Record # ____________

Address: ____________________________________________

Telephone # ____________________ E-mail Address ______________________________

I, ______________________________, authorize ______________________________________
(Patient or Legal Representative) (Name of physician / health care provider releasing records)

**to disclose to:**

Name: ______________________________________ Phone: ____________________

Address: ____________________________________________

Date(s) of Service: ______________________________________

**Only the following specific information (check all that apply):**

| | | |
|---|---|---|
| ☐ Abstract | ☐ Operative Reports | ☐ EKG/EEG Reports |
| ☐ History and Physical | ☐ Radiology Reports | ☐ Cardiac Testing (Holter, Echo, Stress, etc.) |
| ☐ Discharge Summary | ☐ Laboratory Reports | ☐ Behavioral Health/Psychiatric Care |
| ☐ Consultations | ☐ Pathology Reports | ☐ Immunization Records |
| ☐ Progress Notes | ☐ Clinic Records | ☐ Billing Records |
| ☐ ER Record | ☐ Therapy Notes/Reports | ☐ Other ______________________ |

**Or:**

☐ Entire Medical Record for specified date(s) of service: From: ______________ To: ______________
("Present" equals date of signature)

**Or:**

☐ Entire Medical Record

**Information to be release by**: ☐ Paper ☐ Pick Up at Facility ☐ Electronic

I understand that information disclosed pursuant to this authorization may include information relating to the following, **unless specifically restricted below:**

- Psychological / psychiatric conditions
- Drug and/or alcohol abuse diagnosis and/or treatment
- HIV/AIDS diagnosis and/or testing
- Sexually transmitted disease(s) diagnosis and/or testing
- Genetic testing

List any restrictions: ______________________________________________

**The purpose of the disclosure is:** ______________________________________________

**Redisclosure of Information:** I understand that once information is disclosed pursuant to this authorization that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), 45 C.F.R. Parts 160 and 164, protecting health information may not apply to the recipient of the information and, therefore, may not prohibit the recipient from re-disclosing it. Other laws, however, may prohibit redisclosure.

**Right to Refuse to Sign this Authorization:** I understand that generally the person(s) and/or organization(s) listed above who I am authorizing to use and/or disclose my information may not condition my treatment, payment, or eligibility for health care benefits on my decision to sign this authorization.

**Right to Revoke:** I understand that I may revoke this authorization in writing at any time except to the extent that action has been taken in reliance on it, or unless this authorization is given as a condition of obtaining health insurance coverage and the insurer has a legal right to contest the policy or a claim under the policy. To revoke this authorization, I will provide the Privacy Officer at the above listed physician/health care provider's office with a written revocation.

**Right to Inspect:** I understand that I have the right to inspect the health information I have authorized to be used or disclosed by this authorization form.

**Right to Receive a Copy of Authorization:** I understand that if I agree to sign this authorization, I must be provided with a signed copy of this form if I so request.

**Expiration Date:** This authorization is in effect until ______________ (I understand that unless I provide a written revocation at an earlier date, this authorization will expire in one year.)

**Signature of Patient or Legal Representative(s):** ______________________________ **Date:** ____/____/______
(Note: If patient is a minor child, <u>both</u> parents may be required to sign)

Printed Name(s): ______________________________ Relationship to Patient : ______________________
**(If signed by other than patient)**

Revised 02/24/12

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Patient Name: Michelle Nelson DOB: ______ Medical Record #______

Address: ______

Telephone #______ E-mail Address______

I, Michelle Nelson (Patient or Legal Representative), authorize Dr. Komatineni (Name of physician / health care provider releasing records)

to disclose to:

Name: Viktoriya a Vercoko / Liberty Insurance Phone: 866-213-2937

Address: PO Box 7208, London KY, 40742-7208

Date(s) of Service: ______

Only the following specific information (check all that apply):

| | | |
|---|---|---|
| ☐ Abstract | ☐ Operative Reports | ☐ EKG/EEG Reports |
| ☐ History and Physical | ☐ Radiology Reports | ☐ Cardiac Testing (Holter, Echo, Stress, etc.) |
| ☐ Discharge Summary | ☐ Laboratory Reports | ☐ Behavioral Health/Psychiatric Care |
| ☐ Consultations | ☐ Pathology Reports | ☐ Immunization Records |
| ☐ Progress Notes | ☐ Clinic Records | ☐ Billing Records |
| ☐ ER Record | ☐ Therapy Notes/Reports | ☐ Other ______ |

Or:

☐ Entire Medical Record for specified date(s) of service: From: ______ To: ______ ("Present" equals date of signature)

Or:

☑ Entire Medical Record

**Information to be release by:** ☑ Paper ☐ Pick Up at Facility ☑ Electronic

I understand that information disclosed pursuant to this authorization may include information relating to the following, **unless specifically restricted below:**

- Psychological / psychiatric conditions
- Drug and/or alcohol abuse diagnosis and/or treatment
- HIV/AIDS diagnosis and/or testing
- Sexually transmitted disease(s) diagnosis and/or testing
- Genetic testing

List any restrictions: ______

The purpose of the disclosure is: Disability paperwork

**Redisclosure of Information:** I understand that once information is disclosed pursuant to this authorization that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), 45 C.F.R. Parts 160 and 164, protecting health information may not apply to the recipient of the information and, therefore, may not prohibit the recipient from re-disclosing it. Other laws, however, may prohibit redisclosure.

**Right to Refuse to Sign this Authorization:** I understand that generally the person(s) and/or organization(s) listed above who I am authorizing to use and/or disclose my information may not condition my treatment, payment, or eligibility for health care benefits on my decision to sign this authorization.

**Right to Revoke:** I understand that I may revoke this authorization in writing at any time except to the extent that action has been taken in reliance on it, or unless this authorization is given as a condition of obtaining health insurance coverage and the insurer has a legal right to contest the policy or a claim under the policy. To revoke this authorization, I will provide the Privacy Officer at the above listed physician/health care provider's office with a written revocation.

**Right to Inspect:** I understand that I have the right to inspect the health information I have authorized to be used or disclosed by this authorization form.

**Right to Receive a Copy of Authorization:** I understand that if I agree to sign this authorization, I must be provided with a signed copy of this form if I so request.

**Expiration Date:** This authorization is in effect until Dec 31, 2017 (I understand that unless I provide a written revocation at an earlier date, this authorization will expire in one year.)

**Signature of Patient or Legal Representative(s):** Michelle Nelson **Date:** 9/26/2017
(Note: If patient is a minor child, both parents may be required to sign)

Printed Name(s): ______ (If signed by other than patient) Relationship to Patient: ______

Revised 02/24/12

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | October 10, 2017 |
| To: | DR. MARK FRALEY, MD<br>2141 NO. ACADEMY CIR.<br>COLORADO SPRINGS, CO 80909 |
| Attn: | |
| Fax: | (719) 597-4495 |
| From: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

October 10, 2017

Dr. Mark S. Fraley, MD
2141 NO. ACADEMY CIR.
COLORADO SPRINGS,, CO 80909

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Dr. Mark Fraley, MD:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wells Fargo & Company's Group Disability Policy. We are writing in reference to Michelle Nelson's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office . This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 17, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

Attachments: 7608815-REQUEST-PROVIDER-09.20.2017

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | September 20, 2017 |
| To: | DR. MARK FRALEY, MD<br>2141 NO. ACADEMY CIR.<br>COLORADO SPRINGS, CO 80909 |
| Attn: | |
| Fax: | (719) 597-4495 |
| From: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages<br>(Including Cover): | 2 |
| RE:<br><br>Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

September 20, 2017

Dr. Mark S. Fraley, MD
2141 NO. ACADEMY CIR.
COLORADO SPRINGS,, CO 80909

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Dr. Fraley:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2016 through Present

We ask that you provide this information by September 27, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8306 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | October 10, 2017 |
| To: | DR. KATHARINE LEPPARD, MD<br>3470 CENTENIAL BLVD<br>STE 110<br>COLORADO SPRINGS CO 80907 |
| Attn: | |
| Fax: | (719) 575-1850 |
| From: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

October 10, 2017

Dr. Katharine Leppard, MD
3470 CENTENIAL BLVD
STE 110
COLORADO SPRINGS, CO 80907

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Dr. Katharine Leppard, MD:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wells Fargo & Company's Group Disability Policy. We are writing in reference to Michelle Nelson's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 17, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

Attachments: 7608815-REQUEST-PROVIDER-09.19.2017

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | September 19, 2017 |
| To: | KATHERINE LEPPARD<br>3470 CENTENIAL BLVD<br>COLORADO SPRINGS CO 00000 |
| Attn: | |
| Fax: | (719) 575-1850 |
| From: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages<br>(Including Cover): | 2 |
| RE: | Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

September 19, 2017

Katherine Leppard
3470 CENTENIAL BLVD
COLORADO SPRINGS, CO 00000

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Katherine Leppard:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2016 through Present

We ask that you provide this information by September 26, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8306 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Patient Name: Michelle Nelson DOB: Medical Record #

Address:

Telephone E-mail Address

I, Michelle Nelson (Patient or Legal Representative), authorize Dr. Konatineni (Name of physician / health care provider releasing records)

to disclose to:

Name: Viktoriya Vercoko / Liberty Insurance Phone: 866-213-2937

Address: PO BOX 7208, London KY, 40742-7208

Date(s) of Service:

Only the following specific information (check all that apply):

- ☐ Abstract
- ☐ History and Physical
- ☐ Discharge Summary
- ☐ Consultations
- ☐ Progress Notes
- ☐ ER Record
- ☐ Operative Reports
- ☐ Radiology Reports
- ☐ Laboratory Reports
- ☐ Pathology Reports
- ☐ Clinic Records
- ☐ Therapy Notes/Reports
- ☐ EKG/EEG Reports
- ☐ Cardiac Testing (Holter, Echo, Stress, etc.)
- ☐ Behavioral Health/Psychiatric Care
- ☐ Immunization Records
- ☐ Billing Records
- ☐ Other

Or:

☐ Entire Medical Record for specified date(s) of service: From: To: ("Present" equals date of signature)

Or:

☑ Entire Medical Record

Information to be release by: ☑ Paper ☐ Pick Up at Facility ☑ Electronic

I understand that information disclosed pursuant to this authorization may include information relating to the following, **unless specifically restricted below:**

- Psychological / psychiatric conditions
- Drug and/or alcohol abuse diagnosis and/or treatment
- HIV/AIDS diagnosis and/or testing
- Sexually transmitted disease(s) diagnosis and/or testing
- Genetic testing

List any restrictions:

The purpose of the disclosure is. Disability paperwork

**Redisclosure of Information:** I understand that once information is disclosed pursuant to this authorization that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), 45 C.F.R. Parts 160 and 164, protecting health information may not apply to the recipient of the information and, therefore, may not prohibit the recipient from re-disclosing it. Other laws, however, may prohibit redisclosure.

**Right to Refuse to Sign this Authorization:** I understand that generally the person(s) and/or organization(s) listed above who I am authorizing to use and/or disclose my information may not condition my treatment, payment, or eligibility for health care benefits on my decision to sign this authorization.

**Right to Revoke:** I understand that I may revoke this authorization in writing at any time except to the extent that action has been taken in reliance on it, or unless this authorization is given as a condition of obtaining health insurance coverage and the insurer has a legal right to contest the policy or a claim under the policy. To revoke this authorization, I will provide the Privacy Officer at the above listed physician/health care provider's office with a written revocation.

**Right to Inspect:** I understand that I have the right to inspect the health information I have authorized to be used or disclosed by this authorization form.

**Right to Receive a Copy of Authorization:** I understand that if I agree to sign this authorization, I must be provided with a signed copy of this form if I so request.

**Expiration Date:** This authorization is in effect until Dec 31, 2017 (I understand that unless I provide a written revocation at an earlier date, this authorization will expire in one year.)

Signature of Patient or Legal Representative(s): Michelle Nelson Date: 9/26/2017
(Note: If patient is a minor child, both parents may be required to sign)

Printed Name(s): (If signed by other than patient) Relationship to Patient:

Revised 02/24/12

# FAX

| | | |
|---|---|---|
| **TO** | Name | VICTORIA VECORKO |
| | Fax | 603-334-8306 |
| | Phone | 866-213-2937, 14779 |
| **FROM** | Name | MICHELLE NELSON |
| | Phone | |
| | Ref Num | # 7608815 |

☑ **URGENT** ☑ **For Review** ☑ **Please Reply** ☑ **Please Confirm Receipt**

## Notes

~~9~~ 11 PAGES INCLUDING COVER PAGE

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

**Return to:** Viktoriya Vecorko

**EMPLOYEE/CLAIMANT NAME:** Michelle Nelson **CLAIM #:** 7608815
**EMPLOYER:** Wells Fargo & Company **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) Nelson, Michelle R | | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status Married |
| Spouse's Full Name Mark W. Nelson | Number of Children | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Mark Nelson Relationship to you? husband Tel #

Have you returned to any type of employment? If yes, please provide name of employer, # hours worked per week and hourly rate of pay.
NO

Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain.
NO

Do you hold a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?
NO

Do you hold a professional license? If yes, for what purpose?
NO

Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide website address(es).
NO

Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.
NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.
NO

Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form:

| Date Income Yes | No | Type | Week/Month (Month circled) | Amount per Receiving | Date Began Receiving | Date Ceased Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages or Salary | $ | | | |
| ☑ | ☐ | Social Security (disability or retirement) | $ 1809 | 1809/MO | Feb 2017 | |
| ☑ | ☐ | Social Security (for your spouse/dependents) | $ 904 | 904/MO | May 2017 | |
| ☐ | ☑ | State Disability | $ | | | |
| ☐ | ☑ | Retirement (normal, early, or disability) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance / Separation Benefit Agreement | $ | | | |
| ☐ | ☑ | Other (please describe) | $ | | | |

**The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Michelle Nelson

**DATE:** 9-28-17 **EMPLOYEE'S SIGNATURE:** Michelle Nelson

DP 409 (11/12)

# REIMBURSEMENT AGREEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

**Return To:** Viktoriya Vecorko

Please complete, sign, and return a copy to Liberty Mutual.

***TO BE COMPLETED BY LIBERTY MUTUAL***

Claimant Name: Michelle Nelson

Address:

Name of Employer: Wells Fargo & Company

In consideration of the receipt of disability benefit payments received by me from the Plan Sponsor, I

( Michelle Nelson ) hereby agree:
(Claimant Name)

(a) to repay the Plan Sponsor for such benefits to the extent they are for losses for which compensation is paid to the covered person by or on behalf of the person at fault;

(b) to allow the Plan Sponsor a lien on such compensation and to hold such compensation in a trust for the Sponsor, and;

(c) to execute and give to the Plan Sponsor any instruments needed to secure the rights under (a) and (b).

Further, when the Plan Sponsor has paid benefits to or on behalf of the injured covered person, the Plan Sponsor will be subrogated to all rights of recovery that the covered has against the person at fault. These subrogation rights will extend only to recovery of the amount the Plan Sponsor has paid. The covered person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to the Plan Sponsor.

9-26-17
(Date)

Michelle Nelson
(Signature of injured individual or legal representative)

***Please retain a copy for your records or one can be provided upon request.***

Liberty Mutual. INSURANCE

# LIBERTY MUTUAL GROUP
# LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits whicl have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: Michelle Nelson Date of Birth:

Employer: Wells Fargo & Company Policy/Plan Sponsor No. 05 - 289424

A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits will be estimated if:

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) Michelle Nelson (Witness signature) ____________

(Address) ____________ (Address) ____________

(Date) 9-26-17 (Date) ____________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

EMPLOYEE/CLAIMANT NAME: Michelle Nelson
CLAIM NO. 7608815
EMPLOYER/SPONSOR: Wells Fargo & Company DATE OF BIRTH ____

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: 12 Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: no Certificate Program completed: ____

Associates Degree: Business College: number of years: 4 yrs to complete

Bachelor's Degree: BA /BS Major: ____ Graduate School: MA MS CAGS PHD Degree: ____

Professional Training, License, Certificates(s): ____

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ____

List any other Training or Classes Attended or Plan to Attend: none

Additional Skills, Hobbies & Volunteer Work none

Did you serve in the Armed Forces? ☐ Y ☑ N From: ____ To: ____

Branch of Service: ____ Specialty: ____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Wells Fargo Department: Underwriting From: 2004 To: 2016
   Job Title(s): Underwriter 3
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): Decision mortgage applications for equity line/loans. Review credit reports, income + appraisals
2. Company: Wells Fargo Department: Processing / Analytical Team From: 2001 To: 2004
   Job Title(s): Work Director
   Supervisory Experience ☑ Y ☐ N
   Tasks/Duties (please be specific): Ensure workload distributed to team members to meet service level agreements. Train and review new members work

3. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

4. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

5. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

**Computer Utilization:**

Computer Training/Courses, Certifications: ______

| | | Home | Work | | Home | Work |
|---|---|---|---|---|---|---|
| previous work position | Email | ☐ | ☑ | Graphics Software | ☐ | ☐ |
| previous work position | Internet | ☐ | ☑ | Installation/Repair Hardware | ☐ | ☐ |
| previous work position | Word Processing (MS Word) | ☐ | ☑ | Installation/Repair Programming | ☐ | ☐ |
| | Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| | Database | ☐ | ☐ | Other: ______ | | |
| | Photo Software | ☐ | ☐ | | | |

(Previous work positions)
How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☑ 3+ hours
(previously when employed.)
How much time is spent daily on your home computer? ☐ None ☑ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: Yes ☑ No ☐ If yes, WPM (words per minute) 50 wpm
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: [illegible].com Work: ______

SIGNATURE: [signature] PHONE NO: (7/?) 291-2356

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

**Authorization to Obtain and Release Information**
**(Excluding Psychotherapy notes)**

Employee Name Michelle Nelson Claim No 7608815

Employer/Sponsor/Customer Name Wells Fargo & Company

Return to: Viktoriya Vecorko

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Michelle Nelson
Claimant Name ( Print)

Date of Birth

Michelle Nelson
Claimant Signature

9-28-17
Date

7608815
Claim Number

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

# Authorization to Obtain and Release Psychotherapy Notes

Employee Name Michelle Nelson Claim No 7608815

Employer/Sponsor/Customer Name Wells Fargo & Company

Return to: Viktoriya Vecorko

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Michelle Nelson
Claimant Name (Print)

Date of Birth

Michelle Nelson
Claimant Signature

9-28-17
Date

7608815
Claim Number

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED ' 'EALTH INFORMATION

Patient Name: Michelle Nelson DOB: Medical Record #

Address:

Telephone ) E-mail Address

I, Michelle Nelson (Patient or Legal Representative), authorize Dr. Komatineni (Name of physician / health care provider releasing records)

to disclose to:

Name: Viktoria Vercoko / Liberty Insurance Phone: 866-213-2937

Address: PO Box 7208, London KY, 40742-7208

Date(s) of Service:

Only the following specific information (check all that apply):

| | | |
|---|---|---|
| ☐ Abstract | ☐ Operative Reports | ☐ EKG/EEG Reports |
| ☐ History and Physical | ☐ Radiology Reports | ☐ Cardiac Testing (Holter, Echo, Stress, etc.) |
| ☐ Discharge Summary | ☐ Laboratory Reports | ☐ Behavioral Health/Psychiatric Care |
| ☐ Consultations | ☐ Pathology Reports | ☐ Immunization Records |
| ☐ Progress Notes | ☐ Clinic Records | ☐ Billing Records |
| ☐ ER Record | ☐ Therapy Notes/Reports | ☐ Other |

Or:

☐ Entire Medical Record for specified date(s) of service: From: To: ("Present" equals date of signature)

Or:

☑ Entire Medical Record

**Information to be release by:** ☑ Paper ☐ Pick Up at Facility ☑ Electronic

I understand that information disclosed pursuant to this authorization may include information relating to the following, **unless specifically restricted below:**

- Psychological / psychiatric conditions
- Drug and/or alcohol abuse diagnosis and/or treatment
- HIV/AIDS diagnosis and/or testing
- Sexually transmitted disease(s) diagnosis and/or testing
- Genetic testing

List any restrictions:

**The purpose of the disclosure is:** Disability paperwork

**Redisclosure of Information:** I understand that once information is disclosed pursuant to this authorization that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), 45 C.F.R. Parts 160 and 164, protecting health information may not apply to the recipient of the information and, therefore, may not prohibit the recipient from re-disclosing it. Other laws, however, may prohibit redisclosure.

**Right to Refuse to Sign this Authorization:** I understand that generally the person(s) and/or organization(s) listed above who I am authorizing to use and/or disclose my information may not condition my treatment, payment, or eligibility for health care benefits on my decision to sign this authorization.

**Right to Revoke:** I understand that I may revoke this authorization in writing at any time except to the extent that action has been taken in reliance on it, or unless this authorization is given as a condition of obtaining health insurance coverage and the insurer has a legal right to contest the policy or a claim under the policy. To revoke this authorization, I will provide the Privacy Officer at the above listed physician/health care provider's office with a written revocation.

**Right to Inspect:** I understand that I have the right to inspect the health information I have authorized to be used or disclosed by this authorization form.

**Right to Receive a Copy of Authorization:** I understand that if I agree to sign this authorization, I must be provided with a signed copy of this form if I so request.

**Expiration Date:** This authorization is in effect until Dec 31, 2017 (I understand that unless I provide a written revocation at an earlier date, this authorization will expire in one year.)

**Signature of Patient or Legal Representative(s):** Michelle Nelson **Date:** 9/26/2017
(Note: If patient is a minor child, both parents may be required to sign)

Printed Name(s): Relationship to Patient :
(If signed by other than patient)

Revised 02/24/12

Liberty Mutual. INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

**Return To:** Viktoriya Vecorko

EMPLOYEE/CLAIMANT NAME: Michelle Nelson
CLAIM NO: 7608815
EMPLOYER/SPONSOR: Wells Fargo & Company DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from January 28, 2016 to Present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. Katherine Leppard
Specialty: Physiatrist
Address: 3470 Centennial Blvd CSC 80907
Telephone No.: 719 575-7800 Fax No.: 719 575-1850

Name: Dr. Ronald Hammers
Specialty: Neurosurgeon
Address: 2312 N. Nevada CSC 80907
Telephone No.: (719) 473-3272 Fax No.: (719) 719-389-1188

Name: Dr. Aparna Komatineni
Specialty: Neurology
Address: 2312 N. Nevada, Ste 100 CSC 80907
Telephone No. 719) 473-3272 Fax No.: (719 389-1189

Name: Dr William Storms
Specialty: Allergist
Address: 1625 Medical Center Pt CSC 80907
Telephone No.: 719 955-6000 Fax No.: (719) 955-9595

**MEDICAL INSURANCE CARRIER(S):**

Name: Kaiser Permanente
Specialty: Insurance
Address: PO BOX, CO 80237
Telephone No.: 888 681-7878 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Walgreens
Specialty: Pharmacy
Address: 725 Baptist Rd CSC 80921
Telephone No.: 719 219 0230 Fax No.: ( )

Name: Kaiser Permanente
Specialty: Pharmacy
Address: 4105 Briargate Pkwy, #125 CSC 80920
Telephone No.: 719 282-2466 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Michelle Nelson DATE: 9-26-17

Additional providers

Elizabeth Harmon PAC
2312 N. Nevada, Ste 100, CSC 80907
T: 719-473-3272
F: 719-389-1189
Speciality: Neurology

Dr. Mark Fraley
2141 N. Academy Cir, CSC 80909
T: 719-597-4200
F: 719-597-4495
Speciality: Primary doctor

Peak Performance Sport + Spine
4617 Austin Bluffs Pkwy, CSC 80918
T: 719-277-7325
F: 719-591-0140
Speciality: Chiropractor

| | |
|---|---|
| **From:** | LibertyMutualNotifications@LibertyMutual.com |
| **Sent:** | Thursday, October 5, 2017 10:51:43 AM |
| **To:** | ; |
| **CC:** | |
| **BCC:** | |
| **Subject:** | [Send Secure]Wells Fargo & Company Claim No. 7608815 Michelle Nelson |
| **Attachments:** | 50c78a349674c6b9cbe90692844479222408d75a9e0c7b11_4216492.pdf; |

---

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 427-2775

October 5, 2017

Ms. Michelle R. Nelson

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815

Dear Ms. Michelle Nelson:

Please return the attached form(s) at your earliest convenience.

You may return your forms by any means outlined below:

- Reply to this e-mail after attaching the completed form(s)
- Fax the completed form(s) to 866-214-7839
- Mail the completed form(s) to the following address:
    - Liberty Life Assurance Company of Boston
      Group Market Disability Claims
      P.O. Box 7208
      London, KY 40742-7208

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerry Washington
Disability Claims Case Manager
Phone No.: (866) 213-2937 Ext. 14730
Secure Fax No.: (603) 427-2775

Attachments: Restrictions Form
Activities Questionnaire Form

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 427-2775



**Return To:** Viktoriya Vecorko

EMPLOYEE/CLAIMANT NAME: Michelle Nelson

CLAIM NO: 7608815 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Wells Fargo & Company

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes________ No ________

If Yes, for how long? ________ At what time of the day?________

How many hours a day do you spend in bed?________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?________

Do you hold a valid driver's license?

Yes________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car?________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends?________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

Liberty Mutual INSURANCE



How often do you get outdoors? ______________________________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

______________________________________________________________________________

______________________________________________________________________________

How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ________

how many hours per week? ________

for whom? ____________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

____________________
____________________
____________________
____________________
____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________
____________________
____________________
____________________
____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ____________________ Date: ____________________

Signature: ____________________

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 427-2775

# Restrictions Form

**Return To:** Viktoriya Vecorko

| Michelle Nelson | | 7608815 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** – ____________ ____________________
   **DATE LAST TREATED** – ____________ ____________________
   **NEXT OFFICE VISIT** – ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

# FAX


**TO** Name VICTORIA VECORKO
Fax 603-334-8306
Phone 866-213-2937, 14779

**FROM** Name MICHELLE NELSON
Phone
Ref Num # 7608815


☑ **URGENT** ☑ **For Review** ☑ **Please Reply** ☑ **Please Confirm Receipt**

## Notes

75 ~~74~~ **PAGES INCLUDING COVER PAGE**

From:
FaxFile - send fax from phone. For Android or IOS - iPhone/iPad.
This page generated by the FaxCover for Android application.
Visit http://www.actualsoftware.com/faxfile for more information.

Peak Performance
Chiropractor

*All new changes since the previous Note have been b*

Turner Chiropractic Inc
4617 Austin Bluffs Parkway
Colorado Springs, CO 80918-2937
(719) 277-7325

# Daily Note

| | |
|---|---|
| Patient Name: | Nelson, Michelle (NELMI000) |
| Date Of Service: | 7/6/2017 |
| Date Of Onset: | 2/11/2016 |
| Date Of Birth: | |
| Provider: | Jelinek, Ben DC |
| BranchName: | Turner Chiropractic Inc |

**Subjective:**

The patient presents with frequent to constant (up to between 75% and 100% of day) dull, aching, throbbing pain located in upper back, neck and describes intensity as moderate that has held at 5 out of 10 and is increased by time on computer, palpation, working, movement of area and is decreased by pain medication, treatment.

The patient presents with intermittent (up to 50% of day) headache located in upper back, neck and describes intensity as slight to moderate that has held at 2 out of 10.

Second Complaint: low back, mid back

The patient presents with intermittent (up to 50% of day) dull, aching pain located in low back, mid back and describes intensity as slight to moderate that has held at 2 out of 10.

**Increase in** neck pain the last day **or two**, and **she can feel additional pain coming on**. **Tends to be focused on** the **left side today**.

**Objective**:

Spinal Fixation/Malposition/Palpatory findings: C1; C5.

Hypertonicity: Left-Scalenus (**increased** from moderate to **moderate-severe**), Right-Scalenus (**reduced** from severe to **moderate-severe**), Right-Upper-Trapezius (moderate-severe), Left-Thoracic-Erector (moderate), Right-Thoracic-Erector (moderate), Right-Suboccipitals (moderate), Right-Splenius-Cervicis (moderate), , Left-Upper-Trapezius (**increased** from moderate to **moderate-severe**), Left-Suboccipitals (**increased** from moderate to **moderate-severe**), Left-Splenius-Cervicis (**increased** from moderate to **moderate-severe**).

Tenderness: Right-Neck (moderate-severe), , Left-Neck (**increased** from moderate to **moderate-severe**), Right-Shoulder (moderate), Left-Lower-Back (mild), Left-Thoracic-Spine (moderate), Right-Thoracic-Spine (moderate), Left-Cervical-Spine (moderate), Right-Cervical-Spine (moderate), , Left-Shoulder (**increased** from moderate to **moderate-severe**), Right-Lower-Back (**reduced** from mild-moderate to **mild**).

**Assessment**:

Diagnoses: 1. Chronic tension-type headache, not intractable (G44.229), 2. Other spondylosis with radiculopathy, cervical region (M47.22), 3. Contracture of muscle, multiple sites (M62.49), 4. Segmental and somatic dysfunction of cervical region (M99.01), 5. Segmental and somatic dysfunction of thoracic region (M99.02) and 6. Segmental and somatic dysfunction of lumbar region (M99.03).

Patient is progressing as anticipated. Intensity is **un-changed** since the prior visit.

**Plan**:

Continue with current plan.

Based on subjective and objective data today's treatment consists of:

CMT 1-2 Regions consisting of diversified technique was provided specifically to C1; C5, to increase mobility/range of motion, restore normal joint function.

Therapeutic Activities (Ea 15 Min) consisting of cervical active therapeutic movements, soft tissue mobilization, myofascial release was provided specifically to neck, upper back, right scapula, left scapula, left neck, right

Nelson, Michelle DOB:

neck, head for 24 minutes (2 units), to break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Jelinek, Ben DC
Date: 07/06/17 01:21:46 PM

Nelson, Michelle DOB:

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 6/28/2017
Date Of Onset: 2/11/2016
Date Of Birth:
Provider: Jelinek, Ben DC
BranchName: Turner Chiropractic Inc

**Subjective:**

The patient presents with **an increase** in frequency of pain. She now presents with frequency as **frequent to constant (up to between 75% and 100% of day)** and describes intensity as moderate that has held at 5 out of 10 and is increased by time on computer, palpation, working, movement of area and is decreased by pain medication, treatment. She now presents with dull, aching, throbbing pain located in upper back, neck.
The patient presents with intermittent (up to 50% of day) headache located in upper back, neck and describes intensity as slight to moderate that has held at 2 out of 10.
Second Complaint: low back, mid back
The patient presents with intermittent (up to 50% of day) dull, aching pain located in low back, mid back and describes intensity as slight to moderate that has held at 2 out of 10.
**Flare up of right sided neck pain over the last few days. She has been trying to affect it with a tennis ball and theracane but has not had much luck.**

**Objective:**

Spinal Fixation/Malposition/Palpatory findings: C1; C5. **The following conditions OCC, T1, T4, T7, are resolved.**
Hypertonicity: Left-Scalenus (**increased** from mild-moderate to **moderate**), Right-Scalenus (**increased** from moderate to **severe**), Right-Splenius-Cervicis (moderate), , Left-Upper-Trapezius (**increased** from mild-moderate to **moderate**), Right-Upper-Trapezius (**increased** from moderate to **moderate-severe**), Left-Thoracic-Erector (**increased** from mild-moderate to **moderate**), Right-Thoracic-Erector (**increased** from mild-moderate to **moderate**), Left-Suboccipitals (**increased** from mild-moderate to **moderate**), Left-Splenius-Cervicis (**increased** from mild-moderate to **moderate**), Right-Suboccipitals (**increased** from mild-moderate to **moderate**).
Tenderness: Left-Neck (**increased** from mild-moderate to **moderate**), Right-Neck (**increased** from moderate to **moderate-severe**), Left-Lower-Back (mild), Right-Lower-Back (mild-moderate), Right-Cervical-Spine (moderate), , Left-Shoulder (**increased** from mild-moderate to **moderate**), Right-Shoulder (**increased** from mild-moderate to **moderate**), Left-Thoracic-Spine (**increased** from mild-moderate to **moderate**), Right-Thoracic-Spine (**increased** from mild-moderate to **moderate**), Left-Cervical-Spine (**increased** from mild-moderate to **moderate**).

**Assessment:**

Diagnoses: **1.** Chronic tension-type headache, not intractable (G44.229), **2.** Other spondylosis with radiculopathy, cervical region (M47.22), **3.** Contracture of muscle, multiple sites (M62.49), **4.** Segmental and somatic dysfunction of cervical region (M99.01), **5.** Segmental and somatic dysfunction of thoracic region (M99.02) and **6.** Segmental and somatic dysfunction of lumbar region (M99.03).
Patient **condition is slightly regressed** as **per subjective and objective findings** since the prior visit, she is progressing as anticipated. Intensity is **slightly-increased** since the prior visit.

**Plan:**

Continue with current plan.
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C1; C5, to increase mobility/range of motion, restore normal joint function.

Nelson, Michelle DOB:

Therapeutic Activities (Ea 15 Min) consisting of cervical active therapeutic movements, soft tissue mobilization, myofascial release was provided specifically to neck, upper back, right scapula, left scapula, left neck, right neck, head for 24 minutes (2 units), to break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Jelinek, Ben DC
Date: 06/28/17 03:07:38 PM

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 6/8/2017
Date Of Onset: 2/11/2015
Date Of Birth:
Provider: **Jelinek, Ben DC**
BranchName: Turner Chiropractic Inc

**Subjective:**
The patient presents with intermittent to frequent (up to between 50% and 75% of day) dull, aching, throbbing pain located in upper back, neck and describes intensity as moderate that has held at 5 out of 10 and is increased by time on computer, palpation, working, movement of area and is decreased by pain medication, treatment.
The patient presents with intermittent (up to 50% of day) headache located in upper back, neck and describes intensity as slight to moderate that has held at 2 out of 10.
Second Complaint: low back, mid back
The patient presents with intermittent (up to 50% of day) dull, aching pain located in low back, mid back and describes intensity as slight to moderate that has held at 2 out of 10.
**Pain levels remain about the same today, but she has been spending some time in the hospital for a relatives surgery and has had more stress than normal.**

**Objective:**
Spinal Fixation/Malposition/Palpatory findings: OCC; C1; C5; T1; T4; T7.
Hypertonicity: Left-Scalenus (mild-moderate), Right-Scalenus (moderate), Left-Upper-Trapezius (mild-moderate), Right-Upper-Trapezius (moderate), Left-Thoracic-Erector (mild-moderate), Right-Thoracic-Erector (mild-moderate), Left-Suboccipitals (mild-moderate), Left-Splenius-Cervicis (mild-moderate), Right-Suboccipitals (mild-moderate), Right-Splenius-Cervicis (moderate).
Tenderness: Left-Neck (mild-moderate), Right-Neck (moderate), Left-Shoulder (mild-moderate), Right-Shoulder (mild-moderate), Left-Lower-Back (mild), Right-Lower-Back (mild-moderate), Left-Thoracic-Spine (mild-moderate), Right-Thoracic-Spine (mild-moderate), Left-Cervical-Spine (mild-moderate), Right-Cervical-Spine (moderate).

**Assessment:**
Diagnoses: 1. Chronic tension-type headache, not intractable (G44.229), 2. Other spondylosis with radiculopathy, cervical region (M47.22), 3. Contracture of muscle, multiple sites (M62.49), 4. Segmental and somatic dysfunction of cervical region (M99.01), 5. Segmental and somatic dysfunction of thoracic region (M99.02) and 6. Segmental and somatic dysfunction of lumbar region (M99.03).
Patient is progressing as anticipated. Intensity is **un-changed** since the prior visit.

**Plan:**
**Continue with current plan.**
Based on subjective and objective data today's treatment consists of:
**CMT 1-2 Regions consisting of diversified technique was provided specifically to OCC; C1; C5; T1; T4; T7, to increase mobility/range of motion, restore normal joint function.**
Therapeutic Activities (Ea 15 Min) consisting of cervical active therapeutic movements, soft tissue mobilization, myofascial release was provided specifically to neck, upper back, right scapula, left scapula, left neck, right neck, head for 24 minutes (2 units), to break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

Nelson, Michelle DOB:

(Electronic Signature)
Provider Name: Jelinek, Ben DC
Date: 06/12/17 12:07:11 PM

10/04/2017 09:17 #019



# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 6/6/2017
Date Of Onset: 2/11/2016
Date Of Birth:
Provider: Curd, Travis DC
BranchName: Turner Chiropractic Inc

**Subjective:**

The patient presents with **a decrease** in frequency of pain. She now presents with frequency as **intermittent to frequent (up to between 50% and 75% of day)** and describes intensity as moderate that has **decreased** to **5** out of 10 from 6 out of 10 and is increased by time on computer, palpation, working, movement of area and is decreased by pain medication, treatment. She now presents with dull, aching, throbbing pain located in upper back, neck.

The patient presents with **a decrease** in intensity of headache. She now presents with frequency as intermittent (up to 50% of day) and describes intensity as **slight to moderate** that has **decreased** to **2** out of 10 from 3 out of 10.

**Second Complaint: low back, mid back**

**The patient presents with intermittent (up to 50% of day) dull, aching pain located in low back, mid back and describes intensity as slight to moderate rated at 2 out of 10.**

**Overall she is feeling** better **than** last week **still. Both the neck** and **head** pain **have been reduced. She** has also **been having increased dull ache and stiffness in her lower back since the weekend.**

Objective:

Spinal Fixation/Malposition/Palpatory findings: OCC; C1; C5; T1; T4; T7.

Hypertonicity: Left-Scalenus (**reduced** from moderate to **mild-moderate**), Right-Scalenus (**reduced** from moderate-severe to **moderate**), Right-Upper-Trapezius (moderate), Left-Thoracic-Erector (mild-moderate), Right-Thoracic-Erector (mild-moderate), Left-Suboccipitals (mild-moderate), Right-Suboccipitals (mild-moderate), Right-Splenius-Cervicis (moderate), , Left-Upper-Trapezius (**reduced** from moderate to **mild-moderate**), Left-Splenius-Cervicis (**reduced** from moderate to **mild-moderate**).

Tenderness: Left-Neck (mild-moderate), Right-Neck (moderate), Left-Shoulder (mild-moderate), Left-Thoracic-Spine (mild-moderate), Right-Thoracic-Spine (mild-moderate), Right-Cervical-Spine (moderate), , Right-Shoulder (**reduced** from moderate to **mild-moderate**), Left-Cervical-Spine (**reduced** from moderate to **mild-moderate**), **Left-Lower-Back (mild), Right-Lower-Back (mild-moderate)**.

Assessment:

Diagnoses: 1. Chronic tension-type headache, not intractable (G44.229), 2. Other spondylosis with radiculopathy, cervical region (M47.22), 3. Contracture of muscle, multiple sites (M62.49), 4. Segmental and somatic dysfunction of cervical region (M99.01), 5. Segmental and somatic dysfunction of thoracic region (M99.02) and **6. Segmental and somatic dysfunction of lumbar region (M99.03)**.

Patient **is showing slight improvement** since the prior visit, she is progressing as anticipated. Intensity is **slightly-decreased** since the prior visit.

Plan:

**Follow-up at end of week before** they leave **town** for vacation.

Based on subjective and objective data today's treatment consists of:

**CMT 3-4 Regions consisting of diversified technique was provided specifically to OCC; C1; C5; T1; T4; T7; T12; L5, to joint mobilization, decrease pain, restore normal joint function.**



From:

10/04/2017 09:18

Nelson, Michelle DOB:

Therapeutic Activities (Ea 15 Min) consisting of cervical active therapeutic movements, soft tissue mobilization, myofascial release was provided specifically to neck, upper back, right scapula, left scapula, left neck, right neck, head for 24 minutes (2 units), to break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 06/06/17 07:04:00 PM

10/04/2017 09:10

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 5/30/2017
Date Of Onset: 2/11/2016
Date Of Birth:
Provider: Curd, Travis DC
BranchName: Turner Chiropractic Inc

**Subjective:**

The patient presents with a **decrease** in frequency and intensity of pain. She now presents with frequency as **frequent (up to 75% of day)** and describes intensity as **moderate** that has **decreased** to **6** out of 10 from 8 out of 10 and is increased by time on computer, palpation, working, movement of area and is decreased by pain medication, treatment. She now presents with dull, aching, throbbing pain located in upper back, neck.

The patient presents with a **decrease** in frequency and intensity of headache. She now presents with frequency as **intermittent (up to 50% of day)** and describes intensity as **moderate** that has **decreased** to **3** out of 10 from 6 out of 10.

She **felt so much better after her visit last week and was also able to get an injection from her MD which complemented therapy very well. Neck** pain is **still prominent but not nearly** as **bad** and **restricted as last week. Headache has also** improved **substantially.**

**Objective:**

Spinal Fixation/Malposition/Palpatory findings: OCC; C1; C5; T1; T4; T7.

Hypertonicity: Left-Scalenus (moderate), , Right-Scalenus (**reduced** from severe to **moderate-severe**), Left-Upper-Trapezius (moderate), Left-Splenius-Cervicis (moderate), , Right-Upper-Trapezius (**reduced** from moderate-severe to **moderate**), Left-Thoracic-Erector (**reduced** from moderate to **mild-moderate**), Right-Thoracic-Erector (**reduced** from moderate to **mild-moderate**), Left-Suboccipitals (**reduced** from moderate-severe to **mild-moderate**), Right-Suboccipitals (**reduced** from moderate-severe to **mild-moderate**), Right-Splenius-Cervicis (**reduced** from severe to **moderate**).

Tenderness: Left-Neck (**reduced** from moderate to **mild-moderate**), Right-Neck (**reduced** from moderate-severe to **moderate**), Left-Shoulder (**reduced** from moderate to **mild-moderate**), Right-Shoulder (**reduced** from moderate-severe to **moderate**), Left-Thoracic-Spine (**reduced** from moderate to **mild-moderate**), Right-Thoracic-Spine (**reduced** from moderate to **mild-moderate**), Left-Cervical-Spine (**reduced** from moderate-severe to **moderate**), Right-Cervical-Spine (**reduced** from severe to **moderate**).

**Assessment:**

Diagnoses: 1. Chronic tension-type headache, not intractable (G44.229), 2. Other spondylosis with radiculopathy, cervical region (M47.22), 3. Contracture of muscle, multiple sites (M62.49), 4. Segmental and somatic dysfunction of cervical region (M99.01) and 5. Segmental and somatic dysfunction of thoracic region (M99.02).

Patient **is showing improvement** since the prior visit, she is progressing as anticipated. Intensity is **decreased** since the prior visit.

**Plan:**

**Continue with therapy** as needed **until she leaves** for **her summer vacation.**

Based on subjective and objective data today's treatment consists of:

CMT 1-2 Regions consisting of diversified technique was provided specifically to OCC; C1; C5; T1; T4; T7, to joint mobilization, decrease pain, restore normal joint function.

Therapeutic Activities (Ea 15 Min) consisting of cervical active therapeutic movements, soft tissue mobilization,



From:

10/04/2017 09:19 #519



myofascial release was provided specifically to neck, upper back, right scapula, left scapula, left neck, right neck, head for 24 minutes (2 units), to break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 05/30/17 07:51:00 PM

From:

10/04/2017 09:19



# Initial Exam

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 5/25/2017
Date Of Onset: 2/11/2016
Date Of Birth:
Provider: Curd, Travis DC
BranchName: Turner Chiropractic Inc

**History of Present Illness:**

The patient presents with frequent to constant (up to between 75% and 100% of day) dull, aching, throbbing pain located in neck, upper back and describes intensity as moderate to severe rated at 8 out of 10 which is increased by time on computer, palpation, working, movement of area and is decreased by pain medication, treatment.

The patient presents with frequent (up to 75% of day) headache in neck, upper back and describes intensity as moderate to severe rated at 6 out of 10.

Review Of Systems: EYES: Patient presents with glasses/contacts. MUSCULOSKELETAL: Patient presents with stiffness, muscle pain, stiff neck, back pain, neck injury. NEUROLOGICAL: Patient presents with headaches. Following are negative: ALLERGIC-IMMUNOLOGIC, CARDIOVASCULAR, CONSTITUTIONAL, EAR, NOSE, THROAT, ENDOCRINE, GASTRO-INTESTINAL, GENITOURINARY, HEMATOLOGY/LYMPH, PSYCHIATRIC, RESPIRATORY, SKIN, FEMALE, GENERAL.

She has really been struggling the past couple days with intense flare-up of neck pain bilaterally, maybe worse on the right. Pain is referring across the top of her shoulders and especially into the right upper arm. No tingling, numbness or weakness noted in the upper extremities. Pain is deep, achy, throbbing and overall really tight feeling. Also having pretty bad headache today along with it, and feels light sensitive. Tried taking her medication but it didn't really help at all. She is going to try to see either her neurologist and/or physiatrist later today but wanted to start coming in more regularly again as she gets a lot of relief and improved ROM with therapy here.

**Objective:**

Vitals:
Patient's height is 59 inches, weight is 121 lbs, $SpO_2$ - 97%.
Her demeanor is relaxed.
Her pulse rate is 107 BPM and relaxed.
Her respiratory rate is 14 breaths per minute.
BP seated, right arm 148/48 mmHg.
Exam findings:

Ortho/Neuro: Cervical Distraction Test is within normal limits bilaterally, Maximal Foraminal Compression Test is positive bilaterally, localized pain bilaterally. , Spinal Percussion Test-Cervical is within normal limits bilaterally, Shoulder Depression Test is within normal limits on left-side and is positive on right-side, referral into upper r arm., Valsalva's Maneuver-Cervical is within normal limits bilaterally, L'hermitte's Sign is within normal limits bilaterally, Adson's is within normal limits bilaterally

Reflexes: Biceps reflex is within normal limits bilaterally, Tricep reflex is within normal limits bilaterally, Brachioradialis reflex is within normal limits bilaterally, Patellar reflex is within normal limits bilaterally, Achilles reflex is within normal limits bilaterally

Range of Motion: Cervical ROM: Flexion is 35° (70% of normal), limited by: Pain, Spasm; Extension is 50° (83% of normal), limited by: Pain; Left Lateral Flexion is 25° (55% of normal), limited by: Pain, Spasm; Right Lateral Flexion is 35° (77% of normal), limited by: Pain, Spasm; Left Rotation is 60° (75% of normal), limited by: Pain, Spasm; Right Rotation is 40° (50% of normal), limited by: Pain, Spasm, Guarding. Thoracic ROM: Extension is 15°



From:

(60% of normal), limited by: Pain; Flexion is within normal limits; Left Rotation is within normal limits; Right Rotation is within normal limits. Lumbar ROM: Flexion is 50° (83% of normal), limited by: Spasm; Extension is 20° (80% of normal), limited by: Pain; Left Lateral Flexion is within normal limits; Right Lateral Flexion is within normal limits; Left Rotation is within normal limits; Right Rotation is within normal limits
Muscle Strength: Upper Extremity: Shoulder Abductors are within normal limits bilaterally , Shoulder Flexors are within normal limits bilaterally , Elbow Flexors are within normal limits bilaterally , Elbow Extensors are within normal limits bilaterally , Finger Flexors are within normal limits bilaterally , Finger Extensors are within normal limits bilaterally , Finger Abductors are within normal limits bilaterally
Dermatomes: unremarkable Left-Cervical, unremarkable Right-Cervical, unremarkable Left-Thoracic, unremarkable Right-Thoracic
Physical Examination Findings: General - within normal limits, Skin - within normal limits, Head - within normal limits, Ears - within normal limits, Nose - within normal limits, Oropharynx - within normal limits, Neck - within normal limits, Extremities - within normal limits, Gross musculoskeletal deformities - within normal limits
Spinal Fixation/Malposition/Palpatory findings: OCC; C1; C5; T1; T4; T7.
Hypertonicity is found in the following areas: Left-Scalenus (moderate), Right-Scalenus (severe), Left-Upper-Trapezius (moderate), Right-Upper-Trapezius (moderate-severe), Left-Thoracic-Erector (moderate), Right-Thoracic-Erector (moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Cervicis (moderate), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (severe).
Tenderness is found in the following areas: Left-Neck (moderate), Right-Neck (moderate-severe), Left-Shoulder (moderate), Right-Shoulder (moderate-severe), Left-Thoracic-Spine (moderate), Right-Thoracic-Spine (moderate), Left-Cervical-Spine (moderate-severe), Right-Cervical-Spine (severe)

**Assessment:**
Diagnoses: 1. Chronic tension-type headache, not intractable (G44.229), 2. Other spondylosis with radiculopathy, cervical region (M47.22), 3. Contracture of muscle, multiple sites (M62.49), 4. Segmental and somatic dysfunction of cervical region (M99.01) and 5. Segmental and somatic dysfunction of thoracic region (M99.02).

**Plan:**
The care plan for this patient will consist of 6-8 additional visits over the next 3-4 weeks as needed. Treatment rendered will include spinal manipulation, soft tissue release techniques, along with active and passive rehabilitation protocols. Treatment goals are to decrease and prevent scar tissue formation, decrease pain and spasms, increase pain free range of motion, and to mobilize areas of fixation.
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to OCC; C1; C5; T1; T4; T7, to joint mobilization, decrease pain, restore normal joint function.
Therapeutic Activities (Ea 15 Min) consisting of cervical active therapeutic movements, soft tissue mobilization, myofascial release was provided specifically to neck, upper back, right scapula, left scapula, left neck, right neck, head for 24 minutes (2 units), to break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 05/25/17 07:48:00 PM



10/04/2017 09:19
From:

10/04/2017 09:20

From:

*All new changes since the previous Note have been*

Turner Chiropractic Inc
4617 Austin Bluffs Parkway
Colorado Springs, CO 80918-2937
(719) 277-7325

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 5/10/2017
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: **Turner, Jeffrey DC**
BranchName: Turner Chiropractic Inc

**Subjective:**
The patient presents with intermittent (up to 50% of day) throbbing pain located in head and describes intensity as moderate that has held at 4 out of 10.
Second Complaint: upper back, neck
The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has held at 6 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.
The patient presents with stiffness located in upper back, neck that has held at 5 out of 10.
**About** the **same** as last **visit.**

**Objective:**
Spinal Fixation/Malposition/Palpatory findings: C2; C7; T1; T4; T7.
Hypertonicity: Left-Scalenus (moderate-severe), Right-Scalenus (moderate), Left-Levator-Scapulae (moderate-severe), Left-Upper-Trapezius (moderate-severe), Right-Levator-Scapulae (moderate), Right-Upper-Trapezius (moderate), Left-Thoracic-Erector (moderate), Right-Thoracic-Erector (moderate), Left-Suboccipitals (moderate), Left-Splenius-Cervicis (moderate-severe), Right-Suboccipitals (moderate), Right-Splenius-Cervicis (moderate).
Tenderness: Left-Scalenus (moderate-severe), Right-Scalenus (moderate), Left-Levator-Scapulae (moderate-severe), Left-Upper-Trapezius (moderate-severe), Right-Levator-Scapulae (moderate), Right-Upper-Trapezius (moderate), Left-Thoracic-Erector (mild-moderate), Right-Thoracic-Erector (mild-moderate), Left-Suboccipitals (moderate), Left-Splenius-Capitis (moderate-severe), Right-Suboccipitals (moderate), Right-Splenius-Capitis (moderate).

**Assessment:**
Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).
Patient is progressing as anticipated. Intensity is un-changed since the prior visit.

**Plan:**
Continue with treatment as needed.
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T1; T4; T7, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, upper back, shoulder for **28** minutes (**2** units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

Nelson, Michelle DOB:

(Electronic Signature)
Provider Name: Turner, Jeffrey DC
Date: 05/11/17 12:23:55 AM

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 4/27/2017
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: **Curd, Travis DC**
BranchName: Turner Chiropractic Inc

**Subjective:**

The patient presents with a **decrease** in intensity of pain. She now presents with frequency as intermittent (up to 50% of day) and describes intensity as **moderate** that has **decreased** to **4** out of 10 from 6 out of 10. She now presents with throbbing pain located in head.

Second Complaint: upper back, neck

The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has held at 6 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.

The patient presents with stiffness located in upper back, neck that has held at 5 out of 10.

**Headaches have been steadily building again, but primary complaint is the bilateral scalenes and especially the left trap region down into the top of the shoulder and arm, as well as up into the back of her head.** She had a massage **yesterday which** helped, but she **really gets a lot of benefit from therapy, albeit temporary,** here.

**Objective:**

Spinal Fixation/Malposition/Palpatory findings: C2; C7; T1; T4; T7.

Hypertonicity: Left-Scalenus (moderate-severe), , Right-Scalenus (**reduced** from moderate-severe to **moderate**), Left-Levator-Scapulae (moderate-severe), Right-Levator-Scapulae (moderate), Right-Upper-Trapezius (moderate), Left-Thoracic-Erector (moderate), Left-Splenius-Cervicis (moderate-severe), Right-Splenius-Cervicis (moderate), , Left-Upper-Trapezius (**increased** from moderate to **moderate-severe**), Right-Thoracic-Erector (**reduced** from moderate-severe to **moderate**), Left-Suboccipitals (**reduced** from moderate-severe to **moderate**), Right-Suboccipitals (**reduced** from moderate-severe to **moderate**).

Tenderness: Left-Scalenus (moderate-severe), Right-Scalenus (moderate), Left-Levator-Scapulae (moderate-severe), Left-Upper-Trapezius (moderate-severe), Right-Levator-Scapulae (moderate), Right-Upper-Trapezius (moderate), Left-Thoracic-Erector (mild-moderate), Right-Thoracic-Erector (mild-moderate), Left-Splenius-Capitis (moderate-severe), Right-Splenius-Capitis (moderate), , Left-Suboccipitals (**reduced** from moderate-severe to **moderate**), Right-Suboccipitals (**reduced** from moderate-severe to **moderate**).

**Assessment:**

Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).

Patient is progressing as anticipated. Intensity is **un-changed** since the prior visit.

**Plan:**

Continue with treatment as needed.

Based on subjective and objective data today's treatment consists of:

CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T1; T4; T7, to increase mobility/range of motion, decrease pain, correct body mechanics.

Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, upper

Nelson, Michelle DOB:

back, shoulder for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 04/27/17 11:10:56 AM

10/04/2017 09:29

From:

Nelson, Michelle DOB:

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 4/6/2017
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: **Jelinek, Ben DC**
BranchName: Turner Chiropractic Inc

**Subjective:**

The patient presents with intermittent (up to 50% of day) throbbing pain located in head and describes intensity as moderate to severe that has **decreased** to 6 out of 10 from 7 out of 10.
Second Complaint: upper back, neck
The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has **increased** to 6 out of 10 from 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.
The patient presents with stiffness located in upper back, neck that has held at 5 out of 10.
**Patient had some relief after last appointment that has increased again over the past week or so.** She had a massage earlier today **that helped** a little **bit but she still feels like something needs to be "released"** to make her **upper back** and neck feel **less stiff** and **sore.**

**Objective:**

Spinal Fixation/Malposition/Palpatory findings: C2; C7; T1; T4; T7.
Hypertonicity: Left-Scalenus (**reduced** from severe to **moderate-severe**), Right-Scalenus (**increased** from moderate to **moderate-severe**), Left-Levator-Scapulae (moderate-severe), Right-Levator-Scapulae (moderate), Right-Upper-Trapezius (moderate), Left-Thoracic-Erector (moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Cervicis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate), , Left-Upper-Trapezius (**reduced** from moderate-severe to **moderate**), Right-Thoracic-Erector (**increased** from moderate to **moderate-severe**).
Tenderness: Left-Scalenus (moderate-severe), Right-Scalenus (moderate), Left-Levator-Scapulae (moderate-severe), Left-Upper-Trapezius (moderate-severe), Right-Levator-Scapulae (moderate), Right-Upper-Trapezius (moderate), Left-Thoracic-Erector (mild-moderate), Right-Thoracic-Erector (mild-moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Capitis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Capitis (moderate).

**Assessment:**

Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).
Patient **condition is slightly regressed as per subjective and objective findings** since the prior visit, she is progressing as anticipated. Intensity is **slightly-increased** since the prior visit.

**Plan:**

Continue with treatment as needed.
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to T1; T4; T7; **C2**; **C7**, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, upper back, shoulder for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce

Nelson, Michelle DOB:

muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Jelinek, Ben DC
Date: 04/07/17 08:16:01 AM

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 3/22/2017
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: **Curd, Travis DC**
BranchName: Turner Chiropractic Inc

**Subjective:**

The patient presents with **an increase** in intensity of pain. She now presents with frequency as intermittent (up to 50% of day) and describes intensity as **moderate to severe** that has **increased to 7** out of 10 from 5 out of 10. She now presents with throbbing pain located in head.

Second Complaint: upper back, neck

The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has held at 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.

The patient presents with stiffness located in upper back, neck that has held at 5 out of 10.

**She is having a really bad headache today, having felt really good just as recently as 2 days ago which really frustrates her. Her neck feels really tight and achy as well. Going to see her MD later hopefully to get some meds.**

**Objective:**

Spinal Fixation/Malposition/Palpatory findings: C2; C7; T1; T4; T7.

Hypertonicity: Right-Scalenus (moderate), , Left-Scalenus (**increased** from moderate-severe to **severe**), Left-Levator-Scapulae (moderate-severe), Left-Upper-Trapezius (moderate-severe), Right-Levator-Scapulae (moderate), Right-Upper-Trapezius (moderate), Left-Thoracic-Erector (moderate), Right-Thoracic-Erector (moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Cervicis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate).

Tenderness: Left-Scalenus (moderate-severe), Right-Scalenus (moderate), Left-Levator-Scapulae (moderate-severe), Left-Upper-Trapezius (moderate-severe), Right-Levator-Scapulae (moderate), Right-Upper-Trapezius (moderate), Left-Thoracic-Erector (mild-moderate), Right-Thoracic-Erector (mild-moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Capitis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Capitis (moderate).

**Assessment:**

Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).

Patient **condition is regressed as per subjective and objective findings** since the prior visit, she is progressing as anticipated. Intensity is **increased** since the prior visit.

**Plan:**

**She said she felt a huge relief after therapy, and that she always feels better afterwards for which she is grateful**. Continue with treatment as needed.

Based on subjective and objective data today's treatment consists of:

CMT 1-2 Regions consisting of diversified technique was provided specifically to T1; T4; T7, to increase mobility/range of motion, decrease pain, correct body mechanics.

Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, upper

back, shoulder for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 03/22/17 09:27:00 PM

10/04/2017 09:2?

From:

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 3/17/2017
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: **Jelinek, Ben DC**
BranchName: Turner Chiropractic Inc

**Subjective:**

The patient presents with intermittent (up to 50% of day) throbbing pain located in head and describes intensity as moderate that has held at 5 out of 10.

Second Complaint: upper back, neck

The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has held at 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.

The patient presents with stiffness located in upper back, neck that has held at 5 out of 10.

**Pain** remains in her neck and upper back. **She can feel a pulling from the back of the right side of** her head **into** the **front of her chest and down** the **back near** her **scapula**.

**Objective:**

Spinal Fixation/Malposition/Palpatory findings: C2; C7; T1; T4; T7.

Hypertonicity: Left-Scalenus (moderate-severe), Right-Scalenus (moderate), Left-Levator-Scapulae (moderate-severe), Left-Upper-Trapezius (moderate-severe), Right-Levator-Scapulae (moderate), Right-Upper-Trapezius (moderate), Left-Thoracic-Erector (moderate), Right-Thoracic-Erector (moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Cervicis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate).

Tenderness: Left-Scalenus (moderate-severe), Right-Scalenus (moderate), Left-Levator-Scapulae (moderate-severe), Left-Upper-Trapezius (moderate-severe), Right-Levator-Scapulae (moderate), Right-Upper-Trapezius (moderate), Left-Thoracic-Erector (mild-moderate), Right-Thoracic-Erector (mild-moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Capitis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Capitis (moderate).

**Assessment:**

Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).

Patient is progressing as anticipated. Intensity is un-changed since the prior visit.

**Plan:**

Continue with treatment as needed.

Based on subjective and objective data today's treatment consists of:

CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T1; T4; T7, to increase mobility/range of motion, decrease pain, correct body mechanics.

Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, upper back, shoulder for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.

Patient received care without incident.

Nelson, Michelle DOB:

(Electronic Signature)
Provider Name: Jelinek, Ben DC
Date: 03/17/17 03:06:09 PM

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 3/1/2017
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Curd, Travis DC
BranchName: Turner Chiropractic Inc

**Subjective:**

The patient presents with intermittent (up to 50% of day) throbbing pain located in head and describes intensity as moderate that has held at 5 out of 10.
Second Complaint: upper back, neck
The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has held at 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.
The patient presents with stiffness located in upper back, neck that has held at 5 out of 10.
She **had a ton of relief after her last visit and also had a massage which helped alleviate things. But within a couple days** her neck and upper back **regressed and her headaches have resumed. She says the neck feels super "knotted up"** especially on the **left and she has episodes** of **pain into** her **shoulders and upper arms sometimes. Her MD is ordering a CT scan soon.**

**Objective:**

Spinal Fixation/Malposition/Palpatory findings: C2; C7; T1; T4; T7.
Hypertonicity: Right-Scalenus (moderate), , Left-Scalenus (**increased** from moderate to **moderate-severe**), Right-Levator-Scapulae (moderate), Right-Upper-Trapezius (moderate), Left-Thoracic-Erector (moderate), Right-Thoracic-Erector (moderate), Left-Splenius-Cervicis (moderate-severe), , Left-Levator-Scapulae (**increased** from moderate to **moderate-severe**), Left-Upper-Trapezius (**increased** from moderate to **moderate-severe**), Left-Suboccipitals (**reduced** from severe to **moderate-severe**), Right-Suboccipitals (**reduced** from severe to **moderate-severe**), Right-Splenius-Cervicis (**reduced** from moderate-severe to **moderate**).
Tenderness: Right-Scalenus (moderate), , Left-Scalenus (**increased** from moderate to **moderate-severe**), Right-Levator-Scapulae (moderate), Right-Upper-Trapezius (moderate), Left-Thoracic-Erector (mild-moderate), Right-Thoracic-Erector (mild-moderate), Left-Splenius-Capitis (moderate-severe), , Left-Levator-Scapulae (**increased** from moderate to **moderate-severe**), Left-Suboccipitals (**reduced** from severe to **moderate-severe**), Right-Suboccipitals (**reduced** from severe to **moderate-severe**), Right-Splenius-Capitis (**reduced** from moderate-severe to **moderate**), **Left-Upper-Trapezius (moderate-severe)**.

**Assessment:**

Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).
Patient is progressing as anticipated. Intensity is **un-changed** since the prior visit.

**Plan:**

**Continue with treatment** as needed.
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T1; T4; T7, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, upper

10/04/2017 09:27

Nelson, Michelle DOB:

back, shoulder for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 03/01/17 06:57:00 PM

From:

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 2/24/2017
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Curd, Travis DC
BranchName: Turner Chiropractic Inc

**Subjective:**
The patient presents with intermittent (up to 50% of day) throbbing pain located in head and describes intensity as moderate that has held at 5 out of 10.
Second Complaint: left arm, left shoulder
The patient presents with intermittent (up to 50% of day) dull, aching, radiating, throbbing pain located in left arm, left shoulder and describes intensity as moderate that has held at 2 out of 10 that radiates to (anterior) left-jaw, left-neck, left-shoulder.
Third Complaint: upper back, neck
The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has **increased** to 5 out of 10 from 3 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.
The patient presents with stiffness located in upper back, neck that has held at 5 out of 10.
Fourth Complaint: right shoulder
The patient presents with constant (up to 100% of day) aching, stabbing pain located in right shoulder and describes intensity as moderate to severe that has **decreased** to **2** out of 10 from 3 out of 10 and is increased by lifting, movement of area.
She **is having increased** pain in her neck and upper back **once again that is especially causing her** a **lot of headaches. She recently had botox injections in** the **base** of her **skull which have helped the headaches a little bit but not entirely**.

**Objective:**
Spinal Fixation/Malposition/Palpatory findings: C2; C7; T1; T4; T7.
Hypertonicity: Left-Scalenus (moderate), Right-Scalenus (moderate), Left-Levator-Scapulae (moderate), Left-Upper-Trapezius (moderate), Right-Levator-Scapulae (moderate), Left-Thoracic-Erector (moderate), Right-Thoracic-Erector (moderate), , Right-Upper-Trapezius (**reduced** from moderate-severe to **moderate**), Left-Suboccipitals (**increased** from moderate-severe to **severe**), Left-Splenius-Cervicis (**increased** from moderate to **moderate-severe**), Right-Suboccipitals (**increased** from moderate-severe to **severe**), Right-Splenius-Cervicis (**increased** from moderate to **moderate-severe**).
Tenderness: Left-Scalenus (moderate), Right-Scalenus (moderate), Left-Levator-Scapulae (moderate), Right-Levator-Scapulae (moderate), Left-Thoracic-Erector (mild-moderate), Right-Thoracic-Erector (mild-moderate), , Right-Upper-Trapezius (**reduced** from moderate-severe to **moderate**), Left-Suboccipitals (**increased** from moderate-severe to **severe**), Left-Splenius-Capitis (**increased** from moderate to **moderate-severe**), Right-Suboccipitals (**increased** from moderate-severe to **severe**), Right-Splenius-Capitis (**increased** from moderate to **moderate-severe**).

**Assessment:**
Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).
Patient **condition is slightly regressed as per subjective and objective findings** since the prior visit, she is

progressing as anticipated. Intensity is **slightly-increased** since the prior visit.

Plan:
**Follow-up next week if needed.**
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T1; T4; T7, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, upper back, shoulder for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 02/24/17 08:47:00 PM

10/04/2017 09:20

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 1/6/2017
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Curd, Travis DC
BranchName: Turner Chiropractic Inc

**Subjective:**

The patient presents with intermittent (up to 50% of day) throbbing pain located in head and describes intensity as moderate that has **increased** to **5** out of 10 from 2 out of 10.

Second Complaint: left arm, left shoulder

The patient presents with intermittent (up to 50% of day) dull, aching, radiating, throbbing pain located in left arm, left shoulder and describes intensity as moderate that has **decreased** to **2** out of 10 from 3 out of 10 that radiates to (anterior) left-jaw, left-neck, left-shoulder.

Third Complaint: upper back, neck

The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has **decreased** to **3** out of 10 from 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.

The patient presents with stiffness located in upper back, neck that has held at 5 out of 10.

Fourth Complaint: right shoulder

The patient presents with constant (up to 100% of day) aching, stabbing pain located in right shoulder and describes intensity as moderate to severe that has **decreased** to **3** out of 10 from 5 out of 10 and is increased by lifting, movement of area.

**She just had a massage so currently her pain levels are much diminished but has still been struggling with a lot of ache and stiffness throughout the neck and upper back. Mainly today she has had a headache that she cannot get rid of and is her primary complaint.**

**Objective:**

Spinal Fixation/Malposition/Palpatory findings: C2; C7; T1; T4; T7.

Hypertonicity: Left-Scalenus (moderate), Right-Scalenus (moderate), Right-Levator-Scapulae (moderate), Left-Splenius-Cervicis (moderate), Right-Splenius-Cervicis (moderate), , Left-Levator-Scapulae (**increased** from mild-moderate to **moderate**), Left-Upper-Trapezius (**increased** from mild-moderate to **moderate**), Right-Upper-Trapezius (**increased** from moderate to **moderate-severe**), Left-Suboccipitals (**increased** from mild-moderate to **moderate-severe**), Right-Suboccipitals (**increased** from mild-moderate to **moderate-severe**), **Left-Thoracic-Erector (moderate)**, **Right-Thoracic-Erector (moderate)**.

Tenderness: Left-Scalenus (moderate), Right-Scalenus (moderate), Left-Levator-Scapulae (moderate), Right-Levator-Scapulae (moderate), Left-Splenius-Capitis (moderate), Right-Splenius-Capitis (moderate), , Right-Upper-Trapezius (**increased** from moderate to **moderate-severe**), Left-Suboccipitals (**increased** from mild-moderate to **moderate-severe**), Right-Suboccipitals (**increased** from mild-moderate to **moderate-severe**), **Left-Thoracic-Erector (mild-moderate)**, **Right-Thoracic-Erector (mild-moderate)**.

**Assessment:**

Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).

Patient is progressing as anticipated. Intensity is **un-changed** since the prior visit.

**Plan**:
**PRN.**
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T1; T4; T7, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, upper back, shoulder for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 01/06/17 07:00:00 PM

Turner Chiropractic Inc
4617 Austin Bluffs Parkway
Colorado Springs, CO 80918-2937
(719) 277-7325

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 12/30/2016
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Curd, Travis DC
BranchName: Turner Chiropractic Inc

**Subjective**:
The patient presents with intermittent (up to 50% of day) throbbing pain located in head and describes intensity as moderate that has held at 2 out of 10.
Second Complaint: left arm, left shoulder
The patient presents with intermittent (up to 50% of day) dull, aching, radiating, throbbing pain located in left arm, left shoulder and describes intensity as moderate that has held at 3 out of 10 that radiates to (anterior) left-jaw, left-neck, left-shoulder.
Third Complaint: upper back, neck
The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has increased to 5 out of 10 from 3 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.
The patient presents with stiffness located in upper back, neck that has held at 5 out of 10.
Fourth Complaint: right shoulder
The patient presents with constant (up to 100% of day) aching, stabbing pain located in right shoulder and describes intensity as moderate to severe that has held at 5 out of 10 and is increased by lifting, movement of area.
Overall she held up well over her trip and just recently has she started to have increased ache and tension in the neck and shoulders with the right side still being worse when aggravated.

**Objective**:
Spinal Fixation/Malposition/Palpatory findings: C2; C7; T1; T4; T7.
Hypertonicity Right-Scalenus (moderate), Left-Scalenus (increased from mild-moderate to moderate)Left-Levator-Scapulae (mild-moderate), Left-Upper-Trapezius (mild-moderate), Right-Levator-Scapulae (moderate), Right-Upper-Trapezius (moderate), Left-Thoracic-Rhomboids (mild), Right-Thoracic-Rhomboids (mild-moderate), Left-Suboccipitals (mild-moderate), Right-Suboccipitals (mild-moderate), Right-Splenius-Cervicis (moderate), Left-Splenius-Cervicis (increased from mild-moderate to moderate).
TendernessLeft-Scalenus (moderate), Right-Scalenus (moderate)Left-Levator-Scapulae (moderate), Right-Levator-Scapulae (moderate), Right-Upper-Trapezius (moderate), Left-Thoracic-Rhomboids (moderate), Right-Thoracic-Rhomboids (moderate), Left-Suboccipitals (mild-moderate), Right-Suboccipitals (mild-moderate), Right-Splenius-Capitis (moderate), Left-Splenius-Capitis (increased from mild-moderate to moderate).

**Assessment**:
Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).
Patient condition is slightly regressed as per subjective and objective findings since the prior visit, she is progressing as anticipated. Intensity is slightly-increased since the prior visit.

**Plan**:
Weekly visits for the next 2 weeks if needed.

Nelson, Michelle DOB:

Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T1; T4; T7, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, upper back, shoulder for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 12/30/16 07:00:00 PM

Nelson, Michelle DOB:

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 12/12/2016
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Curd, Travis DC
BranchName: Turner Chiropractic Inc

**Subjective:**

The patient presents with a decrease in frequency of pain. She now presents with frequency as intermittent (up to 50% of day) and describes intensity as moderate that has decreased to 2 out of 10 from 5 out of 10. She now presents with throbbing pain located in head.

Second Complaint: left arm, left shoulder

The patient presents with a decrease in frequency and intensity of pain. She now presents with frequency as intermittent (up to 50% of day) and describes intensity as moderate that has held at 3 out of 10. She now presents with dull, aching, radiating, throbbing pain located in left arm, left shoulder that radiates to (anterior) left-jaw, left-neck, left-shoulder.

Third Complaint: upper back, neck

The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has decreased to 3 out of 10 from 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.

The patient presents with stiffness located in upper back, neck that has decreased to 5 out of 10 from 7 out of 10.

Fourth Complaint: right shoulder

The patient presents with constant (up to 100% of day) aching, stabbing pain located in right shoulder and describes intensity as moderate to severe that has held at 5 out of 10 and is increased by lifting, movement of area.

She has felt sustained relief from therapy last week and primary complaint is the right side of the neck out into the trap and shoulder. Leaving for Mexico for Christmas holidays soon and is hopeful that she'll maintain relief as she typically feels better while she is down there.

**Objective:**

Spinal Fixation/Malposition/Palpatory findings: C2; C7; T1, T4; T7.

Hypertonicity Left-Scalenus (reduced from moderate to mild-moderate), Right-Scalenus (reduced from moderate-severe to moderate)Right-Levator-Scapulae (moderate), Right-Upper-Trapezius (moderate), Right-Thoracic-Rhomboids (mild-moderate), Left-Levator-Scapulae (reduced from moderate to mild-moderate), Left-Upper-Trapezius (reduced from moderate to mild-moderate), Left-Thoracic-Rhomboids (reduced from mild-moderate to mild), Left-Suboccipitals (reduced from moderate-severe to mild-moderate), Left-Splenius-Cervicis (reduced from moderate-severe to mild-moderate), Right-Suboccipitals (reduced from moderate-severe to mild-moderate), Right-Splenius-Cervicis (reduced from moderate-severe to moderate)Left-Shoulder, Left-Deltoid.

TendernessLeft-Scalenus (moderate), Right-Scalenus (moderate)Left-Levator-Scapulae (moderate), Right-Levator-Scapulae (moderate), Right-Upper-Trapezius (moderate), Left-Thoracic-Rhomboids (moderate), Right-Thoracic-Rhomboids (moderate), Left-Suboccipitals (reduced from moderate-severe to mild-moderate), Left-Splenius-Capitis (reduced from moderate-severe to mild-moderate), Right-Suboccipitals (reduced from moderate-severe to mild-moderate), Right-Splenius-Capitis (reduced from moderate-severe to moderate).

**Assessment:**

Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).

10/04/2017 09:30 #019

Nelson, Michelle DOB:

Patient is showing improvement since the prior visit, she is progressing as anticipated. Intensity is decreased since the prior visit.

**Plan**:
Follow-up if needed upon return from vacation.
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T1; T4; T7, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, upper back, shoulder for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 12/12/16 07:00:00 PM

From:

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 12/12/2016
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Curd, Travis DC
BranchName: Turner Chiropractic Inc

**Subjective:**

The patient presents with a **decrease** in frequency of pain. She now presents with frequency as **intermittent (up to 50% of day)** and describes intensity as moderate that has **decreased** to 2 out of 10 from 5 out of 10. She now presents with throbbing pain located in head.

Second Complaint: left arm, left shoulder

The patient presents with a **decrease** in frequency and intensity of pain. She now presents with frequency as **intermittent (up to 50% of day)** and describes intensity as **moderate** that has held at 3 out of 10. She now presents with dull, aching, radiating, throbbing pain located in left arm, left shoulder that radiates to (anterior) left-jaw, left-neck, left-shoulder.

Third Complaint: upper back, neck

The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has **decreased to 3** out of 10 from 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.

The patient presents with stiffness located in upper back, neck that has **decreased** to 5 out of 10 from 7 out of 10.

Fourth Complaint: right shoulder

The patient presents with constant (up to 100% of day) aching, stabbing pain located in right shoulder and describes intensity as moderate to severe that has held at 5 out of 10 and is increased by lifting, movement of area.

**She has felt sustained relief from therapy** last week and primary complaint **is** the **right side of** the neck **out into the trap** and **shoulder. Leaving for Mexico for Christmas holidays soon and is hopeful that she'll** maintain relief **as she typically feels better while she is down there.**

**Objective:**

Spinal Fixation/Malposition/Palpatory findings: C2; C7; T1; T4; T7.

Hypertonicity: Left-Scalenus (**reduced** from moderate to **mild-moderate**), Right-Scalenus (**reduced** from moderate-severe to **moderate**), Right-Levator-Scapulae (moderate), Right-Upper-Trapezius (moderate), Right-Thoracic-Rhomboids (mild-moderate), , Left-Levator-Scapulae (**reduced** from moderate to **mild-moderate**), Left-Upper-Trapezius (**reduced** from moderate to **mild-moderate**), Left-Thoracic-Rhomboids (**reduced** from mild-moderate to **mild**), Left-Suboccipitals (**reduced** from moderate-severe to **mild-moderate**), Left-Splenius-Cervicis (**reduced** from moderate-severe to **mild-moderate**), Right-Suboccipitals (**reduced** from moderate-severe to **mild-moderate**), Right-Splenius-Cervicis (**reduced** from moderate-severe to **moderate**).

Tenderness: Left-Scalenus (moderate), Right-Scalenus (moderate), Left-Levator-Scapulae (moderate), Right-Levator-Scapulae (moderate), Right-Upper-Trapezius (moderate), Left-Thoracic-Rhomboids (moderate), Right-Thoracic-Rhomboids (moderate), , Left-Suboccipitals (**reduced** from moderate-severe to **mild-moderate**), Left-Splenius-Capitis (**reduced** from moderate-severe to **mild-moderate**), Right-Suboccipitals (**reduced** from moderate-severe to **mild-moderate**), Right-Splenius-Capitis (**reduced** from moderate-severe to **moderate**).

**Assessment:**

Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512),

Nelson, Michelle DOB:

3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).
Patient **is showing improvement** since the prior visit, she is progressing as anticipated. Intensity is **decreased** since the prior visit.

<u>Plan</u>:
Follow-up **if needed upon return from** vacation.
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T1; T4; T7, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, upper back, shoulder for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 12/12/16 07:00:00 PM

Nelson, Michelle DOB:

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 12/6/2016
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Curd, Travis DC
BranchName: Turner Chiropractic Inc

**Subjective:**

The patient presents with intermittent to frequent (up to between 50% and 75% of day) throbbing pain located in head and describes intensity as moderate that has increased to 5 out of 10 from 3 out of 10.

Second Complaint: left arm, left shoulder

The patient presents with frequent to constant (up to between 75% and 100% of day) dull, aching, radiating, throbbing pain located in left arm, left shoulder and describes intensity as moderate to severe that has held at 3 out of 10 that radiates to (anterior) left-jaw, left-neck, left-shoulder.

Third Complaint: upper back, neck

The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has held at 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.

The patient presents with stiffness located in upper back, neck that has held at 7 out of 10.

Fourth Complaint: right shoulder

The patient presents with constant (up to 100% of day) aching, stabbing pain located in right shoulder and describes intensity as moderate to severe that has decreased to 5 out of 10 from 7 out of 10 and is increased by lifting, movement of area.

Shoulder pain remains around a 5/10. Headaches have been really flared up the last week or so and are primary complaint along with the usual ache and stiffness throughout the neck and upper back. She's had difficulty seeing her normal massage therapist so is having a hard time maintaining relief of HAs and neck pain.

**Objective:**

Spinal Fixation/Malposition/Palpatory findings: T1; T7. C2; C7; T4.

Hypertonicity Right-Scalenus (moderate-severe), Left-Deltoid (mild), Left-Scalenus (reduced from moderate-severe to moderate)Left-Levator-Scapulae (moderate), Left-Upper-Trapezius (moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Cervicis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate-severe), Right-Levator-Scapulae (reduced from moderate-severe to moderate), Right-Upper-Trapezius (reduced from moderate-severe to moderate), Left-Thoracic-Rhomboids (reduced from moderate to mild-moderate), Right-Thoracic-Rhomboids (reduced from moderate to mild-moderate).

Trigger points have been alleviated from these following areas: Right-Levator-Scapulae (moderate-severe), Right-Upper-Trapezius (moderate-severe).

TendernessLeft-Scalenus (moderate), Right-Scalenus (moderate)Left-Levator-Scapulae (moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Capitis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Capitis (moderate-severe), Right-Levator-Scapulae (reduced from moderate-severe to moderate), Right-Upper-Trapezius (reduced from moderate-severe to moderate), Left-Thoracic-Rhomboids (reduced from moderate-severe to moderate), Right-Thoracic-Rhomboids (reduced from moderate-severe to moderate)Left-PectoralisMajor.

**Assessment:**

Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).



From:

Nelson, Michelle DOB /

Patient condition is slightly regressed as per subjective and objective findings since the prior visit, she is progressing as anticipated. Intensity is slightly-increased since the prior visit.

Plan:
Follow-up once next week before she leaves for vacation.
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T1; T4; T7, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, upper back, shoulder for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 12/06/16 07:00:00 PM

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 11/23/2016
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Turner, Jeffrey DC
BranchName: Turner Chiropractic Inc

**Subjective:**

The patient presents with intermittent to frequent (up to between 50% and 75% of day) throbbing pain located in head and describes intensity as moderate that has decreased to 3 out of 10 from 5 out of 10.
Second Complaint: left arm, left shoulder
The patient presents with frequent to constant (up to between 75% and 100% of day) dull, aching, radiating, throbbing pain located in left arm, left shoulder and describes intensity as moderate to severe that has held at 3 out of 10 that radiates to (anterior) left-jaw, left-neck, left-shoulder.
Third Complaint: upper back, neck
The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has held at 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.
The patient presents with stiffness located in upper back, neck that has held at 7 out of 10.
Fourth Complaint: right shoulder
The patient presents with constant (up to 100% of day) aching, stabbing pain located in right shoulder and describes intensity as moderate to severe that has held at 7 out of 10 and is increased by lifting, movement of area.
A little better than before.

**Objective:**

Spinal Fixation/Malposition/Palpatory findings: C2; C7; T4.
Hypertonicity Left-Scalenus (moderate-severe), Right-Scalenus (moderate-severe), Left-Deltoid (mild)Left-Levator-Scapulae (moderate), Left-Upper-Trapezius (moderate), Right-Levator-Scapulae (moderate-severe), Right-Upper-Trapezius (moderate-severe), Left-Thoracic-Rhomboids (moderate), Right-Thoracic-Rhomboids (moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Cervicis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate-severe).
Trigger PointsRight-Levator-Scapulae (moderate-severe), Right-Upper-Trapezius (moderate-severe).
TendernessLeft-Scalenus (moderate), Right-Scalenus (moderate), Left-Pectoralis Major (mild-moderate)Left-Levator-Scapulae (moderate), Right-Levator-Scapulae (moderate-severe), Right-Upper-Trapezius (moderate-severe), Left-Thoracic-Rhomboids (moderate-severe), Right-Thoracic-Rhomboids (moderate-severe), Left-Suboccipitals (moderate-severe), Left-Splenius-Capitis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Capitis (moderate-severe).

**Assessment:**

Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).
Patient is progressing as anticipated. Intensity is un-changed since the prior visit.

**Plan:**

Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T4, to increase

mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, upper back, shoulder for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Turner, Jeffrey DC
Date: 12/13/16 04:52:04 PM

Nelson, Michelle DOB:

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 11/17/2016
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Curd, Travis DC
BranchName: Turner Chiropractic Inc

**Subjective**:

The patient presents with intermittent to frequent (up to between 50% and 75% of day) throbbing pain located in head and describes intensity as moderate that has held at 3 out of 10.

Second Complaint: left arm, left shoulder

The patient presents with frequent to constant (up to between 75% and 100% of day) dull, aching, radiating, throbbing pain located in left arm, left shoulder and describes intensity as moderate to severe that has held at 3 out of 10 that radiates to (anterior) left-jaw, left-neck, left-shoulder.

Third Complaint: upper back, neck

The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has held at 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.

The patient presents with stiffness located in upper back, neck that has held at 7 out of 10.

Fourth Complaint: right shoulder

The patient presents with constant (up to 100% of day) aching, stabbing pain located in right shoulder and describes intensity as moderate to severe that has decreased to 5 out of 10 from 7 out of 10 and is increased by lifting, movement of area.

Right shoulder pain is better than her visit a couple weeks ago but she still experiences times when the neck and shoulders just throb constantly with intense ache out into the shoulder. Headaches are about the same as they have been without any bad flareups.

**Objective**:

Spinal Fixation/Malposition/Palpatory findings: T1; T7. C2; C7; T4.

Hypertonicity Left-Deltoid (mild), Left-Scalenus (reduced from moderate-severe to moderate), Right-Scalenus (reduced from moderate-severe to moderate)Left-Levator-Scapulae (moderate), Left-Upper-Trapezius (moderate), Right-Levator-Scapulae (reduced from moderate-severe to moderate), Right-Upper-Trapezius (reduced from moderate-severe to moderate), Left-Thoracic-Rhomboids (reduced from moderate to mild-moderate), Right-Thoracic-Rhomboids (reduced from moderate to mild-moderate), Left-Suboccipitals (reduced from moderate-severe to mild-moderate), Left-Splenius-Cervicis (reduced from moderate-severe to moderate), Right-Suboccipitals (reduced from moderate-severe to mild-moderate), Right-Splenius-Cervicis (reduced from moderate-severe to moderate).

Trigger points have been alleviated from these following areas: Right-Levator-Scapulae (moderate-severe), Right-Upper-Trapezius (moderate-severe).

TendernessLeft-Scalenus (moderate), Right-Scalenus (moderate), Left-PectoralisMajor (reduced from mild-moderate to mild)Left-Levator-Scapulae (moderate), Right-Levator-Scapulae (reduced from moderate-severe to moderate), Right-Upper-Trapezius (reduced from moderate-severe to moderate), Left-Thoracic-Rhomboids (reduced from moderate-severe to moderate), Right-Thoracic-Rhomboids (reduced from moderate-severe to moderate), Left-Suboccipitals (reduced from moderate-severe to mild-moderate), Left-Splenius-Capitis (reduced from moderate-severe to moderate), Right-Suboccipitals (reduced from moderate-severe to mild-moderate), Right-Splenius-Capitis (reduced from moderate-severe to moderate).

**Assessment**:

Nelson, Michelle DOB:

Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).
Patient is progressing as anticipated. Intensity is un-changed since the prior visit.

**Plan**:
No HVLA used in cervical spine. Recommended weekly visits for the next few weeks to try to provide some sustained relief without such large gaps in care.
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T1; T4; T7, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, upper back, shoulder for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 11/17/16 07:00:00 PM

Nelson, Michelle DOB:

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 11/3/2016
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Curd, Travis DC
BranchName: Turner Chiropractic Inc

**Subjective**:

The patient presents with a decrease in frequency of pain. She now presents with frequency as intermittent (up to 50% of day) and describes intensity as moderate that has decreased to 2 out of 10 from 3 out of 10. She now presents with throbbing pain located in head.

Second Complaint: left arm, left shoulder

The patient presents with frequent to constant (up to between 75% and 100% of day) dull, aching, radiating, throbbing pain located in left arm, left shoulder and describes intensity as moderate to severe that has held at 3 out of 10 that radiates to (anterior) left-jaw, left-neck, left-shoulder.

Third Complaint: upper back, neck

The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has held at 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.

The patient presents with stiffness located in upper back, neck that has held at 7 out of 10.

Fourth Complaint: right shoulder

The patient presents with constant (up to 100% of day) aching, stabbing pain located in right shoulder and describes intensity as moderate to severe that has held at 7 out of 10 and is increased by lifting, movement of area.

Headaches have remained improved but the pain referring into the right shoulder is starting to flare up again and bothers her a lot.

**Objective**:

Spinal Fixation/Malposition/Palpatory findings: T1; T7. C2; C7; T4.

Hypertonicity Right-Scalenus (moderate-severe), Left-Deltoid (mild), Left-Scalenus (reduced from moderate-severe to moderate)Left-Levator-Scapulae (moderate), Left-Upper-Trapezius (moderate), Right-Thoracic-Rhomboids (moderate), Right-Splenius-Cervicis (moderate-severe), Right-Levator-Scapulae (reduced from moderate-severe to moderate), Right-Upper-Trapezius (reduced from moderate-severe to moderate), Left-Thoracic-Rhomboids (reduced from moderate to mild-moderate), Left-Suboccipitals (reduced from moderate-severe to mild-moderate), Left-Splenius-Cervicis (reduced from moderate-severe to moderate), Right-Suboccipitals (reduced from moderate-severe to mild-moderate).

Trigger points have been alleviated from these following areas: Right-Levator-Scapulae (moderate-severe), Right-Upper-Trapezius (moderate severe).

TendernessRight-Scalenus (moderate), Left-Scalenus (reduced from moderate to mild-moderate), Left-PectoralisMajor (reduced from mild-moderate to mild)Left-Levator-Scapulae (moderate), Right-Upper-Trapezius (moderate-severe), Right-Splenius-Capitis (moderate-severe), Right-Levator-Scapulae (reduced from moderate-severe to moderate), Left-Thoracic-Rhomboids (reduced from moderate-severe to mild-moderate), Right-Thoracic-Rhomboids (reduced from moderate-severe to moderate), Left-Suboccipitals (reduced from moderate-severe to mild-moderate), Left-Splenius-Capitis (reduced from moderate-severe to moderate), Right-Suboccipitals (reduced from moderate-severe to mild-moderate).

**Assessment**:

Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3.

Nelson, Michelle DOB:

Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).
Patient condition is slightly regressed as per subjective and objective findings since the prior visit, she is progressing as anticipated. Intensity is slightly-increased since the prior visit.

**Plan:**
No HVLA in cervical spine. Continue with treatments PRN.
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T1; T4; T7, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, upper back, shoulder for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 11/03/16 06:00:00 PM

Nelson, Michelle DOB:

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 10/18/2016
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Curd, Travis DC
BranchName: Turner Chiropractic Inc

**Subjective**:

The patient presents with intermittent to frequent (up to between 50% and 75% of day) throbbing pain located in head and describes intensity as moderate that has increased to 5 out of 10 from 3 out of 10.
Second Complaint: left arm, left shoulder
The patient presents with frequent to constant (up to between 75% and 100% of day) dull, aching, radiating, throbbing pain located in left arm, left shoulder and describes intensity as moderate to severe that has held at 3 out of 10 that radiates to (anterior) left-jaw, left-neck, left-shoulder.
Third Complaint: upper back, neck
The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has held at 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.
The patient presents with stiffness located in upper back, neck that has held at 7 out of 10.
Fourth Complaint: right shoulder
The patient presents with a decrease in frequency and intensity of pain. She now presents with frequency as frequent (up to 75% of day) and describes intensity as moderate that has decreased to 5 out of 10 from 7 out of 10 and is increased by lifting, movement of area. She now presents with aching, stabbing pain located in right shoulder.
Right shoulder has felt better but still prominent. Primary complaint today is bad headache flareup and ache throughout neck and shoulders.

**Objective**:

Spinal Fixation/Malposition/Palpatory findings: C2; C7; T4.
Hypertonicity Left-Deltoid (mild), Left-Scalenus (reduced from moderate-severe to moderate), Right-Scalenus (reduced from moderate-severe to moderate)Left-Levator-Scapulae (moderate), Left-Upper-Trapezius (moderate), Left-Thoracic-Rhomboids (moderate), Right-Thoracic-Rhomboids (moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Cervicis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate-severe), Right-Levator-Scapulae (reduced from moderate-severe to moderate), Right-Upper-Trapezius (reduced from moderate-severe to moderate).
Trigger points have been alleviated from these following areas: Right-Levator-Scapulae (moderate-severe), Right-Upper-Trapezius (moderate-severe).
TendernessLeft-Scalenus (moderate), Right-Scalenus (moderate), Left-Pectoralis Major (mild-moderate)Left-Levator-Scapulae (moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Capitis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Capitis (moderate-severe), Right-Levator-Scapulae (reduced from moderate-severe to moderate), Right-Upper-Trapezius (reduced from moderate-severe to moderate), Left-Thoracic-Rhomboids (reduced from moderate-severe to mild-moderate), Right-Thoracic-Rhomboids (reduced from moderate-severe to mild-moderate).

**Assessment**:

Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).

Nelson, Michelle DOB:

Patient condition is slightly regressed as per subjective and objective findings since the prior visit, she is progressing as anticipated. Intensity is slightly-increased since the prior visit.

**Plan**:
Patient says this and massage provide her with the most relief so she will continue making appointments as needed to keep things manageable.
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T4, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, upper back, shoulder for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 10/18/16 06:00:00 PM

10/04/2017 09:35 #019 P.047/0..



# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 10/7/2016
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Curd, Travis DC
BranchName: Turner Chiropractic Inc

**Subjective**:
The patient presents with intermittent to frequent (up to between 50% and 75% of day) throbbing pain located in head and describes intensity as moderate that has held at 3 out of 10.
Second Complaint: left arm, left shoulder
The patient presents with a decrease in frequency and intensity of pain. She now presents with frequency as intermittent (up to 50% of day) and describes intensity as slight to moderate that has decreased to 2 out of 10 from 3 out of 10. She now presents with dull, aching, radiating, throbbing pain located in left arm, left shoulder that radiates to (anterior) left-jaw, left-neck, left-shoulder.
Third Complaint: upper back, neck
The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has held at 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.
The patient presents with stiffness located in upper back, neck that has held at 7 out of 10.
Fourth Complaint: right shoulder
The patient presents with constant (up to 100% of day) aching, stabbing pain located in right shoulder and describes intensity as moderate to severe that has decreased to 6 out of 10 from 7 out of 10 and is increased by lifting, movement of area.
She is feeling about the same as she was when she saw Dr. Jelinek a couple weeks ago and is having constant ache referring out into the right shoulder. The radicular pain down the left arm has maintained improvements but still exists, just nowhere near as bad as it had been.

**Objective**:
Spinal Fixation/Malposition/Palpatory findings: C2; C7; T4.
Hypertonicity Right-Scalenus (moderate-severe), Left-Deltoid (mild), Left-Scalenus (reduced from moderate-severe to moderate)Left-Levator-Scapulae (moderate), Left-Upper-Trapezius (moderate), Right-Levator-Scapulae (moderate-severe), Right-Upper-Trapezius (moderate-severe), Right-Thoracic-Rhomboids (moderate), Left-Splenius-Cervicis (moderate-severe), Right-Splenius-Cervicis (moderate-severe), Left-Thoracic-Rhomboids (reduced from moderate to mild-moderate), Left-Suboccipitals (reduced from moderate-severe to mild-moderate), Right-Suboccipitals (reduced from moderate-severe to mild-moderate).
Trigger points have been alleviated from these following areas: Right-Levator-Scapulae (moderate-severe), Right-Upper-Trapezius (moderate-severe).
TendernessLeft-Scalenus (reduced from moderate to mild-moderate), Right-Scalenus (increased from moderate to moderate-severe)Right-Levator-Scapulae (moderate-severe), Right-Upper-Trapezius (moderate-severe), Right-Splenius-Capitis (moderate-severe), Left-Levator-Scapulae (reduced from moderate to mild-moderate), Left-Thoracic-Rhomboids (reduced from moderate-severe to moderate), Right-Thoracic-Rhomboids (reduced from moderate-severe to moderate), Left-Suboccipitals (reduced from moderate-severe to mild-moderate), Left-Splenius-Capitis (reduced from moderate-severe to moderate), Right-Suboccipitals (reduced from moderate-severe to mild-moderate)Left-PectoralisMajor.

**Assessment**:
Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3.



From:

Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).
Patient is progressing as anticipated. Intensity is un-changed since the prior visit.

**Plan**:
Non-thrust used in cervical spine. Continue with weekly visits as needed.
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T4, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, upper back, shoulder for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 10/07/16 06:00:00 PM

# Exam

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 9/21/2016
Date Of Onset: 1/22/2016
Date Of Birth: 8
Provider: Jelinek, Ben DC
BranchName: Turner Chiropractic Inc

**History of Present Illness:**

The patient presents with intermittent to frequent (up to between 50% and 75% of day) throbbing pain located in head and describes intensity as moderate that has held at 5 out of 10.

Second Complaint: left arm, left shoulder

The patient presents with frequent to constant (up to between 75% and 100% of day) dull, aching, radiating, throbbing pain located in left arm, left shoulder and describes intensity as moderate to severe that has held at 3 out of 10 that radiates to (anterior) left-jaw, left-neck, left-shoulder.

Third Complaint: upper back, neck

The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has held at 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.

The patient presents with stiffness located in upper back, neck that has held at 7 out of 10.

Fourth Complaint: right shoulder

The patient presents with constant (up to 100% of day) aching, stabbing pain located in right shoulder and describes intensity as moderate to severe rated at 7 out of 10 which is increased by lifting, movement of area. Patient presents today with a new pain in the right shoulder that has occured since 9/17 without a known cause. The pain is different from the pain in her left shoulder. It is painful to lift the arm and she is having trouble with anything that requires her to use it. The arm isn't weak but the pain stops her from being able to use it much. She denies any radiation into the arm.

**Objective:**

Exam findings:

Ortho/Neuro: Foraminal Compression is within normal limits bilaterally, Cervical Distraction Test is within normal limits bilaterally, Maximal Foraminal Compression Test is within normal limits bilaterally demonstrated during prior visit has been resolved. Apley Scratch Test is within normal limits bilaterally, unable to perform overhead motion, behind the back also very tentative with pain on the right side. Patient continues to demonstrate: stretching on both sides.

Reflexes: Biceps reflex is exaggerated bilaterally, Tricep reflex is exaggerated bilaterally, demonstrated during prior visit has been resolved.

Range of Motion: Cervical ROM: Flexion is 35° (remains unchanged: 70% of normal), limited by: Pain; Extension is 45° (remains unchanged: 75% of normal), limited by: Pain; Left Lateral Flexion is 35° (remains unchanged: 77% of normal), limited by: Pain; Right Lateral Flexion is 35° (remains unchanged: 77% of normal), limited by: Pain; Left Rotation is 60° (remains unchanged: 75% of normal), limited by: Pain; Right Rotation is 60° (remains unchanged: 75% of normal), limited by: Pain. Shoulder ROM: Abduction on left-side is within normal limits and on right-side is 90° (50% of normal), limited by: Pain; Flexion on left-side is within normal limits and on right-side is 90° (50% of normal), limited by: Pain.

Muscle Strength: Upper Extremity: Shoulder Abductors demonstrate mild weakness bilaterally, weakness due to pain..

Dermatomes: Left-Cervical, Left-C5 Other, Left-C6 Other, Left-C7 Other, Left-C8 Other, Right-Cervical, Right-C5 Other, Right-C6 Other, Right-C7 Other, Right-C8 Other.

Spinal Fixation/Malposition/Palpatory findings: C2; C7; T4.



10/04/2017 09:35
From:

10/04/2017 09:36



The following conditions Left-Rib, are resolved.
Hypertonicity Left-Scalenus (moderate-severe), Right-Scalenus (moderate-severe), Left-Deltoid (mild)Left-Levator-Scapulae (moderate), Left-Upper-Trapezius (moderate), Left-Thoracic-Rhomboids (moderate), Right-Thoracic-Rhomboids (moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Cervicis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate-severe), Right-Levator-Scapulae (increased from moderate to moderate-severe)Right-Upper-Trapezius (moderate-severe).
Trigger points are found in the following areas: Right-Levator-Scapulae (moderate-severe), Right-Upper-Trapezius (moderate-severe).
TendernessLeft-Scalenus (moderate), Right-Scalenus (moderate), Left-Pectoralis Major (mild-moderate)Left-Levator-Scapulae (moderate), Left-Thoracic-Rhomboids (moderate-severe), Right-Thoracic-Rhomboids (moderate-severe), Left-Suboccipitals (moderate-severe), Left-Splenius-Capitis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Capitis (moderate-severe), Right-Levator-Scapulae (increased from moderate to moderate-severe)Right-Upper-Trapezius (moderate-severe).

**Assessment**:
Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).
Patient is progressing as anticipated. Intensity is un-changed since the prior visit.

**Plan**:
PRN
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T4, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, upper back, shoulder for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Jelinek, Ben DC
Date: 12/20/16 10:35:07 AM

From:

10/04/2017 09:36 #0 ...



# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 9/14/2016
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Curd, Travis DC
BranchName: Turner Chiropractic Inc

**Subjective:**

The patient presents with an increase in intensity of pain. She now presents with frequency as intermittent to frequent (up to between 50% and 75% of day) and describes intensity as moderate that has decreased to 5 out of 10 from 6 out of 10. She now presents with throbbing pain located in head.

Second Complaint: left arm, left shoulder

The patient presents with frequent to constant (up to between 75% and 100% of day) dull, aching, radiating, throbbing pain located in left arm, left shoulder and describes intensity as moderate to severe that has held at 3 out of 10 that radiates to (anterior) left-jaw, left-neck, left-shoulder.

Third Complaint: upper back, neck

The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has increased to 5 out of 10 from 4 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.

The patient presents with stiffness located in upper back, neck that has increased to 7 out of 10 from 4 out of 10. She has been having increased stiffness and ache throughout her neck and shoulders again with pretty moderate headaches persisting throughout the day and still having pain through the left shoulder and arm. She is having a massage after this to help alleviate things.

**Objective:**

Spinal Fixation/Malposition/Palpatory findings: C2; C7; T4.

Left Rib.

Hypertonicity Left-Scalenus (moderate-severe), Right-Scalenus (moderate-severe), Left-Deltoid (mild)Left-Suboccipitals (moderate-severe), Left-Splenius-Cervicis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate-severe), Left-Levator-Scapulae (reduced from moderate-severe to moderate), Left-Upper-Trapezius (reduced from moderate-severe to moderate), Right-Levator-Scapulae (reduced from moderate-severe to moderate), Left-Thoracic-Rhomboids (increased from mild-moderate to moderate), Right-Thoracic-Rhomboids (increased from mild-moderate to moderate).

TendernessLeft-Pectoralis Major (mild-moderate), Left-Scalenus (reduced from moderate-severe to moderate), Right-Scalenus (reduced from moderate-severe to moderate)Left-Thoracic-Rhomboids (moderate-severe), Right-Thoracic-Rhomboids (moderate-severe), Left-Suboccipitals (moderate-severe), Left-Splenius-Capitis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Capitis (moderate-severe), Left Levator-Scapulae (reduced from moderate-severe to moderate), Right-Levator-Scapulae (reduced from moderate-severe to moderate).

**Assessment:**

Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).

Patient is progressing as anticipated. Intensity is un-changed since the prior visit.

**Plan:**

PRN.



From:

Nelson, Michelle DOB:

Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T4, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, left shoulder, upper back, left scapula, left shoulder, left neck for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 09/14/16 06:00:00 PM

# Exam

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 8/1/2016
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Jelinek, Ben DC
BranchName: Turner Chiropractic Inc

**History of Present Illness:**

The patient presents with intermittent to frequent (up to between 50% and 75% of day) throbbing pain located in head and describes intensity as slight to moderate that has increased to 8 out of 10 from 7 out of 10.

Second Complaint: left arm, left shoulder

The patient presents with frequent to constant (up to between 75% and 100% of day) dull, aching, radiating, throbbing pain located in left arm, left shoulder and describes intensity as moderate to severe that has held at 3 out of 10 that radiates to (anterior) left-jaw, left-neck, left-shoulder.

Third Complaint: upper back, neck

The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has held at 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.

The patient presents with stiffness located in upper back, neck that has held at 5 out of 10.

Patient presents today with severe tension in her neck and headache. It is similar to the pain she has felt before but is much more painful today. She states that she can't seem to loosen up the area at all. It is painful to move her neck in every direction.

**Objective:**

Exam findings:

Ortho/Neuro: Foraminal Compression is within normal limits bilaterally, pain at base of neck, Shoulder Depression is within normal limits bilaterally, stretching on both sides., Cervical Distraction Test is within normal limits bilaterally, minimally relieving., Maximal Foraminal Compression Test is within normal limits bilaterally, pain in both directions at posterior cervical spine.

Reflexes: Biceps reflex is exaggerated bilaterally, Tricep reflex is exaggerated bilaterally.

Range of Motion: Cervical ROM: Flexion is 35° (70% of normal), limited by: Pain; Extension is 45° (75% of normal), limited by: Pain; Left Lateral Flexion is 35° (77% of normal), limited by: Pain; Right Lateral Flexion is 35° (77% of normal), limited by: Pain; Left Rotation is 60° (75% of normal), limited by: Pain; Right Rotation is 60° (75% of normal), limited by: Pain.

Muscle Strength: Upper Extremity: Shoulder Abductors demonstrate mild weakness bilaterally , weakness due to pain., Elbow Flexors are within normal limits bilaterally , Elbow Extensors are within normal limits bilaterally , Finger Flexors are within normal limits bilaterally , Finger Extensors are within normal limits bilaterally , Finger Abductors are within normal limits bilaterally.

Dermatomes: unremarkable Left-C5, unremarkable Left-C6, unremarkable Left-C7, unremarkable Left-C8, unremarkable Right-C5, unremarkable Right-C6, unremarkable Right-C7, unremarkable Right-C8.

Spinal Fixation/Malposition/Palpatory findings: C2; C7; T4.

Left Rib.

Hypertonicity Left-Deltoid (mild), Left-Scalenus (increased from moderate to moderate-severe)Left-Suboccipitals (moderate-severe), Left-Splenius-Cervicis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate-severe), Left-Levator-Scapulae (increased from moderate to moderate-severe), Left-Upper-Trapezius (increased from moderate to moderate-severe), Right-Levator-Scapulae (increased from mild-moderate to moderate-severe), Left-Thoracic-Rhomboids (increased from mild to mild-moderate), Right-Thoracic-Rhomboids (increased from mild to mild-moderate)Right-Scalenus (moderate-severe).

Nelson, Michelle DOB:

TendernessLeft-Pectoralis Major (mild-moderate), Left-Scalenus (increased from moderate to moderate-severe)Left-Levator-Scapulae (moderate-severe), Right-Levator-Scapulae (moderate-severe), Left-Suboccipitals (moderate-severe), Right-Suboccipitals (moderate-severe), Left-Splenius-Capitis (increased from moderate to moderate-severe), Right-Splenius-Capitis (increased from moderate to moderate-severe)Right-Scalenus (moderate-severe), Left-Thoracic-Rhomboids (moderate-severe), Right-Thoracic-Rhomboids (moderate-severe).

__Assessment__:
Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).
Patient condition is slightly regressed as per subjective and objective findings since the prior visit, she is progressing as anticipated. Intensity is slightly-increased since the prior visit.

__Plan__:
Continue with PRN therapy.
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T4, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, left shoulder, upper back, left scapula, left shoulder, left neck for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

| | |
|---|---|
| (Electronic Signature) | (Electronic Signature) |
| Provider Name: Jelinek, Ben DC | Supervising Provider Name: Turner, Jeffrey DC |
| Date: 08/11/16 09:39:20 AM | Supervising Provider Signed Date: 08/11/16 09:39:02 AM |

Nelson, Michelle DOB:

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 8/3/2016
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Jelinek, Ben DC
BranchName: Turner Chiropractic Inc

**Subjective:**
The patient presents with intermittent to frequent (up to between 50% and 75% of day) throbbing pain located in head and describes intensity as slight to moderate that has held at 8 out of 10.
Second Complaint: left arm, left shoulder
The patient presents with frequent to constant (up to between 75% and 100% of day) dull, aching, radiating, throbbing pain located in left arm, left shoulder and describes intensity as moderate to severe that has held at 3 out of 10 that radiates to (anterior) left-jaw, left-neck, left-shoulder.
Third Complaint: upper back, neck
The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has held at 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.
The patient presents with stiffness located in upper back, neck that has held at 5 out of 10.
Patient felt some initial relief with treatment last visit but tension and pain quickly returned. She again states that she can seem to loosen the area. Exercises provided last treatment have not helped very much.

**Objective:**
Spinal Fixation/Malposition/Palpatory findings: C2; C7; T4.
Left Rib.
Hypertonicity Left-Scalenus (moderate-severe), Right-Scalenus (moderate-severe), Left-Deltoid (mild)Left-Levator-Scapulae (moderate-severe), Left-Upper-Trapezius (moderate-severe), Right-Levator-Scapulae (moderate-severe), Left-Thoracic-Rhomboids (mild-moderate), Right-Thoracic-Rhomboids (mild-moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Cervicis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate-severe).
TendernessLeft-Scalenus (moderate-severe), Right-Scalenus (moderate-severe), Left-Pectoralis Major (mild-moderate)Left-Levator-Scapulae (moderate-severe), Right-Levator-Scapulae (moderate-severe), Left-Thoracic-Rhomboids (moderate-severe), Right-Thoracic-Rhomboids (moderate-severe), Left-Suboccipitals (moderate-severe), Left-Splenius-Capitis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Capitis (moderate-severe).

**Assessment:**
Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).
Patient is progressing slowly. Intensity is un-changed since the prior visit.

**Plan:**
Continue with PRN therapy.
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T4, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, left shoulder,

upper back, left scapula, left shoulder, left neck for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

| | |
|---|---|
| (Electronic Signature) | (Electronic Signature) |
| Provider Name: Jelinek, Ben DC | Supervising Provider Name: Turner, Jeffrey DC |
| Date: 08/11/16 09:39:48 AM | Supervising Provider Signed Date: 08/11/16 09:39:38 AM |

Nelson, Michelle DOB:

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 8/11/2016
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Turner, Jeffrey DC
BranchName: Turner Chiropractic Inc

**Subjective**:
The patient presents with intermittent to frequent (up to between 50% and 75% of day) throbbing pain located in head and describes intensity as slight to moderate that has held at 8 out of 10.
Second Complaint: left arm, left shoulder
The patient presents with frequent to constant (up to between 75% and 100% of day) dull, aching, radiating, throbbing pain located in left arm, left shoulder and describes intensity as moderate to severe that has held at 3 out of 10 that radiates to (anterior) left-jaw, left-neck, left-shoulder.
Third Complaint: upper back, neck
The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has held at 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.
The patient presents with stiffness located in upper back, neck that has held at 5 out of 10.

**Objective**:
Spinal Fixation/Malposition/Palpatory findings: C2; C7; T4.
Left Rib.
Hypertonicity Left-Scalenus (moderate-severe), Right-Scalenus (moderate-severe), Left-Deltoid (mild)Left-Levator-Scapulae (moderate-severe), Left-Upper-Trapezius (moderate-severe), Right-Levator-Scapulae (moderate-severe), Left-Thoracic-Rhomboids (mild-moderate), Right-Thoracic-Rhomboids (mild-moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Cervicis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate-severe).
TendernessLeft-Scalenus (moderate-severe), Right-Scalenus (moderate-severe), Left-Pectoralis Major (mild-moderate)Left-Levator-Scapulae (moderate-severe), Right-Levator-Scapulae (moderate-severe), Left-Thoracic-Rhomboids (moderate-severe), Right-Thoracic-Rhomboids (moderate-severe), Left-Suboccipitals (moderate-severe), Left-Splenius-Capitis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Capitis (moderate-severe).

**Assessment**:
Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).
Patient is progressing as anticipated. Intensity is un-changed since the prior visit.

**Plan**:
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T4, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, left shoulder, upper back, left scapula, left shoulder, left neck for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Turner, Jeffrey DC
Date: 08/18/16 01:13:22 PM

Turner Chiropractic Inc
4617 Austin Bluffs Parkway
Colorado Springs, CO 80918-2937
(719) 277-7325

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 8/18/2016
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Turner, Jeffrey DC
BranchName: Turner Chiropractic Inc

**Subjective:**
The patient presents with intermittent to frequent (up to between 50% and 75% of day) throbbing pain located in head and describes intensity as slight to moderate that has decreased to 6 out of 10 from 8 out of 10.
Second Complaint: left arm, left shoulder
The patient presents with frequent to constant (up to between 75% and 100% of day) dull, aching, radiating, throbbing pain located in left arm, left shoulder and describes intensity as moderate to severe that has held at 3 out of 10 that radiates to (anterior) left-jaw, left-neck, left-shoulder.
Third Complaint: upper back, neck
The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has decreased to 4 out of 10 from 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.
The patient presents with stiffness located in upper back, neck that has decreased to 4 out of 10 from 5 out of 10.
She has started to feel another headache and neck tightness build up again and is hoping to stave off the symptoms before it becomes full blown. The left arm and neck are still bothersome.

**Objective:**
Spinal Fixation/Malposition/Palpatory findings: C2; C7; T4.
Left Rib.
Hypertonicity Left-Scalenus (moderate-severe), Right-Scalenus (moderate-severe), Left-Deltoid (mild)Left-Levator-Scapulae (moderate-severe), Left-Upper-Trapezius (moderate-severe), Right-Levator-Scapulae (moderate-severe), Left-Thoracic-Rhomboids (mild-moderate), Right-Thoracic-Rhomboids (mild-moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Cervicis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate-severe).
TendernessLeft-Scalenus (moderate-severe), Right-Scalenus (moderate-severe), Left-Pectoralis Major (mild-moderate)Left-Levator-Scapulae (moderate-severe), Right-Levator-Scapulae (moderate-severe), Left-Thoracic-Rhomboids (moderate-severe), Right-Thoracic-Rhomboids (moderate-severe), Left-Suboccipitals (moderate-severe), Left-Splenius-Capitis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Capitis (moderate-severe).

**Assessment:**
Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).
Patient is showing slight improvement since the prior visit, she is progressing as anticipated. Intensity is slightly-decreased since the prior visit.

**Plan:**
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T4, to increase mobility/range of motion, decrease pain, correct body mechanics.

Nelson, Michelle DOB:

Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, left shoulder, upper back, left scapula, left shoulder, left neck for 26 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Turner, Jeffrey DC
Date: 08/18/16 02:15:16 PM

Nelson, Michelle DOB:

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 8/11/2016
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Turner, Jeffrey DC
BranchName: Turner Chiropractic Inc

**Subjective**:
The patient presents with intermittent to frequent (up to between 50% and 75% of day) throbbing pain located in head and describes intensity as slight to moderate that has held at 8 out of 10.
Second Complaint: left arm, left shoulder
The patient presents with frequent to constant (up to between 75% and 100% of day) dull, aching, radiating, throbbing pain located in left arm, left shoulder and describes intensity as moderate to severe that has held at 3 out of 10 that radiates to (anterior) left-jaw, left-neck, left-shoulder.
Third Complaint: upper back, neck
The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has held at 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.
The patient presents with stiffness located in upper back, neck that has held at 5 out of 10.

**Objective**:
Spinal Fixation/Malposition/Palpatory findings: C2; C7; T4.
Left Rib.
Hypertonicity Left-Scalenus (moderate-severe), Right-Scalenus (moderate-severe), Left-Deltoid (mild)Left-Levator-Scapulae (moderate-severe), Left-Upper-Trapezius (moderate-severe), Right-Levator-Scapulae (moderate-severe), Left-Thoracic-Rhomboids (mild-moderate), Right-Thoracic-Rhomboids (mild-moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Cervicis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate-severe).
TendernessLeft-Scalenus (moderate-severe), Right-Scalenus (moderate-severe), Left-Pectoralis Major (mild-moderate)Left-Levator-Scapulae (moderate-severe), Right-Levator-Scapulae (moderate-severe), Left-Thoracic-Rhomboids (moderate-severe), Right-Thoracic-Rhomboids (moderate-severe), Left-Suboccipitals (moderate-severe), Left-Splenius-Capitis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Capitis (moderate-severe).

**Assessment**:
Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).
Patient is progressing as anticipated. Intensity is un-changed since the prior visit.

**Plan**:
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T4, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, left shoulder, upper back, left scapula, left shoulder, left neck for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

Nelson, Michelle DOB:

(Electronic Signature)
Provider Name: Turner, Jeffrey DC
Date: 08/18/16 02:13:22 PM

Nelson, Michelle DOB:

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 8/3/2016
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Jelinek, Ben DC
BranchName: Turner Chiropractic Inc

**Subjective**:
The patient presents with intermittent to frequent (up to between 50% and 75% of day) throbbing pain located in head and describes intensity as slight to moderate that has held at 8 out of 10.
Second Complaint: left arm, left shoulder
The patient presents with frequent to constant (up to between 75% and 100% of day) dull, aching, radiating, throbbing pain located in left arm, left shoulder and describes intensity as moderate to severe that has held at 3 out of 10 that radiates to (anterior) left-jaw, left-neck, left-shoulder.
Third Complaint: upper back, neck
The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has held at 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.
The patient presents with stiffness located in upper back, neck that has held at 5 out of 10.
Patient felt some initial relief with treatment last visit but tension and pain quickly returned. She again states that she can seem to loosen the area. Exercises provided last treatment have not helped very much.

**Objective**:
Spinal Fixation/Malposition/Palpatory findings: C2; C7; T4.
Left Rib.
Hypertonicity Left-Scalenus (moderate-severe), Right-Scalenus (moderate-severe), Left-Deltoid (mild)Left-Levator-Scapulae (moderate-severe), Left-Upper-Trapezius (moderate-severe), Right-Levator-Scapulae (moderate-severe), Left-Thoracic-Rhomboids (mild-moderate), Right-Thoracic-Rhomboids (mild-moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Cervicis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate-severe).
TendernessLeft-Scalenus (moderate-severe), Right-Scalenus (moderate-severe), Left-Pectoralis Major (mild-moderate)Left-Levator-Scapulae (moderate-severe), Right-Levator-Scapulae (moderate-severe), Left-Thoracic-Rhomboids (moderate-severe), Right-Thoracic-Rhomboids (moderate-severe), Left-Suboccipitals (moderate-severe), Left-Splenius-Capitis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Capitis (moderate-severe).

**Assessment**:
Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).
Patient is progressing slowly. Intensity is un-changed since the prior visit.

**Plan**:
Continue with PRN therapy.
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T4, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, left shoulder, upper back, left scapula, left shoulder, left neck for 24 minutes (2 units), to increase mobility/range of motion,

break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

| | |
|---|---|
| (Electronic Signature) | (Electronic Signature) |
| Provider Name: Jelinek, Ben DC | Supervising Provider Name: Turner, Jeffrey DC |
| Date: 08/11/16 10:39:48 AM | Supervising Provider Signed Date: 08/11/16 10:39:38 AM |

# Exam

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 8/1/2016
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Jelinek, Ben DC
BranchName: Turner Chiropractic Inc

**History of Present Illness:**
The patient presents with intermittent to frequent (up to between 50% and 75% of day) throbbing pain located in head and describes intensity as slight to moderate that has increased to 8 out of 10 from 7 out of 10.
Second Complaint: left arm, left shoulder
The patient presents with frequent to constant (up to between 75% and 100% of day) dull, aching, radiating, throbbing pain located in left arm, left shoulder and describes intensity as moderate to severe that has held at 3 out of 10 that radiates to (anterior) left-jaw, left-neck, left-shoulder.
Third Complaint: upper back, neck
The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has held at 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.
The patient presents with stiffness located in upper back, neck that has held at 5 out of 10.
Patient presents today with severe tension in her neck and headache. It is similar to the pain she has felt before but is much more painful today. She states that she can't seem to loosen up the area at all. It is painful to move her neck in every direction.

**Objective:**
Exam findings:
Ortho/Neuro: Foraminal Compression is within normal limits bilaterally, pain at base of neck, Shoulder Depression is within normal limits bilaterally, stretching on both sides., Cervical Distraction Test is within normal limits bilaterally, minimally relieving., Maximal Foraminal Compression Test is within normal limits bilaterally, pain in both directions at posterior cervical spine.
Reflexes: Biceps reflex is exaggerated bilaterally, Tricep reflex is exaggerated bilaterally.
Range of Motion: Cervical ROM: Flexion is 35° (70% of normal), limited by: Pain, Extension is 45° (75% of normal), limited by: Pain, Left Lateral Flexion is 35° (77% of normal), limited by: Pain, Right Lateral Flexion is 35° (77% of normal), limited by: Pain, Left Rotation is 60° (75% of normal), limited by: Pain, Right Rotation is 60° (75% of normal), limited by: Pain.
Muscle Strength: Upper Extremity: Shoulder Abductors demonstrate mild weakness bilaterally , weakness due to pain., Elbow Flexors are within normal limits bilaterally , Elbow Extensors are within normal limits bilaterally , Finger Flexors are within normal limits bilaterally , Finger Extensors are within normal limits bilaterally , Finger Abductors are within normal limits bilaterally.
Dermatomes: unremarkable Left-C5, unremarkable Left-C6, unremarkable Left-C7, unremarkable Left-C8, unremarkable Right-C5, unremarkable Right-C6, unremarkable Right-C7, unremarkable Right-C8.
Spinal Fixation/Malposition/Palpatory findings: C2; C7; T4.
Left Rib.
Hypertonicity Left-Deltoid (mild), Left-Scalenus (increased from moderate to moderate-severe)Left-Suboccipitals (moderate-severe), Left-Splenius-Cervicis (moderate-severe), Right-Suboccipitals (moderate-severe), Right-Splenius-Cervicis (moderate-severe), Left-Levator-Scapulae (increased from moderate to moderate-severe), Left-Upper-Trapezius (increased from moderate to moderate-severe), Right-Levator-Scapulae (increased from mild-moderate to moderate-severe), Left-Thoracic-Rhomboids (increased from mild to mild-moderate), Right-Thoracic-Rhomboids (increased from mild to mild-moderate)Right-Scalenus (moderate-severe).
TendernessLeft-Pectoralis Major (mild-moderate), Left-Scalenus (increased from moderate to moderate-





Liberty/Nelson 0843

severe)Left-Levator-Scapulae (moderate-severe), Right-Levator-Scapulae (moderate-severe), Left-Suboccipitals (moderate-severe), Right-Suboccipitals (moderate-severe), Left-Splenius-Capitis (increased from moderate to moderate-severe), Right-Splenius-Capitis (increased from moderate to moderate-severe)Right-Scalenus (moderate-severe), Left-Thoracic-Rhomboids (moderate-severe), Right-Thoracic-Rhomboids (moderate-severe).

**Assessment:**
Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).
Patient condition is slightly regressed as per subjective and objective findings since the prior visit, she is progressing as anticipated. Intensity is slightly-increased since the prior visit.

**Plan:**
Continue with PRN therapy.
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T4, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, left shoulder, upper back, left scapula, left shoulder, left neck for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature) (Electronic Signature)
Provider Name: Jelinek, Ben DC Supervising Provider Name: Turner, Jeffrey DC
Date: 08/11/16 10:39:20 AM Supervising Provider Signed Date: 08/11/16 10:39:02 AM

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 7/14/2016
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Curd, Travis DC
BranchName: Turner Chiropractic Inc

**Subjective**:

The patient presents with intermittent to frequent (up to between 50% and 75% of day) throbbing pain located in head and describes intensity as slight to moderate that has increased to 7 out of 10 from 4 out of 10.

Second Complaint: left arm, left shoulder

The patient presents with a decrease in frequency of pain. She now presents with frequency as frequent to constant (up to between 75% and 100% of day) and describes intensity as moderate to severe that has decreased to 3 out of 10 from 6 out of 10. She now presents with dull, aching, radiating, throbbing pain located in left arm, left shoulder that radiates to (anterior) left-jaw, left-neck, left-shoulder.

Third Complaint: upper back, neck

The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has held at 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.

The patient presents with stiffness located in upper back, neck that has held at 5 out of 10.

She is still having pain down the left arm but it isn't as severe as it has been. Her primary complaint is a very bad headache today, with a lot of light sensitivity. She has had the HA for the past 2 days with little relief and feels moderate ache and stiffness again throughout the neck and upper back.

**Objective**:

Spinal Fixation/Malposition/Palpatory findings: C2; C7; T4.

Left Rib.

Hypertonicity Left-Deltoid (mild), Left-Scalenus (reduced from moderate-severe to moderate)Left-Upper-Trapezius (moderate), Right-Levator-Scapulae (mild-moderate), Right-Thoracic-Rhomboids (mild), Left-Splenius-Cervicis (moderate-severe), Left-Levator-Scapulae (reduced from moderate-severe to moderate), Left-Thoracic-Rhomboids (reduced from mild-moderate to mild), Left-Suboccipitals (increased from moderate to moderate-severe), Right-Suboccipitals (increased from moderate to moderate-severe), Right-Splenius-Cervicis (increased from moderate to moderate-severe).

TendernessLeft-Scalenus (reduced from moderate-severe to moderate), Left-PectoralisMajor (reduced from moderate to mild-moderate)Left-Levator-Scapulae (moderate-severe), Right-Levator-Scapulae (increased from moderate to moderate-severe), Left-Suboccipitals (increased from moderate to moderate-severe), Left-Splenius-Capitis (reduced from moderate-severe to moderate), Right-Suboccipitals (increased from moderate to moderate-severe)Right-Splenius-Capitis (moderate).

**Assessment**:

Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).

Patient is progressing slowly. Intensity is un-changed since the prior visit.

**Plan**:

Continue with PRN therapy.

Based on subjective and objective data today's treatment consists of:

CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T4, to increase

Nelson, Michelle DOB:

mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, left shoulder, upper back, left scapula, left shoulder, left neck for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 07/14/16 07:00:00 PM

Nelson, Michelle DOB:

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 6/30/2016
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Curd, Travis DC
BranchName: Turner Chiropractic Inc

**Subjective:**

The patient presents with intermittent to frequent (up to between 50% and 75% of day) throbbing pain located in head and describes intensity as slight to moderate that has increased to 4 out of 10 from 2 out of 10.
Second Complaint: left arm, left shoulder
The patient presents with constant (up to 100% of day) dull, aching, radiating, throbbing pain located in left arm, left shoulder and describes intensity as moderate to severe that has increased to 6 out of 10 from 5 out of 10 that radiates to (anterior) left-jaw, left-neck, left-shoulder. During prior visit patient described pain in left arm, left shoulder as dull, aching, radiating.
Third Complaint: upper back, neck
The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has increased to 5 out of 10 from 3 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.
The patient presents with stiffness located in upper back, neck that has held at 5 out of 10.
She has had sudden exacerbation of pain in her neck, left shoulder/arm as well as headaches, without any associated reason. She is beginning to become concerned that she will not be able to return to work or perform ADLs without severe discomfort as this is the most consistent discomfort she has been in for such an extended period of time with little sustained relief from massage and treatment here.

**Objective:**

Spinal Fixation/Malposition/Palpatory findings: C2; C7; T4.
Left Rib.
Hypertonicity Left-Deltoid (mild), Left-Scalenus (increased from moderate to moderate-severe)Left-Upper-Trapezius (moderate), Right-Levator-Scapulae (mild-moderate), Right-Thoracic-Rhomboids (mild), Right-Splenius-Cervicis (moderate), Left-Levator-Scapulae (increased from moderate to moderate-severe), Left-Thoracic-Rhomboids (increased from mild to mild-moderate), Left-Suboccipitals (increased from mild-moderate to moderate), Left-Splenius-Cervicis (increased from moderate to moderate-severe), Right-Suboccipitals (increased from mild-moderate to moderate).
TendernessLeft-Scalenus (moderate-severe), Left-Pectoralis Major (moderate)Left-Splenius-Capitis (moderate-severe), Left-Levator-Scapulae (increased from moderate to moderate-severe), Left-Suboccipitals (reduced from moderate-severe to moderate), Right-Suboccipitals (reduced from moderate-severe to moderate)Right-Levator-Scapulae (moderate).

**Assessment:**

Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).
Patient condition is regressed as per subjective and objective findings since the prior visit, she is progressing slowly. Intensity is increased since the prior visit.

**Plan:**

Continue as previously indicated.
Based on subjective and objective data today's treatment consists of:

Nelson, Michelle DOB:

CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T4, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, left shoulder, upper back, left scapula, left shoulder, left neck for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 06/30/16 07:00:00 PM

Nelson, Michelle DOB:

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 6/24/2016
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Curd, Travis DC
BranchName: Turner Chiropractic Inc

**Subjective**:
The patient presents with a decrease in frequency of pain. She now presents with frequency as intermittent to frequent (up to between 50% and 75% of day) and describes intensity as slight to moderate that has decreased to 2 out of 10 from 4 out of 10. She now presents with throbbing pain located in head.
Second Complaint: left shoulder
The patient presents with constant (up to 100% of day) dull, aching, radiating pain located in left shoulder and describes intensity as moderate to severe that has decreased to 5 out of 10 from 7 out of 10 that radiates to (anterior) left-jaw, left-neck, left-shoulder.
Third Complaint: upper back, neck
The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has decreased to 3 out of 10 from 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.
The patient presents with stiffness located in upper back, neck that has decreased to 5 out of 10 from 7 out of 10. Since seeing Dr. Turner a couple weeks ago, she has maintained some improvement all around, but still has pain for the majority of almost every day. The arm pain has subsided some, but is still moderate. Neck is less painful, but still very stiff down into the shoulders.

**Objective**:
Spinal Fixation/Malposition/Palpatory findings: C2; C7; T4.
Left Rib.
Hypertonicity Left-Scalenus (reduced from moderate-severe to moderate), Left-Deltoid (reduced from mild-moderate to mild)Left-Upper-Trapezius (moderate), Right-Thoracic-Rhomboids (mild), Left-Levator-Scapulae (reduced from moderate-severe to moderate), Left-Thoracic-Rhomboids (reduced from mild-moderate to mild), Left-Suboccipitals (reduced from moderate to mild-moderate), Right-Suboccipitals (reduced from moderate to mild-moderate)Right-Levator-Scapulae (mild-moderate), Left-Splenius-Cervicis (moderate), Right-Splenius-Cervicis (moderate).
TendernessLeft-Scalenus (moderate-severe), Left-Pectoralis Major (moderate)Left-Levator-Scapulae (moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Capitis (moderate-severe), Right-Suboccipitals (moderate-severe).

**Assessment**:
Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).
Patient is showing slight improvement since the prior visit, she is progressing as anticipated. Intensity is slightly-decreased since the prior visit.

**Plan**:
Continue as indicated.
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T4, to increase mobility/range of motion, decrease pain, correct body mechanics.

Nelson, Michelle DOB:

Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, left shoulder, upper back, left scapula, left shoulder, left neck for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Curd, Travis DC
Date: 06/24/16 07:00:00 PM

# Daily Note

Patient Name: Nelson, Michelle (NELMI000)
Date Of Service: 6/2/2016
Date Of Onset: 1/22/2016
Date Of Birth:
Provider: Turner, Jeffrey DC
BranchName: Turner Chiropractic Inc

**Subjective**:
The patient presents with frequent (up to 75% of day) throbbing pain located in head and describes intensity as slight to moderate that has held at 4 out of 10.
Second Complaint: left shoulder
The patient presents with constant (up to 100% of day) dull, aching, radiating pain located in left shoulder and describes intensity as moderate to severe that has held at 7 out of 10 that radiates to (anterior) left-jaw, left-neck, left-shoulder.
Third Complaint: upper back, neck
The patient presents with frequent to constant (up to between 75% and 100% of day) pain located in upper back, neck and describes intensity as moderate that has held at 5 out of 10 and is increased by time on computer, working, reaching, overhead activties, movement of area.
The patient presents with stiffness located in upper back, neck that has held at 7 out of 10.
She is still having a lot of struggles and pains the same as before. She only gets some very temporary relief from our sessions.

**Objective**:
Spinal Fixation/Malposition/Palpatory findings: C2; C7; T4.
Left Rib.
Hypertonicity Left-Scalenus (moderate-severe), Left-Deltoid (mild-moderate)Left-Levator-Scapulae (moderate-severe), Left-Upper-Trapezius (moderate), Left-Thoracic-Rhomboids (mild-moderate), Right-Thoracic-Rhomboids (mild), Left-Suboccipitals (moderate), Right-Suboccipitals (moderate).
TendernessLeft-Scalenus (moderate-severe), Left-Pectoralis Major (moderate)Left-Levator-Scapulae (moderate), Left-Suboccipitals (moderate-severe), Left-Splenius-Capitis (moderate-severe), Right-Suboccipitals (moderate-severe).

**Assessment**:
Diagnoses: 1. Tension-type headache, unspecified, not intractable (G44.209), 2. Pain in left shoulder (M25.512), 3. Contracture of muscle, multiple sites (M62.49) and 4. Segmental and somatic dysfunction of cervical region (M99.01).
Patient is progressing as anticipated. Intensity is un-changed since the prior visit.

**Plan**:
Based on subjective and objective data today's treatment consists of:
CMT 1-2 Regions consisting of diversified technique was provided specifically to C2; C7; T4, to increase mobility/range of motion, decrease pain, correct body mechanics.
Therapeutic Activities (Ea 15 Min) consisting of myofascial release was provided specifically to neck, left shoulder, upper back, left scapula, left shoulder, left neck for 24 minutes (2 units), to increase mobility/range of motion, break-up adhesions, reduce muscle spasm, decrease pain.
Patient received care without incident.

(Electronic Signature)
Provider Name: Turner, Jeffrey DC

Nelson, Michelle DOB:

Date: 08/18/16 02:01:06 PM

THE END

# FAX

| | | |
|---|---|---|
| **TO** | **Name** | **VICTORIA VECORKO** |
| | **Fax** | **603-334-8306** |
| | **Phone** | **866-213-2937, 14779** |
| **FROM** | **Name** | **MICHELLE NELSON** |
| | **Phone** | |
| | **Ref Num** | **# 7608815** |

☑ **URGENT** ☑ **For Review** ☑ **Please Reply** ☑ **Please Confirm Receipt**

## Notes

__11__ **PAGES INCLUDING COVER PAGE**

Liberty Mutual. INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

**Return To:** Viktoriya Vecorko

EMPLOYEE/CLAIMANT NAME: Michelle Nelson
CLAIM NO: 7608815
EMPLOYER/SPONSOR: Wells Fargo & Company DATE OF BIRTH: _______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from January 28, 2016 to Present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr Katherine Leppard
Specialty: Physiatrist
Address: 3470 Centennial Blvd CSC 80907
Telephone No.: 719 575-1800 Fax No.: ( )

Name: Dr. Ronald Hammers
Specialty: NeuroSurgeon
Address: 2312 N. Nevada CSC 80907
Telephone No.: (719) 473-3272 Fax No.: (719)-389-1188

Name: Dr. Aparna Komatineni
Specialty: Neurology
Address: 2312 N. Nevada, Ste 100 CSC 80907
Telephone No. 719) 473-3272 Fax No.: (719) 389-1189

Name: Dr William Storms
Specialty: Allergist
Address: 1625 Medical Center Pt CSC 80907
Telephone No.: 719) 955-6000 Fax No.: (719) 955-9595

**MEDICAL INSURANCE CARRIER(S):**

Name: Kaiser Permanente
Specialty: Insurance
Address: PO Box, CO 80237
Telephone No.: 888 681-7878 Fax No.: ( )

Name: ______
Specialty: ______
Address: ______
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Walgreens
Specialty: Pharmacy
Address: 725 Baptist Rd CSC 80921
Telephone No.: (719) 219-0230 Fax No.: ( )

Name: Kaiser Permanente
Specialty: Pharmacy
Address: 4105 Briargate Pkwy, #125 CSC 80920
Telephone No.: (719) 282-2466 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: [signature] DATE: 9-26-17

Additional providers

Elizabeth Harmon PAC
2312 N. Nevada, Ste 100, CSC 80907
T: 719-473-3272
F: 719-389-1189
Speciality: Neurology

Dr. Mark Fraley
2141 N. Academy Cir, CSC 80909
T: 719-597-4200
F: 719-597-4495
Speciality: Primary doctor

Peak Performance Sport + Spine
4617 Austin Bluffs Pkwy, CSC 80918
T: 719-277-7325
F: 719-591-0140
Speciality: Chiropractor

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

Return to: Viktoriya Vecorko

**EMPLOYEE/CLAIMANT NAME:** Michelle Nelson **CLAIM #:** 7608815
**EMPLOYER:** Wells Fargo & Company **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) Nelson, Michelle R | Social Security # | Email address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status married |
| Spouse's Full Name Mark W. Nelson | Number of Children 1 | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Mark Nelson Relationship to you? husband Tel #

Have you returned to any type of employment? If yes, please provide name of employer, # hours worked per week and hourly rate of pay.
NO

Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain.
NO

Do you hold a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?
NO

Do you hold a professional license? If yes, for what purpose?
NO

Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide website address(es).
NO

Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.
NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.
NO

Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form:

| Yes | No | Type | Week/Month (Month circled) | Amount per Receiving | Date Began Receiving | Date Ceased Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages or Salary | $ | | | |
| ☑ | ☐ | Social Security (disability or retirement) | $ 1809 | 1809/mo | Feb 2017 | |
| ☑ | ☐ | Social Security (for your spouse/dependents) | $ 904 | 904 / mo | May 2017 | |
| ☐ | ☑ | State Disability | $ | | | |
| ☐ | ☑ | Retirement (normal, early, or disability) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance / Separation Benefit Agreement | $ | | | |
| ☐ | ☑ | Other (please describe) | $ | | | |

**The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Michelle Nelson
**DATE:** 9-28-17 **EMPLOYEE'S SIGNATURE:** Michelle Nelson

DP 409 (11/12)

# REIMBURSEMENT AGREEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

**Return To:** Viktoriya Vecorko

Please complete, sign, and return a copy to Liberty Mutual.

***TO BE COMPLETED BY LIBERTY MUTUAL***

Claimant Name: Michelle Nelson

Address:

Name of Employer: Wells Fargo & Company

In consideration of the receipt of disability benefit payments received by me from the Plan Sponsor, I

( Michelle Nelson ) hereby agree:
(Claimant Name)

(a) to repay the Plan Sponsor for such benefits to the extent they are for losses for which compensation is paid to the covered person by or on behalf of the person at fault;

(b) to allow the Plan Sponsor a lien on such compensation and to hold such compensation in a trust for the Sponsor, and;

(c) to execute and give to the Plan Sponsor any instruments needed to secure the rights under (a) and (b).

Further, when the Plan Sponsor has paid benefits to or on behalf of the injured covered person, the Plan Sponsor will be subrogated to all rights of recovery that the covered has against the person at fault. These subrogation rights will extend only to recovery of the amount the Plan Sponsor has paid. The covered person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to the Plan Sponsor.

9-26-17
(Date)

(Signatnre of injured individual or legal representative)

***Please retain a copy for your records or one can be provided upon request.***

Liberty Mutual. INSURANCE

# LIBERTY MUTUAL GROUP
# LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits whicl have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Michelle Nelson **Date of Birth** ____

**Employer:** Wells Fargo & Company **Policy/Plan Sponsor No.** 05 - 289424

**A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** Michelle Nelson **(Witness signature)** ____________

**(Address)** ____________ **(Address)** ____________

**(Date)** 9-26-17 **(Date)** ____________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

EMPLOYEE/CLAIMANT NAME: Michelle Nelson
CLAIM NO. 7608815
EMPLOYER/SPONSOR: Wells Fargo & Company DATE OF BIRTH ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: 12 Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: no Certificate Program completed: ______

Associates Degree: Business College: number of years: 4 yrs to complete

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA MS CAGS PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: none

Additional Skills, Hobbies & Volunteer Work none

Did you serve in the Armed Forces? ☐ Y ☑ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Wells Fargo Department: Underwriting From: 2004 To: 2016
   Job Title(s): Underwriter 3
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): Decision mortgage applications for equity line/loans. Review credit reports, income + appraisals

2. Company: Wells Fargo Department: Processing / Analytical Team From: 2001 To: 2004
   Job Title(s): Work Director
   Supervisory Experience ☑ Y ☐ N
   Tasks/Duties (please be specific): Ensure workload distributed to team members to meet service level agreements. Train and review new members work

3. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

4. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

5. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

**Computer Utilization:**

Computer Training/Courses, Certifications: ______

| | | Home | Work | | Home | Work |
|---|---|---|---|---|---|---|
| previous work position | Email | ☐ | ☑ | Graphics Software | ☐ | ☐ |
| previous work position | Internet | ☐ | ☑ | Installation/Repair Hardware | ☐ | ☐ |
| previous work position | Word Processing (MS Word) | ☐ | ☑ | Installation/Repair Programming | ☐ | ☐ |
| | Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| | Database | ☐ | ☐ | | | |
| | Photo Software | ☐ | ☐ | Other: ______ | | |

(Previous work positions)
How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☑ 3+ hours

(previously when employed.)
How much time is spent daily on your home computer? ☐ None ☑ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: Yes ☑ No ☐ If yes, WPM (words per minute) 50 wpm

(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: [illegible] .com Work: ______

SIGNATURE: [signature] PHONE NO: ( ) ______

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Michelle Nelson Claim No 7608815

Employer/Sponsor/Customer Name Wells Fargo & Company

Return to: Viktoriya Vecorko

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Michelle Nelson
Claimant Name ( Print)

Date of Birth

Michelle Nelson
Claimant Signature

9-28-17
Date

7608815
Claim Number

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

## Authorization to Obtain and Release Psychotherapy Notes

Employee Name Michelle Nelson Claim No 7608815

Employer/Sponsor/Customer Name Wells Fargo & Company

Return to: Viktoriya Vecorko

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Michelle Nelson
Claimant Name (Print)

Date of Birth

Michelle Nelson
Claimant Signature

9-28-17
Date

7608815
Claim Number

# AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Patient Name: Michelle Nelson DOB: Medical Record #

Address:

Telephone #: E-mail Address

I, Michelle Nelson (Patient or Legal Representative), authorize Dr. Komatineni (Name of physician / health care provider releasing records)

to disclose to:

Name: Viktoria Vercoko / Liberty Insurance Phone: 866-213-2937

Address: PO BOX 7208, London KY, 40742-7208

Date(s) of Service:

Only the following specific information (check all that apply):

| | | |
|---|---|---|
| ☐ Abstract | ☐ Operative Reports | ☐ EKG/EEG Reports |
| ☐ History and Physical | ☐ Radiology Reports | ☐ Cardiac Testing (Holter, Echo, Stress, etc.) |
| ☐ Discharge Summary | ☐ Laboratory Reports | ☐ Behavioral Health/Psychiatric Care |
| ☐ Consultations | ☐ Pathology Reports | ☐ Immunization Records |
| ☐ Progress Notes | ☐ Clinic Records | ☐ Billing Records |
| ☐ ER Record | ☐ Therapy Notes/Reports | ☐ Other |

Or:
☐ Entire Medical Record for specified date(s) of service: From: To: ("Present" equals date of signature)

Or:
☑ Entire Medical Record

Information to be release by: ☑ Paper ☐ Pick Up at Facility ☑ Electronic

I understand that information disclosed pursuant to this authorization may include information relating to the following, unless specifically restricted below:

- Psychological / psychiatric conditions
- Drug and/or alcohol abuse diagnosis and/or treatment
- HIV/AIDS diagnosis and/or testing
- Sexually transmitted disease(s) diagnosis and/or testing
- Genetic testing

List any restrictions:

The purpose of the disclosure is: Disability paperwork

**Redisclosure of Information:** I understand that once information is disclosed pursuant to this authorization that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), 45 C.F.R. Parts 160 and 164, protecting health information may not apply to the recipient of the information and, therefore, may not prohibit the recipient from re-disclosing it. Other laws, however, may prohibit redisclosure.

**Right to Refuse to Sign this Authorization:** I understand that generally the person(s) and/or organization(s) listed above who I am authorizing to use and/or disclose my information may not condition my treatment, payment, or eligibility for health care benefits on my decision to sign this authorization.

**Right to Revoke:** I understand that I may revoke this authorization in writing at any time except to the extent that action has been taken in reliance on it, or unless this authorization is given as a condition of obtaining health insurance coverage and the insurer has a legal right to contest the policy or a claim under the policy. To revoke this authorization, I will provide the Privacy Officer at the above listed physician/health care provider's office with a written revocation.

**Right to Inspect:** I understand that I have the right to inspect the health information I have authorized to be used or disclosed by this authorization form.

**Right to Receive a Copy of Authorization:** I understand that if I agree to sign this authorization, I must be provided with a signed copy of this form if I so request.

**Expiration Date:** This authorization is in effect until Dec 31, 2017 (I understand that unless I provide a written revocation at an earlier date, this authorization will expire in one year.)

**Signature of Patient or Legal Representative(s):** Michelle Nelson Date: 9/26/2017
(Note: If patient is a minor child, both parents may be required to sign)

Printed Name(s): Relationship to Patient:
(If signed by other than patient)

Revised 02/24/12

verisma®
SECURE RELEASE OF INFORMATION

PO Box 558
Pueblo, CO 81002

866-390-7404
719-542-2564 (FAX)
www.verisma.com

LIBERTY MUTUAL
Viktoriya Vecorko
PO BOX 7208
LONDON, KY 40742

Date: 9/25/2017
Invoice #: 6168-11024

**WE ARE UNABLE TO FULFILL YOUR REQUEST FOR MEDICAL RECORDS**

Patient Name: Nelson, Michelle
Case #:
Medical Provider: Colorado Springs Neurological Associates, P.C.
2312 North Nevada Avenue Suite 100, Colorado Springs, CO 80907

Dear Medical Records Requestor:
Verisma Systems, Inc. has contracted with the medical provider noted above to provide HIPAA compliance review and distribute medical records on its behalf. An issue concerning the attached request has been detected. Your request will not be processed due to the following issue(s):

The request provided to the facility did not contain a HIPAA compliant, patient signed authorization. Provide a HIPAA compliant, valid authorization signed by the patient.

**In order to process your request for medical records, a new request/authorization addressing the issue(s) must be provided to the medical facility from where you are requesting records.**

Please contact our Customer Service Team with questions:
Telephone: **866-390-7404**

STATEMENT OF CONFIDENTIALITY

THIS INFORMATION IS INTENDED FOR THE EXCLUSIVE USE OF THE ADDRESSEE AND MAY CONTAIN CONFIDENTIAL OR PRIVILEGED INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY RETENTION, COPYING, DISSEMINATION, OR USE OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF THIS WAS SENT IN ERROR, PLEASE NOTIFY Verisma Systems, Inc., AT 866-390-7404 AND DESTROY THIS COMMUNICATION AND ANY ATTACHMENTS.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | September 20, 2017 |
| To: | DR. APARNA KOMATINENI, MD<br>2312 N NEVADA AVE #100<br>COLORADO SPRINGS CO 80907 |
| Attn: | |
| Fax: | (719) 389-1191 |
| From: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 7608815<br>Claimant: Michelle Nelson<br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

September 20, 2017

Dr. Aparna Komatineni, MD
2312 N NEVADA AVE #100
COLORADO SPRINGS, CO 80907

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Dr. Aparna Komatineni, MD:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2016 through Present

We ask that you provide this information by September 27, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8306 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

## AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Patient Name: ______________________________ DOB: ____________ Medical Record # ____________

Address: ____________________________________________

Telephone # ____________________ E-mail Address ______________________________

I, ______________________________, authorize ______________________________________
(Patient or Legal Representative) (Name of physician / health care provider releasing records)

**to disclose to:**

Name: ______________________________ Phone: ____________________

Address: ____________________________________________

Date(s) of Service: ______________________________

**Only the following specific information (check all that apply):**

| | | |
|---|---|---|
| ☐ Abstract | ☐ Operative Reports | ☐ EKG/EEG Reports |
| ☐ History and Physical | ☐ Radiology Reports | ☐ Cardiac Testing (Holter, Echo, Stress, etc.) |
| ☐ Discharge Summary | ☐ Laboratory Reports | ☐ Behavioral Health/Psychiatric Care |
| ☐ Consultations | ☐ Pathology Reports | ☐ Immunization Records |
| ☐ Progress Notes | ☐ Clinic Records | ☐ Billing Records |
| ☐ ER Record | ☐ Therapy Notes/Reports | ☐ Other ______________________ |

**Or:**

☐ Entire Medical Record for specified date(s) of service: From: ______________ To: ______________
("Present" equals date of signature)

**Or:**

☐ Entire Medical Record

**Information to be release by:** ☐ Paper ☐ Pick Up at Facility ☐ Electronic

I understand that information disclosed pursuant to this authorization may include information relating to the following, **unless specifically restricted below:**

- Psychological / psychiatric conditions
- Drug and/or alcohol abuse diagnosis and/or treatment
- HIV/AIDS diagnosis and/or testing
- Sexually transmitted disease(s) diagnosis and/or testing
- Genetic testing

List any restrictions: ______________________________________________

**The purpose of the disclosure is:** ______________________________________________

**Redisclosure of Information:** I understand that once information is disclosed pursuant to this authorization that the Health Insurance Portability and Accountability Act of 1996 (HIPAA), 45 C.F.R. Parts 160 and 164, protecting health information may not apply to the recipient of the information and, therefore, may not prohibit the recipient from re-disclosing it. Other laws, however, may prohibit redisclosure.

**Right to Refuse to Sign this Authorization:** I understand that generally the person(s) and/or organization(s) listed above who I am authorizing to use and/or disclose my information may not condition my treatment, payment, or eligibility for health care benefits on my decision to sign this authorization.

**Right to Revoke:** I understand that I may revoke this authorization in writing at any time except to the extent that action has been taken in reliance on it, or unless this authorization is given as a condition of obtaining health insurance coverage and the insurer has a legal right to contest the policy or a claim under the policy. To revoke this authorization, I will provide the Privacy Officer at the above listed physician/health care provider's office with a written revocation.

**Right to Inspect:** I understand that I have the right to inspect the health information I have authorized to be used or disclosed by this authorization form.

**Right to Receive a Copy of Authorization:** I understand that if I agree to sign this authorization, I must be provided with a signed copy of this form if I so request.

**Expiration Date:** This authorization is in effect until ______________ (I understand that unless I provide a written revocation at an earlier date, this authorization will expire in one year.)

**Signature of Patient or Legal Representative(s):** ______________________________ **Date:** ____/____/______
(Note: If patient is a minor child, both parents may be required to sign)

Printed Name(s): ______________________________ Relationship to Patient : ______________________________
**(If signed by other than patient)**

Revised 02/24/12

**n0173471**

---

**From:** wellsfargo
**Sent:** Wednesday, September 27, 2017 11:29:42 AM
**To:** '
**Subject:** Claim: 7608815
**Attachments:** 006FCE68 (002).PDF

Please complete and return to us.

Thank you.

To: Viktoriya Vecorko
(Liberty Mutual)

Claim #: 7608815

From: Michelle Nelson
(

Attached: Social security
award letter

**Social Security Administration**

MICHELLE R NELSON

8408

Date: September 20, 2017
Claim Number:

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2016, the full monthly Social Security benefit before any deductions is $1,809.00.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,809.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security henefits are paid on or about the third Wednesday of each month.

**Information About Past Social Security Benefits**

From July 2016 to November 2016, the full monthly Social Security benefit before any deductions was $1,803.60.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,803.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

**Date of Birth Information**

The date of birth shown on our records is

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 888-880-0688. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY

2306 E Pikes Peak Ave
COLORADO SPRINGS, CO 80909

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208

MS. MICHELLE NELSON

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

September 22, 2017

Ms. Michelle R. Nelson

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815

Dear Ms. Michelle Nelson:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wells Fargo & Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On September 18, 2017 and September 20, 2017, we requested medical information from Dr. Leppard, Falcon Physical Therapy, Dr. Fraley and Dr. Komatineni . This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from June 1, 2016 through Present from Dr. Leppard, Falcon Physical Therapy, Dr. Fraley and Dr. Komatineni.

Wells Fargo & Company's LTD Policy requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than November 1, 2017 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

Attachments: 7608815-REQUEST-PROVIDER-09.19.2017
7608815-REQUEST-PROVIDER-09.20.2017
7608815-REQUEST-PROVIDER-09.20.2017
7608815-REQUEST-PROVIDER-09.19.2017

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | September 19, 2017 |
| To: | KATHERINE LEPPARD<br>3470 CENTENIAL BLVD<br>COLORADO SPRINGS CO 00000 |
| Attn: | |
| Fax: | (719) 575-1850 |
| From: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages<br>(Including Cover): | 2 |
| RE:<br><br>Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

September 19, 2017

Katherine Leppard
3470 CENTENIAL BLVD
COLORADO SPRINGS, CO 00000

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Katherine Leppard:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2016 through Present

We ask that you provide this information by September 26, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8306 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | September 20, 2017 |
| To: | DR. APARNA KOMATINENI, MD<br>2312 N NEVADA AVE #100<br>COLORADO SPRINGS CO 80907 |
| Attn: | |
| Fax: | (719) 389-1191 |
| From: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages<br>(Including Cover): | 2 |
| RE: | Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

September 20, 2017

Dr. Aparna Komatineni, MD
2312 N NEVADA AVE #100
COLORADO SPRINGS, CO 80907

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Dr. Aparna Komatineni, MD:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2016 through Present

We ask that you provide this information by September 27, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8306 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | September 20, 2017 |
| To: | DR. MARK FRALEY, MD<br>2141 NO. ACADEMY CIR.<br>COLORADO SPRINGS, CO 80909 |
| Attn: | |
| Fax: | (719) 597-4495 |
| From: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages<br>(Including Cover): | 2 |
| RE:<br><br>Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

September 20, 2017

Dr. Mark S. Fraley, MD
2141 NO. ACADEMY CIR.
COLORADO SPRINGS,, CO 80909

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Dr. Fraley:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2016 through Present

We ask that you provide this information by September 27, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8306 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | September 19, 2017 |
| To: | FALCON PHYSICAL THERAPY |
| Attn: | |
| Fax: | (719) 488-1427 |
| From: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages<br>(Including Cover): | 2 |
| RE:<br><br>Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

September 19, 2017

Falcon Physical Therapy

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Falcon Physical Therapy:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2016 through Present

We ask that you provide this information by September 26, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8306 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

# Falcon Physical Therapy

Fax Cover Sheet

The information included on the following pages contains private health information and is solely intended for the recipient listed below. If you have mistakenly received this information, please return via US Postal Service to the address below. Thank you.

To: Liberty Mutual Viktoriya 603-334-8306

From: Falcon Physical Therapy

Subject: Michelle Nelson

Comments:

Number of Pages: ____________ (including cover sheet)

Falcon Physical Therapy
12229 Voyager Parkway, Ste. 150
Colorado Springs, CO 80921

Phone: (719) 488-0120
Fax: (719) 488-1427
www.falconpt.com

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

September 19, 2017

Falcon Physical Therapy

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Falcon Physical Therapy:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2016 through Present

We ask that you provide this information by September 26, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8306 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | September 19, 2017 |
| To: | FALCON PHYSICAL THERAPY |
| Attn: | |
| Fax: | (719) 488-1427 |
| From: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

FALCON PHYSICAL THERAPY

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD
**Date of Original Eval:** 02/05/2016
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

**Date of Daily Note:** 05/04/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Visit No.:** 14
**Insurance Name:** KAISER PERMANENTE

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Neck is very tight and stiff today. Thinks the new exercises (rows) last visit flared things up some.
**Aggravating Factors:** Sitting, Standing, Walking; Any activity in an upright position
**Home Health Care:** No
**Medical History:** PMH includes history of migraines (1-2x/week) for 10 years, however, is otherwise is unremarkable per patient report.
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Cervical flex/ext/rot/SB 10x each - 5 mins<br>UT stretch - 3 mins<br>LS stretch - 2 mins<br>Resisted iso c-spine, all planes at wall - 3 mins<br>Standing at wall, pull-aparts w/ YTB - 2 mins<br>Standing rows w/ YTB - 5 mins<br>20 mins | 0 |
| GP:97140 | Manual Therapy<br>STM cervical paraspinals/UT/LS/scalenes<br>UT and LS stretches<br>inhibitive distraction<br>cervical traction<br>1st rib inferior mobs<br>Cervical downglide and upglide mobs<br>53 minutes | 4 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

Post-Treatment MHP cervical - 8 minutes

## Assessment

**Assessment/Diagnosis:** Patient reported some relief following treatment. Still very tight through LS and middle scalene. Decreased first rib inferior glide with significant muscle guarding; elevated first rib may be leading to N&T into arm.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**
1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities. |
2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain. |
3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work. |
**Long Term Goals:**
1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less. |
2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain. |

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 05/04/2016

# Daily Note / Billing Sheet

3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities. |

## Plan

**Instructions:** Progressing Patient Next Visit
Continue soft tissue massage for pain relief
1st rib inferior glides
Progress c-spine, glenohumeral joint musculature strength

Darin Yantis, PT, DPT
License #12469
*Completed by Darin Yantis, PT, DPT on May 4, 2016 at 12:51 pm*

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

FALCON PHYSICAL THERAPY

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD
**Date of Original Eval:** 02/05/2016
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

**Date of Daily Note:** 05/11/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Visit No.:** 15
**Insurance Name:** KAISER PERMANENTE

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient reported that she felt good for about two days after last treatment, but neck tightened up again and is now back to how it was.
**Aggravating Factors:** Sitting, Standing, Walking; Any activity in an upright position
**Home Health Care:** No
**Medical History:** PMH includes history of migraines (1-2x/week) for 10 years, however, is otherwise is unremarkable per patient report.
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Cervical flex/ext/rot/SB 10x each - 5 mins<br>UT stretch - 3 mins<br>LS stretch - 2 mins<br>Resisted iso c-spine, all planes at wall - 3 mins<br>Standing at wall, pull-aparts w/ YTB - 2 mins<br>Standing rows w/ YTB - 5 mins<br>20 mins | 0 |
| GP:97140 | Manual Therapy<br>STM cervical paraspinals/UT/LS/scalenes<br>UT and LS stretches<br>inhibitive distraction<br>cervical traction<br>1st rib inferior mobs<br>Cervical downglide and upglide mobs<br>45 minutes | 3 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97014 | E-Stim Unattended<br>Interferential<br>IFC w MHP to L neck/shoulder - 15 minutes | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Very tight through levator scap insertion on scapula. Discussed TDN with patient, but she chose to continue with manual therapy for now. Moderate decrease in muscle tightness following treatment.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**
1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities. |
2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain. |
3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work. |
**Long Term Goals:**

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 05/11/2016

1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less. |
2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain. |
3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities. |

## Plan

**Instructions:** Progressing Patient Next Visit
Continue soft tissue massage for pain relief
1st rib inferior glides
Progress c-spine, glenohumeral joint musculature strength

Darin Yantis, PT, DPT
License #12469
*Completed by Darin Yantis, PT, DPT on May 12, 2016 at 8:14 am*

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

FALCON PHYSICAL THERAPY

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD
**Date of Original Eval:** 02/05/2016
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

**Date of Daily Note:** 05/18/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Visit No.:** 16
**Insurance Name:** KAISER PERMANENTE

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Same results after last treatment; relief for about two days with return of symptoms following.
**Aggravating Factors:** Sitting, Standing, Walking; Any activity in an upright position
**Home Health Care:** No
**Medical History:** PMH includes history of migraines (1-2x/week) for 10 years, however, is otherwise is unremarkable per patient report.
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Cervical flex/ext/rot/SB 10x each - 5 mins<br>UT stretch - 3 mins<br>LS stretch - 2 mins<br>Resisted iso c-spine, all planes at wall - 3 mins<br>Standing at wall, pull-aparts w/ YTB - 2 mins<br>Standing rows w/ YTB - 5 mins<br>20 mins | 0 |
| GP:97140 | Manual Therapy<br>STM cervical paraspinals/UT/LS/scalenes<br>UT and LS stretches<br>inhibitive distraction<br>cervical traction<br>1st rib inferior mobs<br>Cervical downglide and upglide mobs<br>45 minutes | 3 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

Post-Treatment

Treatment assisted by DPT Travis Nichols

## Assessment

**Assessment/Diagnosis:** Visible muscle guarding through left cervical muscles. Decreased tension following treatment, but no prolonged relief.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**
1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities. |
2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain. |
3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work. |

**Long Term Goals:**
1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less. |
2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain. |
3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities. |

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 05/18/2016

# Daily Note / Billing Sheet

## Plan

**Instructions:** Progressing Patient Next Visit
Continue soft tissue massage for pain relief
1st rib inferior glides
Progress c-spine, glenohumeral joint musculature strength

, PT, DPT

Darin Yantis, PT, DPT
License #12469
*Completed by Darin Yantis, PT, DPT on May 18, 2016 at 6:25 pm*

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

FALCON PHYSICAL THERAPY

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD
**Date of Original Eval:** 02/05/2016
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

**Date of Daily Note:** 05/31/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Visit No.:** 17
**Insurance Name:** KAISER PERMANENTE

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Relief for a few days, but no lasting benefits noted.
**Aggravating Factors:** Sitting, Standing, Walking; Any activity in an upright position
**Home Health Care:** No
**Medical History:** PMH includes history of migraines (1-2x/week) for 10 years, however, is otherwise is unremarkable per patient report.
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97140 | Manual Therapy<br>STM cervical paraspinals/UT/LS<br>UT and LS stretches<br>cervical traction<br>Cervical downglide and upglide mobs<br>TDN L LS and UT<br>38 minutes | 3 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97014 | E-Stim Unattended<br>Interferential<br>IFC w MHP L cervical region - 10 minutes | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Tolerated TDN well with moderate relief of muscle tightness.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**
1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities. |
2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain. |
3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work. |

**Long Term Goals:**
1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less. |
2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain. |
3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities. |

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 05/31/2016

## Plan

**Instructions:**
Reassess benefits of TDN.

Darin Yantis, PT, DPT
License #12469
*Completed by Darin Yantis, PT, DPT on June 1, 2016 at 10:12 pm*

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

FALCON PHYSICAL THERAPY

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD
**Date of Original Eval:** 02/05/2016
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

**Date of Daily Note:** 06/02/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Visit No.:** 18
**Insurance Name:** KAISER PERMANENTE

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient feels that her neck was more stiff following TDN at last visit.
**Aggravating Factors:** Sitting, Standing, Walking; Any activity in an upright position
**Home Health Care:** No
**Medical History:** PMH includes history of migraines (1-2x/week) for 10 years, however, is otherwise is unremarkable per patient report.
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | *Units* |
|---|---|---|
| GP:97140 | Manual Therapy<br>STM cervical paraspinals/UT/LS<br>UT and LS stretches<br>cervical traction<br>1st rib inferior glides<br>STM LS w scap retract/elevation<br>Mid thoracic HVLAT<br>40 minutes | *3* |

| CPT® Code | Untimed Codes | *Units* |
|---|---|---|
| GP:97014 | E-Stim Unattended<br>Interferential<br>IFC w MHP L cervical region - 15 minutes | *1* |

*CPT copyright 2015 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient reported some relief following manual therapy and IFC, but still a little tight.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**
1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities. |
2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain. |
3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work. |

**Long Term Goals:**
1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less. |
2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain. |
3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities. |

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 06/02/2016

## Plan

**Instructions:** Progressing Patient Next Visit
Continue with manual therapy.

Darin Yantis, PT, DPT
License #12469
*Completed by Darin Yantis, PT, DPT on June 2, 2016 at 1:16 pm*

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427

FALCON PHYSICAL THERAPY

# Discharge Note

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Physician Name:** K. J. LEPPARD, MD

**Date of Last Eval:** 02/05/2016
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

**Date of Discharge Note:** 02/12/2017
**Injury/Onset Date:** Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Visit No.:** 18

**Nelson, Michelle has been discharged from our care for the following reasons:**
Patient did not return to PT following most recently attended appointment. No further word from patient therefore will discharge at this time.

Please see the last progress report or notes above for the patient's most recent status. Thank you for the opportunity to assist you in the rehabilitation of this patient. If you have any questions or concerns, please feel free to contact me at (719)488-0120.

Travis Nichols, PT, DPT

Travis Nichols, PT, DPT
License #12597
*Document created on February 12, 2017 6:21 pm*

**Group:** Falcon Physical Therapy and Fitness PLLC
7622 McLaughlin Road
Peyton, CO 808314710

**Patient:** Nelson, Michelle

**Acct:** 76737986 **Date:** 9/20/2017
**NPI:** 1558446864
**TIN:** 200977869

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 6/2/2016 | Yantis, Darin | 97140 - Manual Therapy Tqs 1 Regions Each 15 Minutes | $180.00 | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 6/2/2016 | Kaiser | Charges | $180.00 |
| 8/1/2016 | Kaiser | Insurance Payment | $99.90 |
| 8/1/2016 | Kaiser | Adjustment - Contractual | $80.10 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 6/2/2016 | Yantis, Darin | 97014 - Appl Modality 1/> Areas Elec Stimj Unattended | $34.00 | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 6/2/2016 | Kaiser | Charges | $34.00 |
| 8/1/2016 | Kaiser | Insurance Payment | $17.88 |
| 8/1/2016 | Kaiser | Adjustment - Contractual | $16.12 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 5/31/2016 | Yantis, Darin | 97140 - Manual Therapy Tqs 1 Regions Each 15 Minutes | $180.00 | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 5/31/2016 | Kaiser | Charges | $180.00 |
| 8/1/2016 | Kaiser | Insurance Payment | $99.90 |
| 8/1/2016 | Kaiser | Adjustment - Contractual | $80.10 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 5/31/2016 | Yantis, Darin | 97014 - Appl Modality 1/> Areas Elec Stimj Unattended | $34.00 | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 5/31/2016 | Kaiser | Charges | $34.00 |
| 8/1/2016 | Kaiser | Insurance Payment | $17.88 |
| 8/1/2016 | Kaiser | Adjustment - Contractual | $16.12 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 5/18/2016 | Yantis, Darin | 97140 - Manual Therapy Tqs 1 Regions Each 15 Minutes | $180.00 | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 5/18/2016 | Kaiser | Charges | $180.00 |
| 8/1/2016 | Kaiser | Insurance Payment | $99.90 |
| 8/1/2016 | Kaiser | Adjustment - Contractual | $80.10 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 5/11/2016 | Yantis, Darin | 97140 - Manual Therapy Tqs 1 Regions Each 15 Minutes | $180.00 | Private Pay | $0.00 |
| | | | | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 5/11/2016 | Kaiser | Charges | $180.00 |
| 8/1/2016 | Kaiser | Insurance Payment | $99.90 |
| 8/1/2016 | Kaiser | Adjustment - Contractual | $80.10 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 5/11/2016 | Yantis, Darin | 97014 - Appl Modality 1/> Areas Elec Stimj Unattended | $34.00 | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 5/11/2016 | Kaiser | Charges | $34.00 |
| 8/1/2016 | Kaiser | Insurance Payment | $17.88 |
| 8/1/2016 | Kaiser | Adjustment - Contractual | $16.12 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 5/4/2016 | Yantis, Darin | 97140 - Manual Therapy Tqs 1 Regions Each 15 Minutes | $240.00 | Private Pay | $0.00 |
| | | | | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 5/4/2016 | Kaiser | Charges | $240.00 |
| 8/1/2016 | Kaiser | Insurance Payment | $133.20 |
| 8/1/2016 | Kaiser | Adjustment - Contractual | $106.80 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 4/28/2016 | Starks, Laura | 97140 - Manual Therapy Tqs 1 Regions Each 15 Minutes | $120.00 | Private Pay | $0.00 |
| | | | | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 4/28/2016 | Kaiser | Charges | $120.00 |
| 12/5/2016 | Kaiser | Payment - Interest Payment | $23.27 |
| 12/5/2016 | Kaiser | Adjustment - Interest | ($23.27) |
| 12/5/2016 | Kaiser | Insurance Payment | $66.60 |

| | | | |
|---|---|---|---|
| 12/5/2016 | Kaiser | Adjustment - Contractual | $53.40 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 4/28/2016 | Starks, Laura | 97110 - Therapeutic Px 1 Areas Each 15 Min Exercises | $80.00 | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 4/28/2016 | Kaiser | Charges | $80.00 |
| 12/5/2016 | Kaiser | Insurance Payment | $36.10 |
| 12/5/2016 | Kaiser | Adjustment - Contractual | $43.90 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 4/26/2016 | Starks, Laura | 97140 - Manual Therapy Tqs 1 Regions Each 15 Minutes | $120.00 | Private Pay | $0.00 |
| | | | | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 4/26/2016 | Kaiser | Charges | $120.00 |
| 12/5/2016 | Kaiser | Payment - Interest Payment | $23.27 |
| 12/5/2016 | Kaiser | Adjustment - Interest | ($23.27) |
| 12/5/2016 | Kaiser | Insurance Payment | $66.60 |
| 12/5/2016 | Kaiser | Adjustment - Contractual | $53.40 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 4/26/2016 | Starks, Laura | 97110 - Therapeutic Px 1 Areas Each 15 Min Exercises | $80.00 | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 4/26/2016 | Kaiser | Charges | $80.00 |
| 12/5/2016 | Kaiser | Insurance Payment | $36.10 |
| 12/5/2016 | Kaiser | Adjustment - Contractual | $43.90 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 4/21/2016 | Starks, Laura | 97140 - Manual Therapy Tqs 1 Regions Each 15 Minutes | $180.00 | Private Pay | $0.00 |
| | | | | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 4/21/2016 | Kaiser | Charges | $180.00 |
| 5/2/2016 | Kaiser | Insurance Payment | $99.90 |
| 5/2/2016 | Kaiser | Adjustment - Contractual | $80.10 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 4/14/2016 | Starks, Laura | 97140 - Manual Therapy Tqs 1 Regions Each 15 Minutes | $180.00 | Private Pay | $0.00 |
| | | | | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 4/14/2016 | Kaiser | Charges | $180.00 |
| 5/2/2016 | Kaiser | Insurance Payment | $99.90 |
| 5/2/2016 | Kaiser | Adjustment - Contractual | $80.10 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 4/7/2016 | Phillips, Marc | 97140 - Manual Therapy Tqs 1 Regions Each 15 Minutes | $180.00 | Private Pay | $0.00 |
| | | | | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 4/13/2016 | Kaiser | Charges | $180.00 |
| 4/13/2016 | Private Pay | Payment | $25.00 |
| 5/2/2016 | Kaiser | Insurance Payment | $99.90 |
| 5/2/2016 | Kaiser | Adjustment - Contractual | $80.10 |
| 12/29/2016 | Private Pay | Refund - Patient | ($25.00) |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 3/31/2016 | Phillips, Marc | 97140 - Manual Therapy Tqs 1 Regions Each 15 Minutes | $180.00 | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 3/31/2016 | Kaiser | Charges | $180.00 |
| 4/11/2016 | Kaiser | Insurance Payment | $99.90 |
| 4/11/2016 | Kaiser | Adjustment - Contractual | $80.10 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 3/17/2016 | Phillips, Marc | 97140 - Manual Therapy Tqs 1 Regions Each 15 Minutes | $180.00 | Private Pay | $0.00 |
| | | | | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 3/22/2016 | Kaiser | Charges | $180.00 |
| 3/22/2016 | Private Pay | Payment | $25.00 |
| 4/1/2016 | Kaiser | Insurance Payment | $99.90 |
| 4/1/2016 | Kaiser | Adjustment - Contractual | $80.10 |
| 12/29/2016 | Private Pay | Refund - Patient | ($25.00) |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 3/10/2016 | Nichols, Travis | | $120.00 | Private Pay | $0.00 |

97140 - Manual Therapy Tqs 1 Regions Each 15 Minutes

Kaiser $0.00

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 3/10/2016 | Kaiser | Charges | $120.00 |
| 3/10/2016 | Private Pay | Payment - Pat Credit Card | $25.00 |
| 4/1/2016 | Kaiser | Insurance Payment | $41.60 |
| 4/1/2016 | Kaiser | Adjustment - Contractual | $53.40 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 2/22/2016 | Nichols, Travis | 97140 - Manual Therapy Tqs 1 Regions Each 15 Minutes | $180.00 | Private Pay | $0.00 |
| | | | | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 2/22/2016 | Kaiser | Charges | $180.00 |
| 2/22/2016 | Private Pay | Payment - Pat Credit Card | $25.00 |
| 3/3/2016 | Kaiser | Insurance Payment | $74.90 |
| 3/3/2016 | Kaiser | Adjustment - Contractual | $80.10 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 2/15/2016 | Nichols, Travis | 97140 - Manual Therapy Tqs 1 Regions Each 15 Minutes | $180.00 | Private Pay | $0.00 |
| | | | | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 2/15/2016 | Kaiser | Charges | $180.00 |
| 2/15/2016 | Private Pay | Payment - Pat Credit Card | $25.00 |
| 3/2/2016 | Kaiser | Insurance Payment | $74.90 |
| 3/2/2016 | Kaiser | Adjustment - Contractual | $80.10 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 2/10/2016 | Nichols, Travis | 97140 - Manual Therapy Tqs 1 Regions Each 15 Minutes | $120.00 | Private Pay | $0.00 |
| | | | | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 2/15/2016 | Kaiser | Charges | $120.00 |
| 2/10/2016 | Private Pay | Payment - Pat Credit Card | $25.00 |
| 3/2/2016 | Kaiser | Insurance Payment | $41.60 |
| 3/2/2016 | Kaiser | Adjustment - Contractual | $53.40 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 2/10/2016 | Nichols, Travis | 97110 - Therapeutic Px 1 Areas Each 15 Min Exercises | $80.00 | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 2/15/2016 | Kaiser | Charges | $80.00 |
| 3/2/2016 | Kaiser | Insurance Payment | $36.10 |
| 3/2/2016 | Kaiser | Adjustment - Contractual | $43.90 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 2/9/2016 | Nichols, Travis | 97140 - Manual Therapy Tqs 1 Regions Each 15 Minutes | $120.00 | Private Pay | $0.00 |
| | | | | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 2/15/2016 | Kaiser | Charges | $120.00 |
| 2/15/2016 | Private Pay | Payment | $25.00 |
| 3/2/2016 | Kaiser | Insurance Payment | $41.60 |
| 3/2/2016 | Kaiser | Adjustment - Contractual | $53.40 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 2/9/2016 | Nichols, Travis | 97110 - Therapeutic Px 1 Areas Each 15 Min Exercises | $80.00 | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 2/15/2016 | Kaiser | Charges | $80.00 |
| 3/2/2016 | Kaiser | Insurance Payment | $36.10 |
| 3/2/2016 | Kaiser | Adjustment - Contractual | $43.90 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 2/5/2016 | Nichols, Travis | 97001 - Physical Therapy Evaluation | $190.00 | Private Pay | $0.00 |
| | | | | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 2/15/2016 | Kaiser | Charges | $190.00 |
| 2/10/2016 | Private Pay | Payment | $25.00 |
| 3/2/2016 | Kaiser | Insurance Payment | $59.05 |
| 3/2/2016 | Kaiser | Adjustment - Contractual | $105.95 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 2/5/2016 | Nichols, Travis | 97140 - Manual Therapy Tqs 1 Regions Each 15 Minutes | $60.00 | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 2/15/2016 | Kaiser | Charges | $60.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 3/2/2016 | Kaiser | Insurance Payment | $33.30 |
| 3/2/2016 | Kaiser | Adjustment - Contractual | $26.70 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

| Date | Provider | Procedure | Amt | Payer | Open |
|---|---|---|---|---|---|
| 2/5/2016 | Nichols, Travis | 97012 - Appl Modality 1/> Areas Traction Mechanical | $34.00 | Kaiser | $0.00 |

| Date | Payor | Transaction | Amount |
|---|---|---|---|
| 2/16/2016 | Kaiser | Charges | $34.00 |
| 3/2/2016 | Kaiser | Insurance Payment | $17.84 |
| 3/2/2016 | Kaiser | Adjustment - Contractual | $16.16 |

| ICD Cd | Description |
|---|---|
| M25.512 | Pain In Left Shoulder |
| M54.2 | Cervicalgia |

**Unapplied**

| Date | Transaction | Amount | Ref No |
|---|---|---|---|
| 2/10/2016 | Payment - Pat Credit Card | $25.00 | 012027 02/09/2016 |
| 2/10/2016 | Payment | ($25.00) | |
| 2/10/2016 | Payment - Pat Credit Card | $25.00 | 012027 02/05/2016 |
| 2/15/2016 | Payment | ($25.00) | |
| 3/17/2016 | Payment - Pat Credit Card | $25.00 | 002006 |
| 3/22/2016 | Payment | ($25.00) | |
| 3/31/2016 | Payment - Pat Credit Card | $25.00 | 010905 |
| 4/13/2016 | Payment | ($25.00) | |

**TOTALS:**

**Charges:** $3,526.00 **All Payments:** $1,944.87 **Adjustments:** $1,581.13 **All Refunds:** $0.00 **Unapplied:** $0.00

Work Location

# Employee History Information

New Window

Employee History Information

## Personal Information

| | | | | | |
|---|---|---|---|---|---|
| **EmplID:** | 00000141433 | **Company:** | B10 Wells Fargo Bank, N. A. | **First Start Dt:** | 05/01/1991 |
| **Name:** | Nelson,Michelle R | **Dept:** | 0000021082 Home Eqty | **Last Start Dt:** | 05/01/1991 |
| **Preferred Name:** | | **F/P:** | Reg-Time | **Reg/Temp:** | Regular |
| **Corp Hire Date:** | 05/01/1989 | **Termination Date:** | | **Contract End Date:** | |
| **Business Title:** | | **LOA:** | 02/04/2016 CML | | |
| **System Security Status:** | Active | **Last Date Worked:** | 02/03/2016 | **Acq Code:** | 012 UBC |
| **Leave/Absence Protected Job?:** | N | **ELID:** | U072204 | | |

**Retirement Date:** **Type:**

| Eff Date | Eff Seq | Act | Reas | Comp | Salary | Position | Job CD | Class | Title | F/P | R/T | STD HRS | AU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/02/2017 | | PAY | O | B10 | 33.09 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0105735 |
| 03/05/2017 | | PAY | M | B10 | 31.52 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0105735 |
| 03/06/2016 | | PAY | M | B10 | 31.52 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0105735 |
| 02/29/2016 | | POS | U | B10 | 31.52 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0105735 |
| 02/04/2016 | | LOA | CML | B10 | 31.52 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0105735 |
| 11/02/2015 | | RFL | RFL | B10 | 31.52 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0105735 |
| 09/24/2015 | | LOA | CML | B10 | 31.52 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0105735 |
| 03/08/2015 | | PAY | M | B10 | 31.52 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0105735 |
| 10/31/2014 | | POS | U | B10 | 31.05 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0105735 |
| 10/15/2014 | | POS | O | B10 | 31.05 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0010735 |
| 06/01/2014 | | POS | O | B10 | 31.05 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0012031 |
| 03/09/2014 | | PAY | M | B10 | 31.05 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0032288 |
| 03/29/2013 | | POS | O | B10 | 30.59 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0032288 |
| 03/10/2013 | | PAY | M | B10 | 30.59 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0032288 |
| 11/04/2012 | | PAY | O | B10 | 30.29 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0032288 |
| 10/23/2012 | | POS | O | B10 | 28.15 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0032288 |
| 03/11/2012 | | PAY | M | B10 | 28.15 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0032288 |
| 09/11/2011 | | POS | U | B10 | 27.87 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0032288 |
| 03/27/2011 | 1 | PAY | O | B10 | 27.87 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0032288 |
| 03/27/2011 | | POS | P | B10 | 27.87 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0032288 |
| 03/13/2011 | | PAY | M | B10 | 22.40 | 00651296 | 517089 | 2 | CLUwSAFE2 | F | R | 40.00 | 0032288 |
| 01/02/2011 | | DTA | TAC | B10 | 22.40 | 00651296 | 517089 | 2 | CLUwSAFE2 | F | R | 40.00 | 0032288 |
| 11/21/2010 | | POS | R | B10 | 22.40 | 00651296 | 517089 | 2 | CLUwSAFE2 | F | R | 40.00 | 0032288 |
| 03/14/2010 | | PAY | M | B10 | 22.40 | 00651296 | 517030 | 2 | ConsLnUnd2 | F | R | 40.00 | 0032288 |
| 02/01/2010 | | POS | O | B10 | 22.12 | 00651296 | 517030 | 2 | ConsLnUnd2 | F | R | 40.00 | 0032288 |
| 03/31/2009 | | POS | O | B10 | 22.12 | 00651296 | 517030 | 2 | ConsLnUnd2 | F | R | 40.00 | 0011835 |
| 03/01/2009 | | PAY | M | B10 | 22.12 | 00651296 | 517030 | 2 | ConsLnUnd2 | F | R | 40.00 | 0011739 |
| 10/17/2008 | | RFL | RFL | B10 | 21.73 | 00651296 | 517030 | 2 | ConsLnUnd2 | F | R | 40.00 | 0011739 |
| 07/16/2008 | | LOA | PRD | B10 | 21.73 | 00651296 | 517030 | 2 | ConsLnUnd2 | F | R | 40.00 | 0011739 |
| 05/23/2008 | | LOA | CML | B10 | 21.73 | 00651296 | 517030 | 2 | ConsLnUnd2 | F | R | 40.00 | 0011739 |
| 03/02/2008 | | PAY | M | B10 | 21.73 | 00651296 | 517030 | 2 | ConsLnUnd2 | F | R | 40.00 | 0011739 |
| 01/22/2008 | | POS | U | B10 | 21.06 | 00651296 | 517030 | 2 | ConsLnUnd2 | F | R | 40.00 | 0011739 |
| 11/19/2007 | | POS | O | B10 | 21.06 | 00651296 | 517030 | 2 | ConsLnUnd2 | F | R | 40.00 | 0011739 |
| 10/08/2007 | | RFL | RFL | B10 | 21.06 | 00651296 | 517030 | 2 | ConsLnUnd2 | F | R | 40.00 | 0011739 |

| | Plan Type | | Cvg Election | Cvg Begin Dt | Benefit | Plan | Coverage | Cvg Elect Dt |
|---|---|---|---|---|---|---|---|---|
| 3A | Basic LTD | | E | 1/1/2010 | 3A01 | Basic LTD | | 11/20/2009 |
| 30 | STD | | E | 1/1/2010 | 3001 | STD | | 11/20/2009 |
| 30 | STD | | E | 1/1/2005 | 3001 | STD | | 12/8/2004 |
| 31 | Optnl LTD | | E | 1/1/2010 | 3101 | Optnl LTD | | 11/20/2009 |
| 31 | LTD | | E | 7/1/1999 | 3101 | LTD | | 5/22/1999 |
| 31 | LTD | | E | 1/1/1995 | 3101 | LTD | | 11/26/1994 |
| 31 | LTD | | I | 5/1/1991 | | | | 5/1/1991 |
| 32 | Opt LTD | | T | 1/1/1994 | | | | 11/13/1993 |
| 32 | Opt LTD | | I | 5/1/1991 | | | | 5/1/1991 |

Team Member s Name: MICHELLE NELSON

Team Member s ID: 00000141433

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | September 20, 2017 |
| To: | DR. APARNA KOMATINENI, MD<br>2312 N NEVADA AVE #100<br>COLORADO SPRINGS CO 80907 |
| Attn: | |
| Fax: | (719) 389-1191 |
| From: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

September 20, 2017

Dr. Aparna Komatineni, MD
2312 N NEVADA AVE #100
COLORADO SPRINGS, CO 80907

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Dr. Aparna Komatineni, MD:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2016 through Present

We ask that you provide this information by September 27, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8306 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | September 20, 2017 |
| To: | DR. MARK FRALEY, MD<br>2141 NO. ACADEMY CIR.<br>COLORADO SPRINGS, CO 80909 |
| Attn: | |
| Fax: | (719) 597-4495 |
| From: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages<br>(Including Cover): | 2 |
| RE: | Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

September 20, 2017

Dr. Mark S. Fraley, MD
2141 NO. ACADEMY CIR.
COLORADO SPRINGS,, CO 80909

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Dr. Fraley:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2016 through Present

We ask that you provide this information by September 27, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8306 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

‹ Work Location

# Employee History Information

New Window

Employee History Information

## Personal Information

**EmplID:** 00000141433
**Name:** Nelson,Michelle R
**Preferred Name:**
**Corp Hire Date:** 05/01/1989
**Business Title:**
**System Security Status:** Active
**Leave/Absence Protected Job?:** N

**Company:** B10 Wells Fargo Bank, N. A.
**Dept:** 0000021082 Home Eqty
**F/P:** Reg-Time
**Termination Date:**
**LOA:** 02/04/2016 CML
**Last Date Worked:** 02/03/2016
**ELID:** U072204

**First Start Dt:** 05/01/1991
**Last Start Dt:** 05/01/1991
**Reg/Temp:** Regular
**Contract End Date:**
**Acq Code:** 012 UBC

**Retirement Date:** **Type:**

| Eff Date | Eff Seq | Act | Reas | Comp | Salary | Position | Job CD | Class | Title | F/P | R/T | STD HRS | AU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/02/2017 | | PAY | O | B10 | 33.09 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0105735 |
| 03/05/2017 | | PAY | M | B10 | 31.52 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0105735 |
| 03/06/2016 | | PAY | M | B10 | 31.52 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0105735 |
| 02/29/2016 | | POS | U | B10 | 31.52 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0105735 |
| 02/04/2016 | | LOA | CML | B10 | 31.52 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0105735 |
| 11/02/2015 | | RFL | RFL | B10 | 31.52 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0105735 |
| 09/24/2015 | | LOA | CML | B10 | 31.52 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0105735 |
| 03/08/2015 | | PAY | M | B10 | 31.52 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0105735 |
| 10/31/2014 | | POS | U | B10 | 31.05 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0105735 |
| 10/15/2014 | | POS | O | B10 | 31.05 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0010735 |
| 06/01/2014 | | POS | O | B10 | 31.05 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0012031 |
| 03/09/2014 | | PAY | M | B10 | 31.05 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0032288 |
| 03/29/2013 | | POS | O | B10 | 30.59 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0032288 |
| 03/10/2013 | | PAY | M | B10 | 30.59 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0032288 |
| 11/04/2012 | | PAY | O | B10 | 30.29 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0032288 |
| 10/23/2012 | | POS | O | B10 | 28.15 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0032288 |
| 03/11/2012 | | PAY | M | B10 | 28.15 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0032288 |
| 09/11/2011 | | POS | U | B10 | 27.87 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0032288 |
| 03/27/2011 | 1 | PAY | O | B10 | 27.87 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0032288 |
| 03/27/2011 | | POS | P | B10 | 27.87 | 00651296 | 517090 | 2 | CLUwSAFE3 | F | R | 40.00 | 0032288 |
| 03/13/2011 | | PAY | M | B10 | 22.40 | 00651296 | 517089 | 2 | CLUwSAFE2 | F | R | 40.00 | 0032288 |
| 01/02/2011 | | DTA | TAC | B10 | 22.40 | 00651296 | 517089 | 2 | CLUwSAFE2 | F | R | 40.00 | 0032288 |
| 11/21/2010 | | POS | R | B10 | 22.40 | 00651296 | 517089 | 2 | CLUwSAFE2 | F | R | 40.00 | 0032288 |
| 03/14/2010 | | PAY | M | B10 | 22.40 | 00651296 | 517030 | 2 | ConsLnUnd2 | F | R | 40.00 | 0032288 |
| 02/01/2010 | | POS | O | B10 | 22.12 | 00651296 | 517030 | 2 | ConsLnUnd2 | F | R | 40.00 | 0032288 |
| 03/31/2009 | | POS | O | B10 | 22.12 | 00651296 | 517030 | 2 | ConsLnUnd2 | F | R | 40.00 | 0011835 |
| 03/01/2009 | | PAY | M | B10 | 22.12 | 00651296 | 517030 | 2 | ConsLnUnd2 | F | R | 40.00 | 0011739 |
| 10/17/2008 | | RFL | RFL | B10 | 21.73 | 00651296 | 517030 | 2 | ConsLnUnd2 | F | R | 40.00 | 0011739 |
| 07/16/2008 | | LOA | PRD | B10 | 21.73 | 00651296 | 517030 | 2 | ConsLnUnd2 | F | R | 40.00 | 0011739 |
| 05/23/2008 | | LOA | CML | B10 | 21.73 | 00651296 | 517030 | 2 | ConsLnUnd2 | F | R | 40.00 | 0011739 |
| 03/02/2008 | | PAY | M | B10 | 21.73 | 00651296 | 517030 | 2 | ConsLnUnd2 | F | R | 40.00 | 0011739 |
| 01/22/2008 | | POS | U | B10 | 21.06 | 00651296 | 517030 | 2 | ConsLnUnd2 | F | R | 40.00 | 0011739 |
| 11/19/2007 | | POS | O | B10 | 21.06 | 00651296 | 517030 | 2 | ConsLnUnd2 | F | R | 40.00 | 0011739 |
| 10/08/2007 | | RFL | RFL | B10 | 21.06 | 00651296 | 517030 | 2 | ConsLnUnd2 | F | R | 40.00 | 0011739 |

ps.xls [Read-Only] - Microsoft Excel

| A | Plan Type | C | Cvg Election | Cvg Begin Dt | Benefit | Plan | Coverage | Cvg Elect Dt |
|---|---|---|---|---|---|---|---|---|
| 3A | Basic LTD | | E | 1/1/2010 | 3A01 | Basic LTD | | 11/20/2009 |
| 30 | STD | | E | 1/1/2010 | 3001 | STD | | 11/20/2009 |
| 30 | STD | | E | 1/1/2005 | 3001 | STD | | 12/8/2004 |
| 31 | Optnl LTD | | E | 1/1/2010 | 3101 | Optnl LTD | | 11/20/2009 |
| 31 | LTD | | E | 7/1/1999 | 3101 | LTD | | 5/22/1999 |
| 31 | LTD | | E | 1/1/1995 | 3101 | LTD | | 11/26/1994 |
| 31 | LTD | | I | 5/1/1991 | | | | 5/1/1991 |
| 32 | Opt LTD | | T | 1/1/1994 | | | | 11/13/1993 |
| 32 | Opt LTD | | I | 5/1/1991 | | | | 5/1/1991 |

Team Member s Name: MICHELLE NELSON

Team Member s ID: 00000141433

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | September 19, 2017 |
| To: | KATHERINE LEPPARD<br>3470 CENTENIAL BLVD<br>COLORADO SPRINGS CO 00000 |
| Attn: | |
| Fax: | (719) 575-1850 |
| From: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

September 19, 2017

Katherine Leppard
3470 CENTENIAL BLVD
COLORADO SPRINGS, CO 00000

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Katherine Leppard:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2016 through Present

We ask that you provide this information by September 26, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8306 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| Date: | September 19, 2017 |
| To: | FALCON PHYSICAL THERAPY |
| Attn: | |
| Fax: | (719) 488-1427 |
| From: | Viktoriya Vecorko<br>Disability Case Manager<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-8306 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 7608815<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

September 19, 2017

Falcon Physical Therapy

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Falcon Physical Therapy:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2016 through Present

We ask that you provide this information by September 26, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8306 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

| | |
|---|---|
| **From:** | wellsfargo@Libertymutual.com |
| **To:** | WFLOBEmails@libertymutual.com |
| **Subject:** | LIBERTY NOTIFICATION: Acknowledgement of Leave request for Michelle Nelson 00000141433, 7608815 |
| **Attachments:** | Medical_Leave_Guide_for_Managers.pdf |

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced below.**

| | |
|---|---|
| **Why You're receiving this Notice:** | This is to notify you Michelle Nelson applied for a continuous leave of absence. |
| **What You Need to Know:** | **Leave Information:**<br>• Leave type:<br>• Leave reason:<br>• Leave period:<br>• Approval status: Not Applicable<br><br>**Disability Benefit Information:**<br>• Last day worked: 1/27/2016<br>• Benefit payments period: 7/28/2016 thru<br>• Disability claim status: Pended |
| **What You Need to Do:** | **Be aware** of communications from Liberty Mutual regarding your team member's leave.<br><br>**Respond** promptly to any request for information.<br><br>**Refer** to the attached Manager Checklist to support your team member's leave.<br><br>**DO NOT** TAKE ANY CORRECTIVE ACTION OR REPLACE THE TEAM MEMBER'S POSITION UNTIL CONSULTING WITH AN HR ADVISOR FIRST. Complete the HR Advisor eform to request the consultation. |
| **What Happens Next:** | Your Team Member's disability benefit claim, leave requests or both are currently under review. You will receive an additional notification once a determination is made. |
| **Questions:** | If you have further questions, call Liberty Mutual at 1-866-213-2937 xt. 14779 or contact the assigned Case Manager at VIKTORIYA.VECORKO@LIBERTYMUTUAL.COM. Reference claim number 7608815. |

# Medical Leave

## *Guide for managers*

This guide explains your responsibilities as a manager to support your team member's leave of absence.

| | |
|---|---|
| **At the beginning of your team member's leave** | **Refer** your team member to *Teamworks* at Home (**teamworks.wellsfargo.com**) to access leave information while on leave of absence. If your team member does not have access to *Teamworks* at Home and has additional leave questions, refer him or her to Wells Fargo's leaves and claims administrator at 1-877-HRWELLS (1-877-479-3557), option 2, 3, 5. |
| | **Advise** your team member that he or she must record in Time Tracker accrued, unused PTO to cover regularly scheduled work hours during his or her Short-Term Disability (STD) waiting period, which is the seven consecutive calendar days that begin on the first date of the team member's medically certified health condition. Refer to the Medical Leave page in the Leave Of Absence section under Time Away in the *Team Member Handbook* for more information.<br>• If your team member does not have any accrued, unused PTO available, then some or all of his or her STD waiting period will be unpaid unless your business unit allows team members to use unaccrued PTO from his or her current year PTO allowance. Team members may choose to use unaccrued PTO if allowed by your business unit but cannot be required to do so. For more information about inputting PTO for your team member, refer to the *Manager-completed timesheets* section on the Timesheet Review page of *Teamworks*.<br>• If your exempt team member does not have accrued PTO to use during the STD waiting period, you will have to take action to withhold his or her pay for absences during the seven calendar-day waiting period. Exempt team members must use PTO in full- or half-day increments only. Do not submit payroll requests to dock hours from an exempt team member's pay for any hours the team member failed to work on any workday, even if the team member did not have the requisite PTO hours to cover the half- or full-day increments of time. If an exempt team member failed to perform any work during a workweek and does not have accrued PTO to cover the time taken during the same work week, you may request a salary adjustment. Use the HR Advisor eForm to request a consultation before requesting any adjustments to salary.<br>• If your team member did not record PTO for their STD waiting period, complete a payroll request form, including signatures from your second-level manager if unaccrued PTO is being requested.<br>  ○ Complete the Payroll Adjustments Request – Exempt form for exempt team members.<br>  ○ Complete the Payroll Adjustments Request – Nonexempt form for non-exempt team members. |

© 2017 Wells Fargo Bank, N.A. All rights reserved. Internal use.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208

MS. MICHELLE NELSON

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

September 19, 2017

Ms. Michelle R. Nelson

RE: Long Term Disability (LTD) Benefits
Wells Fargo & Company
Claim #: 7608815

Dear Ms. Michelle Nelson:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wells Fargo & Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Our office is in receipt of your request to initiate a Long Term Disability claim for your absence beginning January 28, 2016.

Wells Fargo & Company'LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

***Notice and Proof of Claim***

*1.* ***Notice***

*a. Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

*b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

*2.* ***Proof***

*a. Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person'Proof of loss is satisfactory.*

On September 19, 2017  our office requested the following medical information for review of your Long Term Disability Claim:

- *Treatment notes with exam findings, diagnostic test results, procedure reports, and ongoing treatment plans from Dr. Leppart and Falcon Physical Therapy from May 29, 2016 through Present.*

<u>If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.</u>

To assist us with our review, please complete the Long-Term Disability forms and return them by the due date indicated below.

Wells Fargo & Company's LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than ***November 2, 2017.***

We will notify you of the status of the claim when a decision has been made.

If you have any questions regarding this matter, please contact me.

Sincerely,

Viktoriya Vecorko
Disability Case Manager
Phone No.: (866) 213-2937 Ext. 14779
Secure Fax No.: (603) 334-8306

Attachments:   LTD Forms

# ACTIVITIES QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

**Return To:** Viktoriya Vecorko



EMPLOYEE/CLAIMANT NAME: Michelle Nelson

CLAIM NO: 7608815 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Wells Fargo & Company

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day?____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ____________________________________________

If Yes, how long are you able to drive a car?__________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________________________________________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________________

How many times a day do you leave the house during the week? __________

On the weekends? __________

How often do you run errands? ______________________________

Please describe what errands you most commonly run: ______________________________

____________________________________________

Liberty Mutual INSURANCE



How often do you get outdoors? ______________________________________________

| | | | | |
|---|---|---|---|---|
| Are you left or right hand dominant? | Left | ________ | Right | ________ |
| Are you able to work in your garden? | Yes | ________ | No | ________ |
| Are you able to work on your house? | Yes | ________ | No | ________ |
| Are you able to wash your car? | Yes | ________ | No | ________ |

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails
_______ Visit chat rooms _______ Photos Other: ______________________________

What computer software applications do you utilize. Please check all that apply:
______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics
______ Photo software (Photoshop) ______ Programming Other: ___________________________

Do you have a working home copy machine/fax machine? _________ Yes _________ No

If yes, please explain purpose and usage: ________________________________________________

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes _________ No _________

If Yes, please provide reason and hospital contact Information: ______________________________
______________________________________________________________________________
______________________________________________________________________________

How often do you travel or take vacation? ______________________

Where do you go? How do you get there (transportation method)? ______________________

______________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

______________________

______________________

______________________

______________________

______________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________

______________________

______________________

______________________

______________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______________________ Date: ______________________

Signature: ______________________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

# Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Michelle Nelson Claim No 7608815

Employer/Sponsor/Customer Name Wells Fargo & Company

Return to: Viktoriya Vecorko

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Michelle Nelson
Claimant Name ( Print)

Date of Birth

Claimant Signature

Date

7608815
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

## Authorization to Obtain and Release Psychotherapy Notes

Employee Name Michelle Nelson Claim No 7608815

Employer/Sponsor/Customer Name Wells Fargo & Company

Return to: Viktoriya Vecorko

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Michelle Nelson
Claimant Name (Print)

Date of Birth

Claimant Signature

Date

7608815
Claim Number

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

**Return To:** Viktoriya Vecorko

EMPLOYEE/CLAIMANT NAME: Michelle Nelson
CLAIM NO: 7608815
EMPLOYER/SPONSOR: Wells Fargo & Company DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from January 28, 2016 to Present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________
Specialty: ________
Address: ________
________
Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________
Specialty: ________
Address: ________
________
Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________
Specialty: ________
Address: ________
________
Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________
Specialty: ________
Address: ________
________
Telephone No. :( ) ________ Fax No. :( ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________
Specialty: ________
Address: ________
________
Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________
Specialty: ________
Address: ________
________
Telephone No. :( ) ________ Fax No. :( ) ________

**PHARMACY(S):**

Name: ________
Specialty: ________
Address: ________
________
Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________
Specialty: ________
Address: ________
________
Telephone No. :( ) ________ Fax No. :( ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ________ **DATE:** ________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

**Return to:** Viktoriya Vecorko

**EMPLOYEE/CLAIMANT NAME:** Michelle Nelson **CLAIM #:** 7608815
**EMPLOYER:** Wells Fargo & Company **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment? If yes, please provide name of employer, # hours worked per week and hourly rate of pay.

Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain.

Do you hold a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide website address(es).

Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form:

| Yes | No | Type | Amount per Week/Month | Date Income Receiving | Date Began Receiving | Date Ceased Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages or Salary | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance / Separation Benefit Agreement | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other (please describe) ______ | $ ______ | ______ | ______ | ______ |

**The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ____________________

# REIMBURSEMENT AGREEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

**Return To:** Viktoriya Vecorko

Please complete, sign, and return a copy to Liberty Mutual.

***TO BE COMPLETED BY LIBERTY MUTUAL***

Claimant Name: Michelle Nelson

Address: ______

Name of Employer: Wells Fargo & Company

In consideration of the receipt of disability benefit payments received by me from the Plan Sponsor, I

( Michelle Nelson ) hereby agree:
(Claimant Name)

(a) to repay the Plan Sponsor for such benefits to the extent they are for losses for which compensation is paid to the covered person by or on behalf of the person at fault;

(b) to allow the Plan Sponsor a lien on such compensation and to hold such compensation in a trust for the Sponsor, and;

(c) to execute and give to the Plan Sponsor any instruments needed to secure the rights under (a) and (b).

Further, when the Plan Sponsor has paid benefits to or on behalf of the injured covered person, the Plan Sponsor will be subrogated to all rights of recovery that the covered has against the person at fault. These subrogation rights will extend only to recovery of the amount the Plan Sponsor has paid. The covered person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to the Plan Sponsor.

______ (Date)

______ (Signature of injured individual or legal representative)

***Please retain a copy for your records or one can be provided upon request.***

LIBERTY MUTUAL GROUP
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Michelle Nelson **Date of Birth:** ____________

**Employer:** Wells Fargo & Company **Policy/Plan Sponsor No.** 05 - 289424

**A)** **If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B)** **Social Security benefits will be estimated if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ____________________ **(Witness signature)** ____________________

**(Address)** ____________________ **(Address)** ____________________

**(Date)** ____________________ **(Date)** ____________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-8306

EMPLOYEE/CLAIMANT NAME: Michelle Nelson

CLAIM NO. 7608815

EMPLOYER/SPONSOR: Wells Fargo & Company DATE OF BIRTH ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ______ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA MS CAGS PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ____________ Department: ____________ From: ______ To: ______
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

4. Company: ____________ Department: ____________ From: ______ To: ______
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

5. Company: ____________ Department: ____________ From: ______ To: ______
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | | | |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ____________ | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: Yes☐ No☐ If yes, WPM (words per minute) ____________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________ Work: ____________

**SIGNATURE:** ____________ **PHONE NO: (     )** ____________

You are not authorized to
view this document.

You are not authorized to
view this document.

You are not authorized to view this document.

**Secure Email from Wells Fargo**

**Read This Message from a Desktop or Laptop**
Look for and open **message_zdm.html** (typically at the top or bottom; location varies by email service).

**Read this Message from a Tablet or Mobile Device**
Click Here from your tablet or mobile device for instructions unique to your device.

**Need help?**
Support information or Video tutorial

Your personalized image for: **WFCOPYREQ@LibertyMutual.com**
This personal security image will appear on all secure email to you.

Email Security Powered by Voltage IBE(tm)
Copyright 2013 Wells Fargo. All rights reserved

Liberty/Nelson 0938

You are not authorized to
view this document.

You are not authorized to
view this document.

S Daniell



**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

UPS Access Point™
THE UPS STORE
1931 WOODBURY AVE
PORTSMOUTH ,NH 03801

FOLD HERE 3582432

JANE DANIELL
LIBERTY MUTUAL-DOVER-0096
100 LIBERTY WAY
DOVER NH 03820

0.0 LBS LTR 1 OF 1

**SHIP TO:**
NOEL & KRIEGER
MR. MICHAEL KRIEGER
SUITE 555
165 SOUTH UNION BOULEVARD
**LAKEWOOD CO 80228-2221**

**CO 802 9-20**

**UPS 2ND DAY AIR 2**

TRACKING #: 1Z 248 96X 02 9369 1004

BILLING: P/P

Office/Dept Number: 009603304

CS 18.5.39. WNTNV50 78.0A 07/2016

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

August 8, 2016

Mr. Michael Krieger
Noel & Krieger
165 South Union Boulevard
Suite 555
Lakewood, CO 80228

RE: Short Term Disability
Wells Fargo & Company
Michelle Nelson
Claim 3582432

Dear Attorney Krieger:

This letter responds to your correspondence dated August 2, 2016. Ms. Nelson's Short Term Disability claim was denied on June 7, 2016. She was afforded an opportunity to submit a timely written request for review and to submit additional medical findings to support her claim. Ms. Nelson appealed and on June 24, 2016, she confirmed she submitted all of the information she wished to have considered in the appeal review of her claim. Our office communicated all claim determinations to her on July 28, 2016. Therefore, it is our position that Ms. Nelson was afforded a full and fair opportunity to appeal the denial of her claim in a timely manner. As documented in our denial letters, our assessment of the claim and our determination to deny benefits was supported by the claim facts and the terms of the Plan.

Enclosed is a copy of Ms. Nelson's claim file. Please contact the Benefit Representative at Wells Fargo & Company for a copy of the Short Term Disability Benefits plan.

In response to your requests for information from claim manuals, Liberty Life disagrees with your interpretation of our disclosure obligations under ERISA. As noted above, we have provided you with all information that was received and considered in our review of this claim. The enclosed claim file copy contains the names and reports of all individuals consulted in our review of this claim. All claim file records and data are, and will be, maintained appropriately.

Sincerely,

Jane M. Daniell
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-5704

MICHAEL S. KRIEGER, LLC
NOEL & KRIEGER
*A Law Partnership of Limited Liability Companies*
165 South Union Boulevard, Suite 555
Lakewood, CO 80228-2221
Phone: 303-781-5559 Ψ Fax: 303-781-1349
www.TheDenverDisabilityLawyer.com
m.krieger@comcast.net

2 August 2016

***Liberty Mutual***
***Sent by fax to: 1-866-214-7839***

Attn: Darrell Hart - Disability Claim Manager

Re: Client: Michelle Nelson
Employer: Wells Fargo
Claim Number: 3582432

Dear Mr. Hart:

We represent the captioned claimant, Michelle Nelson, in the matters arising from her claim for short term disability ("STD") income benefits from Liberty Mutual, which we understand is acting as a fiduciary or other administrator for Wells Fargo. We have attached an Acknowledgment of Representation signed by Ms. Nelson.

We understand that Liberty Mutual terminated Ms. Nelson's STD benefits, effective May 19, 2016. She somehow got the impression from your company that she had to appeal this denial by some date during June of 2016, which would involve a very significant shortening of the appeal deadline of 180 days afforded claimants under ERISA regulations. Because of that misunderstanding, we are suspending, effective immediately, Ms. Nelson's appeal of your termination of her STD benefits.

By our calculations, her actual appeal deadline is November 15, 2016. We will be submitting additional medical and vocational evidence between now and November 15, 2016, in support of her appeal. We may complete this process early and, if so, we will let you know. However, unless we notify you to the contrary, the Claimant's appeal is *effective* on November 15, 2016.

Importantly, we formally request that you provide us copies of ***all*** documents, records, and other information relevant to this claim for benefits, pursuant to *29 C.F.R. § 2560-503-1(j)(3),* including but not limited to the following:

1. Liberty Mutual's complete claim file, including all medical and psychological records, internal memos, telephone logs, activity logs, vocational review documents, medical records physician-review or reports, authorization to

obtain records, applications and supplemental applications, medical provider statements, letters and other documents mailed to and from our client.

2. The current plan documents, including the insurance policy and certificate that you claim are applicable to your decision denying benefits and the Summary Plan Description from the relevant employer. If you do not have these documents, please provide the identity and complete mailing address of the current Plan Administrator so that our request can be properly channeled.

3. All written documents to and from any Medical Reviewer. The term Medical Reviewer means every Medical Director, Claim Manager, Team Leader, Nurse Case Manager, and/or medical review agency or company who has reviewed any of Ms. Nelson's records, including any information in your files that identifies these persons by name and address in any way, and including any invoice, billing, contract of engagement or contract of retainer of said Medical Reviewer.

4. All claims adjusting manuals used by any of your claims reviewers, disability claim managers, representatives or benefit analysts at your company from January 1, 2015, to the present.

5. Copies of any and all surveillance reports, narratives, tapes and photos made, recorded or taken concerning this claim. This means a complete copy of all such tapes, reports, and photos, even ones that show no activity by our client. Please be sure that any reports contain the identities by name and address of the persons conducting the surveillance and includes the contract of hire, billings and invoices related to the surveillance and the preparation of any reports or narratives.

Failure to comply in a timely fashion to this document request may subject your company to the sanctions allowable under ERISA. Your company is not allowed to charge for copying and mailing these documents.

Please do not call our client. Instead, please call or send documents to the undersigned. I certainly understand that mistakes can be made in this process, but I want this protocol **strictly** followed.

Furthermore, claims examiners and medical reviewers sometimes telephone a Claimant's treating doctors. Because these conversations are important and ambiguous information can be taken out of context, I am forced to prohibit this verbal communication by your agents, notwithstanding any authorizations or consents signed by my client. Please consider all such authorizations for the release of information signed by our client as modified accordingly. Instead, I strongly suggest that any such questions from any such medical reviewer be faxed or mailed to the physician or medical provider in question *with a copy to me*. Further, if a medical reviewer or claims examiner sends a letter purporting to summarize a conversation with any of my client's treating physicians, send a copy, without delay, of that letter to my office. I will see to it

that the treating physician responds in a timely and complete manner, so that no misunderstandings can occur. I truly believe this benefits all parties.

Finally, I request, pursuant to *29 CFR 2560.503-1(g)(1)(ii),* that you identify any and all information that you need in order to allow for a full and fair review of this claim. For example, if there are specific medical lab studies, X-rays, etc., that you wish us to see, please ask me for that information.

I recognize this is a long list of concerns and I thank you for your careful attention to these matters. I look forward to the amicable resolution of this claim.

Very truly yours,

Michael Krieger

Encl: X
CC: **MarkXXX@xxxx.com**

## Acknowledgment of Representation

I, Michelle Nelson, (hereafter "Client") have retained the law firm of Michael S. Krieger, LLC, of 165 South Union Boulevard, #555, Lakewood, CO 80228 (303-781-5559) to represent me in my claim(s) for the following benefits:

- [X] Short term disability income
- [X] Long term disability income
- [ ] PERA
- [X] Waiver of Premium benefit for group life insurance policies
- [ ] Other ____________________

Client authorizes any and all representatives of the Insurance Carrier(s), Plan Administrators, Claim Administrators, Sponsor and/or Employer named below to provide any and all records requested by Michael S. Krieger, LLC, and to communicate directly, by telephone and otherwise, with the employees of Michael S. Krieger, LLC, concerning my claims.

Michelle Nelson
Client

August 2, 2016
/date

Client address

---

Employer: Wells Fargo

Claim Administrator: Liberty Mutual

Insurance Carrier: Liberty Mutual Claim # 358 2432

NOEL & KRIEGER
*A Partnership of Limited Liability Companies*
Michael S. Krieger, LLC
165 South Union Boulevard - Suite 555
Lakewood, CO 80228
Ph: 303-781-5559 Φ Fax: 303-781-1349
www.TheDenverDisabilityLawyer.com
m.krieger@comcast.net

Date: 8-2, 2016

FAX NUMBER TRANSMITTED TO: 603-334-5704

To: Jane Daniel of Liberty Mutual

(*Reg phone:* ______)

From: Mike Krieger of Michael S. Krieger, LLC

Client/Matter: Nelson, Michelle #3582432

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Letter to Mr Hart | |
| Acknowledgment of Representation | 1 |
| | |
| | |

COMMENTS:

Thanks,

Mike Krieger

Original ☐ will follow by US Mail ☒ will not follow.

* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT 303-781-5559.

MICHAEL S. KRIEGER, LLC
NOEL & KRIEGER
*A Law Partnership of Limited Liability Companies*
165 South Union Boulevard, Suite 555
Lakewood, CO 80228-2221
Phone: 303-781-5559 Ψ Fax: 303-781-1349
www.TheDenverDisabilityLawyer.com
m.krieger@comcast.net

2 August 2016

***Liberty Mutual***
***Sent by fax to: 1-866-214-7839***

Attn: Darrell Hart - Disability Claim Manager

Re: Client: Michelle Nelson
Employer: Wells Fargo
Claim Number: 3582432

Dear Mr. Hart:

We represent the captioned claimant, Michelle Nelson, in the matters arising from her claim for short term disability ("STD") income benefits from Liberty Mutual, which we understand is acting as a fiduciary or other administrator for Wells Fargo. We have attached an Acknowledgment of Representation signed by Ms. Nelson.

We understand that Liberty Mutual terminated Ms. Nelson's STD benefits, effective May 19, 2016. She somehow got the impression from your company that she had to appeal this denial by some date during June of 2016, which would involve a very significant shortening of the appeal deadline of 180 days afforded claimants under ERISA regulations. Because of that misunderstanding, we are suspending, effective immediately, Ms. Nelson's appeal of your termination of her STD benefits.

By our calculations, her actual appeal deadline is November 15, 2016. We will be submitting additional medical and vocational evidence between now and November 15, 2016, in support of her appeal. We may complete this process early and, if so, we will let you know. However, unless we notify you to the contrary, the Claimant's appeal is *effective* on November 15, 2016.

Importantly, we formally request that you provide us copies of ***all*** documents, records, and other information relevant to this claim for benefits, pursuant to *29 C.F.R. § 2560-503-1(j)(3),* including but not limited to the following:

1. Liberty Mutual's complete claim file, including all medical and psychological records, internal memos, telephone logs, activity logs, vocational review documents, medical records physician-review or reports, authorization to

obtain records, applications and supplemental applications, medical provider statements, letters and other documents mailed to and from our client.

2. The current plan documents, including the insurance policy and certificate that you claim are applicable to your decision denying benefits and the Summary Plan Description from the relevant employer. If you do not have these documents, please provide the identity and complete mailing address of the current Plan Administrator so that our request can be properly channeled.

3. All written documents to and from any Medical Reviewer. The term Medical Reviewer means every Medical Director, Claim Manager, Team Leader, Nurse Case Manager, and/or medical review agency or company who has reviewed any of Ms. Nelson's records, including any information in your files that identifies these persons by name and address in any way, and including any invoice, billing, contract of engagement or contract of retainer of said Medical Reviewer.

4. All claims adjusting manuals used by any of your claims reviewers, disability claim managers, representatives or benefit analysts at your company from January 1, 2015, to the present.

5. Copies of any and all surveillance reports, narratives, tapes and photos made, recorded or taken concerning this claim. This means a complete copy of all such tapes, reports, and photos, even ones that show no activity by our client. Please be sure that any reports contain the identities by name and address of the persons conducting the surveillance and includes the contract of hire, billings and invoices related to the surveillance and the preparation of any reports or narratives.

Failure to comply in a timely fashion to this document request may subject your company to the sanctions allowable under ERISA. Your company is not allowed to charge for copying and mailing these documents.

Please do not call our client. Instead, please call or send documents to the undersigned. I certainly understand that mistakes can be made in this process, but I want this protocol **strictly** followed.

Furthermore, claims examiners and medical reviewers sometimes telephone a Claimant's treating doctors. Because these conversations are important and ambiguous information can be taken out of context, I am forced to prohibit this verbal communication by your agents, notwithstanding any authorizations or consents signed by my client. Please consider all such authorizations for the release of information signed by our client as modified accordingly. Instead, I strongly suggest that any such questions from any such medical reviewer be faxed or mailed to the physician or medical provider in question *with a copy to me*. Further, if a medical reviewer or claims examiner sends a letter purporting to summarize a conversation with any of my client's treating physicians, send a copy, without delay, of that letter to my office. I will see to it

that the treating physician responds in a timely and complete manner, so that no misunderstandings can occur. I truly believe this benefits all parties.

Finally, I request, pursuant to *29 CFR 2560.503-1(g)(1)(ii),* that you identify any and all information that you need in order to allow for a full and fair review of this claim. For example, if there are specific medical lab studies, X-rays, etc., that you wish us to see, please ask me for that information.

I recognize this is a long list of concerns and I thank you for your careful attention to these matters. I look forward to the amicable resolution of this claim.

Very truly yours,

Michael Krieger

Encl: x
CC: **MarkXXX@xxxx.com**

## Acknowledgment of Representation

I, Michelle Nelson, (hereafter "Client") have retained the law firm of Michael S. Krieger, LLC, of 165 South Union Boulevard, #555, Lakewood, CO 80228 (303-781-5559) to represent me in my claim(s) for the following benefits:

- [x] Short term disability income
- [x] Long term disability income
- [ ] PERA
- [x] Waiver of Premium benefit for group life insurance policies
- [ ] Other ____________________

Client authorizes any and all representatives of the Insurance Carrier(s), Plan Administrators, Claim Administrators, Sponsor and/or Employer named below to provide any and all records requested by Michael S. Krieger, LLC, and to communicate directly, by telephone and otherwise, with the employees of Michael S. Krieger, LLC, concerning my claims.

Michelle Nelson
Client

August 2, 2016
/date

Client address

---

Employer: Wells Fargo

Claim Administrator: Liberty Mutual

Insurance Carrier: Liberty Mutual Claim # 358 2432

# Send Result Report

KYOCERA

MFP
TASKalfa 3501i
Firmware Version 2N9_2000.005.031 2016.03.08

08/02/2016 14:26
[2N7_1000.006.001] [2N4_1100.001.002] [2N4_7000.005.028]

Job No.: 026413 Total Time: 0°00'58" Page: 004

# Complete

Document: doc02641320160802142456

MICHAEL S. KRIEGER, LLC
NOEL & KRIEGER
*A Law Partnership of Limited Liability Companies*
165 South Union Boulevard, Suite 555
Lakewood, CO 80228-2221
Phone: 303-781-5559 Ψ Fax: 303-781-1349
www.TheDenverDisabilityLawyer.com
m.krieger@comcast.net

2 August 2016

***Liberty Mutual***
***Sent by fax to: 1-866-214-7839***

Attn: Darrell Hart - Disability Claim Manager

Re: Client: Michelle Nelson
Employer: Wells Fargo
Claim Number: 3582432

Dear Mr. Hart:

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 08/02/16 14:25 | **18662147839** | 0°00'58" | FAX | OK | 200x200 Fine/On |

**n0205516**

| | |
|---|---|
| **From:** | Daniell, Jane |
| **Sent:** | Thursday, July 28, 2016 1:02:18 PM |
| **To:** | 'LCCC@wellsfargo.com' |
| **Cc:** | wellsfargo_admin |
| **Subject:** | NELSON, M, TM ID 00000141433, APPEAL/UPHOLD |

Good afternoon,

We have completed our review of Michelle Nelson's request for reconsideration of her claim for Short Term Disability benefits and have determined the original decision to deny the claim will be upheld.

Sincerely,


**Jane M. Daniell**

Appeal Review Consultant/LMB Shared Services

**Liberty Life Assurance Company of Boston**

100 Liberty Way (MS 02G-R723), Dover NH 03820

(P) 1-888-437-7611 Ext. 16393

(SDN) 8-731-6393

Jane.Daniell@LibertyMutual.com



This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at **603-750-7550** and permanently delete the original and any copy of any e-mail and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. MICHELLE NELSON

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

July 28, 2016

Ms. Michelle R. Nelson

RE: Short-Term Disability (STD) Benefits
Wells Fargo & Company
Claim #: 3582432

Dear Ms. Michelle Nelson:

On behalf of the Plan Sponsor, Wells Fargo & Company, we reviewed your appeal request for STD benefits and maintained the decision to deny benefits beyond May 29, 2016.

**Initial Claim Decision**

You submitted a claim for your absence from work that began on January 28, 2016, due to left shoulder pain radiating down your arm. Your claim was approved through May 29, 2016.

At that time, your file contained office visit notes and related documentation from Dr. Katherine Leppard and Falcon Physical Therapy covering the period of January 19, 2016 through May 11, 2016.

Your claim was reviewed by a physician board certified in physical medicine and rehabilitation. The medical review indicated your impairments included pain with decreased range of motion of the neck and shoulder, which translated to limited lifting ability and reaching ability. Medically supported restrictions and limitations include:

- sit for up to 1 hour at a time with a five minute stretch break
- less than occasional pushing and pulling with the left upper extremity
- occasional lifting/carrying up to 10 pounds
- less than occasional overhead reaching
- occasional flexion/extension of the neck
- less than occasional rotation of the neck
- use of headset when using phone
- no kneeling and squatting

Restrictions and limitations are not supported for grasping objects or keyboarding. An ergonomic evaluation of your work station was recommended to ensure proper positioning of your head and arms. In summary, the physician stated the medical documentation was insufficient to support your inability to sustain full-time activity within the restrictions and limitations noted above.

The restrictions and limitations noted above would not prevent you from performing your job duties as a consumer loan underwriter. Therefore, your claim for further benefits was denied because you did not meet the definition of disability. The basis for the decision was outlined in a letter dated June 7, 2016. You were provided an opportunity to request an appeal review of the denial, stating the reasons why you felt that your claim should not have been denied, and submit additional information to support your claim. Specifically, you were advised to submit the following information: "office treatment notes, test results showing positive findings, and a detailed treatment plan which would outline a description of physical restrictions and limitations, return to work plan, and a physical exam to support the restrictions."

**Appeal**

On June 17, 2016, we received information from Dr. Leppard. The information indicated that your return to work date was September 16, 2016. The information also included a June 16, 2016 office note. The note stated you reported persistent neck and periscapular pain. You stated you did not feel you were capable of returning to work even part time. On examination, you had persistent myofascial involvement. Your physical exam was unchanged. Dr. Leppard performed a left shoulder cortisone injection and noted that you plateaued with physical therapy. Dr. Leppard also indicated that she felt you were not capable of working and excused you from work for the next three months.

On June 21, 2016, we received medical records from Dr. Aparna Komatineni. The records included a May 27, 2016 office note and the June 16, 2016 office note from Dr. Leppard. The May 27, 2016 office note stated you were a patient of Dr. Adams and last seen by Dr. Harmon in December. You reported headaches for ten years. The intensity of the headache is 8 out of 10. You reported your headache on approximately May 20, 2016 was a 10 out of 10. You reported associated attention and concentration problems as well as occasional word slurring. The frequency of your migraines is 20 out of 30 days per month. You reported neck pain with activity. You were being seen for a botox injection. Your examination was within normal limits.

On June 21, 2016, we received your appeal letter. The letter stated that you wished to appeal the decline decision. The claim number noted on the letter was leave ID 570464.

On June 23, 2016, we received another letter from you stating you were writing to advise of your current physical condition. You stated you continue to experience pain extending into your neck, shoulder, and arm. The last few physical therapy exercises caused flare ups. You stated you have had multiple trigger point injections, physical therapy sessions, and cortisone injections which all have been unsuccessful in relieving your pain. In addition you stated your neck and arm pain get worse with physical activity. For pain relief, you lie down and alternate hot/cold packs. You stated you also receive chiropractor and massage treatment. Lastly, you stated you have had several car accidents included a head on collision in 2007. The pain has been ongoing and you have treated for the pain in your neck and shoulder. You have also received treated for your migraines on a regular basis.

On June 24, 2016, you confirmed that you had submitted all of the information you wished to have considered in the appeal review of your claim.

**Appeal Evaluation**

Your claim and the additional information received on appeal were reviewed by a disability nurse case manager. The medical review indicated you received a botox injection on May 27, 2016 from Dr. Komatineni for migraines. Prior to this, your last treatment was in December, 2015. You reported frequent headaches and noted some improvement with botox injections. You indicated ongoing neck pain with radiation that worsened with physical activity. You failed multiple medication trials for migraine prophylaxis. The nurse also indicated that the medical documentation noted you continued treatment with Dr. Leppard. Your most recent office visit was on June 16, 2016. Your prior office visit was on April 7, 2016. Dr. Leppard’s office note stated you continued to report neck and upper back pain. You reported pain radiating with movement of the left forearm. You also reported physical therapy increased your pain and botox did help with migraines. The nurse noted that you previously had an MRI of the left shoulder that showed minimal tendinitis. There was no evidence of nerve root compression on the cervical MRI. In summary, the nurse stated the additional records received on appeal did not alter the restrictions and limitations outlined in the prior medical review by the physician board certified in physical medicine and rehabilitation.

On June 16, 2016, your attending physician, Dr. Leppard, indicated you should remain out of work for three additional months returning to work on September 16, 2016. However, the additional information received on appeal does not provide any significant physical examination findings, or information regarding treatment frequency, treatment plan, or functional status to change the prior assessment.

**Conclusion**

We conducted a thorough and independent review of your entire claim. In summary, we acknowledge that you may have experienced some symptoms associated with your condition. However, the available information does not contain mental status examination findings, physical examination findings, diagnostic test results, or other forms of medical documentation to verify that your symptoms were of such severity, frequency, and duration that they rendered you unable to perform your duties as a consumer loan underwriter beyond May 29, 2016.

Having carefully considered all of the information submitted in support of your claim, our position remains that proof of your continued disability in accordance with the Plan provisions beyond May 29, 2016 has not been provided. Therefore, no further benefits are payable.

This claim decision reflects an evaluation of the claim facts and Plan provisions.

**Plan Provisions**

To be eligible to receive benefits, you must satisfy the requirements of all Plan provisions that state, in part:

*Qualifying for STD benefits*

*To qualify for STD benefits, you must:*

*Have a medically certified health condition that lasts longer than the STD waiting period and prevents you from performing the essential duties of your job*

*Receive approval of STD benefits in accordance with the provisions of the STD Plan*

***Medically Certified Health Condition***

*For purposes of the STD Plan, a medically certified health condition is generally defined as a disabling injury or illness that:*

- *Is documented by clinical evidence as provided and certified by an approved care provider. Clinical evidence may include medical records, medical test results, physical therapy notes, mental health records, and prescription records.*

- *Prevents you from performing the essential functions of your own job as regularly scheduled for longer than the STD waiting period.*

***Proof of Your Disability***

*It is your responsibility to ensure that Liberty receives requested medical proof of your disability, which may include medical records, test results, and hospitalization records, within the designated time frame.*

***Benefits Approval***

*Approval of a claim for STD benefits is based on one or more of the following:*

- *Medical information provided by your approved care provider or providers*
- *Professional opinions of other care providers as designated by Liberty or the plan administrator*
- *Other criteria as specified in the Wells Fargo & Company Short-Term Disability Plan Document*

You must proceed through the claim filing and appeal process before you are allowed to file suit. The failure to exhaust administrative remedies before filing suit will result in dismissal of the claim. Any suit for benefits must be brought within one year from the date the final appeal determination was issued by Liberty.

Under the Employee Retirement Income Security Act (ERISA) Appeal guidelines, you were entitled to appeal the decision made by Liberty Life Assurance Company of Boston (Liberty), and to submit any additional information you wished to be considered as part of the appeal. Liberty has conducted a full and fair review of your appeal and accompanying materials, and has determined that the denial of benefits will be maintained.

At this time, your administrative right to review has been exhausted; no further review will be conducted by Liberty and your claim will remain closed. You may request to receive, free of charge, copies of all documents relevant to your claim. You have the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Plan Administrator, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by Liberty Life Assurance Company of Boston are based on the provisions outlined in Wells Fargo & Company's STD Plan. These provisions are not contingent on decisions made by either the Social Security Administration or other disability-determining entities.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Daniell
Disability Claims Tech Spec
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-5704

**n0002023**

---

**From:** Daniell, Jane
**Sent:** Thursday, July 28, 2016 1:02:16 PM
**To:** 'LCCC@wellsfargo.com'
**Cc:** wellsfargo_admin
**Subject:** NELSON, M, TM ID 00000141433, APPEAL/UPHOLD

Good afternoon,

We have completed our review of Michelle Nelson's request for reconsideration of her claim for Short Term Disability benefits and have determined the original decision to deny the claim will be upheld.

Sincerely,


**Jane M. Daniell**

Appeal Review Consultant/LMB Shared Services

**Liberty Life Assurance Company of Boston**

100 Liberty Way (MS 02G-R723), Dover NH 03820

(P) 1-888-437-7611 Ext. 16393

(SDN) 8-731-6393

Jane.Daniell@LibertyMutual.com



This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at **603-750-7550** and permanently delete the original and any copy of any e-mail and any printout thereof.

# Liberty Mutual Appeal Referral

**Appeal Referral From:** **WELLS FARGO**

| | |
|---|---|
| Office: | 42D |
| Manager: | FILICICCHIA, NATHAN |
| Case Mgr: | HART, DARRELL |
| Claimant Name: | MICHELLE R NELSON |
| Claim #: | 3582432 |
| Occupation (Job Title): | CONSUMER LN UNDERWTR (SAFE) 3 |
| Date Sent: | 7/1/2016 |
| Diagnosis: | R52 Pain, unspecified, |
| Date of Disability: | 1/28/2016 |
| Date Benefits Began: | 2/4/2016 |
| Maximum Duration: | 7/27/2016 |
| Paid Through: | 5/29/2016 |
| Date of Denial or (DB451): | 6/7/2016 |
| Date Appeal Received: | 6/24/2016 |

**This is the date that the full appeal was received by the Field Claim Office*

| | |
|---|---|
| Policyholder/Self-Insured Plan Holder: | WELLS FARGO & COMPANY |
| Product: | STD |
| Funding: | ASO |
| Is Claimant Eligible for LTD? | Y |
| Erisa or Non-Erisa? | ERISA Plan |

Document Locations

- ☑ Paperless
- ☐ Bilingual - translation complete
- ☐ Paper File
- ☐ Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No

FAX No

Account Specific or Unique Contract Issues / Additional Info:

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208

MS. MICHELLE NELSON

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (866) 214-7839

July 1, 2016

Ms. Michelle R. Nelson

RE: Short-Term Disability (STD) Benefits
Wells Fargo & Company
Claim #: 3582432

Dear Ms. Michelle Nelson:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short-Term Disability (STD) benefits under Wells Fargo & Company's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We have received your request for review of the recent claim determination on your Short-Term Disability (STD) claim.

Your file is being forwarded to Liberty's Appeal Review Unit for an independent review of your claim eligibility. Marilyn Cook, Administrative Assistant, will assign your claim to an Appeal Consultant who will contact you when they have completed a review of the appeal. Ms. Cook will be unable to provide you with specific information regarding the claim, however, if you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, she may be reached at 1-888-437-7611 extension 16452 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Liberty's response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Darrell Hart
Dis Claims Std Case Mgr II

Phone No.: (866) 213-2937 Ext. 14791
Secure Fax No.: (866) 214-7839

Attn: Liberty Mutual, Leave ID: 570464
Darryl Hart
From: Michelle Nelson

I wish to appeal the decline decision.

Thank you

Michelle Nelson

Michelle Nelson