To Whom it May Concern:

I am writing to let you know of my current physical condition. I continue to experience pain extending into my neck, shoulder and arm.
The last few physical therapy strengthening exercises caused flare ups. I am near maximum physical therapy visits for the year. I try to do very gentle and slow neck stretches at home. I have had multiple Trigger point injections, physical therapy sessions and cortisone injections which have been unsuccessful for pain relief.

My neck and arm pain get worse with any physical activity. I still have pain with moving my neck side to side and looking upward or downward. My neck continues to stiffen throughout the day. For pain relief, I lie down and alternate hot/cold packs. I also see a chiropractor and receive massage treatments to aid in pain relief. Percocet provides some pain relief however I have difficulty concentrating, slurred speech, confusion and unable to think clearly.

Unfortunately, I have had several car accidents including the 2007 head on collision with a drunk driver at 55 mph and a doctor's mishap with my spine which has taken a toll on my body. The pain has been ongoing and very frustrating. Please take a careful look at all of my medical records dating back to 2007. You will see that I have been treated for pain in my neck and shoulder area along with migraine headaches on a regular basis. My body has experienced a lot of trauma. I am trying to get my body to heal, but it has not responded to treatment like I hoped.

Respectfully,

Michelle Nelson

Michelle Nelson

EXHIBIT

4, part 4

Attn: Liberty Mutual, Leave ID: 570464
From: Michelle Nelson

**Patient:** NELSON, MICHELLE R
**Account Number:** 116963 **Provider:** Aparna Komatineni, MD
**DOB:** **Age:** 47 Y **Sex:** Female **Date:** 05/27/2016
**Phone:**
**Address:**
**Pcp:** MARK S FRALEY, DO

## Subjective:

### Chief Complaints:

1. Botox Injection Migraine.

### HPI:

General:

Mrs.Nelson is here for a medically necessary botox appointment. The patient is a pleasant 47-year-old female who is a patient of Dr. Adams and was last seen by PA Harmon in December of last year. Her headache started 10 years ago and have been gradually getting worse. They're located all over her head and they are pounding in nature. They do get worse with physical activity as well as with hormonal changes. Intensity of the headache is 8/10. She reports that last Friday she had a headache which was 10 out of 10 in nature. She does have associated attention and concentration problems as well as occasional word slurring. Frequency of the migraines is at least 20/30 days in a month. Patient reports that she also has occasional episodes where she would have pain radiating from the neck to her left arm. She does not have any numbness or tingling and the duration is at least 4-6 min. She also reports that the neck pain and the radiation gets worse with physical activity and she is currently in physical therapy. Medications that she has tried and failed for her headaches include but not limited to:

Propranolol
Relpax
Topamax
Gabapentin
Ambien
Diclofenac
Tizanidine
Citalopram
Wellbutrin

She denies any other new neurological symptoms at this time and is quite ready for Botox injections.

GENERAL:

Patient is here for medically necessary Botox injections. She reports that she is looking forward to this Botox injection. The patient denies any other significant neurological symptoms at this time.

Side effects and benefits were explained. Informed consent was obtained. I have explained to the patient regarding the number of injection sites, the side effects and the specific muscles that could be injected. I also explained to the patient that this is a slight deviation from the routine protocol of giving 31 injection sites. Patient preferred the lesser number of injections since it is less invasive and has less risk of puncture site infections. I also explained to the patient that I would be using a total of 200 units.

## Objective:

## Assessment:

### Assessment:

1. Intractable chronic migraine without aura and without status migrainosus - G43.719 (Primary)

## Plan:

### 1. Others

Start clonazepam tablet, 1 mg, 1 tab(s), orally, once daily pm, 30 day(s), 10, Refills 3 .
Clinical Notes: Clonazepam prescription called into Walgreens pharmacy. CLoewenstein RMA.

### Procedures:

Botox:

Area face and cervical .
Indication headache.

fasciculations.

Motor Strength : V/ V bilaterally, no drift, no cogwheeling.
Sensory : normal bilateral LE.
Reflexes : bilaterally symmetrical, babinski absent.
Plantars: downgoing bilaterally.
Cerebellar Signs: absent.
Tremors : absent.
Coordination : finger-to-nose and rapid alternating movements were intact, no ataxia.
Gait and Station : Within normal limits, Romberg was negative.

## Assessment:

**Assessment:**

1. Chronic migraine without aura, intractable, without status migrainosus - G43.719 (Primary), The patient is a pleasant 47-year-old female with history of chronic migraines with intractable migraines which are present 20/30 days in a month. She has tried and failed antiepileptics, antidepressants as well as blood pressure medications and multiple other conservative treatment options. I believe at this time she would be an ideal candidate to be offered Botox injections. The patient was extensively counseled regarding side effects as well as benefits of Botox injections, as well as extensively educated regarding the procedure, sites of injection and mechanism of action.
2. Neck pain - M54.2
3. Cervical radiculopathy - M54.12, The patient has been having occasional neck pain which radiates from her neck to her left shoulder. It was quite severe to the point where she had to go to the ER. I've ordered an MRI of the C-spine to rule out any evidence of cervical radiculopathy.

## Plan:

**1. Chronic migraine without aura, intractable, without status migrainosus**

Procedure: Botox injection

Notes: Preventing Migraine Headaches: Triggers material was published to portal.

**Provider:** Aparna Komatineni, MD
**Patient:** NELSON, MICHELLE R **DOB:** **Date:** 05/16/2016

Aparna K.

**Electronically signed by APARNA KOMATINENI MD, MD on 05/17/2016 at 03:32 PM MDT**
**Sign off status: Pending**

Katharine J Leppard MD ( Medical Rehabilitation Specialists )
Office Visit: Established Patient ( 06/16/2016 )

Patient: MICHELLE R NELSON [38445]
DOB:

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office reporting persistent neck and periscapular pain. She does not feel that she is capable of returning to work even part-time. There is left scapular pain that radiates to the forearm with arm movment. She tried strengthening in PT and it only increased her pain. Her PCP gave her a steroid IM in the hip muscle in the begining of the year, it had no effect on her symptoms. She saw neurology for migraine headaches, and had Botox injections which have helped to a degree with her headaches.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
Chronic neck pain
Spinal Cord Injury with Syrinx
Chronic Headaches
Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
Cesarian Section 03'

## Current Medication List Reviewed
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
CELEXA TABS (CITALOPRAM HYDROBROMIDE TABS) 1 po q d
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN)

## Current Problem List Reviewed
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 04/21/2016 and no changes required:06/16/2016
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

**General Comments - FH:**
FH Diabetes
FH Hypertension

## Social History:
Reviewed history from 11/24/2014 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 89 /min
**Blood Pressure:** 126/91 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
Left shoulder impingement is positive. She has persistent myofascial involvement. Physical examination is otherwise unchanged. Numerous disability forms were completed. 40 minutes was spent with the patient on today's appointment. More than 50% of the physicians time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. Her 2016 MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this point.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)
BMI NORMAL PARAM G8420 (CPT-G8420)

**Problem # 2:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

**Problem # 3:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 4:** Pain in left shoulder (ICD-719.41) (ICD10-M25.512)

The 2016 shoulder MRI shows minimal supraspinatus tendinitis, otherwise her shoulder MRI is normal. I discussed the option of a

shoulder cortisone injection, I discussed the risk of infection or bleeding, bone density loss with steroids. She has that I proceed.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Orders:
INJECTION MAJOR JT/BURSA 20610 (CPT-20610)

**Problem # 5:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

**Problem # 6:** Migraine headache (ICD-346.90) (ICD10-G43.909)

The patient is status post Botox injections by neurology which have helped to a degree.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Relpax Tabs (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

**Problem # 7:** Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)

**Prescriptions:**
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain #60[Capsule] x 5
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 06/16/2016
Method used: Electronically to
Walgreens Drug Store 10456* (retail)
725 W Baptist Road
COLORADO SPRINGS, CO 80921
Ph: (719) 219-0230
Fax: (719) 219-0236
RxID: 1781710246945570
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain #90[Capsule] x 5
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 06/16/2016
Method used: Electronically to
Walgreens Drug Store 10456* (retail)
725 W Baptist Road
COLORADO SPRINGS, CO 80921
Ph: (719) 219-0230
Fax: (719) 219-0236
RxID: 1781710246945540
Handout requested.
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) #60 x 0
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 06/16/2016
Method used: Handwritten
RxID: 1781710246945500

**Patient Instructions:**
1) I performed a left shoulder cortisone injection on today's visit.
2) She has plateaued with physical therapy.
3) I have known Mrs. Nelson since 2007, she has continued to work over the years despite significant pain a medical issues. There are no signs of malingering. No evidence of pain behaviors. I do not feel that she is capable of working at this point, and have excused

her from work for the next three months.
4) CC Dr. Fraley

## Procedure Note

**Injections:**
Comment: On today's visit, I injected the left shoulder via a posterior approach under sterile technique, using 1.5 cc kennalog and 4cc marcaine. The patient tolerated the injection well.

# Medical Rehabilitation Specialists Clinical Summary

| | | | |
|---|---|---|---|
| Patient | MICHELLE NELSON | | |
| Date of birth | | Sex | Female |
| Race | White | Ethnicity | Hispanic or Latino |
| Contact info | Primary Home:<br>US<br>Tel: +1- | Patient IDs | 1534407156653500<br>1.2.840.113619.21.1.9011180915707667651.2.1.1.1<br>bf8a2993-ddd0-463e-888d-6a3d04f8a032<br>1.2.840.113619.21.1.9011180915707667651.2.1.1.2 |
| Preferred Language | English | | |

| | |
|---|---|
| Document Id | c6548488-de3b-4aa2-bea9-0ba92d810283<br>1.2.840.113619.21.1.9011180915707667651.5.2 |
| Document Created | June 16, 2016, 17:18:20, CST |
| Performer | Katharine Leppard MD |
| Author | CDA Document Generator |
| Contact info | Work Place:<br>3470 Centennial Blvd<br>Suite 110<br>COLORADO SPRINGS, CO 80907, US<br>Tel: +1-719-575-1800 |
| Encounter Id | 1781671581801730 2.16.840.1.113883.19 |
| Encounter Date | From June 16, 2016, 04:46:20, CST to June 16, 2016, 04:46:20, CST |
| Encounter Location | id: 0 2.16.540.1.113883.19.2 |
| Legal authenticator | Katharine Leppard MD of Medical Rehabilitation Specialists signed at June 16, 2016, 17:18:20, CST |
| Contact info | Work Place:<br>3470 Centennial Blvd<br>Suite 110<br>COLORADO SPRINGS, CO 80907, US<br>Tel: (719) 575-1800 [ ] |
| Document maintained by | Medical Rehabilitation Specialists |
| Contact info | Work Place:<br>3470 Centennial Blvd<br>Suite 110<br>COLORADO SPRINGS, CO 80907, US<br>Tel: +1-719-575-1800 |
| Encounter Participant | Katharine Leppard MD |
| Contact info | Work Place:<br>3470 Centennial Blvd<br>Suite 110<br>COLORADO SPRINGS, CO 80907, US<br>Tel: (719) 575-1800 [ ] |

## Table of Contents


- Reason for Visit
- Chief Complaint
- Instructions
- Plan of Care
- Medications
- Conditions or Problems
- Allergies, Adverse Reactions, Alerts
- Social History
- Vital Signs
- Results
- Procedures
- Medications Administered
- Immunizations
- Advance Directives
- Assessments
- Review of Systems
- Family History
- History of Past Illness
- History of Present Illness


---

## Reason for Visit

No information available.

## Chief Complaint

No information available.

## Instructions

| Instruction Description | Start Date |
|---|---|
| I performed a left shoulder cortisone injection on today's visit. She has plateaued with physical therapy. I have known Mrs. Nelson since 2007, she has continued to work over the years despite significant pain a medical issues. There are no signs of malingering. No evidence of pain behaviors. I do not feel that she is capable of working at this point, and have excused her from work for the next three months. CC Dr. Fraley | 2016/06/16 |

## Plan of Care

| Type | Date | Detail |
|---|---|---|
| Appointment | 2016/06/16 03:15 PM | Katharine J Leppard MD, 3470 Centennial Blvd, Suite 110, COLORADO SPRINGS, CO, 80907-4091, +1-719-575-1800 |
| Appointment | 2016/08/17 11:45 AM | Katharine J Leppard MD, 3470 Centennial Blvd, Suite 110, COLORADO SPRINGS, CO, 80907-4091, +1-719-575-1800 |
| Patient education | 2016/06/16 | Medications |

## Medications

| Medication | Instructions | Start Date | Stop Date | Generic Name | NDC | Provider |
|---|---|---|---|---|---|---|
| GABAPENTIN | 1 tid prn | 2016/02/24 | | GABAPENTIN | 45963055650 | Katharine |

| | | | | | | |
|---|---|---|---|---|---|---|
| GABAPENTIN 300 MG CAPS | 1 tid prn for nerve pain | 2016/02/24 | | GABAPENTIN | [illegible] | Katharine J Leppard MD |
| GABAPENTIN 100 MG CAPS | 1-2 tid for nerve pain | 2016/02/02 | | GABAPENTIN | 00378542605 | Katharine J Leppard MD |
| CELEXA TABS | 1 po q d | 2015/06/10 | | CITALOPRAM HYDROBROMIDE TABS | 00456401001 | Katharine J Leppard MD |
| IBUPROFEN 600 MG TABS | One b.i.d. PRN | 2015/05/19 | | IBUPROFEN | 63874032430 | Katharine J Leppard MD |
| ZOLPIDEM TARTRATE 10 MG TABS | 1 q hs prn | 2013/03/25 | | ZOLPIDEM TARTRATE | 00603646916 | Katharine J Leppard MD |
| RELPAX TABS | | 2012/06/25 | | ELETRIPTAN HYDROBROMIDE TABS | 00049233045 | Katharine J Leppard MD |
| PERCOCET 5-325 MG TABS | | 2012/06/25 | | OXYCODONE-ACETAMINOPHEN | 63481062385 | Katharine J Leppard MD |

## Conditions or Problems

| Problem Name | Problem Code | Onset Date | Status | Entry Date | Provider | Comment | Standard Description | Annotate |
|---|---|---|---|---|---|---|---|---|
| Migraine headache | 37796009 (SNOMED CT) | 2016/04/07 | Active | 2016/04/07 | Katharine J Leppard MD | | Migraine | |
| Myofascial pain syndrome | 24693007 (SNOMED CT) | 2016/02/24 | Active | 2016/02/24 | Katharine J Leppard MD | | Fibromyositis | |
| Pain in left shoulder | 45326000 (SNOMED CT) | 2016/02/18 | Active | 2016/02/18 | Katharine J Leppard MD | | Shoulder pain | |
| Other incomplete lesion at C2 level of cervical spinal cord, initial encounter | S14.152A (ICD-10-CM) | 2016/01/19 | Active | 2016/01/19 | Katharine J Leppard MD | | Other incomplete lesion at C2 level of cervical spinal cord, initial encounter | |
| Degenerative disc disease, cervical spine | 69195002 (SNOMED CT) | 2016/01/19 | Active | 2016/01/19 | Katharine J Leppard MD | | Degeneration of cervical intervertebral disc | |
| Tension type headache, unspecified | 398057008 (SNOMED CT) | 2014/06/11 | Active | 2014/06/11 | Katharine J Leppard MD | | Tension-type headache | |
| NECK PAIN | 81680005 (SNOMED CT) | | Active | 2012/06/25 | Katharine J Leppard MD | | Neck pain | |
| HEADACHE | 25064002 | | Active | 2012/06/25 | Katharine | | Headache | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | (SNOMED CT) | | | | J Leppard MD | | | |

## Allergies, Adverse Reactions, Alerts

| Allergy Name | Reaction Description | Start Date | Severity | Status | Provider |
|---|---|---|---|---|---|
| SULFASALAZINE | Itchy, GI upset, HA | 2012/06/25 | Moderate | Active | Katharine J Leppard MD |

## Social History

No information available.

## Vital Signs

| Date | Name | Value | Unit | Description |
|---|---|---|---|---|
| 2016/06/16 | BMI (Body Mass Index) | 23.92 | kg/m2 | body mass index - 41909-3 |
| | Preliminary vital sign data, not yet signed by the author as of 2016/06/16 | | | |
| 2016/06/16 | BP Diastolic | 91 | mm[Hg] | blood pressure, diastolic - 8462-4 |
| | Preliminary vital sign data, not yet signed by the author as of 2016/06/16 | | | |
| 2016/06/16 | BP Systolic | 126 | mm[Hg] | blood pressure, systolic - 8480-6 |
| | Preliminary vital sign data, not yet signed by the author as of 2016/06/16 | | | |
| 2016/06/16 | BSA (Body Surface Area) | 1.47 | | body surface area |
| | Preliminary vital sign data, not yet signed by the author as of 2016/06/16 | | | |
| 2016/06/16 | Heart Rate | 89 | /min | pulse rate E&M - 8867-4 |
| | Preliminary vital sign data, not yet signed by the author as of 2016/06/16 | | | |
| 2016/06/16 | Height | 59 | [in_us] | height E&M - 8302-2 |
| | Preliminary vital sign data, not yet signed by the author as of 2016/06/16 | | | |
| 2016/06/16 | Weight Measured | 118 | [lb_av] | weight E&M - 3141-9 |
| | Preliminary vital sign data, not yet signed by the author as of 2016/06/16 | | | |

## Results

| Date | Name | Value | Unit | Range | Flag | Description |
|---|---|---|---|---|---|---|
| Office Visit: Established Patient | | | | | | |
| 2016/06/16 | MEDS REVIEW | Done | | | | Documentation of current medications (procedure) |
| | Preliminary observation data, not yet signed by the author as of 2016/06/16 | | | | | |

## Procedures

| Code | Procedure Name | Date | Entry Date |
|---|---|---|---|
| CPT-20610 | INJECTION MAJOR JT/BURSA 20610 | 2016/06/16 | 2016/06/16 |

| | | | |
|---|---|---|---|
| CPT-G8783 | HTN SCREEN G8783 | 2016/06/16 | 2016/06/16 |
| CPT-G8427 | LIST CURRENT MEDS G8427 | 2016/06/16 | 2016/06/16 |
| CPT-1036F | CURRENT TOBACCO NON-USER 1036F | 2016/06/16 | 2016/06/16 |
| CPT-G8420 | BMI NORMAL PARAM G8420 | 2016/06/16 | 2016/06/16 |

## Medications Administered

No information available.

## Immunizations

No information available.

## Advance Directives

There may be information available, but it has not been provided by the sender.

## Assessments

There may be information available, but it has not been provided by the sender.

## Review of Systems

There may be information available, but it has not been provided by the sender.

## Family History

There may be information available, but it has not been provided by the sender.

## History of Past Illness

There may be information available, but it has not been provided by the sender.

## History of Present Illness

There may be information available, but it has not been provided by the sender.

Attn: Liberty Mutual, Leave ID: 570464
Darryl Hart
From: Michelle Nelson

I wish to appeal the decline decision.

Thank you

Michelle Nelson

Michelle Nelson

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (866) 214-7839

May 12, 2016

Katherine Leppard
3470 CENTENIAL BLVD
COLORADO SPRINGS, CO 00000

Please see the 6/16/16 office note.

RE: Short-Term Disability (STD) Benefits
Wells Fargo & Company
Claim #: 3582432
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Katherine Leppard:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 18, 2016 through present
- Return to work date: 9/16/16

KLeppard MD 6/16/16

We ask that you provide this information by May 19, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (866) 214-7839 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

5/12/14 AR

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Darrell Hart
Dis Claims Std Case Mgr II
Phone No.: (866) 213-2937 Ext. 14791
Secure Fax No.: (866) 214-7839

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



MICHELLE R NELSON Office (719) 291-2356
Female DOB: 38445 Ins: KAISER Grp: 01095224

**06/16/2016 - Office Visit: Established Patient**
**Provider: Katharine J Leppard MD**
**Location of Care: Medical Rehabilitation Specialists**

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office reporting persistent neck and periscapular pain. She does not feel that she is capable of returning to work even part-time. There is left scapular pain that radiates to the forearm with arm movment. She tried strengthening in PT and it only increased her pain. Her PCP gave her a steroid IM in the hip muscle in the begining of the year, it had no effect on her symptoms. She saw neurology for migraine headaches, and had Botox injections which have helped to a degree with her headaches.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
- Chronic neck pain
- Spinal Cord Injury with Syrinx
- Chronic Headaches
- Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
- Cesarian Section 03'

## Current Medication List Reviewed
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
CELEXA TABS (CITALOPRAM HYDROBROMIDE TABS) 1 po q d
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN)

## Current Problem List Reviewed
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:

**MICHELLE R NELSON** Office (719) 291-2356
Female DOB: 38445 Ins: KAISER Grp: 01095224

Reviewed history Last on 04/21/2016 and no changes required:06/16/2016
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

**General Comments - FH:**
FH Diabetes
FH Hypertension

## Social History:

Reviewed history from 11/24/2014 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 89 /min
**Blood Pressure:** 126/91 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
Left shoulder impingement is positive. She has persistent myofascial involvement. Physical examination is otherwise unchanged. Numerous disability forms were completed. 40 minutes was spent with the patient on today's appointment. More than 50% of the physicians time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. Her 2016 MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this

point.

Her updated medication list for this problem includes:
  Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
  Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)
BMI NORMAL PARAM G8420 (CPT-G8420)

**Problem # 2:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
  Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
  Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

**Problem # 3:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 4:** Pain in left shoulder (ICD-719.41) (ICD10-M25.512)

The 2016 shoulder MRI shows minimal supraspinatus tendinitis, otherwise her shoulder MRI is normal. I discussed the option of a shoulder cortisone injection, I discussed the risk of infection or bleeding, bone density loss with steroids. She has that I proceed.

Her updated medication list for this problem includes:
  Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
  Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Orders:
INJECTION MAJOR JT/BURSA 20610 (CPT-20610)

**Problem # 5:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

**Problem # 6:** Migraine headache (ICD-346.90) (ICD10-G43.909)

The patient is status post Botox injections by neurology which have helped to a degree.

Her updated medication list for this problem includes:
  Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
  Relpax Tabs (Eletriptan hydrobromide tabs)
  Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

**Problem # 7:** Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



**MICHELLE R NELSON** Office (719) 291-2356
Female DOB: 38445 Ins: KAISER Grp: 01095224

**Prescriptions:**

GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain #60[Capsule] x 5
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 06/16/2016
Method used: Electronically to
Walgreens Drug Store 10456* (retail)
725 W Baptist Road
COLORADO SPRINGS, CO 80921
Ph: (719) 219-0230
Fax: (719) 219-0236
RxID: 1781710246945570

GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain #90[Capsule] x 5
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 06/16/2016
Method used: Electronically to
Walgreens Drug Store 10456* (retail)
725 W Baptist Road
COLORADO SPRINGS, CO 80921
Ph: (719) 219-0230
Fax: (719) 219-0236
RxID: 1781710246945540
Handout requested.

PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) #60 x 0
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 06/16/2016
Method used: Handwritten
RxID: 1781710246945500

**Patient Instructions:**

1) I performed a left shoulder cortisone injection on today's visit.
2) She has plateaued with physical therapy.
3) I have known Mrs. Nelson since 2007, she has continued to work over the years despite significant pain a medical issues. There are no signs of malingering. No evidence of pain behaviors. I do not feel that she is capable of working at this point, and have excused her from work for the next three months.
4) CC Dr. Fraley

## Procedure Note

**Injections:**

Comment: On today's visit, I injected the left shoulder via a posterior approach under sterile technique, using 1.5 cc kennalog and 4cc marcaine. The patient tolerated the injection well.

**Electronically signed by Katharine J Leppard MD on 06/16/2016 at 5:18 PM**

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (866) 214-7839

May 12, 2016

Katherine Leppard
3470 CENTENIAL BLVD
COLORADO SPRINGS, CO 00000

Please see the 6/16/16 office note.

RE: Short-Term Disability (STD) Benefits
Wells Fargo & Company
Claim #: 3582432
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Katherine Leppard:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 18, 2016 through present
- Return to work date: 9/16/16

K Leppard MD 6/16/16

We ask that you provide this information by May 19, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (866) 214-7839 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

5/12/14 AR

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Darrell Hart
Dis Claims Std Case Mgr II
Phone No.: (866) 213-2937 Ext. 14791
Secure Fax No.: (866) 214-7839

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850

*June 16, 2016*
Page 1
Office Visit

MICHELLE R NELSON Office (719) 291-2356
Female DOB: [redacted] 38445 Ins: KAISER Grp: 01095224

**06/16/2016 - Office Visit: Established Patient**
**Provider: Katharine J Leppard MD**
**Location of Care: Medical Rehabilitation Specialists**

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office reporting persistent neck and periscapular pain. She does not feel that she is capable of returning to work even part-time. There is left scapular pain that radiates to the forearm with arm movment. She tried strengthening in PT and it only increased her pain. Her PCP gave her a steroid IM in the hip muscle in the begining of the year, it had no effect on her symptoms. She saw neurology for migraine headaches, and had Botox injections which have helped to a degree with her headaches.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
Chronic neck pain
Spinal Cord Injury with Syrinx
Chronic Headaches
Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
Cesarian Section 03'

## Current Medication List Reviewed
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
CELEXA TABS (CITALOPRAM HYDROBROMIDE TABS) 1 po q d
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN)

## Current Problem List Reviewed
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



**MICHELLE R NELSON** Office (719) 291-2356
Female DOB: 38445 Ins: KAISER Grp: 01095224

Reviewed history Last on 04/21/2016 and no changes required:06/16/2016
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

### General Comments - FH:
FH Diabetes
FH Hypertension

## Social History:
Reviewed history from 11/24/2014 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended
**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 89 /min
**Blood Pressure:** 126/91 mm Hg

## Calculations
**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
Left shoulder impingement is positive. She has persistent myofascial involvement. Physical examination is otherwise unchanged. Numerous disability forms were completed. 40 minutes was spent with the patient on today's appointment. More than 50% of the physicians time was spent in face-to-face time with the patient in counseling.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. Her 2016 MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She has significant myofascial involvement on physical examination. She has plateaued with physical therapy and trigger point injections. Given her prior spinal cord injury from an attempted cervical facet injection, she does not wish to pursue these at this

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



**MICHELLE R NELSON** Office (719) 291-2356
Female DOB: 38445 Ins: KAISER Grp: 01095224

point.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)
BMI NORMAL PARAM G8420 (CPT-G8420)

**Problem # 2:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

**Problem # 3:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 4:** Pain in left shoulder (ICD-719.41) (ICD10-M25.512)

The 2016 shoulder MRI shows minimal supraspinatus tendinitis, otherwise her shoulder MRI is normal. I discussed the option of a shoulder cortisone injection, I discussed the risk of infection or bleeding, bone density loss with steroids. She has that I proceed.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Orders:
INJECTION MAJOR JT/BURSA 20610 (CPT-20610)

**Problem # 5:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

**Problem # 6:** Migraine headache (ICD-346.90) (ICD10-G43.909)

The patient is status post Botox injections by neurology which have helped to a degree.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Relpax Tabs (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

**Problem # 7:** Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850

*June 16, 2016*

Office Visit

**MICHELLE R NELSON** Office: (719) 291-2356
Female DOB: 38445 Ins: KAISER Grp: 01095224

**Prescriptions:**
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain #60[Capsule] x 5
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 06/16/2016
Method used: Electronically to
Walgreens Drug Store 10456* (retail)
725 W Baptist Road
COLORADO SPRINGS, CO 80921
Ph: (719) 219-0230
Fax: (719) 219-0236
RxID: 1781710246945570
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain #90[Capsule] x 5
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 06/16/2016
Method used: Electronically to
Walgreens Drug Store 10456* (retail)
725 W Baptist Road
COLORADO SPRINGS, CO 80921
Ph: (719) 219-0230
Fax: (719) 219-0236
RxID: 1781710246945540
Handout requested.
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) #60 x 0
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 06/16/2016
Method used: Handwritten
RxID: 1781710246945500

**Patient Instructions:**
1) I performed a left shoulder cortisone injection on today's visit.
2) She has plateaued with physical therapy.
3) I have known Mrs. Nelson since 2007, she has continued to work over the years despite significant pain a medical issues. There are no signs of malingering. No evidence of pain behaviors. I do not feel that she is capable of working at this point, and have excused her from work for the next three months.
4) CC Dr. Fraley

## Procedure Note

**Injections:**
Comment: On today's visit, I injected the left shoulder via a posterior approach under sterile technique, using 1.5 cc kennalog and 4cc marcaine. The patient tolerated the injection well.

**Electronically signed by Katharine J Leppard MD on 06/16/2016 at 5:18 PM**

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



**MICHELLE R NELSON** Office:
Female DOB: 38445 Ins: KAISER Grp: 01095224

# Medical Leave

## *Guide for managers*

This guide explains your responsibilities as a manager to support your team member's leave of absence.

| | |
|---|---|
| **At the beginning of your team member's leave** | **Refer** your team member to *Teamworks* at Home (www.teamworks.wellsfargo.com) to access this information while on leave. If your team member does not have access to *Teamworks* at Home, refer them to 1-877-HRWELLS (1-877-479-3557), option 2. |

**Advise** your team member that he or she must record in Time Tracker accrued, unused PTO to cover regularly scheduled work hours during his or her Short-Term Disability (STD) waiting period, which is the seven consecutive calendar days that begin on the first date of the team member's medically certified health condition. Refer to the Medical Leave page in the Leave Of Absence section under Time Away in the *Team Member Handbook* for more information.

- If your team member does not have any accrued, unused PTO available, then some or all of his or her STD waiting period will be unpaid unless your business unit allows team members to use unaccrued PTO from his or her current year PTO allowance. Team members may choose to use unaccrued PTO if allowed by your business unit but cannot be required to do so. For more information about inputting PTO for your team member, refer to the *Manager-completed timesheets* section on the Timesheet Review page of *Teamworks*.
- If your exempt team member does not have accrued PTO to use during the STD waiting period, you will have to take action to withhold his or her pay for absences during the seven calendar-day waiting period. These adjustments can only be made in full or half day increments. Refer to the *Overpayments* section on the Pay Corrections page on *Teamworks* for more information about docking your exempt team member's pay.
- If your team member did not record PTO for their STD waiting period, complete a payroll request form, including signatures from your second-level manager.
  - Complete Payroll Adjustments Request - Exempt [HRS2288] for exempt team members.
  - Complete Payroll Adjustments Request – Nonexempt [HRS8397] for non-exempt team members.

*Use of PTO in advance of accrual could result in an overpayment, which would require repayment.

**Refer** to the Time Away section in the *Team Member Handbook* for more information if your team member needs additional time away from work outside of his or her medical leave of absence.

**Remind** your team member that he or she is responsible for filing for State Disability Insurance (SDI) if the team member works in California, Rhode Island, Hawaii, or Puerto Rico, and he or she must forward a copy of his or her first disability voucher or SDI payment stub to our claim and leave administrator Liberty Mutual. For more information about filing SDI, refer to Filing a Maternity or Disability Claim on *Teamworks*.

**Be sure** to take or refresh your knowledge of leaves of absence by referring to the information available.

- Managing Medical and Family Leave in the Manager Center
- Medical leaves section in the *Team Member Handbook*
- Family & Medical Leave Act (FMLA) page on *Teamworks*
- Medical Leave page in the Manager Center

**Remind** your team member to keep you informed about his or her expected return from leave and any need for accommodations upon his or her release to return to work.

**Review** all communications related to your team member's leave and perform any actions as requested as soon as possible. Contact our leaves and claims administrator at 1-877-HRWELLS (1-877-479-3557), option 2, 3, if you have any questions.

**Advise** your team member that he or she is responsible for continuing to pay Wells Fargo benefit premiums while on leave. The team member will receive a letter from the HR Service Center explaining how to continue health and welfare benefit coverage and how to make payments, if applicable. For more information, refer to Appendix D of the benefits book from *Teamworks* at Home.

**Remind** your team member that additional pay or deductions should be stopped while he or she is on a leave.

These items may include, but are not limited to, auto allowances and commuter benefits for subsidies or parking. The team member is responsible for submitting these requests. For more information, refer your team member to *Teamworks* at Home.

**Submit** a request to delete your team member's remote access connection. For specific directions for each line of business, reference How can I suspend Remote Access during a Leave of Absence.

**Remind** your team member that his or her Internal Commercial Card accounts are systematically deactivated once the leave begins.

Prior to the team member going out on a leave, ensure he or she has a delegate established in My Concur and that all outstanding transactions are addressed. If the team member doesn't have a delegate established prior to going out on leave, the manager will need to contact Shared Service Accounting at 1-800-794-1522 to have a delegate established. The delegate should then prepare an expense report for any open card transactions and route for manager approval.



Liberty/Nelson 0999

| | |
|---|---|
| **During your team member's leave** | **Stay** in contact with your team member at key points during the leave. It is your responsibility to have an interactive discussion(s):<br>• Document all conversations with your team member in your Manager Desk File.<br>• Be sure to review the Employee Information Paper Documents page on *Teamworks*.<br>• Do not inquire about the team member's medical condition or diagnosis. If you learn about the team member's medical condition, take steps to ensure that the information remains confidential, and the team member's privacy is respected. Do not include the condition in the team member's personnel file.<br>• Clarify when/if the team member will be able to return to work on the estimated return to work date.<br>• Inform the team member that Wells Fargo offers accommodations that may allow the team member return to work sooner.<br>• Ask what kind of accommodation, if any, he or she will need upon his or her return to work.<br>• Review the *Your responsibilities* section of the Accommodations Management page on *Teamworks* for discretion to approve routine accommodation requests.<br>• Do not deny an accommodation without first consulting with Accommodations Management.<br><br>If you need support in conducting or documenting these interactive conversations, consult with HR Advisor at 1-877-HRWELLS (1-877-479-3557), option 3. |
| | **Review** Time Tracker to ensure that your team member is not continuing to complete timesheets beyond the STD waiting period. |
| | **Review** and **respond** as applicable to all communications about your team member's leave. |
| | **Confirm** that the leave dates in the correspondence match your attendance records and reconcile if necessary. |
| | **Process**, if requested by the team member, the one-time lump sum payout of any accrued, unused PTO using the correct Payroll Request form (exempt or nonexempt). |
| | **Call** HR Advisor at 1-877-HRWELLS (1-877-479-3557), option 3, before taking any corrective action or making any employment decisions, including replacing your team member's position. |
| | **Consider** contacting the Short-Term Assignment Resource (STAR) program if you require temporary assistance during your team member's leave of absence.<br><br>If your team member will be out longer than four weeks, the STAR program may be able to provide a knowledgeable Wells Fargo resource to fill in. Go to the Short-Term Assignment Resource (STAR) Program page on *Teamworks* to start the process or to learn more about the program. |

| Upon your team member's return from leave | |
|---|---|
| | **Report** your team member's return to work date up to five calendar days before the day he or she plans to return.<br>• Go to your team member's profile in Staff Management. If you are reporting the return to work in a previous pay period or are unable to use Staff Management, complete the Leave of Absence Request Form on *Teamworks*.<br>• Be sure to enter the accurate date of the team member's return to work. This can affect regular pay as well as disability benefits, if applicable.<br>    o Note: The leave of absence approved-through date is not necessarily the return to work date. Confirm with the team member that he or she will be returning to work before processing the return in Staff Management.<br>• Do not use Staff Management to process returns from leave for team members returning with medical restrictions requiring reduced work hours; they are considered to be on partial leave.<br>• Contact our leaves and claims administrator if the accommodations requested by your team member have not been previously confirmed by Liberty Mutual or Accommodations Management.<br>• Correct Staff Management if the team member does not return as expected. |
| | **Complete** the following tasks to support your team member's return from leave, as appropriate:<br>• Submit a request to reactivate your team member's remote access connection. For specific directions for each LOB, please reference How can I suspend Remote Access during a Leave of Absence?<br>• Submit an ART Request to reinstate suspended accesses to systems.<br>• Conduct any overdue performance reviews, if necessary.<br>• Consult with HR Advisor on any corrective action the team member may have been on before his or her leave to adjust, if necessary.<br>• Reactivate the Internal Commercial Card, if necessary.<br>• Submit a request to Payroll to reinstate additional pay such as language differential, commuter subsidies, or other ongoing payments or payroll deductions, if appropriate. |
| | **Advise** your team member that all questions regarding denials should be addressed with Liberty Mutual at 1-877-HRWELLS (1-877-479-3557), option 2. |
| | **Contact** Accommodations Management at 1-877-HRWELLS (1-877-479-3557), option 2, 3, if the team member is released to return to work with medical restrictions and you need assistance evaluating whether you can reasonably accommodate. Managers must contact Accommodations Management before denying any request for an accommodation. |
| | If your team member's leave is denied or closed and he or she has not returned to work, **attempt** to contact your team member to determine their expected return to work date if the team member has not already contacted you.<br>• If your team member's **leave has closed and the team member has not returned to work,** contact our leaves and claims administrator at 1-877-479-3557, option 2, 3, to confirm your next steps.<br>• If your team member's **leave was denied and your team member has returned or has provided an expected return date,** contact HR Advisor at 1-877-479-3557, option 3, for next steps.<br>• If your team member's **leave was denied and your team member** |

| | |
|---|---|
| | **has not returned,** contact our leaves and claims administrator at 1-877-479-3557, option 2, 3, to confirm your next steps.<br><br>**DO NOT** make any employment decisions, including replacing your team member's position, before calling HR Advisor at 1-877-HRWELLS (1-877-479-3557), option 3. |

**n0285391**

| | |
|---|---|
| **From:** | wellsfargo |
| **Sent:** | Wednesday, June 08, 2016 7:02:40 PM |
| **To:** | DARLA.J.CAMPBELL@WELLSFARGO.COM |
| **Subject:** | LIBERTY NOTIFICATION: Change in Leave Status for Michelle Nelson 00000141433, 3582432 |
| **Attachments:** | Medical_Leave_Guide_for_Managers.pdf |

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced below.**

Why You're receiving this Notice: This is to notify you that your team member's leave described below has ended.

If your team member is on any additional leaves, you will or may have receive(d) separate communications regarding the status of those leaves.

What You Need to Know: **Leave Information:**

- Leave type: Certified Medical Leave
- Leave period: 1/28/2016 thru 5/29/2016
- Leave status: Closed
- Status Reason: The claim has closed because the team member is not totally disabled from their own occupation (or own job), as specified by the policy's definition of disability.

What You Need to Do: **Attempt** to contact your team member to determine his or her expected return to work date if the team member has not already contacted you.

If your team member has an additional leave request, your team member must contact their Liberty case manager.

**Refer** to the attached Manager Guide to support your team member's return to work.

**Consult** Accommodations Management at 1-877-HRWELLS (1-877-479-3557), options 2, 3, 5, for guidance with an accommodation request.

**DO NOT** take any corrective action or make any employment decisions before calling HR Advisor at 1-877-HRWELLS (1-877-479-3557), option 3.

**Respond** promptly to any request for information from the HR Service Center.

**Send** copies of doctor release notes to Liberty Mutual via fax to 866-214-7839.

What Happens
Next: **Refer** to the *Return From Leave* section of the attached Manager Guide to confirm your next steps.

Questions: If you have further questions, contact the assigned Liberty Mutual case manager at 1-866-213-2937, 14791 or contact the assigned Case Manager at DARRELL.HART@LIBERTYMUTUAL.COM. Please be sure to reference claim number 3582432.

**n0285391**

| | |
|---|---|
| **From:** | wellsfargo |
| **Sent:** | Wednesday, June 08, 2016 7:02:40 PM |
| **To:** | DARLA.J.CAMPBELL@WELLSFARGO.COM |
| **Subject:** | LIBERTY NOTIFICATION: Change in Leave Status for Michelle Nelson 00000141433, 3582432 |
| **Attachments:** | Medical_Leave_Guide_for_Managers.pdf |

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced below.**

Why You're receiving this Notice: This is to notify you that your team member's leave described below has ended.

If your team member is on any additional leaves, you will or may have receive(d) separate communications regarding the status of those leaves.

What You Need to Know: **Leave Information:**

- Leave type: Certified Medical Leave
- Leave period: 1/28/2016 thru 5/29/2016
- Leave status: Closed
- Status Reason: The claim has closed because the team member is not totally disabled from their own occupation (or own job), as specified by the policy's definition of disability.

What You Need to Do: **Attempt** to contact your team member to determine his or her expected return to work date if the team member has not already contacted you.

If your team member has an additional leave request, your team member must contact their Liberty case manager.

**Refer** to the attached Manager Guide to support your team member's return to work.

**Consult** Accommodations Management at 1-877-HRWELLS (1-877-479-3557), options 2, 3, 5, for guidance with an accommodation request.

**DO NOT** take any corrective action or make any employment decisions before calling HR Advisor at 1-877-HRWELLS (1-877-479-3557), option 3.

**Respond** promptly to any request for information from the HR Service Center.

**Send** copies of doctor release notes to Liberty Mutual via fax to 866-214-7839.

What Happens
Next: **Refer** to the *Return From Leave* section of the attached Manager Guide to confirm your next steps.

Questions: If you have further questions, contact the assigned Liberty Mutual case manager at 1-866-213-2937, 14791 or contact the assigned Case Manager at DARRELL.HART@LIBERTYMUTUAL.COM. Please be sure to reference claim number 3582432.

**ADDENDUM to Clinical Case Review from 6/5/16**

**Completed By: Shilpa Kasuganti**
**Report Date: June 7, 2016**

**Referred by: Darrell Hart**
**Insured's Name: Michelle Nelson**
**DOB:**
**Claim Number: 3582432**
**Employer: Wells Fargo & Company**
**Job Title/Occupation: Consumer Loan Underwriter**
**Diagnosis: myofascial pain syndrome**
**DOD: 01/28/2016**
**Type of Claim: STD**

---

**Clarification was requested regarding the R&L's provided in the initial report, specifically regarding the sitting tolerance.**
Response: Currently supported R&L's include the following: *sitting for up to 1 hr at a time for up to 8 hours in the course of an 8 hour work day with ability to change position as needed*; less than occasional pushing and pulling with the left upper extremity; occasional lifting/carrying up to 10lbs; less than occasional overhead reaching; occasional flexion/extension of the neck; less than occasional rotation of the neck; use of headset when using phone; no kneeling, squatting. R&L's are not supported for grasping objects or keyboarding. An ergonomic evaluation of her work station is recommended to ensure proper positioning of her head and arms.

These R&L's are supported for the next 3-6 months and should be reassessed with updated records. The current evidence is insufficient to support the claimant's inability to sustain full-time activity within the recommended R&L's.

**Original Clinical Case Review**

**Completed By: Shilpa Kasuganti**
**Report Date: June 5, 2016**

**Referred by: Darrell Hart**
**Insured's Name: Michelle Nelson**
**DOB:**
**Claim Number: 3582432**
**Employer: Wells Fargo & Company**
**Job Title/Occupation: Consumer Loan Underwriter**
**Diagnosis: myofascial pain syndrome**
**DOD: 01/28/2016**
**Type of Claim: STD**

---

**1. What are the primary and secondary diagnoses outlined in the medical records? Does the claimant meet the criteria for the diagnosis(s)?**
Response: The medical evidence supports a primary impairing diagnosis of myofascial pain syndrome of the neck and left shoulder. She also has contributing diagnoses of chronic neck pain secondary to degenerative disc disease of the cervical spine and migraine headaches. The claimant also has a current co-morbid diagnosis of syrinx of the cervical spine; however, this is stable and not the source of any current impairment.

**2. Provide a description of the claimants impairments, if any, and outline how any impairment translates to restrictions and limitations. Please include the expected duration for any supported restrictions. When clarifying the supported restrictions, please be sure to address the following including minutes/hours/frequency and weight. If position changes are supported, please advise how long able to do each position prior to change: sitting, walking, standing, bending/twisting at neck, bending/twisting at waist, squatting, climbing, kneeling, crawling, repetitive use of hands, grasping, gripping, fine manipulation, pushing, pulling, lifting, carrying, reaching above shoulder, reaching below waist, computer work, keyboarding, phone work, typing and office equipment.**
Response**:** Impairments include pain and decreased range of motion of the neck and shoulder, which translates to limited lifting ability and reaching ability. Medically supported restrictions and limitations include: sitting for up to 1 hr at a time with a 5 minute stretch break; less than occasional pushing and pulling with the left upper extremity; occasional lifting/carrying up to 10lbs; less than occasional overhead reaching; occasional flexion/extension of the neck; less than occasional rotation of the neck; use of headset when using phone; no kneeling, squatting. R&L's are not supported for grasping objects or keyboarding. An ergonomic evaluation of her work station is recommended to ensure proper positioning of her head and arms.

These R&L's are supported for the next 3-6 months and should be reassessed with updated records. The current evidence is insufficient to support the claimant's inability to sustain full-time activity within the recommended R&L's.

**3. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**
Response: No

**4. If applicable, (only if the claimant cannot return to work full-time), Does the available medical information support a reduced work schedule and through what duration? Please outline a recommended return to work schedule.**
Response: N/a

**5. Provide a discussion of your treatment recommendations including treatment modalities, frequency of treatment, duration, and expected outcome. Is the current treatment plan appropriate?**
Response: The current treatment plan is appropriate and has included appropriate imaging, aggressive physical therapy, medication management and trigger point injections. Ongoing recommended treatment includes continued therapy or a home exercise program to work on strengthening and range of motion of the neck and left shoulder.

I called the claimant's AP, Dr. Katherine Leppard, on 5/26/16 at 4:45pm and left a message with an assistant. I called again on 5/31/16 at 2pm and spoke to her medical assistant, Ann. Ann indicated that the claimant had not been seen since our last available record, 4/21/16. She noted that Dr. Leppard was out of the country and would not be able to provide any new information until the next follow-up appointment, which was scheduled for 6/16/16. I asked her to relay my contact information to Dr. Leppard to contact me any time to further discuss the claimant's current impairments.

**Additional Recommendations:** I would be happy to review any further records that may be provided. Specifically, alternative means of evaluation to determine how much the claimant's reported impairments are contributing to her daily function may be helpful.

**Analysis:** The medical evidence supports a primary impairing diagnosis of myofascial pain syndrome of the neck and left shoulder. She also has contributing diagnoses of chronic neck pain secondary to degenerative disc disease of the cervical spine and migraine headaches. Impairments include pain and decreased range of motion of the neck and shoulder.

Myofascial pain syndrome is a soft-tissue pain condition with many similarities to fibromyalgia. Both conditions are associated with central sensitization, an increased excitability of neurons in the dorsal horn of the spinal cord. Whereas fibromyalgia often is associated with more somatic complaints (i.e. migraines, irritable bowel syndrome, etc), myofascial pain syndrome (MPS) begins as a peripheral disorder in which pain originates with the muscles as myofascial trigger points. It is characterized by localized tenderness and hardness in a discrete taut band within muscle, but with time can lead to the development of referred pain (caused by central sensitization). Restricted range of motion is also a common exam finding. This is largely a clinical diagnosis; the imaging procedures being developed to help with diagnosis are still considered only research tools at this time. MPS can be associated with hypothyroidism, iron insufficiency, vitamin D insufficiency, and/or vitamin B12 insufficiency. Treatment may include anti-depressants, physical therapy and trigger point injections. (Diagnosing fibromyalgia and myofascial pain syndrome: A guide. RD Gerwin. Chronic Pain Perspectives. 2013;62(12):S19-25.)

**Case Summary:** The claimant is a 47 year-old female who has been out of work since 1/28/16 for neck and left shoulder pain. The claimant has a history of chronic neck pain and migraine headaches after a motor vehicle accident in 2007. At the end of January, she reported a severe flare-up of neck pain; exam findings were notable for significantly limited range of motion of the neck and left shoulder and several trigger points, but no other significant neurologic deficit. MRI of the cervical spine showed degenerative disc

disease with mild disc bulge at C4-7 and previously known and stable syrinx at C1; there was no evidence of nerve root on central canal stenosis. An MRI of the left shoulder showed mild supraspinatus tendinitis. The claimant was diagnosed with myofascial pain syndrome and underwent a series of 6 trigger point injections in conjunction with aggressive physical therapy to work on range of motion and strengthening. Currently, she notes some improvement, but continues to demonstrate restricted range of motion of the neck and left shoulder.

The claimant also has a current co-morbid diagnosis of syrinx of the cervical spine; however, this is stable and not the source of any current impairment.

**Records Reviewed/Historical:**
**Job Description: Consumer Loan Underwriter 3**
Physical: constant: sitting, hand use, simple grasping, R hand, fine manipulation; seldom: walking, standing, bending/twisting at neck, simple grasping L hand, reaching; never: bending/twisting at waist, squatting, climbing, kneeling, crawling, power grasping, pushing/pulling; no lifting/carrying

**Medical Rehabilitation Specialists T: 719-575-1800 F: 719-575-1850**
**Dr. Katherine Leppard**
**1/19/16:** OVN: neck pain and h/a; in chiro and massage; h/a 1-2x/wk; daily neck pain 2-3/10 w/ meds, 8-9/10 without meds; pain radiating to B UE, denies weakness; exam: hypertonicity cervical and upper trap regions; able to walk on heels and toes; Dx: chronic neck pain, spinal cord syrinx (stable), tension type h/a, ddd; f/u 6 mo; Plan: chronic neck pain-con't chronic meds of motrin and Percocet prn;
**2/2/16:** OVN: severe flare-up neck pain, radiating into L UE, started Monday; saw PCP and got IM CSI, didn't help; flexeril didn't help; went to ER and had cervical MRI; denies n/t, weakness, just pain and pressure to back of arm, L neck and forearm; denies h/a; PMH: chronic neck pain, SCI w/ syrinx (stable) d/t puncture wound to SC during attempted facet injxn in 2008 w/ residual L-sided numbness, but otw stable, chronic h/a; Meds: gabapentin, celexa, motrin, ambien, relpax, Percocet; exam: limited cervical rotation barely past neutral; spurling neg; L shoulder active flexion to 70deg; DTR's wnl; Hoffman's on L is mildly +; strength/sensation wnl; MRI c-spine from 1/29/16 reviewed-syrinx at C1 stable, ddd w/ mild disc bulging at C4-7; no clear-cut nerve root compression, no central canal stenosis; facet jts nl; Plan: acute neck and LUE pain in setting of chronic neck pain and h/a since MVA in 2007; extensive tx over years and h/o spinal cord syrinx as result of spinal injxn, stable for years; MRI no evidence of nerve root compression, impingement maneauvers are non-specific; Tx: start PT, work on pendulum exercises; trial of Neurontin; con' tpercocet and motrin prn;
**2/24/16:** OVN: in PT, sx's worse; worst in L upper trap when sitting upright; currently OOW; exam: myofascial involvement in L upper trap; no cervical rotation; L active shoulder flexion 10deg; rotates w/ trunk only; MRI L shoulder reviewed (2016)-very mild supraspinatus tendinitis; A/P: neck/shoulder pain-MRI findings of neck and shoulder unremarkable; significant myofascial involvement on exam; con't motrin, Percocet, and gabapentin (dose increased); increase neck and shoulder ROM; recommend TPI prior to PT visit

**3/10/16:** OVN: requesting TPI; exam: myofascial involvement, TP's identified; Dx: neck pain; myofascial pain syndrome, ddd c-spine, pain L shoulder; Plan: TPI to 3 muscles; con't pain meds; work RF completed; f/u next week for 2nd set of TPI's followed by soft tissue work;
Procedure: 4 TPI's to L CP, rhomboid, upper trap, levator scap
**3/11/16:** LM Response form: excused from work until 4/1/16; R&L's: alternate sitting and standing up to 5.5 hrs/day each; walking up to 5.5hrs/day; no push/pull; limit carrying up to 10lbs; avoid above shoulder reaching; no kneeling, squatting; no R&L's for grasping objects or keyboarding
**3/31/16:** OVN: here for 3/6 sessions of TPI in conjxn w/ PT; reports minimal improvement; exam unchanged; Plan: con't meds and TPI's; candidate for cervical facet injxn, but pt reluctant as she had complications in past
Procedure; TPI
**4/7/16**: OVN: 4/6 TPI w/ PT; con't meds, TPI's, referral to neurology for consideration of botox for h/a;  Procedure: TPI
**4/21/16:** OVN: 6/6 TPI; slight improvement in pain; able to be more upright; not ready to RTW; exam: unchanged; Dx: neck pain, myofascial pain syndrome, ddd c-spine, migraine h/a, tension h/a; con't strengthening w/ PT; f/u 6 wks
Procedure: TPI

**Falcon PT**
2/5/16: initial eval; severely restricted neck ROM
2/9, 2/10, 2/15 (sx's in B LE), 2/22, 3/10 (s/p TPI to L shoulder/neck), 3/17, 3/31 (no significant pain, just tightness in neck), 4/7, 4/14, 4/21,
4/26: completed TPI series; 6 additional visits approved; improve AROM since starting tx, but con't to report frequent B neck/arm pain and h/a; 4/28 (pain 4/10), 5/4/16-neck stiff today
5/11/16: felt good for 2 days after last tx, but neck tightened up again and back to previous; exam: tight through levator scap insertion on scapula;

{ELECTRONICALLY SIGNED}
Shilpa Kasuganti, MD.  Board Certified Physical Medicine & Rehabilitation
Consulting Physician, Liberty Mutual Insurance

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208

MS. MICHELLE NELSON

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (866) 214-7839

June 7, 2016

Ms. Michelle R. Nelson

RE: Short-Term Disability (STD) Benefits
Wells Fargo & Company
Claim #: 3582432

Dear Ms. Michelle Nelson:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short-Term Disability (STD) benefits under Wells Fargo & Company's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable. Wells Fargo & Company's STD Plan requires that to be eligible for benefits you must meet the following definition of disability:

> ***Medically certified health condition***
>
> *For purposes of the STD Plan, a medically certified health condition is generally defined as a disabling injury or illness that:*
>
> - *Is documented by clinical evidence as provided and certified by an approved care provider. Clinical evidence may include medical records, medical test results, physical therapy notes, mental health records, and prescription records.*
> - *Prevents you from performing the essential functions of your own job as regularly scheduled for longer than the STD waiting period.*

In order to evaluate whether or not you have met the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for neck and arm pain and your claim file contains the following medical documentation:

- January 19, 2016 through April 21, 2016 office notes with Dr. Leppard

- February 5, 2016 through May 11, 2016 office notes with Falcon Physical Therapy

We compared your restrictions and limitations to the requirements of your job.

Your job as a(n) Consumer Loan Underwritrer 3  requires you to:

Responsible for reviewing, analyzing, approving and underwriting large, unusual or complex individual consumer requests and products within company and industry guidelines. Dependent on division and complexity of underwriting, functions may include reviewing financial statements, credit reports, and applicable ratios(i.e. Debt ratios, loan-to-value); evaluating; examining transactions to ensure accuracy and completeness; preparing formal reports for review; ensuring that documents are consistent and uphold to company an industry guidelines; implementing fraud detection techniques, performing compliance reviews; assisting with re-negotiations of loans based on lending guidelines; contacting customers and partners to gather information to make appropriate decisions, explain rationale behind credit decision. May provide work direction and/or training to lower level team members and provide performance feedback to supervisor/manager. Constantly sitting between 6-8+ hours constant hand use and fine manipulation,, Seldom walking, standing, twisting(neck) and bending, never required to bend (waist), squat, climb, kneel, crawl, twisting (waist) , power grasping (left and right hand), pushing and pulling (left and right hand) , never required to lift and carry

To understand what was precluding you from performing your job duties, your claim was reviewed by a Board Certified Physical Medicine & Rehabilitation Consulting Physician. The review concluded the following:

*You have been out of work since January 28, 2016 for neck and left shoulder pain. You have a history of chronic neck pain and migraine headaches after a motor vehicle accident in 2007. At the end of January, you reported a severe flare-up of neck pain; exam findings were notable for significantly limited range of motion of the neck and left shoulder and several trigger points, but no other significant neurologic deficit. MRI of the cervical spine showed degenerative disc disease with mild disc bulge at C4-7 and previously known and stable syrinx at C1; there was no evidence of nerve root or central canal stenosis. An MRI of the left shoulder showed mild supraspinatus tendinitis.  You were diagnosed with myofascial pain syndrome and underwent a series of 6 trigger point injections in conjunction with aggressive physical therapy to work on range of motion and strengthening. Currently, you show some improvement, but continue to demonstrate restricted range of motion of the neck and left shoulder. You also have a current co-morbid diagnosis of syrinx of the cervical spine; however, this is stable and not the source of any current impairment.*

*The current treatment plan is appropriate and has included appropriate imaging, aggressive physical therapy, medication management and trigger point injections. Ongoing recommended treatment includes continued therapy or a home exercise program to work on strengthening and range of motion of the neck and left shoulder.  The physician reviewing your claim called Dr. Katherine Leppard, on May 26, 2016 at 4:45pm and left a message with an assistant. The physician reviewing your claim called again on May 31, 2016 at 2pm and spoke to her medical assistant, Ann. Ann indicated that you have not been seen since our last available record, April 21, 2016. She noted that Dr. Leppard was out of the country*

*and would not be able to provide any new information until the next follow-up appointment, which was scheduled for June 16, 2016. The reviewing physican asked her to relay my contact information to Dr. Leppard to contact me any time to further discuss the claimant's current impairments.*

*Impairments include pain and decreased range of motion of the neck and shoulder, which translates to limited lifting ability and reaching ability. Medically supported restrictions and limitations include: sitting for up to 1 hour at a time with a 5 minute stretch break; sitting for up to 1 hr at a time for up to 8 hours in the course of an 8 hour work day with ability to change position as needed; less than occasional pushing and pulling with the left upper extremity; occasional lifting/carrying up to 10lbs; less than occasional overhead reaching; occasional flexion/extension of the neck; less than occasional rotation of the neck; use of headset when using phone; no kneeling, squatting. Restrictions and limitations are not supported for grasping objects or keyboarding. An ergonomic evaluation of your work station is recommended to ensure proper positioning of your head and arms. These restrictions and limitations are supported for the next 3-6 months and should be reassessed with updated records. The current evidence is insufficient to support inability to sustain full-time activity within the recommended restrictions and limitations.*

Based on the medical documentation received in relation to the requirements of your job, you do not meet the definition of disability outlined above. Thus no benefits are payable and we must deny your claim.

In order to be on an approved leave of absence, your health care provider must complete the Certification of Health Care Provider Form. Please fax this completed form to the Liberty Mutual Leave of Absence Team at 866-214-7839 or email to wellsfargo@libertymutual.com as soon as possible.

This claim determination reflects an evaluation of the claim facts and the Plan provisions. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7208
London, KY 40742-7208

The written request for review must be sent within 180 days from the date of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

- Office treatment notes, test results showing positive findings, and a detailed treatment plan which would outline a description of physical restrictions and limitations, return to work plan, and a physical exam to support the restrictions

You should also provide any additional information that you feel will support your claim.

You may request to review pertinent claim file documents upon which the denial of benefits was based. If Liberty Life does not receive your written request for review within 180 days from the date of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Plan, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of employees or their family members. In order to comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

“Genetic information,” as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Darrell Hart
Dis Claims Std Case Mgr II
Phone No.: (866) 213-2937 Ext. 14791
Secure Fax No.: (866) 214-7839

Liberty Mutual INSURANCE

Liberty Life Assurance
Company of Boston

Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

6/6/2016

Dr. Katherine Leppard
Medical Rehabilitation Specialists
Fax: 719-575-1850

Re: Disability Benefits
Claimant Name: Michelle Nelson
Claimant DOB:
Claim Number: 3582432

Dear Dr. Leppard,

Liberty Life Assurance Company is the long term disability insurer for your patient. Your patient's disability insurance case manager asked me to review your patient Michelle Nelson's medical records regarding the medical necessity for functional restrictions and limitations. I called your office on 5/26/16 at 4:45pm and left a message with an assistant. I called again on 5/31/16 at 2pm and spoke to your medical assistant, Ann. Ann indicated that the claimant had not been seen since, 4/21/16. She noted that you were out of the country and would not be able to provide any new information until the next follow-up appointment, which was scheduled for 6/16/16. I asked her to relay my contact information to you to contact me any time to further discuss the claimant's current impairments. I also indicated I would send this letter with my contact information. Liberty Life Assurance Company is willing to reimburse reasonable costs incurred in reviewing this paper work. You may attach your bill to the return fax for payment.

Thank you for your time and consideration of this matter.

Sincerely,

-Electronically Signed-

Shilpa Kasuganti, MD
Board Certified, PM&R
Consulting Physician, Liberty Mutual
Phone no: 704-916-4104

__ No changes/comments, OR
__ With changes/comments as noted above

_____________ ______
[Dr. Leppard] Date

**Clinical Case Review**

**Completed By: Shilpa Kasuganti**
**Report Date: June 5, 2016**

**Referred by: Darrell Hart**
**Insured's Name: Michelle Nelson**
**DOB:**
**Claim Number: 3582432**
**Employer: Wells Fargo & Company**
**Job Title/Occupation: Consumer Loan Underwriter**
**Diagnosis: myofascial pain syndrome**
**DOD: 01/28/2016**
**Type of Claim: STD**

---

**1. What are the primary and secondary diagnoses outlined in the medical records? Does the claimant meet the criteria for the diagnosis(s)?**
Response: The medical evidence supports a primary impairing diagnosis of myofascial pain syndrome of the neck and left shoulder. She also has contributing diagnoses of chronic neck pain secondary to degenerative disc disease of the cervical spine and migraine headaches. The claimant also has a current co-morbid diagnosis of syrinx of the cervical spine; however, this is stable and not the source of any current impairment.

**2. Provide a description of the claimants impairments, if any, and outline how any impairment translates to restrictions and limitations. Please include the expected duration for any supported restrictions. When clarifying the supported restrictions, please be sure to address the following including minutes/hours/frequency and weight. If position changes are supported, please advise how long able to do each position prior to change: sitting, walking, standing, bending/twisting at neck, bending/twisting at waist, squatting, climbing, kneeling, crawling, repetitive use of hands, grasping, gripping, fine manipulation, pushing, pulling, lifting, carrying, reaching above shoulder, reaching below waist, computer work, keyboarding, phone work, typing and office equipment.**
Response**:** Impairments include pain and decreased range of motion of the neck and shoulder, which translates to limited lifting ability and reaching ability. Medically supported restrictions and limitations include: sitting for up to 1 hr at a time with a 5 minute stretch break; less than occasional pushing and pulling with the left upper extremity; occasional lifting/carrying up to 10lbs; less than occasional overhead reaching; occasional flexion/extension of the neck; less than occasional rotation of the neck; use of headset when using phone; no kneeling, squatting. R&L's are not supported for grasping objects or keyboarding. An ergonomic evaluation of her work station is recommended to ensure proper positioning of her head and arms.

These R&L's are supported for the next 3-6 months and should be reassessed with updated records. The current evidence is insufficient to support the claimant's inability to sustain full-time activity within the recommended R&L's.

**3. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**
Response: No

**4. If applicable, (only if the claimant cannot return to work full-time), Does the available medical information support a reduced work schedule and through what duration? Please outline a recommended return to work schedule.**
Response: N/a

**5. Provide a discussion of your treatment recommendations including treatment modalities, frequency of treatment, duration, and expected outcome. Is the current treatment plan appropriate?**
Response: The current treatment plan is appropriate and has included appropriate imaging, aggressive physical therapy, medication management and trigger point injections. Ongoing recommended treatment includes continued therapy or a home exercise program to work on strengthening and range of motion of the neck and left shoulder.

I called the claimant's AP, Dr. Katherine Leppard, on 5/26/16 at 4:45pm and left a message with an assistant. I called again on 5/31/16 at 2pm and spoke to her medical assistant, Ann. Ann indicated that the claimant had not been seen since our last available record, 4/21/16. She noted that Dr. Leppard was out of the country and would not be able to provide any new information until the next follow-up appointment, which was scheduled for 6/16/16. I asked her to relay my contact information to Dr. Leppard to contact me any time to further discuss the claimant's current impairments.

**Additional Recommendations:** I would be happy to review any further records that may be provided. Specifically, alternative means of evaluation to determine how much the claimant's reported impairments are contributing to her daily function may be helpful.

**Analysis:** The medical evidence supports a primary impairing diagnosis of myofascial pain syndrome of the neck and left shoulder. She also has contributing diagnoses of chronic neck pain secondary to degenerative disc disease of the cervical spine and migraine headaches. Impairments include pain and decreased range of motion of the neck and shoulder.

Myofascial pain syndrome is a soft-tissue pain condition with many similarities to fibromyalgia. Both conditions are associated with central sensitization, an increased excitability of neurons in the dorsal horn of the spinal cord. Whereas fibromyalgia often is associated with more somatic complaints (i.e. migraines, irritable bowel syndrome, etc), myofascial pain syndrome (MPS) begins as a peripheral disorder in which pain originates with the muscles as myofascial trigger points. It is characterized by localized

tenderness and hardness in a discrete taut band within muscle, but with time can lead to the development of referred pain (caused by central sensitization). Restricted range of motion is also a common exam finding. This is largely a clinical diagnosis; the imaging procedures being developed to help with diagnosis are still considered only research tools at this time. MPS can be associated with hypothyroidism, iron insufficiency, vitamin D insufficiency, and/or vitamin B12 insufficiency. Treatment may include anti-depressants, physical therapy and trigger point injections. (Diagnosing fibromyalgia and myofascial pain syndrome: A guide. RD Gerwin. Chronic Pain Perspectives. 2013;62(12):S19-25.)

**Case Summary:** The claimant is a 47 year-old female who has been out of work since 1/28/16 for neck and left shoulder pain. The claimant has a history of chronic neck pain and migraine headaches after a motor vehicle accident in 2007. At the end of January, she reported a severe flare-up of neck pain; exam findings were notable for significantly limited range of motion of the neck and left shoulder and several trigger points, but no other significant neurologic deficit. MRI of the cervical spine showed degenerative disc disease with mild disc bulge at C4-7 and previously known and stable syrinx at C1; there was no evidence of nerve root on central canal stenosis. An MRI of the left shoulder showed mild supraspinatus tendinitis. The claimant was diagnosed with myofascial pain syndrome and underwent a series of 6 trigger point injections in conjunction with aggressive physical therapy to work on range of motion and strengthening. Currently, she notes some improvement, but continues to demonstrate restricted range of motion of the neck and left shoulder.

The claimant also has a current co-morbid diagnosis of syrinx of the cervical spine; however, this is stable and not the source of any current impairment.

**Records Reviewed/Historical:**
**Job Description: Consumer Loan Underwriter 3**
Physical: constant: sitting, hand use, simple grasping, R hand, fine manipulation; seldom: walking, standing, bending/twisting at neck, simple grasping L hand, reaching; never: bending/twisting at waist, squatting, climbing, kneeling, crawling, power grasping, pushing/pulling; no lifting/carrying

**Medical Rehabilitation Specialists T: 719-575-1800 F: 719-575-1850**
**Dr. Katherine Leppard**
**1/19/16:** OVN: neck pain and h/a; in chiro and massage; h/a 1-2x/wk; daily neck pain 2-3/10 w/ meds, 8-9/10 without meds; pain radiating to B UE, denies weakness; exam: hypertonicity cervical and upper trap regions; able to walk on heels and toes; Dx: chronic neck pain, spinal cord syrinx (stable), tension type h/a, ddd; f/u 6 mo; Plan: chronic neck pain-con't chronic meds of motrin and Percocet prn;
**2/2/16:** OVN: severe flare-up neck pain, radiating into L UE, started Monday; saw PCP and got IM CSI, didn't help; flexeril didn't help; went to ER and had cervical MRI; denies n/t, weakness, just pain and pressure to back of arm, L neck and forearm; denies h/a; PMH: chronic neck pain, SCI w/ syrinx (stable) d/t puncture wound to SC during attempted facet injxn in 2008 w/ residual L-sided numbness, but otw stable, chronic h/a; Meds: gabapentin, celexa, motrin, ambien, relpax, Percocet; exam: limited cervical rotation barely past neutral; spurling neg; L shoulder active flexion to 70deg; DTR's wnl; Hoffman's on L is mildly +; strength/sensation wnl; MRI c-spine from 1/29/16 reviewed-

syrinx at C1 stable, ddd w/ mild disc bulging at C4-7; no clear-cut nerve root compression, no central canal stenosis; facet jts nl; Plan: acute neck and LUE pain in setting of chronic neck pain and h/a since MVA in 2007; extensive tx over years and h/o spinal cord syrinx as result of spinal injxn, stable for years; MRI no evidence of nerve root compression, impingement maneauvers are non-specific; Tx: start PT, work on pendulum exercises; trial of Neurontin; con' tpercocet and motrin prn;
**2/24/16:** OVN: in PT, sx's worse; worst in L upper trap when sitting upright; currently OOW; exam: myofascial involvement in L upper trap; no cervical rotation; L active shoulder flexion 10deg; rotates w/ trunk only; MRI L shoulder reviewed (2016)-very mild supraspinatus tendinitis; A/P: neck/shoulder pain-MRI findings of neck and shoulder unremarkable; significant myofascial involvement on exam; con't motrin, Percocet, and gabapentin (dose increased); increase neck and shoulder ROM; recommend TPI prior to PT visit
**3/10/16:** OVN: requesting TPI; exam: myofascial involvement, TP's identified; Dx: neck pain; myofascial pain syndrome, ddd c-spine, pain L shoulder; Plan: TPI to 3 muscles; con't pain meds; work RF completed; f/u next week for 2nd set of TPI's followed by soft tissue work;
Procedure: 4 TPI's to L CP, rhomboid, upper trap, levator scap
**3/11/16:** LM Response form: excused from work until 4/1/16; R&L's: alternate sitting and standing up to 5.5 hrs/day each; walking up to 5.5hrs/day; no push/pull; limit carrying up to 10lbs; avoid above shoulder reaching; no kneeling, squatting; no R&L's for grasping objects or keyboarding
**3/31/16:** OVN: here for 3/6 sessions of TPI in conjxn w/ PT; reports minimal improvement; exam unchanged; Plan: con't meds and TPI's; candidate for cervical facet injxn, but pt reluctant as she had complications in past
Procedure; TPI
**4/7/16**: OVN: 4/6 TPI w/ PT; con't meds, TPI's, referral to neurology for consideration of botox for h/a; Procedure: TPI
**4/21/16:** OVN: 6/6 TPI; slight improvement in pain; able to be more upright; not ready to RTW; exam: unchanged; Dx: neck pain, myofascial pain syndrome, ddd c-spine, migraine h/a, tension h/a; con't strengthening w/ PT; f/u 6 wks
Procedure: TPI

**Falcon PT**
2/5/16: initial eval; severely restricted neck ROM
2/9, 2/10, 2/15 (sx's in B LE), 2/22, 3/10 (s/p TPI to L shoulder/neck), 3/17, 3/31 (no significant pain, just tightness in neck), 4/7, 4/14, 4/21,
4/26: completed TPI series; 6 additional visits approved; improve AROM since starting tx, but con't to report frequent B neck/arm pain and h/a; 4/28 (pain 4/10), 5/4/16-neck stiff today
5/11/16: felt good for 2 days after last tx, but neck tightened up again and back to previous; exam: tight through levator scap insertion on scapula;

{ELECTRONICALLY SIGNED}
Shilpa Kasuganti, MD. Board Certified Physical Medicine & Rehabilitation
Consulting Physician, Liberty Mutual Insurance

## n0255860

**From:** RightFax E-mail Gateway
**Sent:** Sunday, June 05, 2016 2:03:44 PM
**To:** Kasuganti, Shilpa
**Subject:** Your fax has been successfully sent to Dr. Katherine Leppard at 719-575-1850.

Your fax has been successfully sent to Dr. Katherine Leppard at 719-575-1850.
----------------------------------------------------------
From: Shilpa Kasuganti, MD
Matter: Claim # 3582432
----------------------------------------------------------
Time: 6/5/2016 2:02:31 PM
Sent to 719-575-1850 with remote ID ""
Result: (0/339;0/0) Successful Send
Page record: 1 - 2
Elapsed time: 00:58 on channel 11

WELLS FARGO

Wells Fargo Leave Management
S4101-105
100 W Washington 10th Floor
Phoenix, AZ 85003
Phone (877) 479-3557
Fax (866) 840-4887

# DESCRIPTION OF EMPLOYEE'S JOB DUTIES

| EMPLOYEE NAME: | (LAST) | (FIRST) | (MI) | Employee ID # |
|---|---|---|---|---|
| | | | | |

| EMPLOYER NAME: | JOB ADDRESS |
|---|---|
| | |

| JOB TITLE: | HOURS WORKED PER DAY: | HOURS WORKED PER WK: |
|---|---|---|
| Consumer Loan Underwriter 3 | 8 | 40 |

**DESCRIPTION OF JOB RESPONSIBILITIES: (Describe job duties including all key accountabilities)**

Responsible for reviewing, analyzing, approving and underwriting large, unusual or complex individual consumer requests and products within company and industry guidelines. Dependent on division and complexity of underwriting, functions may include reviewing financial statements, credit reports, and applicable ratios(i.e. Debt ratios, loan-to-value); evaluating; examining transactions to ensure accuracy and completeness; preparing formal reports for review; ensuring that documents are consistent and uphold to company and industry guidelines; implementing fraud detection techniques, performing compliance reviews; assisting with re-negotiations of loans based on lending guidelines; contacting customers and partners to gather information to make appropriate decisions, explain rationale behind credit decision. May provide work direction and/or training to lower level team members and provide performance feedback to supervisor/manager.
Position requires employee to constantly be sitting at desk, utilizing both computer and telephone functions.

**1. Check the frequency of activity required of the employee to perform the job.**

| ACTIVITY (Hrs per day) | NEVER 0 hours | SELDOM Up to 30 min | OCCASIONALLY 30 min to 3 hours | FREQUENTLY 3-6 hours | CONSTANTLY 6-8+ hours |
|---|---|---|---|---|---|
| Sitting | | | | | X |
| Walking | | X | | | |
| Standing | | X | | | |
| Bending (neck) | | X | | | |
| Bending (waist) | X | | | | |
| Squatting | X | | | | |
| Climbing | X | | | | |
| Kneeling | X | | | | |
| Crawling | X | | | | |
| Twisting (neck) | | X | | | |
| Twisting (waist) | X | | | | |
| Hand use: Dominant hand R? L? | | | | | X |
| Is repetitive use of hand required? | | | | | X |
| Simple grasping (rt hand) | | | | | X |
| Simple grasping (left hand) | | X | | | |
| Power grasping (rt hand) | X | | | | |
| Power grasping (left hand) | X | | | | |
| Fine manipulation (rt hand) | | | | | X |
| Fine manipulation (left hand) | | | | | X |
| Pushing & pulling (rt hand) | X | | | | |
| Pushing & pulling (left hand) | X | | | | |
| Reaching (above shoulder level) | | X | | | |
| Reaching (below shoulder level) | | X | | | |

**2. Please indicate the daily lifting and carrying requirements of the job.: Indicate the height the object if lifted from the floor, table or overhead location and the distance the object is carried.**

| Lifting | Never 0 hours | Seldom Up to 30 min | Occasionally 30 min to 3 hrs | Frequently 3-6 hours | Constantly 6-8+ hours | Height |
|---|---|---|---|---|---|---|
| 0-10 lbs | X | | | | | |
| 11-25 lbs | X | | | | | |
| 26-50 lbs | X | | | | | |
| 51-75 lbs | X | | | | | |
| 76-100 lbs | X | | | | | |

| 100+ lbs | X | | | | | |
|---|---|---|---|---|---|---|

| Carrying | Never 0 hours | Seldom Up to 30 min | Occasionally 30 min to 3 hrs | Frequently 3-6 hours | Constantly 6-8+ hours | Distance |
|---|---|---|---|---|---|---|
| 0-10 lbs | X | | | | | |
| 11-25 lbs | X | | | | | |
| 26-50 lbs | x | | | | | |
| 51-75 lbs | X | | | | | |
| 76-100 lbs | X | | | | | |
| 100+ lbs | X | | | | | |

Describe the heaviest item required to carry and the distance to be carried:

| 3. | Please indicate if the job requires: | Yes | No | If yes, please describe: |
|---|---|---|---|---|
| a. | Driving cars, trucks, forklifts and other equipment? | | X | |
| b. | Working around equipment and machinery? | X | | Typical office equipment, computers, copiers, etc. |
| c. | Walking on uneven ground? | | X | |
| d. | Exposure to excessive noise? | | X | |
| e. | Exposure to extremes in temperature, humidity or wetness? | | X | |
| f. | Exposure to dust, gas, fumes, or chemicals? | | X | |
| g. | Working at heights? | | X | |
| h. | Operation of foot controls or repetitive foot equipment? | | X | |
| i. | Use of special visual or auditory protective equipment? | | X | |
| j. | Working with biohazards such as blood borne pathogens, sewage, hospital waste, etc. | | X | |

| 4. | Please indicate if the job requires the following mental/emotional demands: | Yes | No | Comments |
|---|---|---|---|---|
| a. | Customer contact: | X | | |
| | - Face to Face | | X | |
| | -Telephonic | X | | Primary function is communication by phone |
| | -Email | | X | |
| | -Cash handling | | X | |
| | -Dealing with irate customers | X | | |
| b. | Working Overtime | X | | Occasionally required to stay late (20-45 mins) |
| c. | Meeting productivity quotas | X | | Multiple volume/quality quotas |

**Employee Comments:**

**Employer Comments:**

| Employer Representative Name: | Employer Representative Title: |
|---|---|
| | |
| **Employer Representative Signature:** | **Date:** |
| | |
| **Employer Representative Phone #:** | |
| | |

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7208
London, KY 40742-7208

MICHELLE NELSON

0000

*400000200242D*

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone: (866) 213-2937
Secure Fax No.: (866) 214-7839

May 24, 2016

MICHELLE NELSON

0000

RE: Wells Fargo & Company
Short Term Disability Benefits
Claim #: 3582432

MS. NELSON

This letter is to inform you that Liberty Mutual has extended your claim for Short Term Disability (STD) benefits beginning 2/4/2016 through 5/29/2016. Your STD benefit payment will be issued through Wells Fargo's regular payroll process.

Your STD claim determination reflects an evaluation of the claim facts and plan provisions. We reserve the right to make a determination on any additional information that may be submitted.

If you have any questions regarding your STD claim, please contact your Liberty Mutual representative using the information below.

Sincerely,

Darrell Hart
Disability Case Manager
Phone: (866) 213-2937
Secure Fax No.: (866) 214-7839

IOD Incorporated
PO Box 19072
GREEN BAY WI 54307-9072
866-340-0767 Option 1

**Order Number** 44047228

DARRELL HART
LIBERTY MUTUAL
PO BOX 7208

LONDON, KY 40742-7208

**Please Note:** This information has been disclosed to you from records that may be protected by state and federal confidentiality rules (42 CFR, part 2). The federal rules prohibit you from making any further disclosure of protected information unless further disclosure is expressly permitted by written consent of the person to whom it pertains, or is otherwise permitted by 42 CFR, part 2.

# INVOICE

**Invoice #:** 36679982

**Inv. Date:** 5/20/2016
**Due Date:** 5/30/2016
**Terms:** Net 10

Shipping Address:

**LIBERTY MUTUAL**
DARRELL HART
PO BOX 7208

LONDON, KY 40742-7208

Patient: NELSON, MICHELLE
Account #: 2802209
Claim/File #: 3582432

Billing:
PO BOX 7208

LONDON, KY 40742-7208

Facility: **MEDICAL REHABILITATION SPECIALISTS**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| * Note: Hard Copy Page Count: 4 | 4 | $0.00 | $0.00 |
| Basic Fee for First 10 Pages | 1 | $18.53 | $18.53 |

| | | |
|---|---|---|
| Product Total: | $ 18.53 | |
| State Tax: | | 0.00% |
| City/local Tax: | | 0.00% |
| Sales Tax: | $ 0.00 | (0.00%) |
| Shipping & Handling: | $ 0.00 | |
| | -------------------- | |
| Grand Total: | $ 18.53 | |
| Credits/Payments: | $ 0.00 | |
| | -------------------- | |
| **Amount Due:** | **$ 18.53** | |

**Please Note:** This information has been disclosed to you from records that may be protected by state and federal confidentiality rules (42 CFR, part 2). The federal rules prohibit you from making any further disclosure of protected information unless further disclosure is expressly permitted by written consent of the person to whom it pertains, or is otherwise permitted by 42 CFR, part 2.

**Payment Options:**

- Use your credit card online at payportal.iodincorporated.com
- Use your credit card by phone at 866-420-7455 Option 1
- By mail; please include the payment sheet (page 2) with your check to ensure that your payment is properly applied!

*IOD Incorporated TaxID No. 65-0765287*
*PO Box 19072, Green Bay WI, 54307-9072*
*Phone: 866-420-7455 Option 1 * Fax: 920-406-6537*

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (866) 214-7839

May 12, 2016

Katherine Leppard
3470 CENTENIAL BLVD
COLORADO SPRINGS, CO 00000

RE: Short-Term Disability (STD) Benefits
Wells Fargo & Company
Claim #: 3582432
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Katherine Leppard:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 18, 2016 through present
- Return to work date: ______________________________

We ask that you provide this information by May 19, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (866) 214-7839 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

5/19/14
AE



05/12/2016 8:22AM (GMT-06:00)

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Darrell Hart
Dis Claims Std Case Mgr II
Phone No.: (866) 213-2937 Ext. 14791
Secure Fax No.: (866) 214-7839

Medical Rehabilitation Specialists

Katharine J. Leppard, M.D.
3470 Centennial Blvd
Suite 110
Colorado Springs, CO 80907
(719) 575-1800 (719) 575-1850 (Fax)

## AUTHORIZATION TO RELEASE HEALTHCARE INFORMATION

FAXED FEB 25 2016

Patient Legal Name *Michelle Nelson* Date of Birth SSN

Address Phone#

City State Zip Code

I hereby authorize the following facility to disclose Protected Health Information of the patient listed above

From:
Name/Title *Dr Leppard*
Address
Phone # *719-575-1800*
Fax#

To:
Name/Title *Liberty Mutual*
Address
Phone #
Fax # *866-214-7839*

Reason to Release Protected Health Information

Type of Access Requested: Specific Date Range Requested:

| | | | |
|---|---|---|---|
| ✓ Copies of Records<br>o Inspection of the record | o Entire Record<br>o Pertinent info only<br>o ER Records<br>o History & Physical<br>o Consult Report<br>o Operative Report<br>o Rehabilitation Services | o Lab<br>o Imaging/Radiology<br>o Cardiac Studies<br>o Demographics<br>o Nursing Notes<br>o Medication Record | o Progress Notes<br>o Physicians Orders<br>o Billing Records<br>o Immunizations<br>o Other |

Expiration: This authorization shall expire upon (check one):
X Fulfillment of this request o Date *[illegible]*

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV results or AIDS information.
I understand that this authorization may be revoked by me at any time except to the extent that action has been taken in reliance upon it.
The information used or disclosed pursuant to the authorization may be subject to re-disclosure by the recipient and no longer protected.
I understand that there may be a fee involved with the fulfillment of this request. **See fee schedule below.**
I understand that the term Complete Chart for release of Protected Health Information mean that **only records generated by this facility will be released.**
I have read the above and authorize the disclosure of the protected health information.

Date *2-24-16*
Signature of Patient/Parent/LegalGuardian *Michelle Nelson*

*** To ensure timely processing of medical records, please fill authorization out completely.**

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Darrell Hart
Dis Claims Std Case Mgr II
Phone No.: (866) 213-2937 Ext. 14791
Secure Fax No.: (866) 214-7839

**MICHELLE R NELSON** [redacted] Office: (719) 291-2356
Female DOB: [redacted] Ins: KAISER Grp: 01095224

**04/21/2016 - Office Visit: Established Patient TPI 6**
**Provider: Katharine J Leppard MD**
**Location of Care: Medical Rehabilitation Specialists**

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office for her final session of Marcaine trigger point injections in conjunction with physical therapy. She reports slight improvement in her pain. She reports that she is able to be more upright, rather than spending the majority of her day in bed. She does not feel ready to return to work.

## Past Medical History:
Reviewed history from 04/07/2016 and no changes required:
- Chronic neck pain
- Spinal Cord Injury with Syrinx
- Chronic Headaches
- Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
- Cesarian Section 03'

## Current Medication List Reviewed
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
CELEXA TABS (CITALOPRAM HYDROBROMIDE TABS) 1 po q d
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN)

## Current Problem List Reviewed
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 04/14/2016 and no changes required:04/22/2016
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014

**MICHELLE R NELSON** [redacted] Office: (719) 291-2356
Female DOB: [redacted] Ins: KAISER Grp: 01095224

Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

**General Comments - FH:**
FH Diabetes
FH Hypertension

## Social History:

Reviewed history from 11/24/2014 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Blood Pressure:** 114/86 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
On palpation, there is myofascial involvement, trigger points are identified. Physical examination is otherwise unchanged. 15 minutes was spent in face-to-face time with the patient on today's appointment.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. Her 2016 MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She does have significant myofascial involvement on physical examination.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Orders:

MICHELLE R NELSON [redacted] Office: (719) 291-2356
Female DOB: [redacted] Ins: KAISER Grp: 01095224

TRIGGER POINT 3> MUSCLES (CPT-20553)
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Orders:
TRIGGER POINT 3> MUSCLES (CPT-20553)

**Problem # 3:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 4:** Migraine headache (ICD-346.90) (ICD10-G43.909)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Relpax Tabs (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

**Problem # 5:** Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)

**Problem # 6:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

Spinal cord syrinx due to a puncture wound to the spinal cord during an attempted facet injection in 2008. Follow-up MRI scans have shown that the syrinx is stable. She does have residual left-sided numbness.

**Patient Instructions:**
1) Recommend that she be on strengthening exercises with physical therapy.
2) We will touch base in six weeks.
3) CC Dr. Fraley

FAXED APR 22 2016

## Procedure Note

**Injections:**
Comment: On today's office visit for Marcaine trigger point injections were performed in the left upper trapezius, levator scapula and cervical paraspinals. She tolerated the injections well and is scheduled for soft tissue work immediately following.

MICHELLE R NELSON [redacted] Office: (719) 291-2356
Female DOB: [redacted] Ins: KAISER Grp: 01095224

**Electronically signed by Katharine J Leppard MD on 04/22/2016 at 6:11 AM**

# Falcon Physical Therapy

Fax Cover Sheet

The information included on the following pages contains private health information and is solely intended for the recipient listed below. If you have mistakenly received this information, please return via US Postal Service to the address below. Thank you.

~~603-334-8626~~

To: ATTN: Darrell Liberty Mutual 866-214-7839

From: Jess

Subject: Nelson, Michelle

Comments: as requested. included April notes and recert/initial evaluation

17

Number of Pages: 19 (including cover sheet)

Falcon Physical Therapy
12229 Voyager Parkway, Ste. 150
Colorado Springs, CO 80921

Phone: (719) 488-0120
Fax: (719) 488-1427
www.falconpt.com

FAXED MAY 13 2016 BY: Jess

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (866) 214-7839

May 12, 2016

Falcon Physical Therapy

RE: Short-Term Disability (STD) Benefits
Wells Fargo & Company
Claim #: 3582432
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Falcon Physical Therapy:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2016 through present

We ask that you provide this information by May 19, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (866) 214-7839 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Darrell Hart
Dis Claims Std Case Mgr II
Phone No.: (866) 213-2937 Ext. 14791
Secure Fax No.: (866) 214-7839

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Physical Therapy Initial Examination

FALCON PHYSICAL THERAPY

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD

**Visit No.:** 1

**Date of Initial Examination:** 02/05/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Patient reports a week ago this past Monday she started to have pain in the L shoulder (pointing toward the upper trap). She reports the pain was radiating down the L arm and it just simply wasn't getting better. She reports it increased throughout the work and notes Thursday she couldn't even get out of bed and on Friday she had to go to the ER because it was so bad. She reports last Tuesday she saw her primary care doctor because of the pain and he gave her a cortisone injection into her buttocks and that didn't help. She reports earlier this week she called her primary care doctor again but they couldn't get into them because of the weather so she had to call another doctor to be seen because the injection last week didn't help.

Patient reports no specific injury or activity that she can recall that triggered her symptoms.
**Pain Location:** L Shoulder
**Pain Scale: Worst:** 9 **Best:** 6 **Current:** 7
**Pain Follow-up Plan:** Patient education, manual therapy, therapeutic exercise, and modalities PRN
**Aggravating Factors:** Sitting, Standing, Walking; Any activity in an upright position
**Home Health Care:** No
**Medical History:** PMH includes history of migraines (1-2x/week) for 10 years, however, is otherwise is unremarkable per patient report.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (See medication intake form this date.)
**Patient Goals:** 1. To reduce pain to be able to return to normal work and daily activities.

## Objective

### Inspection

**Patient Consent**
Patient/Parent/Guardian Consent Yes

**Family Understands Diagnosis**

### Outcome Measurement Tools

**Spine**
Neck Disability Index Questionnaire
Total Score:
**Upper Extremity**
DASH: Disabilities of Arm, Shoulder, Hand /100

### Range of Motion

**Cervical AROM**

| | |
|---|---|
| Forward Bending | 10% |
| Backward Bending | 10% |
| Right Rotation | 25% |
| Left Rotation | 0% |
| Right Side Bending | 10% |
| Left Side Bending | 10% |
| Cervical AROM Comments | *Severe cervical AROM restrictions due to pain with report of significant increase in radiating pain into L UE w/ R side bending. |

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Physical Therapy Initial Examination

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 02/05/2016

## Special Tests

| | |
|---|---|
| Compression/Distraction | Compression: Positive Distraction: Positive |

## Assessment

**Assessment/Diagnosis:** Patient is a 47 y/o female who presents to PT with primary c/o insidious onset of L shoulder and arm pain approximately a week and a half ago. Patient received a cortisone injection a week ago with minimal to no help. She reports an increase in intensity and frequency of this pain during the past 3-5 days. Patient currently demonstrates severely decreased cervical AROM due to pain and maintains a very guarded L upper extremity with tensed L upper trap. Patient can benefit from skilled PT at this time.

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**

- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**

1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities.

2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain.

3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work.

**Long Term Goals:**

1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less.

2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain.

3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities.

## Plan

**Frequency:** 2 times a week

**Duration:** 4 weeks

**Plan:** Begin Plan as Outlined

**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength, Stability), Neuromuscular Rehabilitation (Muscle Re-Education), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Manual Traction, Myofascial Release, Dry Needling/Intramuscular Manual Therapy), Patient Education (Home Exercise Program, Postural Training, Activity Modification)

**Modalities**

To Improve (Pain Relief, Decrease Inflammation), Electrical Stimulation, Ultrasound/Phonophoresis, Cryotherapy, Hot Packs, Mechanical Traction

Travis Nichols, PT, DPT

Travis Nichols, PT, DPT
License #12597
*Completed by Travis Nichols, PT, DPT on February 5, 2016 at 12:22 pm*

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

FALCON PHYSICAL THERAPY

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD
**Date of Original Eval:** 02/05/2016
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

**Date of Daily Note:** 05/11/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Visit No.:** 15
**Insurance Name:** KAISER PERMANENTE

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient reported that she felt good for about two days after last treatment, but neck tightened up again and is now back to how it was.
**Aggravating Factors:** Sitting, Standing, Walking; Any activity in an upright position
**Home Health Care:** No
**Medical History:** PMH includes history of migraines (1-2x/week) for 10 years, however, is otherwise is unremarkable per patient report.
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Cervical flex/ext/rot/SB 10x each - 5 mins<br>UT stretch - 3 mins<br>LS stretch - 2 mins<br>Resisted iso c-spine, all planes at wall - 3 mins<br>Standing at wall, pull-aparts w/ YTB - 2 mins<br>Standing rows w/ YTB - 5 mins<br>20 mins | 0 |
| GP:97140 | Manual Therapy<br>STM cervical paraspinals/UT/LS/scalenes<br>UT and LS stretches<br>inhibitive distraction<br>cervical traction<br>1st rib inferior mobs<br>Cervical downglide and upglide mobs<br>45 minutes | 3 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97014 | E-Stim Unattended<br>Interferential<br>IFC w MHP to L neck/shoulder - 15 minutes | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Very tight through levator scap insertion on scapula. Discussed TDN with patient, but she chose to continue with manual therapy for now. Moderate decrease in muscle tightness following treatment.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**
1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities. |
2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain. |
3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work. |
**Long Term Goals:**

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 05/11/2016

1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less. |
2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain. |
3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities. |

## Plan

**Instructions:** Progressing Patient Next Visit
Continue soft tissue massage for pain relief
1st rib inferior glides
Progress c-spine, glenohumeral joint musculature strength

Darin Yantis, PT, DPT
License #12469
*Completed by Darin Yantis, PT, DPT on May 12, 2016 at 8:14 am*

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Physical Therapy Recertification Note Addendum

FALCON PHYSICAL THERAPY

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD
**Date of Original Eval:** 02/05/2016
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

**Date of Recertification:** 04/26/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Visit No.:** 13

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Patient has completed trigger point injection series w/ her physiatrist, received renewed PT Rx for 6 additional visits. Patient demos improved AROM since starting therapy, but continues to report frequent bilateral neck/arm pain and headaches.
**Current Complaints / Gains:** Bilateral neck and arm pain, regular headaches
**Aggravating Factors:** Sitting, Standing, Walking; Any activity in an upright position
**Home Health Care:** No
**Medical History:** PMH includes history of migraines (1-2x/week) for 10 years, however, is otherwise is unremarkable per patient report.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (See medication intake form this date.)

## Objective

### Inspection

**Patient Consent**
Patient/Parent/Guardian Consent Yes

**Family Understands Diagnosis**

### Outcome Measurement Tools

**Spine**
Neck Disability Index Questionnaire

| | |
|---|---|
| Total Score: | 35 |
| Total %: | 70% |

**Upper Extremity**
DASH: Disabilities of Arm, Shoulder, Hand /100

### Range of Motion

| Cervical AROM | | *Previous Findings as of 02/05/2016* |
|---|---|---|
| Forward Bending | 35° | *10%* |
| Backward Bending | 30° | *10%* |
| Right Rotation | 35° | *25%* |
| Left Rotation | 40° | *0%* |
| Right Side Bending | 15° | *10%* |
| Left Side Bending | 15° | *10%* |
| Cervical AROM Comments | Patient reports no increase in LE pain with measuring this visit. | **Severe cervical AROM restrictions due to pain with report of significant increase in radiating pain into L UE w/ R side bending.* |

## Assessment

**Assessment/Diagnosis:** Patient demos improvements in AROM since beginning therapy, but continues to report frequent pain and headaches, including dizziness w/ cervical extension. Patient will benefit from continued PT to progress cervical musculature strength and flexibility to alleviate pain and improve tolerance to ADLs.

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Physical Therapy Recertification Note Addendum

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 04/26/2016

**Patient Education:** Discussed PT plan of care w/ patient, progressed HEP w/ handout provided.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**
1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities. |
2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain. |
3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work. |

**Long Term Goals:**
1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less. |
2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain. |
3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities. |

## Plan

**Frequency:** 2 times a week
**Duration:** 6 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength, Stability), Neuromuscular Rehabilitation (Muscle Re-Education), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Manual Traction, Myofascial Release, Dry Needling/Intramuscular Manual Therapy), Patient Education (Home Exercise Program, Postural Training, Activity Modification)

**Modalities**

To Improve (Pain Relief, Decrease Inflammation), Electrical Stimulation, Ultrasound/Phonophoresis, Cryotherapy, Hot Packs, Mechanical Traction

Original Note Completed On: April 26, 2016 1:25pm
Addendum Completed On: April 26, 2016 1:29pm

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (719)488-0120.

Please sign and return: Fax#: (719)488-1427

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows________________

Laura L. Starks, PT, DPT

Laura Starks
License #PTL.0013744
*Completed by Laura Starks on April 26, 2016 at 1:29 pm*

Physician Signature______________________
K. J. LEPPARD, MD

Date:______________

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

FALCON PHYSICAL THERAPY

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD
**Date of Original Eval:** 02/05/2016
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

**Date of Daily Note:** 04/07/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Visit No.:** 9
**Insurance Name:** KAISER PERMANENTE

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient states she just received trigger point injections and they were more painful than normal today so she is very sore.
**Aggravating Factors:** Sitting, Standing, Walking; Any activity in an upright position
**Home Health Care:** No
**Medical History:** PMH includes history of migraines (1-2x/week) for 10 years, however, is otherwise is unremarkable per patient report.
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97140 | Manual Therapy<br>Light STM to cervical paraspinals - 15 min<br>Light manual cervical traction - 10 min<br>Passive Stretching to L UT, LS, and Cervical ROM - 15 | 3 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient continues to exhibit tightness in trigger points near UT and LS muscles.
**Rehab Potential:** Good
**Patient Problems:**
- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**
1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities. |
2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain. |
3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work. |

**Long Term Goals:**
1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less. |
2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain. |
3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities. |

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 04/07/2016

## Plan

**Instructions:**

Continue with manual cervical traction and stretching as patient tolerates.

Marc Phillips PT, DPT, OCS

Marc Phillips, PT, DPT, OCS
License #9745
*Completed by Marc Phillips, PT, DPT, OCS on April 14, 2016 at 9:00 am*

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

FALCON PHYSICAL THERAPY

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD
**Date of Original Eval:** 02/05/2016
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

**Date of Daily Note:** 04/14/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Visit No.:** 10
**Insurance Name:** KAISER PERMANENTE

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient states she just received trigger point injections earlier today. She reports 6/10 pain in her neck, especially on the L side.
**Aggravating Factors:** Sitting, Standing, Walking; Any activity in an upright position
**Home Health Care:** No
**Medical History:** PMH includes history of migraines (1-2x/week) for 10 years, however, is otherwise is unremarkable per patient report.
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97140 | Manual Therapy<br>Light STM to cervical paraspinals - 20 min<br>Light manual cervical traction - 5 min<br>Passive Stretching to L UT, LS, and Cervical ROM - 15 | 3 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

Objective Findings: Several trigger points noted in peri-scapular area during STM.

## Assessment

**Assessment/Diagnosis:** Patient continues to demonstrate tightness and trigger points in upper trapezius and levator scapulae muscles. She noted several personal life stressors this visit that are likely contributing to her upper back muscle tension.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**
1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities. |
2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain. |
3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work. |

**Long Term Goals:**
1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less. |
2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain. |
3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities. |

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 04/14/2016

## Plan

**Instructions:**

Continue with manual cervical traction and stretching as patient tolerates.

Laura L. Starks, PT, DPT

Laura Starks
License #PTL.0013744
*Completed by Laura Starks on April 14, 2016 at 2:49 pm*

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

FALCON PHYSICAL THERAPY

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD
**Date of Original Eval:** 02/05/2016
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

**Date of Daily Note:** 04/21/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Visit No.:** 11
**Insurance Name:** KAISER PERMANENTE

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient states she just received trigger point injections earlier today. She has a migraine today that affects her forehead and temporal region of her skull bilaterally.
**Aggravating Factors:** Sitting, Standing, Walking; Any activity in an upright position
**Home Health Care:** No
**Medical History:** PMH includes history of migraines (1-2x/week) for 10 years, however, is otherwise is unremarkable per patient report.
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97140 | Manual Therapy<br>Light STM to cervical paraspinals - 20 min<br>Light manual cervical traction - 5 min<br>Passive Stretching to L UT, LS, and Cervical ROM - 15 | 3 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient continues to report significant pain and tenderness to palpation, but reports improvement in migraine symptoms post-manual therapy and gentle stretches.
**Patient Education:** Patient instructed to continue upper trap and levator scapula stretches at home.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**
1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities. |
2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain. |
3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work. |
**Long Term Goals:**
1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less. |
2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain. |
3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities. |

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 04/21/2016

## Plan

**Instructions:**

Continue with manual cervical traction and stretching as patient tolerates.

Laura L. Starks, PT, DPT

Laura Starks
License #PTL.0013744
*Completed by Laura Starks on April 21, 2016 at 4:47 pm*

Falcon Physical Therapy - Gleneagle
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

FALCON PHYSICAL THERAPY

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD
**Date of Original Eval:** 02/05/2016
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

**Date of Daily Note:** 04/28/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Visit No.:** 13
**Insurance Name:** KAISER PERMANENTE

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient reports 4/10 pain - she feels about the same today.
**Aggravating Factors:** Sitting, Standing, Walking; Any activity in an upright position
**Home Health Care:** No
**Medical History:** PMH includes history of migraines (1-2x/week) for 10 years, however, is otherwise is unremarkable per patient report.
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Cervical flex/ext/rot/SB 10x each - 5 mins<br>UT stretch - 3 mins<br>LS stretch - 2 mins<br>Resisted iso c-spine, all planes at wall - 3 mins<br>Standing at wall, pull-aparts w/ YTB - 2 mins<br>Standing rows w/ YTB - 5 mins<br>20 mins | 1 |
| GP:97140 | Manual Therapy<br>Light STM to cervical paraspinals - 5 min<br>Suboccipital release - 5 mins<br>Light manual cervical traction - 5 min<br>Passive stretching L UT, LS - 5 mins<br>20 mins | 2 |

10 mins MHP to c-spine and upper back post-treatment (not billed)

*CPT copyright 2015 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient tolerating increased pressure to suboccipital musculature, several tender trigger points noted during soft tissue massage. Patient reports no dizziness today w/ cervical extension.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**
1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities. |
2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain. |
3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work. |
**Long Term Goals:**
1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less. |
2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain. |
3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities. |

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 04/28/2016

## Plan

**Instructions:** Progressing Patient Next Visit
Continue soft tissue massage for pain relief
Progress c-spine, glenohumeral joint musculature strength

Laura L. Starks, PT, DPT

Laura Starks
License #PTL.0013744
*Completed by Laura Starks on April 28, 2016 at 2:51 pm*

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

FALCON PHYSICAL THERAPY

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD
**Date of Original Eval:** 02/05/2016
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

**Date of Daily Note:** 05/04/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Visit No.:** 14
**Insurance Name:** KAISER PERMANENTE

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Neck is very tight and stiff today. Thinks the new exercises (rows) last visit flared things up some.
**Aggravating Factors:** Sitting, Standing, Walking; Any activity in an upright position
**Home Health Care:** No
**Medical History:** PMH includes history of migraines (1-2x/week) for 10 years, however, is otherwise is unremarkable per patient report.
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Cervical flex/ext/rot/SB 10x each - 5 mins<br>UT stretch - 3 mins<br>LS stretch - 2 mins<br>Resisted iso c-spine, all planes at wall - 3 mins<br>Standing at wall, pull-aparts w/ YTB - 2 mins<br>Standing rows w/ YTB - 5 mins<br>20 mins | 0 |
| GP:97140 | Manual Therapy<br>STM cervical paraspinals/UT/LS/scalenes<br>UT and LS stretches<br>inhibitive distraction<br>cervical traction<br>1st rib inferior mobs<br>Cervical downglide and upglide mobs<br>53 minutes | 4 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

Post-Treatment MHP cervical - 8 minutes

## Assessment

**Assessment/Diagnosis:** Patient reported some relief following treatment. Still very tight through LS and middle scalene. Decreased first rib inferior glide with significant muscle guarding; elevated first rib may be leading to N&T into arm.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**
1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities. |
2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain. |
3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work. |
**Long Term Goals:**
1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less. |
2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain. |

Falcon Physical Therapy - Gleneagle
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 05/04/2016

3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities. |

## Plan

**Instructions:** Progressing Patient Next Visit
Continue soft tissue massage for pain relief
1st rib inferior glides
Progress c-spine, glenohumeral joint musculature strength

Darin Yantis, PT, DPT
License #12469
*Completed by Darin Yantis, PT, DPT on May 4, 2016 at 12:51 pm*

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
(866) 213-2937
Secure Fax No.: (866) 214-7839

| | |
|---|---|
| Date: | May 12, 2016 |
| To: | KATHERINE LEPPARD<br>3470 CENTENIAL BLVD<br>COLORADO SPRINGS CO 00000 |
| Attn: | Medical Records |
| Fax: | (719) 575-1850 |
| From: | Darrell Hart<br>Dis Claims Std Case Mgr II<br>Phone No.: (866) 213-2937<br>Secure Fax No.: (866) 214-7839 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3582432<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (866) 214-7839

May 12, 2016

Katherine Leppard
3470 CENTENIAL BLVD
COLORADO SPRINGS, CO 00000

RE: Short-Term Disability (STD) Benefits
Wells Fargo & Company
Claim #: 3582432
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Katherine Leppard:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 18, 2016 through present
- Return to work date:_____________________________________________

We ask that you provide this information by May 19, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (866) 214-7839 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Darrell Hart
Dis Claims Std Case Mgr II
Phone No.: (866) 213-2937 Ext. 14791
Secure Fax No.: (866) 214-7839

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
(866) 213-2937
Secure Fax No.: (866) 214-7839

| | |
|---|---|
| Date: | May 12, 2016 |
| To: | FALCON PHYSICAL THERAPY |
| Attn: | Medical Records |
| Fax: | (719) 488-1427 |
| From: | Darrell Hart<br>Dis Claims Std Case Mgr II<br>Phone No.: (866) 213-2937<br>Secure Fax No.: (866) 214-7839 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3582432<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (866) 214-7839

May 12, 2016

Falcon Physical Therapy

RE: Short-Term Disability (STD) Benefits
Wells Fargo & Company
Claim #: 3582432
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Falcon Physical Therapy:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2016 through present

We ask that you provide this information by May 19, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (866) 214-7839 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Darrell Hart
Dis Claims Std Case Mgr II
Phone No.: (866) 213-2937 Ext. 14791
Secure Fax No.: (866) 214-7839

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208

MS. MICHELLE NELSON

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (866) 214-7839

May 12, 2016

Ms. Michelle R. Nelson

RE: Short-Term Disability (STD) Benefits
Wells Fargo & Company
Claim #: 3582432

Dear Ms. Michelle Nelson:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short-Term Disability (STD) benefits under Wells Fargo & Company's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On May 12, 2016, we requested medical records from Dr. Leppard, and Falcon Physical Therapy . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from April 1, 2016 through present from Dr. Leppard, and Falcon Physical Therapy

Wells Fargo & Company's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than June 12, 2016 as required under the terms of the Plan.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please be advised that we are unable to evaluate eligibility for continued benefits without this information. In the absence of this information, your claim may be denied.

If you have any questions regarding this matter, please contact me.

Sincerely,

Darrell Hart
Dis Claims Std Case Mgr II
Phone No.: (866) 213-2937 Ext. 14791
Secure Fax No.: (866) 214-7839

**MEDICAL REHABILITATION SPECIALISTS**
**KATHARINE J. LEPPARD, M.D., P.T.**
*3470 Centennial Blvd*
*Suite 110*
*Colorado Springs, CO 80907*
*719.575.1800*
*719.575.1850 Fax*
*Medical-Rehab.com*

| FAX | | Date: 4/1/16 | |
|---|---|---|---|
| To: | Liberty Mutual | From: | Ann |
| Fax: | 603-334-9154 | Pages: | 4 |
| Phone: | | | |
| Re: | Michelle Nelson | | |

Comments: Claim # 3582432

Most recent office note - FAXED APR 01 2016

APR 07 2016 FAXED

NOTICE: The information contained in this communication, and the attached documents, if any, are intended only for the use of the individual or entity to which they are addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, at 719.575.1800 and please shred this message and any attachments. Thank You.

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



**MICHELLE R NELSON** [redacted] Office (719) 291-2356
Female DOB: [redacted] 98445 [redacted] Ins: KAISER Grp: 01095224

**04/07/2016 - Office Visit: Established Patient TPI 4**
**Provider: Katharine J Leppard MD**
**Location of Care: Medical Rehabilitation Specialists**

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office for her fourth out of six Marcaine trigger point injections in conjunction with physical therapy. She is noting slow improvement.

## Past Medical History:
Chronic neck pain
Spinal Cord Injury with Syrinx
Chronic Headaches
Migraine Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
Cesarian Section 03'

## Current Medication List Reviewed
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
CELEXA TABS (CITALOPRAM HYDROBROMIDE TABS) 1 po q d
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN)

## Current Problem List Reviewed
Migraine headache (ICD-346.90) (ICD10-G43.909)
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 03/31/2016 and no changes required:04/07/2016
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



**MICHELLE R NELSON** Office: (719) 291-2356
Female DOB: [redacted] 38445 Ins: KAISER Grp: 01095224

Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

**General Comments - FH:**
FH Diabetes
FH Hypertension

## Social History:

Reviewed history from 11/24/2014 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 85 /min
**Blood Pressure:** 103/75 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
On palpation, there is myofascial involvement, trigger points are identified. Physical examination is otherwise unchanged. 15 minutes was spent in face-to-face time with the patient on today's appointment.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. Her 2016 MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She does have significant myofascial involvement on physical examination.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Orders:

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



**MICHELLE R NELSON** [redacted] Office (719) 291-2356
Female DOB: [redacted] 38445 [redacted] Ins: KAISER Grp: 01095224

TRIGGER POINT 3> MUSCLES (CPT-20553)
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Orders:
TRIGGER POINT 3> MUSCLES (CPT-20553)

**Problem # 3:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 4:** Pain in left shoulder (ICD-719.41) (ICD10-M25.512)

The 2016 shoulder MRI shows minimal supraspinatus tendinitis, otherwise her shoulder MRI is normal.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

**Problem # 5:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

**Problem # 6:** Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)

**Problem # 7:** Migraine headache (ICD-346.90) (ICD10-G43.909)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Relpax Tabs (Eletriptan hydrobromide tabs)
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Orders:
Referral to Physician (SCT-183515008)

**Patient Instructions:**
1) Continue with marcaine trigger point injections up to a total of six weeks.
2) Referral made to neurology for consideration of Botox injections were migraine headaches.
3) CC Dr. Fraley
4) CC Liberty Mutual

**MICHELLE R NELSON** [redacted] Office (719) 291-2366
Female DOB: [redacted] 38446 [redacted] Ins: KAISER Grp: 01095224

## Procedure Note

**Injections:**
Comment: Five Marcaine trigger point injections were performed in the left upper trapezius, levator scapula and cervical paraspinals using five CC's of Marcaine. She tolerated the injections well and is scheduled for soft tissue work immediately following.

**Electronically signed by Katharine J Leppard MD on 04/07/2016 at 1:02 PM**

---

**n0081814**

| | |
|---|---|
| **From:** | wellsfargo |
| **Sent:** | Friday, April 08, 2016 11:13:03 AM |
| **To:** | DARLA.J.CAMPBELL@WELLSFARGO.COM |
| **Subject:** | LIBERTY NOTIFICATION: Status Email for Michelle Nelson 00000141433, 3582432 |
| **Attachments:** | Medical_Leave_Guide_for_Managers.pdf |

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced below.**

Why You're receiving this Notice: This is to update you on the status of your team member's leave request.

What You Need to Know: **Leave Information:**

- Leave type: Continuous
- Leave reason: Certified Medical Leave
- Leave period: 3/8/2016 thru 5/15/2016
- Approval status: Approved

**Disability Benefit Information:**

- Last day worked: 1/27/2016
- Benefit payments period: 2/4/2016 thru 5/15/2016
- Disability claim status: Approved

What You Need to Do: **Be aware** of communications from Liberty Mutual regarding your team member's leave.

**Respond** promptly to any request for information.

**Refer** to the attached Manager Checklist to support your team member's leave.

**Consult** with your HR Advisor at 1-877-HRWELLS (1-877-479-3557), option 3 before taking any corrective action or making any employment decision including replacing your team member's position.

What Happens Next: You will receive updated notifications of any changes to your team member's status.

Questions: If you have further questions, call Liberty Mutual at 1-866-213-2937 xt. 14791 or contact the assigned Case Manager at DARRELL.HART@LIBERTYMUTUAL.COM. Reference claim number 3582432.

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7208
London, KY 40742-7208

MICHELLE NELSON

0000

*40000002002442D*

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone: (866) 213-2937
Secure Fax No.: (866) 214-7839

April 8, 2016

MICHELLE NELSON

0000

RE: Wells Fargo & Company
Short Term Disability Benefits
Claim #: 3582432

MS. NELSON

This letter is to inform you that Liberty Mutual has extended your claim for Short Term Disability (STD) benefits beginning 2/4/2016 through 5/15/2016. Your STD benefit payment will be issued through Wells Fargo's regular payroll process.

Your STD claim determination reflects an evaluation of the claim facts and plan provisions. We reserve the right to make a determination on any additional information that may be submitted.

If you have any questions regarding your STD claim, please contact your Liberty Mutual representative using the information below.

Sincerely,

Darrell Hart
Disability Case Manager
Phone: (866) 213-2937
Secure Fax No.: (866) 214-7839

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
(866) 213-2937
Secure Fax No.: (866) 214-7839

| | |
|---|---|
| Date: | April 4, 2016 |
| To: | FALCON PHYSICAL THERAPY |
| Attn: | Medical Records |
| Fax: | (719) 488-1427 |
| From: | Darrell Hart<br>Dis Claims Std Case Mgr II<br>Phone No.: (866) 213-2937<br>Secure Fax No.: (866) 214-7839 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3582432<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (866) 214-7839

April 4, 2016

Falcon Physical Therapy

RE: Short-Term Disability (STD) Benefits
Wells Fargo & Company
Claim #: 3582432
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Falcon Physical Therapy:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 11, 2016 through present

We ask that you provide this information by April 11, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (866) 214-7839 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Darrell Hart
Dis Claims Std Case Mgr II
Phone No.: (866) 213-2937 Ext. 14791
Secure Fax No.: (866) 214-7839

# Falcon Physical Therapy

Fax Cover Sheet

The information included on the following pages contains private health information and is solely intended for the recipient listed below. If you have mistakenly received this information, please return via US Postal Service to the address below. Thank you.

To: Darrell Hart 806-214-7839

From: Jessica

Subject: Nelson, Michelle - documents request

Comments: Please see attached as requested

Number of Pages: 8 (including cover sheet)

Falcon Physical Therapy
12229 Voyager Parkway, Ste. 150
Colorado Springs, CO 80921

Phone: (719) 488-0120
Fax: (719) 488-1427
www.falconpt.com

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (866) 214-7839

April 4, 2016

Falcon Physical Therapy

RE: Short-Term Disability (STD) Benefits
Wells Fargo & Company
Claim #: 3582432
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Falcon Physical Therapy:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 11, 2016 through present

We ask that you provide this information by April 11, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (866) 214-7839 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Darrell Hart
Dis Claims Std Case Mgr II
Phone No.: (866) 213-2937 Ext. 14791
Secure Fax No.: (866) 214-7839

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
(866) 213-2937

| | |
|---|---|
| Date: | April 4, 2016 |
| To: | FALCON PHYSICAL THERAPY |
| Attn: | Medical Records |
| Fax: | (719) 488-1427 |
| From: | Darrell Hart<br>Dis Claims Std Case Mgr II<br>Phone No.: (866) 213-2937<br>Secure Fax No.: (866) 214-7839 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3582432<br>Claimant: Michelle Nelson<br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

FALCON PHYSICAL THERAPY

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD
**Date of Original Eval:** 02/05/2016
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

**Date of Daily Note:** 03/17/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Visit No.:** 7
**Insurance Name:** KAISER PERMANENTE

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient reported she had trigger point injections in her L neck/shoulder just before presenting for therapy. Pt reports no new changes.
**Aggravating Factors:** Sitting, Standing, Walking; Any activity in an upright position
**Home Health Care:** No
**Medical History:** PMH includes history of migraines (1-2x/week) for 10 years, however, is otherwise is unremarkable per patient report.
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97140 | Manual Therapy | 3 |

Light STM to cervical paraspinals - 15 min
Light constant manual cervical traction - 10 min
Passive Stretching to L UT, LS, and Cervical ROM - 15

HMP to cervical spine post treatment - 15 min

CPT copyright 2015 American Medical Association. All rights reserved.

Objective Findings Treatment assisted by Bob Eskridge, PTA

## Assessment

**Assessment/Diagnosis:** Pt required very light traction, stretching, and STM but had no complaints of pain post treatment.
**Rehab Potential:** Good
**Patient Problems:**
- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**
1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities. |
2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain. |
3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work. |
**Long Term Goals:**
1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less. |
2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain. |
3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities. |

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 03/17/2016

# Daily Note / Billing Sheet

## Plan

**Instructions:** Progressing Patient Next Visit
Will continue to monitor patient response to manual cervical traction next visit.

Marc Phillips PT, DPT, OCS

Marc Phillips, PT, DPT, OCS
License #9745
*Completed by Marc Phillips, PT, DPT, OCS on March 23, 2016 at 6:56 am*

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

FALCON PHYSICAL THERAPY

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD
**Date of Original Eval:** 02/05/2016
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

**Date of Daily Note:** 03/31/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Visit No.:** 8
**Insurance Name:** KAISER PERMANENTE

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient presented for treatment after having another set of trigger point injections in her L neck/ shoulder earlier today. Pt reports no significant pain, just some tightness in her neck and upper back.
**Aggravating Factors:** Sitting, Standing, Walking; Any activity in an upright position
**Home Health Care:** No
**Medical History:** PMH includes history of migraines (1-2x/week) for 10 years, however, is otherwise is unremarkable per patient report.
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97140 | Manual Therapy<br>Light STM to cervical paraspinals - 15 min<br>Light manual cervical traction - 10 min<br>Passive Stretching to L UT, LS, and Cervical ROM - 15 | 3 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

Objective Findings

Treatment assisted by Bob Eskridge, PTA

## Assessment

**Assessment/Diagnosis:** Pt reported no pain during manual therapy and noted she felt much looser with less tightness in her entire upper back and shoulders post treatment.
**Rehab Potential:** Good
**Patient Problems:**
- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**
1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities. |
2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain. |
3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work. |

**Long Term Goals:**
1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less. |
2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain. |
3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities. |

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 03/31/2016

## Plan

**Instructions:** Progressing Patient Next Visit
Continue with manual cervical traction and stretching as patient tolerates.

Marc Phillips PT, DPT, OCS

Marc Phillips, PT, DPT, OCS
License #9745
*Completed by Marc Phillips, PT, DPT, OCS on April 4, 2016 at 6:44 am*

MEDICAL REHABILITATION SPECIALISTS
KATHARINE J. LEPPARD, M.D., P.T.
3470 Centennial Blvd
Suite 110
Colorado Springs, CO 80907
719.575.1800
719.575.1850 Fax
Medical-Rehab.com

| FAX | | | Date: 4/1/16 |
|---|---|---|---|
| To: | Liberty Mutual | From: | Ann |
| Fax: | 603-334-9154 | Pages: | 4 |
| Phone: | | | |
| Re: | Michelle Nelson | | |

Comments: Claim # 3582432

Most recent office note -

NOTICE: The information contained in this communication, and the attached documents, if any, are intended only for the use of the individual or entity to which they are addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, at 719.575.1800 and please shred this message and any attachments. Thank You.

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



MICHELLE R NELSON [redacted] Office: (719) 291-2356
Female DOB: [redacted] 38446 [redacted] Ins: KAISER Grp: 01095224

**03/31/2016 - Office Visit: Established Patient TPI 3**
**Provider: Katharine J Leppard MD**
**Location of Care: Medical Rehabilitation Specialists**

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office for her third out of six sessions of Marcaine trigger point injections in conjunction with physical therapy. She reports minimal improvement.

## Past Medical History:
Reviewed history from 03/25/2013 and no changes required:
- Chronic neck pain
- Spinal Cord Injury with Syrinx
- Chronic Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
- Cesarian Section 03'

## Current Medication List Reviewed
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
CELEXA TABS (CITALOPRAM HYDROBROMIDE TABS) 1 po q d
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN)

## Current Problem List Reviewed
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 03/17/2016 and no changes required:04/01/2016
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



**MICHELLE R NELSON** [redacted] Office (719) 291-2366
Female DOB [redacted] 38446 [redacted] Ins KAISER Grp 01095224

**General Comments - FH:**
FH Diabetes
FH Hypertension

## Social History:

Reviewed history from 11/24/2014 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 86 /min
**Blood Pressure:** 123/82 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
On palpation, there is myofascial involvement, trigger points are identified. Physical examination is otherwise unchanged. 15 minutes was spent in face-to-face time with the patient on today's appointment.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. Her 2016 MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She does have significant myofascial involvement on physical examination.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Orders:
TRIGGER POINT 3> MUSCLES (CPT-20553)
HTN SCREEN G8783 (CPT-G8783)

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



MICHELLE R NELSON [redacted] Office (719) 291-2356
Female DOB: [redacted] 38445 [redacted] Ins: KAISER Grp: 01095224

LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Orders:
TRIGGER POINT 3> MUSCLES (CPT-20553)

**Problem # 3:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 4:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

**Prescriptions:**
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) #60 x 0
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 04/01/2016
Method used: Handwritten
RxID: 1775112640195720
Handout requested.

**Patient Instructions:**
1) Continue with marcaine trigger point injections up to a total of six weeks.
2) She is a candidate for cervical facet injections, this is the same type of injection that she tried previously in which she had a spinal cord injury. Understandably she is not anxious to consider this option.
3) CC Dr. Fraley
4) CC Liberty Mutual

## Procedure Note

**Injections:**
Comment: Five trigger point injections were preformed in the left cervical paraspinal, upper trapezius and levator scapula muscles using a total of five CC's of Marcaine. She tolerated the injections well and is scheduled for soft tissue work immediately following.

**Electronically signed by Katharine J Leppard MD on 04/01/2016 at 6:54 AM**

**n0280895**

---

**From:** wellsfargo
**Sent:** Friday, March 18, 2016 12:11:27 PM
**To:** DARLA.J.CAMPBELL@WELLSFARGO.COM
**Subject:** LIBERTY NOTIFICATION: Status Email for Michelle Nelson 00000141433, 3582432
**Attachments:** Medical_Leave_Guide_for_Managers.pdf

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced below.**

Why You're receiving this Notice: This is to update you on the status of your team member's leave request.

What You Need to Know: **Leave Information:**

- Leave type: Continuous
- Leave reason: Certified Medical Leave
- Leave period: 3/8/2016 thru 4/3/2016
- Approval status: Approved

**Disability Benefit Information:**

- Last day worked: 1/27/2016
- Benefit payments period: 2/4/2016 thru 4/3/2016
- Disability claim status: Approved

What You Need to Do: **Be aware** of communications from Liberty Mutual regarding your team member's leave.

**Respond** promptly to any request for information.

**Refer** to the attached Manager Checklist to support your team member's leave.

**Consult** with your HR Advisor at 1-877-HRWELLS (1-877-479-3557), option 3 before taking any corrective action or making any employment decision including replacing your team member's position.

What Happens Next: You will receive updated notifications of any changes to your team member's status.

Questions: If you have further questions, call Liberty Mutual at 1-866-213-2937 xt. 14791 or contact the assigned Case Manager at DARRELL.HART@LIBERTYMUTUAL.COM. Reference claim number 3582432.

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7208
London, KY 40742-7208

MICHELLE NELSON

0000

*400000200242D*

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone: (866) 213-2937
Secure Fax No.: (866) 214-7839

March 17, 2016

MICHELLE NELSON

0000

RE: Wells Fargo & Company
Short Term Disability Benefits
Claim #: 3582432

MS. NELSON

This letter is to inform you that Liberty Mutual has extended your claim for Short Term Disability (STD) benefits beginning 2/4/2016 through 4/3/2016. Your STD benefit payment will be issued through Wells Fargo's regular payroll process.

Your STD claim determination reflects an evaluation of the claim facts and plan provisions. We reserve the right to make a determination on any additional information that may be submitted.

If you have any questions regarding your STD claim, please contact your Liberty Mutual representative using the information below.

Sincerely,

Darrell Hart
Disability Case Manager
Phone: (866) 213-2937
Secure Fax No.: (866) 214-7839

# Falcon Physical Therapy

Fax Cover Sheet

The information included on the following pages contains private health information and is solely intended for the recipient listed below. If you have mistakenly received this information, please return via US Postal Service to the address below. Thank you.

To: ATTN: Darrell Hart 1-866-214-7839

From: Jess - Falcon Physical Therapy

Subject: Nelson, Michelle Records Request

Comments: Please see attached as requested.

Number of Pages: 23 (including cover sheet)

Falcon Physical Therapy
12229 Voyager Parkway, Ste. 150
Colorado Springs, CO 80921

Phone: (719) 488-0120
Fax: (719) 488-1427
www.falconpt.com

FAXED MAR 10 2016 BY: Jess

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (866) 214-7839

March 10, 2016

Falcon Physical Therapy

RE: Short-Term Disability (STD) Benefits
Wells Fargo & Company
Claim #: 3582432
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Falcon Physical Therapy:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2016 through present

We ask that you provide this information by March 17, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (866) 214-7839 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Darrell Hart
Dis Claims Std Case Mgr II
Phone No.: (866) 213-2937 Ext. 14791
Secure Fax No.: (866) 214-7839

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
(866) 213-2937
Secure Fax No.: (866) 214-7839

| | |
|---|---|
| Date: | March 10, 2016 |
| To: | FALCON PHYSICAL THERAPY |
| Attn: | Medical Records |
| Fax: | (719) 488-1427 |
| From: | Darrell Hart<br>Dis Claims Std Case Mgr II<br>Phone No.: (866) 213-2937<br>Secure Fax No.: (866) 214-7839 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3582432<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Falcon Physical Therapy - Gleneagle
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Physical Therapy Initial Examination

FALCON PHYSICAL THERAPY

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD

**Visit No.:** 1

**Date of Initial Examination:** 02/05/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Patient reports a week ago this past Monday she started to have pain in the L shoulder (pointing toward the upper trap). She reports the pain was radiating down the L arm and it just simply wasn't getting better. She reports it increased throughout the work and notes Thursday she couldn't even get out of bed and on Friday she had to go to the ER because it was so bad. She reports last Tuesday she saw her primary care doctor because of the pain and he gave her a cortisone injection into her buttocks and that didn't help. She reports earlier this week she called her primary care doctor again but they couldn't get into them because of the weather so she had to call another doctor to be seen because the injection last week didn't help.

Patient reports no specific injury or activity that she can recall that triggered her symptoms.
**Pain Location:** L Shoulder
**Pain Scale: Worst:** 9 **Best:** 6 **Current:** 7
**Pain Follow-up Plan:** Patient education, manual therapy, therapeutic exercise, and modalities PRN
**Aggravating Factors:** Sitting, Standing, Walking; Any activity in an upright position
**Home Health Care:** No
**Medical History:** PMH includes history of migraines (1-2x/week) for 10 years, however, is otherwise is unremarkable per patient report.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (See medication intake form this date.)
**Patient Goals:** 1. To reduce pain to be able to return to normal work and daily activities.

## Objective

### Inspection

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |

**Family Understands Diagnosis**

### Outcome Measurement Tools

**Spine**
Neck Disability Index Questionnaire
Total Score:
**Upper Extremity**
DASH: Disabilities of Arm, Shoulder, Hand /100

### Range of Motion

**Cervical AROM**

| | |
|---|---|
| Forward Bending | 10% |
| Backward Bending | 10% |
| Right Rotation | 25% |
| Left Rotation | 0% |
| Right Side Bending | 10% |
| Left Side Bending | 10% |
| Cervical AROM Comments | *Severe cervical AROM restrictions due to pain with report of significant increase in radiating pain into L UE w/ R side bending. |

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Physical Therapy Initial Examination

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 02/05/2016

## Special Tests

| | |
|---|---|
| Compression/Distraction | Compression: Positive Distraction: Positive |

## Assessment

**Assessment/Diagnosis:** Patient is a 47 y/o female who presents to PT with primary c/o insidious onset of L shoulder and arm pain approximately a week and a half ago. Patient received a cortisone injection a week ago with minimal to no help. She reports an increase in intensity and frequency of this pain during the past 3-5 days. Patient currently demonstrates severely decreased cervical AROM due to pain and maintains a very guarded L upper extremity with tensed L upper trap. Patient can benefit from skilled PT at this time.

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**

- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**

1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities.
2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain.
3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work.

**Long Term Goals:**

1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less.
2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain.
3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities.

## Plan

**Frequency:** 2 times a week

**Duration:** 4 weeks

**Plan:** Begin Plan as Outlined

**Treatment to be provided:**

### Procedures

Therapeutic Exercises (ROM, Strength, Stability), Neuromuscular Rehabilitation (Muscle Re-Education), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Manual Traction, Myofascial Release, Dry Needling/Intramuscular Manual Therapy), Patient Education (Home Exercise Program, Postural Training, Activity Modification)

### Modalities

To Improve (Pain Relief, Decrease Inflammation), Electrical Stimulation, Ultrasound/Phonophoresis, Cryotherapy, Hot Packs, Mechanical Traction

Travis Nichols, PT, DPT

Travis Nichols, PT, DPT
License #12597
*Completed by Travis Nichols, PT, DPT on February 5, 2016 at 12:22 pm*

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

FALCON PHYSICAL THERAPY

# Plan of Care

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD

**Date of Original Eval:** 02/05/2016
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

**Date of Plan of Care:** 02/05/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Visit No.:** 1

## Assessment

**Assessment/Diagnosis:** Patient is a 47 y/o female who presents to PT with primary c/o insidious onset of L shoulder and arm pain approximately a week and a half ago. Patient received a cortisone injection a week ago with minimal to no help. She reports an increase in intensity and frequency of this pain during the past 3-5 days. Patient currently demonstrates severely decreased cervical AROM due to pain and maintains a very guarded L upper extremity with tensed L upper trap. Patient can benefit from skilled PT at this time.

Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**

- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**

1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities. |
2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain. |
3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work. |

**Long Term Goals:**

1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less. |
2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain. |
3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities. |

## Plan

**Frequency:** 2 times a week
**Duration:** 4 weeks
**Treatment to be provided:**

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 02/05/2016

# Plan of Care

**Procedures**

Therapeutic Exercises (ROM, Strength, Stability), Neuromuscular Rehabilitation (Muscle Re-Education), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Manual Traction, Myofascial Release, Dry Needling/Intramuscular Manual Therapy), Patient Education (Home Exercise Program, Postural Training, Activity Modification)

**Modalities**

To Improve (Pain Relief, Decrease Inflammation), Electrical Stimulation, Ultrasound/Phonophoresis, Cryotherapy, Hot Packs, Mechanical Traction

Plan to complete initial evaluation next visit pending patient's pain intensity with progression of treatment, as able.

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (719)488-0120.

Please sign and return: Fax#: (719)488-1427

I certify the need for these services furnished under this plan of treatment and while under my care.

Travis Nichols, PT, DPT

__I have no revisions to the plan of care.
__Revise the plan of care as follows____________________
____________________________________________

Travis Nichols, PT, DPT
License #12597
*Completed by Travis Nichols, PT, DPT on February 5, 2016 at 12:22 pm*

Physician Signature______________________________
K. J. LEPPARD, MD
Date:______________

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

FALCON PHYSICAL THERAPY

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD
**Date of Original Eval:** 02/05/2016
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

**Date of Daily Note:** 02/05/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Visit No.:** 1
**Insurance Name:** KAISER PERMANENTE HMO

## Subjective

**Treatment Side:** Left
**Pain Location:** L Shoulder
**Pain Scale: Worst:** 9 **Best:** 6 **Current:** 7
**Pain Follow-up Plan:** Patient education, manual therapy, therapeutic exercise, and modalities PRN
**Aggravating Factors:** Sitting, Standing, Walking; Any activity in an upright position
**Home Health Care:** No
**Medical History:** PMH includes history of migraines (1-2x/week) for 10 years, however, is otherwise is unremarkable per patient report.
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97140:59 | Manual Therapy<br>Light STM to cervical paraspinals followed by light manual cervical traction - 10 min | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97001 | PT Evaluation | 1 |
| GP:97012 | Mechanical Traction<br>Constant Cervical Traction w/ 14# - 10 min<br>HMP to Cervical Spine - 10 min - Not billed | 1 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient is a 47 y/o female who presents to PT with primary c/o insidious onset of L shoulder and arm pain approximately a week and a half ago. Patient received a cortisone injection a week ago with minimal to no help. She reports an increase in intensity and frequency of this pain during the past 3-5 days. Patient currently demonstrates severely decreased cervical AROM due to pain and maintains a very guarded L upper extremity with tensed L upper trap. Patient can benefit from skilled PT at this time.
**Rehab Potential:** Good
**Patient Problems:**
- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**
1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities. |
2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain. |
3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work. |
**Long Term Goals:**
1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less. |
2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain. |
3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities. |

## Plan

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 02/05/2016

**Instructions:**
Plan to complete initial evaluation next visit pending patient's pain intensity with progression of treatment, as able.

Travis Nichols, PT, DPT

Travis Nichols, PT, DPT
License #12597
*Completed by Travis Nichols, PT, DPT on February 5, 2016 at 12:22 pm*

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

FALCON PHYSICAL THERAPY

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD
**Date of Original Eval:** 02/05/2016
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

**Date of Daily Note:** 02/10/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Visit No.:** 3
**Insurance Name:** KAISER PERMANENTE HMO

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient reports she didn't experience any real change in her symptoms after her last visit. She reports her pain today is 7/10.
**Aggravating Factors:** Sitting, Standing, Walking; Any activity in an upright position
**Home Health Care:** No
**Medical History:** PMH includes history of migraines (1-2x/week) for 10 years, however, is otherwise is unremarkable per patient report.
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 1 |
| | Shoulder AAROM w/ Pulleys - Flex, Scap, Abd - x15 each - 0 min<br>Light Active L Elbow Flex/Ext - 10 min | |
| GP:97140 | Manual Therapy | 2 |
| | Light STM to cervical paraspinals followed by light manual cervical traction - 0 min<br>Light posterior GH Glides w/ Hold - 10 min<br>Passive L UE Nerve Glides - 10 min<br>Passive L Elbow Flex/Ext - 10 min | |

*CPT copyright 2015 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient able to report a reduction in L UE arm pain with posterior glides to GH joint. She reports no increase in pain during or following nerve glides.
**Rehab Potential:** Good
**Patient Problems:**
- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**
1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities. |
2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain. |
3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work. |

**Long Term Goals:**
1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less. |
2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain. |
3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities. |

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 02/10/2016

## Plan

**Instructions:**

Plan to complete initial evaluation next visit pending patient's pain intensity with progression of treatment, as able.

Travis Nichols, PT, DPT

Travis Nichols, PT, DPT
License #12597
*Completed by Travis Nichols, PT, DPT on February 10, 2016 at 11:54 am*

Falcon Physical Therapy - Gleneagle
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

FALCON PHYSICAL THERAPY

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD
**Date of Original Eval:** 02/05/2016
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

**Date of Daily Note:** 02/09/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Visit No.:** 2
**Insurance Name:** KAISER PERMANENTE HMO

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient reports she didn't experience any real change in her symptoms after her last visit. She reports her pain today is 7/10.
**Aggravating Factors:** Sitting, Standing, Walking; Any activity in an upright position
**Home Health Care:** No
**Medical History:** PMH includes history of migraines (1-2x/week) for 10 years, however, is otherwise is unremarkable per patient report.
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Shoulder AAROM w/ Pulleys - Flex, Scap, Abd - x15 each - 6 min | 1 |
| GP:97140:59 | Manual Therapy<br>Light STM to cervical paraspinals followed by light manual cervical traction - 25 min<br>Passive L UE Nerve Glides - 10 min | 2 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient reports a small reduction in pain following passive nerve glides to L UE. Difficulty with shoulder AAROM w pulleys primarily due to fear of movement.
**Rehab Potential:** Good
**Patient Problems:**
- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**
1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities. |
2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain. |
3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work. |

**Long Term Goals:**
1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less. |
2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain. |
3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities. |

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 02/09/2016

## Plan

**Instructions:**

Plan to complete initial evaluation next visit pending patient's pain intensity with progression of treatment, as able.

Travis Nichols, PT, DPT

Travis Nichols, PT, DPT
License #12597
*Completed by Travis Nichols, PT, DPT on February 9, 2016 at 3:25 pm*

Falcon Physical Therapy - Gleneagle
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

FALCON PHYSICAL THERAPY

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD
**Date of Original Eval:** 02/05/2016
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

**Date of Daily Note:** 02/15/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Visit No.:** 4
**Insurance Name:** KAISER PERMANENTE HMO

## Subjective

**Treatment Side:** Left

**Current Complaints / Gains:** Patient reports this past weekend she started to experience some tingling in her L leg and then some in the R leg. She reports she felt it in the L leg first and then yesterday she felt it in her R leg. She reports this is the first she has ever felt this before. She reports overall her neck/shoulder/arm pain is largely the same.

**Aggravating Factors:** Sitting, Standing, Walking; Any activity in an upright position

**Home Health Care:** No

**Medical History:** PMH includes history of migraines (1-2x/week) for 10 years, however, is otherwise is unremarkable per patient report.

**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise<br>Shoulder AAROM w/ Pulleys - Flex, Scap, Abd - x15 each - 0 min<br>Light Active L Elbow Flex/Ext - 5 min | 0 |
| GP:97140 | Manual Therapy<br>Light STM to cervical paraspinals followed by light manual cervical traction - 0 min<br>Light posterior GH Glides w/ Hold - 10 min<br>Passive L Shoulder ROM - 15<br>Passive L UE Nerve Glides - 10 min<br>Passive L Elbow Flex/Ext ROM - 10 min<br><br>HMP to cervical spine post treatment - 10 min - Not billed. | 3 |

*CPT copyright 2015 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient able to tolerate all manual therapy techniques this date with report of no increase in pain. Ended with HMP to c-spine this date.

**Rehab Potential:** Good

**Patient Problems:**

- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**

1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities. |
2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain. |
3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work. |

**Long Term Goals:**

1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less. |
2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain. |
3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities. |

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 02/15/2016

## Plan

**Instructions:**

Will continue to monitor patient response to manual based treatment last visit.

Travis Nichols, PT, DPT

Travis Nichols, PT, DPT
License #12597
*Completed by Travis Nichols, PT, DPT on February 15, 2016 at 12:27 pm*

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

FALCON PHYSICAL THERAPY

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD
**Date of Original Eval:** 02/05/2016
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

**Date of Daily Note:** 02/22/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Visit No.:** 5
**Insurance Name:** KAISER PERMANENTE HMO

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient reports she hasn't noticed any more tingling in the legs like she mentioned last visit. She reports she woke up with intense arm last night when she woke up and notes that this morning she had an intense headache/ migraine. She reports she has been taking a lot of medication because she of the pain but she has an MRI of the shoulder today and sees the doctor later this week.
**Pain Location:** L Shoulder
**Pain Scale: Worst:** NT **Best:** NT **Current:** 8 **Previous Findings as of 02/05/2016 - Worst:9 Best:6 Current:7*
**Pain Follow-up Plan:** Patient education, manual therapy, therapeutic exercise, and modalities PRN
**Aggravating Factors:** Sitting, Standing, Walking; Any activity in an upright position
**Home Health Care:** No
**Medical History:** PMH includes history of migraines (1-2x/week) for 10 years, however, is otherwise is unremarkable per patient report.
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97140 | Manual Therapy | 3 |

Light STM to cervical paraspinals - 10 min
Light constant manual cervical traction - 15 min
Light posterior GH Glides w/ Hold - 0 min
Passive L Shoulder ROM - 0 min
Passive L UE Nerve Glides - 10 min
Passive L Elbow Flex/Ext ROM - 10 min

HMP to cervical spine post treatment - 0 min

*CPT copyright 2015 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient able to report manual cervical traction felt good this date therefore attempted 12 min of constant manual traction. She denied need for HMP this date.
**Rehab Potential:** Good
**Patient Problems:**
- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**
1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities. |
2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain. |
3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work. |

**Long Term Goals:**
1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less. |
2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain. |
3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities. |

## Plan

**Instructions:**

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 02/22/2016

Will continue to monitor patient response to manual cervical traction next visit.

Travis Nichols, PT, DPT

Travis Nichols, PT, DPT
License #12597
*Completed by Travis Nichols, PT, DPT on February 22, 2016 at 12:03 pm*

Falcon Physical Therapy - Gleneagle
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

FALCON PHYSICAL THERAPY

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Referring Physician(s):** LEPPARD, KATHARINE J. MD
**Date of Original Eval:** 02/05/2016
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia

**Date of Daily Note:** 03/10/2016
**Injury/Onset/Change of Status Date:** 01/25/2016 Insidious
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.2: Cervicalgia
**Visit No.:** 6
**Insurance Name:** KAISER PERMANENTE HMO

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Patient reports nothing much has changed but the doctor just did trigger point injections into the L side of the neck/shoulder. She reports she is scheduled for another round of injections next week.
**Pain Location:** L Shoulder
**Pain Scale: Worst:** NT **Best:** NT **Current:** 6 **Previous Findings as of 02/22/2016 - Worst:NT Best:NT Current:8*
**Pain Follow-up Plan:** Patient education, manual therapy, therapeutic exercise, and modalities PRN
**Aggravating Factors:** Sitting, Standing, Walking; Any activity in an upright position
**Home Health Care:** No
**Medical History:** PMH includes history of migraines (1-2x/week) for 10 years, however, is otherwise is unremarkable per patient report.
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97140 | Manual Therapy | 2 |

Light STM to cervical paraspinals - 10 min
Light constant manual cervical traction - 0 min
Passive Stretching to L UT, LS, and Cervical ROM - 15

HMP to cervical spine post treatment - 15 min

*CPT copyright 2015 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient approximately 20 minutes late to this afternoon's scheduled appointment. Focused primarily on passive stretching and PROM followed by HMP immediately following trigger point injections.
**Rehab Potential:** Good
**Patient Problems:**
- Increased neck/L arm pain
- Severely limited cervical AROM
- Difficulty w/ sitting, standing, walking activities

**Short Term Goals:**
1: (2 Weeks) | Patient able to report 25-50% improvement in neck pain intensity and/or frequency with normal daily activities. |
2: (2 Weeks) | Patient able to demonstrate improvement in cervical AROM of 25% or greater without an additional increase in pain. |
3: (2 Weeks) | Patient able to demonstrate a more relaxed resting position in sitting for possible return to work. |

**Long Term Goals:**
1: (4 Weeks) | Patient able to report a reduction in pain intensity to 3/10 or less. |
2: (4 Weeks) | Patient able to demonstrate cervical AROM WNL with minimal to no increase in pain. |
3: (4 Weeks) | Patient able to demonstrate independence with HEP in order to further return to normal work and daily activities. |

**Falcon Physical Therapy - Gleneagle**
12229 Voyager Pkwy, Suite 150
Colorado Springs, CO 80921-3601
Phone: (719)488-0120
Fax: (719)488-1427
www.falconpt.com

# Daily Note / Billing Sheet

**Patient Name:** Nelson, Michelle
**Date of Birth:**
**Document Date:** 03/10/2016

## Plan

**Instructions:**

Will continue to monitor patient response to manual cervical traction next visit.

Travis Nichols, PT, DPT

Travis Nichols, PT, DPT
License #12597
*Completed by Travis Nichols, PT, DPT on March 10, 2016 at 2:48 pm*

03/11/2016 11:11

**Katharine J. Leppard, M.D.**
*3470 Centennial Blvd, Ste 110*
*Colorado Springs, CO 80907*
*(719) 575-1800 / (719) 575-1850 Fax*

Medical Rehabilitation Specialists

Patient Name: Michelle Nelson Date: 2/2/16

Diagnosis: cervical pain/(L) shoulder

Physical Therapy Clinic: ________ Phone: pain

Precautions: TTWx 4 wk

- [x] Physical Therapy Evaluation & Treatment
- [ ] Occupational Therapy Evaluation & Treatment
- [ ] Custom Splinting
- [ ] Psychological Evaluation & Treatment
  - [ ] 6-12 Sessions for Work or MVA
  - [ ] Pain Management
  - [ ] Biofeedback / Hypnosis
  - [ ] Neuro Psychological Testing
  - [ ] Pool Therapy
- [ ] Massage / Manual Therapy
- [ ] Trial of TENS Therapy
- [ ] Spine Stabilization Protocol
- [ ] Trial of Cervical Traction
- [ ] Home Traction Unit
- [ ] Job Site Analysis
- [ ] Functional Capacity Evaluation
- [ ] AMA ROM Testing
  - [ ] Cervical
  - [ ] Lumbar
  - [ ] Other: ________
- [ ] Additional Orders: ________

cervical DDD, h/o sx-? s/p failed injection

Physician's Signature: KJLeppard MD
KATHARINE J. LEPPARD, M.D.

FEB 0 5 2016

Falcon

Physical Therapy

## MEDICAL INTAKE

NAME: Michelle Nelson BIRTH DATE: ___ TODAY'S DATE: ___

REFERRING PHYSICIAN: Katherine Leppard PRIMARY CARE PHYSICIAN: Mark Fraley

### CURRENT INJURY/ILLNESS

DIAGNOSIS/INJURY: ___ DATE OF INJURY: ___ DATE OF SURGERY: N/A

HOW DID THIS INJURY OCCUR? ___

HAVE YOU HAD THIS PROBLEM BEFORE? YES/NO? ARE YOU CURRENTLY UNDER CHIROPRACTIC CARE? YES/NO
-IF YES, CHIROPRACTOR'S NAME? ___ HOW OFTEN DO YOU RECEIVE TREATMENT? ___

HAVE YOU FALLEN RECENTLY? YES/NO? IF YES, WHEN AND HOW ___

DO YOU: SMOKE? Y/N IF YES, HOW MUCH? ___

DO YOU DRINK: CAFFEINE? Y/N HOW OFTEN? ___ ALCOHOL? Y/N . HOW OFTEN? ___

**MEDICAL HISTORY: PLEASE INDICATE WHICH MEDICAL CONDITIONS YOU HAVE CURRENTLY OR HAVE HAD IN THE PAST**

| CONDITION | NOW | PAST | IF YES, WHEN? | CONDITION | NOW | PAST | IF YES, WHEN? |
|---|---|---|---|---|---|---|---|
| HEART DISEASE | Y N | Y N | | NAUSEA/VOMITING | Y N | Y N | |
| CHEST PAIN | Y N | Y N | | ULCERS | Y N | Y N | |
| HEART ATTACK | Y N | Y N | | CANCER | Y N | Y N | |
| HIGH BLOOD PRESSURE | Y N | Y N | | DIABETES | Y N | Y N | |
| HEADACHES | Y N | Y N | | ANXIETY | Y N | Y N | |
| STROKE/CVA/TIA | Y N | Y N | | DEPRESSION | Y N | Y N | |
| BROKEN BONES | Y N | Y N | | PYSCHOLOGICAL DISORDER | Y N | Y N | |
| SPRAIN | Y N | Y N | | TRAUMATIC BRAIN INJURY | Y N | Y N | |
| STRAIN | Y N | Y N | | FIBROMYALGIA | Y N | Y N | |
| ARTHRITIS | Y N | Y N | | ASTHAMA | Y N | Y N | |
| OSTEOPOROSIS | Y N | Y N | | INFECTION | Y N | Y N | |
| BACK PAIN | Y N | Y N | | PREGNANCY | Y N | Y N | |

PLEASE LIST ANY OTHER CONDITIONS NOT LISTED : migraines

DID YOU HAVE PHYSICAL OR OCCUPATIONAL THERAPY FOR ANY OF THE ABOVE CONDITIONS? Y/N
IF YES, PLEASE BRIEFLY EXPLAIN : no

PLEASE LIST YOUR PRIMARY REASON(S) FOR SEEKING MEDICAL ATTENTION AT THIS TIME:
1. pain relief 2. ___
3. ___ 4. ___

PLEASE LIST YOUR GOALS FOR ATTENDING PHYSICAL OR OCCUPATIONAL THERAPY:
1. pain relief 2. ___
3. ___ 4. ___

**WHAT IS YOUR CURRENT LEVEL OF PAIN? 1 2 3 4 5 6 (7) 8 9 10**

Falcon

Physical Therapy

~~E. Phillips 2/5/16~~

M. Nelson 2/5/16

## Medication List

**Please list all medications/over-the-counter medications/vitamins/mineral/dietary supplements with dosages.**

| Medication | Dosage | Frequency | Route of Administration |
|---|---|---|---|
| *Example: Ibuprofen* | *2 pills,50mg* | *4xday/ 2hours* | *Oral* |
| Relpax | 40 mg | as needed | oral |
| IBuprofen | 600 mg | 2x day | " |
| Dquotin | 70 mg | 2x day | " |
| Steroid | last dose today | | |
| Percocet | 1-2x day | | oral |

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
(866) 213-2937
Secure Fax No.: (603) 334-9154

| | |
|---|---|
| Date: | March 4, 2016 |
| To: | KATHERINE LEPPARD<br>3470 CENTENIAL BLVD<br>COLORADO SPRINGS CO 00000 |
| Attn: | Anne/ Dr. Leppard |
| Fax: | (719) 575-1850 |
| From: | Crystal Ayers, BSN, RN, CMSRN<br>Med & Dis Nurse Case Manager<br>Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-9154 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 3582432<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-9154

March 4, 2016

Katherine Leppard
3470 CENTENIAL BLVD
COLORADO SPRINGS, CO 00000

RE: Short-Term Disability (STD) Benefits
Wells Fargo & Company
Claim #: 3582432
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Katherine Leppard:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

At this time we are in need of the following information in order to evaluate your patient's functional capacity. Please review the following questions and respond directly on this letter.

**I spoke with Anne today regarding Ms. Nelson's medical issues.**

Do you recommend activity restrictions for sitting?
No ____ Yes ✓
If yes, please provide specific recommendations:
May cumulatively sit up to 2 ½ hours per day ____
May cumulatively sit up to 5 ½ hours per day ✓
May cumulatively sit over 5 ½ hours per day ✓

Do you recommend activity restrictions for standing?
No ____ Yes ✓
If yes, please provide specific recommendations:
May cumulatively stand up to 2 ½ hours per day ____
May cumulatively stand up to 5 ½ hours per day ✓
May cumulatively stand over 5 ½ hours per day ✓

Do you recommend activity restrictions for walking?
No ____ Yes ✓
If yes, please provide specific recommendations:

Alternate needs to lay down for pa.

May cumulatively walk up to 2 ½ hours per day _____
May cumulatively walk up to 5 ½ hours per day _____
May cumulatively walk over 5 ½ hours per day ✓

Do you recommend restrictions for moving objects (lift/carry/push/pull type of activity)?
No _____ Yes ✓
If yes, please provide specific recommendations:
May move objects weighing up to (please indicate) _____ pounds
Cumulatively up to 2 ½ hours per day _____
Cumulatively up to 5 ½ hours per day _____
Cumulatively over 5 ½ hours per day _____

No push/pull Limit carry to 10#

Do you recommend restrictions for reaching?
No _____ Yes ✓
If yes, please provide specific recommendations:
May cumulatively reach up to 2 ½ hours per day _____
May cumulatively reach up to 5 ½ hours per day _____
May cumulatively reach over 5 ½ hours per day _____

Avoid reaching above shld.

Do you recommend restrictions for grasping objects and/or keyboarding?
No ✓ Yes _____
If yes, please provide specific recommendations:
May cumulatively grasp/keyboard up to 2 ½ hours per day _____
May cumulatively grasp/keyboard up to 5 ½ hours per day _____
May cumulatively grasp/keyboard over 5 ½ hours per day _____

Do you recommend restrictions for climb/squat/bend/kneel activity?
No _____ Yes ✓
If yes, please provide specific recommendations:
May cumulatively climb/squat/bend/kneel up to 2 ½ hours per day _____
May cumulatively climb/squat/bend/kneel up to 5 ½ hours per day _____
May cumulatively climb/squat/bend/kneel over 5 ½ hours per day _____

No kneeling squatting

As of the date of your last examination, do you agree that Michelle Nelson is capable of performing physical activities on a full-time basis (8 hour day)? Yes ✓ No _____ on a part-time basis (4 hours in an 8 hour day)? Yes _____ No ✓

If you answered yes to any of the above, please outline the level of physical capacity:

Excused from work till 4/1/16
I will not fill out further forms till then.

Please provide your responses directly on this letter, sign, and return all pages to my attention via

facsimile or mail. I ask that you provide a response to this request by March 11, 2016.

Signature Date 3/11/16

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Crystal Ayers, BSN, RN, CMSRN
Med & Dis Nurse Case Manager
Phone No.: (866) 213-2937 Ext. 14731
Secure Fax No.: (603) 334-9154

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



**MICHELLE R NELSON** Office
Female DOB: 38445 Ins: KAISER Grp: 01095224

**03/10/2016 - Office Visit: Established Patient**
**Provider: Katharine J Leppard MD**
**Location of Care: Medical Rehabilitation Specialists**

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
Patient returns requesting trigger point injections. Risks including pneumothorax were reviewed, consent form was signed. The patient is scheduled for soft tissue work after the injections.

## Past Medical History:
Reviewed history from 03/25/2013 and no changes required:
Chronic neck pain
Spinal Cord Injury with Syrinx
Chronic Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
Cesarian Section 03'

## Current Medication List Reviewed
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
CELEXA TABS (CITALOPRAM HYDROBROMIDE TABS) 1 po q d
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN)

## Current Problem List Reviewed
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 02/24/2016 and no changes required:03/11/2016
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



**MICHELLE R NELSON** Office:
Female DOB: 38445 Ins: KAISER Grp: 01095224

**General Comments - FH:**
FH Diabetes
FH Hypertension

## Social History:

Reviewed history from 11/24/2014 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 83 /min
**Blood Pressure:** 102/83 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
On palpation, there is myofascial involvement, trigger points are identified. Physical examination is otherwise unchanged. 25 minutes was spent in face-to-face time with the patient on today's appointment.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. Her 2016 MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She does have significant myofascial involvement on physical examination.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Orders:
TRIGGER POINT 3> MUSCLES (CPT-20553)

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



**MICHELLE R NELSON** Office
Female DOB: 38445 Ins: KAISER Grp: 01095224

HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Orders:
TRIGGER POINT 3> MUSCLES (CPT-20553)

**Problem # 3:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 4:** Pain in left shoulder (ICD-719.41) (ICD10-M25.512)

The 2006 shoulder MRI shows minimal supraspinatus tendinitis, otherwise her shoulder MRI is normal.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

**Patient Instructions:**
1) Work restriction forms were completed.
2) The patient will return next week for the second set of marcaine trigger point injections followed by soft tissue work. If the first two sessions of injections fail to improve the pain, the trigger point injections will be discontinued. If the injections are helping, they will be continued once a week up to a total of six weeks.
3) CC Dr. Fraley

**Procedure Note**

FAXED MAR 11 2016

**Injections:**
Comment: Four trigger point injections were preformed in the left CP, rhomboid, upper trapezius and levator scapula muscles using 4 cc of marcaine. The patient tolerated the injections well, and is scheduled for soft tissue work immediately following. Single vial medication was used. Visual inspection of the medication was done prior to the injection, and the fluid was clear.

**Electronically signed by Katharine J Leppard MD on 03/11/2016 at 11:15 AM**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
(866) 213-2937
Secure Fax No.: (866) 214-7839

| | |
|---|---|
| Date: | March 10, 2016 |
| To: | FALCON PHYSICAL THERAPY |
| Attn: | Medical Records |
| Fax: | (719) 488-1427 |
| From: | Darrell Hart<br>Dis Claims Std Case Mgr II<br>Phone No.: (866) 213-2937<br>Secure Fax No.: (866) 214-7839 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3582432<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (866) 214-7839

March 10, 2016

Falcon Physical Therapy

RE: Short-Term Disability (STD) Benefits
Wells Fargo & Company
Claim #: 3582432
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Falcon Physical Therapy:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2016 through present

We ask that you provide this information by March 17, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (866) 214-7839 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Darrell Hart
Dis Claims Std Case Mgr II
Phone No.: (866) 213-2937 Ext. 14791
Secure Fax No.: (866) 214-7839

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
(866) 213-2937
Secure Fax No.: (603) 334-9154

| | |
|---|---|
| Date: | March 4, 2016 |
| To: | KATHERINE LEPPARD<br>3470 CENTENIAL BLVD<br>COLORADO SPRINGS CO 00000 |
| Attn: | Anne/ Dr. Leppard |
| Fax: | (719) 575-1850 |
| From: | Crystal Ayers, BSN, RN, CMSRN<br>Med & Dis Nurse Case Manager<br>Phone No.: (866) 213-2937<br>Secure Fax No.: (603) 334-9154 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 3582432<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (603) 334-9154

March 4, 2016

Katherine Leppard
3470 CENTENIAL BLVD
COLORADO SPRINGS, CO 00000

RE: Short-Term Disability (STD) Benefits
Wells Fargo & Company
Claim #: 3582432
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Katherine Leppard:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

At this time we are in need of the following information in order to evaluate your patient's functional capacity. Please review the following questions and respond directly on this letter.

**I spoke with Anne today regarding Ms. Nelson's medical issues.**

Do you recommend activity restrictions for sitting?
No _____ Yes _____
If yes, please provide specific recommendations:
May cumulatively sit up to 2 ½ hours per day _____
May cumulatively sit up to 5 ½ hours per day _____
May cumulatively sit over 5 ½ hours per day _____

Do you recommend activity restrictions for standing?
No _____ Yes _____
If yes, please provide specific recommendations:
May cumulatively stand up to 2 ½ hours per day _____
May cumulatively stand up to 5 ½ hours per day _____
May cumulatively stand over 5 ½ hours per day _____

Do you recommend activity restrictions for walking?
No _____ Yes _____
If yes, please provide specific recommendations:

May cumulatively walk up to 2 ½ hours per day _____
May cumulatively walk up to 5 ½ hours per day _____
May cumulatively walk over 5 ½ hours per day _____

Do you recommend restrictions for moving objects
(lift/carry/push/pull type of activity)?
No _____ Yes _____
If yes, please provide specific recommendations:
May move objects weighing up to (please indicate) _____ pounds
Cumulatively up to 2 ½ hours per day _____
Cumulatively up to 5 ½ hours per day _____
Cumulatively over 5 ½ hours per day _____

Do you recommend restrictions for reaching?
No _____ Yes _____
If yes, please provide specific recommendations:
May cumulatively reach up to 2 ½ hours per day _____
May cumulatively reach up to 5 ½ hours per day _____
May cumulatively reach over 5 ½ hours per day _____

Do you recommend restrictions for grasping objects and/or keyboarding?
No _____ Yes _____
If yes, please provide specific recommendations:
May cumulatively grasp/keyboard up to 2 ½ hours per day _____
May cumulatively grasp/keyboard up to 5 ½ hours per day _____
May cumulatively grasp/keyboard over 5 ½ hours per day _____

Do you recommend restrictions for climb/squat/bend/kneel activity?
No _____ Yes _____
If yes, please provide specific recommendations:
May cumulatively climb/squat/bend/kneel up to 2 ½ hours per day _____
May cumulatively climb/squat/bend/kneel up to 5 ½ hours per day _____
May cumulatively climb/squat/bend/kneel over 5 ½ hours per day _____

As of the date of your last examination, do you agree that Michelle Nelson is capable of performing physical activities on a full-time basis (8 hour day)? Yes _____ No ______ on a part-time basis (4 hours in an 8 hour day)? Yes _____ No _____

If you answered yes to any of the above, please outline the level of physical capacity:

________________________________________________________________

________________________________________________________________

Please provide your responses directly on this letter, sign, and return all pages to my attention via

facsimile or mail. I ask that you provide a response to this request by March 11, 2016.

____________________________________ ______________________________

Signature Date

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Crystal Ayers, BSN, RN, CMSRN
Med & Dis Nurse Case Manager
Phone No.: (866) 213-2937 Ext. 14731
Secure Fax No.: (603) 334-9154

MEDICAL REHABILITATION SPECIALISTS
KATHARINE J. LEPPARD, M.D., P.T.
*3470 Centennial Blvd*
*Suite 110*
*Colorado Springs, CO 80907*
*719.575.1800*
*719.575.1850 Fax*
*Medical-Rehab.com*

| FAX | | | Date: 2/24/16 |
|---|---|---|---|
| To: | Liberty Mutual | From: | Dr Leppard |
| Fax: | 866-214-7839 | Pages: | |
| Phone: | | | |
| Re: | Michelle Nelson | | |

Comments: DOB

The Patient asked this be sent to you.

FAXED FEB 25 2016

NOTICE: The information contained in this communication, and the attached documents, if any, are intended only for the use of the individual or entity to which they are addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, at 719.575.1800 and please shred this message and any attachments. Thank You.

Medical Rehabilitation Specialists

Katharine J. Leppard, M.D.
3470 Centennial Blvd
Suite 110
Colorado Springs, CO 80907
(719) 575-1800) (719) 575-1850 (Fax)

# AUTHORIZATION TO RELEASE HEALTHCARE INFORMATION

Patient Legal Name Michelle Nelson Date of Birth SSN

Address Phone#

City State Zip Code

I hereby authorize the following facility to disclose Protected Health Information of the patient listed above

From:
Name/Title Dr Leppard
Address
Phone # 719-575-1800
Fax#

To:
Name/Title Sebastian Mutrae
Address
Phone #
Fax # 866-214-7839

Reason to Release Protected Health Information

Type of Access Requested: Specific Date Range Requested:

| | | | |
|---|---|---|---|
| ✓ Copies of Records | o Entire Record | o Lab | o Progress Notes |
| o Inspection of the record | o Pertinent info only | o Imaging/Radiology | o Physicians Orders |
| | o ER Records | o Cardiac Studies | o Billing Records |
| | o History & Physical | o Demographics | o Immunizations |
| | o Consult Report | o Nursing Notes | o Other |
| | o Operative Report | o Medication Record | |
| | o Rehabilitation Services | | |

Expiration: This authorization shall expire upon (check one):
o Fulfillment of this request o Date December 2-24-16

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV results or AIDS information.
I understand that this authorization may be revoked by me at any time except to the extent that action has been taken in reliance upon it.
The information used or disclosed pursuant to the authorization may be subject to re-disclosure by the recipient and no longer protected.
I understand that there may be a fee involved with the fulfillment of this request. **See fee schedule below.**
I understand that the term Complete Chart for release of Protected Health Information mean that **only records generated by this facility will be released.**
I have read the above and authorize the disclosure of the protected health information.

Date 2-24-16
Signature of Patient/Parent/LegalGuardian Michelle Nelson

*** To ensure timely processing of medical records, please fill authorization out completely.**

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



**MICHELLE R NELSON** Office
Female DOB: 38445 Ins: KAISER Grp: 01095224

**02/24/2016 - Office Visit: Established Patient**
**Provider: Katharine J Leppard MD**
**Location of Care: Medical Rehabilitation Specialists**

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office, in the interim she has been attending physical therapy, this only aggravated her symptoms. She reports severe persistent pain in the left upper trapezius region, if she is laying flat and her pain is manageable, if she is upright this pain began to radiate into the left arm. She is not currently working.

## Past Medical History:
Reviewed history from 03/25/2013 and no changes required:
- Chronic neck pain
- Spinal Cord Injury with Syrinx
- Chronic Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
- Cesarian Section 03'

## Current Medication List Reviewed
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
CELEXA TABS (CITALOPRAM HYDROBROMIDE TABS) 1 po q d
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN)

## Current Problem List Reviewed
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 02/02/2016 and no changes required:02/24/2016
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



**MICHELLE R NELSON** Office:
Female DOB: 38445 Ins: KAISER Grp: 01095224

Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

**General Comments - FH:**
FH Diabetes
FH Hypertension

## Social History:

Reviewed history from 11/24/2014 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
With palpation she has myofascial involvement in the left upper trapezius. Cervical rotation is zero, she rotates with her trunk instead, left shoulder active flexion is 10°. Physical examination is otherwise unchanged. 25 minutes was spent in face-to-face time with the patient on today's visit.

Together we reviewed her 2016 left shoulder MRI which shows very mild supraspinatus tendinitis. Time was spent on patient education.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. Her 2016 MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She does have significant myofascial involvement on physical examination.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



**MICHELLE R NELSON** Office:
Female DOB: 38445 Ins: KAISER Grp: 01095224

Orders:
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 3:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

**Problem # 4:** Pain in left shoulder (ICD-719.41) (ICD10-M25.512)

Minimal supraspinatus tendinitis, otherwise her shoulder MRI is normal.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

**Medications Added to Medication List This Visit:**
1) Gabapentin 300 Mg Oral Caps (Gabapentin) .... 1 tid prn for nerve pain

**Prescriptions:**
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) #60 x 0
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 02/24/2016
Method used: Handwritten
RxID: 1771921169134170
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain #60[Capsule] x 5
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 02/24/2016
Method used: Electronically to
Walgreens Drug Store 10456* (retail)
725 W Baptist Road
COLORADO SPRINGS, CO 80921
Ph: (719) 219-0230
Fax: (719) 219-0236
RxID: 1771920546129680
Handout requested.
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain #90[Capsule] x 5
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 02/24/2016
Method used: Electronically to
Walgreens Drug Store 10456* (retail)

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850

*February 24, 2016*
Page 4
Office Visit

**MICHELLE R NELSON** Office:
Female DOB: 38445 Ins: KAISER Grp: 01095224

725 W Baptist Road
COLORADO SPRINGS, CO 80921
Ph: (719) 219-0230
Fax: (719) 219-0236

RxID: 1771920546129640
Handout requested.

**Patient Instructions:**
1) She does need to work on increasing her neck and left shoulder range of motion.
2) The option of marcaine trigger point injections was reviewed. The injections are done once a week immediately prior to a physical therapy appointment where the area is massaged. The marcaine temporarily knocks out the muscle spasm, let's the massage go deeper, and breaks the pain spasm cycle. These are done once a week, if two sessions fail they are discontinued. If helping, they are continued up to a total of 6 weeks.
3) A shoulder cortisone injection is an option, given the very minimal tendinitis on her shoulder MRI I do not recommend that she pursue this.
4) I have increased the strength of her Neurontin and refilled her Percocet.
5) She will contact us to schedule trigger point injections prior to a physical therapy visit.
6) CC Dr. Fraley

**Electronically signed by Katharine J Leppard MD on 02/24/2016 at 1:10 PM**

MEDICAL REHABILITATION SPECIALISTS
KATHARINE J. LEPPARD, M.D., P.T.
*3470 Centennial Blvd*
*Suite 110*
*Colorado Springs, CO 80907*
*719.575.1800*
*719.575.1850 Fax*
*Medical-Rehab.com*


| FAX | | | Date: 2/24/16 |
|---|---|---|---|
| To: | Liberty Mutual | From: | Dr Leppard |
| Fax: | 866-214-7839 | Pages: | |
| Phone: | | | |
| Re: | Michelle Nelson | | |

Comments: DOB

The Patient asked this be sent to you.


NOTICE: The information contained in this communication, and the attached documents, if any, are intended only for the use of the Individual or entity to which they are addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, at 719.575.1800 and please shred this message and any attachments. Thank You.

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850

*February 24, 2016*
Page 1
Office Visit

**MICHELLE R NELSON** Office:
Female DOB: 38445 Ins: KAISER Grp: 01095224

**02/24/2016 - Office Visit: Established Patient**
**Provider: Katharine J Leppard MD**
**Location of Care: Medical Rehabilitation Specialists**

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office, in the interim she has been attending physical therapy, this only aggravated her symptoms. She reports severe persistent pain in the left upper trapezius region, if she is laying flat and her pain is manageable, if she is upright this pain began to radiate into the left arm. She is not currently working.

## Past Medical History:
Reviewed history from 03/25/2013 and no changes required:
Chronic neck pain
Spinal Cord Injury with Syrinx
Chronic Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
Cesarian Section 03'

## Current Medication List Reviewed
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
CELEXA TABS (CITALOPRAM HYDROBROMIDE TABS) 1 po q d
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN)

## Current Problem List Reviewed
Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)
Pain in left shoulder (ICD-719.41) (ICD10-M25.512)
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 02/02/2016 and no changes required:02/24/2016
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014

Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

### General Comments - FH:
FH Diabetes
FH Hypertension

## Social History:
Reviewed history from 11/24/2014 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended
**Height:** 59 inches **Weight:** 118 pounds

## Calculations
**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
With palpation she has myofascial involvement in the left upper trapezius. Cervical rotation is zero, she rotates with her trunk instead, left shoulder active flexion is 10°. Physical examination is otherwise unchanged. 25 minutes was spent in face-to-face time with the patient on today's visit.

Together we reviewed her 2016 left shoulder MRI which shows very mild supraspinatus tendinitis. Time was spent on patient education.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her 2016 left shoulder MRI shows minimal supraspinatus tendinitis. Her 2016 MRI does not show evidence of nerve root compression and is unchanged compared to her prior study. She does have significant myofascial involvement on physical examination.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



**MICHELLE R NELSON** Office:
Female DOB: 38445 Ins: KAISER Grp: 01095224

Orders:
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 3:** Myofascial pain syndrome (ICD-729.1) (ICD10-M79.7)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

**Problem # 4:** Pain in left shoulder (ICD-719.41) (ICD10-M25.512)

Minimal supraspinatus tendinitis, otherwise her shoulder MRI is normal.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

**Medications Added to Medication List This Visit:**
1) Gabapentin 300 Mg Oral Caps (Gabapentin) .... 1 tid prn for nerve pain

**Prescriptions:**
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) #60 x 0
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 02/24/2016
Method used: Handwritten
RxID: 1771921169134170
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain #60[Capsule] x 5
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 02/24/2016
Method used: Electronically to
Walgreens Drug Store 10456* (retail)
725 W Baptist Road
COLORADO SPRINGS, CO 80921
Ph: (719) 219-0230
Fax: (719) 219-0236
RxID: 1771920546129680
Handout requested.
GABAPENTIN 300 MG ORAL CAPS (GABAPENTIN) 1 tid prn for nerve pain #90[Capsule] x 5
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 02/24/2016
Method used: Electronically to
Walgreens Drug Store 10456* (retail)

725 W Baptist Road
COLORADO SPRINGS, CO 80921
Ph: (719) 219-0230
Fax: (719) 219-0236

RxID: 1771920546129640
Handout requested.

**Patient Instructions:**

1) She does need to work on increasing her neck and left shoulder range of motion.
2) The option of marcaine trigger point injections was reviewed. The injections are done once a week immediately prior to a physical therapy appointment where the area is massaged. The marcaine temporarily knocks out the muscle spasm, let's the massage go deeper, and breaks the pain spasm cycle. These are done once a week, if two sessions fail they are discontinued. If helping, they are continued up to a total of 6 weeks.
3) A shoulder cortisone injection is an option, given the very minimal tendinitis on her shoulder MRI I do not recommend that she pursue this.
4) I have increased the strength of her Neurontin and refilled her Percocet.
5) She will contact us to schedule trigger point injections prior to a physical therapy visit.
6) CC Dr. Fraley

**Electronically signed by Katharine J Leppard MD on 02/24/2016 at 1:10 PM**

**n0081814**

---

**From:** wellsfargo
**Sent:** Wednesday, February 17, 2016 10:48:08 AM
**To:** DARLA.J.CAMPBELL@WELLSFARGO.COM
**Subject:** LIBERTY NOTIFICATION: Status Email for Michelle Nelson 00000141433, 3582432
**Attachments:** Medical_Leave_Guide_for_Managers.pdf

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced below.**

Why You're receiving this Notice: This is to update you on the status of your team member's leave request.

What You Need to Know: **Leave Information:**

- Leave type: Continuous
- Leave reason: Own Disability
- Leave period: 1/28/2016 thru 3/6/2016
- Approval status: Approved

**Disability Benefit Information:**

- Last day worked: 1/27/2016
- Benefit payments period: 2/4/2016 thru 3/6/2016
- Disability claim status: Approved

**Job Reinstatement Protection:**

- Your team member's leave has been designated as FMLA and/or State leave protected. If this changes you will be notified.
- For this leave of absence, your team member currently has 112 hours available for FMLA job reinstatement protection.

What You Need to Do: **Be aware** of communications from Liberty Mutual regarding your team member's leave.

**Respond** promptly to any request for information.

**Refer** to the attached Manager Checklist to support your team member's leave.

**Consult** with your HR Advisor at 1-877-HRWELLS (1-877-479-3557), option 3 before taking any corrective action or making any employment decision including

replacing your team member’s position.
What Happens
Next: You will receive updated notifications of any changes to your team member’s status.
Questions: If you have further questions, call Liberty Mutual at 1-866-213-2937 xt. 14791 or contact the assigned Case Manager at DARRELL.HART@LIBERTYMUTUAL.COM. Reference claim number 3582432.

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7208
London, KY 40742-7208

Liberty Mutual INSURANCE

MICHELLE NELSON

0000

*400000200242D*

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone: (866) 213-2937
Secure Fax No.: (866) 214-7839

February 17, 2016

MICHELLE NELSON

0000

RE: Wells Fargo & Company
Short Term Disability Benefits
Claim #: 3582432

MS. NELSON

This letter is to inform you that Liberty Mutual has approved your claim for Short Term Disability (STD) benefits beginning 2/4/2016, through 3/6/2016. Your STD benefit payment will be issued through Wells Fargo's regular payroll process.

Your STD claim determination reflects an evaluation of the claim facts and plan provisions. We reserve the right to make a determination on any additional information that may be submitted.

If you have any questions regarding your STD claim, please contact your Liberty Mutual representative using the information below.

Sincerely,

Darrell Hart
Disability Case Manager
Phone: (866) 213-2937
Secure Fax No.: (866) 214-7839

00099

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7208
London, KY 40742-7208

Liberty Mutual. INSURANCE

attn: Darrell Hart
Claim: 3582432

From: MICHELLE NELSON

Fax to 866 214-7839

*40020030024 2D*

1315 -557553

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone: (866) 213-2937
Secure Fax No.: (866) 214-7839

February 5, 2016

MICHELLE NELSON

0000

RE: Wells Fargo & Company
Short-Term Disability Benefits
Claim #: 3582432

Dear MS. NELSON

We are writing with regard to your claim for Short-Term Disability (STD) benefits under the Wells Fargo & Company Disability Plan.

Your application for disability benefits has been received and is currently under review. If necessary, we will be gathering additional information in order to evaluate your eligibility for benefits. Please sign the enclosed Authorization form and provide a copy to your Disability Case Manager and to your treating physician(s).

- *Liberty Mutual Insurance Authorization to Obtain and Release Information*

We will notify you of the status of your claim once a decision has been made. You can also check the status of your claim online by visiting www.mylibertyconnection.com. Use the code "Wells" when registering.

If you have any questions regarding the above information, please contact me at the number below.

Sincerely,

Darrell Hart
Disability Case Manager
Phone: (866) 213-2937
Secure Fax No.: (866) 214-7839

Enclosures

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone: (866) 213-2937
Secure Fax No.: (866) 214-7839

**AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION**

I authorize any licensed physician, medical provider, hospital, medical facility, HMO, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all medical information with respect to my physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, mental health and any non-medical information to the particular Company in the Liberty Mutual Group of companies (Liberty) to which I am submitting a claim, or to its legal representative, or to my employer, Wells Fargo (Plan Sponsor) in its capacity as administrator of its short term disability benefit plan and my leave request, or to persons or other organizations providing claims management services, including Wells Fargo Accommodations Management.

I understand the information obtained under this Authorization or directly from me will be used to determine eligibility for benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to Liberty, the Plan Sponsor or its agents/vendors for purposes of auditing Liberty's administration of claims and/or assessing statistical claim data related to its benefit programs, and persons or organizations providing medical treatment or services in connection with my claim for benefits and/or my leave request consistent with law.

If I receive a disability benefit greater than that which I should have been paid, I understand that Liberty and/or the Plan Sponsor has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or the Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by writing to Liberty at the above address, except to the extent that action has been taken in reliance on it.

Michelle Nelson
Team Member Name

Michelle Nelson
Team Member Signature (or Authorized Representative)

DOB

2-15-16
Date

Claim Number
Wells Fargo STD DP402 08/09

Medical Rehabilitation Specialists

MEDICAL REHABILITATION SPECIALISTS
KATHARINE J. LEPPARD, M.D., P.T.
*3470 Centennial Blvd*
*Suite 110*
*Colorado Springs, CO 80907*
*719.575.1800*
*719.575.1850 Fax*
*Medical-Rehab.com*

| FAX | | | Date: 2/9/16 |
|---|---|---|---|
| To: | Liberty Mutual | From: | Dr. Leppard |
| Fax: | | Pages: | 9 (inc. cover) |
| Phone: | | | |
| Re: | Michelle Nelson | | |

Comments:

Claim # 3582432

NOTICE: The information contained in this communication, and the attached documents, if any, are intended only for the use of the individual or entity to which they are addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, at 719.575.1800 and please shred this message and any attachments. Thank You.

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850

*February 3, 2016*
Page 1
Office Visit

**MICHELLE R NELSON** Office
Female DOB: 38445 Ins: KAISER Grp: 01095224

**02/02/2016 - Office Visit: Established Patient**
**Provider: Katharine J Leppard MD**
**Location of Care: Medical Rehabilitation Specialists**

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office with a severe flare of neck pain, radiating into the left upper extremity. This began last Monday. There was no trauma. She awoke with left neck and left arm pain, this has worsened. She saw her PCP and had a cortisone IM injection, this did not help. She also tried Flexeril. She went to the ER, and she had a cervical MRI. She has constant pressure like pain in the left neck, arm and forearm, she denies numbness or tingling, she denies weakness. She denies worsening of her headaches.

## Past Medical History:
Reviewed history from 03/25/2013 and no changes required:
- Chronic neck pain
- Spinal Cord Injury with Syrinx
- Chronic Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
- Cesarian Section 03'

## Current Medication List Reviewed
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain
CELEXA TABS (CITALOPRAM HYDROBROMIDE TABS) 1 po q d
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN)

## Current Problem List Reviewed
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 01/19/2016 and no changes required:02/03/2016
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



**MICHELLE R NELSON** Office
Female DOB: 38445 Ins: KAISER Grp: 01095224

**General Comments - FH:**
FH Diabetes
FH Hypertension

## Social History:

Reviewed history from 11/24/2014 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
The patient is holding her left arm tightly to her body. Cervical rotation is barely past neutral, Spurling test is negative. Left shoulder active flexion is 70°, range of motion is irritable, impingement maneuvers are nonspecific. She denies tenderness on palpation of the ulnar nerve at the elbow. Reflexes are 1+/2+ at the bicep, 1+/1+ at the tricep, knee-jerk and heel cord. There is no clonus. Hoffman's on the left is mildly positive. Strength and sensation are normal. Physical examination is otherwise unchanged. 40 minutes was spent with the patient in face to face time on today's appointment.

Together we reviewed the 1/29/16 cervical MRI. The syrinx at the C1 level is stable, she has degenerative disc disease is with mild disc bulging at C4-5, C5-6 and C6-7. There is no clear-cut nerve root compression, no central canal stenosis. The facet joints are normal.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Left neck and upper extremity pain, with a history of chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years. She has a spinal cord syrinx as a result of a spinal injection, this has remained stable for many years. Her left shoulder range of motion is irritable, impingement maneuvers are nonspecific. Her 2016 MRI does not show clear-cut evidence of nerve root compression.

I recommend that she start with physical therapy, and would like her working on pendulum exercises for

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



**MICHELLE R NELSON** Office:
Female DOB: 38445 Ins: KAISER Grp: 01095224

her left shoulder. I have also written for a trial of Neurontin.

Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Orders:
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

Spinal cord syrinx due to a puncture wound to the spinal cord during an attempted facet injection in 2008. Follow-up MRI scans have shown that the syrinx is stable. She does have residual left-sided numbness.

**Problem # 3:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Problem # 4:** Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)

**Medications Added to Medication List This Visit:**
1) Gabapentin 100 Mg Oral Caps (Gabapentin) .... 1-2 tid for nerve pain

**Prescriptions:**
GABAPENTIN 100 MG ORAL CAPS (GABAPENTIN) 1-2 tid for nerve pain #60[Capsule] x 5
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 02/02/2016
Method used: Electronically to
Walgreens Drug Store 10456* (retail)
725 W Baptist Road
COLORADO SPRINGS, CO 80921
Ph: (719) 219-0230
Fax: (719) 219-0236
RxID: 1770045976348770
Handout requested.

**Patient Instructions:**
1) I have referred her to physical therapy.
2) I would like her start with pendulum exercises for the left shoulder. I wrote for a trial of Neurontin.
3) She will return to the office if her symptoms fail to respond.
4) CC Dr. Fraley

FEB 03 2016 D

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850



**MICHELLE R NELSON** Office:
Female DOB: 38445 Ins: KAISER Grp: 01095224

**Electronically signed by Katharine J Leppard MD on 02/03/2016 at 6:21 AM**

---

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850

*January 19, 2016*
Page 1
Office Visit

**MICHELLE R NELSON** [redacted] Office
Female DOB: [redacted] 38445 [redacted] Ins: KAISER Grp: 01096224

**01/19/2016 - Office Visit: Established Patient**
**Provider: Katharine J Leppard MD**
**Location of Care: Medical Rehabilitation Specialists**

**Primary Provider:** FRALEY DO, MARK S

**History of Present Illness:**
The patient returns to the office for a follow-up visit. She continues to struggle with neck pain and headaches. She attends chiropractic treatment and massage. She gets headaches 1-2 per week. She rates her daily neck pain a 2-3/10 with her meds, and a 8-9/10 without her meds. Her pain is bilateral. She denies pain radiating into the upper extremities, denies weakness.

## Past Medical History:
Reviewed history from 03/25/2013 and no changes required:
- Chronic neck pain
- Spinal Cord Injury with Syrinx
- Chronic Headaches

## Past Surgical History:
Reviewed history from 06/25/2012 and no changes required:
- Cesarian Section 03'

## Current Medication List Reviewed
CELEXA TABS (CITALOPRAM HYDROBROMIDE TABS) 1 po q d
IBUPROFEN 600 MG ORAL TABS (IBUPROFEN) One b.i.d. PRN
ZOLPIDEM TARTRATE 10 MG TABS (ZOLPIDEM TARTRATE) 1 q hs prn
RELPAX TABS (ELETRIPTAN HYDROBROMIDE TABS)
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN)

## Current Problem List Reviewed
Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)
Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)
Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)
NECK PAIN (ICD-723.1) (ICD10-M54.2)
HEADACHE (ICD-784.0) (ICD10-R51)

## Current Allergy List Reviewed
SULFASALAZINE (SULFASALAZINE TABS) (Moderate)

## Family History Summary:
Reviewed history Last on 06/10/2015 and no changes required:01/19/2016
Mother (biol.) - Has Family History Unknown - Entered On: 6/11/2014
Father (biol.) - Has Family History of Diabetes - Entered On: 6/11/2014
Father (biol.) - Has Family History of Hypertension - Entered On: 6/11/2014

**General Comments - FH:**
FH Diabetes

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850

*January 19, 2016*
Page 2
Office Visit

**MICHELLE R NELSON** Office:
Female DOB 38445 Ins: KAISER Grp 01096224

FH Hypertension

## Social History:

Reviewed history from 11/24/2014 and no changes required:
Employed-Wells Fargo

Smoking History:
Patient has never smoked.

## Vital Signs -Extended

**Height:** 59 inches **Weight:** 118 pounds
**Pulse rate:** 99 /min
**Blood Pressure:** 122/88 mm Hg

## Calculations

**Body Mass Index:** 23.92 **Body Surface Area (m2):** 1.47

## Physical Exam

**Msk:**
On palpation she has marked hypertonicity in the cervical and upper trapezius regions. She is able to walk on her heels and her toes. Physical examination is otherwise unchanged. 25 minutes was spent in face-to-face time with the patient on today's visit.

This record was transcribed by a computer using Dragon Naturally Speaking. While it is checked for content, some errors may have been inadvertently missed. Please contact us for major errors.

## Impression & Recommendations:

**Problem # 1:** NECK PAIN (ICD-723.1) (ICD10-M54.2)

Chronic neck pain and headaches dating back to a motor vehicle accident in 2007. She has had extensive treatment over the years.

The patient is on chronic pain medication. I do feel that these medications are indicated not only to control pain, but to maintain the patient's functional status. Pharmacy screens are clear, random drug screens show prescription medications only. A narcotic agreement is on file.

Her updated medication list for this problem includes:
Ibuprofen 600 Mg Oral Tabs (Ibuprofen) ..... One b.i.d. prn
Percocet 5-325 Mg Tabs (Oxycodone-acetaminophen)

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)

**Medical Rehabilitation Specialists**
3470 Centennial Blvd Suite 110 COLORADO SPRINGS, CO 80907
7195751800 Fax: 7195751850

*January 19, 2016*
Page 3
Office Visit

**MICHELLE R NELSON** Office:
Female DOB 38445 Ins: KAISER Grp: 01095224

CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

Orders:
HTN SCREEN G8783 (CPT-G8783)
LIST CURRENT MEDS G8427 (CPT-G8427)
BMI NORMAL PARAM G8420 (CPT-G8420)
CURRENT TOBACCO NON-USER 1036F (CPT-1036F)

**Problem # 2:** Other incomplete lesion at C2 level of cervical spinal cord, initial encounter (ICD-952.04) (ICD10-S14.152A)

Spinal cord syrinx due to a puncture wound to the spinal cord during an attempted facet injection in 2008. Follow-up MRI scans have shown that the syrinx is stable. She does have residual left-sided numbness.

**Problem # 3:** Tension type headache, unspecified (ICD-339.10) (ICD10-G44.209)

**Problem # 4:** Degenerative disc disease, cervical spine (ICD-722.4) (ICD10-M50.30)

**Prescriptions:**
PERCOCET 5-325 MG TABS (OXYCODONE-ACETAMINOPHEN) #60 x 0
Entered and Authorized by: Katharine J Leppard MD
Electronically signed by: Katharine J Leppard MD on 01/19/2016
Method used: Handwritten
RxID: 1768839255555790
Handout requested.

**Patient Instructions:**
1) The patient is on chronic pain medication. I do feel that these medications are indicated not only to control pain, but to maintain the patient's functional status. Pharmacy screens are clear, random drug screens show prescription medications only. A narcotic agreement is on file.
2) A random drug screen was administered on today's visit.
3) RTC in 6 months.
4) CC Dr. Fraley

**Electronically signed by Katharine J Leppard MD on 01/19/2016 at 4:31 PM**

FAXED
JAN 2 0 2016

Medical Rehabilitation Specialists

*Katharine J. Leppard, M.D.*
*3470 Centennial Blvd, Ste 110*
*Colorado Springs, CO 80907*
*(719) 575-1800 / (719) 575-1850 Fax*

Name: Michelle Nelson Date: 2/2/16

| Drug | Strength | Amount | Directions | Refill |
|---|---|---|---|---|
| | | | | |
| Excuse from work | | | | |
| | | | | |
| 1/28/16 → | | 2/?/16 | | |
| | | | | |
| | | | | |

☐ Dispense as Written

[signature] MD M.D. DEA BL 489 1695

VOID

**n0280895**

---

**From:** wellsfargo
**Sent:** Friday, February 05, 2016 9:59:02 AM
**To:** DARLA.J.CAMPBELL@WELLSFARGO.COM
**Subject:** LIBERTY NOTIFICATION: Acknowledgement of Leave request for Michelle Nelson 00000141433, 3582432
**Attachments:** Medical_Leave_Guide_for_Managers.pdf

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced below.**

Why You're receiving this Notice: This is to notify you Michelle Nelson applied for a continuous leave of absence.

What You Need to Know: **Leave Information:**

- Leave type: Continuous
- Leave reason: Own Disability
- Leave period: 1/28/2016 thru 2/12/2016
- Approval status: Pended

**Disability Benefit Information:**

- Last day worked: 1/27/2016
- Benefit payments period: 2/4/2016 thru
- Disability claim status: Pended

**Job Reinstatement Protection:**

- Your team member's leave has been preliminarily designated as FMLA and/or State leave protected. If this changes you will be notified.
- For this leave of absence, your team member currently has 176 hours available for FMLA job reinstatement protection.

  What You Need to Do: **Be aware** of communications from Liberty Mutual regarding your team member's leave.

  **Respond** promptly to any request for information.

  **Refer** to the attached Manager Checklist to support your team member's leave.

  **Consult** with your HR Advisor at 1-877-HRWELLS (1-877-479-3557), option 3

before taking any corrective action or making any employment decision including replacing your team member's position.

What Happens

Next: Your Team Member's disability benefit claim, leave requests or both are currently under review. You will receive an additional notification once a determination is made.

Questions: If you have further questions, call Liberty Mutual at 1-866-213-2937 xt. 14791 or contact the assigned Case Manager at DARRELL.HART@LIBERTYMUTUAL.COM. Reference claim number 3582432.

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7208
London, KY 40742-7208

MICHELLE NELSON

0000

*400200300242D*

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone: (866) 213-2937
Secure Fax No.: (866) 214-7839

February 5, 2016

MICHELLE NELSON

0000

RE: Wells Fargo & Company
Short-Term Disability Benefits
Claim #: 3582432

Dear MS. NELSON

We are writing with regard to your claim for Short-Term Disability (STD) benefits under the Wells Fargo & Company Disability Plan.

Your application for disability benefits has been received and is currently under review. If necessary, we will be gathering additional information in order to evaluate your eligibility for benefits. Please sign the enclosed Authorization form and provide a copy to your Disability Case Manager and to your treating physician(s).

- *Liberty Mutual Insurance Authorization to Obtain and Release Information*

We will notify you of the status of your claim once a decision has been made. You can also check the status of your claim online by visiting www.mylibertyconnection.com. Use the code "Wells" when registering.

If you have any questions regarding the above information, please contact me at the number below.

Sincerely,

Darrell Hart
Disability Case Manager
Phone: (866) 213-2937
Secure Fax No.: (866) 214-7839

Enclosures

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone: (866) 213-2937
Secure Fax No.: (866) 214-7839

**AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION**

I authorize any licensed physician, medical provider, hospital, medical facility, HMO, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all medical information with respect to my physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, mental health and any non-medical information to the particular Company in the Liberty Mutual Group of companies (Liberty) to which I am submitting a claim, or to its legal representative, or to my employer, Wells Fargo (Plan Sponsor) in its capacity as administrator of its short term disability benefit plan and my leave request, or to persons or other organizations providing claims management services, including Wells Fargo Accommodations Management.

I understand the information obtained under this Authorization or directly from me will be used to determine eligibility for benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to Liberty, the Plan Sponsor or its agents/vendors for purposes of auditing Liberty's administration of claims and/or assessing statistical claim data related to its benefit programs, and persons or organizations providing medical treatment or services in connection with my claim for benefits and/or my leave request consistent with law.

If I receive a disability benefit greater than that which I should have been paid, I understand that Liberty and/or the Plan Sponsor has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or the Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by writing to Liberty at the above address, except to the extent that action has been taken in reliance on it.

________________________
Team Member Name

____________________________________________
Team Member Signature (or Authorized Representative)

________________________ ___________________
DOB Date

________________________
Claim Number

Wells Fargo STD DP402 08/09

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
(866) 213-2937
Secure Fax No.: (866) 214-7839

| | |
|---|---|
| Date: | February 4, 2016 |
| To: | KATHERINE LEPPARD<br>3470 CENTENIAL BLVD<br>COLORADO SPRINGS CO 00000 |
| Attn: | Medical Records |
| Fax: | (719) 575-1850 |
| From: | Darrell Hart<br>Dis Claims Std Case Mgr II<br>Phone No.: (866) 213-2937<br>Secure Fax No.: (866) 214-7839 |
| Total Pages (Including Cover): | 3 |
| RE:<br><br>Claim #: 3582432<br>Claimant: Michelle Nelson<br><br>Wells Fargo & Company | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (866) 214-7839

February 4, 2016

Katherine Leppard
3470 CENTENIAL BLVD
COLORADO SPRINGS, CO 00000

RE: Short-Term Disability (STD) Benefits
Wells Fargo & Company
Claim #: 3582432
Claimant: Michelle Nelson
Claimant D.O.B.:

Dear Katherine Leppard:

We are the Disability Claim Administrator for your patient, Michelle Nelson.

To evaluate Ms. Nelson's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2016 through Present, and Return to Work Date:________________________________________________(Please send office notes as well)

We ask that you provide this information by February 11, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (866) 214-7839 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the

results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Darrell Hart
Dis Claims Std Case Mgr II
Phone No.: (866) 213-2937 Ext. 14791
Secure Fax No.: (866) 214-7839

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208

MS. MICHELLE NELSON

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7208
London, KY 40742-7208
Phone No.: (866) 213-2937
Secure Fax No.: (866) 214-7839

February 4, 2016

Ms. Michelle R. Nelson

RE: Short-Term Disability (STD) Benefits
Wells Fargo & Company
Claim #: 3582432

Dear Ms. Michelle Nelson:

Liberty Life Assurance Company of Boston (“Liberty”) is responsible for managing claims for Short-Term Disability (STD) benefits under Wells Fargo & Company’s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On February 4, 2016, we requested medical records from Dr. Leppard. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2016 through present from Dr. Leppard

Wells Fargo & Company’s STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than March 2, 2016 as required under the terms of the Plan.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please be advised that we are unable to evaluate eligibility for benefits without this information. In the absence of this information, your claim may be denied.

If you have any questions regarding this matter, please contact me.

Sincerely,

Darrell Hart
Dis Claims Std Case Mgr II
Phone No.: (866) 213-2937 Ext. 14791
Secure Fax No.: (866) 214-7839