What do you do when there are lawyers involved in your case?



Call Medical Director Solutions, of course…
We love these complex claims.    770-499-0398

Medical Director Solutions

Medical Director Solutions

Medical Director Solutions

EXHIBIT 3

# Are you afraid

# of the monsters that lurk at the

# end of your

Are you afraid
of the monsters that lurk at the
end of your

# desk?



Let our experienced specialty peer reviewers analyze your scary & unsolvable claims to recommend a specific adjudication plan.
Call Rick at 770-499-0398.

Medical Director Solutions

**Medical Director Solutions**

Medical Director Solutions

# Have an interesting case?



Medical Director Solutions has a current roster of experienced managed care and peer review physicians representing all major specialties.

Call Rick at 770-499-0398

Medical Director Solutions

**Medical Director Solutions**

Medical Director Solutions

# when is less...more?

when is less...more?



At Medical Director Solutions, we always consider the ultimate possible outcome of your claims as we perform your peer review and IME assignments.

Contact Rick at Medical Director Solutions.

770-499-0398

Medical Director Solutions

**Medical Director Solutions**

Medical Director Solutions

Do you know the cure for…

# Advocagenic Illness?

This often-overlooked malady may be found in many of the claims that you handle. Now, you can have a medical/legal advocate of your own.

Call Rick at Medical Director Solutions to learn more about our remedy!

770-499-0398

Medical Director Solutions

**Medical Director Solutions**

Medical Director Solutions

# If your insureds' treating physicians act like this....



Call Medical Director Solutions for individualized medical director support...we cut the mustard!

Call Rick at 770-499-0398

Medical Director Solutions

**Medical Director Solutions**

Medical Director Solutions

Medical Director Solutions, LLC

Medical Director Solutions, LLC
Medical Director Solutions, LLC




About Medical Director Solutions, LLC

- General Info
- Our Approach
- Our Clinical Leaders
  - Mitchell S. Nudelman, MD, JD, FCLM
  - Michael Haberman, MD, MBA
  - Edward I. Galed, MD, MPH
- Our Available Clinical Specialists

## General Info

**Medical Director Solutions** was founded in 1997, by Mitchell Nudelm MD, JD, FCLM. The original purpose was and continues to be the offe corporate-style Medical Director services. Clients requiring an unbiase source of this critical expertise without the need, budget or inclination f house support are routinely assisted by MDS' Medical Directors and Specialty Physician Consultants.

Whether on a prospective, concurrent or retrospective basis, Medical Director Solutions can integrate with clients from an individual case or orientation all the way to a comprehensive capitated rate program.

At Medical Director Solutions, our benchmarks are quality, reliability, integrity and an unwavering commitment to unbiased determinations b solely on available medical evidence. Rather than offering a cookie cut response to service needs, each service request is matched to the mo appropriate physician reviewer or consultant to offer true peer-to-peer consultancy and individualized attention to the needs of your insureds, employees and their dependents.

As a result, we adjudicate claims and solve problem cases involving su issues as medical necessity, medical versus benefit determinations, w relatedness, medical versus behavioral causality and timely peer to pe communications and review.

Regardless of the coverage type, including: Group Health; Disability (L STD); Workers' Compensation; Waiver of Life Premium; or Auto Insurance…Medical Director Solutions has successfully performed for Insurance Carriers, Third Party Administrators, UR/MM and Case Man and self-insured employers.

In fact, we are so committed to delivering comprehensive, customized solutions for all of your Medical Director needs, we made it our name: **MEDICAL DIRECTOR SOLUTIONS.**

| HOME | ABOUT US | SERVICES | CONTACT | PUBLIC INFO | ARTICLES |

Composite State Board of Medical Examiners

# PHYSICIAN PROFILE SEARCH RESULT

**Physician's Name: Mitchell Scott Nudelman   License 34031**

**Disclaimer: This information has been provided by the physician and has not been verified by the board. The Patient Right to Know Act requires physicians licensed to practice in the State of Georgia to provide certain information to the Board that is to be made available to the public. The Board relies upon information provided by physicians to be true and correct, as required by statute. It is an act of unprofessional conduct for a licensee to provide erroneous information to the Board. The Board makes no warranty or guarantee concerning the accuracy or completeness of physician profiles.**

## I. Physician Data

**License and Reciprocity Information:**

| | | | |
|---|---|---|---|
| **License Number:** | 34031 | **Designation:** | MD |
| **Licensure Date (MM/DD/YYYY):** | 02/07/1991 | | |
| **Issued in another State:** | Florida | **Licensure Date in another state (MM/DD/YYYY):** | 08/15/1986 |

**Address:**

577 Seminole Drive MARIETTA, GA 30060 US

**Practice Location History (Maximum = 5):**

This physician has not submitted information on practice location history.

**Does this physician currently accept Medicaid patients?**

No

## II. Medical Education and Training

**Medical School (Maximum = 1):**

| School Name | From Date MM/DD/YYYY | To Date MM/DD/YYYY | Graduation Date MM/DD/YYYY |
|---|---|---|---|
| Univ.Tech. de Santiago | 06/01/1981 | 05/01/1983 | 05/01/1983 |

**Other Medical Schools (Maximum = 3):**

| School Name | From Date MM/DD/YYYY | To Date MM/DD/YYYY |
|---|---|---|

| | | |
|---|---|---|
| UNIVERSIDAD DEL NORESTE | 08/01/1979 | 05/30/1981 |

**Training (Maximum = 5):**

| Graduate Medical Education | Location of Training | | | | |
|---|---|---|---|---|---|
| | City | State | Country | From MM/DD/YYYY | To MM/DD/YYYY |
| St Francis Hospital (FP) | Wilmiongton | DE | US | 07/01/1983 | 06/30/1986 |

## III. Specialty Board Certifications

Disclaimer: Please note that many valid certifiying specialty boards do not participate in the Amercican Board of Medical Specialties (1-866-ASK-ABMS or www.abms.org) and actual verification of a physician's board certification is best accomplished by contacting the individual certifying specialty board.

**List of applicable specialty board certifications. (Maximum = 3)**

| CERTIFYING BOARD | SPECIALTY/SUBSPECIALTY |
|---|---|
| American Board of Family Practice | Family Practice |

## IV. Current Hospital Staff Privileges

**List of hospitals where physician currently holds staff privileges. (Maximum = 7)**

This physician has reported that he/she does not currently hold staff privileges at any hospital.

## V. Final Disciplinary Action

**List of final disciplinary actions taken by licensing boards against this physician on or after April 11, 2001.**

This physician has indicated that he/she has NOT had any final public disciplinary action or second subsequent final private reprimand taken against him/her by a licensing board regulating his/her medical or any other license in this state or any other state.

**List of privilege revocation or disciplinary actions taken against this physician on or after April 11, 2001.**

This physician has indicated that he/she has NOT had any hospital privileges revoked involuntarily or by agreement, or restricted for reason(s) related to competence or character.

## VI. Criminal Offenses

**Below is a list of the physician's criminal offenses.**

This physician has indicated that he/she has NOT been convicted of a felony, irrespective of the pendancy or availability of an appeal, or pled guilty or nolo contendere to a felony in any jurisdiction.

## VII. Medical Malpractice Judgment Arbitration Awards

**List of medical malpractice court judgment and/or arbitration awards against this physician entered on or after April 11, 2001 that was in excess of $100,000 limited to the most recent 10 years.**

This physician has indicated that he/she has NO medical malpractice court judgment(s) and/or arbitration award(s) against his/her license.

Disclaimer: Settlement of a claim may occur for a variety of reasons which do not necessarily reflect negatively on the professional competence or conduct of the physician. A payment in settlement of a medical malpractice action or claim should not be construed as creating a presumption that medical malpractice has occurred.

## VIII. Medical Malpractice Settlement Amounts

**List of settlements required to be reported on the profile and against the physician entered on or after April 11, 2001 and limited to the most recent 10 years .**

- **A. Minimum 4 settlements (regardless of amount).**
- **B. 3 settlements with at least one settlement over $100,000.00.**
- **C. 1 or 2 settlements of which one has a value of over $300,000.00.**

This physician has indicated that he/she has NO medical settlements against his/her license.

Disclaimer: Settlement of a claim may occur for a variety of reasons which do not necessarily reflect negatively on the professional competence or conduct of the physician. A payment in settlement of a medical malpractice action or claim should not be construed as creating a presumption that medical malpractice has occurred.

## IX. Optional Information.

**List of physician's articles, journals, or publications limited to the most recent ten years. (Maximum = 4)**

This physician has not provided any information on articles, journals or publications that he/she authored within the last ten years.

**List of professional organizations, community service organization memberships or activities. (Maximum = 5)**

**Professional Organization, Community Service Organization Membership or Activity**

Georgia Bar (active member since 1991)

Fellow of the American College of Legal Medicine

**List of awards. (Maximum = 5)**

| Award/Honor | Organization |
|---|---|
| Excellence in Medical Journalism | Medical Association of Georgia |

**List of all languages excluding Engish used the by physician to communicate with patients and/or translation services available to their patients at the primary place of practice. (Maximum = 6)**

This physician has not indicated that any languages other than English are used to communicate with patients, or that any translation service is available for patients, at his/her primary place of practice.

**List of Appointments to Medical School Faculties. (Not hospital affiliations or privileges) (Maximum = 6)**

This physician has not reported any appointments to medical school faculties.

## X. Physician Comments

My practice as both a physician & attorney involves primarily administrative medicine as a medical director, peer review consultant and litigation support where medicine and law meet. In addition, I have been the official peer review physician for the Georgia State Board of Workers Compensation since 1998.

Medical Director Solutions, LLC
Medical Director Solutions, LLC
Medical Director Solutions, LLC

## Promotional Archives

Are you afraid of the monsters at the end of your desk?

Do you know the cure for Advocagenic Illness?

Go ahead, Admit it... You have "old dog" cases, too!

Have an interesting case?

Are you sure that you're headed down the right track with your complex claims?

If your Claimants' Treating Physicians act like this...

When you need physician peer review support for complex claims…is this how you feel?

When was the last time, you spoke with a Medical Director?

Are stopped claims costing you money?

What do you do when there are lawyers involved in your case?

When is less... more?

Who shines the light on your complex claims?

At Medical Director Solutions, we treat the decision support needs of your claims as though it's your birthday…….everyday!