--- Original Message---
To: "general . com" <
From: "Michael Grabhorn" <MDG@grabhornlaw.com>
Sent: 5/28/2010 11:20AM
Subject: MES

>> >From their website:
>>
>> MES obtains all pertinent and available medical records and compiles
>> them in an orderly fashion. You also have the option to utilize our
>> transcription service. Once your draft report is received, an MES
>> Quality Analyst reviews it for consistency, clarity, and grammatical
>> issues, and to ensure that all issues have been addressed and that it
>> meets any applicable regulatory requirements, thereby reducing the
>> need for future addenda. A report is only released to our client upon
>> your final approval and signature
>>
>> How exactly does MES determine what is "pertinent" and what is an "orderly fashion"?
>> They admit there are draft reports.

>>
>>
>> Michael D. Grabhorn
>> mdg@grabhornlaw.com<mailto:mdg@grabhornlaw.com>
>> Grabhorn Law Office, PLLC
>> 2525 Nelson Miller Pkwy., Ste. 107
>> Louisville, KY 40223
>> Ph: (502) 244-9331
>> Fx: (502) 244-9334
>>
>> This communication may contain privileged and confidential
>> information protected by the Electronic Communications Privacy Act,
>> 18 U.S.C. Secs. 2510-2521. It is intended only for the use of the
>> recipient named above. If you are not the intended recipient of this
>> communication, or the employee or agent responsible for delivering it
>> to the intended recipient, you are hereby notified that any
>> dissemination, distribution, or copying of this communication is
>> strictly prohibited. If you have received this communication in
>> error, please immediately notify us by collect telephone call and return the original message to us at the address above via United States Postal Service.
>>
>>

Exhibit 4
Motion for Discovery

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| September 25, 2013 3:24:41 PM EDT | MES Solutions | 300 | 6 | Received |

9/25/2013 3:19 PM MES Solutions -> 718778542760 1

MES SOLUTIONS SINCE 1978

# Fax Transmission

**Attention to:-**
Name: Breia Vogan
Company:
Date: 2013-09-25
Time: 03:19:09 P

**From:-**
Name: Nancy Schoon
Company:
Telephone:
Pages: 6

**RE: RE: Status update on [redacted] peer review**

**Comments/Notes:**

Use this one I cleaned it up a bit.

Nancy A Schoon RN
Quality Assurance Nurse
MES Solutions, Inc

National Peer Review Service Center
100 Morse Street
Norwood, Massachusetts 02062

Phone 800/700/8427 Ext 1125
Fax 866/605/5175

Email nancy.schoon@mesgroup.com<mailto:nancy.schoon@mesgroup.com>
Web www.messolutions.com<http://www.messolutions.com>

[cid:image001.gif@01CC4C39.A558CE00]

MES SOLUTIONS SINCE 1978

Exhibit 4
Motion for Discovery