**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No: 1:19 - CV – 01340 - KMT**

MICHELLE R. NELSON,

Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendant.

---

PLAINTIFF'S WRITTEN DISCOVERY TO DEFENDANT

---

COMES NOW Plaintiff, by and through her attorney, Michael S. Krieger of Michael S. Krieger, LLC, with her interrogatories and requests for production directed to the abovenamed Defendant, to be answered by Defendant in accord the Federal Rules of Civil Procedure.

**Definitions and Instructions**

For the purposes of these discovery requests, the term "Defendant" means the named Defendant, Liberty Life Assurance Company of Boston, and includes Liberty Mutual Insurance and any subsidiary corporation, parent corporation, or affiliated corporation, and includes the agents, employees, managers, officers, board members, legal representatives, successors and assigns of Liberty Life Assurance Company of Boston.

The term "Plaintiff" means the named Plaintiff in the captioned lawsuit.

The term "LTD" means long-term disability.

The term "STD" means short term disability.

The term "administrative claims file" refers to all of the documents disclosed by or to be disclosed by Defendant in its initial disclosures in this litigation.

The term "document" means all records that preserve information of any kind,

Exhibit 5
Motion for Discovery

including but not limited to: photographs, videos, audio tapes, e-mails, memos, letters, accounting records of any kind, microfilm, computer data, all forms of memorializing verbal communications, and all other forms of written or electronic communication.

The term "payment" and "payments" refers to earnings, compensation, money, and remuneration of any kind whatsoever for services rendered by the payee.

The terms "W-2" and "1099" refers to documents filed by individuals, agencies, organizations, and entities in accord with the regulatory and statutory law of the Internal Revenue Service of the US Treasury Department.

The term "Medical Reviewer" refers any person who, for the purpose of *developing a medical opinion*, reviewed any of the medical records concerning the Plaintiff, including but not limited to: (a) Farjallah Khoury, MD, Seth Stoller, MD, and Behzad Emad,, M.D.; and (b) any non-employee (of Liberty) person or organization to whom Defendant sent any of Plaintiff's medical records. NOTE: Employees of Liberty are <u>excluded</u> from the definition of Medical Reviewer.

The term "Medical Review Agency" refers MES Solutions, LLC., MES Solutions, MES Peer Review Services and/or any other agency, medical review service, or organization, who accepted for review any of the medical records concerning the Plaintiff (only) in this matter.

**Interrogatories**

1. Please state the total amount of payments made by Defendant to each and every Medical Reviewer during each of the following years: 2015, 2016 and 2017. (Please note: approximate amounts are acceptable answers).

2. Please state the total amount of payments made by Defendant to each and every Medical Review Agency during each of the following years: 2015, 2016 and 2017. (Please note: approximate amounts are acceptable answers).

3. For each Medical Reviewer, please state whether he or she is an employee of the Defendant.

4. For each Medical Reviewer, please state whether any criminal charge, revocation of license, revocation of hospital privileges, insurance or other claim of damages, or civil lawsuit (hereinafter "action") has been filed in the past 10 years against each such Medical Reviewer, and set forth the date of each such action, the general nature of any such action (i.e. malpractice, criminal charges), the date of each such action, and the county and state where such action was filed.

5. For each Medical Reviewer, please state whether Liberty has investigated whether each Medical Reviewer had a current license to practice medicine in the state in which each Medical Reviewer was domiciled during the years 2015, 2016 and 2017.

6. For each Medical Reviewer, please state whether he or she has failed any attempt to become board-certified in any field of medicine, the dates of any and all such failures, and the area of specialty for which the test was taken.

7. For each Medical Reviewer, state the number of times (approximations are sufficient), between August 1, 2015 and August 1, 2017, that he or she performed a face-to-face physical medical examination of a human being, for which a monetary payment was made for his or her professional medical services.

8. For each Medical Reviewer, state the number of times (approximations are sufficient), between August 1, 2015 and August 1, 2017, that he or she performed a face-to-face physical medical examination of a human being, for which a monetary payment was made for his or her professional medical services.

9. Please set forth all criteria, instructions, protocols and/or guidelines that Liberty follows or uses to evaluate Medical Reviewers and/or Medical Review Agencies.

10. Please set forth all criteria, instructions, guidelines and/or protocols sent by Liberty to Medical Review Agencies that Liberty follows or uses to screen Medical Reviewers, evaluate Medical Reviewers, audit Medical Reviewer evaluations or determine the minimal credentials of Medical Reviewers.

11. For each Medical Review Agency, please set forth the number of reports or letters addressing disability issues for any claimant(s) or applicant(s) under any definition of disability, which reports or letters are dated and/or sent to Defendant during the time period of January 1, 2015, to December 31, 2017.

**Requests for Production**

A. Please produce any and all documents, including but not limited to 1099s and W-2's, which show or state the amount of money paid by Defendant to each and every Medical Reviewer for the years 2015, 2016 and 2017.

B. Please produce any and all documents, including but not limited to 1099s and W-2's, which show or state the amount of money paid by Defendant to each and every Medical Review Agency for the years 2015, 2016 and 2017.

C. Please produce any and all documents defining or showing the contractual relationship between each such Medical Reviewer and Defendant during each of the years 2015, 2016 and 2017, including but not limited to any and all documents or schedules specifying, showing, or demonstrating the amount of money paid by Defendant per review made by any and/or all such reviewers.

D. Please produce any and all documents defining or showing the contractual relationship between each such Medical Review Agency and Defendant during each of

the years 2015, 2016 and 2017, including but not limited to any and all documents or schedules specifying, showing, or demonstrating the amount of money paid by Defendant per review made by any and/or all such reviewers.

***s/Michael S. Krieger***
Michael S. Krieger
Michael S. Krieger, LLC
165 South Union Blvd, Suite 555
Lakewood, CO 80228
303 781-5559 Fax: 303-781-1349
Email: Mike@Krieger.Law
Attorney for Plaintiff

**Certificate of Electronic Delivery**

I hereby certify that on Sept 3, 2019, the above document entitled Plaintiff's Written Discovery to Defendant was served by Efile delivery via the US District Court of Colorado and also direct emailing to:

Iwana Rademaekers
iwana@rademaekerslaw.com

***s/Michael S. Krieger***
Michael S. Krieger