IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01340-KMT

MICHELLE R. NELSON,

Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendant.

**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO SERVE WRITTEN DISCOVERY**

Plaintiff Michelle R. Nelson and Defendant Liberty Life Assurance Company of Boston files this Joint Motion to Extend Deadline to Respond to Plaintiff's Motion for Leave to Serve Written Discovery and would show unto the Court as follows:

1. Plaintiff filed his Motion for Leave to Serve Written Discovery [Doc # 19] on September 3, 2019, (the "Motion") and Defendant must file its response by September 24, 2019.

2. Plaintiff and Defendant are continuing to discuss a potential settlement in this matter. Progress has been made, but these discussions have not yet been completed. Accordingly, The Parties request a 2-weel extension of the deadline for Defendant to respond to Plaintiff's Motion so the parties can fully explore settlement options without incurring the time and expense required for a response and rebuttal to the Motion.

3. The granting of this motion will promote judicial economy and will have no effect on any other deadline set by this Court.

WHEREFORE the Parties respectfully request the Court enter an Order extending the deadline for Defendant to respond to Plaintiff's Motion for Leave to Serve Written Discovery until and including October 8, 2019.

RESPECTFULLY SUBMITTED, this 20th day of September 2019.

Respectfully submitted,

*/s/ Iwana Rademaekers*

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

**AND**

*/s/ Michael S. Krieger*

Michael S. Krieger
MICHAEL S. KRIEGER, LLC
165 South Union Blvd, #555
Lakewood, CO 80228
Phone: (303) 781-5559
Fax: (303) 781-1349
Email: Mike@Krieger.law

COUNSEL FOR PLAINTIFF MICHELLE R. NELSON

## CERTIFICATE OF SERVICE

I certify that on September 20, 2019, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Michael S. Krieger, Esq.
Email: Mike@Krieger.law

/s/ *Iwana Rademaekers*
Iwana Rademaekers