IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01340-KMT

MICHELLE R. NELSON,

Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendant.

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO SERVE WRITTEN DISCOVERY**

On this day, the Court considered the Parties' Joint Motion to Extend Deadline to Respond to Plaintiff's Motion for Leave to Serve Written Discovery. Having considered the Motion, and the applicable law, the Court is of the opinion that the Motion should be **GRANTED**. It is, therefore,

**ORDERED** that the Joint Motion to Extend Deadline to Respond to Plaintiff's Motion for Leave to Serve Written Discovery is hereby **GRANTED**. It is, therefore, also

**ORDERED** that Defendant shall have until and including October 8, 2019 to respond to Plaintiff's Motion for Leave to Serve Written Discovery.

**SIGNED** this ______ day of ____________________, 2019.

______________________________________
UNITED STATES MAGISTRATE JUDGE