IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01340-KMT

MICHELLE R. NELSON,

Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendant.

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Michelle R. Nelson and Defendant Liberty Life Assurance Company of Boston hereby give notice that this case has settled. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

RESPECTFULLY SUBMITTED, this 4th day of October 2019.

Respectfully submitted,

*/s/ Iwana Rademaekers*

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

**AND**

*/s/ Michael S. Krieger*

Michael S. Krieger

MICHAEL S. KRIEGER, LLC
165 South Union Blvd, #555
Lakewood, CO 80228
Phone: (303) 781-5559
Fax: (303) 781-1349
Email: Mike@Krieger.law

COUNSEL FOR PLAINTIFF MICHELLE R. NELSON

**CERTIFICATE OF SERVICE**

I certify that on October 4, 2019, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Michael S. Krieger, Esq.
Email: Mike@Krieger.law

/s/ *Iwana Rademaekers*
Iwana Rademaekers